

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 14, 2023

**BY EMAIL**
The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**

*[signature]*

**Hon. Katharine H. Parker, U.S.M.J.**

03/14/2023

Re:     *United States v. Ho Wan Kwok, a/k/a "Miles Guo," a/k/a "Miles Kwok," a/k/a "Guo Wengui," a/k/a "Brother Seven," a/k/a "The Principal," and Kin Ming Je, a/k/a "William Je,"* 23 Cr. 118

Dear Judge Parker:

The Government writes to respectfully request that the Court issue a timed unsealing order that will unseal the above-referenced Indictment, 23 Cr. 118. In addition, the Government respectfully requests that the case be wheeled out to a District Judge, via Wheel C, after it is unsealed tomorrow, at the Court's earliest availability. A proposed unsealing order is included that, if approved, provides that the Indictment will be unsealed at 8 a.m., on Wednesday, March 15, 2023. This timing is intended to coincide with the anticipated arrest of defendant Ho Wan Kwok in Connecticut or New Jersey by the FBI, and defendant Kin Ming Je by law enforcement partners in London, U.K.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *[signature]*
Juliana Murray / Ryan Finkel / Micah Fergenson
Assistant United States Attorney
(212) 637-2314 / -6612 / -2190

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

HO WAN KWOK,
   a/k/a "Miles Guo,"
   a/k/a "Miles Kwok,"
   a/k/a "Guo Wengui,"
   a/k/a "Brother Seven,"
   a/k/a "The Principal,"

KIN MING JE,
   a/k/a "William Je,"

Defendants.

**UNSEALING ORDER**

23 Cr. 118

Upon the application of the United States, by the United States Attorney for the Southern District of New York, DAMIAN WILLIAMS, by Assistant United States Attorney Juliana N. Murray;

It is found that the Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have the Indictment unsealed; it is therefore

ORDERED that the Indictment in the above-captioned action be unsealed at 8:00 a.m. EDT on Wednesday, March 15, 2023, and remain unsealed pending further order of the Court.

Dated:   New York, New York
           March 14, 2023

*Katharine H Parker*

THE HONORABLE KATHARINE H. PARKER
United States Magistrate Judge
Southern District Of New York