# **<u>EXHIBIT A</u>**



## Supreme Court of California

JORGE E. NAVARRETE
CLERK AND EXECUTIVE OFFICER
OF THE SUPREME COURT

EARL WARREN BUILDING
350 McALLISTER STREET
SAN FRANCISCO, CA 94102
(415) 865-7000

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *STEPHEN ROBERT COOK*

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that STEPHEN ROBERT COOK, # 204446, was on the 29th day of November, 1999, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 22nd day of March 2023.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____

*Biying Jia, Assistant Deputy Clerk*