**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

            Plaintiff,

    v.

HO WAN KWOK, *et al.*

            Defendants.

Case No. 23-CR-00118 (AT)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that the undersigned attorney, William R. Baldiga, hereby

appears as counsel of record for Defendant Ho Wan Kwok, in the above-captioned proceeding.  I

certify that I am admitted to practice in this Court.

Dated: March 23, 2023

                Respectfully Submitted,

                */s/ William R. Baldiga*
                William R. Baldiga (WB-6662)
                BROWN RUDNICK LLP
                Seven Times Square
                New York, NY 10036
                Tel: (212) 209-4942
                Fax: (212) 209-4801
                E-mail: wbaldiga@brownrudnick.com

                *Attorney for Defendant Ho Wan Kwok*