UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HO WAN KWOK, *et al.*<br><br>Defendants. | 23-cr-00118 (AT)<br><br>**MOTION FOR ADMISSION PRO HAC VICE**<br><br>ECF CASE |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Stephen A. Best hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Ho Wan Kwok in the above-captioned action.

I am in good standing of the bars of the state of Virginia and of the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

DATED: March 27, 2023

Respectfully submitted,

**BROWN RUDNICK LLP**

By: */s/ Stephen A. Best*
    Stephen A. Best
    BROWN RUDNICK LLP
    601 Thirteenth Street NW
    Suite 600
    Washington, D.C. 20005
    Tel: (202) 536-1700
    Fax: (202) 536-1701
    sbest@brownrudnick.com

*Attorney for Defendant Ho Wan Kwok*