# **<u>EXHIBIT A</u>**

# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia,

do hereby certify that

### Stephen Andrew Best

was admitted to practice as an attorney and counsellor at the bar of this Court on

November 6, 1989.

I further certify that so far as the records of this office are

concerned, Stephen Andrew Best is a member of the bar of this Court in

good standing.

Witness my hand and seal of said Court

This 24th day of March

A.D. 2023

By: _Melissa Layman_

Deputy Clerk