**brown**rudnick

STEPHEN R. COOK
direct dial: 949.752.7100
fax: 949.252.1514
scook@brownrudnick.com

April 12, 2023

**VIA ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    **RE:**    *United States v. Kwok, et al.*, **1:23-cr-00118 (AT)**

Dear Judge Torres:

    This firm represents Defendant Ho Wan Kwok in the above-captioned action. I write to request permission from the Court for Mr. Kwok's counsel to bring Personal Electronic Devices and General Purpose Computing Devices into the Courthouse pursuant to Revised Standing Order M10-468 of the United States District Court for the Southern District of New York for all court proceedings for the duration of the case. Use of these devices will facilitate court proceedings by allowing Defendant's counsel to access litigation resources in an expedient manner.

    A proposed order is attached hereto for the Court's review and endorsement. Thank you for your consideration.

    Sincerely,

    **BROWN RUDNICK LLP**

    STEPHEN R. COOK

Attachment