# **EXHIBIT B**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HO WAN KWOK, *et al.*,<br><br>    Defendants. | CRIMINAL NO. 23-CR-118 (AT)<br><br>DECLARATION OF VICTOR X. CERDA |

I, VICTOR X. CERDA, declare as follows:

1. I am an attorney licensed in the State of Illinois and have practiced law for twenty-eight years. I specialize in immigration law, among other transnational-related practice areas.

2. I have personal knowledge of the facts stated in this declaration. If called as a witness, I could and would competently testify to the matters stated herein.

3. I am counsel to Ho Wan Kwok in connection with his application for asylum in the United States.

4. In connection with Mr. Kwok's asylum application, Mr. Kwok renounced his citizenship in the United Arab Emirates ("UAE"). On or about April 17, 2018, I travelled to New York City to meet with a government official of the UAE to facilitate the return of Mr. Kwok's UAE passport. At the meeting, I confirmed the UAE official's status by inspecting his diplomatic passport. I surrendered Mr. Kwok's passport to the UAE government official during this meeting.

5. Following the surrender of Mr. Kwok's passport, the UAE government official handed me a letter dated April 11, 2018. A true and correct copy of the letter is attached hereto as "Exhibit 1." The letter, which contains a UAE seal and apparent signature of the Director of

1

Diplomatic Affairs of the United Arab Emirates ("UAE"), confirms Mr. Kwok's renunciation of his UAE citizenship.

6. In or about July 2018, a copy of this UAE letter was provided to the U.S. Government.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 19, 2023 in New York.

*/s/ Victor X. Cerda*

VICTOR X. CERDA

# EXHIBIT 1 TO THE DECLARATION OF VICTOR X. CERDA

**UNITED ARAB EMIRATES**
**OFFICE OF FOREIGN MINISTER**
**& INTERNATIONAL COOPERATION**



الإمارات العربية المتحدة
مكتـب وزيــر الخــارجيــة
والتــعــــاون الــدولـــي

11 April 2018

Mr. Victor X. Cerda Esq.
777 Brickell Avenue
Suite 400
Miami, FL 3313

Re: Entry of Renunciation of Citizenship of United Arab Emirates Ho Wan Kwok

Dear Mr. Cerda,

We confirm receipt of the request by Mr. Ho Wan Kwok to renounce his citizenship of the United Arab Emirates and the cancellation of his United Arab Emirates Passport No. J11F59997.

This request of renunciation of citizenship of the United Arab Emirates by Mr. Ho Wan Kwok is duly noted and registered by the competent authorities of the United Arab Emirates.

Mr. Ho Wan Kwok is requested to hand any United Arab Passport in his possession to any authorized representative of the Ministry of Foreign Affairs and International Cooperation of the United Arab Emirates.

Sincerely,

Director of the Diplomatic Affairs Department



www.mofa.gov.ae

هاتف: ٢٢٢٢٠٠٠ ٢ ٩٧١+ ♦ ص.ب ١ ♦ أبـوظبــي ♦ الإمــارات العربيــة المتحـدة
TEL.: +971 2 2222000 ♦ PO BOX 1 ♦ ABU DHABI ♦ UNITED ARAB EMIRATES