# U.S. District Court

## New York Southern - Manhattan

Receipt Date: May 17, 2023 3:31PM

BROWN RUDNICK LLP

| Rcpt. No: 16445 | | Trans. Date: May 17, 2023 3:31PM | | | Cashier ID: #EN |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 505.00 | 505.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #01184 | 05/17/2023 | $505.00 |
| | | | Total Due Prior to Payment: | $505.00 |
| | | | Total Tendered: | $505.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments**: 23CR118-1 AT

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.