**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HO WAN KWOK, *et al.*,<br><br>                Defendants. | Case No. 23-CR-00118 (AT)<br><br>**MOTION FOR ADMISSION**<br>**PRO HAC VICE**<br><br>ECF CASE |

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Natasha M. Ertzbischoff hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Ho Wan Kwok in the above-captioned action.

      I am in good standing of the bar of the state of New York, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 1, 2023

                                                    Respectfully submitted,

                                                    BROWN RUDNICK LLP

                                                    By: */s/ Natasha M. Ertzbischoff*

                                                    Natasha M. Ertzbischoff
                                                    BROWN RUDNICK LLP
                                                    Seven Times Square
                                                    New York, NY 10026
                                                    Tel: (212) 209-4981
                                                    Fax: (212) 938-2981
                                                    E-mail: NErtzbischoff@brownrudnick.com

                                                   *Attorney for Defendant Ho Wan Kwok*