**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
**CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B**

<u>TO BE COMPLETED BY ATTORNEY:</u>

**CASE NAME:** USA v. Kwok _____ v.

_____

**DOCKET NUMBER:** 23-6685

**COUNSEL'S NAME:** Stephen R. Cook

**COUNSEL'S ADDRESS:** 2211 Michelson Drive, 7th Floor

Irvine, CA 92612

**COUNSEL'S PHONE:** (949) 440-0215

**QUESTIONNAIRE**

[ ] I am ordering a transcript.

[✓] I am not ordering a transcript.   Reason:   [ ] Daily copy available   [ ] U.S. Atty. placed order
[✓] Other : The transcript of the June 6, 2023 Status Conference has already been ordered and received from the Court Reporter

**TRANSCRIPT ORDER**

Prepare transcript of

[ ]   Pre-trial proceedings:_____
                                          (Description & Dates)

[ ]   Trial:_____
                                          (Description & Dates)

[ ]   Sentencing:_____
                                          (Description & Dates)

[ ]   Post-trial proceedings:_____
                                          (Description & Dates)

I,_____, hereby certify that I will make satisfactory arrangements with
      (counsel's name)

the court reporter for payment of the costs of the transcript in accordance with  FRAP 10(b).

Method of payment:      [ ] Funds      [ ] CJA Form 24

_____          _____
          Counsel's Signature                                          Date


<u>TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:</u>

**ACKNOWLEDGMENT**

Date order received: _____          Estimated Number of Pages: _____

Estimated completion date: _____


_____          _____
          Court Reporter's Signature                                    Date

<u>Attorney(s):</u> **Send completed form to the U.S. District Court as that court may require and send copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.**
<u>Court Reporter(s):</u> **Send completed acknowledgement to the Court of Appeals Clerk.**