UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>  v.<br><br>HO WAN KWOK, *et al.*,<br><br>    *Defendants.* | Case No. 1:23-CR-00118-AT<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned is admitted to practice in this Court and hereby enters his appearance on behalf of Defendant Ho Wan Kwok in the above-captioned action, and requests that copies of all notices and other papers in the above-captioned action be sent to: Sidhardha Kamaraju, Esq., Pryor Cashman LLP, 7 Times Square, New York, New York 10036; skamaraju@pryorcashman.com.

Dated: July 11, 2023

                   Respectfully submitted,

                   By:  */s/ Sidhardha Kamaraju*
                   Sidhardha Kamaraju
                   PRYOR CASHMAN LLP
                   7 Times Square, 41st Floor
                   New York, NY 10036
                   212-421-4100

                   *Attorney for Defendant Ho Wan Kwok*