

**Matthew S. Barkan**
Partner

Direct Tel: 212-326-0840
Direct Fax: 212-326-0806
MBarkan@PRYORCASHMAN.com

July 11, 2023

**VIA ECF**

Hon. Analisa Torres
United States District Judge
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Kwok et al.*, Case No. 1:23-cr-00118 (AT)

Dear Judge Torres:

In the above-referenced matter, defendant Ho Wan Kwok has recently decided to retain our firm to represent him in lieu of attorneys from Brown Rudnick LLP. I and other attorneys from my firm have filed notices of appearance. Annexed hereto as **Exhibit A** is a stipulation and proposed order to effectuate the substitution of counsel for Mr. Kwok, which we respectfully request the Court to so-order.

We thank the Court for its attention to this matter.

Respectfully submitted,

Matthew S. Barkan

CC:   All Counsel of Record (via ECF)