| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>UNITED STATES OF AMERICA,<br><br>-against-<br><br>HO WAN KWOK,<br><br>                          Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: _7/12/2023_ |

23 Cr. 118-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has been advised via email that Tamara Lila Giwa does not currently represent Defendant.[1]  The Clerk of Court is directed to terminate Tamara Lila Giwa from the docket.

    SO ORDERED.

Dated: July 12, 2023
       New York, New York

                                                   ANALISA TORRES
                                            United States District Judge

---

[1] Giwa represented Defendant at his initial appearance.  ECF No. 8.