# EXHIBIT B



From: Bove, Emil (USANYS) <EBove@usa.doj.gov>
Sent: Wednesday, July 1, 2020 6:06 PM
To: ███
Cc: ███
Subject: RE: press inquiry

I copied in ███, who is working with FBI on a ███ investigation of Guo in which the ███ ███ and FBI executed premises warrants targeting Guo in the fall, which led him to retain ███ to ███. The team is working still reviewing the warrant take (they seized a lot of media) and following up on leads. ███ is also aware of a CFU investigation being run by ███ that involves Guo and relates to cryptocurrency investments.

From: ███
Sent: Wednesday, July 1, 2020 5:51 PM
To: ███ Bove, Emil (USANYS) <EBove@usa.doj.gov>
Subject: press inquiry

You don't have any investigations related to the source of funds that ███ received through his work with Chinese businessman Guo Wengui and his associate, William Je, do you? We are getting a press inquiry.

███

Chief, Criminal Division
United States Attorney's Office, SDNY

1

2