UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                *Plaintiff,*<br><br>    v.<br><br>HO WAN KWOK,<br><br>                *Defendant.* | Case No. 1:23-CR-118-1 (AT)<br><br>**NOTICE OF MOTION FOR AN ORDER AND WRIT STAYING BANKRUPTCY CASES OR IN THE ALTERNATIVE <u>FOR OTHER RELIEF</u>**<br><br><u>**ORAL ARGUMENT REQUESTED**</u> |

      Defendant Ho Wan Kwok, through counsel, respectfully moves the Court to issue an order and writ staying the bankruptcy cases captioned *In re Ho Wan Kwok, et al.*, Case No. 22-50073(JAM) (Bank. D. Conn.) (Jointly Administered), including the jointly administered proceedings captioned *In re Genever Holdings Corp.*, Case No. 22-50542(JAM) (Bank. D. Conn.), and *In re Genever Holdings LLC*, Case No. 22-50592(JAM) (Bank. D. Conn.), and all related adversary proceedings, pursuant to the All Writs Act, 28 U.S.C. § 1651, and the Court's inherent supervisory authority.

      Defendant moves upon the Declaration of Sidhardha Kamarju, the exhibits annexed thereto, and the accompanying Memorandum of Law.

      Defendant respectfully requests oral argument on this motion.

Dated: August 30, 2023
      New York, New York

Respectfully submitted,

/s/ Sidhardha Kamaraju

Sidhardha Kamaraju
Matthew S. Barkan
Daniel J. Pohlman
Clare P. Tilton
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036
(212) 421-4100
skamaraju@pryorcashman.com
mbarkan@pryorcashman.com
dpohlman@pryorcashman.com
ctilton@pryorcashman.com

*Attorneys for Defendant Ho Wan Kwok*