# Exhibit 10

```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF CONNECTICUT
                         BRIDGEPORT DIVISION

In Re                              *    Case No. 22-50073 (JAM)
                                   *
HO WAN KWOK and GENEVER            *
 HOLDINGS CORPORATION,             *
                                   *
           Debtor.                 *

LUC A. DESPINS,                    *    Adv. Proc. No. 23-05017
                                   *
                                   *    Bridgeport, Connecticut
               Plaintiff,          *    August 14, 2023
                                   *
     v.                            *
                                   *
TAURUS FUND, LLC, et al.,          *
                                   *
               Defendants.         *
                                   *
 *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

              TRANSCRIPT OF EX PARTE MOTION FOR
    TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION
           BEFORE THE HONORABLE JULIE A. MANNING
               UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For the Plaintiff:              NICHOLAS A. BASSETT, ESQ.
                                AVRAM E. LUFT, ESQ.
                                Paul Hastings, LLP
                                200 Park Avenue
                                New York, NY  10166

                                DOUGLAS S. SKALKA, ESQ.
                                DENNIS M. CARNELLI, ESQ.
                                Neubert Pepe & Monteith, P.C.
                                195 Church Street
                                New Haven, CT  06510




Proceedings recorded by electronic sound recording, transcript
produced by transcription service.
```

**Fiore Reporting and Transcription Service, Inc.**
**4 Research Drive, Suite 402**
**Shelton, Connecticut 06484 (203)929-9992**

Luc Despins - Direct - Bassett                               85

|     |                                                                    |
| --- | ------------------------------------------------------------------ |
| 1   | exhibit binder to what is marked as Trustee Exhibit 13.            |
| 2   | MR. BASSETT:  And if we could similarly have the                   |
| 3   | courtroom deputy please pull that exhibit up on the screen,        |
| 4   | that would be much appreciated.  Please scroll up to the           |
| 5   | first page.  Thank you.  Thank you.  And go back to the            |
| 6   | other page.                                                        |
| 7   | BY MR. BASSETT:                                                    |
| 8   | Q    Trustee Despins, do you recognize what appears here as        |
| 9   | Trustee Exhibit 13?                                                |
| 10  | A    Yes, I do.                                                    |
| 11  | Q    What do you understand this to be?                            |
| 12  | A    It's the inside pocket of one of I believe 29 suits           |
| 13  | that were found by the FBI when they did the search,               |
| 14  | executed search warrant, at the Mahwah mansion on March            |
| 15  | 15th.                                                              |
| 16  | Q    How did you get a copy of this picture?                       |
| 17  | A    The Department of Justice prosecution of Mr. Kwok is          |
| 18  | led by an Assistant U.S. Attorney, Juliana Murray, who -- I        |
| 19  | called her in early July to get pictures of what the FBI had       |
| 20  | found at the mansion when they executed their search               |
| 21  | warrant, and she provided numerous pictures, and we selected       |
| 22  | I guess, you know, ten best of and that would be one of            |
| 23  | them.                                                              |
| 24  | Q    So Ms. Murray is the person you spoke to?                     |
| 25  | A    Correct.                                                      |