**Exhibit 6**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| HO WAN KWOK | § | CASE NO. 22-50073 (JAM) |
| | § | |
| Debtor. | § | |

**NOTICE OF FILING OF DECLARATION OF MR. HO WAN**
**KWOK CONCERNING INVOCATION OF 5TH AMENDMENT**
**PRIVILEGE IN REGARD TO RULE 2004 DISCOVERY**

The debtor, Ho Wan Kwok, hereby provides notice that attached hereto as Exhibit A is the February 6, 2023, Declaration of Mr. Ho Wan Kwok Concerning Invocation of 5th Amendment Privilege in Regard to Rule 2004 Discovery.

Dated at Bridgeport, Connecticut this 7th day of February, 2023.

                                                  **THE DEBTOR,**
                                                  **HO WAN KWOK,**

                                                  */s/ James M. Moriarty*
                                                  Aaron A. Romney (ct28144)
                                                  James M. Moriarty (ct21876)
                                                  10 Middle Street, 15th Floor
                                                  Bridgeport, Connecticut 06604
                                                  Telephone: (203) 368-4234
                                                  Facsimile: (203) 368-5487
                                                  Email: aromney@zeislaw.com
                                                             jmoriarty@zeislaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February 2023, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ James M. Moriarty*
　　　　　　　　　　　　　　　　　　　　　　　James M. Moriarty

2

# Exhibit A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK,<br><br>Debtor. | Chapter 11<br><br>Case No: 22-50073 (JAM) |

**DECLARATION OF MR. HO WAN KWOK CONCERNING INVOCATION OF FIFTH AMENDMENT PRIVILEGE IN REGARD TO RULE 2004 DISCOVERY**

I, Ho Wan Kwok, hereby declare:

1. I am the Debtor in the above-captioned Chapter 11 case and am in receipt of the Court's order on the Trustee's Motion to Compel, dated January 20, 2023, Doc. No. 1353. I hereby invoke my rights under the 5th Amendment to the United States Constitution, including under the act of production doctrine. with respect to the Subpoena dated August 17, 2022, in its entirety, including all requests for documents and information set forth therein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Greenwich, Connecticut on this 6 day of February, 2023.

Ho Wan Kwok