**<u>Exhibit 8</u>**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HO WAN KWOK, *et al.*, | ) | Case No. 22-50073 (JAM) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR | ) | Adv. P. No. 23-05017 (JAM) |
| THE ESTATE OF HO WAN KWOK, | ) | |
| | ) | RE: ECF Nos. 47, 57 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| TAURUS FUND LLC; SCOTT BARNETT, AS | ) | |
| TRUSTEE FOR TAURUS FUND LLC; and | ) | |
| TAURUS MANAGEMENT LLC, AS TRUSTEE | ) | |
| FOR TAURUS FUND LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING EMERGENCY**
**MOTION TO MODIFY PRELIMINARY INJUNCTION**

On August 24, 2023, the Court issued the Memorandum of Decision and Order Granting in Part Motion for Preliminary Injunction (the "PI"). (ECF No. 47.) In pertinent part, the PI ordered that "[a]t or before 5:00 p.m. on August 28, 2023, the Defendants shall file proof of insurance for (i) all assets and property of Taurus Fund, including the Mahwah Mansion; and (ii) all personalty and/or fixtures in, on, or at the Mahwah Mansion . . .." (*Id.* at *23.)

On August 28, 2023, Defendant Taurus Fund LLC ("Taurus Fund") filed a Response re: Preliminary Injunction (the "Response"). (ECF No. 52.) The Response indicated the Defendants did not have the required insurance and had not managed to obtain insurance by 5:00 p.m. on August 28, 2023, but were working diligently to do so. (*Id.*)

On August 29, 2023, a hearing was held in this adversary proceeding on another matter. During the hearing, the Court inquired about the insurance issue. The Defendants indicated that efforts were ongoing. The Plaintiff, Mr. Luc A. Despins, Chapter 11 trustee (the "Trustee") for the estate of Mr. Ho Wan Kwok, indicated he was concerned by the lack of insurance and orally moved the Court to amend the PI to prevent all access to 675 Ramapo Valley Road, Mahwah, NJ 07430 (the "Mahwah Mansion") except to certain personnel. The Court told the Trustee that it would consider a motion to amend the PI filed after 5:00 p.m. on August 30, 2023 should the Defendants fail to file proof of insurance as required by the PI.

On August 30, 2023, Taurus Fund filed an Amended Response re: Preliminary Injunction (the "Amended Response"). (ECF No. 55.) The Amended Response indicated that the Defendants had not yet acquired insurance, but were in meetings with insurance providers. (*Id.*) Also, the Defendants stated that as of the Amended Response, security for the Mahwah Mansion was presently not allowing entry to the Mahwah Mansion because of the ongoing insurance issue. (*Id.*) Later that day, the Trustee filed an Emergency Motion to Modify Preliminary Injunction (the "Emergency Motion"). (ECF No. 57.) The Emergency Motion continues to express serious concern that absent a Court order modifying the PI the Defendants may allow access to the Mahwah Mansion without acquiring insurance. (*Id.*)

Finding good cause to grant the Emergency Motion in light of the failure of Defendants to file proof of insurance and in consideration of the Amended Response, which tacitly acknowledges the Trustee's concerns regarding the present lack of insurance, it is hereby

ORDERED: The Motion is **GRANTED** as set forth herein; and it is further

ORDERED: Effective immediately, the PI is modified such that access to the Mahwah Mansion is restricted solely to (a) the Security Services (as defined in the Preliminary

2

Injunction); (b) the Trustee and his representatives and/or professionals; (c) the United States Department of Justice and its employees and representatives; (d) the FBI and its employees and representatives; (e) other federal, New Jersey state, or Mahwah municipal law enforcement agencies and their employees and representatives; (f) any other persons expressly authorized by the Trustee in writing (which can include email); and (g) any other person expressly authorized by the United States District Court for the Southern District for New York or this Court; and it is further

**ORDERED:**  Upon a showing that the Defendants have obtained sufficient insurance coverage for property titled to Taurus Fund, including the Mahwah Mansion, and the all personalty and/or fixtures in, on, or at the Mahwah Mansion, and that such insurance coverage is in effect, the Defendants may move to modify the foregoing restriction to access to the Mahwah Mansion.  The Trustee may respond or object to any such motion; and it is further

**ORDERED:**  Except as expressly modified by this Order, the PI shall remain in full force and effect.

Dated at Bridgeport, Connecticut this 31st day of August, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut