**Exhibit 9**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P., <br><br> Plaintiff, <br><br> v. <br><br> KWOK HO WAN, a/k/a KWOK HO, a/k/a GWO WEN GUI, a/k/a GUO WENGUI, a/k/a GUO WEN GUI, a/k/a WAN GUE HAOYUN, a/k/a MILES KWOK, a/k/a HAOYUN GUO, GENEVER HOLDINGS CORPORATION, and GENEVER HOLDINGS LLC, <br><br> Defendants. | Index No: 652077/2017 <br><br> Hon. Barry R. Ostrager, J.S.C. <br><br> **RESTRAINING NOTICE** |

TO:  Greenwich Land, LLC
C/O Corporate Creations Network, Inc.
3411 Silverside Rd.
Tatnall Building Ste. 104
Wilmington, DE 19810

WHEREAS, in an action in the Supreme Court of the State of New York, County of New York, Index No. 652077/2017, between Pacific Alliance Asia Opportunity Fund L.P. ("Judgment Creditor") and Defendants Miles Kwok ("Judgment Debtor"), Genever Holdings Corporation, and Genever Holdings LLC, being all the parties to the action, on February 3, 2021, the Supreme Court of the State of New York, County of New York, entered judgment in favor of Judgment Creditor and against Judgment Debtor in the amount of $116,402,019.57. This amount, together with statutory interest, remains due and unpaid.

PLEASE TAKE NOTICE that pursuant to CPLR § 5222(b), which is set forth in full herein, you are hereby forbidden to make or suffer any sale, assignment or transfer of, or any

interference with, any property in which Judgment Debtor has an interest, except as provided in CPLR § 5222(b). We understand the Judgment Debtor may have direct, indirect, or beneficial ownership in, or the right or ability to direct or control, you and your assets.

## **CIVIL PRACTICE LAW AND RULES § 5222(b)**

5222(b) Effect of restraint; prohibition of transfer; duration. A judgment debtor or obligor served with a restraining notice is forbidden to make or suffer any sale, assignment, transfer or interference with any property in which he or she has an interest, except as set forth in subdivisions (h) and (i) of this section, and except upon direction of the sheriff or pursuant to an order of the court, until the judgment or order is satisfied or vacated. A restraining notice served upon a person other than the judgment debtor or obligor is effective only if, at the time of service, he or she owes a debt to the judgment debtor or obligor or he or she is in the possession or custody of property in which he or she knows or has reason to believe the judgment debtor or obligor has an interest, or if the judgment creditor or support collection unit has stated in the notice that a specified debt is owed by the person served to the judgment debtor or obligor or that the judgment debtor or obligor has an interest in specified property in the possession or custody of the person served. All property in which the judgment debtor or obligor is known or believed to have an interest then in and thereafter coming into the possession or custody of such a person, including any specified in the notice, and all debts of such a person, including any specified in the notice, then due and thereafter coming due to the judgment debtor or obligor, shall be subject to the notice except as set forth in subdivisions (h) and (i) of this section. Such a person is forbidden to make or suffer any sale, assignment or transfer of, or any interference with, any such property, or pay over or otherwise dispose of any such debt, to any person other than the sheriff or the support collection unit, except as set forth in subdivisions (h) and (i) of this section, and except upon direction of the sheriff or pursuant to an order of the court, until the expiration of one year after the notice is served upon him or her, or until the judgment or order is satisfied or vacated, whichever event first occurs. A judgment creditor or support collection unit which has specified personal property or debt in a restraining notice shall be liable to the owner of the property or the person to whom the debt is owed, if other than the judgment debtor or obligor, for any damages sustained by reason of the restraint. If a garnishee served with a restraining notice withholds the payment of money belonging or owed to the judgment debtor or obligor in an amount equal to twice the amount due on the judgment or order, the restraining notice is not effective as to other property or money.

PLEASE TAKE FURTHER NOTICE that disobedience of this Restraining Notice is punishable as a contempt of Court.

2

DATED: May 4, 2021  
New York, New York

Respectfully submitted,  
O'MELVENY & MYERS LLP

By: _____  
Stuart Sarnoff (ssarnoff@omm.com)  
Edward Moss (emoss@omm.com)  
7 Times Square  
New York, NY 10036  
(212) 326-2000

*Attorneys for Plaintiff Pacific Alliance Asia Opportunity Fund L.P.*

3