**Exhibit 11**

| | | |
|---|---|---|
| 05/19/2023 | 1809 | **ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT/ORDER.** On April 17, 2023, an Order Granting Motion of Chapter 11 Trustee to Limit Notice and to Seal with Respect to Motion for Order Authorizing Abandonment of Property Pursuant to Bankruptcy Code Section 554 and Bankruptcy Rule 6007 (the "Order," ECF No. [1672](#)). On April 18, 2023, a hearing and pre-trial conference were held in the cases jointly administered under the caption In re Kwok, et al, Case No. 22-50073 and in the adversary proceedings consolidated under the caption Despins, et al. v. Bravo Luck Limited, et al., Adv. Pro. No. 22-05027. During the hearing and pre-trial conference, counsel for Bravo Luck made an oral Motion for Relief from Judgment or Order pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024 (the "Motion") regarding the Order.On April 20, 2023, a hearing was held on the Motion. During the hearing, the Chapter 11 Trustee stated on the record that the property to be abandoned is not property of Bravo Luck, and has no impact on the Sherry-Netherland Apartment. Therefore, none of the grounds for relief set forth in Federal Rule of Civil Procedure 60 and Federal Rule of Bankruptcy Procedure 9024(b) exist to relieve Bravo Luck from the Order. Accordingly, it is hereby<br><br>**ORDERED:** The Motion for Relief from Judgment/Order pursuant to Federal Rule of Civil Procedure 60 and Federal Rule of Bankruptcy Procedure 9024 is **DENIED**. Signed by Judge Julie A. Manning on May 19, 2023. (rms) (Entered: 05/19/2023) |