USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/20/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

HO WAN KWOK,

                        Defendant.

23 Cr. 118-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On November 17, 2023, Defendant Ho Wan Kwok moved the Court to compel production of certain documents responsive to his discovery requests. ECF No. 170; *see* ECF Nos. 171–72. Accordingly:

1. By **December 8, 2023**, the Government shall file its opposition papers or advise the Court that it does not oppose the motion; and
2. By **December 22**, Defendant shall file his reply, if any.

SO ORDERED.

Dated: November 20, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge