**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

> *Plaintiff,*

v.

HO WAN KWOK,

> *Defendant.*

Case No. 1:23-CR-118-1 (AT)

**NOTICE OF RENEWED**
**MOTION FOR PRETRIAL RELEASE**

**ORAL ARGUMENT REQUESTED**

Defendant Ho Wan Kwok, through counsel, respectfully moves the Court, pursuant to 18 U.S.C. § 3142, for an order (i) revoking the detention order imposed on Mr. Kwok; (ii) releasing him with appropriate bail conditions; and (iii) granting him such other and further relief as the Court deems just and proper.

Mr. Kwok moves upon the accompanying Memorandum of Law, and all prior papers and proceedings had herein.

Mr. Kwok respectfully requests oral argument on this motion.

Dated: New York, New York
        November 27, 2023

Respectfully submitted,

/s/ *Sabrina P. Shroff*

80 Broad Street, 19th Floor
New York, New York 10007
(646) 763-1490

Sidhardha Kamaraju
Matthew S. Barkan
Daniel J. Pohlman
John M. Kilgard
Clare P. Tilton
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036
(212) 421-4100
skamaraju@pryorcashman.com
mbarkan@pryorcashman.com
dpohlman@pryorcashman.com
jkilgard@pryorcashman.com
ctilton@pryorcashman.com

*Attorneys for defendant Ho Wan Kwok*