UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>**HO WAN KWOK,**<br>a/k/a "Miles Guo,"<br>a/k/a "Miles Kwok,"<br>a/k/a "Guo Wengui,"<br>a/k/a "Brother Seven,"<br>a/k/a "The Principal,"<br>**KIN MING JE,**<br>a/k/a "William Je," and<br>**YANPING WANG,**<br>a/k/a "Yvette,"<br>  Defendants., | Case No. **23 Cr. 118 (AT)**<br><br>**NOTICE OF APPEARANCE** |

   **PLEASE TAKE NOTICE** that undersigned counsel, Jamie Scher, of the law firm Myer and Scher, LLP, duly admitted to practice in New York and before the United States District Court for the Southern District of New York, hereby enters an appearance as counsel for 3,345 Himalaya Exchange customers in the above-captioned action.

Dated: New York, New York
       December 6, 2023

                                        Myer and Scher LLP

                                        By:    /s/ Jamie Scher
                                               Myer and Scher LLP
                                               NY 2488435
                                               377B South Oyster Bay Road
                                               Plainview, NY 118013
                                               Jamie@myerandscher.com
                                               (516) 713-0655

                                               *Attorney for 3,345 Himalaya*
                                               *Exchange Customers*