UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HO WAN KWOK, *et al.*<br><br>    Defendants. | 23-CR-00118 (AT)<br><br>[PROPOSED] ORDER FOR<br>ADMISSION PRO HAC VICE<br><br>ECF CASE |

The motion of Bradford L. Geyer, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of New Jersey; and that his contact information is as follows:

> Bradford L. Geyer
> NJ 022751991
> Suite 141 Route 130 S., Suite 303
> Cinnaminson, NJ 08077
> Brad@FormerFedsGroup.Com
> (856) 607-5708

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for 3,345 Himalaya Exchange customers in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: _____          _____
                                        Honorable Analisa Torres
                                        United States District Judge