UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **23 Cr. 118 (AT)** |
| v. | |
| **HO WAN KWOK,** **a/k/a "Miles Guo,"** **a/k/a "Miles Kwok,"** **a/k/a "Guo Wengui,"** **a/k/a "Brother Seven,"** **a/k/a "The Principal,"** **KIN MING JE,** **a/k/a "William Je," and** **YANPING WANG,** **a/k/a "Yvette,"** **Defendants.,** | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that undersigned counsel, Bradford L. Geyer, of the law firm FormerFedsGroup.Com LLC, hereby enters an appearance as counsel for 3,345 Himalaya Exchange customers in the above-captioned action.

Dated: New York, New York
        December 6, 2023

                                        Myer and Scher LLP

                                        By:      /s/ Jamie Scher
                                                 Myer and Scher LLP
                                                 NY 2488435
                                                 377B South Oyster Bay Road
                                                 Plainview, NY 118013
                                                 Jamie@myerandscher.com
                                                 (516) 713-0655

                                                 Bradford L. Geyer, PHV pending
                                                 NJ 022751991
                                                 Suite 141 Route 130 S., Suite 303
                                                 Cinnaminson, NJ 08077
                                                 Brad@FormerFedsGroup.Com
                                                 (856) 607-5708

                                                 *Attorneys for 3,345 Himalaya*
                                                 *Exchange Customers*