UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>**HO WAN KWOK,**<br>a/k/a "Miles Guo,"<br>a/k/a "Miles Kwok,"<br>a/k/a "Guo Wengui,"<br>a/k/a "Brother Seven,"<br>a/k/a "The Principal,"<br>**KIN MING JE,**<br>a/k/a "William Je," and<br>**YANPING WANG,**<br>a/k/a "Yvette,"<br>  Defendants., | Case No. **23 Cr. 118 (AT)**<br><br><br>**MOTION FOR RETURN OF PROPERTY** |

Undersigned counsel represents 3,345 customers of the Himalaya Exchange ("the Exchange"), who hold Himalaya Dollar (HDO) and Himalaya Coin (HCN) cryptocurrency ("petitioners").  Pursuant to Federal Rule of Criminal Procedure 41(g), petitioners move for return of their property seized by the United States in *United States v. Kwok et al,* 23 CR 118 (SDNY).  The petitioners have a distinct, identifiable third-party interest in the forfeited property.  Petitioners file the attached Memorandum in Support of this Motion.

Dated: December 6, 2023

Myer and Scher LLP
By:      /s/ Jamie Scher
NY 2488435
377B South Oyster Bay Road
Plainview, NY 118013
Jamie@myerandscher.com
(516) 713-0655

FormerFedsGroup.Com LLC
By:      /s/ Brad Geyer
Bradford L. Geyer, PHV pending
NJ 022751991
Suite 141 Route 130 S., Suite 303
Cinnaminson, NJ 08077
Brad@FormerFedsGroup.Com
(856) 607-5708

**CERTIFICATION OF CONFERENCE AND NOTICE**

     I, Bradford Geyer, certify that counsel I have conferred with counsel for the Government in an effort in good faith to resolve by agreement the issues raised by the motion without the intervention of the Court, and have been unable to reach agreement. I also hereby certify that on on December 6, 2023, a true and accurate copy of the forgoing was electronically filed and served through the ECF system of the U.S. District Court for the Southern District of New York.

                                            FormerFedsGroup.Com LLC
                                            By:     /s/ Brad Geyer
                                            Bradford L. Geyer, *PHV pending*
                                            NJ 022751991
                                            Suite 141 Route 130 S., Suite 303
                                            Cinnaminson, NJ 08077
                                            Brad@FormerFedsGroup.Com
                                            (856) 607-5708