**U.S. Department of Justice**

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2023

December 15, 2023

**VIA ECF**
Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *United States v. Kwok, et al.*, S1 23 Cr. 118 (AT)

Dear Judge Torres:

    The Government respectfully writes to request a one-week extension of the filing date for its motion pursuant to Section 4 of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. app. 3. The motion is currently due today, December 15, 2023, and the Government respectfully requests that the deadline be extended until December 22, 2023. The Government is also submitting a classified *ex parte* letter to the Court.

    The Government is available to address any questions the Court may have.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: /s/
    Ryan B. Finkel
    Juliana N. Murray
    Micah F. Fergenson
    Justin Horton
    Assistant United States Attorneys
    (212) 637-6612 / 2314 / 2190 / 2276

GRANTED.

SO ORDERED.

Dated: December 20, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge