USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/21/2023_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

HO WAN KWOK and YANPING WANG,

Defendants.

23 Cr. 118 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Clerk of Court is directed to permanently seal the docket entry at ECF No. 201.

SO ORDERED.

Dated: December 21, 2023
New York, New York

_____
ANALISA TORRES
United States District Judge