# Dashboard

Hi! This is your exchange admin panel where you can view certain things like: the users on your exchange, their balances, ongoing transactions and so on. Additionally, you will be able to modify various features of your exchange from here such as the: text, coin listings, fee structure, and more. Below is a brief explanation of what each header does:

### Users
This will allow you to see the number of users on your exchange and their details from username, to email address to exploit attempts. User -> Balances will allow you to see what cryptocurrency each user is holding and the quantity.

### Transactions
The transactions header enables you to see all the ingoings and outgoings of the exchange. Transactions and trades between users can be viewed here, as well as user deposits and withdrawals.

### Markets
This section provides an overview of the trading pairs currently enabled on your exchange and the fee structure for them.

### Coins
This allows you to see the different cryptocurrency coins available on your exchange and their status – in terms of availability for trading, deposit and withdrawal. Coins -> Deposit Addresses and Coins -> Withdrawal Addresses show you the addresses linked to each cryptocurrency and their status.

### Settings
Settings will allow you to IP ban users, as well as certain email domain names to prevent them from registering with your exchange. Additionally, you will be able to set up email templates here, email clients and perform generic actions.

### Utilities
Utilities -> Translation Manager will allow you to modify text on the front-end of your exchange. The "KEY" field will show you the default web content that shows without any modification. To add your own input, click "show" from the rightmost column titled "ID". From here, an HTML text editor will open up and allow you to change the text at any given time.

### Admins
This section will allow you to manage who has access to the admin panel and at what level of privilege. All settings to do with admin panel accessibility can be modified here.

---

Home > Users

## Users

Displaying 1 – 1 of 1

| Profile | Balances | Ledger | Deposits | Deposit Addresses | Withdrawals | Redemption Limits | Withdrawal Addresses | Bank Accounts | Active Orders | Completed Orders | Trades | Tiers | Mail Queue | Notifications | Activity | Error Log | Exploit Attempts | Referrals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Referral Bonuses | WhiteListed IPs | Risk Scoring | Transaction Monitoring | Security Question | Supporting Documents | | | | | | | | | | | | | |

## User Details

| Field | Value | Action |
|---|---|---|
| ID | | |
| DATE CREATED | | |
| DISPLAY NAME | | |
| USER TYPE | | |
| FIRST / MIDDLE NAME | | |
| LAST NAME | | |
| FULL NAME | | |
| BIRTH DATE | | |
| E-MAIL | | |
| ADDRESS / USERNAME | | |
| MOBILE PHONE | | |
| ADDRESS LINE 1 | | |
| ADDRESS LINE 2 | | |
| RESIDENCE COUNTRY | | |
| CITY | | |
| STATE | | |
| POST CODE | | |
| CITIZENSHIP COUNTRY | | |
| ID DOCUMENT NUMBER | | |
| COMMENTS | | |
| LAST COMMENT BY | | |
| FAILED LOGIN ATTEMPTS | | |
| ENABLED | True | Disable |
| APPROVED | True | Disapprove |
| DELETED | False | Remove |
| LOCKED OUT | False | Lock |
| STOP DEPOSITS | False | Deposit Off |
| STOP TRADING | False | Trade Off |
| STOP WITHDRAWALS | False | Withdraw Off |
| FORCED TO CHANGE PASS | False | Force |
| 2-FACTOR AUTHENTICATION | False | |
| ONLINE | False | |
| ABLE TO ACCESS API KEYS | False | Allow |

Profile  Balances  Ledger  **Deposits**  Deposit Addresses  Withdrawals  Redemption Limits  Withdrawal Addresses  Bank Accounts  Active Orders  Completed Orders  Trades  Tiers  Mail Queue  Notifications  Activity  Error Log  Exploit Attempts  Referrals
Referral Bonuses  WhiteListed IPs  Risk Scoring  Transaction Monitoring  Security Question  Supporting Documents

Coin [Any ▾]  Address [                    ]                      Payment ID [          ] Destination Tag/Memo [          ]                                    Game/URL [          ]
Status [Any ▾]  Transaction ID [          ]                         Deposit ID [          ]
Created Date From [mm/dd/yyyy hh:mm:pm]   Created Date To [mm/dd/yyyy hh:mm:pm]                                                                                 [Search]

Displaying 1 - 9 of 9

| HID | Authorized By | Double checked By | Time | L2 Action Date | Coin | Amount | Fee | Depositing Details | Paym.Id/Dest. Tag/Memo | Comment | Status | CheckSum |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ■ | ■ | ■ | ■ | ■ | USD | ■ | ■ | ■ | | | Complete | > |
| ■ | ■ | ■ | ■ | ■ | USD | ■ | ■ | ■ | | | Complete | > |
| ■ | ■ | ■ | ■ | ■ | USD | ■ | ■ | ■ | | | Complete | > |
| ■ | ■ | ■ | ■ | ■ | USD | ■ | ■ | ■ | | | Complete | > |
| ■ | ■ | ■ | ■ | ■ | USD | ■ | ■ | ■ | | | Complete | > |
| ■ | ■ | ■ | ■ | ■ | USD | ■ | ■ | ■ | | | Complete | > |
| ■ | ■ | ■ | ■ | ■ | USD | ■ | ■ | ■ | | | Complete | > |
| ■ | ■ | ■ | ■ | ■ | USD | ■ | ■ | ■ | | | Complete | > |

Profile  Balances  Ledger  Deposits  Deposit Addresses  Withdrawals  Redemption Limits  Withdrawal Addresses  Bank Accounts  Active Orders  Completed Orders  Trades  Tiers  Mail Queue  Notifications  Activity  Error Log  Exploit Attempts  Referrals
Referral Bonuses  WhiteListed IPs  Risk Scoring  Transaction Monitoring  Security Question  Supporting Documents

Coin [Any ▼]  Address [          ]                                    Status [Any ▼]                                                                                                                                                                  Gener URL
Transaction ID [          ]                                           Withdrawal ID [          ]                                                                                                                                                        [Search]          [Export]
Created Date From [mm/dd/yyyy hh:mm pm]  Created Date To [mm/dd/yyyy hh:mm pm]  Notified [Any ▼]

Displaying 0 – 0 of 0

| Time | L2 Action Date | Coin | Amount | Fee | USD | Receiving Details | Comments | Status | CheckSum(LW) | Notified |
|------|----------------|------|--------|-----|-----|-------------------|----------|--------|--------------|----------|

Profile  Balances  Ledger  Deposits  Deposit Addresses  Withdrawals  Redemption Limits  Withdrawal Addresses  Bank Accounts  Active Orders  Completed Orders  Trades  Tiers  Mail Queue  Notifications  Activity  Error Log  Exploit Attempts  Referrals
Referral Bonuses  WhiteListed IPs  **Risk Scoring**  Transaction Monitoring  Security Question  Supporting Documents

INTERNAL ID
MANUALRISKSCORE
TOTAL RISK SCORE
RISK LEVEL
COMPLYADVANTAGE HITS
COMPLYADVANTAGE LINK
VERIFICATION
APPLICATION STATUS
CATEGORY
NUMBER OF ATTEMPT TO JUMIO

Risk Score Update History

| DATE & TIME | FULL NAME | ROLE | RISK SCORE | RISK LEVEL |
|---|---|---|---|---|