

# Business Account Application

**Business Legal Name**
Himalaya International Reserves Ltd

**Authorized person completing this application**
Georgette Adonis-Roberts

**As the person completing this application, I am a**
Employee/Executive

**Please upload the Corporate Resolution of the company authorizing you to open and manage an account for the entity.**

**Business Address**
Commerce House, Cay 1, Tortola, Tortola VG1110, Virgin Islands (British)

| | |
|---|---|
| **Email of the authorized person completing the application** <br> Georgette.Adonis-Roberts@Hamilton-CH.com | **Phone** <br> 07464803316 |
| **Business Registration Number** <br> 2047670 | **Business Tax ID (EIN for USA Entity)** <br> n/a |
| **Date Company registered** <br> 11/9/2020 | **Country of business registration** <br> Virgin Islands (British) |

## About your business

**Please describe your business and who your customers are.**
The Himalaya Dollar (HDO) is an Ethereum-based ERC-1404 token that has backward compatibility to the ERC-20. Our stable coin fixed to the United States Dollar (USD) with the backing of a Reserve consisting of USD and cash-equivalent assets.

**What is the purpose of opening a bank account with FV Bank? Please describe how you will use the account.**
To hold the proceeds of the sale of our Himalaya Dollar.

**Has the Applicant, its owners or principals, been subject to any regulatory investigation, penalty or enforcement in the last 5 years?**
No

**Is your business involved in any of the following  (check all that apply)**


**Does your business have a written business plan?**
No

## Expected Account Activity

**Expected amount of initial deposit**
$300,000,000.00

**Expected average balance**
$500,000,000.00

**Expected number of monthly ACH deposits**
0

**Expected amount of monthly ACH deposits**
$0.00

**Expected number of monthly ACH payments**
0

**Expected amount of monthly ACH payments**
$0.00

**Expected number of monthly Domestic Wire deposits**
0

**Expected amount of monthly Domestic Wire deposits**
$0.00

**Expected number of monthly Domestic Wire payments**
3

**Expected amount of monthly Domestic Wire payments**
$100,000,000.00

**Expected number of monthly International Wire deposits**
3

**Expected amount of monthly Interntional Wire deposits**
$1,000,000.00

**Expected number of monthly International Wire payments**
3

**Expected amount of monthly International Wire payments**
$20,000,000.00

**Entity Type**
Limited Liability Company

**Website**
https://himalaya.exchange/

**Please provide any "Doing Business As " names you also operate under if any.**
Himalaya Dollar

Please provide the name and valid identification (passport) for an individual in your organization who has significant responsibility to control, manage or direct the company? This may include an executive officer or senior manager such as a Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, President, or any other individual who regularly performs similar functions.

**Name**
Kin Ming Je

**Role**
President

**Controller Identity Document**
WJ passport.pdf

How many other officers are in your organization, not including the above, such as Chief Executive Officer, Chief Financial Officer and/or Chief Operating Officer that exert control over the business? If so, please list their names. below.

