UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                *Plaintiff*,<br><br>v.<br><br>HO WAN KWOK,<br><br>                *Defendant*. | Case No. 1:23-CR-118-1 (AT)<br><br>**NOTICE OF RENEWED MOTION TO STAY BANKRUPTCY CASES AND MOTION FOR RECONSIDERATION**<br><br>**ORAL ARGUMENT REQUESTED** |

Defendant Ho Wan Kwok, through counsel, respectfully (i) submits a renewed motion for an order and writ staying the bankruptcy cases captioned *In re Ho Wan Kwok, et al.*, Case No. 22-50073(JAM) (Bankr. D. Conn.) (Jointly Administered), and all related cases (the "Bankruptcy Cases"), and (ii) moves the Court, pursuant to Local Criminal Rule 49.1, for reconsideration of the Court's order (Dkt. No. 204) denying Mr. Kwok's prior motion to stay the Bankruptcy Cases (Dkt. No. 131).

Defendant moves upon the Declaration of Matthew S. Barkan, Esq., the exhibits annexed thereto, the accompanying Memorandum of Law, and all prior papers and proceedings had herein.

Defendant respectfully requests oral argument on this motion.

Dated: January 4, 2023
      New York, New York

Respectfully submitted,

_/s/_____
Sidhardha Kamaraju
E. Scott Schirick
Matthew S. Barkan
Daniel J. Pohlman
John M. Kilgard
Clare P. Tilton
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036
(212) 421-4100

skamaraju@pryorcashman.com
sschirick@pryorcashman.com
mbarkan@pryorcashman.com
dpohlman@pryorcashman.com
jkilgard@pryorcashman.com
ctilton@pryorcashman.com

Sabrina P. Shroff
80 Broad Street, 19th Floor
New York, NY 10004
(646) 763-1490

*Attorneys for Defendant Ho Wan Kwok*