UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　　Plaintiff<br>　　　v.<br>HO WAN KWOK, *et al*<br>　　　　　　　　Defendants | 1:23-cr-00118-UA<br>**NOTICE OF APPEARANCE OF COUNSEL AND DEMAND FOR SERVICE OF PAPERS** |

-------------------------------------------------------------x

**PLEASE TAKE NOTICE,** that the undersigned appears for TROY LAW, PLLC, interested party in the above-captioned case. Request is hereby made that all notices given or required to be given in this case and all pleadings, motions, and applications served or required to be served in this case be given to and served upon the undersigned.

I certify that I am admitted and authorized to practice in this Court.

Dated:　　January 5, 2024
　　　　　　Flushing, New York

　　　　　　　　　　　　　　　　　　　　TROY LAW, PLLC
　　　　　　　　　　　　　　　　　　　By: /s/ John Troy
　　　　　　　　　　　　　　　　　　　　John Troy, Esq.
　　　　　　　　　　　　　　　　　　　　41-25 Kissena Blvd., Suite 110
　　　　　　　　　　　　　　　　　　　　Flushing, NY 11355
　　　　　　　　　　　　　　　　　　　　Tel:  (718) 762-1324
　　　　　　　　　　　　　　　　　　　　Fax:  (718) 762-1342
　　　　　　　　　　　　　　　　　　　　johntroy@troypllc.com