The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:** *United States v. Kwok, et al.*, **Case No. 1:23-cr-118 (AT)**

Dear Judge Torres:

I _IMXIVUL_, hereby declare:

1. My name is _IMXIVUL_ and I have an active account with the Himalaya Exchange.

2. I hereby confirm that I have signed up to be represented by Bradford Geyer to represent me for the recovery of my funds from my Himalaya exchange account.

3. I confirm my account is currently active and it contains crypto stable coin holdings and an associated reserve.

4. To the best of my knowledge and belief, I have not been defrauded by the charged defendants in the above captioned case.

5. I have not been unduly influenced by the Exchange or any of the charged defendants.

6. I have made this decision on my own free will and I respectfully request that my funds be immediately unencumbered so that they can be returned.

Dated: January 9, 2024          RESPECTFULLY SUBMITTED

_____
Name

BY:     _/s/Brad Geyer_
        Bradford L. Geyer Attorney for
        Defendant
        Pennsylvania Bar ID #: 62998
        NJ Bar ID # 022751991
        2006 Berwick Drive
        Cinnaminson, NJ 08077
        Email: Bradford@formerfedsgroup.com
        P: (856)-607-5708

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:**   ***United States v. Kwok, et al.*, Case No. 1:23-cr-118 (AT)**

Dear Judge Torres:

I _Xiushan Lu_, hereby declare:

1. My name is _Xiushan Lu_ and I have an active account with the Himalaya Exchange.

2. I hereby confirm that I have signed up to be represented by Bradford Geyer to represent me for the recovery of my funds from my Himalaya exchange account.

3. I confirm my account is currently active and it contains crypto stable coin holdings and an associated reserve.

4. To the best of my knowledge and belief, I have not been defrauded by the charged defendants in the above captioned case.

5. I have not been unduly influenced by the Exchange or any of the charged defendants.

6. I have made this decision on my own free will and I respectfully request that my funds be immediately unencumbered so that they can be returned.

Dated: January 9, 2024             RESPECTFULLY SUBMITTED

_Xiushan Lu_
Name

BY:     _/s/Brad Geyer_
Bradford L. Geyer

Attorney for
Defendant
Pennsylvania Bar ID #: 62998
NJ Bar ID # 022751991
2006 Berwick Drive
Cinnaminson, NJ 08077
Email:
Bradford@formerfedsgroup.com
P: (856)-607-5708

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:**   *United States v. Kwok, et al.*, **Case No. 1:23-cr-118 (AT)**

Dear Judge Torres:

I *Gerhard Axen* hereby declare:

1. My name is *Gerhard Axen* and I have an active account with the Himalaya Exchange.

2. I hereby confirm that I have signed up to be represented by Bradford Geyer to represent me for the recovery of my funds from my Himalaya exchange account.

3. I confirm my account is currently active and it contains crypto stable coin holdings and an associated reserve.

4. To the best of my knowledge and belief, I have not been defrauded by the charged defendants in the above captioned case.

5. I have not been unduly influenced by the Exchange or any of the charged defendants.

6. I have made this decision on my own free will and I respectfully request that my funds be immediately unencumbered so that they can be returned.

Dated: January 9, 2024                    RESPECTFULLY SUBMITTED

                                          *Gerhard Axen*
                                          Name

                          BY:    ___/s/Brad Geyer___
                                 Bradford L. Geyer

Attorney for
Defendant
Pennsylvania Bar ID #: 62998
NJ Bar ID # 022751991
2006 Berwick Drive
Cinnaminson, NJ 08077
Email:
Bradford@formerfedsgroup.com
P: (856)-607-5708

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:    *United States v. Kwok, et al.*, Case No. 1:23-cr-118 (AT)

Dear Judge Torres:

I _SHENG YUAN, CHEN_____, hereby declare:

1.  My name is _____SHENG YUAN, CHEN____ and I have an active account with the Himalaya Exchange.

2.  I hereby confirm that I have signed up to be represented by Bradford Geyer to represent me for the recovery of my funds from my Himalaya exchange account.

3.  I confirm my account is currently active and it contains crypto stable coin holdings and an associated reserve.

4.  To the best of my knowledge and belief, I have not been defrauded by the charged defendants in the above captioned case.

5.  I have not been unduly influenced by the Exchange or any of the charged defendants.

6.  I have made this decision on my own free will and I respectfully request that my funds be immediately unencumbered so that they can be returned.

Dated: January 9, 2024                          RESPECTFULLY SUBMITTED

                                                _Chen Sheng Yuan_
                                                Name

                                        BY:     _/s/Brad Geyer_
                                                Bradford L. Geyer

                                        Attorney for
                                        Defendant
                                        Pennsylvania Bar ID #: 62998 NJ Bar ID #
                                        022751991
                                        2006 Berwick Drive Cinnaminson, NJ 08077
                                        Email:
                                        Bradford.geyer@formerfedsgroup.com
                                        Phone: (856)-607-5708

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:** ***United States v. Kwok, et al.*, Case No. 1:23-cr-118 (AT)**

Dear Judge Torres:

I __Lazzat_____, hereby declare:

1. My name is __Lazzat_____ and I have an active account with the Himalaya Exchange.

2. I hereby confirm that I have signed up to be represented by Bradford Geyer to represent me for the recovery of my funds from my Himalaya exchange account.

