**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  *Plaintiff,*<br><br>v.<br><br>HO WAN KWOK,<br><br>  *Defendant*. | Case No. 1:23-CR-118-1 (AT)<br><br>**NOTICE OF MOTION TO DISMISS THE SUPERSEDING INDICTMENT**<br><br>**ORAL ARGUMENT REQUESTED** |

Defendant Ho Wan Kwok, through his undersigned counsel, respectfully moves the Court, pursuant to Federal Rule of Criminal Procedure 12(b), for an order dismissing the superseding indictment filed in this matter.

Defendant moves upon the Declaration of Sidhardha Kamaraju, Esq., the exhibits annexed thereto, the accompanying Memorandum of Law, and all prior papers and proceedings had herein.

Defendant respectfully requests oral argument on this motion.

Dated: February 7, 2024
      New York, New York

Respectfully submitted,

/s/ Sidhardha Kamaraju

Sidhardha Kamaraju
E. Scott Schirick
Matthew S. Barkan
Daniel J. Pohlman
John M. Kilgard
Clare P. Tilton
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036
(212) 421-4100
skamaraju@pryorcashman.com
sschirick@pryorcashman.com
mbarkan@pryorcashman.com
dpohlman@pryorcashman.com
jkilgard@pryorcashman.com
ctilton@pryorcashman.com

Sabrina P. Shroff
80 Broad Street, 19th Floor
New York, NY 10004
(646) 763-1490

*Attorneys for Defendant Ho Wan Kwok*