# **EXHIBIT C**

**List of attorneys who may have had privileged communications with Ms. Wang**

*United States v. Yanping Wang,* 23-CR-118 (AT)

| Law Firm | Address | Lawyers | Domain |
|---|---|---|---|
| Brown Rudnick LLP | 7 Times Square<br>New York, NY 10036 | William R. Baldiga<br>508-922-8272<br><br>Stephen R. Cook<br>(no communication w/ Yvette via cell phone)<br><br>Stephen A. Best<br>(no communication w/ Yvette via cell phone)<br><br>Sunni P. Beville<br>(no communication w/ Yvette via cell phone)<br><br>Tiffany B. Lietz<br>(no communication w/ Yvette via cell phone)<br><br>Tristan Axelrod<br>(no communication w/ Yvette via cell phone)<br><br>Kenneth Aulet<br>(no communication w/ Yvette via cell phone)<br><br>Andrew M. Carty<br>(no communication w/ Yvette via cell phone)<br><br>Jeffrey L. Jonas<br>617-593-5033<br><br>Bennett S. Silverberg<br>917-538-2798<br><br>Robert J. Stark<br>(no communication w/ Yvette via cell phone)<br><br>Honieh Udenka<br>(no communication w/ Yvette via cell phone) | @brownrudnick.com |

| Law Firm | Address | Lawyers | Domain |
|---|---|---|---|
| | | Natasha M. Ertzbischoff (no communication w/ Yvette via cell phone)<br><br>William Franzese III (no communication w/ Yvette via cell phone)<br><br>Alessandra Maldonado (no communication w/ Yvette via cell phone)<br><br>E. Patrick Gilman (no communication w/ Yvette via cell phone)<br><br>Ashley E. Smith (no communication w/ Yvette via cell phone)<br><br>Eileen Hren Citron (no communication w/ Yvette via cell phone) | |
| Chaudhry Law PLLC | 147 West 25th Street, 12th Fl New York, NY 10001 | Priya Chaudhry 917-952-8266<br><br>Seth Zuckerman 516-286-9018<br><br>Robert Glenn (no communication w/ Yvette via cell phone) | @chaudhrylaw.com |
| Harcus Parker Ltd. | 7th Floor, Melbourne House 44-46 Aldwych London, WC2B 4LL | Damon Parker +44 (0)7919 605191<br><br>Jenny Morrissey +44 (0)7919 138666<br><br>Edward Argles +44 (0)7577 063492 | @harcusparker.co.uk |
| LALIVE SA | Rue de Law Mairie 35 1207 Geneva Switzerland | Sandrine Giroud (no communication w/ Yvette via cell phone)<br><br>Matthias Scherer (no communication w/ Yvette via cell phone)<br><br>Dominik Elmiger | @lalive.law |

| Law Firm | Address | Lawyers | Domain |
|---|---|---|---|
| | | (no communication w/ Yvette via cell phone) | |
| Law Offices of Yongbing Zhang | 223 West Jackson Boulevard Suite 1012 Chicago, IL 60606 | Yongbing Zhang 312-493-7158 708-553-9734 312-860-0268 | @ybzlaw.com |
| Lawall & Mitchell, LLC | 55 Madison Avenue Morristown, NJ 07960 | Aaron A. Mitchell 914-760-8963 917-689-8505 | @lmesq.com |
| Lipman Law PLLC | 147 West 25th Street, 12th Fl New York, NY 10001 | Alex Lipman 917-757-9850 | @lipmanpllc.com |
| One Essex Court | One Essex Court Temple, London, EC4Y 9AR DX 430 | Sa'ad Hossain Q.C. (no communication w/ Yvette via cell phone)<br><br>Matthew Hoyle (no communication w/ Yvette via cell phone)<br><br>Sebastian Isaac (no communication w/ Yvette via cell phone) | @oeclaw.co.uk |
| Petrillo Klein & Boxer LLP | 655 Third Avenue 22nd Floor New York, NY 10017 | Guy Petrillo 646-385-1479<br><br>Joshua Klein 646-596-4589 | @pkbllp.com |
| Phillips Nizer LLP | 485 Lexington Avenue New York, NY 10017 | Matthew L. Levine (no communication w/ Yvette via cell phone) | @phillipsnizer.com<br>@ekljlaw.com |
| Schulman Bhattacharya, LLC | 6116 Executive Boulevard Suite 425 Bethesda, MD 20852 | Jeffrey S. Gavenman 703-314-8799 | @schulmanbh.com |
| The Francis Firm PLLC | 33 W 60th Street Floor 2 New York, NY 10069 | Melissa Francis 917-207-1285 917-244-8807 917-209-9230 917-239-8333 646-799-4832 301-785-9100 | @gsnyus.com |
| The Warren Law Group | 519 8th Avenue, 25th Floor, New York, NY 10018 | Daniel Podhaskie 917-941-9698 | @warren.law |

