# **<u>EXHIBIT D</u>**

CASE NAME:            <u>United States v Kwok</u>

EXHIBIT NUMBER:       Voice_Message_1_20_22_8_41_PM_1

DATE:                1/20/2022

TIME:                8:41 PM

DURATION:            00:00:17

ANGUAGE(S):          Chinese, English

PARTICIPANTS:        YW:   Yvette Wang

ABBREVIATIONS:       [U/I] – Unintelligible
                     [PH] – Phonetic Spelling
                     [Brackets] – Transcriber Notes
                     [UKN] – Unknown Speaker
                      // – Voices Overlap
                     *Italics* – Spoken in English

1

2

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| | [Start of Recording] | [Start of Recording] |
| YW | To talk to these attorneys, even if to your own attorney, is still very *tricky*. Hahaha. He/she insists on hearing some words directly from the mouth of a party. In fact, he/she already knew it and he/she has even worked in this direction already, but he/she still insists on hearing it directly from your mouth. Therefore, to talk to these attorneys, even if to your own attorneys, is still rather *tricky*. Um. | 就跟这帮律师去对话，即使自己的律师也是很 *tricky* 的，哈哈哈。他/她有些话非要从当事人嘴里直接听到。其实他/她早就都知道，他/她甚至已经在这个方向上去工作了，但他/她非要从你嘴里直接听到这才行。所以说跟这帮律师，即使自己的律师对话也是比较 *tricky* 的。嗯。 |
| | [End of Recording] | [End of Recording] |