# **EXHIBIT F**

| | |
|---|---|
| CASE NAME: | <u>United States v Kwok</u> |
| EXHIBIT NUMBER: | Voice_Message_1_20_22,_8_46_PM |
| DATE: | 01/20/2022 |
| TIME: | 8:46 PM |
| DURATION: | 00:01:11 |
| ANGUAGE(S): | Chinese, English |
| PARTICIPANTS: | YW:   Yvette Wang |
| | |
| ABBREVIATIONS: | [U/I] – Unintelligible |
| | [PH] – Phonetic Spelling |
| | [Brackets] – Transcriber Notes |
| | [UKN] – Unknown Speaker |
| | // – Voices Overlap |
| | *Italics* – Spoken in English |

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
|  | [Start of Recording] | [Start of Recording] |
| YW | Fine, fine, you can come to me at any time, you can come to me at any time. Overall, even with your own lawyer, our own lawyer afterward, our dialogue is just pretending that this homework in the background has not been done, as the tone always means that, well, you are one of the managers and representatives of the entire family's assets, eh, and then, the management and representation of family assets in the entire China and Europe, ah, and Asia are different from those in the West. It's equivalent to you being one of the family representatives, the assets you hold are your assets, they are the assets that the family has authorized you to hold. This is your boat, right? And then after that, that is, regarding to your ship, um, that means that you are not saying you are insisting，but saying if you can show up to help, and saying that this is your asset, you have to be responsible for the family, you have to be responsible for your own assets and go out to claim this right. You heard that someone distorted and said that this boat belonged to your father, and since your father got into trouble because of this matter, this matter is completely intolerable to you, this is why you have to come forward to testify. This is the basic keynote and tone behind it, yes. Regarding this boat, it was your brother who paid for the boat, so, this is between you and your brother, it was your brother who went to pay for the boat. Both you and your brother are, eh, representatives | 好的，好的，你随时找我，你随时找我。整个总体以后即使是跟你自己的律师，咱们自己的律师，我们的对话也是，就是假装这些背后的功课都没有做过，就是语气始终就是说，呃，你就是家族的整个，就是资产的管理人和代表人之一，呃，然后的话，整个中国和欧洲的这个，啊，和亚洲的这个家族资产的管理和代表这是和，这是和他们西方是不同的。相当于就是你是家族代表之一，你持有资产的就是你的资产，就是家族授权你持有的这个资产。这是你的船，对吧？然后完了的话，就是啊，你的船的话，嗯那就是说，你现在不是说你是非要，就说是，看出来能不能帮忙，而是说这是你的资产，你要对家族负责，你要对你自己的资产负责出来去主张这个权利。你听说有人把这个船歪曲成说是你爸爸的，并因为你爸爸因为这事还因为，就是说，陷入麻烦啦，这事完全不能，你不能容忍，这是为什么你要出来作证，这个就是背后的基调和语调，对。这个船，当时买这个船付钱的是你哥哥嘛，所以说这个的话是你和你哥哥之间，你哥哥去，去那个付钱买这个船的，你和你哥哥两个都是家族资产的，呃，代表嘛。就是这么一个情况。 |

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
|  | of the family assets. That's the situation. |  |
|  | [End of Recording] | [End of Recording] |