# **EXHIBIT G**

1

| | |
|---|---|
| CASE NAME: | United States v Kwok |
| EXHIBIT NUMBER: | Voice_Message_1_20_22,_8_48_PM |
| DATE: | 1/20/2022 |
| TIME: | 8:48 PM |
| DURATION: | 00:01:01 |
| ANGUAGE(S): | Chinese, English |
| PARTICIPANTS: | YW:   Yvette Wang |
| ABBREVIATIONS: | [U/I] – Unintelligible<br>[PH] – Phonetic Spelling<br>[Brackets] – Transcriber Notes<br>[UKN] – Unknown Speaker<br> // – Voices Overlap<br>Italics – Spoken in English |

| **NAME** | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE** |
|---|---|---|
|  | [Start of Recording] | [Start of Recording] |
| YW | That is why Victor wants to talk to you, because he wants to go over the whole years of '18 and '17 with you. Our entire conversations are just about when we made that application, about your story, just making sure that this can be matched, don't have Qiang to have difference. At the same time, he also wants to remind you, that is, to emphasize about the period of time being persecuted, then emphasize to you about, about the safety's this… and then the hidden dangers of this safety being threatened. Yes, must emphasize these, yes, *I am fucking being threatened and in jail so what*, right, similar to this kind, and then there must be this huge potential safety hazard. In view of this, therefore you asked not to appear before, and now even if appearing, the face cannot be shown, those are the two points, let's emphasize them first. Yes, the attorney insists that it must be mentioned from your mouth, that's why. In fact, we have prepped with them many times for these stories behind, and they all know how to deal with it. It is just because due to their so-called bullshit professional ethics, he must hear it from the client's mouth, that is the reason. That is why the so-called bullshit is that Aaron can't participate in the *prep* of your *deposition* either, only your lawyer Li can. Anyway, that's how it works. Yes, you should rest first, feel free to contact me anytime tomorrow, feel free to contact me anytime. | 这就是为啥Victor要找你对话，因为他想跟你过一下，整个就是18，17年，咱们整个就是说那个做那个申请的时候，就是你关于你的故事，就是确保这个是能对应上的，不要有强[PH]有出入，同时以后他也想提醒你，就是强调关于被迫害的这一段，然后强调你关于关于安全的这个被…被那个被安全的这个威胁的这个隐患，对，一定要强调这些，对，就是*I am fucking being threatened and in jail so what* 对吧，类似于这种的，然后的话就是肯定就是有巨大的这个安全的隐患，鉴于如此，所以说你才会要求就是之前不出现，然后现在的话就是即使出现也不能露脸，就是这两个点呢，先去给它强调住。对，律师他一定要从你嘴里提到，就是为啥。其实背后这些故事其实我们都跟他们*Prep*好多次，他们也都知道他们该怎么去处理。只是。迫于他们所谓的这些狗屁的职业道德，他一定要从当事人嘴里听到，就是这个原因。就是为什么所谓的狗屁的是Aron也不能参加你的*deposition*的*Prep*，只有你的律师Li才行。总之就是这一套吧。对，你先休息啊，明天随时找我，随时找我。 |
|  | [End of Recording] | [End of Recording] |

2