UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

HO WAN KWOK and YANPING WANG,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/01/2024

23 Cr. 118 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Defendant Yanping Wang's letter motion regarding "issues with the government's discovery," ECF No. 253, and the Government's response dated March 31, 2024, which requests that the Court order various pre-trial deadlines, ECF No. 255.

    Accordingly, by **April 4, 2024**, Defendant Wang shall file her reply, and Defendant Ho Wan Kwok shall file a response to the Government's letter.

    SO ORDERED.

Dated: April 1, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge