# Exs. A-D, K
# Filed Under Seal