

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

26 Federal Plaza
New York, New York 10278

April 9, 2024

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, New York 10007

    Re:    <u>*United States v. Ho Wan Kwok et al.,*</u> S2 23 Cr. 118 (AT)

Dear Judge Torres:

    The Government respectfully submits the attached verdict form on behalf of the parties, in connection with the trial of defendants Ho Wan Kwok and Yanping Wang, presently scheduled to begin on May 20, 2024.

    The Government proposes that each count be listed in turn, with the jury identifying its verdict as to both defendants. The Defendants propose that each count be listed as to each defendant, with the jury identifying its verdict as to each count first for defendant HO WAN KWOK, and then moving to consider each count as to defendant YANPING WANG.

                           Respectfully submitted,

                           DAMIAN WILLIAMS
                           United States Attorney
                           Southern District of New York

By:  /s/_____
      Ryan B. Finkel / Juliana N. Murray /
      Micah F. Fergenson / Justin Horton
      Assistant United States Attorneys
      (212) 637-6612 / -2314 / - 2190 / -2276

cc: Defense Counsel (by ECF)