UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

HO WAN KOWK MILES GUO,
   a/k/a "Miles Guo,"
   a/k/a "Miles Kwok,"
   a/k/a "Guo Wengui,"
   a/k/a "Brother Seven,"
   a/k/a "The Principal,"
   a/k/a "Boss," and

YANPING WANG,
   a/k/a "Yvette,"
   a/k/a "Y,"

                        Defendants.

S2 23 Cr. 118 (AT)

Please indicate each of your verdicts with a check mark (✓).

**Count One:  Racketeering Conspiracy**

1. *With respect to Count One, Racketeering Conspiracy, we the jury unanimously find the defendant* **HO WAN KWOK**:

   Not Guilty _____          Guilty _____

2. *With respect to Count One, Racketeering Conspiracy, we the jury unanimously find the defendant* **YANPING WANG**:

   Not Guilty _____          Guilty _____

1

**Count Two:  Conspiracy to Commit Wire Fraud or Bank Fraud**

3. *With respect to Count Two, we the jury unanimously find the defendant* **HO WAN KWOK**:

   Not Guilty _____        Guilty _____

4. *With respect to Count Two, we the jury unanimously find the defendant* **YANPING WANG**:

   Not Guilty _____        Guilty _____

**Count Three:  Conspiracy to Commit Money Laundering**

5. *With respect to Count Three, we the jury unanimously find the defendant* **HO WAN KWOK**:

   Not Guilty _____        Guilty _____

6. *With respect to Count Three, we the jury unanimously find the defendant* **YANPING WANG**:

   Not Guilty _____        Guilty _____

**Count Four:  Conspiracy to Commit Securities Fraud or Make False Statements to a Financial Institution**

7. *With respect to Count Four, we the jury unanimously find the defendant* **HO WAN KWOK:**

   Not Guilty _____        Guilty _____

8. *With respect to Count Four, we the jury unanimously find the defendant* **YANPING WANG**:

   Not Guilty _____        Guilty _____

**Count Five:  Wire Fraud—GTV Private Placement**

9. *With respect to Count Five, we the jury unanimously find the defendant **HO WAN KWOK**:*

   Not Guilty _____          Guilty _____

10. *With respect to Count Five, we the jury unanimously find the defendant **YANPING WANG**:*

    Not Guilty _____          Guilty _____

**Count Six:  Securities Fraud—GTV Private Placement**

11. *With respect to Count Six, we the jury unanimously find the defendant **HO WAN KWOK**:*

    Not Guilty _____          Guilty _____

12. *With respect to Count Six, we the jury unanimously find the defendant **YANPING WANG**:*

    Not Guilty _____          Guilty _____

**Count Seven:  Wire Fraud—Farm Loan Program**

13. *With respect to Count Seven, we the jury unanimously find the defendant **HO WAN KWOK**:*

    Not Guilty _____          Guilty _____

14. *With respect to Count Seven, we the jury unanimously find the defendant **YANPING WANG**:*

    Not Guilty _____          Guilty _____

**Count Eight:  Securities Fraud—Farm Loan Program**

15. *With respect to Count Eight, we the jury unanimously find the defendant* **HO WAN KWOK**:

    Not Guilty _____          Guilty _____

16. *With respect to Count Eight, we the jury unanimously find the defendant* **YANPING WANG**:

    Not Guilty _____          Guilty _____

**Count Nine:  Wire Fraud—G|CLUBS**

17. *With respect to Count Nine, we the jury unanimously find the defendant* **HO WAN KWOK**:

    Not Guilty _____          Guilty _____

18. *With respect to Count Nine, we the jury unanimously find the defendant* **YANPING WANG**:

    Not Guilty _____          Guilty _____

**Count Ten:  Securities Fraud—G|CLUBS**

19. *With respect to Count Ten, we the jury unanimously find the defendant* **HO WAN KWOK**:

    Not Guilty _____          Guilty _____

20. *With respect to Count Ten, we the jury unanimously find the defendant* **YANPING WANG**:

    Not Guilty _____          Guilty _____

**Count Eleven:  Wire Fraud—The Himalaya Exchange**

21. *With respect to Count Eleven, we the jury unanimously find the defendant* **HO WAN KWOK**:

    Not Guilty _____        Guilty _____

**Count Twelve:  Unlawful Monetary Transaction**

22. *With respect to Count Twelve, we the jury unanimously find the defendant* **HO WAN KWOK**:

    Not Guilty _____        Guilty _____

23. *With respect to Count Twelve, we the jury unanimously find the defendant* **YANPING WANG**:

    Not Guilty _____        Guilty _____

New York, New York
_____ \_\_\_, 2024

_____
*Foreperson*