UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         *Plaintiff,*<br><br>    v.<br><br>HO WAN KWOK,<br><br>         *Defendant.* | Case No. 1:23-CR-118-1 (AT)<br><br>**NOTICE OF DEFENDANT HO WAN KWOK'S MOTIONS *IN LIMINE*** <br><br>**ORAL ARGUMENT REQUESTED** |

    Defendant Ho Wan Kwok, through his undersigned counsel, respectfully moves the Court for an order (1) precluding the government, pursuant to Federal Rules of Evidence 401, 402, 403 and 404(b), from introducing certain evidence, using certain terminology and/or making certain arguments, as discussed in further detail below; (2) requiring the government to produce all orally communicated *Brady* material immediately; (3) excluding the testimony of the government's purported cryptocurrency expert; (4) reserving his right to object to the admissibility of certain metadata evidence; and (5) granting Mr. Kwok such other and further relief as this Court deems just and proper.

    Defendant moves upon the Declaration of Sidhardha Kamaraju, Esq., the exhibits annexed thereto, the accompanying Memorandum of Law, and all prior papers and proceedings had herein.

    Defendant respectfully requests oral argument on this motion.

Dated: April 9, 2024
      New York, New York

Respectfully submitted,

_____
Sidhardha Kamaraju
E. Scott Schirick
Matthew S. Barkan
Daniel J. Pohlman
John M. Kilgard
Clare P. Tilton
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036
(212) 421-4100
skamaraju@pryorcashman.com
sschirick@pryorcashman.com
mbarkan@pryorcashman.com
dpohlman@pryorcashman.com
jkilgard@pryorcashman.com
ctilton@pryorcashman.com

Sabrina P. Shroff
80 Broad Street, 19th Floor
New York, NY 10004
(646) 763-1490
sabrinashroff@gmail.com

*Attorneys for Defendant Ho Wan Kwok*