UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>  v.<br><br>HO WAN KWOK,<br><br>    *Defendant.* | **FILED PARTIALLY UNDER SEAL**<br><br>Case No. 1:23-CR-118-1 (AT)<br><br>**DECLARATION OF SIDHARDHA KAMARAJU, ESQ. ACCOMPANYING DEFENDANT'S MOTIONS *IN LIMINE*** |

   I, SIDHARDHA KAMARAJU, ESQ., hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

   1. I am a partner at the law firm Pryor Cashman LLP, counsel for Defendant Ho Wan Kwok in the above-captioned matter. I submit this declaration upon my personal knowledge in support of Defendant Ho Wan Kwok's Motions *in Limine*.

   2. A true and correct copy of excerpts of a March 22, 2022 hearing in the Bankruptcy Cases is attached hereto as **Exhibit A**.

   3. A true and correct copy of a Federal Bureau of Investigation report dated November 19, 2020 is attached hereto as **Exhibit B**.

   4. A true and correct copy of a December 11, 2023 letter from the government to counsel for Mr. Kwok disclosing information pursuant to its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), is attached hereto as **Exhibit C**.

   5. A true and correct copy of the Expert Disclosure of Professor Amin Shams dated April 1, 2024 is attached hereto as **Exhibit D**.

Case 1:23-cr-00118-AT   Document 270   Filed 04/09/24   Page 2 of 2

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 9, 2024.

                                              Sidhardha Kamaraju
                                              *Counsel for Defendant*
                                              *Ho Wan Kwok*

2