# Exs. B-C
# Filed Under Seal