UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

HO WAN KWOK and YANPING WANG,

                            Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/11/2024
```

23 Cr. 118 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has been advised by the Jury Administrator that an uncommonly high number of jury trials are scheduled to commence on May 20, 2024. Therefore, jury selection in this matter will commence on **May 22, 2024**.

      In addition, trial will not be in session on **June 28, 2024**, and **July 1, 2024**.

      SO ORDERED.

Dated: April 11, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge