**SABRINA P. SHROFF**　　　　　　　　　　　　　　80 BROAD STREET, 19TH FLOOR
　ATTORNEY AT LAW　　　　　　　　　　　　　　　　NEW YORK, NEW YORK 10007
　　　　　　　　　　　　　　　　　　　　　　　　　　TELEPHONE: (646) 763-1490

April 13, 2024

Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:**　*United States v. Kwok et al.*, **Case No. 1:23-cr-00118 (AT)**

Hon. Judge Torres:

With consent of government counsel, I write to request a one-day adjournment of the deadline by which Mr. Kwok may file his opposition to the government's motions in limine. Mr. Kwok's opposition papers are due on April 16, 2024 (docket entry # 230), and we request the Court's permission to serve and file the opposition on April 17, 2024.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Sabrina Shroff
for Ho Wan Kwok

　　　　　　　　　　　　　　　SO ORDERED:　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Analisa Torres