**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR
NEW YORK, NEW YORK 10007
TELEPHONE: (646) 763-1490

April 13, 2024

Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:**   *United States v. Kwok et al.*, **Case No. 1:23-cr-00118 (AT)**

Hon. Judge Torres:

With consent of government counsel, I write to request a one-day adjournment of the deadline by which Mr. Kwok, Ms. Wang and the government may file their opposition papers. Thus, all opposition filings which are due on April 16, 2024 (docket entry # 230), would now, should the Court grant this request, be served and filed on April 17, 2024.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Sabrina Shroff
for Ho Wan Kwok

SO ORDERED:   _____

Hon. Analisa Torres