USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2024

# SABRINA P. SHROFF
ATTORNEY AT LAW

April 13, 2024

Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:** *United States v. Kwok et al.*, **Case No. 1:23-cr-00118 (AT)**

Hon. Judge Torres:

With consent of government counsel, I write to request a one-day adjournment of the deadline by which Mr. Kwok, Ms. Wang and the government may file their opposition papers. Thus, all opposition filings which are due on April 16, 2024 (docket entry # 230), would now, should the Court grant this request, be served and filed on April 17, 2024.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Sabrina Shroff
for Ho Wan Kwok

GRANTED.  The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 280 and 281.

SO ORDERED.

Dated: April 15, 2024
       New York, New York

ANALISA TORRES
United States District Judge