# Exs. B-J
# Filed Under Seal