**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>HO WAN KWOK,<br><br>*Defendant*. | Case No. 1:23-CR-118-1 (AT)<br><br>**NOTICE OF *EX PARTE*** **MOTION FOR EARLY** **RETURN OF RULE 17 SUBPOENAS**<br><br>**ORAL ARGUMENT REQUESTED** |

Defendant Ho Wan Kwok, through counsel, respectfully moves the Court, pursuant to Federal Rule of Criminal Procedure 17, for an order directing early return of the subpoenas *duces tecum* attached as Exhibits A to G to the Declaration of Mathew S. Barkan dated March 5, 2024.

Defendant moves upon the Declaration of Matthew S. Barkan, the exhibits annexed thereto, the accompanying Memorandum of Law, and all prior papers and proceedings had herein.

Defendant respectfully requests oral argument on this motion.

Dated: March 5, 2024  
      New York, New York

Respectfully submitted,

/s/ Sidhardha Kamaraju

Sidhardha Kamaraju  
E. Scott Schirick  
Matthew S. Barkan  
Daniel J. Pohlman  
John M. Kilgard  
Clare P. Tilton  
PRYOR CASHMAN LLP  
7 Times Square  
New York, NY 10036  
(212) 421-4100  
skamaraju@pryorcashman.com  
sschirick@pryorcashman.com  
mbarkan@pryorcashman.com  
dpohlman@pryorcashman.com  
jkilgard@pryorcashman.com  
ctilton@pryorcashman.com  

Sabrina P. Shroff  
80 Broad Street, 19th Floor  
New York, NY 10004  
(646) 763-1490  

*Attorneys for Defendant Ho Wan Kwok*