UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>  v.<br><br>HO WAN KWOK,<br><br>    *Defendant.* | **Submitted Partially Under Seal**<br><br>Case No. 1:23-CR-118-1 (AT)<br><br>**DECLARATION OF MATTHEW S. BARKAN IN SUPPORT OF DEFENDANT'S *EX PARTE* MOTION FOR EARLY RETURN OF RULE 17 SUBPOENAS** |

I, MATTHEW S. BARKAN, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner at the law firm Pryor Cashman LLP and counsel for Defendant Ho Wan Kwok in the above-captioned matter.

2. I submit this declaration in support of Mr. Kwok's *Ex Parte* Motion for Early Return of Rule 17 Subpoenas.

3. A true and correct copy of Mr. Kwok's proposed Subpoena to Produce Documents, Information, or Objects in a Criminal Case to the United States Attorney's Office for the Eastern District of New York is attached hereto as **Exhibit A**.

4. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████

5. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████

6. ███████████████████████████████████████████

████████████████████████████████████████████████

7. ███████████████████████████████████████████

████████████████████████████████████████████████

8. ███████████████████████████████████████████

████████████████████████████████████████████

9. ███████████████████████████████████████████

████████████████████████████████████████████

10. A true and correct copy of the criminal complaint from *United States v. Bai*, 23 Mag. 0334 (E.D.N.Y.), is attached hereto as **Exhibit H**.

11. ███████████████████████████████████████████

███████████████████████████

12. ███████████████████████████████████████████

████████████████████████████████████████████████

13. ███████████████████████████████████████████

████████████████████████████████████████████████

14. ███████████████████████████████████████████

████████████████████████████████████████████████
██████

15. ███████████████████████████████████████████

██████████████████████████████

16. ███████████████████████████████████████████

██████████████████████████████

17. █████████████████████████████████████████

█████████████████████████████████

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 5, 2024.

                                                                                           _____
Matthew S. Barkan
*Counsel for Defendant*
*Ho Wan Kwok*