```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/01/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MILES GUO and YVETTE WANG,

                              Defendants.

23 Cr. 118 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By order dated April 24, 2024, the Court ordered that the jury in this case be kept anonymous to the public and partially sequestered. ECF No. 306. In furtherance of that order, the Clerk of Court is directed to provide the empaneled jurors and alternates:

1. Transportation to and from the courthouse at 500 Pearl Street for the duration of the trial, including on jury deliberation days;

2. Breakfast and a late-morning snack on days trial is in session; and

3. Breakfast and lunch on jury deliberation days.

      SO ORDERED.

Dated: May 1, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge