

Sidhardha Kamaraju

Direct Tel: 212-326-0895
Direct Fax: 212-326-0806
skamaraju@pryorcashman.com

May 1, 2024

**VIA ECF**

Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Guo et al.*, **Case No. 1:23-cr-00118 (AT)**

Dear Judge Torres:

    Pursuant to the Court's April 29, 2024 Order, we write to confirm that Mr. Guo does not intend to assert an advice-of-counsel defense with respect to Witness-1.

    Respectfully submitted,

_____
PRYOR CASHMAN LLP
Sidhardha Kamaraju
Matthew S. Barkan
Daniel J. Pohlman
John M. Kilgard
Clare P. Tilton

Sabrina P. Shroff

*Attorneys for Defendant Miles Guo*

cc: Counsel of Record