

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806   pryorcashman.com

**Sidhardha Kamaraju**

Direct Tel: 212-326-0895
Direct Fax: 212-326-0806
skamaraju@pryorcashman.com

April 29, 2024

**VIA EMAIL**

Ryan Finkel, Esq.
Juliana Murray, Esq.
Micah Ferguson, Esq.
Justin Horton, Esq.
Assistant United States Attorneys
United States Attorney's Office
Southern District of New York
26 Federal Plaza
New York, NY 10007

      Re:    <u>*United States v. Kwok et al.*, Case No. 1:23-cr-00118 (AT)</u>

Counsel:

      Pursuant to the Court's April 24, 2024 Order, Defendant Ho Wan Kwok provides this supplemental disclosure regarding the expected testimony of Raymond J. Dragon, ASA.

      **I.**    <u>**The Bases and Reasons for Mr. Dragon's Expert Opinions**</u>

      Mr. Dragon's expert opinions—in particular that $2 billion was a reasonable valuation of GTV based on information available in August 2020—are set forth below. *See infra* pp. 2-3.

      The bases for Mr. Dragon's opinions include, among other things, his experience in the business valuation and related financial industries, in which he has worked for over 25 years. Mr. Dragon currently works as the Director of Business and Intellectual Property Valuation at Anchin, an accounting and advisory firm. At Anchin, Mr. Dragon's responsibilities include, among other things, preparing and reviewing valuations of companies in many different industries.

      Mr. Dragon and his supporting team from Anchin conducted his valuation analysis by, among other things, reviewing and analyzing the valuation report prepared by Alvarez and Marsal Valuation Services, LLC, dated December 15, 2020 ("A&M," and their report the "A&M Report"), other materials submitted to the SEC on behalf of GTV, the private placement offering

**PRYOR CASHMAN LLP**

April 29, 2024
Page 2

memorandum for GTV, various scholarly sources regarding venture capital, financing ventures, and valuation analysis, publicly available information regarding comparator entities including SINA Corporation, Sohu.com Limited, Tencent Holdings, Fang Holdings, Baidu, Inc., Meta Platforms, JOYY Inc., Twitter Inc., Pinterest, Inc., Weibo Corporation, Snap Inc., Hello Group, Inc. (the "Comparator Companies"), and other records produced in discovery, and the Superseding Indictment filed in this proceeding.

Mr. Dragon specifically analyzed the historical performance of the Comparator Companies in their inception and early years, and used that historical data to assess GTV's projected revenues and earnings (the "Discounted Cash Flow Method of the Income Approach"). Mr. Dragon further analyzed the discount rate calculation used by A&M in its analyses (the "Discounted Cash Flow Method of the Income Approach"). Mr. Dragon also analyzed valuation multiples of the Comparator Companies and what they indicated for the valuation of GTV, (the "Comparator Public-Traded Companies Method of the Market Approach"). He considered the funding activity in the Special Purpose Acquisition Company ("SPAC") sector. Finally, Mr. Dragon considered the amount of capital raised as part of the 2020 GTV private stock offering (the "GTV Private Placement") as evidence of the market's view of GTV's value (the "Backsolve Method of the Market Approach").

In conducting his valuation analysis, Mr. Dragon relied on his decades of experience practicing business valuation at accounting firms, multinational corporations, and investment banking firms, as well as his education in this field. Mr. Dragon's work—including both his assessment of the A&M Report, as well as his analyzes of (1) the discount rate used, (2) the expected operating earnings margin, and (3) GTV's growth projections are based upon commonly used practices in the valuation industry, and is in line with his regular work as a business valuation expert and appraiser. The basis and reasons for Mr. Dragon's expert conclusions, including Mr. Dragon's analysis under both the Income Approach and Market Approach are set forth more fully in Exhibit A.

As part of his analysis, Mr. Dragon also considered public filings (the "*Bai* Complaint") by the U.S. Department of Justice (the "DOJ"), in which DOJ describes efforts by the Chinese Communist Party to force U.S. social media companies to de-platform, or censor, online content posted by Mr. Kwok and fellow members of his Chinese pro-democracy political movement.

## II. Mr. Dragon's Expert Conclusions

Mr. Dragon will provide the following expert opinions:

1. Mr. Dragon will opine on the standard methods to value businesses, including the Discounted Cash Flow Method of the Income Approach and the Comparable Publicly-traded Company Multiples Method and Backsolve Method of the Market Approach.



April 29, 2024
Page 3

2.  Mr. Dragon will further opine that the valuation of GTV is also supported by the A&M Report, which Mr. Dragon will testify was predicated on reasonable assumptions, was the product of ordinary processes, used suitable comparator companies, and ultimately presented reasonable valuation ranges for GTV.

3.  Mr. Dragon will also opine that he conducted supplemental analyses of GTV, including using additional valuation approaches not used in the A&M Report. This includes additional assessments under the Income Approach and the Market Approach, and that based on his analyses, a $2 billion valuation of GTV was reasonable based on information available in August 2020.

