```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/06/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MILES GUO,

                  Defendant.

23 Cr. 118 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 10, 2024, the Court set a schedule for the parties' remaining discovery and disclosure deadlines. ECF No. 275. On April 11, 2024, the Court advised the parties that jury selection will commence on May 22, 2024, and trial will not be in session on June 28 and July 1, 2024. ECF No. 277. It is further ORDERED that:

1. The parties shall appear for a final pretrial conference on **May 14, 2024**, at **2:00 p.m.**, in **Courtroom 26B** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

2. By **May 17, 2024**, the parties shall submit any Wi-Fi and electronic device requests to the Court.

3. All trial proceedings will take place in in **Courtroom 26B** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

4. Jury selection shall commence on **May 22, 2024**, at **9:00 a.m.** For jury selection, court will be in session each day from **9:00 a.m. to 5:00 p.m.** with a one-hour lunch at an opportune moment.

5. Following jury selection, trial will be conducted each day, Monday through Friday, from **9:30 a.m.** to **2:45 p.m.**, with a break from **11:30 a.m.** to **12:00 p.m.**

6. Both parties, including Mr. Guo, shall appear promptly each day at **9:00 a.m.**

7. Trial will not take place on:
   a. Monday, May 27, 2024
   b. Wednesday, June 19, 2024
   c. Friday, June 28, 2024
   d. Monday, July 1, 2024
   e. Thursday, July 4, 2024
   f. Friday, July 5, 2024

8. Jury deliberation days will commence each day at **9:30 a.m.** and conclude at **5:00 p.m.**

9. Time until May 22, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendants in a speedy trial in that this will allow time for the parties to prepare for trial.

SO ORDERED.

Dated: May 6, 2024
      New York, New York

_____
ANALISA TORRES
United States District Judge