```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/07/2024
```

STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

MILES GUO,

Defendant.

23 Cr. 118 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Due to the number of proposed exhibits and to ensure the security of the judiciary's computer systems, the parties shall use the following protocol to provide their exhibits and 3500 materials to the Court:

1. By **May 20, 2024**, the parties shall jointly provide the Court an external hard drive containing their exhibits, the 3500 material, and each party's exhibit list.
    a. The parties shall specify which, if any, of the exhibits are sealed.

2. Each exhibit must follow the same naming convention so that the Court can easily search the external hard drive to find an exhibit.
    a. The parties may choose the naming convention (*e.g.*, USA_1.pdf; USA_2.pdf; Guo_1.pdf; Guo_2.pdf).

3. For each witness, on the day that witness is to testify, the party calling the witness shall provide the Court two hard-copy binders containing the exhibits that will be identified during that witness's examination. Following the witness's testimony, at the close of the day's proceedings, the party shall take back the hard-copy binders unless the Court requests otherwise.

4. Each exhibit must appear the same on the external hard drive, in the witness binders, and in how they are displayed to the jury.

5. To replace any exhibits after May 20, 2024, the parties shall email the exhibits to the Court's email account (torres_nysdchambers@nysd.uscourts.gov).
    a. Exhibit replacement emails must contain the following subject line: "23cr118 – [Party name] – EXHIBIT REPLACEMENT[S]"
    b. Each party shall send only **one exhibit replacement email per day** and the email must be sent **before 8:45 a.m.**
    c. Replacement exhibits must follow the same exhibit naming convention specified above so that the Court can easily find and replace the relevant exhibits.

6. For jury deliberations, the parties shall provide a clean laptop containing only the exhibits admitted into evidence.
    a. The laptop must be prepared prior to the start of deliberations.

      b. The parties shall also provide the required cables to connect the laptop to the monitor in the jury room.

SO ORDERED.

Dated: May 7, 2024
       New York, New York

                                                  ANALISA TORRES
                                     United States District Judge