

**PRYOR CASHMAN LLP**

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806

New York | Los Angeles | Miami

pryorcashman.com

**Sidhardha Kamaraju**

Direct Tel: 212-326-0895
Direct Fax: 212-326-0806
skamaraju@pryorcashman.com

May 14, 2024

**VIA ECF**

Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

   Re: *United States v. Guo et al.*, **Case No. 1:23-cr-00118 (AT)**

Dear Judge Torres,

 We write on behalf of Ho Wan Kwok to respectfully request an Order directing the Bureau of Prisons (Metropolitan Detention Center) and the United States Marshals Service to accept clothing for Mr. Kwok, Register Number 43194-510, as described in the attached order.

              Very truly yours,

              Sidhardha Kamaraju, Esq.

8682021 v1
33977.00001