**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HO WAN KWOK,<br><br>              *Defendant*. | **[PROPOSED] ORDER**<br><br>Case No. 1:23-CR-118-1 (AT) |

Upon the request of the defendant, Ho Wan Kwok, by his counsel, and with good cause it is hereby ORDERED that the Bureau of Prisons (Metropolitan Detention Center) and the United States Marshals Service accept the following clothing for Mr. Kwok, Register Number 49134-510, and permit him to wear it for appearances at trial and during jury selection, beginning May 22, 2024:

1. five collared shirts (four white, one light blue);
2. three suits;
3. 5 ties;
4. one belt;
5. 5 pairs of underwear (black);
6. 5 undershirts (white);
7. one pair of thermal underwear;
8. one pair of shoes.

Dated: May __, 2024
New York, New York

        SO ORDERED: _____
                                       Hon. Analisa Torres
                                       United States District Judge