USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

MILES GUO,

*Defendant.*

**<u>ORDER</u>**

No. 23 Cr. 118-1 (AT)

Upon the request of Defendant Miles Guo, also known as **Ho Wan Kwok**, by his counsel, and with good cause it is hereby ORDERED that the Bureau of Prisons (Metropolitan Detention Center) and the United States Marshals Service accept the following clothing for Mr. Kwok, Register Number 49134-510, and permit him to wear it for appearances at trial and during jury selection, beginning May 22, 2024:

1. five collared shirts (four white, one light blue);
2. three suits;
3. 5 ties;
4. one belt;
5. 5 pairs of underwear (black);
6. 5 undershirts (white);
7. one pair of thermal underwear;
8. one pair of shoes.

SO ORDERED.

Dated: May 15, 2024
        New York, New York

_____
ANALISA TORRES
United States District Judge