UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/2024

UNITED STATES OF AMERICA,

v.

MILES GUO,

*Defendant.*

**AMENDED ORDER**

No. 23 Cr. 118-1 (AT)

ANALISA TORRES, District Judge:

Upon the request of the defendant, Miles Guo, a/k/a/ **Ho Wan Kwok**, by his counsel, and with good cause it is hereby ORDERED that the Bureau of Prisons (Metropolitan Detention Center) and the United States Marshals Service accept the following clothing for Mr. Guo, Register Number 49134-510, and permit him to wear it for appearances at trial and during jury selection, beginning May 22, 2024:

1. five collared shirts (four white, one light blue);
2. three suits;
3. 5 ties;
4. one belt;
5. 5 pairs of underwear (black);
6. 5 undershirts (white);
7. 5 pairs of socks (grey);
8. one pair of thermal underwear;
9. one pair of shoes.

Dated: May 16, 2024
New York, New York

_____
ANALISA TORRES
United States District Judge