UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MILES GUO,<br><br>*Defendant*. | Case No. 1:23-CR-118-1 (AT)<br><br>Notice of CIPA 5 § NOTICE |

Pursuant to 28 U.S.C. § 1746, and as counsel to Miles Guo, I declare as follows:

1. I am counsel for Miles Guo in the above-captioned matter.

2. I submit this declaration to comply with the Court's May 19, 2024, Order.

3. Mr. Guo provided § 5 notice (handwritten) to the government on May 14, 2024.

4. On May 14, 2024, the government acknowledged receipt of Mr. Guo's § 5 notice.

5. Mr. Guo's § 5 notice (handwritten) was filed with the Court on May 20, 2024.

I declare under penalty of perjury that the foregoing is true and correct.


May 20, 2024.
New York, New York

                                                  ___/s/_____
                                                  Sabrina Shroff