UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

MILES GUO,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/19/2024_____

23 Cr. 118 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has received the Government's motion *in limine* dated May 17, 2024, Gov. Mem., ECF No. 339, and Defendant Miles Guo's opposition memorandum, ECF No. 340. The Government moves for a pretrial ruling precluding Guo from inquiring about classified information that Guo seeks to elicit from an anticipated Government witness. Gov. Mem. at 1.

      Having reviewed the parties' papers, the Court orders as follows:

1. By **Monday, May 20, 2024**, at **12:00 p.m.**, Guo shall provide the Court with a copy of his CIPA section 5 notice and file on ECF his declaration indicating that notice was provided to the Government;

2. By **Tuesday, May 21, 2024**, at **9:00 a.m.**, the Government shall file a CIPA section 6(a) motion;

3. By **Tuesday, May 21, 2024**, at **12:00 p.m.**, Guo shall file his response; and

4. The Court shall hold a classified CIPA section 6(a) hearing on **Tuesday, May 21, 2024**, at **3:30 p.m.**

      SO ORDERED.

Dated: May 19, 2024
         New York, New York

                                                ANALISA TORRES
                                       United States District Judge