```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/28/2024
```

STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MILES GUO,

                Defendant.

23 Cr. 118 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        On May 21, 2024, the Clerk of Court received a pro se motion from non-party Nickie Lum Davis, seeking to quash a subpoena to appear at trial issued by Defendant, Miles Guo. On May 24, 2024, Defendant advised that he has no objection to the motion papers being filed on the public docket.

        Accordingly, the Clerk of Court is directed to file the motion papers on the public docket and to add Davis to the Electronic Case Filing system as a non-participant.

        If Defendant intends to oppose the motion, Defendant shall file his letter opposition by **May 31, 2024**.

        SO ORDERED.

Dated: May 28, 2024
       New York, New York

ANALISA TORRES
United States District Judge