UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>MILES GUO et al<br><br>Defendants.<br>_____ | Case No. 23-cr-00118 (AT) |

### NICKIE DAVIS' MOTION TO QUASH SUBPOENA

Non-party Nickie Davis respectfully moves pursuant to Federal Rules of Civil Procedure 45(d)(3) to quash the subpoena served on her on May 15, 2024 by Defendant Miles Guo.

| | |
|---|---|
| Dated: May 21, 2024 | Respectfully submitted,<br> /s/ *Nickie Davis*               <br><br>Nickie Davis<br>5520 Harold Way<br>Los Angeles, CA 90028<br>In Pro Per |

-1-