UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MILES GUO,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/29/2024

23 Cr. 118 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The empaneled jurors and alternates in this case are semi-sequestered and not permitted to leave the courthouse during their lunch break. Accordingly, the Clerk of Court is directed to provide the jurors and alternates light refreshments and lunch on days trial is in session and during jury deliberation days.

      SO ORDERED.

Dated: May 29, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge