**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

v.

MILES GUO,

*Defendant*.

Case No. 1:23-CR-118-1 (AT)

**NOTICE OF MOTION FOR RECONSIDERATION**

**ORAL ARGUMENT REQUESTED**

Defendant Miles Guo, through his undersigned counsel, respectfully moves the Court, pursuant to Local Criminal Rule 49.1, for reconsideration of the Court's order (Dkt. No. 338) granting in part the government's motion *in limine* (Dkt. No. 332) to limit the testimony of Mr. Guo's experts Paul Doran and Raymond Dragon.

Defendant moves upon the Declaration of E. Scott Schirick, submitted herewith., the exhibits annexed thereto, the accompanying Memorandum of Law, and all prior papers and proceedings had herein.

Defendant respectfully requests oral argument on this motion.

Dated: May 29, 2024
New York, New York

Respectfully submitted,

E. Scott Schirick
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400
scott.schirick@alston.com

Sidhardha Kamaraju
Matthew S. Barkan
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036
(212) 421-4100
skamaraju@pryorcashman.com
mbarkan@pryorcashman.com

Sabrina P. Shroff
80 Broad Street, 19th Floor
New York, NY 10004
(646) 763-1490
sabrinashroff@gmail.com