UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MILES GUO,<br><br>*Defendant*. | Case No. 1:23-CR-118-1 (AT)<br><br>**DECLARATION OF E. SCOTT SCHIRICK IN SUPPORT OF DEFENDANT'S MOTION FOR RECONSIDERATION** |

I, E. Scott Schirick, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1.  I am a partner at the law firm Alston & Bird LLP and am counsel for Defendant Miles Guo in the above-captioned matter.

2.  I submit this declaration in support of Mr. Guo's motion for reconsideration of the Court's order precluding certain testimony from expert witnesses and to transmit to the Court true and correct copies of the following documents.

3.  A true and correct copy of the supplemental expert disclosure of Raymond J. Dragon, dated April 29, 2024, is attached hereto as **Exhibit A**.

4.  A true and correct copy of the supplemental expert disclosure of Paul Doran, dated April 29, 2024, is attached hereto as **Exhibit B**.

5.  A true and correct copy of valuation analysis report prepared by Alvarez & Marsal Valuation Service, LLC, dated December 15, 2020, and bearing the beginning Bates No. GTV-SEC-00149527 is attached hereto as **Exhibit C**.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 29, 2024.

_____
E. Scott Schirick