

**Sidhardha Kamaraju**

Direct Tel: 212-326-0895
Direct Fax: 212-326-0806
skamaraju@pryorcashman.com

May 29, 2024

**VIA ECF**

Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Guo et al.*, Case No. 1:23-cr-00118 (AT)

Dear Judge Torres:

    We write to inform the Court that, based on an agreement reached with the government, Mr. Guo is withdrawing his Rule 17 subpoena to Nickie Lum Davis. Accordingly, Ms. Davis's motion to quash the subpoena (ECF No. 358) should respectfully be denied as moot.

    Respectfully submitted,

    PRYOR CASHMAN LLP
    Sidhardha Kamaraju
    Matthew S. Barkan
    Daniel J. Pohlman
    John M. Kilgard
    Clare P. Tilton

    Sabrina P. Shroff

    ALSTON & BIRD
    E. Scott Schirick

    *Attorneys for Defendant Miles Guo*

cc:    Counsel of Record (via ECF)
    James A. Bryant II, Esq. (counsel to Ms. Davis) (via email)