UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/03/2024

UNITED STATES OF AMERICA,

-against-

MILES GUO,

                 Defendant.

23 Cr. 118 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court authorizes the Interpreters Office to hire a team of three Mandarin-language interpreters for the weeks-long trial in the above-captioned matter.  Further, the Court excuses Victor Chang from providing interpreter services in this case.

      SO ORDERED.

Dated: June 3, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge