

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/2024

**Sidhardha Kamaraju**

Direct Tel: 212-326-0895
Direct Fax: 212-326-0806
skamaraju@pryorcashman.com

May 29, 2024

**VIA ECF**

Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: *United States v. Guo et al.*, Case No. 1:23-cr-00118 (AT)

Dear Judge Torres:

  We write to inform the Court that, based on an agreement reached with the government, Mr. Guo is withdrawing his Rule 17 subpoena to Nickie Lum Davis. Accordingly, Ms. Davis's motion to quash the subpoena (ECF No. 358) should respectfully be denied as moot.

          Respectfully submitted,

          _____
          PRYOR CASHMAN LLP
          Sidhardha Kamaraju
          Matthew S. Barkan
          Daniel J. Pohlman
          John M. Kilgard
          Clare P. Tilton

          Sabrina P. Shroff

          ALSTON & BIRD
          E. Scott Schirick

          *Attorneys for Defendant Miles Guo*

The motion to quash the subpoena is denied as moot. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 358.

SO ORDERED.

Dated: June 13, 2024
    New York, New York

          _____
          ANALISA TORRES
          United States District Judge