# EXHIBIT A

| Witness | Declarant | Statement | Citation |
|---|---|---|---|
| Wu | Assistant to Zhang, Yongbing; Je, William; Wei, Sara | Describing and admitting certain documents – including screenshots of chats among Sara Wei, William Je, and Miles Guo – shared with the Mountain of Spices Farm's group chat by Yonbing Zhang's assistant for purposes of a lawsuit against Sara Wei related to the Farm loan program. | 2404-2413, 2426:21-24 |
| Zhou | Dai, David | The Freedom Media Venture, that company was a new company created for the GTV, so was announced that for those people who are in the restricted countries, then the will able to sign a contract and also offer—there was also fee will be charged was announced to us | 246:10-17 |
| Brown | Fallon, David | Fallon, who worked for William Je, told Brown that the HEX was using Hummingbot | 3682:6-23 |
| Khaled | Guo, Mileson | General discussion re: Crane money, transfers Mileson referred to people sending money to Crane as "investors" | 2051:15-2053; 2053:13 |
| Khaled | Guo, Mileson | Discussion of moving Crane money out of US | 2069:8-15 |
| Collins | H., Alex | "He referenced a group that he called the management, needed to come to a decision on it and that he would represent." | 2765:20-21 |
| Collins | Je, William | "The loan was being made to an escrow account related to the bankruptcy of Mr. Guo as security for a substantial piece of collateral that they had moved from the United States to the Mediterranean, being a large yacht, and the loan was to satisfy the court's demand in time because they didn't have time to steam the yacht back to America, and it was a short-term loan to facilitate Mr. Guo's freedom." | 2789:1-7 |
| Collins | Je, William | "I was told that if the loan wasn't facilitated right away, that he would be imprisoned" | 2789:9-10 |
| Brown | Je, William | Je stated that he and Guo "spoke frequently." | 3641:18-24 |
| Collins | Je, William, Patel, Priya | "William and Priya reached out to them, I think they had a phone call, and it was then that it was revealed that the wire had been seized" | 2798:3-5 |

1

| Witness | Declarant | Statement | Citation |
|---|---|---|---|
| Khaled | Je, William; Guo, Mileson | Discussion of disposition of G\|Clubs funds held by Crane | 2056:20-2057:8 |
| Khaled | Je, William; L.I. David | Discussion re: Crane money, transfers | 2050:8-22 |
| Buck | Lawall, Dara | "She [Lawall] reached out to refer this particular matter to me. She told me the clients were like family to her and they were very important to them. And she also wanted to inquire about my ability to do a accelerated transaction. It was a quick cash transaction." | 3876:13-17 |
| Buck | Mitchell, Aaron; Barnett, Scott; Chow, Gladys; Jing, Sean; Musial, Ilona | Statements on behalf of the Guo family and Taurus Fund made in emails to Ms. Buck, relating to purchases and renovations for "the client" and "the Principal" | 3908:17-18; 3909:6-9; 3914:11-12; 3922:24 |
| Brown | LNU, Kevin | "Q: How did you learn that Miles Guo had placed Kevin at the Exchange? A: Kevin told me." | 3705:3-14 |
| Reyes | Krasner, Max | "The car dealer will work with us to get the car shipped from Dallas to CT" | 3078:16-17 |
| Li | L.I. David | "It is discussion with the Brother Long Island Chang Dao about who sign this loan agreement. Brother Chang Dao said before we prepare to sign with ACA, but William Je refuse to sign, so we have to find another company to sign. We're waiting -- waiting for instruction another company to sign. Because I ask why take so long to get the agreement." | 1381:18-23 |
| Li | L.I. David | "Oh. We have a discussion with Brother Island Chang Dao. He said that Mountain Spices farm received the interest" | 1387:24-25 |
| Khaled | Wang, Yvette | "She said she works for the big boss principal." | 1918 : 6 |
| Khaled | Wang, Yvette | Prior to Khaled video call with Guo, Yvette had told Khaled "That he's the boss." | 1920 : 22 |

2

| Witness | Declarant | Statement | Citation |
|---|---|---|---|
| Khaled | Wang, Yvette | told Khaled that William Je is "a banker, has an investment company in UK, has a large team, successful, and he's a close associate to the family and the mission." | 1962:5 |
| Reyes | Wang, Yvette | "That he [Victor] might be reaching out . . . [for an] interview" | 2986:21-23 |
| Maistrello | Wang, Yvette | Told Maistrello that "the final purpose [of moving funds from Saraca and Golden Spring's accounts during the ROL fundraiser] was to have these big amounts of money shown on screen so that people would see that others were donating, and we were able to solicit more money this way." | 473:22-24 |
| Maistrello | Wang, Yvette | "I was asked by Yvette to draft a letter to accompany those masks. The letter should have read something along the lines of: This is a gift from Miles Kwok. . . Q. And what, if anything, did Yvette say when you said you wouldn't write a letter that said those masks came from Miles Guo? A. She told me that I was being paid to execute orders and not to think." | 480:24-481:17 |

3