# Exhibit D

# Himalaya Exchange Client Redemptions

**DEFENSE EXHIBIT DXZ_02**



Source: DX_11220; DX_11431; DX_11594-11609; DX_60001-60050

# Himalaya Exchange Client Redemptions

- Based upon my review of FV Bank records, in the period between November 2021 and June 2022, the Himalaya Exchange processed 3,680 redemptions (payments) to customers.

- The total dollar amount of those payments was approximately $64 million.

2