

**PRYOR CASHMAN LLP**

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806

New York | Los Angeles | Miami

pryorcashman.com

**Sidhardha Kamaraju**

Direct Tel: 212-326-0895
Direct Fax: 212-326-0806
skamaraju@pryorcashman.com

July 12, 2024

<u>**VIA ECF**</u>

Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   <u>*United States v. Guo et al.*</u>, Case No. 1:23-cr-00118 (AT)

Dear Judge Torres:

Pursuant to the Court's email direction on July 11, 2024, Mr. Guo respectfully attaches as **Exhibit A** the proposed revisions to the Court's jury instructions which the defense emailed to Chambers on June 25, 2024.

Respectfully submitted,

/s/ Sidhardha Kamaraju

PRYOR CASHMAN LLP
Sidhardha Kamaraju
Matthew S. Barkan
Daniel J. Pohlman
John M. Kilgard
Clare P. Tilton

Sabrina P. Shroff

ALSTON & BIRD
E. Scott Schirick

*Attorneys for Defendant Miles Guo*

cc:   Counsel of Record (via ECF)