UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MILES GUO,
                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  07/18/2024
```

23 Cr. 118 (AT)

**JURY NOTE**

PLEASE PRINT LEGIBLY.

We the jury:  request physical copies of transcripts.
             restatement of limiting instruction:

Foreperson's Signature

Dated:  7/11/24

Court Ex. #1  AT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

23 Cr. 118 (AT)

MILES GUO,
                    Defendant.

**JURY NOTE**

PLEASE PRINT LEGIBLY.

We the jury: ' request    the   hard   copes   of   GX Z9

we   recieved   in   the   back   binders   early   in

this   trial.

    • Also  a  hard  copy  of  GX 417-T

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Foreperson's Signature

Dated: ___7/12/24___

9:19 a.m  AT

Ct Ex #2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

23 Cr. 118 (AT)

MILES GUO,

Defendant.

**JURY NOTE**

PLEASE PRINT LEGIBLY.

We the jury: _One of the jurors disclosed they had googled William Je this morning._

_____

Foreperson's Signature

Dated: 7/12/24

Ct Ex. #3   10:49 a.m.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-                                          23 Cr. 118 (AT)

MILES GUO,
                        Defendant.                 **JURY NOTE**

PLEASE PRINT LEGIBLY.

We the jury: Per last note, we have stopped deliberations
pending instruction. Should we continue to
pause or may we resume while you
review?

_____

Foreperson's Signature

Dated: 7/12/24

Ct Ex # 4   11:16 a.m   AT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-                                          23 Cr. 118 (AT)

MILES GUO,                                         **JURY NOTE**
                        Defendant.

PLEASE PRINT LEGIBLY.

We the jury: _____ *Unfortunately the jury is unable to*
_____ *Stay past 5pm for deliberations.*

Foreperson's Signature

Dated: _7/12/24_

Ct Ex. #5 AT 3:45pm

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-                                    23 Cr. 118 (AT)

MILES GUO,                                   **JURY NOTE**
                  Defendant.

PLEASE PRINT LEGIBLY.

We the jury: ° Re: limiting instructions, we are looking for
Judge's instruction regarding exhibits
  ° Hard copy of GTV P.P.M.
document GXBK5
  · Re: Court Transcripts, we where looking for complete
transcripts so we can tie exhibit numbers to
testimony.

Foreperson's Signature

Dated: __7/15/24__

9:27 a.m.

Ct Ex. #6   AT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

MILES GUO,

            Defendant.

23 Cr. 118 (AT)

**JURY NOTE**

PLEASE PRINT LEGIBLY.

We the jury: • Transcript of testimony of Steele
Schottenheimer (both Direct & Cross)
• Transcript of testimony of Wei Chen
(both Direct & Cross)

Foreperson's Signature

Dated: 7/15/24

1:46 p.m.

Ct Ex #7 AT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

       -against-

MILES GUO,
              Defendant.

23 Cr. 118 (AT)

**JURY NOTE**

PLEASE PRINT LEGIBLY.

We the jury:   We have a verdict.

Foreperson's Signature

Dated: 7/16/24

2:52 p.m.

Ct Ex. #8  AT