USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/18/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MILES GUO,

                Defendant.

S3 23 Cr. 118 (AT)

Please indicate each of your verdicts with a check mark (✓).

**Count One: Racketeering Conspiracy**

    Not Guilty _____    Guilty __✓__

**Count Two: Conspiracy to Commit Wire Fraud or Bank Fraud**

    Not Guilty _____    Guilty __✓__

**Count Three: Conspiracy to Commit Money Laundering**

    Not Guilty _____    Guilty __✓__

**Count Four: Conspiracy to Commit Securities Fraud**

    Not Guilty _____    Guilty __✓__

**Count Five: Wire Fraud—GTV Private Placement**

    Not Guilty __✓__    Guilty _____

**Count Six: Securities Fraud—GTV Private Placement**

    Not Guilty __✓__    Guilty _____

**Count Seven: Wire Fraud—Farm Loan Program**

Not Guilty _____    Guilty \_\_✓_____

**Count Eight: Securities Fraud—Farm Loan Program**

Not Guilty _____    Guilty \_\_✓_____

**Count Nine: Wire Fraud—G|CLUBS**

Not Guilty _____    Guilty \_\_✓_____

**Count Ten: Securities Fraud—G|CLUBS**

Not Guilty _____    Guilty \_\_✓_____

**Count Eleven: Wire Fraud—The Himalaya Exchange**

Not Guilty _____    Guilty \_\_✓_____

**Count Twelve: Unlawful Monetary Transaction**

Not Guilty \_\_✓_____    Guilty _____

2

## FINAL INSTRUCTION

Please stop. Please sign the form and notify the Court Security Officer that you have reached a verdict.

| | |
|---|---|
| FOREPERSON | DATE 7/16/24 |
| JUROR 2 | DATE 7/16/24 |
| JUROR 3 | DATE 7/16/24 |
| JUROR 4 | DATE 7/16/24 |
| JUROR 5 | DATE 7/16/24 |
| JUROR 6 | DATE 16 July 2024 |
| JUROR 7 | DATE 7/16/24 |
| JUROR 8 | DATE 7/16/24 |
| JUROR 9 | DATE 07/16/24 |
| JUROR 10 | DATE 7/16/24 |
| JUROR 11 | DATE 7/16/24 |
| JUROR 12 | DATE 7/16/2024 |

Ct Ex #9 AT