O5MVGUO1

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x
    UNITED STATES OF AMERICA,
3
                v.                          23 Cr. 118 (AT)
4
    MILES GUO,
5
                    Defendant.              Trial
6   ------------------------------x
                                            New York, N.Y.
7                                           May 22, 20224
                                            9:00 a.m.
8
    Before:
9

10                      HON. ANALISA TORRES,

11                                          District Judge
                                             -and a Jury-
12
                            APPEARANCES
13
    DAMIAN WILLIAMS
14       United States Attorney for the
         Southern District of New York
15   BY:  MICAH F. FERGENSON
         RYAN B. FINKEL
16       JUSTIN HORTON
         JULIANA N. MURRAY
17       Assistant United States Attorneys

18   SABRINA P. SHROFF
         Attorney for Defendant
19
    PRYOR CASHMAN LLP
20       Attorneys for Defendant
    BY:  SIDHARDHA KAMARAJU
21       MATTHEW BARKAN

22   ALSTON & BIRD LLP
         Attorneys for Defendant
23   BY:  E. SCOTT SCHIRICK

24

25

O5MVGUO1

ALSO PRESENT:
Isabel Loftus, Paralegal Specialist, USAO
Michael Gartland, Paralegal Specialist, USAO
Geoffrey Mearns, Paralegal Specialist, USAO
Robert Stout, Special Agent, FBI
Ruben Montilla, Defense Paralegal
Tuo Huang, Interpreter (Mandarin)
Shi Feng, Interpreter (Mandarin)
Victor Chang, Interpreter (Mandarin)

1          THE COURT:  Would you make your appearances, please.

2          MR. FINKEL:  Good morning, your Honor.

3          Ryan Finkel, Juliana Murray, Micah Fergenson, Justin

4     Horton, for the government.

5          We're joined at counsel table by Special Agent Robert

6     Stout of the FBI and Isabel Loftus, a paralegal in our office.

7     Michael Gartland and Geoffrey Mearns, are here as well, who are

8     also paralegals.

9          MR. KAMARAJU:  Good morning, your Honor.

10         Sidhardha Kamaraju, joined by Sabrina Scott, E. Scott

11    Schirick, and Matthew Barkan, on behalf of Mr. Guo.

12         We're also joined by paralegal Ruben Montilla from my

13    office.  Mr. Montilla just ran out to grab Ms. Shroff, who I

14    think just ran to the bathroom.

15         THE COURT:  Is Mr. Guo here?

16         MR. KAMARAJU:  I haven't seen him being produced yet,

17    your Honor; I assume he's coming with the marshals.

18         MR. FINKEL:  I just heard something in there, so he

19    might be here now.

20         THE COURT:  All right.  Please be seated.

21         MS. SHROFF:  Your Honor, may we just have one second?

22    We're having some kind of problem with the clothing and the

23    marshals are trying to help us out.  Thank you.

24         Your Honor, there seems to be some mishap with his

25    clothing, but I think I can figure it out in the next ten

1    minutes, and that's fine.  But thank you for letting me speak

2    to them.

3              THE COURT:  Yes.

4              I just wanted to ask if there is anything before we

5    bring up the panel.

6              MR. FINKEL:  Your Honor, just one point of

7    clarification with respect to the anonymous jury order.  And I

8    discussed this with defense counsel, so I think we're on the

9    same page.

10             The paralegals who are working in the attorney team

11   would be permitted to have access to the juror names.

12             One thing we didn't talk about with defense counsel is

13   the four case agents who are working on this case.  We assume

14   that would be okay with the Court; the names won't be broader

15   than that team.  I just want to make sure that your Honor was

16   okay with that.

17             THE COURT:  That is acceptable.

18             MR. FINKEL:  Thank you.

19             MR. KAMARAJU:  Nothing further from the defense, your

20   Honor.

21             THE COURT:  All righty.  Mr. Guo, are you able to

22   understand the interpreter?

23             THE DEFENDANT:  (In English) Yes.

24             THE COURT:  I would like the interpreters to please

25   identify themselves.

1          INTERPRETER CHANG:  It's Victor Chang.

2          INTERPRETER HUANG:  I'm Mandarin interpreter Tuo

3    Huang.

4          INTERPRETER CHANG:  Shi Feng.

5          THE COURT:  It seems that we're getting some feedback.

6    I don't know if it's because of this speaker here, but maybe

7    that needs to be moved.

8          All right.  I'll let you know when the panel is ready.

9          (Recess)

10          (Jury selection commenced)

11          (Adjourned to May 23, 2024 at 9:00 a.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25