**Number of additional Officers**
1

**Name**
Ehsan Masud

**Role**
President

**Who are your shareholders or members who control 25% or more of the entity?**
Entities

**How many entity shareholders with 25% or more ownership?**
1

**Name of entity shareholder #1**
Major Leaad International Limited

**Please list all shareholders who own 25% or more of the entity**

**Percentage of ownership of entity #1**
100.00%

**How many directors does your company have?**
2

**Director #1**
Jesse Brown

**Please upload a valid govenment issued photo ID of the Director #1**
Jesse-Passport.pdf

**Director #2**
Hee-Seup Shin

**Please upload a valid govenment issued photo ID of the Director #2**
Hee-Seup Shin Passport (1).pdf

**Please upload your certificate of incorporation or equivalent**
Cert of Incorporation - HIR.pdf

**Please upload your articles of association or operating agreement.**
HIR M&A 908995 - 09 Nov 2020(1).pdf

**Please upload a register of shareholders, members or partners.**
HIR Members Register REG 908997  - 18 Nov 2020.pdf

**Please upload a proof of address for the business. (Utility bill, rental contract, bank statement or similiar)**

**Please upload a source of funds, like a bank statement, trading account, invoice or contract.**

**Does Your Company deal in crypto currency?**
Yes

**Is your company a Money Servcies Business or Money Transmitter?**
No

**Do you require a license to operate your business model in your jurisdiction of registration?**
No

**What type of crypto currency does your organization work with?**
Other

**Please list other cryptocurrencies offered since you selected "Other" above.**
HDO and HCN

**What is your business model in the crypto/blockchain industry?**
Other

**Please explain your crypto business model if you selected "Other" above.**
The Himalaya Dollar (HDO) is an Ethereum-based ERC-1404 token that has backward compatibility to the ERC-20. Our stable coin fixed to the United States Dollar (USD) with the backing of a Reserve consisting of USD and cash-equivalent assets.

**Who are your primary business partners involved in the crypto currency transactions (liquidity providers, OTC, Exchanges etc.)?**
Himalaya Exchange

**Does your organization have an AML/CFT Program (Policies and Procedures)?**
Yes

**Please upload your AML/CFT Program (policies and procedures).**
AML Policy_V3.0.pdf

**Has your organization AML/CFT Compliance Program been reviewed by an independent third party?**
No

**Does your organization have a Complaints policy?**
No

**Please upload your complaints policy.**

**Does your organization have a business agreement or terms and conditions with your customer?**
Yes

**Please upload your buiness agreement or terms and conditions.**
Himalaya Exchange Terms & Conditions (16) New- 17.11.2021.pdf

**Do your customers have direct access to their wallet or account with your service?**
No

**IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING AN ACCOUNT:**

To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your company formation documents, business licenses, business address, tax identification number, and other information that will allow us to identify your business. We may ask to see your other identifying or ownership documents.

**Acknowledgement of Receipt**

I hereby acknowledge receipt of this Business Customer Identification Program Notice and further acknowledge that I understand its contents.

**Acknowledgement and Agreement**
I hereby acknowledge the information provided in this application is true and accurate as of the date set forth opposite my signature below. I consent to the use of information contained herein for the sole purpose of verifying the identity of my business and preventing fraud and understand that this information will not be used or shared for any other purpose with any other party. I further represent that I am an authorized representative of the business.

**Regulation GG – Unlawful Internet Gambling Disclosure**
I hereby acknowledge receipt of FV Bank International Inc's Regulation GG Unlawful Internet Gambling Disclosure. By signing below, I certify that I am not now engaged in, and during the life of the Account, shall not engage in any activity or business that is unlawful under the Unlawful Internet Gambling Enforcement Act of 2006, 31 USG 5361, et seq., (the "UIGEA"). I understand that I may not use this Account or any other service to receive any funds, transfer, credit, instrument, or proceeds that arise from a business that is unlawful under the UIGEA. I agree that if I am asked to process a transaction that I believe is restricted under the UIGEA, I am block the transaction and take any other action deemed to be reasonable under the UIGEA.

**Marijuana Related Business Disclosure**
I hereby acknowledge receipt of FV Bank International Inc's Marijuana Related Business Disclosure.

By signing below, I certify that I am not now engage in, and during the life of the Account, will not conduct any marijuana related business activity, as outlined in the Marijuana Related Business Disclosure. Failing to alert FV Bank International Inc. that a Beneficial Owner(s) own or directly control a marijuana related business or are utilizing FV Bank International, Inc. to receive, accept, hold or maintain funds derived from a directly marijuana-related business are grounds for immediate termination of all banking services.

| **Signature** | **Name of Signer** |
|---|---|
| *[signature]* | Georgette Adonis-Roberts |

**Date of Application**
11/17/2021