3. I confirm my account is currently active and it contains crypto stable coin holdings and an associated reserve.

4. To the best of my knowledge and belief, I have not been defrauded by the charged defendants in the above captioned case.

5. I have not been unduly influenced by the Exchange or any of the charged defendants.

6. I have made this decision on my own free will and I respectfully request that my funds be immediately unencumbered so that they can be returned.

Dated:  January 9, 2024                    RESPECTFULLY SUBMITTED

                                                    _____
                                                    Name    Lazzat

                              BY:    _/s/Brad Geyer_
                                     Bradford L. Geyer

                              Attorney  for
                              Defendant
                              Pennsylvania Bar ID #: 62998 NJ Bar ID #
                              022751991
                              2006 Berwick Drive Cinnaminson, NJ 08077
                              Email:
                              Bradford.geyer@formerfedsgroup.com
                              Phone: (856)-607-5708

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:**   ***United States v. Kwok, et al.*, Case No. 1:23-cr-118 (AT)**


Dear Judge Torres:

I   Xiue Zhang   , hereby declare:

1.   My name is   Xiue Zhang   and I have an active account with the Himalaya Exchange.

2.   I hereby confirm that I have signed up to be represented by Bradford Geyer to represent me for the recovery of my funds from my Himalaya exchange account.

3.   I confirm my account is currently active and it contains crypto stable coin holdings and an associated reserve.

4.   To the best of my knowledge and belief, I have not been defrauded by the charged defendants in the above captioned case.

5.   I have not been unduly influenced by the Exchange or any of the charged defendants.

6.   I have made this decision on my own free will and I respectfully request that my funds be immediately unencumbered so that they can be returned.


Dated:  January 9, 2024                    RESPECTFULLY SUBMITTED


                                            _____
                                            Name


                        BY:      /s/Brad Geyer
                                 Bradford L. Geyer

                                 Attorney  for
                                 Defendant
                                 Pennsylvania Bar ID #: 62998 NJ Bar ID #
                                 022751991
                                 2006 Berwick Drive Cinnaminson, NJ 08077
                                 Email:
                                 Bradford.geyer@formerfedsgroup.com
                                 Phone: (856)-607-5708

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:**  ***United States v. Kwok, et al.***, Case No. 1:23-cr-118 (AT)


Dear Judge Torres:

I _VXCK9NV_ , hereby declare:

1. My name is _VXCK9NV_ and I have an active account with the Himalaya Exchange.

2. I hereby confirm that I have signed up to be represented by Bradford Geyer to represent me for the recovery of my funds from my Himalaya exchange account.

3. I confirm my account is currently active and it contains crypto stable coin holdings and an associated reserve.

4. To the best of my knowledge and belief, I have not been defrauded by the charged defendants in the above captioned case.

5. I have not been unduly influenced by the Exchange or any of the charged defendants.

6. I have made this decision on my own free will and I respectfully request that my funds be immediately unencumbered so that they can be returned.


Dated:  January 9, 2024                    RESPECTFULLY SUBMITTED

                                           _Cheng Fei Dong_
                                           Name


                        BY:    _/s/Brad Geyer_
                               Bradford L. Geyer

                        Attorney  for
                        Defendant
                        Pennsylvania Bar ID #: 62998 NJ Bar ID #
                        022751991
                        2006 Berwick Drive Cinnaminson, NJ 08077
                        Email:
                        Bradford.geyer@formerfedsgroup.com
                        Phone: (856)-607-5708

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:     *United States v. Kwok, et al.*, **Case No. 1:23-cr-118 (AT)**

Dear Judge Torres:

I  LSPTSEM , hereby declare:

1. My name is  LSPTSEM  and I have an active account with the Himalaya Exchange.

2. I hereby confirm that I have signed up to be represented by Bradford Geyer to represent me for the recovery of my funds from my Himalaya exchange account.

3. I confirm my account is currently active and it contains crypto stable coin holdings and an associated reserve.

4. To the best of my knowledge and belief, I have not been defrauded by the charged defendants in the above captioned case.

5. I have not been unduly influenced by the Exchange or any of the charged defendants.

6. I have made this decision on my own free will and I respectfully request that my funds be immediately unencumbered so that they can be returned.

Dated: January 9, 2024                    RESPECTFULLY SUBMITTED


                                          _____
                                          Name

                           BY:     */s/Brad Geyer*
                                   Bradford L. Geyer

                           Attorney for
                           Defendant
                           Pennsylvania Bar ID #: 62998 NJ Bar ID #
                           022751991
                           2006 Berwick Drive Cinnaminson, NJ 08077
                           Email:
                           Bradford.geyer@formerfedsgroup.com
                           Phone: (856)-607-5708