| Law Firm | Address | Lawyers | Domain |
|---|---|---|---|
| VX Cerda & Associates | 601 Brickell Key Drive Suite 700 Miami, FL 33131 | Victor Cerda 202-747-4950 | @vcerdalaw.com @fronteralawfirm.com |
| Wedlake Bell LLP | 71 Queen Victoria Street London EC4V 4AY | James Latham +44 (0)7884 311084 Kate Herbert Gemma Williams +44 (0)2073 953052 | @wedlakebell.com |
| Wilberforce Chambers | 8 New Square, Lincoln's Inn, London, WC2A 3QP | Daniel Lewis (no communication w/ Yvette via cell phone) | @wilberforce.co.uk |
| Yankwitt, LLP | 140 Grand Street, Suite 705 White Plains, NY 10601 | Daniel S. Alter (212) 580-6355 | @yankwittlaw.com |
| Zeisler & Zeisler, P.C. | 10 Middle Street Bridgeport, CT 06604 | All attorneys (no communication w/ Yvette via cell phone) | @zeislaw.com |
| Gold Leaf Consulting Ltd. | P.O. Box 3140 Road Town, Tortola British Virgin Islands | Julia Shamini Chase 758-725-5055 284-346-5056 332-260-9742  Gizelle Macaraeg (no communication w/ Yvette via cell phone)  Nailah Frett (no communication w/ Yvette via cell phone)  Cherise Archibald 284-541-8644  Nadia Harrigan 284-541-9894 | @goldleafbvi.com @tetonoffices.com @tetonbvi.com |
| Slaughter Law Group | 4881 Topanga Canyon Blvd., Suite 238 Woodland Hills, CA 91364 | Lesa Slaughter 347-291-7534 (Regular text and phone) 718-909-3816 (Regular text, phone and WhatsApp) 646-352-3725 (Regular text and phone) | @slaughterlawgroup.com |
| Wildes & Weinberg, P.C. | 515 Madison Avenue, 6th Floor New York, NY 10022 | Michael Wildes 347-203-6355 Tudor Neagu | @wildeslaw.com |
| Hodgson Russ LLP | 605 3rd Avenue New York, NY 10158 | Valerie E. Stevens 716-408-7692 | @hodgsonruss.com |

| Law Firm | Address | Lawyers | Domain |
|---|---|---|---|
| Collas Crill | 125 Main Street<br>P.O. Box 144<br>Road Town, Tortola<br>British Virgin Islands | David Harby<br>T: +1 284 852 6327<br>M: +1 284 541 7011<br><br>Dave Marshall<br>T: +1 284 852 6317<br>M: +1 284 541 2456<br><br>Fay O'Halloran<br>T: +1 284 852 6302<br>M: +1 284 542 8373<br><br>Anneka Williams (no mobile communications)<br><br>Margaret Sweeney (no mobile communications) | @collascrill.com |
| Swiss Independent Practitioners | | Ignacio Guaia<br>+41 79 437 1516<br>+41 79 853 6575<br><br>Brandon Sean<br>+41 79 234 4939 | @teton.ch<br>@gmx.ch |
| FP Legal | | Alexander Fitzner<br>+41 77 458 2478 | @teton.ch<br>@fplegal.services |
| Savio Law | 3 Dale Court<br>Hazlet, NJ 07730 | Nick Savio<br>732-673-9011 | @saviolaw.com |

5