4.  Mr. Dragon will also opine that when a company is the sole or dominant player in a market, that can increase the value of the company, and that specifically the censorship efforts of the CCP could create a niche market for GTV, which could further bolster the company's value.

### III.   Reservation of Right to Supplement

The government continues to produce discovery, and, accordingly, Mr. Dragon's analysis is ongoing. Mr. Dragon reserves his right to supplement and/or amend these disclosures, including in response to the government's disclosures and the evidence presented in its case-in-chief.

Very truly yours,

_____
PRYOR CASHMAN LLP
Sidhardha Kamaraju
E. Scott Schirick
Matthew S. Barkan
Daniel J. Pohlman
Clare Tilton

Reviewed, Approved, and Adopted by:

_____
Raymond J. Dragon, MBA, MSc, ASA

# Exhibit A

**United States of America v. Ho Wan Kwok, Kin Ming Je and Yanping Wang**  **Exhibit 1**
**Valuation of GTV Media Group, Inc. -- DRAFT as of April 29, 2024**

**Years 0-10  Reported Revenues for Comparable Publicly-Traded Companies**  In $ millions

| Company: | Year 0 | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SINA Corporation | $ 0.94 | $ 2.50 | $ 2.83 | $ 14.17 | $ 26.68 | $ 38.89 | $ 114.29 | $ 199.99 | $ 193.55 | $ 212.85 | $ 246.13 |
| Sohu.com Limited | 0.08 | 0.47 | 1.62 | 5.95 | 13.00 | 28.73 | 80.43 | 97.04 | 104.55 | 134.24 | 188.93 |
| Tencent Holdings | 5.93 | 31.78 | 88.80 | 138.17 | 176.75 | 358.50 | 523.05 | 1,048.44 | 1,821.90 | 2,979.70 | 4,520.24 |
| Fang Holdings | 57.88 | 104.12 | 127.05 | 224.49 | 343.83 | 430.26 | 637.38 | 702.88 | 883.55 | 916.39 | 395.34 |
| Baidu, Inc. | 1.27 | 4.90 | 14.19 | 39.55 | 107.26 | 238.80 | 468.68 | 651.40 | 1,200.47 | 2,300.22 | 3,578.53 |
| Meta Platforms | 777.00 | 1,974.00 | 3,711.00 | 5,089.00 | 7,872.00 | 12,466.00 | 17,928.00 | 27,638.00 | 40,653.00 | 55,838.00 | 70,697.00 |
| JOYY Inc. | 4.79 | 19.46 | 50.71 | 131.56 | 301.20 | 593.09 | 908.32 | 1,181.56 | 1,781.98 | 120.60 | 900.70 |
| Twitter Inc. | 28.28 | 106.31 | 316.93 | 664.89 | 1,403.00 | 2,218.03 | 2,529.62 | 2,443.30 | 3,042.36 | 3,459.33 | 3,716.35 |
| Pinterest, Inc. | 472.85 | 755.93 | 1,142.76 | 1,692.66 | 2,578.03 | 2,802.57 | 3,055.07 | | | | |
| Weibo Corporation | 65.93 | 188.31 | 334.17 | 477.89 | 655.80 | 1,150.05 | 1,718.52 | 1,766.91 | 1,689.93 | 2,257.08 | |
| Snap Inc. | 58.66 | 404.48 | 824.95 | 1,180.45 | 1,715.53 | 2,506.63 | 4,117.05 | 4,601.85 | 4,606.12 | | |
| Hello Group Inc. | 3.13 | 44.76 | 133.99 | 533.94 | 1,365.73 | 1,949.55 | 2,443.68 | 2,301.29 | 2,294.45 | 1,841.93 | |
| **Average** | **123.06** | **303.09** | **562.42** | **849.39** | **1,379.90** | **2,065.09** | **2,877.01** | **3,875.70** | **5,297.44** | **7,006.03** | **10,530.40** |
| **Median** | **17.10** | **74.44** | **130.52** | **351.19** | **499.81** | **871.57** | **1,313.42** | **1,181.56** | **1,781.98** | **2,049.51** | **2,239.61** |

**Years 0-10 EBITDA for Comparable Publicly-Traded Companies**  In $ millions

| Company: | Year 0 | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SINA Corporation | $ (1.80) | $ (0.10) | $ (7.70) | $ (46.10) | $ (32.50) | $ (0.40) | $ 44.81 | $ 78.64 | $ 54.26 | $ 46.62 | $ 65.56 |
| Sohu.com Limited | (0.20) | (0.60) | (3.20) | (16.30) | (10.70) | 1.90 | 36.04 | 41.68 | 34.79 | 34.66 | 45.59 |
| Tencent Holdings | 1.55 | 18.00 | 42.70 | 57.73 | 59.21 | 154.27 | 242.93 | 513.00 | 932.03 | 1,568.19 | 2,082.12 |
| Fang Holdings | 20.28 | 44.45 | 49.55 | 80.80 | 144.54 | 204.94 | 360.06 | 321.16 | (19.80) | (126.40) | 47.10 |
| Baidu, Inc. | (1.90) | (0.50) | 2.53 | 8.63 | 42.67 | 99.50 | 201.35 | 280.05 | 667.36 | 1,342.23 | 2,012.89 |
| Meta Platforms | 340.00 | 1,171.00 | 2,079.00 | 1,187.00 | 3,932.00 | 6,237.00 | 8,170.00 | 14,769.00 | 23,228.00 | 29,228.00 | 34,727.00 |
| JOYY Inc. | (6.40) | (34.90) | (13.50) | 21.17 | 86.06 | 187.86 | 219.20 | 282.79 | 446.14 | (164.30) | (380.40) |
| Twitter Inc. | (64.90) | (109.80) | (28.90) | (531.60) | (345.90) | (175.00) | 61.66 | 338.11 | 767.02 | 715.92 | 412.24 |
| Pinterest, Inc. | (121.80) | (53.90) | (1,361.10) | (16.00) | 353.69 | (45.80) | 22.71 | | | | |
| Weibo Corporation | (81.50) | (37.10) | 0.96 | 58.45 | 154.96 | 422.88 | 639.67 | 623.36 | 538.91 | 752.42 | |
| Snap Inc. | (350.00) | (491.30) | (3,384.40) | (1,145.70) | (1,016.10) | (775.30) | (582.90) | (1,053.50) | (1,229.90) | | |
| Hello Group Inc. | (8.50) | (23.30) | 12.26 | 148.48 | 386.97 | 509.99 | 561.68 | 443.84 | 357.66 | 252.23 | |
| **Average** | **(22.93)** | **40.16** | **(217.65)** | **(16.12)** | **312.91** | **568.49** | **831.43** | **1,512.56** | **2,343.31** | **3,364.96** | **4,876.51** |
| **Median** | **(4.15)** | **(11.95)** | **(1.12)** | **14.90** | **72.63** | **126.88** | **210.28** | **321.16** | **446.14** | **484.08** | **238.90** |

Source:  Capital IQ

**United States of America v. Ho Wan Kwok, Kin Ming Je and Yanping Wang**  Exhibit 2
**Valuation of GTV Media Group, Inc. -- DRAFT as of April 29, 2024**

### First 10 Year's Annual Percentage Revenue Growth rates

| Company: | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| SINA Corporation | 165% | 13% | 401% | 88% | 46% | 194% | 75% | -3% | 10% | 16% |
| Sohu.com Limited | 505% | 243% | 268% | 118% | 121% | 180% | 21% | 8% | 28% | 41% |
| Tencent Holdings | 436% | 179% | 56% | 28% | 103% | 46% | 100% | 74% | 64% | 52% |
| Fang Holdings | 80% | 22% | 77% | 53% | 25% | 48% | 10% | 26% | 4% | -57% |
| Baidu, Inc. | 286% | 190% | 179% | 171% | 123% | 96% | 39% | 84% | 92% | 56% |
| Meta Platforms | 154% | 88% | 37% | 55% | 58% | 44% | 54% | 47% | 37% | 27% |
| JOYY Inc. | 306% | 160% | 159% | 129% | 97% | 53% | 30% | 51% | -93% | 647% |
| Twitter Inc. | 276% | 198% | 110% | 111% | 58% | 14% | -3% | 25% | 14% | 7% |
| Pinterest, Inc. | 60% | 51% | 48% | 52% | 9% | 9% | | | | |
| Weibo Corporation | 186% | 77% | 43% | 37% | 75% | 49% | 3% | -4% | 34% | |
| Snap Inc. | 590% | 104% | 43% | 45% | 46% | 64% | 12% | 0% | | |
| Hello Group Inc. | 1330% | 199% | 298% | 156% | 43% | 25% | -6% | 0% | -20% | |
| **Average** | **364%** | **127%** | **143%** | **87%** | **67%** | **69%** | **30%** | **28%** | **17%** | **98%** |
| **Median** | **281%** | **132%** | **93%** | **71%** | **58%** | **49%** | **21%** | **25%** | **21%** | **34%** |

| | A&M Forecast from A&M's Schedule 2 | | | A&M H Model Decline Period | | | A&M Long-term Growth Rate | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **GTV forecast** | **520%** | **182%** | **134%** | **37%** | **27%** | **18%** | **4%** | **4%** | **4%** | **4%** |

### First 10 Year's Annual Percentage EBITDA Growth rates

| Company: | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| SINA Corporation | -94% | 7600% | 499% | -30% | -99% | -11302% | 76% | -31% | -14% | 41% |
| Sohu.com Limited | 200% | 433% | 409% | -34% | -118% | 1793% | 16% | -17% | 0% | 32% |
| Tencent Holdings | 1065% | 137% | 35% | 3% | 161% | 57% | 111% | 82% | 68% | 33% |
| Fang Holdings | 119% | 11% | 63% | 79% | 42% | 76% | -11% | -106% | 538% | -137% |
| Baidu, Inc. | -74% | -606% | 241% | 395% | 133% | 102% | 39% | 138% | 101% | 50% |
| Meta Platforms | 244% | 78% | -43% | 231% | 59% | 31% | 81% | 57% | 26% | 19% |
| JOYY Inc. | 445% | -61% | -257% | 306% | 118% | 17% | 29% | 58% | -137% | 132% |
| Twitter Inc. | 69% | -74% | 1739% | -35% | -49% | -135% | 448% | 127% | -7% | -42% |
| Pinterest, Inc. | -56% | 2425% | -99% | -2311% | -113% | -150% | | | | |
| Weibo Corporation | -54% | -103% | 6008% | 165% | 173% | 51% | -3% | -14% | 40% | |
| Snap Inc. | 40% | 589% | -66% | -11% | -24% | -25% | 81% | 17% | | |
| Hello Group Inc. | 174% | -153% | 1111% | 161% | 32% | 10% | -21% | -19% | -29% | |
| **Average** | **173%** | **856%** | **803%** | **-90%** | **26%** | **-789%** | **77%** | **27%** | **59%** | **16%** |
| **Median** | **94%** | **45%** | **152%** | **41%** | **37%** | **24%** | **39%** | **17%** | **13%** | **32%** |

Source: Capital IQ

**United States of America v. Ho Wan Kwok, Kin Ming Je and Yanping Wang**  **Exhibit 3**
**Valuation of GTV Media Group, Inc. -- DRAFT as of April 29, 2024**

### Standardized Revenue for Publicly Traded Companies (Year 0 = $100)

| Company: | Year 0 | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SINA Corporation | $ 100 | $ 265 | $ 300 | $ 1,504 | $ 2,833 | $ 4,129 | $ 12,132 | $ 21,230 | $ 20,547 | $ 22,596 | $ 26,128 |
| Sohu.com Limited | $ 100 | $ 605 | $ 2,073 | $ 7,632 | $ 16,667 | $ 36,832 | $ 103,109 | $ 124,408 | $ 134,035 | $ 172,097 | $ 242,223 |
| Tencent Holdings | $ 100 | $ 536 | $ 1,498 | $ 2,330 | $ 2,981 | $ 6,046 | $ 8,821 | $ 17,682 | $ 30,726 | $ 50,252 | $ 76,233 |
| Fang Holdings | $ 100 | $ 180 | $ 220 | $ 388 | $ 594 | $ 743 | $ 1,101 | $ 1,214 | $ 1,527 | $ 1,583 | $ 683 |
| Baidu, Inc. | $ 100 | $ 386 | $ 1,117 | $ 3,112 | $ 8,439 | $ 18,788 | $ 36,874 | $ 51,251 | $ 94,450 | $ 180,975 | $ 281,549 |
| Meta Platforms | $ 100 | $ 254 | $ 478 | $ 655 | $ 1,013 | $ 1,604 | $ 2,307 | $ 3,557 | $ 5,232 | $ 7,186 | $ 9,099 |
| JOYY Inc. | $ 100 | $ 406 | $ 1,058 | $ 2,746 | $ 6,287 | $ 12,380 | $ 18,961 | $ 24,664 | $ 37,198 | $ 2,518 | $ 18,802 |
| Twitter Inc. | $ 100 | $ 376 | $ 1,121 | $ 2,351 | $ 4,961 | $ 7,844 | $ 8,946 | $ 8,640 | $ 10,759 | $ 12,233 | $ 13,142 |
| Pinterest, Inc. | $ 100 | $ 160 | $ 242 | $ 358 | $ 545 | $ 593 | $ 646 | | | | |
| Weibo Corporation | $ 100 | $ 286 | $ 507 | $ 725 | $ 995 | $ 1,744 | $ 2,607 | $ 2,680 | $ 2,563 | $ 3,424 | |
| Snap Inc. | $ 100 | $ 690 | $ 1,406 | $ 2,012 | $ 2,924 | $ 4,273 | $ 7,018 | $ 7,845 | $ 7,852 | | |
| Hello Group Inc. | $ 100 | $ 1,430 | $ 4,282 | $ 17,064 | $ 43,647 | $ 62,306 | $ 78,098 | $ 73,547 | $ 73,329 | $ 58,866 | |
| **Average** | $ 100 | $ 464 | $ 1,192 | $ 3,407 | $ 7,657 | $ 13,107 | $ 23,385 | $ 30,611 | $ 38,020 | $ 51,173 | $ 83,482 |
| **Median** | $ 100 | $ 381 | $ 1,087 | $ 2,171 | $ 2,953 | $ 5,160 | $ 8,883 | $ 17,682 | $ 20,547 | $ 17,415 | $ 22,465 |

| | | | |
|---|---|---|---|
| **Compound Annual Growth Rate Based on Average** | 3 year **224%** | 6 year **148%** | 10 year **96%** |
| **Compound Annual Growth Rate Based on Median** | 3 year **179%** | 6 year **111%** | 10 year **72%** |

| | A&M Forecast from A&M's Schedule 2 | | | A&M H Model Decline Period | | | A&M Long-term Growth Rate | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| GTV revenues growth rate | 520% | 182% | 134% | 37% | 27% | 18% | 4% | 4% | 4% | 4% |
| GTV forecast revenues in millions | $ 180 | $ 1,115 | $ 3,147 | $ 7,351 | $ 10,038 | $ 12,759 | $ 15,013 | $ 15,614 | $ 16,239 | $ 16,888 | $ 17,564 |
| **GTV revenues standardized** | $ 100 | $ 620 | $ 1,750 | $ 4,086 | $ 5,580 | $ 7,092 | $ 8,345 | $ 8,679 | $ 9,026 | $ 9,387 | $ 9,763 |

| | | | |
|---|---|---|---|
| **GTV's Compound Annual Growth Rate** | 3 year **244%** | 6 year **109%** | 10 year **58%** |

**Exhibit 4a**

# Valuation of GTV Media Group, Inc. -- DRAFT as of April 29, 2024
## Guideline Companies Industry Discount Rate

***Cost of Equity***            Ke = Rf + Beta x Erp + Sp + Csrp

| | | | CRSP Deciles |
|---|---|---|---|
| **Modified Capital Asset Pricing Model** | | | |
| Risk-free rate | Rf | | 1.04% (a) |
| Beta | B | | 0.96 (b) |
| x Equity market risk premium | Erp | | 6.17% (c) |
| + Adjusted equity risk premium | | | 5.95% |
| + Size premium | Sp | | 1.34% (d) |
| + Company specific risk premium | Csrp | | 1.00% (e) |
| Cost of equity | Ke | | 9.33% |
| | | | |
| **Selected cost of equity** | **Ke** | | **9.33%** |

***After-Tax Cost of Debt***            Kd = Kb (1 - t)

| | | |
|---|---|---|
| Estimated cost of debt | Kb | 3.91% (f) |
| Blended tax rate | t | 24.32% |
| **After Tax Cost of Debt** | **Kd** | **2.96%** |

***Weighted Average Cost of Capital***            WACC = We*Ke + Wd*Kd

| | Cost | Weights | Wtd. Cost |
|---|---|---|---|
| Equity | 9.33% | 100.00% | 9.33% (g) |
| Debt | 2.96% | 0.00% | 0.00% (g) |
| Weighted Average Cost of Capital | | 100.00% | 9.33% |
| | | | |
| **WACC (rounded)** | | | **9.3%** |

**Source:**
- (a) 20 year treasury bond yield
- (b) See Exhibit 5 for Beta calculation.
- (c) CRSP data as provided by the Kroll Cost of Capital Navigator.
- (d) CRSP data as provided by the Kroll Cost of Capital Navigator (6th decile premium).
- (e) Nonsystematic risk.
- (f) Moody's Seasoned Baa Corporate Bond Yield.
- (g) Proposed capital structure was all equity.

Exhibit 4b

# Valuation of GTV Media Group, Inc. -- DRAFT as of April 29, 2024
# Venture Company Discount Rate

|  | Probability Of Success | Return on Investment |
|---|---|---|
| Probability of venture not succeeding [a],[b] | 75% | 0% |
| Probability of venture succeeding [a],[b] | 25% | 37.2% |
| Guideline Companies Industry Return [c] | 100% | 9.3% |
| **Discount rate for GTV investors at entry** |  | **37.2%** |

[a] "...of more than 1,000 venture backed companies and concluded that 74.40% of companies from the study liquidated prior to a third round of financing, and returned less than one times invested capital to investors."  Metrick, Andrew and Ayako Yasuda. Venture Capital and the Finance of Innovation. 2nd Edition. Hoboken: Wiley, 2011. Print. 127-134.

[b] "...76.60% of early stage exits resulted in a return of less than one times the company's invested capital, with 23.40% resulting in a return greater than one times." Walling, James and Cindy Moore. "Does Black Scholes Overvalue Early Stage Company Allocations?" Business Valuation Update, Vol 16, No. 1, January 2010. 1-6.

[c] See Exhibit 4a.

**Valuation of GTV Media Group, Inc. -- DRAFT as of April 29, 2024**
**Beta Calculation [a] for Modified CAPM**

**Exhibit 5**

| Name of security | Stock Price as of 4/20/2020 | Market Value of Equity ($m) | Total Debt ($m) | Preferred Stock ($m) | Minority Interest ($m) | Total Enterprise Value($m) |
|---|---|---|---|---|---|---|
| SINA Corporation | $33.91 | 2,359 | (919) | - | 1,259 | 2,699 |
| Sohu.com Limited (NasdaqGS:SOHU) | $8.29 | 325 | (1,493) | - | 878 | (289) |
| Baidu, Inc. (NasdaqGS:BIDU) | $104.68 | 36,203 | (9,425) | - | 176 | 26,954 |
| Fang Holdings Limited (OTCPK:SFUN.Y) | $12.30 | 110 | 399 | - | 1 | 510 |
| Tencent Holdings Limited (SEHK:700) | $52.23 | 494,867 | 6,786 | - | 7,744 | 509,398 |
| Meta Platforms, Inc. (NasdaqGS:META) | $178.24 | 508,124 | (43,781) | - | - | 464,343 |
| Twitter, Inc. | $27.01 | 21,154 | (3,350) | - | - | 17,804 |
| Pinterest, Inc. (NYSE:PINS) | $17.43 | 10,142 | (1,493) | - | - | 8,648 |
| Hello Group Inc. (NasdaqGS:MOMO) | $23.28 | 4,857 | (1,405) | - | - | 3,453 |
| JOYY Inc. (NasdaqGS:YY) | $61.91 | 5,014 | (2,269) | - | 102 | 2,846 |
| Snap Inc. (NYSE:SNAP) | $12.92 | 18,349 | (876) | - | - | 17,473 |
| Weibo Corporation (NasdaqGS:WB) | $36.26 | 8,160 | (712) | - | (1) | 7,446 |

| Name of security | 2 year Beta $B_L$ | Equity/ Inv. Capital E | Debt / Inv. Capital D | Effective Tax Rate T | Unlevered beta [b] $B_u$ |
|---|---|---|---|---|---|
| SINA Corporation | 0.80 | 87.37% | 12.63% | 43.14% | 0.74 |
| Sohu.com Limited (NasdaqGS:SOHU) | 1.30 | -112.53% | 212.53% | - | na |
| Baidu, Inc. (NasdaqGS:BIDU) | 0.90 | 134.32% | -34.32% | - | na |
| Fang Holdings Limited (OTCPK:SFUN.Y) | 0.70 | 21.66% | 78.34% | - | na |
| Tencent Holdings Limited (SEHK:700) | 0.70 | 97.15% | 2.85% | 13.03% | 0.68 |
| Meta Platforms, Inc. (NasdaqGS:META) | 0.90 | 109.43% | -9.43% | 22.92% | 0.96 |
| Twitter, Inc. | 1.20 | 118.82% | -18.82% | - | na |
| Pinterest, Inc. (NYSE:PINS) | 1.40 | 117.27% | -17.27% | - | na |
| Hello Group Inc. (NasdaqGS:MOMO) | 1.10 | 140.68% | -40.68% | 21.56% | 1.42 |
| JOYY Inc. (NasdaqGS:YY) | 1.10 | 176.14% | -76.14% | - | na |
| Snap Inc. (NYSE:SNAP) | 1.60 | 105.01% | -5.01% | - | na |
| Weibo Corporation (NasdaqGS:WB) | 1.00 | 109.58% | -9.58% | 20.93% | 1.07 |
| **Low** | 0.70 | -113% | -76% | 13.0% | 0.68 |
| **High** | 1.60 | 176% | 213% | 43.1% | 1.42 |
| **Average** | 1.06 | 92% | 8% | 24.3% | 0.98 |
| **Median** | 1.05 | 110% | -10% | 21.6% | 0.96 |

| | | |
|---|---|---|
| Selected unlevered equity beta | 0.96 | |
| Company debt / capital | 0% | [c] |
| Company equity / capital | 100% | |
| Assumed tax rate | 24.3% | |
| **Relevered Company Beta** | **0.96** | [d] |

[a] Market data are from CapitalIQ database.
[b] Unlevering of beta was based on the following formula:    $B_u = B_L / [1+(1-T)*(D/E)]$
[c] Based on guideline companies' capital structures.
[d] Relevering of beta was based on the following formula:    $B_L = B_u*[(1 + (1-T)*(D/E)]$

**Valuation of GTV Media Group, Inc. -- DRAFT as of April 29, 2024**  
**Market Approach - Guideline Public Companies Method**  
**Public Company Data**

Exhibit 6

| No. | Company Name and Ticker | Total Enterprise Value $000s | Market Value of Equity $000s | LTM Revenue $000s | LTM EBITDA $000s | EBITDA Margin % | LTM EBIT $000s | EBIT Margin % |
|---|---|---|---|---|---|---|---|---|
| 1 | SINA Corporation | 2,699,300 | 2,358,500 | 2,122,900 | 485,500 | 22.9% | 440,000 | 20.7% |
| 2 | Sohu.com Limited (NasdaqGS:SOHU) | (289,000) | 325,200 | 441,300 | 36,100 | 8.2% | (9,700) | -2.2% |
| 3 | Baidu, Inc. (NasdaqGS:BIDU) | 26,953,800 | 36,203,400 | 14,700,900 | 3,705,100 | 25.2% | 1,001,800 | 6.8% |
| 4 | Fang Holdings Limited (OTCPK:SFUN.Y) | 509,740 | 110,400 | 223,000 | 63,800 | 28.6% | 38,900 | 17.4% |
| 5 | Tencent Holdings Limited (SEHK:700) | 509,397,500 | 494,866,800 | 55,546,300 | 16,018,200 | 28.8% | 14,003,800 | 25.2% |
| 6 | Meta Platforms, Inc. (NasdaqGS:META) | 464,342,600 | 508,123,600 | 73,357,000 | 34,545,000 | 47.1% | 28,562,000 | 38.9% |
| 7 | Twitter, Inc. | 17,803,930 | 21,154,300 | 3,480,100 | 622,000 | 17.9% | 265,300 | 7.6% |
| 8 | Pinterest, Inc. (NYSE:PINS) | 8,648,070 | 10,141,500 | 1,212,800 | (1,456,300) | -120.1% | (1,490,100) | -122.9% |
| 9 | Hello Group Inc. (NasdaqGS:MOMO) | 3,452,600 | 4,857,100 | 2,345,600 | 573,100 | 24.4% | 522,900 | 22.3% |
| 10 | JOYY Inc. (NasdaqGS:YY) | 2,846,400 | 5,013,700 | 547,900 | (533,000) | -97.3% | (689,800) | -125.9% |
| 11 | Snap Inc. (NYSE:SNAP) | 17,473,230 | 18,348,900 | 1,857,600 | (888,500) | -47.8% | (973,600) | -52.4% |
| 12 | Weibo Corporation (NasdaqGS:WB) | 7,446,380 | 8,159,800 | 1,691,100 | 558,600 | 33.0% | 532,500 | 31.5% |
| | **25th Percentile** | 2,809,625 | 4,232,450 | 1,046,575 | (106,175) | -5.8% | (179,725) | -14.8% |
| | **Median** | 8,047,225 | 9,150,650 | 1,990,250 | 522,050 | 23.7% | 352,650 | 12.5% |
| | **Mean** | 88,440,379 | 92,471,933 | 13,127,208 | 4,477,467 | -2.4% | 3,517,000 | -11.1% |
| | **75th Percentile** | 20,091,398 | 24,916,575 | 6,285,300 | 1,392,775 | 28.7% | 649,825 | 23.0% |
| | **EBIT profitable companies only:** | | | | | | | |
| | **25th Percentile** | 3,264,275 | 4,232,450 | 2,014,950 | 540,325 | 24.0% | 396,325 | 15.0% |
| | **Median** | 12,625,155 | 14,657,050 | 2,912,850 | 597,550 | 26.9% | 527,700 | 21.5% |
| | **Mean** | 114,733,983 | 119,537,100 | 17,051,878 | 6,285,700 | 36.4% | 5,040,800 | 30.1% |
| | **75th Percentile** | 136,301,000 | 150,869,250 | 24,912,250 | 6,783,375 | 29.9% | 4,252,300 | 26.8% |

[a]  Data sourced from Capital IQ.

**Valuation of GTV Media Group, Inc.  -- DRAFT as of April 29, 2024**   Exhibit 7
**Market Approach - Guideline Public Companies Method**
**Valuation Estimates for GTV under the Market Approach**

| Company Name | LTM TEV/Total Revenues | LTM TEV/EBITDA | LTM TEV/EBIT | NTM TEV/Forward Total Revenue | NTM TEV/Forward EBITDA |
|---|---|---|---|---|---|
| SINA Corporation | 1.2x | 6.3x | 7.3x | 1.27x | 6.24x |
| Sohu.com Limited (NasdaqGS:SOHU) | NM | NM | NM | NM | NM |
| Baidu, Inc. (NasdaqGS:BIDU) | 1.7x | 6.9x | 37.1x | 1.70x | 10.41x |
| Fang Holdings Limited | 1.9x | 6.0x | 8.6x | 1.68x | - |
| Tencent Holdings Limited (SEHK:700) | 9.4x | 31.8x | 37.2x | 7.90x | 21.91x |
| Meta Platforms, Inc. | 6.6x | 12.9x | 16.0x | 5.96x | 11.96x |
| Twitter, Inc. | 5.1x | 19.4x | 48.6x | 5.46x | 19.91x |
| Pinterest, Inc. (NYSE:PINS) | 7.6x | NM | NM | 6.75x | NM |
| Hello Group Inc. (NasdaqGS:MOMO) | 1.4x | 6.1x | 6.8x | 1.41x | 6.23x |
| JOYY Inc. (NasdaqGS:YY) | 0.8x | 14.8x | 19.4x | 0.84x | 28.14x |
| Snap Inc. (NYSE:SNAP) | 10.2x | NM | NM | 8.89x | NM |
| Weibo Corporation (NasdaqGS:WB) | 4.2x | 11.8x | 12.5x | 4.32x | 13.35x |
| | | | | | |
| **High** | 10.2x | 31.8x | 48.6x | 8.89x | 28.14x |
| **Low** | 0.8x | 6.0x | 6.8x | 0.84x | 6.23x |
| **Mean** | 4.6x | 12.9x | 21.5x | 4.20x | 14.77x |
| **Median** | 4.2x | 11.8x | 16.0x | 4.32x | 12.66x |

Source: Public company data from S&P Capital IQ

| | 2021 Revenues | 2022 Revenues | 2022 EBITDA | 2023 Revenues | 2023 EBITDA |
|---|---|---|---|---|---|
| GTV | 179.9 | 1,115.4 | 98.6 | 3,147.4 | 513.1 |
| Median multiple | 4.2x | 4.32x | 12.66x | 4.32x | 12.66x |
| | | | | | |
| Total Enterprise Value | 755.6 | 4,818.5 | 1,248.3 | 13,596.8 | 6,495.8 |
| less debt | - | - | - | - | - |
| | | | | | |
| GTV Equity Value ($ millions) | 755.6 | 4,818.5 | 1,248.3 | 13,596.8 | 6,495.8 |

| Year | 2021 | 2022 | 2023 |
|---|---|---|---|
| **GTV Average Equity Value ($ millions)** | **755.6** | **3,033.4** | **10,046.3** |

**Valuation of GTV Media Group, Inc. -- DRAFT as of April 29, 2024**  Exhibit 8
Analysis of Guideline Company IPOs

| No. | Company Name and Ticker | IPO Date: | IPO Share Price: | Gross IPO Proceeds ($mm) | Market Capitalization on IPO date ($mm): | Gross Proceeds as a % of Market Cap: |
|---|---|---|---|---|---|---|
| 1 | SINA Corporation | 4/13/2000 | $17.00 | $ 68.0 | $ 824.56 | 8.25% |
| 2 | Sohu.com Limited (NasdaqGS:SOHU) | 6/6/2018 | $13.00 | 59.8 | 1,580.80 | 3.78% |
| 3 | Baidu, Inc. (NasdaqGS:BIDU) | 8/5/2005 | $27.00 | 109.1 | 3,960.32 | 2.75% |
| 4 | Fang Holdings Limited (OTCPK:SFUN.Y) | 9/17/2010 | $42.50 | 124.7 | 1,365.37 | 9.13% |
| 5 | Tencent Holdings Limited (SEHK:700) | 6/16/2004 | $0.47 | 99.7 | 6,974.66 | 1.43% |
| 6 | Meta Platforms, Inc. (NasdaqGS:META) | 5/18/2012 | $38.00 | 16,006.9 | 81,742.84 | 19.58% |
| 7 | Twitter, Inc. | 11/7/2013 | $26.00 | 1,820.0 | 24,456.89 | 7.44% |
| 8 | Pinterest, Inc. (NYSE:PINS) | 4/18/2019 | $19.00 | 1,425.0 | 12,916.70 | 11.03% |
| 9 | Hello Group Inc. (NasdaqGS:MOMO) | 12/11/2014 | $13.50 | 216.0 | 3,173.86 | 6.81% |
| 10 | JOYY Inc. (NasdaqGS:YY) | 11/21/2012 | $10.50 | 81.9 | 601.60 | 13.61% |
| 11 | Snap Inc. (NYSE:SNAP) | 3/2/2017 | $17.00 | 3,400.0 | 32,172.43 | 10.57% |
| 12 | Weibo Corporation (NasdaqGS:WB) | 4/17/2014 | $17.00 | 285.6 | 4,051.26 | 7.05% |
| | | | **25th Percentile:** | $95 | $1,527 | 6.05% |
| | | | **Average:** | $1,975 | $14,485 | 8.45% |
| | | | **Median:** | $170 | $4,006 | 7.84% |
| | | | **75th Percentile** | $1,524 | $15,802 | 10.68% |

Source: Public company data from S&P Capital IQ

**Valuation of GTV Media Group, Inc. -- DRAFT as of April 29, 2024**  **Exhibit 9**
Analysis of SPAC Offering Interest by Year

SPAC IPO Deal Count by Year

| Year | Filed for IPO | Searching | Announced | Completed | Liquidated | Total SPACs |
|---|---|---|---|---|---|---|
| 2021 | 260 | 302 | 6 | 0 | 0 | 568 |
| 2020 | 5 | 123 | 98 | 27 | 0 | 253 |
| 2019 |  | 7 | 19 | 32 | 1 | 59 |
| 2018 |  |  | 2 | 43 | 1 | 46 |
| 2017 |  |  | 2 | 29 | 3 | 34 |
| 2016 |  |  |  | 11 | 2 | 13 |
| 2015 |  |  |  | 17 | 3 | 20 |
| 2014 |  |  |  | 8 | 4 | 12 |
| 2013 |  |  |  | 8 | 2 | 10 |
| 2012 |  |  |  | 6 | 3 | 9 |
| 2011 |  |  |  | 12 | 3 | 15 |
| 2010 |  |  |  | 3 | 4 | 7 |
| 2009 |  |  |  | 1 | 0 | 1 |
|  | **265** | **432** | **127** | **197** | **26** | **1047** |

Source:   SPAC Insider