O631GUO1

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
     UNITED STATES OF AMERICA,
 3
               v.                            23 Cr. 118 (AT)
 4
     MILES GUO,
 5
                    Defendant.               Trial
 6   ------------------------------x
                                             New York, N.Y.
 7                                           June 3, 2024
                                             9:05 a.m.
 8
     Before:
 9
10                      HON. ANALISA TORRES,

11                                           District Judge
                                              -and a Jury-
12
                            APPEARANCES
13
     DAMIAN WILLIAMS
14        United States Attorney for the
          Southern District of New York
15   BY:  MICAH F. FERGENSON
          RYAN B. FINKEL
16        JUSTIN HORTON
          JULIANA N. MURRAY
17        Assistant United States Attorneys

18   SABRINA P. SHROFF
          Attorney for Defendant
19
     PRYOR CASHMAN LLP
20        Attorneys for Defendant
     BY:  SIDHARDHA KAMARAJU
21        MATTHEW BARKAN
          CLARE P. TILTON
22
     ALSTON & BIRD LLP
23        Attorneys for Defendant
     BY:  E. SCOTT SCHIRICK
24

25
```

O631GUO1

1    ALSO PRESENT:
     Isabel Loftus, Paralegal Specialist, USAO
2    Michael Gartland, Paralegal Specialist, USAO
     Geoffrey Mearns, Paralegal Specialist, USAO
3    Robert Stout, Special Agent, FBI
     Ruben Montilla, Defense Paralegal
4    Tuo Huang, Interpreter (Mandarin)
     Shi Feng, Interpreter (Mandarin)
5    Yu Mark Tang, Interpreter (Mandarin)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

O631GUO1

```
 1              (Trial resumed; jury not present)
 2              THE COURT:  Good morning.
 3              ALL COUNSEL:  Good morning, your Honor.
 4              THE COURT:  Would you make your appearances, please.
 5              MR. FERGENSON:  Good morning, your Honor.  Micah
 6    Fergenson, Juliana Murray, Ryan Finkel, and Justin Horton for
 7    the government.  And we're joined at counsel table by
 8    paralegals Isabel Loftus and Geoffrey Mearns.
 9              MR. SCHIRICK:  Good morning, your Honor.  Scott
10    Schirick on behalf of Mr. Guo.  I'm joined at counsel's table
11    by Sabrina Shroff, Mr. Kamaraju, and Mr. Barkan, together with
12    Mr. Guo.
13              THE COURT:  Please be seated.
14              Is there anything the parties would like to raise
15    before we start witness testimony?
16              MR. FERGENSON:  Your Honor, just a point I had raised
17    last week——I can't remember which day——on the binders of the
18    large summary chart for the jury, and the Court.  Would it be
19    all right with your Honor if, before 9:30, we placed the
20    binders underneath the chairs and then just, you know, once
21    it's in evidence, we'll ask them to pick it up from under their
22    chairs?
23              THE COURT:  That's fine.
24              MR. FERGENSON:  Thank you, your Honor.
25              MR. SCHIRICK:  Nothing from the defense, your Honor.
```

O631GUO1                          Medrano - Direct

1   Thanks.

2              THE COURT:  All righty.  So at about 9:29, if you'll

3   have the witness on the stand.

4              MR. FERGENSON:  Yes, your Honor.

5              THE COURT:  Thank you.

6              (Recess)

7              (Continued on next page)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

O631GUO1                    Medrano - Direct

```
 1              (Jury present)
 2              THE COURT:  Please be seated.
 3              Good morning, jurors.
 4              THE JURORS:  Good morning.
 5              THE COURT:  Welcome back.
 6              The prosecution may call its next witness.
 7              MR. FERGENSON:  Thank you, your Honor.  The government
 8  calls Shamel Medrano.
 9              THE WITNESS:  Good morning, your Honor.
10              THE LAW CLERK:  Mr. Medrano, please raise your right
11  hand.
12              (Witness sworn)
13              THE COURT:  Please state your name and spell it.
14              THE WITNESS:  Shamel Medrano.  S-H-A-M-E-L,
15  M-E-D-R-A-N-O.
16              THE COURT:  You may inquire.
17              MR. FERGENSON:  Thank you, your Honor.
18   SHAMEL MEDRANO,
19       called as a witness by the Government,
20       having been duly sworn, testified as follows:
21  DIRECT EXAMINATION
22  BY MR. FERGENSON:
23  Q.  Good morning, Mr. Medrano.
24  A.  Good morning.
25  Q.  Where do you work?
```

O631GUO1                        Medrano - Direct

1   A.  I work at the U.S. Attorney's Office in the Southern

2   District of New York.

3   Q.  What's your position at the U.S. Attorney's Office?

4   A.  I'm an investigative analyst.

5   Q.  What are some of your duties and responsibilities as an

6   investigative analyst at the U.S. Attorney's Office?

7   A.  Some of my duties, I assist with social media analysis——

8           THE LAW CLERK:  Mr. Medrano, if you could pull the

9   microphone closer to you and speak up.

10          THE WITNESS:  Of course, yes.

11          THE LAW CLERK:  Thank you.

12  A.  So my duties include assisting with social media analysis,

13  I analyze phones, also business records.  It varies on the

14  nature of the case.

15  Q.  How long have you been an investigative analyst at the U.S.

16  Attorney's Office?

17  A.  Four and a half to five years, approximately.

18  Q.  What did you do before that?

19  A.  I was an intelligence analyst at the Bronx District

20  Attorney's Office.

21  Q.  How long were you an intelligence analyst at the Bronx

22  District Attorney's Office?

23  A.  Two and a half to three years.

24  Q.  Now, Mr. Medrano, besides your testimony today and

25  preparation for this testimony, what involvement did you have

1    in this case?

2    A.  I assisted in preserving some open-source social media and

3    open-source web pages.

4    Q.  How did you preserve those things from the internet?

5    A.  Depending on the type of material, so I used a snipping

6    tool; I also used a video downloader; and I used a sort of

7    single-file HTML preservation tool.

8    Q.  And Mr. Medrano, I'd just ask——the acoustics can be a

9    little difficult to hear——if you can, just pull the mic as

10   close as you can.

11   A.  Yes.

12   Q.  And speak as clearly into it as you can.

13   A.  Sorry.  I'll scoot up.

14   Q.  Thank you.

15         Now, Mr. Medrano, did you decide what to preserve from

16   the internet?

17   A.  No.

18   Q.  Did you make any investigative-step decisions in this case?

19   A.  No.

20   Q.  Who made those decisions?

21   A.  The prosecutors.

22   Q.  And who asked you to preserve those things from the

23   internet?

24   A.  The prosecutors.

25   Q.  Am I one of those prosecutors?

1    A.  Yes.

2    Q.  Okay.  Now, Mr. Medrano, in advance of your testimony were

3    you asked to review certain government exhibits and help

4    summarize the information in them?

5    A.  Yes.

6    Q.  Did you help prepare or review for accuracy some summary

7    charts?

8    A.  Yes.

9    Q.  Are the charts all based on voluminous records?

10   A.  Yes.

11   Q.  What type or types of exhibits are the charts based on?

12   A.  They're social media exhibits.  There's also web pages that

13   come from web addresses, and there's some videos too.

14   Q.  And who decided which exhibits you reviewed and what

15   information to include on the charts?

16   A.  The prosecutors.

17   Q.  Were you provided the opportunity to make revisions to the

18   charts to make sure they were accurate?

19   A.  Yes.

20   Q.  Did you make revisions to the charts?

21   A.  Yes, I did.

22   Q.  And after you revised the charts, are they now all

23   accurate?

24   A.  Yes.

25   Q.  And again, just to be clear, did you review all the

O631GUO1                        Medrano - Direct

1    evidence gathered in this case or just the charts and exhibits

2    those charts are based on?

3    A.   Just the charts and the exhibits the charts are based off

4    of.

5    Q.   And who selected the exhibits that went into the chart?

6    A.   The prosecutors.

7    Q.   And who selected the information from those exhibits that

8    went into the chart?

9    A.   The prosecutors.

10   Q.   Did you have any say in that at all?

11   A.   No.

12   Q.   Fair to say you just confirmed the charts are accurate?

13   A.   Correct.

14           MR. SCHIRICK:  Objection.

15           MR. FERGENSON:  Your Honor, at this time——

16           THE COURT:  One moment.

17           The objection is overruled.

18           MR. FERGENSON:  Your Honor, at this time the

19   government will offer a few stipulations between the parties

20   that are marked as government exhibits.

21           It offers Government Exhibit Stip 8, S-T-I-P 8, and it

22   offers Government Exhibit Stip 11, and Stip 12.

23           THE COURT:  They are admitted.

24           (Government's Exhibits Stip 8, Stip 11, Stip 12

25   received in evidence)

1              MR. FERGENSON:  All right.  Now, Ms. Loftus, if we

2    could pull up a few of the stipulations, just briefly.  We'll

3    start with Government Exhibit Stip 2, which is in evidence.

4    And we can publish it if it's not already.

5              I'll just read the intro.  It's hereby stipulated and

6    agreed by the parties that:

7              In the below chart, columns A, B, and C accurately

8    list the following information:

9              The government exhibits listed in column A are

10   authentic copies of web pages that were preserved from the

11   internet.  If a web page contained a video that was also

12   preserved, the associated video is designated with a "-V" in

13   the Government Exhibit name.  For example, GX C20 is a

14   preservation of a web page, and GX C20-V is a preservation of

15   the video that was on that web page.

16             Column B in the chart lists the web address (or "url")

17   of the web page that was preserved.

18             And column C lists the date on which the web page was

19   preserved.

20             Ms. Loftus, I'll just ask if you could just scroll for

21   a few pages, just to give some sense.

22             And maybe we can scroll all the way to the bottom.

23   BY MR. FERGENSON:

24   Q.  Mr. Medrano, are you able to see how many pages this

25   stipulation is?

1    A.  Yes.

2    Q.  How many pages?

3    A.  25.

4           MR. FERGENSON:  Okay.  Let's go to the next

5    stipulation.  Ms. Loftus, if we could please publish Government

6    Exhibit Stip 8.

7           All right.  And this is a stipulation regarding

8    documents, and that's now in evidence.  And I'll—if you could

9    scroll down, Ms. Loftus.

10           I'll just read the intro.

11           It is hereby stipulated and agreed between the parties

12    that:

13           The exhibits listed below in column B were lawfully

14    obtained by the government and are authentic records of the

15    entity listed in column A, that were made at or near the time

16    by, or from information transmitted by, a person with knowledge

17    of the matters set forth in the records; such records were kept

18    in the course of a regularly conducted activity; and it was the

19    regular practice of that entity to make the records.

20           And Ms. Loftus, if we could scroll down.  And that's

21    good.  Just up slightly.

22    BY MR. FERGENSON:

23    Q.  And at the very top there, Mr. Medrano, do you see one of

24    them is Gettr USA, Inc.?

25    A.  Yes.

1             MR. FERGENSON:  Okay.  Let's go to the next

2     stipulation, Ms. Loftus.  Let's please show Government Exhibit

3     Stip 9.

4             All right.  And this is a stipulation regarding

5     translations of GX C exhibits.

6             It's agreed between the parties that in the below

7     chart, the exhibits listed under column A contain audio or text

8     in a foreign language.

9             In the below chart, the exhibits listed under column B

10    are true and accurate translations of the audio or text

11    contained in the exhibits listed under column A.

12    BY MR. FERGENSON:

13    Q.  And Mr. Medrano, do you see that the exhibits in column B

14    just add a "-T" to the exhibits listed in A?

15    A.  Correct.

16            MR. FERGENSON:  All right.  Let's go to the next one.

17            Let's go to Stip 11, please, Ms. Loftus.

18            All right.  Now I won't read this one, but this is

19    another stipulation.  If we could scroll up slightly,

20    Ms. Loftus.  Sorry.

21            This is another stipulation regarding translations,

22    this time of GX W and GX GTR exhibits.

23            And Ms. Loftus, if we could please go now to Stip 12.

24            Okay.  Now this says it is hereby—this is a

25    stipulation regarding video clips.

O631GUO1                          Medrano - Direct

1                    It is hereby stipulated and agreed between the parties

2        that in the below chart, columns A, B, C, and D accurately list

3        the following information:

4                    And I'll actually ask, if you could—I'll read the

5        intro, but if you could scroll down so we can see the chart.

6        Perfect.

7                    In the below chart—I'm sorry.  I read that one.

8                    The government exhibits listed in column A are

9        authentic copies of full-length videos that were preserved from

10       the internet.

11                   The government exhibits listed in column B are

12       authentic copies of portions (video clips) of the government

13       exhibits listed in column A.

14                   Column C lists the time stamps of the video clips

15       listed in column B.

16                   And the government exhibits listed in column D contain

17       accurate translations of the audio from the video clips listed

18       in column B.

19                   And if we could scroll for just a couple pages.  Thank

20       you, Ms. Loftus.

21                   And we can take that down.

22                   Now, your Honor, at this time—those stipulations were

23       for authentication.  At this time I'm going to move for the

24       admission of a lengthy list of exhibits.  If I may approach, I

25       have a printed copy for the Court to follow along.

O631GUO1                        Medrano - Direct

1          THE COURT:  Okay --

2          MR. FERGENSON:  Okay.  The government now moves to

3    admit the following exhibits from the GX W series.  These are

4    all W exhibits:

5          5, 5-V, 49, 68, 115, 115-V, 116; and 122, 123, 123-V,

6    124, 160, 162, 164, 164-T, 165, 167, 171, 175, 177, 180, 183,

7    184.  And this actually is——185 through 187, 189 and 190, 193,

8    198 through 201, 207, and then 1020, 1020-V, 1020-T, 1021,

9    1021-V, 1021-T, 1024, 1024-TX, 1024-V1.

10          All right.  Now I have several exhibits that are C

11    exhibits, GX C exhibits.

12          6-TX, 6-V1, 6-V2, and also just 6; 20, 20-TX, 20-V1,

13    20-V2; 40, 40-V; 43, 43-TX, 43-V1, 40 through V8; so 43-V1

14    through 43-V8; 55, 55-V; 56, 56-V, 63-TX, 63-V1 through V7; and

15    also just GX C63; GX C105, 110, 110-TX, 110-V1, 121, and 121-V,

16    122, 122-V, 123, 123-V.

17          With apologies for going out of order, I had actually

18    skipped over one, which is GX C120 and 120-V.

19          Next is 131, 143 and 143-T, 145 and 145-T, 146 and

20    146-TX, and 146-V1 and V2; 148, 148-TX, 148-V1 through V5; 151.

21          THE COURT:  Are you seeking to admit 148-V?

22          MR. FERGENSON:  I'm actually not, your Honor.

23          THE COURT:  Okay.  All right.

24          MR. FERGENSON:  I think that was included mistakenly.

25          151, 160, 160-V; 161, and 161-TX, 161-V1 through V5;

O631GUO1                    Medrano - Direct

205 and 205-V; 210 and 210-V; 211 and 211-V; 212 and 212-V;

220, 220-TX, 220-V1; 221 and 221-V; 252, 252-V; 253, 253-V;

255, 255-V; 257, 257-V; 260 through 265 and then 265-V, 266

through 270, and then 270-V, 271, 272, 272-V, 273, 274, 275,

275-V, 276, 280, 280-V, 281, 281-V; 300, 300-V, 301, 301-V;

302, 302-TX, 302-V1 through V16; so 302-V1 through 302-V16; 310

through 314; 320 321, 321-TX, 321-V1 through V6; 322, 322-TX,

322-V1 through V9; 351, 351-V; 370, 370-V; 371, 371-V1; 373,

374, 402, 404 through 406, and 406-V; 410, 411, 411-V, 412

through 419; 422, 423, 423-V; 424 through 426; 428, 429, 429-V;

430 through 432, 432-V; 433 through 436; 438 through 440; 442,

442-V; 443 through 445, and 445-V; 446.

        459, 459-T, 459-V1 through V3; 461, 461-V; 462, 463,

463-V, 464, 480, 481, 483, 484, 484-A, 491, 491-V, 500, 500-TX,

500-V1, 501, 501-TX, 501-V1; 502, 502-TX, 502-V1 through V24;

503, 503-TX, 503-V1 through V4; 504, 504-TX, 504-V1 through

V13; 505, 505-V, 505-T; 506, 506-TX, 506-V1 through V6; 510,

510-TX, 510-V1 through V11; 511, 511-A, 511-TX, 511-V1 through

V7.

        That ends the C series.  Now I have just a few more

exhibits.  These are the GTR series:

        GX GTR1, 5, 8, 9, 10 through 17, 23, 26, 27, 27-T, and

28.  And that's all.

        MR. SCHIRICK:  No objection.

        THE COURT:  So they are all admitted.

1             (Government's Exhibits W5, W5-V, W49, W68, W115,

2     W115-V, W116; W122, W123, W123-V, W124, W160, W162, W164,

3     W164-T, W165, W167, W171, W175, W177, W180, W183, W184; W185

4     through W187, W189, W190, W193, W198 through W201, W207, W1020,

5     W1020-V, W1020-T, W1021, W1021-V, W1021-T, W1024, W1024-TX,

6     W1024-V1 received in evidence)

7             (Government's Exhibits C6-TX, C6-V1, C6-V , C6; C20,

8     C20-TX, C20-V1, C20-V2; C40, C40-V; C43, C43-TX, C43-V1, C40

9     through C40-V8; C43-V1 through C43-V8; C55, C55-V; C56, C56-V,

10    C63-TX, C63-V1 through C63-V7, C63; C105, C110, C110-TX,

11    C110-V1, C121, C121-V, C122, C122-V, C123, C123-V received in

12    evidence)

13            (Government's Exhibits C120 and C120-V received in

14    evidence)

15            (Government's Exhibits C131, C143, C143-T, C145,

16    C145-T, C146, C146-TX, C146-V1, C146-V2; C148, C148-TX, C148-V1

17    through C148-V5; C151 received in evidence)

18            (Government's Exhibits C160, C160-V; C161, C161-TX,

19    C161-V1 through C161-V5; C205, C205-V; C210, C210-V; C211,

20    C211-V; C212, C212-V; C220, C220-TX, C220-V1; C221, C221-V;

21    C252, C252-V; C253, C253-V; C255, C255-V; C257, C257-V; C260

22    through C265, C265-V, C266 through C270, C270-V, C271, C272,

23    C272-V, C273, C274, C275, C275-V, C276, C280, C280-V, C281,

24    C281-V; C300, C300-V, C301, C301-V; C302, C302-TX, C302-V1

25    through C302-V16; C302-V1 through C302-V16; C310 through C314;

1    C320, C321, C321-TX, C321-V1 through C321-V6; C322, C322-TX,

2    C322-V1 through C322-V9; C351, C351-V; C370, C370-V; C371,

3    C371-V1; C373, C374, C402, C404 through C406, C406-V; C410,

4    C411, C411-V, C412 through C419; C422, C423, C423-V; C424

5    through C426; C428, C429, C429-V; C430 through C432, C432-V;

6    C433 through C436; C438 through C440; C442, C442-V; C443

7    through C445, C445-V; C446 received in evidence)

8            (Government's Exhibits C459, C459-T, C459-V1 through

9    C459-V3; C461, C461-V; C462, C463, C463-V, C464, C480, C481,

10   C483, C484, C484-A, C491, C491-V, C500, C500-TX, C500-V1, C501,

11   C501-TX, C501-V1; C502, C502-TX, C502-V1 through C502-V24;

12   C503, C503-TX, C503-V1 through C503-V4; C504, C504-TX, C504-V1

13   through C504-V13; C505, C505-V, C505-T; C506, C506-TX, C506-V1

14   through C506-V6; C510, C510-TX, C510-V1 through C510-V11; C511,

15   C511-A, C511-TX, C511-V1 through C511-V7 received in evidence)

16           (Government's Exhibits GTR1, GTR5, GTR8, GTR9, GTR10

17   through GTR17, GTR23, GTR26, GTR27, GTR27-T, GTR28 received in

18   evidence)

19           MR. FERGENSON:  Thank you, your Honor.

20   BY MR. FERGENSON:

21   Q.  Okay.  Mr. Medrano, you said you prepared some summary

22   charts, correct?

23   A.  Correct.

24           MR. FERGENSON:  Ms. Loftus, to start, if we could show

25   Mr. Medrano GX Z11, please.

O631GUO1                          Medrano - Direct

1   Q.  All right.  Now, Mr. Medrano, is this one of the charts?

2   A.  Yes.

3   Q.  Did you review all the exhibits this chart is based on?

4   A.  Yes.

5   Q.  Is this chart accurate?

6   A.  Yes.

7           MR. FERGENSON:  The government offers Government

8   Exhibit Z11.

9           MR. SCHIRICK:  No objection.

10          THE COURT:  It is admitted.

11          (Government's Exhibit Z11 received in evidence)

12          MR. FERGENSON:  Let's go to another one.

13          Ms. Loftus, could we go to Z9, please.

14          And just for the witness.

15  BY MR. FERGENSON:

16  Q.  All right.  Mr. Medrano, what's this exhibit?

17  A.  This is GX——the exhibit on the summary chart or——

18  Q.  Is this another——this is another summary chart you

19  reviewed?

20  A.  Correct, yes.

21  Q.  Did you review all the exhibits this chart is based on?

22  A.  Yes.

23  Q.  Is this chart accurate?

24  A.  Yes.

25          MR. FERGENSON:  The government offers Z9.

O631GUO1                      Medrano - Direct

 1              MR. SCHIRICK:  No objection.

 2              THE COURT:  Admitted.

 3              (Government's Exhibit Z9 received in evidence)

 4              MR. FERGENSON:  And if we could publish, please,

 5   Ms. Loftus.

 6              And your Honor, may we also publish the hard-copy

 7   versions of this exhibit?

 8              THE COURT:  Yes.

 9              MR. FERGENSON:  Ladies and gentlemen, if you look

10   beneath your chairs, there's a binder that has Government

11   Exhibit Z9.

12              All right.  Ms. Loftus, if we could zoom on the top

13   with the——perfect.  Thank you.

14   BY MR. FERGENSON:

15   Q.  All right.  Mr. Medrano, generally speaking, what is in

16   this chart?

17   A.  So I'll start from the left to the right.  So this chart is

18   indicating as the Date, the Source, so the date indicating the

19   date that the source that you find on the exhibit was sort of

20   posted or published.  So in this scenario it was April 18,

21   2020, for that one.  And you have the Source, which is where

22   it's coming from, so where, what web address it's being found

23   from.

24              Then it says Selected Content, which is what is being

25   displayed from the source.  So if you were going——if you would

1    go to that web address, some of what you would find there.

2           And then the GX, which is the Government Exhibit that

3    applies to that specific source.

4    Q.  And just generally speaking, what sorts of exhibits are

5    included in this chart?

6    A.  There's videos, there's web page preservations, there's

7    videos, there's translations of the web pages and the videos,

8    and there's also some search warrant material that was provided

9    I believe from Gettr.

10   Q.  Now in the Selected Content column, did you select this

11   content, Mr. Medrano?

12   A.  No.

13   Q.  Did you have any choice in what was included or not

14   included in that column?

15   A.  No.

16   Q.  Who did?

17   A.  The prosecutors.

18   Q.  And in that column, the Selected Content, Mr. Medrano, is

19   it the full set of text from the Government Exhibit or just a

20   selection of it?

21   A.  It's a selection of it.

22           THE COURT:  And by selection, do you mean excerpt?

23           MR. FERGENSON:  Yes.  Oh, Mr. Medrano?

24           THE WITNESS:  Correct, yes.

25           THE COURT:  I wanted to understand what you were

O631GUO1                          Medrano - Direct

1    asking when you used the word.

2              MR. FERGENSON:  Oh, that's correct, your Honor.

3              THE COURT:  Go ahead.

4              MR. FERGENSON:  Thank you.

5    BY MR. FERGENSON:

6    Q.  All right.  So Mr. Medrano, let's just look at this first

7    example.  What was the date?

8    A.  April 18, 2020.

9    Q.  And where was that date taken from for the Selected

10   Content?

11   A.  In the Selected Content, you'll see a screen, sort of a

12   snip of what was the Selected Content, and there in the title

13   you see it says Miles Guo with a date, says 20200418, and

14   that's where the date was taken from.

15   Q.  And what domain was this taken from?

16   A.  Gnews.org.

17   Q.  And Mr. Medrano, do you have any independent knowledge

18   about what gnews.org is?

19   A.  No.

20   Q.  What was the——

21             MR. FERGENSON:  And then, Ms. Loftus, if we could

22   scroll down slightly.

23   Q.  Now, Mr. Medrano, you said this, you know——focusing on the

24   Selected Content, you described the image as a snip.  What's

25   the snip?

1  A.  Sort of a capture of the full web page but just a small

2  sort of—a small excerpt of it.

3  Q.  And the text underneath that, where is that text taken

4  from?

5  A.  It's taken from the source.

6  Q.  From the web page?

7  A.  From the web page, correct.

8          THE COURT:  By snip, do you mean a still photo?

9          THE WITNESS:  Correct, like a snipping tool of the

10  photo of the web.

11          THE COURT:  Thank you.

12  Q.  And Mr. Medrano, I would just ask you to read—could you

13  just read that first paragraph.

14  A.  Yes.  "Until now, no one can understand the value and

15  significance of G-TV, G-News, and the future.  I can tell

16  everyone to watch this place while walking.  G-TV and G-News

17  want all comrades to earn in the future.  With money, earning

18  the future, earning safety, earning wisdom, earning the dignity

19  of the whole person, earning a career, and a platform, how can

20  you get what you want without money?"

21          MR. FERGENSON:  And if we could scroll up slightly,

22  Ms. Loftus.

23  Q.  This is GX W184?

24  A.  Correct.

25          MR. FERGENSON:  And Ms. Loftus, do we have W184?

1       All right.  And if we could publish that, please.

2   Q.  All right.  And Mr. Medrano, what are we looking at here?

3   A.  It's an HTML preservation of the entire web page.

4   Q.  And who preserved this?

5   A.  I preserved this.

6       MR. FERGENSON:  And Ms. Loftus, if we could just

7   scroll down slightly.

8       You can just scroll, keep scrolling.

9   Q.  All right.  Now, Mr. Medrano, the entire this text was not

10  put in the chart, correct?

11  A.  Correct.

12      MR. FERGENSON:  All right.  Let's go back to the top,

13  Ms. Loftus.

14      Oh, I'm sorry.  Just the top of that exhibit.

15  Q.  And when you described a snip, Mr. Medrano, what portion of

16  this was snipped?

17  A.  The top portion, the portion where you see sort of the name

18  of the web page, where it says Miles Guo 20200418, and right

19  underneath it where you see the Miles with sort of the V icon.

20  Q.  And the V icon, what's your understanding of what that

21  means?

22  A.  Based on——I believe meant to be verified.

23      MR. FERGENSON:  All right.  Let's go back to Z9,

24  Ms. Loftus, please.

25  Q.  All right.  And Mr. Medrano, are the entries in this chart,

O631GUO1                        Medrano - Direct

1    you know, generally, in chronological order?

2    A.  Yes.

3    Q.  How many pages is this chart?

4    A.  209 pages.

5         MR. FERGENSON:  And Ms. Loftus, if we could scroll

6    down, or jump to page 206.

7    Q.  All right.  What's the date of this entry, Mr. Medrano?

8    A.  March 5, 2023.

9         MR. FERGENSON:  And if we go back to page 1,

10   Ms. Loftus.

11   Q.  What's the first entry?

12   A.  April 18, 2020.

13   Q.  So we go from April 2020 to March 2023?

14   A.  Correct.

15        MR. FERGENSON:  All right.  And Ms. Loftus, if we

16   could scroll down just slightly on this page to the bottom

17   right corner.

18            Keep going.

19   Q.  All right.  Now, Mr. Medrano, do you see there's a number 1

20   on the bottom right?

21   A.  Correct.

22   Q.  What is that?

23   A.  The page number.

24   Q.  Okay.  All right.

25        MR. FERGENSON:  So Ms. Loftus, I'd like to jump ahead

O631GUO1                        Medrano - Direct

1    a little bit, and let's please go to page 61.

2            And ladies and gentlemen of the jury, you're welcome

3    to follow along in hard copy.

4            And if we could—okay.  Could we scroll up slightly.

5            All right.  I want to go to GX C302, Ms. Loftus.

6            Okay.  Great.  Sorry.  It's page 62.

7    BY MR. FERGENSON:

8    Q.  All right.  Mr. Medrano, what's the date of this entry in

9    the chart?

10   A.  February 28, 2021.

11   Q.  And where was this posted?

12   A.  On gtv.org.

13   Q.  And the image in the Selected Content, where is that image

14   taken from?

15   A.  From the video.

16   Q.  Now focusing you on the right-hand column, Mr. Medrano,

17   what is the—that lists the GXs, right?

18   A.  Yes.

19   Q.  Just the one that says 302, what is Government Exhibit 302?

20   A.  That's the sort of the web page.  So if you were to go to

21   that web address, that is the page that that web address would

22   take you to.

23   Q.  And then the one beneath that, the -V, what is the -V?

24   A.  The -V is the video that was sort of found on that web

25   address.  That's the entirety of that video.

O631GUO1                          Medrano - Direct

1   Q.  The full video?

2   A.  The video, the full video, correct.

3   Q.  And then skipping down one, the V1 through V16, what are

4   those exhibits?

5   A.  Those are excerpts of the original video, so of 302.

6   Q.  These are video clips?

7   A.  Correct.

8   Q.  Okay.  And then right above that, the 302-TX, what's that

9   exhibit?

10  A.  That's the translation of the video.

11  Q.  Of the video clips?

12  A.  Correct.

13  Q.  All right.  Now, Mr. Medrano, did some of the videos you

14  reviewed have subtitles in them?

15  A.  Yes.

16  Q.  Does this video have subtitles?

17  A.  No.

18  Q.  What's your understanding of what language these videos are

19  in?

20  A.  I believe they're in Mandarin.

21  Q.  And how long were some of these videos?

22  A.  Hours.  Two to three hours, even more.

23  Q.  Okay.  Now I'm not going to go through all the excerpts

24  here.

25           MR. FERGENSON:  So Ms. Loftus, if we could just scroll

1    to page 67.

2         And I want to go to V15.

3         Okay.  And now, Ms. Loftus, if we could, I'll ask you

4    to please pull up Government Exhibit V15 and play that, please.

5         And could you turn the volume up, please.

6         (Video played)

7         MR. FERGENSON:  Okay.  Now, Ms. Loftus, I'll ask you

8    to just——you can put it on mute and we can play it again.

9    BY MR. FERGENSON:

10   Q.  And Mr. Medrano, using your binder, could I ask you to

11   please read the text underneath V15.

12   A.  Yes.

13         THE COURT:  Okay what page is that?

14         MR. FERGENSON:  This is page 67, your Honor.

15         THE COURT:  Go ahead.

16   A.  "Let me tell you this again.  There will never be a chance

17   like the one that we have today, where you can be involved in

18   GTV and G Coin.  You have my words.  There won't be an

19   opportunity like this ever again.

20         "Brother Seven has worked all his life.  I know what

21   politics is, I know what finance is, and I know what earning

22   big money is.  You won't even understand.  You don't even——you

23   don't understand even when I explain it to you.  Brothers and

24   sisters, you have to trust Brother Seven.  None of you will pay

25   for this if you lost money.  I'll be the one who pays for it.

1    For the amount of money that you have invested in, to be honest

2    with you, any one of my houses is worth hundreds of millions of

3    dollars, for the ones that belong to our family, right?

4           "The stocks that our family controls now are worth

5    hundreds of millions or billions of dollars in Japan, Taiwan,

6    and European countries, and the funds I invest in are worth

7    tens of billions of dollars, right?  My best friends own their

8    countries.  What is Jack Ma to me?  He's nothing, nothing to

9    me.  My best friend's underground is worth lots of money.  Who

10   are you?  Right?  I tell you what, from what Brother Seven has

11   seen, you will never have this opportunity.  Don't allow

12   poverty drag down your IQ.  Your EQ can be lowered, but not

13   your IQ.  You'll never have the opportunities like G Coin and

14   GTV."

15   Q.  All right.  Now, Mr. Medrano, this was February 2021,

16   right?

17   A.  Correct.

18   Q.  So I want to go back towards the beginning of the chart and

19   earlier in time.

20          MR. FERGENSON:  Ms. Loftus, if we could go to C26.

21   I'm sorry.  Page 2.

22   Q.  And if we could, Mr. Medrano, what's the date of this entry

23   in the chart?

24   A.  April 20, 2020.

25   Q.  And where was this download from?

O631GUO1                          Medrano - Direct

1    A.  From YouTube.

2    Q.  And looking at the text underneath the Selected Content,

3    what's the first line?

4    A.  "When you see this video, it is not a public video."

5    Q.  Now, and this was downloaded from YouTube?

6    A.  Correct.

7           MR. FERGENSON:  All right.  Now, Ms. Loftus, if we

8    could pull up C26-V, please.  And before we do that.

9    Q.  Mr. Medrano, did this video have subtitles in it?

10   A.  Yes.

11   Q.  Could you read the subtitle on the page that's in the snip.

12   A.  Yes.  The first is Wang Yanping, who everyone knows.

13          MR. FERGENSON:  And let's play C26-V, please,

14   Ms. Loftus.

15              (Video played)

16              (Continued on next page)

17

18

19

20

21

22

23

24

25

O63BGUO2                          Medrano - Direct

1    BY MR. FERGENSON:

2    Q.  Mr. Medrano, you said this video is April 2020, right?

3    A.  Correct.

4    Q.  And the one we watched first was February 2021?

5    A.  Correct.

6    Q.  The one we're watching now is about ten months earlier; is

7    that right?

8    A.  That is right.

9    Q.  In the February 2021, what was said about risk?

10   A.  That there was no risk.

11   Q.  And in this video what did the speaker just say about risk?

12   A.  I'm sorry.

13   Q.  That's okay, Mr. Medrano.  Withdrawn.

14          Ms. Loftus, we can keep playing the video.

15          (Media played)

16          MR. FERGENSON:  Pause please.

17   Q.  Mr. Medrano, do you have any independent knowledge of who

18   Max is?

19   A.  No.

20   Q.  We can keep playing, Ms. Loftus.

21          (Medica played)

22   Q.  All right.  Ms. Loftus, we can pause this.

23          Mr. Medrano, what does it say on the screen here?

24   A.  This video is sent to you one by one.

25   Q.  And remind us where was this preserved from?

O63BGUO2                          Medrano - Direct

1   A.   YouTube.

2   Q.   And if we could go back to the chart, please, Ms. Loftus.

3   And if we could scroll down slightly.

4        And, Mr. Medrano, could you just read the text under

5   933?

6   A.   Yes.   Private placement means that we are friends.   I can

7   introduce this project to you one on one, on one on several of

8   you for investment.   I can't do a lot of marketing in the media

9   or large public media.

10  Q.   And, Ms. Loftus, if we can scroll down slightly.

11       Mr. Medrano, could you just read the next excerpt,

12  please?

13  A.   Originally we plan to set a threshold of 10,000 USD per

14  head, but we had no choice but to adjust it, adjust it to.

15  There were so many people because the number of people is

16  limited.   The investing amount is not limited.   We have

17  adjusted the threshold to 100,000 USD from 10,000 USD.

18       But because of supporters of Rule of Law Federation

19  has a priority, we made an exception for some people by

20  allowing them to invest in GTV even if they invested less than

21  100,000 USD, but the right to decide and control is on us.

22  Q.   If you could read that next paragraph.

23  A.   But this time we have rejected lots of its institutional

24  investors which request to invest millions, tens of millions

25  and hundreds of millions USD.   We mainly allowed our friends to

O63BGUO2                          Medrano - Direct

1    invest this time; therefore, the quota is limited, and the

2    entry threshold is unlimited from 100,000 USD to indefinite.

3    Then I would also like our investor friends and fellow fighters

4    to know that this company is registered in the US.  GTV is a

5    new company where the IPO time starts within 24 hours of you

6    seeing the video.

7    Q.  This was April 20, 2020 right, Mr. Medrano?

8    A.  Correct.

9    Q.  Ms. Loftus, can we go to page six, please.

10            Focusing you on the entry on the screen, Mr. Medrano,

11   what was the date of this entry on the chart?

12   A.  June 2, 2020.

13   Q.  About a month and a half later?

14   A.  Correct.

15   Q.  Where was this downloaded from?

16   A.  From YouTube.

17   Q.  Ms. Loftus, I'll ask you to play V1.  And after a few

18   seconds, if you want to place it on mute.

19            And, Mr. Medrano, I would then ask you to read from

20   your binder the excerpt under V1, please.

21   A.  Yes.

22            (Media played)

23   A.  We had an initial evaluation of 200 million for GTV, and

24   the private placement required a minimum investment of 20

25   million.  The private placement exceeded the highest

O63BGUO2                        Medrano - Direct

1    expectations and raised 350 million.  This is up to now this,

2    this figure is about 360 million, let's say 350 million.  350

3    million does not include the 117 million from VOG.  If 117 plus

4    350 million, it's more than 480 million, which is almost,

5    almost, almost, 500 million, almost 500 million.  But the

6    figure we have now is 350 million received which is just for

7    the contracts with GTV.

8          This turned out to be a conservative estimate and 17.5

9    times valuation.  Given the tremendous demand for GTV shares

10   and the good capital position of GTV going forward, my lawyers

11   and financial experts mutually agree that a two billion

12   valuation is probably too low, and that the actual value of the

13   company is probably closer to 10 billion, given the tremendous

14   demand for GTV shares.

15         My fellow fighters, do you get the picture?  Your

16   stock has now gone from 20 million in the past to the actual

17   amount of cash now 17.5 times.  Excluding the 117 million of

18   Sara, which is that of the VOG.  If you add that, it should be

19   close to 30 folds, that's between 27 to 30 folds. And, at the

20   same time, this company has gone from 2 billion in the past to

21   10 billion.

22   Q.  Ms. Loftus, if we can go back to the chart, and if we could

23   go to the next page, page seven, and no need to play the video.

24         But, Mr. Medrano, could you please read the text under

25   V4.  Actually, you don't need to read all of it.

O63BGUO2                          Medrano - Direct

1            Ms. Loftus, you can take that down.

2            About in the middle of the paragraph starting At the

3    same time, could you read from there on, please?

4    A.   Yes.  At the same time, as our fellow fighters know, our G

5    Dollar and G Coin, this presale of the whole system will also

6    start immediately, and will be fully online and start running

7    in three and a half months from now.

8            Then the stable coin issued by our Himalayan federal

9    reserve, the HIFED, and the G Coin jointly used by our online,

10   our G Fashion and G News, GTV will be fully online.  Within

11   three and a half months, our G News may enter the private

12   placement stage.  G News, G Fashion, G Mall, G Pay, G Club and

13   GTV will be fully operational within three and a half to four

14   months.

15   Q.   Ms. Loftus, I'll ask you to scroll down to the next page,

16   please.

17           And, Mr. Medrano, could you please read the text under

18   V7?

19   A.   Yes.  In this GTV investment, I had a separate conversation

20   with each investor.  This is a serious and solemn commitment

21   and responsibility of Wengui Guo to you.  To be responsible for

22   this investment forever, this is a legally valid commitment, an

23   attitude.

24   Q.   This was June 2, 2020, right?

25   A.   Correct.

O63BGUO2                        Medrano - Direct

1  Q.  Ms. Loftus, if we could scroll to the next page, please,

2  page nine.

3              Mr. Medrano, focusing you on what's on the screen,

4  what's the entry of -- what's the date of this entry?

5  A.  June 17, 2020.

6  Q.  And where was this preserved from?

7  A.  GTV.org.

8  Q.  Do you have any independent knowledge of what GTV.org is?

9  A.  No.

10 Q.  And the photo in the selected content column, where did

11 that photo come from or that image?

12 A.  It's from the video.

13 Q.  Ms. Loftus, if we could play C2020-V1.  Just play the whole

14 thing.

15              (Media played)

16 Q.  Ms. Loftus, if you want to play that again on mute.

17              And, Mr. Medrano, I'd ask you to read the text under

18 V1 from your binder, please.

19 A.  Yes.  There are people who have issued shares today. Some

20 have already started trading the shares.  How much is it?  Just

21 now, two or three ago, a fellow fighter sold 10,000 shares,

22 10,000 shares, and a deal has been concluded for 18 dollars a

23 share, 18 dollars per share. But our investment committee was

24 not happy and wanted to buy them all back for 20 dollars.

25 Q.  Mr. Medrano, if the shares began at 1 dollar and now

O63BGUO2                          Medrano - Direct

1   they're 20 dollars, how many times have they increased?

2   A.   Twenty times.

3           MR. SCHIRICK:   Objection.

4           THE COURT:   Overruled.   I assume that he can do

5   arithmetic.

6           MR. SCHIRICK:   Foundation, your Honor.

7   Q.   Let's jump ahead a little bit back to the chart.   We can go

8   to page 30, please, if we could scroll down.

9           Mr. Medrano, focusing you on the entry on your screen,

10  what's the date of this entry?

11  A.   August 1, 2020.

12  Q.   Where was this preserved from?

13  A.   GTV.org.

14  Q.   Did this video have subtitles?

15  A.   It did.

16  Q.   Now, Mr. Medrano, the text beneath this video in the

17  selected content column, where did that text come from?

18  A.   From the video.

19  Q.   The subtitles?

20  A.   Correct.

21  Q.   Now, before we play the video, could you read the text

22  that's to the right of the date please in the snip?

23  A.   Yes. Once the CCP's apps are all band, it will be

24  impossible for GTV and G News not to make money.

25  Q.   Could you please read the subtitle in the still image?

O63BGUO2                         Medrano - Direct

1    A.  As for G Fashion, we will start right away at 100 billion

2    US dollars.

3    Q.  And, Ms. Loftus, if we could start playing Government

4    Exhibit C121-V, please.  I will ask you to jump to about 1:24

5    seconds in after we get going.  That's good, Ms. Loftus.

6              (Media played)

7    Q.  We can pause there.  Ms. Loftus, if we can go back to the

8    chart, please.  We're going to scroll now to page 32, please.

9              Mr. Medrano, the date of the last video was August 1,

10   2020, right?

11   A.  Correct.

12   Q.  What's the date of the entry on the screen?

13   A.  August 2, 2020.

14   Q.  Where was this downloaded from?

15   A.  From YouTube.

16   Q.  Are there subtitles on this video?

17   A.  No.

18   Q.  Ms. Loftus, if we could scroll down to page 33, please.  If

19   we could play C43-V5.  And we can put it on mute.

20              And, Mr. Medrano, I'd ask you from your binder please

21   to read the text under C43-V5.

22              (Media played)

23   A.  Why is the communist party so afraid of us all of a sudden?

24   Isn't it just watching us get rich?  Isn't it just watching us

25   make big money?  He is scared.  He doesn't want us to make

O63BGUO2                              Medrano - Direct

1  money.  He doesn't let our fellow fighters make so much money.

2  How much is GTV?

3          Of course, this is the law of the United States, with

4  a market value of 2 billion US dollars.  Now that it needs

5  market transaction, it may reach 20 billion US dollars.

6  G Fashion was 100 billion when it went public, right?  This is

7  the law of the United States.  If you want to make a little

8  false something in the United States, then you are looking for

9  death, so the communist party is afraid.  G Coin and G Dollar

10  changing mankind.

11  Q.  Ms. Loftus, if we can go back to the chart, please.  If we

12  could please go to page 61.  I'm sorry 62.

13          Mr. Medrano, the first clip we played was from this

14  video, right?

15  A.  Correct.

16  Q.  Remind us the date?

17  A.  February 28, 2021.

18  Q.  So we're about ten months from that first video in April

19  2020, correct?

20  A.  Yes.

21  Q.  Let's look at a few more clips from this video.

22          Ms. Loftus, if you could scroll down to page 64,

23  please, up slightly, Ms. Loftus.  I want to ask you, we don't

24  need to play the video again, if you could scroll up again.

25          Mr. Medrano, I'm going to ask you to read the text

O63BGUO2                          Medrano - Direct

1    under V7, and please read the start of the second paragraph and

2    go through, It's all on Brother Seven if we lose money?

3    A.  Yes.  Then our G News, our GTV, our G Fashion, and most

4    importantly all of human mankind have been heading toward a

5    generation of cryptocurrency, virtual currency, which you all

6    have seen it.  It all happened in such a short time.  The

7    future value of those is promising with their resource.  It's

8    predicted value and our scientific efficient and low cost

9    operation.

10            First of all, I dear to say it here today that we will

11   not lose a penny.  Tell me, who does business and dear to share

12   that you will not lose a penny?  I can.  It's all on Brother

13   Seven if we lose money.

14   Q.  If we can scroll down slightly and focus you on V8.  And,

15   Ms. Loftus, why don't we play V8.

16            And shortly after that, Mr. Medrano, I'll ask you to

17   start reading a portion of it.  You can go ahead and play it

18   with some sound, Ms. Loftus.

19            (Media played)

20   Q.  Ms. Loftus why don't we play it again on mute.

21            And, Mr. Medrano, from your binder, I'll ask you to

22   please read the text, and you can start with the sentence that

23   starts, There is not a chance that we will lose any money.

24            THE COURT:  If you would appoint us to where exactly

25   you are.

O63BGUO2                        Medrano - Direct

1    MR. FERGENSON:  Yes, your Honor.  We're on page 64 I

2    believe.  Ms. Loftus, you want to pull up the chart quickly.

3    It's the fourth line down, your Honor, of the second paragraph

4    under V8.  Thank you, Ms. Loftus.

5    Q.  Mr. Medrano, you can go ahead and read that through the end

6    of the paragraph.

7    A.  Yes.  There's not a chance that we will lose any money.

8    How can there be?  For our fellow fighters, if you lost any

9    money, Brother Seven will pay for it.  Brother Seven will be on

10   it.  I can even write this down for you.  If you lose any

11   money, it be on Brother Seven, and the profit will be yours.

12   It's just a matter of how much you'll be making, and when you

13   will be making those monies.  It's a matter of time and profit

14   amount.

15   Q.  Ms. Loftus, if we can go back to the chart, and if we can

16   scroll down slightly to V10.

17        Mr. Medrano, could I ask you to please, under V10,

18   could I just ask you to read the first sentence there?

19   A.  Yes.  Just with the investment of GTV, we manage to raise

20   more than 400 million so far, and we haven't spent a penny of

21   those.

22   Q.  Ms. Loftus, let's look at another video.  Let's go to page

23   76 in the chart, please.

24        Mr. Medrano, what's the date of this entry on the

25   chart?

O63BGUO2                         Medrano - Direct

1    A.  March 30, 2021.

2    Q.  That's about a month later?

3    A.  Correct.

4    Q.  Where was this preserve from?

5    A.  GTV.org.

6    Q.  Are there subtitles in this video?

7    A.  No.

8    Q.  Ms. Loftus, I ask you to scroll down to page 78 to 79.

9    Mr. Medrano, I want to focus you on V4.

10          And, Ms. Loftus, if we could please play Government

11   Exhibit C161-V4.

12          (Media played)

13   Q.  Ms. Loftus, you can pause that.

14          And, Mr. Medrano, if I could ask you to, underneath V4

15   in your binder, if you could please read the two paragraphs at

16   the top of page 79.  The first sentence should start, Currently

17   it's scheduled as a yesterday.  It's probably going to be 60

18   billion of investment.

19          MR. SCHIRICK:  Objection.

20          THE COURT:  Sustained.  Are you asking him to read

21   from "currently?"

22          MR. FERGENSON:  Correct, your Honor.

23          THE COURT:  Go ahead.

24   A.  Currently it's scheduled as a yesterday.  We know that it's

25   probably going to be 60 billion of investment, 60 billion of

O63BGUO2                      Medrano - Direct

1   assessment.  I thought it was too high, so I just want to make

2   it 20 billion.  For the 40 billion, we'll make room for the

3   second fundraising. If listed for 60 billion, there's still a

4   long way to go.  I think 20 billion is enough comrades. Don't

5   be too greedy.  Okay?

6        You shall leave some benefits for other comrades in

7   arms, because they will have room for rapid growth when they

8   join in.  If you have used up all 60 billion of it, all its

9   value in the next three to five years, the value over the years

10  will be used up, and these shares will be taken by you, which

11  is not fair.  You have already gotten rich already.

12  Q.  Ms. Loftus, if we can go back to the chart, please.  If we

13  could go to page 98, please.

14       Mr. Medrano, the entry on page 98 here, what's the

15  date of that entry?

16  A.  It's May 30, 2021.

17  Q.  And where was this posted?

18  A.  On G News.org.

19  Q.  In the snip, was this a video or an article?

20  A.  This is an article.

21  Q.  And in the snip of the article, could you please read the

22  headline?

23  A.  Yes.  Highlights of Mr. Miles Guo live broadcast on May 30,

24  2021.

25  Q.  I'll just ask you to please read the first three sentences

O63BGUO2                        Medrano - Direct

1    of the selected content?

2    A.  Yes.  The new GTV company will issue shares of 60 billion

3    US dollars.  The original fellow fighters investors will get 10

4    shares per US dollars of investment.  Don't be too greedy.

5    Q.  It says get 10 shares per 1 US dollar, Mr. Medrano?

6    A.  Correct.

7    Q.  Ms. Loftus, if we could now jump ahead again.  Let's go to

8    page 115, please.  If we could scroll down to the other video.

9           Mr. Medrano, what's the date of this entry in the

10   chart?

11   A.  August 11, 2021.

12   Q.  And where was it posted?

13   A.  On YouTube.

14   Q.  I'm going to ask Ms. Loftus if you could please play V1.

15   We'll go ahead and play it.

16           And, Mr. Medrano, I'll ask you to read the text after

17   that.

18           (Media played)

19   Q.  Let's go back to page 115 on the chart.

20           Mr. Medrano, I'll ask you to read the text on this

21   page, please.

22   A.  Yes.  Louis Vuitton, Louis Vuitton is only worth 16.4

23   billion.  You see, all these brands are around 20 billion,

24   nothing too big, including Hermes, which is only 13 or 14

25   billion, nothing too big, nearly any exceeded -- Cartier is

O63BGUO2                          Medrano - Direct

1    worth 15 billion.  Remember that the total value of the top ten

2    brands is about 20 billion, generally 13 billion to 20 billion.

3    Why, why, why, why, are they so uniform?

4         And then look at Chanel, it's 13.7 billion, which is

5    close to 13 billion, right?  These market values are all

6    between 13 billion and 20 billion, the source of these top ten

7    brands.  If you look at Hermes, it's only 11.9 billion.  It's

8    not as high.  It's even less than Chanel.  Did you notice it?

9    Did you notice it.  Rolex is worth 7.8 billion, and which is

10   about 8 billion rounding up, right?  It's only worth 8 billion,

11   which is only 1/5 or 1/6 of our GTV in terms of market value.

12   Q.  Mr. Medrano, another arithmetic question.  If 8 billion

13   dollars is 1/5 of the market value of GTV, what would that make

14   the market value of GTV?

15   A.  40 billion.

16   Q.  We're talking about GTV market value.

17        Ms. Loftus, I want to go back in the chart and back in

18   time.  If we could please go to page five.

19        Mr. Medrano, what's the date of this entry in the

20   chart?

21   A.  May 25, 2020.

22   Q.  Where was this posted?

23   A.  On G News.org.

24   Q.  And in the snip, what does it say to the left of the V

25   icon?

O63BGUO2                        Medrano - Direct

1   A.  Miles.

2   Q.  And, Mr. Medrano, is the text beneath that the whole text

3   from the source or just an excerpt?

4   A.  Just an excerpt.

5   Q.  Ms. Loftus, if we could scroll down slightly.  Keep going,

6   please.

7           So, Mr. Medrano, I'm going to ask you to read the

8   bottom paragraph here, the one that starts, Another one I want.

9   A.  Yes.  Another one I want to insert one in the middle.  The

10  Himalayan farm we are building now.  I tell you that the

11  Himalayan farm will never raise funds, will not raise funds,

12  will not reach out to comrades in arms, will only bring

13  convenience to comrades and bring benefits.

14          You stretch your hand, and this will always be

15  remembered.  This is the embassy of all of us in the world.

16  It's now under construction.  Warriors from all over the world

17  are welcome to participate actively.  We are writing a charter.

18  Q.  Ms. Loftus, can we go now to the bottom of page 28.

19          Mr. Medrano, what's the date of this entry in the

20  chart?

21  A.  July 22, 2020.

22  Q.  Was this a video or an article?

23  A.  This is a video.

24  Q.  Where was it posted?

25  A.  on G News.org.

O63BGUO2                         Medrano - Direct

1   Q.  Mr. Medrano, I don't know if we covered this before, do you

2   see underneath the image there's something in brackets?

3   A.  Yes.

4   Q.  What is that?

5   A.  That's sort of the timestamp of where this text on the

6   bottom begins on the video.

7   Q.  Ms. Loftus, before we play the video, Mr. Medrano, could

8   you read the text in the image to the right of the date?

9   A.  Yes, Contact local Himalayan farms.

10  Q.  And does this video have subtitles?

11  A.  Yes.

12  Q.  Could you please read the subtitle in the image.

13  A.  Yes. Thus a new way has been formed for the money.

14  Q.  Ms. Loftus, if we could please play Government Exhibit

15  C40-V.

16          (Media played)

17  Q.  Ms. Loftus, if you want to jump ahead to 256.

18          (Media played)

19  Q.  You can pause this.  Ms. Loftus, if we can go back to the

20  chart, if we could scroll down slightly.

21          Mr. Medrano, could I ask you to read a few sentences

22  starting with, Thus a new way in the third line there?

23  A.  Yes.  Thus a new way has been formed for the money, that is

24  a cooperation method.  You will sign a loan contract with the

25  local farm with a 6 percent interest rate and equity given to

O63BGUO2                              Medrano - Direct

1   you with the option of three to five years.  Then you can ask

2   for equity, interest or cash at any time.  This method of

3   cooperation is both legal and compliant.  This will be

4   implemented by each farm.  GTV will not deal with any person

5   individually.  Instead, we will only sign contracts with local

6   farms.  It will be loans in this way.  You will decide if you

7   want equity or money.  It's up to you.

8   Q.  Ms. Loftus, if we could now go to page 53.

9          What's the date of this entry, Mr. Medrano?

10  A.  September 20, 2020.

11  Q.  Where was it posted?

12  A.  on G News.org.

13  Q.  Are there subtitles in this?

14  A.  There are.

15  Q.  Could you first read in the image the text to the right of

16  the September 20, 2020 date?

17  A.  Yes. The standards of the establishment of Himalayan farm.

18  Q.  Could you please read the subtitle in the still?

19  A.  Yes. You can put your money here for a long time, even

20  forever.

21  Q.  Ms. Loftus, if we could now play Government Exhibit C205-V.

22          (Media played)

23  Q.  Pause there.  If we could just go back a couple of seconds,

24  Ms. Loftus.

25          Mr. Medrano, do you have any personal knowledge of who

O63BGUO2                              Medrano - Direct

1    brother Changdao is?

2    A.  No.

3    Q.  If we can keep playing, Ms. Loftus.

4              (Media played)

5    Q.  You can stop it there.  Let's go back to the chart,

6    Ms. Loftus.  If we could go now to page 70, please.  If we

7    could scroll down.

8              Mr. Medrano, what's the date of this entry in the

9    chart?

10   A.  March 11, 2021.

11   Q.  And where was this posted?

12   A.  On YouTube.

13   Q.  Does this video have subtitles?

14   A.  It does not.

15   Q.  Ms. Loftus, if we could first play Government Exhibit

16   C510-V1, please.

17             (Media played)

18   Q.  You can stop it there, Ms. Loftus.  Can you go back to the

19   chart.

20             Mr. Medrano, I'll ask you to read the first two

21   sentences of the first paragraph there, please.

22   A.  Yes.  Another thing is that I would like to make one more

23   announcement to you.  Comrades in arms must remember that from

24   now on if anyone sees anything about payment, you can't pay a

25   penny if it did not have official video, voice statement and

O63BGUO2                         Medrano - Direct

1   public account of Himalayan alliance committee and the farms

2   committee.

3   Q.  Thank you, Ms. Medrano.

4            Ms. Loftus, if we can scroll again to page 73 to 74.

5   Mr. Medrano, the text here that starts, That's all I have to

6   say, could you please read that paragraph?

7   A.  Yes.  That's all I have to say in terms of that.  As for

8   the account transfer, the account number of GTV's loaning

9   program and the first payment account will be sent to the

10  alliance committee and farms later, which are absolutely

11  confidential.  We have at least hundreds of accounts ready this

12  time.

13           If an account is closed, we will have another one open

14  to back it up.  We will fight this guerilla.  The account is

15  sent to each farm on a one to one basis, and the alliance

16  committee on a one to one basis.  After sending it to each

17  comrade in arms, all the comrades in arms must remember that

18  only the chairmen of the alliance committee, the members, the

19  farm leaders, the second in command, and the Iron Blooded Group

20  of the alliance committee have the right to send this account.

21           For those of you that have sent out the account you,

22  you are definitely someone that they are familiar with.  If you

23  have not confirmed the person who sent you the account number,

24  the account number wouldn't count.  After confirming the

25  account number, it cannot be leaked out.  You can remit money

O63BGUO2                          Medrano - Direct

1    to this account.  After the money is remitted, we will notify

2    you once the money is received, and the transaction will be

3    over.  In the future, it will be transferred to you as the

4    stock of the initial building of the company, and the stock

5    that will give you for initial building of the company will

6    also be similarly match to in 1 to 20 and 1 to 10.

7    Q.  Mr. Medrano, there's a reference to the iron blooded group,

8    do you know what that is?

9    A.  No.

10   Q.  Now, Ms. Loftus, I want to go back in time again to earlier

11   in the chart to page 13, please.  If we can scroll down.

12           Mr. Medrano, on page 13 here, what's the date of the

13   chart entry shown on the screen?

14   A.  June 20, 2020.

15   Q.  And where was this posted?

16   A.  On GTV.org.

17   Q.  Did this video have subtitles?

18   A.  Yes.

19   Q.  I ask you to first read the caption to the right of the

20   date in the image?

21   A.  The Himalaya independent financial ecosystem.

22   Q.  Can you read the subtitle in the image, please?

23   A.  Yes. You are entitled to receive 10,000.

24   Q.  Ms. Loftus, if we could please play Government Exhibit

25   C123-V.

O63BGUO2                         Medrano - Direct

1           (Media played)

2     Q.  We can stop there.  If we could go back to the chart,

3     Ms. Loftus, please.  If we could scroll slightly.

4           Mr. Medrano, I'm going to ask you to read the first

5     excerpted text on the top of page 14, please?

6     A.  Yes.  You are entitled to receive 10,000 shares of

7     G Fashion stock worth 1 US dollar per share.  Why?  Because

8     when you purchase the G/Club membership, G/Club could serve as

9     an investment company which will take 10K USD that I will lend

10    you without any interest to buy the G Fashion stock worth 1 US

11    dollar per share for you.

12    Q.  And this is June 2020 right, Mr. Medrano?

13    A.  Correct.

14    Q.  Now what's the date of the entry here, Mr. Medrano?

15    A.  July 22, 2020.

16    Q.  Where was this posted?

17    A.  On G News.org.

18    Q.  What's the caption on this video say?

19    A.  Please don't send me more checks.

20    Q.  And could you read the subtitle in the image, please?

21    A.  You become a shareholder of G/Club immediately.

22    Q.  Ms. Loftus, I'll ask you to please play Government Exhibit

23    C212-V.  We'll play about two and a half minutes.

24          (Media played)

25    Q.  You can stop there.  Ms. Loftus, if we could jump ahead

O63BGUO2                         Medrano - Direct

1    we'll play to about 5:27 seconds in.  We'll play about 20

2    seconds or so.

3              (Media played)

4    Q.  You can pause there.  We can actually keep playing.

5              (Media played)

6    Q.  We can pause there.  If we could go back to the chart,

7    Ms. Loftus, please.  If we could scroll down slightly, please.

8              Mr. Medrano, could you please read the text under

9    6:13?

10   A.  Yes.  Please keep this in mind about the money that you

11   either go and buy G/Club membership or sign a loan contract

12   with a Himalaya farm and join GTV.

13   Q.  If we could go back to the video, please, Ms. Loftus, and

14   we'll go about 7:50 in, and we'll play maybe 45 seconds or so.

15             (Media played)

16   Q.  We can pause there.  Ms. Loftus, if we could go back to the

17   chart, please, to page 30.  If you can scroll up please.

18             (Media played)

19   Q.  Mr. Medrano, could I ask you to please read the text under

20   8:12?

21   A.  Yes. So my brother in arms, I don't need money.  Game is

22   over if you see -- asking for you for money.  No hope of taking

23   down the CCP.  What I want is the love from my brother in arms.

24   Let brother in arms be connected and united.  I hope all our

25   investors would soon become billionaires and another ten

O63BGUO2                          Medrano - Direct

1    thousand more investors come and they become billionaires too.

2    And if a million more come, we will have one million more

3    billionaires.  Isn't our new federal state of China so great?

4    Q.  Ms. Loftus, I want to go to page 57, please.

5            Mr. Medrano, what's the date of the entry on page 57?

6    A.  October 13, 2020.

7    Q.  Where was this posted?

8    A.  On GTV.org.

9    Q.  Focusing on the still image, what is it say at the top

10   center of the still image?

11   A.  G/Clubs.

12   Q.  Mr. Medrano, I'll ask you to just read, please, the first

13   paragraph under V1?

14   A.  Yes.  Dear brothers and sisters, today is October 13.  One

15   week today this is a live broadcast about the launch of G/Club

16   and G Fashion and some statements that have been before the

17   launch.

18   Q.  We can scroll down to V3.

19           Mr. Medrano, can you read just the first sentence

20   under V3?

21   A.  Now what am I talking about in front of a bunch of lawyers?

22   Q.  And if we could go now to the bottom of page 58 and focus

23   on V5.  Ms. Loftus, I'll ask you to please play V5.

24           (Media played)

25   Q.  Ms. Loftus, why don't we restart this, and put it on mute.

O63BGUO2                        Medrano - Direct

1          Mr. Medrano, I'm going to ask you to read the text

2   under V5. We're not going to read every single line, but I'll

3   let you know when to stop.

4   A.   Yes.  G/Club members will also be invited to the G summit

5   annual conference, have early access to selected G music songs

6   and videos, and have access to the functions of delayed live

7   broadcast on social media platforms in the future.  These are

8   the member benefits at the preliminary launch, and there will

9   be other benefits and services included in the future, which

10  will be published on G/Clubs websites.

11         To put it bluntly, this is all non-sense.  I'll be

12  straightforward with you.  This is what we need to have to

13  legally avoid Me Too, but don't think that we are being mingy

14  here.  This is no other way.  We'd have to have that, but I

15  don't think you'd by G/Club for something like the free music.

16  If you were, why would you buy it, right?  My suggestion would

17  be, don't buy it.  But this procedure laws measures that

18  benefit.  Me Too have been there.

19         To prevent economic Me Too, all of which are published

20  on the websites.  Under the revised launch plan for G/Clubs,

21  however, members will not thereby have opportunity to subscribe

22  for or purchase any shares to be issued in the future, will not

23  receive GTV stock, and will not receive loans to purchase

24  memberships.  This is serious business brothers and sisters.

25  Even if you have brought G/Club, it absolutely will not come

O63BGUO2                           Medrano - Direct

1  with the stocks.  It does not mean that you can buy stocks of

2  G Fashion and GTV, and it does not mean that you will be able

3  to receive loans in the future.  No.  No.  No.

4  Q.  We can pause there.  All right.  Now, this No.  No.  No

5  video, can you remind us the date of this video, Mr. Medrano?

6  A.  Yes, October 13, 2020.

7  Q.  Ms. Loftus, let's go back to the chart, and let's go to

8  page 61, please.  I have this wrong.  It's 62.

9         Now, Mr. Medrano, this entry is February 28, 2021,

10 right?

11 A.  Correct.

12 Q.  That's about four months after the No.  No.  No, no stocks

13 video we just watched?

14 A.  Yes.

15 Q.  Let's please scroll to page 66, Ms. Loftus.

16        Mr. Medrano, the text here, this is from the same

17 February 2021 video, right?

18 A.  Yes.

19 Q.  I want to focus you on the text underneath V12, and

20 specifically on the bottom paragraph.  And I'll ask you to read

21 about the middle of that paragraph, the sentence starting, In

22 terms of G Fashion?

23 A.  In terms of G Fashion, all of us understand it.  As long as

24 you purchase the membership, you'll certainly be the original

25 shareholders.  Regardless the amount that you purchase, you

O63BGUO2                        Medrano - Direct

1    will definitely be the original shareholders for G Fashion

2    fellow fighters.

3    Q.  We can pause there.  Let's go to page 101.

4           What's the date of this entry on the chart,

5    Mr. Medrano?

6    A.  June 23, 2021.

7    Q.  So this is about four months after the video we just

8    watched?

9    A.  Yes.

10   Q.  Or just read from.  And it's about eight months after the

11   October 2020 no, no, no video?

12   A.  Yes.

13   Q.  Let's go to, on page 101, Ms. Loftus, why don't we play V2.

14   Ms. Loftus, we can put it on mute after a few seconds.

15          And then, Mr. Medrano, I'm going to ask you to read

16   the first two paragraph under V2?

17   A.  Yes.

18   Q.  I'm sorry.

19          MR. FERGENSON:  Just for the record, this is

20   Government Exhibit C504-V2.

21          (Media played)

22   A.  Okay.  Today I saw that someone just sent a message, and

23   Brother Seven didn't understand.  Let me take a look at the

24   message that the fellow fighter sent.  It's sent by William

25   Wang.  Let me read it.

O63BGUO2                         Medrano - Direct

 1          Good news brother Seven just announced.  I didn't make

 2     an announcement.  All the loans and investment that fellow

 3     fighters invested in the past no longer need to share interest

 4     with the farms.  The issue share for each fellow fighter who

 5     have made an investment are in 1 to 10.

 6          Second, all G/Club cardholders are entitled to 1 to 10

 7     of the new GTV stocks for the amount of the card.  How come

 8     it's in this color?  It looks so awkward.  All G/Club

 9     cardholders are entitled to 1 to 10 of the new GTV stock for

10     the amount of the card.  Third, all of those who bought the

11     Apple store reward coin G1 at the beginning are also entitled

12     to 1 to 10 shares of the new GTV in accordance with the amount

13     bought.

14          William Wang got the core information because the

15     woman he slept in a bed with is named Tang Ping, a member of

16     the Iron Blood Group.  So you see, this Tang Ping is leaking

17     out information, right?  Just kidding.  This is public

18     information.  And what is said is right.  I'm going to give you

19     a little bit more information today, that is.  The money that

20     was invested in GTV from day one, whether it was G1 or G Dollar

21     or all of the original Phoenix farms or VOG or the loaning

22     program or the membership purchase, as long as you've invested

23     a penny out of your pocket, you invested a dollar out of your

24     pocket.  You'll own 10 shares of the new GTV stock.  It's that

25     good.  It's that awesome.  All the things that were said in the

O63BGUO2                          Medrano - Direct

1    past will be cashed out for you this time.

2    Q.  Ms. Loftus, we can go back to the chart.  We can scroll

3    down to page 103.

4              Mr. Medrano, this text here, this is from that same

5    June 2021 video, right?

6    A.  Yes.

7    Q.  That's about eight months after the no, no, no stocks

8    video?

9    A.  Yes.

10   Q.  Could you please read the text under V6?

11   A.  Yes.  Why does the G/Club give these shares to the fellow

12   fighters?  Because I want them to be rich.  I want them to

13   never lower their heads for money. Never kneel in front of

14   others.

15   Q.  Let's go down to page four, the last paragraph under V7, if

16   you could please read that, Mr. Medrano.

17   A.  Yes.  G/Club, a card of global pass with unlimited future

18   hopes to buy G Fashion at a 50 percent discount.  You also have

19   stocks in 1:10, not 1:1.  I have never seen such a good deal

20   happen in my life until today.

21   Q.  Ms. Loftus, let's go down to page 115 in the chart.  And

22   what's the date of this video?

23   A.  July 30, 2021.

24   Q.  Where was it posted?

25   A.  GTV.org.

O63BGUO2                          Medrano - Direct

1  Q.  This is about a month after the one we were just watching?

2  A.  Correct.

3  Q.  Are there subtitles in it?

4  A.  There are not.

5  Q.  Can we please play Government Exhibit C506-V5, and we're

6  going to go to pages 114 to 115.  You can play it with some

7  sound first.

8            (Media played)

9  Q.  Ms. Loftus, why don't we restart and put it on mute.

10           THE COURT:  It's now 11:30, so it's time for us to

11  have our half hour break.  Members of the jury, remember that

12  you're not permitted to discuss the case amongst yourselves or

13  with anyone else.  Don't permit anyone to discuss the case in

14  your presence.  And, remember, you cannot do any form of

15  research about the case.  You cannot listen to any form of news

16  media or any opinions concerning anything having to do with

17  this case.

18           Sir, you may step down.  Don't discuss your testimony.

19           (Jury not present)

20           THE COURT:  You may step out.

21           (Witness temporarily excused)

22           THE COURT:  Please be seated.  Mr. Fergenson, how long

23  do you think we have with this witness?

24           MR. FERGENSON:  I'm always hesitant to make too much

25  of an overpromise.  I think I'm about halfway through.  But to

O63BGUO2                    Medrano - Direct

1   be conservative, it's possible the direct could take us through

2   the day.

3           THE COURT:  Okay.  All righty.  See you at noon.

4           (Recess)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          AFTERNOON SESSION

2                            12:02 p.m.

3              (Jury not present)

4              THE COURT:  Unfortunately, lunch just arrived for the

5     jurors, and I'm going to have to give them until 12:30, so

6     we'll start at 12:30.  You may step down.

7              (Recess)

8              THE COURT:  Please have the jurors brought in.

9              (Jury present)

10             THE COURT:  Please be seated.

11             Members of the jury, I apologize for the lateness of

12    your lunch.

13             Remember, you're still under oath.

14             THE WITNESS:  Yes, your Honor.

15             THE COURT:  You may continue.

16             MR. FERGENSON:  Thank you, your Honor.

17             Ms. Loftus, if we could go back to Government Exhibit

18    Z9.  If we can go to page 113.

19    BY MR. FERGENSON:

20    Q.  All right.  Now, Mr. Medrano, before the lunch break we

21    were looking at this chart entry.  Do you recall that?

22    A.  Yes.

23             MR. FERGENSON:  Ms. Loftus, if we could scroll down to

24    pages 114-115.

25    Q.  And we had most recently played the V5 video.  Do you

O631GUO3                          Medrano - Direct

1    recall that?

2    A.  Yes.

3              MR. FERGENSON:  All right.  Now, Ms. Loftus, we can

4    play that.

5    Q.  And Mr. Medrano, I'm going to ask you to read the paragraph

6    that starts, "I had a meeting with."

7    A.  Yes.

8    Q.  Please.

9              (Video played on mute)

10   A.  "I had a meeting with Brother Long Island, Kai, and Ru Shui

11   this afternoon before I got on the car.  It's just a simple

12   thing.  For those fellow fighters who would like to buy G-Club

13   memberships, if you have H Dollar account, then you can buy

14   G-Club membership directly with your H Dollar account.  If

15   there are issues with formalities on the transaction between H

16   Dollar and G-Club, please see the public live broadcast of the

17   Alliance Committee that Brother Long Island and Old Squad Lead

18   hosted, which will inform you all the details.  Reasonably and

19   legally, anyone can purchase the membership of G Club with H

20   Dollar when you have H Dollar and H Dollar account.  There are

21   still many people asking questions, including Brother Long

22   Island and Kai told me that, some of the fellow fighters asked,

23   'Will I still get a free stock offer when I buy a G Club

24   membership?'  100 percent.  Because I said that I have to

25   promise that anyone who buys G Club membership before

1  September 17 must be allotted shares, which is exactly the

2  same.  Because we said that anyone can choose whether to use

3  your money to buy G Club before September 17, G Club and the

4  stock shares.  You'll get both."

5  Q.  And Mr. Medrano, we saw this video of July 30, 2021.  Do

6  you recall that?

7  A.  Yes.

8  Q.  So that's about nine to ten months after the October 2020

9  "No, No, No" stock video?

10 A.  Correct.

11       MR. FERGENSON:  All right.  Ms. Loftus, go back to the

12 chart, please.

13       And just scroll down to the next page, please.

14 Q.  All right.  Now this was a video we looked at earlier,

15 right, Mr. Medrano?

16 A.  Yes.

17 Q.  What's the date of this entry?

18 A.  August 11, 2021.

19 Q.  Where was it posted?

20 A.  On YouTube.

21       MR. FERGENSON:  All right.  Let's go to page 116,

22 Ms. Loftus, please.

23       All right.  And I want to go to V3.

24 Q.  And Mr. Medrano, we won't need to play the video, but in

25 the interest of time, I'll just ask you to read the text under

1    V3, please.

2    A.  Yes.  "Fellow fighters, you will be one of them.  If there

3    is an opportunity like this in front you, and if there is such

4    a platform for you, ask yourself that will you have a second

5    option?  What did you pay?  All the members of these societies,

6    all the credit card owners you see, and all the brands behind

7    them, how many lives, how many deaths, how many adventures,

8    have made these few people.

9            "And today you should compare the G Club and the

10   Whistleblowing Revolution to those risks, to those

11   requirements, to the risks you take, to your likelihood of

12   success, and it's once in a life event in human history.  It

13   has the lowest risk but with the greatest chance of success,

14   the greatest probability of success."

15           MR. FERGENSON:  And Ms. Loftus, if we could scroll

16   down to page 117.

17   Q.  Mr. Medrano, could you please read the two paragraphs under

18   V5.

19   A.  Yes.  "Brothers and sisters, please ask yourself, how much

20   money did you have to take out?  Joining a platform like this

21   with the amount that you have taken out, show me, and I'll

22   follow you, how much risk are you taking?  Can you compare the

23   risks you have taken with all that of these past society

24   organizations and various institutions you have participated in

25   in human history?

1        "Tell me, what is the percentage difference between

2   these investments and all the money you will get and your

3   ratio?  More importantly, what is the gap between your risk and

4   success rate?  You don't have any loss, and you don't have any

5   financial risk as of now."

6        MR. FERGENSON:  Ms. Loftus, let's scroll down to V6,

7   please.

8   Q.  Mr. Medrano, can you please read the paragraph under V6.

9   A.  Yes.  "Do you think Brother Seven is fooling you?  So I

10  said, I'll repeat again, all fellow fighters, no matter how

11  much money you have donated, please make sure that you have

12  kept a record of your donation.  If you don't have one, please

13  reach out to the Rule of Law Foundation and Rule of Law

14  Society, where they will base on the amount of your donation

15  and the number of your donation . . . like we have more than

16  100 fellow fighters who donate for us in long-term and in large

17  sum.  For fellow fighters like them, they are not just fellow

18  fighters anymore.  In my heart, they are the highest member of

19  our G Club.  That's why if you have bought the G Club

20  membership card, you would have stocks now.  Why would you lose

21  money?  What risks are you taking?  Is there such a good

22  opportunity in the world?  Will there be such a good

23  opportunity again?  Will you have such a good opportunity

24  again?"

25       MR. FERGENSON:  Let's scroll down to 118.

1    Q.  And if you could read the text under V7, please.

2    A.  Yes.  "If you have bought a membership card, please contact

3    each farm.  Each farm can collect the card.  This is one.  The

4    second one is that we have launched G Dollar.  If you open a G

5    Dollar account on KYC, you can buy membership card right away

6    with G Dollar.  This is the second.  Third, some fellow

7    fighters that are recognized by the farm can buy cards for

8    other fellow fighters."

9    Q.  All right.  Mr. Medrano, I want to go back in time again

10   back in the chart.

11         MR. FERGENSON:  And Ms. Loftus, if we can go all the

12   way back to page 13, please.

13         And if we could scroll down.

14   Q.  All right.  So here on page 13, Mr. Medrano, this is a

15   video we looked at earlier, correct?

16   A.  Correct.

17   Q.  And remind us the date.

18   A.  June 20, 2020.

19   Q.  And the first video we looked at was April 2020, right, so

20   this is about two months later?

21   A.  Correct.

22         MR. FERGENSON:  Okay.  Now, Ms. Loftus, let's play the

23   video Government Exhibit C123-V, and let's start it at about

24   2:10 into the video.

25         (Video played)

1     MR. FERGENSON:  Let's go back to the chart, please,

2  Ms. Loftus, page 14.

3  BY MR. FERGENSON:

4  Q.  Mr. Medrano, can you read the second excerpt in the chart,

5  please.

6  A.  Yes.  "The G Dollar is pegged to the US dollar; the G Coin

7  is pegged to gold, the gold standard and gold price."

8     MR. FERGENSON:  Ms. Loftus, let's go to page 53 now.

9  Q.  And Mr. Medrano, this is another video we looked at earlier

10 as well, right?

11 A.  Yes.

12 Q.  And on page 53, the entry on this chart, remind us the

13 date?

14 A.  September 20, 2020.

15     MR. FERGENSON:  And Ms. Loftus, let's play Government

16 Exhibit C205-V.  And we're going to jump to about 3:15.  We'll

17 play a little less than three minutes of it.

18     (Video played)

19     MR. FERGENSON:  Ms. Loftus, let's—

20 Q.  So this was September 2020, right, Mr. Medrano?

21 A.  Correct.

22     MR. FERGENSON:  Ms. Loftus, let's go back to the chart

23 and go to pages 83 to 84.

24     You can scroll up a little bit.  Okay.

25 Q.  All right.  Now, Mr. Medrano, we're going to look at

 1   entries for Government Exhibit C252 through 253.

 2              MR. FERGENSON:  And if we could scroll down.  And 255,

 3   257.

 4   Q.  What's the date associated with these four?

 5   A.  April 26, 2021.

 6   Q.  And what's the source?

 7   A.  YouTube.

 8              MR. FERGENSON:  And if we could scroll up to the top

 9   one.

10   Q.  What appears to be pictured in the top one there?

11   A.  Gold bars.

12   Q.  And what does it say in the image beneath that?

13   A.  "The Himalaya Dollar is a stablecoin."

14   Q.  Do you have any independent knowledge of what the Himalaya

15   Dollar is?

16   A.  No.

17              MR. FERGENSON:  Okay.  Let's scroll down again,

18   Ms. Loftus.

19              And why don't we play Government Exhibit C257-V.

20              (Video played)

21              MR. FERGENSON:  All right.  Ms. Loftus, let's go back

22   to the chart, please.

23   BY MR. FERGENSON:

24   Q.  And Mr. Medrano, that was April 2021, right?

25   A.  Correct.

1     MR. FERGENSON:  Let's go back to the chart, and let's

2     go to page 120, please.

3     Q.  And what's the date of this entry, Mr. Medrano?

4     A.  September 29, 2021.

5          MR. SCHIRICK:  Which video are you referring to?

6          MR. FERGENSON:  The entry on the screen.  This is

7     Government Exhibit C405.

8     Q.  Mr. Medrano, what's the date?

9     A.  September 29, 2021.

10    Q.  And where was this posted?

11    A.  On gnews.org.

12    Q.  And could you please read the headline in the image.

13    A.  Yes.  "Highlights of Mr. Miles Guo's live broadcast on

14    September 29th, 2021."

15    Q.  And in the image, can you read beneath——at the bottom of

16    the image, what does it say in the line at the bottom?

17    A.  Beneath the heading, the name on the video or——

18    Q.  Yeah, at the very bottom of the image.

19    A.  Oh, G News, GTV, and I can't really make out that last one.

20    Himalaya?

21    Q.  And Mr. Medrano, I'll ask you just to read the first

22    paragraph underneath that.

23    A.  Yes.  "The safest virtual coin at the moment is the

24    Himalaya Coin because 20 percent of the value is anchored to

25    gold.  The addition of a stablecoin makes good to great.  A

1    virtual currency should be bought if it has stablecoins, a

2    payment system, and a peg to gold."

3           MR. FERGENSON:  All right.  Ms. Loftus, let's go

4    to—we can scroll to page—just down a little bit to this next

5    entry.

6    Q.  Mr. Medrano, what's the date of this video?

7    A.  October 20, 2021.

8    Q.  And where was this posted?

9    A.  On odysee.com.

10   Q.  Do you know what that is?

11   A.  I do not.

12   Q.  And are there—

13          MR. FERGENSON:  Actually, let's just scroll down

14   slightly.

15   Q.  And I'm going to ask you, Mr. Medrano, to read me one, but

16   I want to play some of the video first.

17          MR. FERGENSON:  Ms. Loftus, could we please play

18   Government Exhibit C459-V1.

19          (Video played)

20          MR. FERGENSON:  If we can pause it.  And maybe if we

21   can just restart it and put it on mute.

22   Q.  And Mr. Medrano, on page 121, I'll ask you to read from the

23   first paragraph there under V1, about the fourth line from the

24   bottom, that starts, "Let me go back."

25   A.  On the first paragraph?

1  Q.  Correct.  First paragraph, about fourth line from the

2  bottom.  "Let me go back."

3  A.  Begin there, on "Let me go back"?

4  Q.  Yes.  And if you can finish the paragraph.

5  A.  Okay.  "Let me go back to your H coins.  All of us, your H

6  coins, anyway, Brother Seven doesn't have any.  My lawyer said

7  in advance today, Mr. Guo, when you talk about H Coin again, it

8  must be your H Coins, not ours, your H coins."

9  Q.  And actually, you can continue reading for a few more

10  sentences, Mr. Medrano.

11  A.  "These bastards are too dark, this is the evil of capital.

12  Let me tell you the evil of capital.  That's what I'm going to

13  . . .  So bad these bastards!  What is called?  I am talking

14  about your H coins, Brother Seven designed it at that time.  It

15  has the first one, it has the attribute of currency, why?  It

16  has 20 percent gold.  Awesome, it was born as currency on the

17  first day, so it has value, and it's linked to gold, not to

18  others . . . clear gold directly.  No matter how much it

19  raises, 20 percent will turn into gold.  This is the golden age

20  of human beings——"

21  Q.  You can stop there.  Thank you, Mr. Medrano.

22          MR. FERGENSON:  If we could go now, Ms. Loftus, to

23  page 123.

24  Q.  And I want to focus you on V3, Mr. Medrano.  And I'll ask

25  you to read the sentence that starts on the fourth line.  It

1    just says H, and then it says "H Coin must be." Can you start

2    reading there through the end of the paragraph, please.

3    A.  "H Coin must be making money.  If anyone loses money, I can

4    say that I will compensate 100 percent.  I give you

5    100 percent.  Whoever loses money, I will bear it.  He will

6    definitely earn it.  It's just how much you earn, but for you,

7    to be honest, for you guys, it will be three times, five times,

8    ten times, a hundred times."

9    Q.  And we can stop there, Mr. Medrano.

10             MR. FERGENSON:  All right.  Ms. Loftus, let's go to

11   page 126, please.

12             And towards the bottom there.

13   Q.  All right.  Mr. Medrano, what's the date of this video?

14   A.  November 1, 2021.

15   Q.  Where was it posted?

16   A.  Gnews.org.

17   Q.  And are there subtitles on this video?

18   A.  Yes.

19   Q.  Can you please read the subtitle on the screen.

20   A.  "It will be far beyond your imagination."

21             MR. FERGENSON:  All right.  Ms. Loftus, please play

22   Government Exhibit C300-V.

23             (Video played)

24             MR. FERGENSON:  You can play a little more.

25             (Video continued)

1          MR. FERGENSON:  All right.  Ms. Loftus, let's go back

2     to the chart, please.  We can go to page 130.

3     BY MR. FERGENSON:

4     Q.  All right.  Now what's the date of this entry, Mr. Medrano?

5     A.  November 9, 2021.

6     Q.  Where was it posted?

7     A.  Gnews.org.

8     Q.  Is it an article or a video?

9     A.  It's an article.

10    Q.  Could you please read the headline in the image.

11    A.  "When you buy Hcoin, you buy a hen laying golden eggs."

12    Q.  And could you please read the text underneath that in the

13    first paragraph, please.

14    A.  Yes.  "Miles:  If you buy H Coin, you are doing right for

15    investment.  You are an investment, not a speculation.

16    Besides, what you buy is not as simple as an appreciation, what

17    you buy is a hen laying golden egg."

18         MR. FERGENSON:  All right.  Ms. Loftus, let's go to

19    page 134, please.

20    Q.  All right.  Now Mr. Medrano, what's the date on this entry?

21    A.  November 16, 2021.

22    Q.  Where was it posted?

23    A.  Gnews.org.

24    Q.  Are there subtitles on this?

25    A.  Yes.

1  Q.  Would you please read the subtitle in the image.

2  A.  "You know how much it is worth?  What is 5 percent of

3  2 trillion."

4        MR. FERGENSON:  All right.  Now, Ms. Loftus, if we

5  could please play Government Exhibit C432-V.

6        (Video played)

7        MR. FERGENSON:  And if we could go back to the chart,

8  page 134.

9  Q.  And could I ask you to please read the text underneath the

10  still image.

11  A.  Yes.  "Also good people have to live a safe and decent

12  life.  Just like I said, any G Club's buyers donors to the Rule

13  of Law Foundation, cannot include people whose donations were

14  unsuccessful.  And GTV investors, borrowers, and H Coin owners

15  always have all the VVIP treatment in the future.  According to

16  your different investments, no one in the whole mankind dares

17  to do this.  You never thought about how much total comrades in

18  arms invested in GTV.  Less than 1 billion U.S. dollars, and

19  now GTV owns 5 percent of Himalaya Reserve."

20  Q.  And you can keep reading, please.

21  A.  "You know how much it is worth?  What is 5 percent of

22  2 trillion.  100 million US dollars, excluding other

23  institutions []investment.  How much money do you have, have

24  you calculated it?"

25        MR. FERGENSON:  All right.  Ms. Loftus, let's now go

O631GUO3                          Medrano - Direct

1    to page 140 of the chart, please.  And if we could scroll down.

2    Could we just zoom in on this entry, please.

3    Q.  All right.  Mr. Medrano, what's the date of this entry?

4    A.  December 10, 2021.

5    Q.  And where was it posted?

6    A.  On YouTube.

7    Q.  Mr. Medrano, what's the color of the car in the image?

8    A.  Red.

9    Q.  Do you recognize the model?

10   A.  Yeah, it's—

11   Q.  What is it?

12   A.  A Lamborghini.

13   Q.  And can you read the text underneath the image.

14   A.  Yes.  "Miles Guo, Hcoin To The Moon [Official Video]"

15          MR. FERGENSON:  All right.  Ms. Loftus, let's play

16   Government Exhibit 370-V.

17          (Video played)

18          MR. FERGENSON:  Ms. Loftus, if we could just go back

19   quickly to about 2:10 in.

20   Q.  Mr. Medrano, what kind of coins are depicted here?

21   A.  Gold coins.

22          MR. FERGENSON:  If we could go just a couple seconds

23   forward.

24          Pause.  I'm sorry.  Another second.

25          Okay.  That's fine, Ms. Loftus.  Let's go to about

O631GUO3                         Medrano - Direct

1    2:43 in.  And can you play for another second.

2             Now actually——withdrawn.  Ms. Loftus, can we actually

3    just pull up Government Exhibit CT38.

4             And can we pull up Government Exhibit CT42.

5             All right.  Ms. Loftus, let's go back to the chart,

6    please.

7             And if we could go now to page 147.

8    BY MR. FERGENSON:

9    Q.  Mr. Medrano, what's the date on this entry?

10   A.  January 10, 2022.

11   Q.  And where was it posted?

12   A.  On gettr.com.

13   Q.  As part of your work, did you preserve things from

14   gettr.com?

15   A.  Yes.

16   Q.  At a high level, what's your understanding of what Gettr

17   is?

18   A.  It's a social media plat——

19             MR. SCHIRICK:  Objection.

20             THE COURT:  Overruled.  You may answer.

21   A.  A social media platform.

22   Q.  Are there English subtitles on this video?

23   A.  No.

24             MR. FERGENSON:  All right.  So Ms. Loftus, if we could

25   pull up, please, Government Exhibit W1020-V.

1           (Video played)

2           MR. FERGENSON:  We can pause it, Ms. Loftus.  Maybe we

3    can put that on mute.

4    Q.  And Mr. Medrano, from your binder, on page 147, towards the

5    bottom, it's about the fifth line, that starts, "Thirdly, once

6    you have purchased," could you please read from there through

7    the bottom.

8    A.  Yes.

9    Q.  Thank you.

10   A.  "Thirdly, once you have purchased the coins, if you have

11   any financial losses, Qige [Brother 7] will be responsible.

12   You will make——you will only make money, without experiencing

13   any losses.  You will only make money, without experiencing any

14   losses.  This is for our domestic fellow fighters.  This is

15   guaranteed by Qige [Brother 7].  Thank you."

16          MR. FERGENSON:  Ms. Loftus, let's go back to the

17   chart, please.

18          And we can go to page 150.

19          And scroll down.

20   Q.  All right.  What's the date of this entry, Mr. Medrano?

21   A.  January 26, 2022.

22   Q.  Where was it posted?

23   A.  On Gettr.

24          MR. FERGENSON:  All right.  And Ms. Loftus, let's play

25   Government Exhibit W1021-V.

O631GUO3                          Medrano - Direct

1              (Video played)

2              MR. FERGENSON:  Ms. Loftus, maybe we can place it on

3    mute.

4    Q.  And Mr. Medrano, from your binder on page 150, can you just

5    read almost all the text on that page underneath the video.

6    A.  Yes.  "We are proud of our best KYC in all humanity.  We

7    have 5 billion in cash awaiting for KYC.  That's not what I

8    said.  He checked it himself.  We have six major brands to

9    announce H Coin, and then H Coin can buy things.  We will halt

10   it.  We will let our HPay be on shelf and ask more KYC to come

11   in.  Finally, I told him, we briefly talked about this H Coin

12   issue with the governments of various countries.  Miles, your

13   design is awesome, you are a genius!  Great!  I told you how

14   much H Coin will——"

15   Q.  That's good.  Thank you, Mr. Medrano.

16             MR. FERGENSON:  Ms. Loftus, if we could go back to the

17   chart and go to page 151, just the next page.

18   Q.  All right.  And now the entry on the screen, Mr. Medrano,

19   what's the date?

20   A.  February 2, 2022.

21   Q.  Where was it posted?

22   A.  Gnews.org.

23   Q.  And can you just read——you can just read the headline in

24   the still image.

25   A.  Yes.  "Investors were amazed by the brilliant design of

O631GUO3                              Medrano - Direct

1    Himalaya Coin."

2                MR. FERGENSON:  All right.  Ms. Loftus, let's go to

3    page 151, please.  I'm sorry, I mean 155.

4    Q.  All right.  Now what's the date of this entry?

5    A.  February 16, 2022.

6    Q.  Where was it posted?

7    A.  Gnews.org.

8    Q.  Are there subtitles in this video?

9    A.  Yes.

10   Q.  Can you read the subtitle in the image.

11   A.  "Fellow fighters, you own the fourth largest digital

12   currency exchange."

13               MR. FERGENSON:  All right.  Ms. Loftus, let's please

14   play Government Exhibit C491-V.

15               (Video played)

16               MR. FERGENSON:  You can pause it there.

17               And if we could go back to the chart, Page 155,

18   please.

19   BY MR. FERGENSON:

20   Q.  Mr. Medrano, I'll ask you to read the fourth paragraph

21   down, please.

22   A.  Yeah.  "If the digital banking of Himalaya Exchange were

23   launched and if a so-and-so country invested (in the Himalaya

24   Exchange), you would get wealthier while I go bankrupt."

25               MR. FERGENSON:  And Ms. Loftus, let's go now to

1    page 167.

2    Q.  And Mr. Medrano, what's the entry on this chart?  What's

3    the date?  Excuse me.

4    A.  May 15, 2022.

5    Q.  Where was it posted?

6    A.  Gettr.com.

7    Q.  Are there subtitles in this video?

8    A.  Yes, there are.

9    Q.  Please read the subtitle in the image.

10   A.  "All of them have invested in our G series and are our

11   fellow fighters."

12          MR. FERGENSON:  Ms. Loftus, let's please play

13   Government Exhibit C351-V.

14          (Video played)

15   Q.  Mr. Medrano——

16          MR. FERGENSON:  Ms. Loftus, let's go to page 178 of

17   the chart.  And if we could scroll down, please.

18   Q.  Mr. Medrano, what's the date of this?

19   A.  November 27, 2022.

20   Q.  And what's the source here?

21   A.  Miles Guo Gettr account.

22   Q.  And if we could, does this video have subtitles?

23   A.  It does.

24          MR. FERGENSON:  If we could please go to GX GTR1,

25   Ms. Loftus.  And we'll play it about a minute and a half.

O631GUO3                        Medrano - Direct

1           (Video played)

2           MR. FERGENSON:  All right.  Ms. Loftus, let's actually

3   go back to the chart again and go to page 180, please.

4   Q.  All right.  And what's the date of this video, Mr. Medrano?

5   A.  December 4, 2022.

6   Q.  What's the source?

7   A.  Miles Guo Gettr account.

8   Q.  And are there subtitles here?

9   A.  Yes.

10  Q.  Please read the subtitle in the image.

11  A.  "HCN highest value is."

12          MR. FERGENSON:  And Ms. Loftus, let's play Government

13  Exhibit GTR5.

14          We'll play about two minutes.

15          (Video played)

16          MR. FERGENSON:  You can pause there.

17  Q.  Mr. Medrano, turning—

18          MR. FERGENSON:  Ms. Loftus, if we could turn back to

19  the chart at pages 180-181.

20  Q.  And Mr. Medrano, I'll ask you to read the last paragraph on

21  page 180 please.

22  A.  Yeah.  "Only such currency functions as a currency whether

23  you are on the moon or Mars, transferring funds instantly,

24  unaffected by nothing.  This is blockchain.  This is where

25  humanity is heading.  The future value of NFSC is being a safe

1    haven for humanity to access money with the lowest cost where

2    elites converge."

3    Q.  And then could you read the first sentence on page 181,

4    please.

5    A.  Yes.  "HCN highest value is, it is a stablecoin."

6            MR. FERGENSON:  All right.  Ms. Loftus, let's scroll

7    down more to page 181.

8    Q.  And what's the date of this video, Mr. Medrano?

9    A.  December 16, 2022.

10   Q.  And the source?

11   A.  Miles Guo Gettr account.

12   Q.  And there are subtitles?

13   A.  Yes.

14   Q.  Can you please read the subtitle in the image.

15   A.  "If HCN is not pegged with HDO by 1:1."

16           MR. FERGENSON:  And Ms. Loftus, if we could please

17   play Government Exhibit GTR8.

18           (Video played)

19           MR. FERGENSON:  All right.  Ms. Loftus, let's go back

20   to the chart, please.  And if we could go to page 182.

21           And, oh, if you could scroll up slightly.

22   BY MR. FERGENSON:

23   Q.  Mr. Medrano, I'd ask you to just read the third paragraph

24   there that starts, "Think about it."

25   A.  Yes.  "Think about it.  If HCN is not pegged with HDO by

1    1:1, and without a stringent KYC process, can it make it this

2    far?  It would have been long gone.  Think of what it entails."

3            MR. FERGENSON:  If we could scroll down slightly.

4    Q.  And can you read the last two sentences in this excerpt.

5    A.  "Moreover, FTX misappropriated clients' funds.  They are a

6    bunch of crooks."

7            MR. FERGENSON:  Ms. Loftus, if we can go page 184,

8    please.

9    Q.  What's the date of this video?

10   A.  January 3, 2023.

11   Q.  What's the source?

12   A.  The Miles Guo Gettr account.

13   Q.  Does it have subtitles?

14   A.  It does.

15   Q.  Can you read the subtitle in the image.

16   A.  "Misappropriated your money as an investor."

17           MR. FERGENSON:  Ms. Loftus, could we please play

18   Government Exhibit GTR12.

19           (Video played)

20           MR. FERGENSON:  You can pause there.

21   Q.  Mr. Medrano, can you read the subtitle on the screen,

22   please.

23   A.  "Which makes the customers feel very unsafe."

24           MR. FERGENSON:  Ms. Loftus, if we can go back to the

25   chart, please.  And let's go to page 200, please.

1    Q.  All right.  Now on the bottom part of 200, Mr. Medrano,

2    what's the entry?  What's the date of that entry?

3    A.  February 28, 2023.

4    Q.  Where was it posted?

5    A.  On gnews.org.

6    Q.  The video or article?

7    A.  It's an article.

8    Q.  What's the headline?

9    A.  February 28, 2023, "Full text of Miles Guo's Gettr video

10   (1st)."

11   Q.  All right.  And the text in the chart, is that the full

12   text or just an excerpt?

13   A.  An excerpt.

14   Q.  Okay.  Could you please read the text in the chart.

15   A.  Yes.  "Let us take Himalaya Coin (HCN) as an example.

16        "Fellow fighters, your HCNs have a lockup period,

17   right?  Suppose Brother 7 has HCNs with no lockup restriction;

18   then he can sneakily sell his HCNs and redeem cash every day,

19   right?

20        "But ask yourself: what would be the consequence?

21        "Your HCNs are restricted from circulation, so while

22   you can behold the price of the HCN, still, only Brother 7 or a

23   handful of people can buy and sell HCNs in the market and cash

24   out.  In this case, is there going to be inflation?  No!  For

25   your HCNs are not in circulation at all!"

O631GUO3                          Medrano - Direct

1   Q.  Mr. Medrano, what was the date of this article which said

2   your HCNs are not in circulation at all?

3   A.  February 28, 2023.

4           MR. FERGENSON:  Ms. Loftus, now let's go to page 192.

5   Go back in time a little bit.

6   Q.  And Mr. Medrano, on page 192, what's the date of this chart

7   entry?

8   A.  February 13, 2023.

9   Q.  So that's about two weeks or so before the one we just

10  looked at about no circulation?

11  A.  Correct.

12  Q.  All right.

13          THE COURT:  What page are you at again?

14          MR. FERGENSON:  192, your Honor.

15          THE COURT:  Go ahead.

16  Q.  Mr. Medrano, can you just read just the first sentence of

17  this article.

18  A.  Yes.  "In the past week, the price of Himalayan Coin (H

19  Coin) dropped back to around $20, with an average daily trading

20  volume of about 80,000 pieces and a one-week trading volume of

21  about 550,000 pieces.

22  Q.  And two weeks before the no circulation, what did this say

23  the daily trading volume was?

24          MR. SCHIRICK:  Objection.

25          THE COURT:  Overruled.

O631GUO3                          Medrano - Direct

1    A.  The date——

2    Q.  The daily.

3    A.  80,000 pieces.

4            MR. FERGENSON:  All right.  Now, Ms. Loftus, I'm not

5    going to go——well, I'm only going to go back slightly in time

6    now.

7            If we can just go to page 189 now.

8    Q.  All right, Mr. Medrano, what's the date of the entry on

9    page 189?

10   A.  February 8, 2023.

11   Q.  Where was this posted?

12   A.  On gettr.com.

13   Q.  And the first video we watched was April 2020, right?

14   A.  Correct.

15   Q.  This is almost three years later, right?

16   A.  Correct.

17   Q.  Now there's two images in the selected contact, correct?

18   A.  Yes.

19   Q.  Are these images from the video?

20   A.  Yes.

21   Q.  What's in brackets above the second——the bottom ship?

22   A.  It's the time stamp where that image is taken from.

23           MR. FERGENSON:  And Ms. Loftus, if we could zoom in a

24   little bit on the bottom snip.

25           Thank you, Ms. Loftus.

1   Q.  Now, Mr. Medrano, aside from reviewing exhibits for your

2   testimony, do you have any independent knowledge of what A10

3   is?

4   A.  I do not.

5        MR. FERGENSON:  All right.  So we can zoom out,

6   Ms. Loftus, and there's two snips here.

7   Q.  Mr. Medrano, did you help make a chart of additional snips

8   from this video?

9   A.  Yes, I did.

10       MR. FERGENSON:  Ms. Loftus, if we could just show the

11  witness only what's marked as Government Exhibit Z10.

12  Q.  Mr. Medrano, is this the chart you were just referring to?

13  A.  Yes.

14  Q.  Does this chart accurately reflect information from

15  Government Exhibit 451-V, the video we were just looking at?

16  A.  Yes.

17       MR. FERGENSON:  The government offers Government

18  Exhibit Z10.

19       MR. SCHIRICK:  No objection.

20       THE COURT:  It is admitted.

21       (Government's Exhibit Z10 received in evidence)

22       MR. FERGENSON:  Ms. Loftus, if we could publish that,

23  and your Honor, if I may publish hard copies to the jury and to

24  the Court and the witness.

25       THE COURT:  Yes.

O631GUO3                          Medrano - Direct

1          MR. FERGENSON:  Thank you, your Honor.

2          Actually, your Honor, I jumped the gun on that.  We'll

3    stick with the screen for now.  A later exhibit I will want to

4    publish.

5          THE COURT:  Okay.

6          MR. FERGENSON:  Apologies.

7    Q.  Okay.  Ms. Loftus, we now have Government Exhibit Z10,

8    right?  Mr. Medrano.  Excuse me.

9    A.  Yes.

10   Q.  Okay.  Thank you.

11         MR. FERGENSON:  Ms. Loftus, if we could just scroll

12   through the seven pages, please.

13         All right.  And you can go to the last one.

14   Q.  Did these snips appear in the video, Mr. Medrano?

15   A.  Yes.

16         MR. FERGENSON:  All right.  So Ms. Loftus, if we could

17   now go back to a stipulation, Government Exhibit Stip 2.

18         All right.  And this is the stipulation regarding web

19   pages and videos.  And Ms. Loftus, if we could go to page 20,

20   please.

21   Q.  And Mr. Medrano, I want to focus you on GX W164.  Do you

22   see that?

23   A.  I do.

24   Q.  Could you read——well, what date was that preserved?

25   A.  March 25, 2024.

O631GUO3                          Medrano - Direct

1   Q.   And did you preserve it?

2   A.   I did.  Yes, I did.

3   Q.   And could you read the domain?  You don't have to read all

4   the numbers but just the start of the domain.

5   A.   Yes.  A-10.zendesk.com.

6           THE COURT:  All right.  That's a-10.

7   A.   Yes.

8           MR. FERGENSON:  All right.  Now Ms. Loftus, if we

9   could pull up that exhibit, GX W164.

10  Q.   And Mr. Medrano, is this the preservation we were just

11  looking at?

12  A.   Yes.

13  Q.   Could you——in the top left corner, could you please read

14  what it says there.

15  A.   A-10 Customer Service Center.

16  Q.   And then beneath that, in large bold letters, could you

17  read what that says.

18  A.   A10 Project Introduction.

19  Q.   And when does it say it was posted beneath that?

20  A.   One year ago.

21          MR. FERGENSON:  All right.  And Ms. Loftus, are we

22  able to add, you know, on the right GX Z10, just pull them up

23  side by side?

24          (Continued on next page)

25

O63BGUO4                        Medrano - Direct

1   BY MR. FERGENSON:

2   Q.  If you can zoom out on the one on the right, and if we

3   could scroll just to see how the pages look.  All right.  Keep

4   scrolling.  That's fine, Ms. Loftus.  Thank you.

5          Mr. Medrano, before your testimony, did you do this

6   comparison?  Did you look at both of these side-by-side?

7   A.  Yes.

8   Q.  And how did they compare?

9   A.  They were the same.

10  Q.  All right.  Now, Ms. Loftus, I'm going to focus on GXW164,

11  and I now want to pull up what's in evidence as GXW164-T.

12         MR. FERGENSON:  Your Honor, this is the exhibit W164-T

13  I would like to publish if that's all right?

14         THE COURT:  Go ahead.

15  Q.  Now, Mr. Medrano, looking at page one, could I ask you to

16  read the English text on this page?

17  A.  Yes.  Withdrawing money remotely, taking a drastic measure

18  to deal with a situation, using money to destroy the Communist

19  Party.  A10 project introduction.  Himalayan farm Alliance

20  Committee, February 8, 2023.

21  Q.  Let's go to page two, please.  Please read the English

22  text.

23  A.  Yes. What is the A10 project?  Refers to the five percent

24  equity of Gettr and the five percent equity of Himalaya

25  Exchange. Explanation.  The project was originally called A15

O63BGUO4                          Medrano - Direct

1    and also included the five percent equity of G/Club, because

2    G/Club is a top global club.  Member information should not be

3    disclosed to shareholders and the public, so A15 became A10.

4    Q.  Do you know what A15 is, Mr. Medrano?

5    A.  I do not.

6    Q.  Let's go to page three, please.  All right.

7              Mr. Medrano, just the center top English text, what

8    does that say?

9    A.  A10 project structure diagram.

10   Q.  If we could zoom in a little more, Ms. Loftus, on the

11   image.  Let's just start with the top row of this diagram.  In

12   the top left, could you read the English text for that?

13   A.  Yes.  New and old G/Club cards, SEC refunds, digital bank

14   to A10, etc.  Other types of rights.

15   Q.  And then moving over one to the right.  Could you read the

16   English text for that?

17   A.  New investment more than 100,000.

18   Q.  And then again to the right, please read the text for that?

19   A.  New investment less than 100,000.

20   Q.  Now, for the next row down, can you read the English text

21   for those boxes, please?

22   A.  Yes.  The left each fund or entity, each new fund.

23   Q.  Scroll up, please.

24   A.  In the center, each new fund.

25   Q.  You can read all three.

O63BGUO4                         Medrano - Direct

1   A.  Holding fund, holding company.  And then the far right,

2   each SPV.

3   Q.  And then can you read the bottom two?

4   A.  Yes.  Five five percent Gettr, five percent Himalaya

5   exchange.

6   Q.  Let's go to the next page, please.

7        Mr. Medrano, I'll ask you to read the English text for

8   this page please, just read it.

9   A.  Which investments can obtain A10 equity?  One, new and old

10  G/Club cards.  Two, new platform investment.  Three, new and

11  ongoing investment, including card purchase, and an A10

12  investment.  Four, funds returned by SEC and reinvestment.

13  Five, digital bank project converted to A10 project.  Six,

14  funds not received from Himalaya Exchange.  Seven, other rights

15  and interest of comrades in the farm.

16       And note for items four, five, six and seven involving

17  fund freezing or litigation, the equity will be retained until

18  the litigation is over and the funds are unfrozen.

19  Q.  Let's go to the next page, please.

20       Mr. Medrano, could you please read the center, the top

21  center English text?

22  A.  A10 equity and G/Club card benefits.

23  Q.  Can you read the text underneath that.

24  A.  Anyone who obtains A10 equity will be given a G/Club card

25  of the same value *rounded in units of 10,000.

O63BGUO4                          Medrano - Direct

Q.  Can you read the next text, please?

A.  Anyone who obtains G/Club card benefits will be given an

A10 equity of the same value.

Q.  Let's go to the next page, please.

        Now, Mr. Medrano, could you please read the English

text here?

A.  Notes on investment with HDO.  There is no difference in

equity value between investment with HDO and fiat currency.

When investing with HDO please note:  One, for those who have

wired HDO to their FMV accounts before 12 on January 28, 2023,

Eastern Time, refunded their purchase and deposited with fiat

currency after January 1, 2023, except for over-the-counter

trading without going through the farm, you can get five five

percent Himalaya coin reward by investing in A10 with this part

of HDO.

        Two, for those who invest in A10 or buy cards with HDO

obtained by selling Himalaya coin after 12 on January 28, 2023,

Eastern Time, you can not give five five percent Himalaya coin

reward.  Three, for other HDO, such as HDO owned in the account

before 12 on January 28, 2023, the reward method will be

determined separately.  In principle, if you can prove that the

HDO invested is not from the sale of Himalaya coin after 12 on

January 28, you can get rewards equivalent to other

investments.

Q.  Let's go to the next page please.  And this looks like this

O63BGUO4                        Medrano - Direct

1    is the look like a dup, right, Mr. Medrano?

2    A.   Correct.

3    Q.   Let's go to the next one.  Could you read the text here,

4    please?

5    A.   Yes.  Digital bank project.  The digital bank project has

6    been suspended due to the Chinese Communist Party sabotage, and

7    all investment funds have been frozen in the bank.  Comrades

8    have three options:

9            One, switch to the A10 project, get a card of the

10   corresponding amount, and get five five percent Himalaya coin

11   reward.  Two, wait for the future digital bank project, but

12   there is no five percent Himalaya coin reward. Three, refund.

13   Need to wait for the funds to be unfrozen.

14   Q.   Let's go to the next page, please.  And if we could,

15   Mr. Medrano, I'll ask you just to read the second paragraph.

16   A.   The end date of this A10 financing is not yet determined,

17   but because it is in a state of war with the Chinese Communist

18   Party, temporary changes are not ruled out.  Please understand.

19   Q.   If we can go to page 10, please.

20            Mr. Medrano, I'll ask you to read the text here?

21   A.   Yes. Implementation and lockup of the Himalaya coin reward.

22   After the financing is completed and the A10 rights are

23   approved, the reward qualifications will be checked

24   immediately, and the corresponding Himalaya coin and Gettr coin

25   rewards will be implemented.  The Himalaya coins reward at this

O63BGUO4                    Medrano - Direct

1    time have a lockup period from the date of issuance of which 20

2    percent are locked up for one year, 40 percent are locked up

3    for two years, and the remaining 40 percent are locked up for

4    three years.  Gettr coin is not locked.

5    Q.  If we can go to the next page.  Could you please read the

6    text here, Mr. Medrano?

7    A.  Current progress and plans.  For completed investment, such

8    as old cards, digital bank project transfers, etc., just sign

9    the relevant documents for subscribing to fund shares or

10   shares.  For the SEC refund and new investment, start with

11   large funds of more than 100,000 US dollars and complete

12   various procedures; wire payment and reconciliation.

13          It is plan to start small and medium size SPV

14   financing at the end of February and the beginning of March,

15   and the minimum investment amount is not yet determined.  This

16   financing will be organized and implemented by the Alliance

17   finance department and investment matters will be explained in

18   each farm one after another.

19   Q.  We can just go to the last page, page 12.

20          Ms. Loftus, if we could go back to the chart, please

21   GXZ-9.  This is the video where the original snips we were

22   looking at came from, Mr. Medrano?

23   A.  Correct.

24   Q.  So, Ms. Loftus, if we can go now to page 190.

25          At the top here, the first entry here, Mr. Medrano,

O63BGUO4                          Medrano - Direct

1  and if you could read -- actually, what's the date of that top

2  entry?

3  A.  February 9, 2023.

4  Q.  And what's the source?

5  A.  The Miles Guo Gettr account.

6  Q.  Could you read the English text there, please.

7  A.  Dear fellow fighters.  Brother Changdao, Nicole, Little

8  Prince, and all frontline fellow fighters will write a new

9  chapter in Washington D.C. The balloon event is the biggest

10 gift given to us.  Ultimately all the CCP's infiltration forces

11 in the United States will be uprooted.  Next the Iron Blood

12 Group and the Alliance will live broadcast to help the fellow

13 fighters respond on the A10 and G/Club card projects.

14 Communist Party, you are finished.

15 Q.  Let's scroll down a little here to GXW201, please.

16 Actually, if we could scroll down slightly more to GXW200.

17         What's the date of this entry, Mr. Medrano?

18 A.  February 10, 2023.

19 Q.  That's the next day?

20 A.  Correct.

21 Q.  Where was it posted?

22 A.  On G News.org.

23 Q.  Can you please read the headline?

24 A.  February 10, 2023, Miles Guo's Gettr 1st.

25 Q.  In the bottom left of the image, what does it say there?

O63BGUO4                              Medrano - Direct

1  A.  Miles with a verified icon "V" icon.

2  Q.  Mr. Medrano, I ask you to read the text in the chart,

3  please.

4  A.  There will be a live broadcast on Sunday.  Everyone please

5  pay close attention to the information from the Himalaya

6  Alliance Committee and Fay Fay show.  You can get answers to

7  your questions on the A-10 investment project.  I can't reply

8  to so many messages from you one by one.

9  Q.  Could you read the remainder of the excerpt, please.

10 A.  The Fay Fay show and the Himalaya Alliance Committee will

11 answer all our fellow fighters' questions about the A10

12 investment project.

13 Q.  Ms. Loftus, if we can go to page 194, please.  If we could

14 scroll down?

15          What's the date of this entry?

16 A.  February 17, 2023.

17 Q.  Where was it posted?

18 A.  G News.org.

19 Q.  Can you read the headline, please.

20 A.  Fay Fay show A10, Q & A.

21 Q.  Mr. Medrano, I'll ask you to please read the text in the

22 chart.  Well, read onto about half the next page.

23 A.  Okay.  About the A10 project.  The five five percent equity

24 of Gettr and the five percent equity of Himalaya reserve are

25 called A10 together.  G/Clubs is an operation form of private

O63BGUO4                        Medrano - Direct

1  equity companies.  As a top global club, it has a high level of

2  confidentiality, so it does not participate in this project.

3          An investment of one Yuan in A10 is equivalent to an

4  investment of 10,000 Yuan, and its shares are scarce and have

5  high economic growth value.  Gettr and Himalaya Reserve will

6  not find institutions to raise funds, but will directly list

7  and trade stocks.  At this stage the fundraising process has

8  been completed through the participation of comrades in arms.

9  Since A10's investment rights are relevant to the amount of

10 investment, too much fundraising will dilute future

11 expectations, and coupled with the continuous destruction of

12 CCP's fundraising will be --

13 Q.  If we can scroll down, Ms. Loftus, please. And you can just

14 read the next three lines.

15 A.  Close at any time.  Comrades who are interested in

16 investing, rapid action is the biggest guarantee for

17 participating in the A10 project.

18 Q.  You can continue that next paragraph.

19 A.  How much will A10 stock be worth in the future?  You can

20 refer to the current market valuation of hitech companies such

21 as Twitter, Facebook, Google and ChatGPT.

22 Q.  Ms. Loftus, if we can go to page 199.

23          What's the date, Mr. Medrano?

24 A.  February 20, 2023.

25 Q.  What's the source?

O63BGUO4                         Medrano - Direct

1    A.   The Miles Guo Gettr account.

2    Q.   Can you please read the subtitle in the snip?

3    A.   That's why we need to promote the A10 project quickly.

4    Q.   Ms. Loftus -- actually, Mr. Medrano, could you please read

5    the text under where it says caption?

6    A.   Yes.  Miles Guo interpretation is that it's better for

7    fellow fighters to invest in A10 as early as possible.

8    Otherwise their interest will be eaten up by major

9    shareholders.

10   Q.   Ms. Loftus, if we could play Government Exhibit Gettr 16.

11              (Media played)

12   Q.   Ms. Loftus, let's go back to the chart, please.  And we can

13   scroll down.

14              And, Mr. Medrano, I'll ask you to read the video text,

15   please.

16   A.   Yes.  You asked us to complete the five five percent A10

17   project of Himalaya Exchange now.  Let our fellow fighters come

18   in.  I have the power to allocate the funds.  Otherwise, if our

19   fellow fighters come in late; for example, half a year later,

20   the previous investors would have already come in and sold all

21   the coin and they wouldn't even bother to calculate the shares

22   with you.

23              The previous shareholders have already taken the

24   money, that's why we need to promote the A10 project quickly.

25   Let our fellow fighters also get five five percent of the coin

O63BGUO4                        Medrano - Direct

1    issued this year.  There will always be five percent in the

2    years, 98 and 99 of the future.  That's why, why wait?  We can

3    issue it at any time.  In the legitimate white paper, it has

4    been states that it can be release at any time.  Everyone is

5    eager to have it.

6    Q.  Ms. Loftus, let's go down now to page 206.

7            Mr. Medrano, what's the date here?

8    A.  March 5, 2023.

9    Q.  Where was this posted?

10   A.  G News.org.

11   Q.  Can you read the headline?

12   A.  March 4th, 2023, Full text of Miles Guo's Gettr video.

13   Q.  Towards the -- let's actually focus on Government Exhibit

14   W183, Mr. Medrano.  What's the date of that entry?

15   A.  March 8, 2023.

16   Q.  Where was this posted?

17   A.  On G News.org.

18   Q.  Can you read the headline.

19   A.  March 7, 2023, Full text of Miles Guo's Gettr video.

20   Q.  Mr. Medrano, can you please read the text in the chart?

21   A.  Yes.  Right now the most critical thing for us that we

22   should have common sense, we should focus on developing our A10

23   investment program, expending the G/Club member group and

24   gathering more fellow fighters.

25   Q.  Can you scroll down, Ms. Loftus.

O63BGUO4                        Medrano - Direct

1   A.  Most institutional investors are very envious of those who

2   can participate in our investment programs.

3   Q.  This was March 2023, right?

4   A.  Correct.

5   Q.  You started in April 2020?

6   A.  Correct.

7   Q.  I'm going to go back in time again.  Actually, withdrawn.

8   Let's go to a different chart, Ms. Loftus.  This is Government

9   Exhibit Z11.  We can publish that.

10          Mr. Medrano, is this another chart you help prepare?

11  A.  Yes.

12  Q.  What's the date here?

13  A.  November 20, 2018.

14  Q.  And can you read the text in the selected content, please?

15  A.  The one at the bottom on in the screen?

16  Q.  Underneath V1.

17  A.  What Miles Guo has committed to since he's enjoying the

18  freedoms of the democratic west is to establish $100 million

19  fund immediately which will be called the Rule of Law Fund.

20  Q.  If we could scroll down to the next page, please.

21          Mr. Medrano, could you please read what's on this

22  page?

23  A.  This is his money.

24  Q.  This is 2018, right?

25  A.  Yes.

1  Q.  Can we go back just one more from Z9, Ms. Loftus, please.

2  We're still in March 2023.  I want to go all the way back to

3  June 2020, please, page 11.

4         The date of this entry, Mr. Medrano, on page 11,

5  what's the date?

6  A.  June 20, 2020.

7  Q.  Where was this posted?

8  A.  GTV.org.

9  Q.  We're almost at the beginning of the chart, right?

10  A.  Yes.

11  Q.  Let's scroll to page 12, please.  We're going to go to V5.

12         Mr. Medrano, could you please read the text under V5

13  from June 20, 2020?

14  A.  Yes. I hope you will remember that Wengui told you that you

15  will not lose a penny.  And of course, I will not let others

16  steal a penny from us and defraud us of a penny.

17         MR. FERGENSON:  May I have a moment, your Honor.  No

18  further questions.  Thank you.

19         THE COURT:  Cross examination.

20  CROSS-EXAMINATION

21  BY MR. SCHIRICK:

22  Q.  Thank you.  Good afternoon, Mr. Medrano.

23  A.  Good afternoon.

24  Q.  You've testified about Government Exhibits Z9, Z10 and Z11,

25  right?

1   A.  Correct.

2   Q.  And these are charts showing statements from a variety of

3   different sources, right?

4   A.  Correct.

5   Q.  And many of the sources as we've seen here this morning,

6   this afternoon, are videos, right?

7   A.  Yes.

8   Q.  And many of the sources are documents, right?

9   A.  Documents?

10  Q.  Documents, yes.

11  A.  Articles or --

12  Q.  Well, I think you testified that you performed an online

13  preservation?

14  A.  Of the online articles.

15  Q.  Correct.  To use your word, articles.  I would just say

16  documents generally.  Articles is a fair statement as well.

17          So you have both videos and then you have articles and

18  documents, right?

19  A.  Yeah.

20  Q.  We're agreed on that?

21  A.  Videos, articles, and some social media post too I believe.

22  Q.  Fair enough.  In some cases the source documents that

23  underlie the charts that we just talked about are very long?

24  A.  Yes.

25  Q.  In some cases extremely long, two to three hours?

O63BGUO4                          Medrano - Cross

1    A.  Correct.

2    Q.  And you testified on direct that you created this chart,

3    right?

4    A.  I assisted with the creation, correct.  I reviewed it and

5    confirm its validity.

6    Q.  And when did you see the first draft of the chart, do you

7    recall?

8    A.  Approximately two weeks ago, very recently.

9    Q.  And when the first draft arrived to you, was it in a fairly

10   advance state of development?

11   A.  Yes, it was similar to what we're reviewing now, correct.

12   Q.  And I believe you testified on direct that it was the

13   government prosecution team that created that draft; is that

14   right?

15   A.  That is correct.

16   Q.  And then you made some changes to it, correct?

17   A.  I wouldn't say changes.  I made some minor corrections.  I

18   didn't change any of the things that were on it.  I just -- if

19   something didn't appear as it did on the source document, then

20   I made a minor correction.

21   Q.  Understood.  So you sort of proofread it?

22   A.  Correct.

23   Q.  For minor corrections, right?

24   A.  Yeah, grammatical errors.

25   Q.  And typos?

1    A.  Yes.

2    Q.  And you checked the dates?

3    A.  Exactly.

4    Q.  Things of that nature?

5    A.  Correct.

6    Q.  So while you help create the chart, it's fair to say that

7    this chart was really something that the government prosecution

8    team created in the main; is that fair?

9    A.  That's fair.

10   Q.  And you also testified to this on direct, but I'd just like

11   to confirm if you bear with me.  So it's clear that the

12   prosecutors decided what to put into the chart, right?

13   A.  That is correct.

14   Q.  And it's clear that the prosecutors chose which videos to

15   excerpt in the chart, right?

16   A.  That is correct.

17   Q.  And it's clear that the prosecutors chose which articles to

18   excerpt in the chart, right?

19   A.  Correct.

20   Q.  And then it's clear that selecting the documents from which

21   the excerpts were taken, that was also done by the prosecution

22   team, right?

23   A.  So the excerpts from the articles themselves within the

24   chart were done by the prosecutors; is that your question?

25   Q.  It was a bad question.  I'll try again.

1           So it's clear that the documents that underlie the

2    chart were also selected by the prosecutors, correct?

3           MR. FERGENSON:  Your Honor, this is fine, but just

4    clear, it's correct, perhaps.  I just object to the

5    characterization.

6           THE COURT:  If you just restate your question.

7           MR. SCHIRICK:  Sure, your Honor.

8    Q.  The prosecutor selected the underlying documents, correct?

9    A.  Is correct.

10   Q.  You didn't watch all of the videos that are in this chart

11   from start to finish, did you?

12   A.  I did not.

13   Q.  Good for you.  Do you know whether the prosecution team

14   watched all of the videos from start to finish?

15   A.  I don't know.

16   Q.  You just don't know?

17   A.  I don't know.

18   Q.  Would you agree with me that by selecting certain things to

19   put in this chart, the government prosecutors also decided what

20   to leave out of the chart?

21   A.  Yeah, they decided what was in the chart, correct.

22   Q.  By definition, if it's not in, it's out, right?

23   A.  Correct, what they decided to put in is what's on there.

24   Q.  And is it your understanding that care was taken by the

25   prosecution team to make sure that Mr. Guo's statements

O63BGUO4                        Medrano - Cross

1    reflected in this chart in the selected content were presented

2    fairly?

3              MR. FERGENSON:  Objection.

4              THE COURT:  Sustained.

5    Q.  Do you have any understanding as to whether care was taken

6    to properly give context --

7              MR. FERGENSON:  Objection.

8    Q.  -- to the content?

9              THE COURT:  Sustained.

10   Q.  On direct did the government take you through any selected

11   content in the chart in which Mr. Guo talks about the CCP.  Do

12   you recall that?

13   A.  Did they take me -- could you re-ask the question.

14   Q.  Sure.  Mr. Ferguson took you through a number of different

15   selected content in the chart?

16   A.  Yes.

17   Q.  But not all of it, right?

18   A.  I don't believe it was all of them; but, yes, we went

19   through a large majority of them.

20   Q.  My question is, do you recall whether he took you through

21   any content in which Mr. Guo talked about the CCP?

22   A.  I mean, I don't recall targeting those specific content,

23   but I do recall reviewing some that did indicate stuff about

24   the CCP.

25   Q.  Let's take a look at some examples of the content from the

1   chart.  If we could please pull up GXZ9 at page two.  We can

2   publish it to everyone.  We can drop that call out.  Let's just

3   take a look at the underlying document.  Thank you.

4           You see this document, Mr. Medrano?

5   A.  I do.

6   Q.  And you remember testifying about this, right?

7   A.  Yes, I do.

8   Q.  And this is the excerpt from the chart that's a summary of

9   an April 2020 video; is that right?

10  A.  That is correct.

11  Q.  And this is a video if you recall where Mr. Guo talks about

12  the GTV private placement; is that right?

13  A.  I don't recall exactly what he spoke about, but I do recall

14  going through this video.

15  Q.  Fair enough.  And as we covered before, there are

16  statements that are left out of this summary, right?

17  A.  There are statements that are left out of the -- there are

18  portion excerpts from the video.  It's not the full video.

19  Q.  That are left out of the summary, right?

20          MR. FERGENSON:  Objection.  Asked and answered.

21          THE COURT:  Asked and answered.  He said that these

22  are excerpts, not the whole videos.

23  Q.  So, for example, there's a quote here that follows the two

24  minute and 17 marker that's in brackets.  You see that,

25  Mr. Medrano?

1  A.  Yes, I do.

2  Q.  That begins, let me give you a brief introduction.  You see

3  that?

4  A.  Yes, I do.

5  Q.  Now, let's take a look at the underlying document which is

6  GXZ26-T which is in evidence.  I'll just ask if we could please

7  underline in the first paragraph the sentence which begins when

8  you see this video, It is not a public video.  Okay.

9        Mr. Medrano, do you see that that sentence is

10 highlighted in red?

11 A.  Yes, I do.

12 Q.  That's the first sentence that appears in the summary

13 chart, correct?

14 A.  Correct.

15 Q.  And then the summary chart jumps to the two minute 17

16 second mark after that, right?

17 A.  Correct.

18 Q.  If you could please look in the second box that's displayed

19 on your screen that begins, I haven't had breakfast yet?

20 A.  Okay.

21 Q.  I'm just going to read that.  You let me know if I get it

22 right.

23        I haven't had breakfast yet, and my blood sugar is

24 low, so I can't get too excited.  This video is just a brief

25 introduction to friends and fellow fighters who have the

1    intention to invest in GTV so that you can understand the

2    documents to be signed in the investment and during investment,

3    as well as some basic procedures.  This is not a reference for

4    investment.  Did I read that correctly?

5    A.  You did.

6    Q.  It continues.  First of all, I would like to let all the

7    friends who intend to invest know that any kind of investment

8    in the world is risky.  There will be risk for investing in

9    GTV, and there will be potential risk that you may -- that you

10   have imagined.  And Wengui would like to strongly suggest to

11   all friends who have discussed with Wengui personally about

12   investing in GTV, or intend to invest in GTV, to please,

13   please, please, be careful on all the investment activities

14   before you start investing.

15          This is one.  Please carefully read through all the

16   documents to be signed for investment, and we must remember all

17   the information to be filled out on the issue of investment,

18   and all the funds provided must be legal and real.

19          Did you see that?

20   A.  Yes.

21   Q.  And I read that correctly?

22   A.  You did.

23   Q.  So Mr. Guo said to please, please, please, carefully read

24   through the investment documents in this transcript, correct?

25   A.  Investment activities.

1  Q.  My question is, this is a quote from Mr. Guo, right?

2  A.  Correct.  You said please, please, be careful on the

3  investment documents.  It says investment activities.

4  Q.  Is it a fair summary to say of everything that's

5  highlighted here that he is saying to please, please, please,

6  be careful.  And if you skip two sentences down, please

7  carefully read through all the documents.  Is that fair?

8          MR. FERGENSON:  Objection.  It speaks for itself.

9          THE COURT:  The document speaks for itself.  He's not

10  here to interpret the words.

11          MR. SCHIRICK:  Thank you, your Honor.

12  Q.  This selection that's highlighted here didn't make it into

13  the chart, right?

14  A.  This selection was not on the chart.

15  Q.  Let's please go to page 16 of Government Exhibit C26T.  I'm

16  sorry. Actually, let's start on 15 and then we'll move to 16.

17          Now, Mr. Medrano, if we refer back to our summary

18  charts, and we can pull this up for you briefly.

19          Do you have a paper copy, sir, a paper copy of the --

20  A.  Of Z9?

21  Q.  Yes.

22  A.  Yes.

23  Q.  We're on page three here of the summary chart.  Under the

24  815 mark that's in brackets on page three, do you see the

25  sentence beginning, You may live in Beijing, Shanghai or

1    Taiwan?

2    A.  Yes.

3    Q.  And the next part of the excerpt doesn't pick up until

4    19:45; is that correct?

5    A.  That's correct.

6    Q.  If we can go back to 26T on page 15, and we'll again just

7    highlight in red the portions of the text from 26T, which is a

8    source document that are in the chart.

9            Mr. Medrano, do you see the language that's

10   highlighted in red on the screen?

11   A.  Yes, I do.

12   Q.  Is that what is highlighted in the summary chart?

13   A.  Yes, beginning with you.

14   Q.  And then if we see on the right-hand side of your screen in

15   smaller font there is a passage that begins with, So fellow

16   fighters.  You see that?

17   A.  Yes, I do.

18   Q.  I'm going to read this, and you let me know if I get it

19   right.

20          So fellow fighters, with these specific information, I

21   hope that these can be beneficial to fellow fighters to

22   understand the basic principles of investment.  I just would

23   like to make a brief explanation, but I will stress this one

24   more time.  Please be sure to read the "prospectus"

25   "subscription letter" "shareholder agreement" and

1   "confidentiality agreement" that are sent to you.  Those will

2   prevail.  What I said is not.  Don't take what I said as the

3   standard.  Did I read that correctly?

4   A.  Yes, you did.

5   Q.  And again, Mr. Medrano, the part that we just read, that I

6   just read and that was highlighted on your screen, that was not

7   included in the government's summary chart, correct?

8   A.  Correct.

9   Q.  Let's take a look at another statement.  If we go to page

10  17 of 26T.  And again, Mr. Medrano, what's highlighted in red

11  here we beginning, We will probably have one or more private

12  placements this year.  Do you see that?

13  A.  Yes.

14  Q.  Does that appear, that language that's highlighted on the

15  screen, does that appear in the summary chart under the minute

16  marker 19:45?

17  A.  Yes, it does.

18  Q.  In GXZ9?

19  A.  Yes, it does.

20  Q.  Now, do you see the right-hand side of your screen, the

21  language that begins, Dear fellow fighters?

22  A.  I do.

23  Q.  Any type of investment is risky?

24  A.  Yes.

25  Q.  I'm going to read that, and again once more you let me know

1    if I get it right or wrong.

2              Dear fellow fighters.  Any type of investment is

3    risky, and there are many types of risks out there.  Please be

4    rationale, think through it, and read through the legal

5    documents when it comes to investment.  This is a brief

6    investment explanation that Wengui would like to make to

7    friends, fellow fighters of investment.  Please think twice.  I

8    would like to give thanks to all investors and friends, fellow

9    fighters.  Everything has begun.

10             Did I read that correctly?

11   A.  Yes, you did.

12   Q.  And, Everything has begun is the only part of that passage

13   that is excerpted in the government's summary chart, correct?

14   A.  Correct.

15   Q.  Now let's turn back to the summary chart itself.  Looking

16   at page six --

17             MR. SCHIRICK:  Your Honor, before we look at the

18   underlying documents, just one housekeeping issue.  Under the

19   parties' stipulation nine that Mr. Fergenson referred to

20   earlier this morning, there's a stipulation to admit into

21   evidence Government Exhibit C63-T which is a translation of 63,

22   which is a video.  And Government Exhibit C220-T which is a

23   translation of 220 which is a video, so the defense would offer

24   those documents.

25             MR. FERGENSON:  The government objects.  The

O63BGUO4                              Medrano - Cross

1    stipulation is that they're offered as government exhibits at

2    trial, not the defense exhibits.

3              THE COURT:  These were already offered by the

4    government, correct.

5              MR. FERGENSON:  No, your Honor.  There was

6    authentication.  We offered clips from these videos, your

7    Honor.

8              THE COURT:  Would you step up, please.

9              (Continued on next page)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

O63BGUO4                          Medrano - Cross

1          (At the sidebar)

2          THE COURT:  What is it that you're seeking to offer?

3          MR. SCHIRICK:  The parties' have stipulated that these

4   are correct translations of videos that the parties have also

5   stiped to the authenticity. The government has offered numerous

6   both translation -- numerous videos as well as the translations

7   of various videos.  And we're only offering these to go through

8   with Mr. Medrano parts that were left out by the government

9   from the summary chart.  So it's our position that these are

10  admissible as government exhibits.  Even if we move them in,

11  alternatively they're admissible under the Rule of

12  Completeness.

13         THE COURT:  Let me see if I understand.  The

14  government admitted the whole translation?

15         MR. FERGENSON:  No, just clips.  There were video

16  clips and translations of the clips, and that's what we put in

17  for these two videos, and we did that on agreement.  As I noted

18  for the Court last week, a few days ago, that the defense had

19  no objection to our entering clips, and they would later may

20  seek to offer other clips under the rule of completeness.  And

21  we agreed not to object under timeliness, but we didn't have

22  substantive objections.  This is the first I've heard that

23  they're actually trying to offer the entire video and the

24  entire translation.  That's not how the Rule of Completeness

25  works.  It's to complete a particular statement that has been

1    offered by the government.  They're just trying to offer in

2    bulk the full translation which would be hours.

3              THE COURT:  The whole thing or just a portion?

4              MR. KAMARAJU:  Just what's on the stipulation, your

5    Honor.

6              MR. SCHIRICK:  These have already been stipulated to.

7    These are the underlying documents. These are the translations.

8              MR. KAMARAJU:  It says at the end admitted by the

9    government.

10             MR. FERGENSON:  Yes, government exhibits, by the

11   government, because the government can put in an opposing party

12   statement by either defendant statement.  They can't put in the

13   defendant statement because he's not an opposing party.

14             MR. KAMARAJU:  The question was, does the government

15   intend to introduce these statements at any point during trial.

16             MR. FERGENSON:  No, as we agreed, as I discuss with

17   Mr. Schirick --

18             MR. KAMARAJU:  So this stipulation, Government Exhibit

19   220, it's the government's position it's never going to move

20   into evidence 220-T into trial evidence?

21             MR. FERGENSON:  I don't have to commit to it right now

22   I guess. As I discussed with Mr. Schirick, he was going to tell

23   us what portions he sought to offer from the full video.  This

24   is the first we heard you're offering the full video and

25   translation.

1           MR. KAMARAJU:  We're offering the translation.

2           MR. FERGENSON:  Of the full video.  That's exactly

3   what it is.

4           THE COURT:  Have you not decided whether you're going

5   to offer the full translation?

6           MR. FERGENSON:  We are not seeking it today at least.

7   We thought they would discuss with us if they want to offer

8   more portions of the full translation.

9           THE COURT:  You had a talk about this and your

10  understanding was that they were going to let you know.

11          MR. SCHIRICK:  That was not our understanding, your

12  Honor.  I don't appreciate that.  If that's your position, that

13  was certainly not clear to us.  The government is already

14  offered portions of these transcripts this morning with

15  Mr. Medrano.  We're only looking to offer other portions.

16          MR. FERGENSON:  That's not how the rule of

17  completeness works.

18          THE COURT:  They haven't reviewed what you're planning

19  to offer, yet you knew what they were planning to offer.

20          MR. SCHIRICK:  Your Honor, everyone knows what's in

21  there because everyone's reviewed them and there is a stip

22  they're admissible.  I don't think it's fair to say they

23  haven't been reviewed.

24          THE COURT:  These are lengthy documents.  Is it that

25  you need to review before?

 1              MR. FERGENSON:  Correct, your Honor.  We need to know

 2     if it is appropriate under the rule of completeness.

 3              THE COURT:  That's only fair that they'd be able to

 4     consider what you're claiming should complete the narrative.

 5              MR. FERGENSON:  What we did agree, your Honor.  We're

 6     not going to object on timeliness or anything like that if they

 7     later seek to offer portions under rule of completeness, but we

 8     may have substantive objections to it that it's not appropriate

 9     under the rule of completeness.  If they want to do it later

10     after we discuss, that's fine.

11              MR. SCHIRICK:  Are we going to bring this witness back

12     after we go through whether you're going to object to the

13     additional portions that we're seeking to introduce just to

14     contextualize the stip that you introduced.

15              THE COURT:  Can you jump to another portion of your

16     cross examination that does not involve this issue, and then

17     afterwards at 2:45 the two of you duke it out?

18              MR. SCHIRICK:  If the Court can give me two minutes to

19     just check my outline to make sure I do have something that is

20     not impacted.

21              THE COURT:  Go check your outline and come back.

22              MR. SCHIRICK:  Thank you, Judge.

23              There is one additional video that I plan to cover

24     that is already in evidence, so I can cover that with the

25     witness, and we'll, I suppose, just have to reserve the right

O63BGUO4                         Medrano - Cross

1    to call Mr. Medrano back after we resolve the completeness

2    issues.

3              THE COURT:  So he can come back tomorrow.  It's not

4    like he needs to be somewhere, right.  Okay.

5              MR. FERGENSON:  Yes.

6              THE COURT:  Okay.  Very good.

7              (Continued on next page)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              (In open court)

2   BY MR. SCHIRICK:

3   Q.  Can we please pull up Government Exhibit Z11.

4           Mr. Medrano, this summary chart covers a single

5   government exhibit.  Is that correct?

6   A.  That is correct.

7   Q.  GXW1005?

8   A.  Correct.

9   Q.  Now the chart doesn't show all statements in this video,

10  correct?

11  A.  Correct.

12  Q.  And the video is actually quite long, right?

13  A.  Correct.

14  Q.  It's actually over two hours long, right?

15  A.  I'm not one hundred percent sure of the entire duration.

16  Q.  But you do know it's quite long?

17  A.  That's correct.

18  Q.  And the government has excerpted in the selected content

19  column only two sentences, right?

20  A.  On V1, correct, yes.

21  Q.  And then one sentence underneath that; is that right?

22  A.  I believe that is correct, but I can't see.

23  Q.  You see that?

24  A.  I do.

25  Q.  So we have a total of two sentences excerpted from this

1    entire two-hour-long video, right?

2            THE COURT:  You can't testify.  He hasn't testified

3    that it was two hours long.

4    Q.  So we have two sentences from this rather long video,

5    right?

6    A.  Correct.

7    Q.  And the statements that are made here and quoted are not

8    made by Mr. Guo, right?

9    A.  It does not appear to be Mr. Guo in the video.

10   Q.  These are statements by Mr. Steve Bannon, right?  Do you

11   recognize him?

12   A.  Correct.

13   Q.  And this chart doesn't reflect that this video was related

14   to a non-profit organization?

15   A.  I only confirm validity of the statement in the chart.  I'm

16   not sure what else was in the video.

17   Q.  Let's take a look at that.  Let's take a look at a couple

18   of excerpts that didn't make it into the government's chart.

19   Can we please pull up GXW1005 at the 20 minute and five second

20   mark.

21           (Media played)

22   Q.  Do you see in the upper left-hand corner of your screen,

23   Mr. Medrano, a watermark of sorts?

24   A.  Yes.

25   Q.  And what does it say?

O63BGUO4                    Medrano - Cross

1   A.  Guo Media.

2   Q.  Do you know what Guo Media is?

3   A.  I do not.

4   Q.  Is Mr. Guo attacking the CCP as a totalitarian regime in

5   this video?

6            MR. FERGENSON:  Objection.

7            THE COURT:  Sustained.  So he can't comment on the

8   content of what the speaker is saying.  He can just confirm the

9   words that are used.

10           MR. SCHIRICK:  Thank you, your Honor.

11  Q.  The chart at GXZ11 doesn't include any part of the video

12  that we just reviewed, correct?

13           MR. FERGENSON:  Asked and answered.

14           THE COURT:  Sustained.

15  Q.  Let's please queue up the same document GSW1005 at 22:51.

16           (Media played)

17  Q.  Mr. Medrano, the chart at GXZ11 does not show the statement

18  that was shown to the jury, correct?

19           MR. FERGENSON:  Objection.

20           THE COURT:  Sustained.

21  Q.  It doesn't show any other statements on this same topic,

22  does it?

23           MR. FERGENSON:  Asked and answered.

24           THE COURT:  If you can answer the question you may.

25  A.  I only reviewed what was displayed on the government

1    exhibits, so I'm not sure what else might have been there.

2    Q.  You can see in this chart that it only contains two

3    sentences that there are no other statements in this chart

4    about the CCP, right?  That's my question.

5    A.  Correct, what is on this chart is what I reviewed.

6    Q.  Now, with respect to the chart, in the chart the government

7    has excerpted -- created an excerpt that shows Mr. Bannon

8    saying that Mr. Guo wants to establish a $100 million fund

9    called the Rule of Law Fund, right?

10   A.  Yes.

11   Q.  And then on the next page there's a single statement

12   saying, This is his money?

13   A.  On the next page, yes.

14   Q.  Now, I just want to draw your attention to the timestamps

15   on those two statements.

16   A.  Yes.

17   Q.  The first one is one hour 16 minutes and 31 seconds is the

18   end time; is that correct?

19   A.  Correct.

20   Q.  And the next statement begins at 1 hour, 23 minutes and 34

21   seconds; is that correct?

22   A.  Correct.

23   Q.  So there's actually seven minutes and six seconds between

24   these statements in the video, correct?

25   A.  Based on the timestamps, correct.

1    Q.  Would you agree with me that this chart suggests to a

2    reader that these two statements are connected?

3              MR. FERGENSON:  Objection.

4              THE COURT:  Sustained.  That's for the jury to decide.

5    Q.  Let's play the same video beginning at 1:20:28.

6              And before we do that, Mr. Medrano, you'll note that

7    if we begin at 1:20:28, that is approximately three minutes

8    before the statement, This is his money, correct?

9    A.  Yes.  I don't have the chart in front of me.

10   Q.  Do you not have GXZ11 the paper copy with you?

11   A.  No.

12   Q.  You can see here.  We've displayed it on the screen.  So it

13   starts at 1:23:34?

14   A.  Yes.

15   Q.  And we're going to start the video at 1:20:28.  You agree

16   with me that's about three minutes before this statement that's

17   in the chart, correct?

18   A.  Correct.

19             (Media played)

20             THE COURT:  It's now 2:45, so we need to stop.

21   Members of the jury, we're going to take our break now, and

22   you'll be returning tomorrow.  Remember that you're not allowed

23   to discuss the case amongst yourselves or with anyone else.

24   Don't permit anyone else to discuss the case in your presence.

25   Remember, no researching about anything having to do with this

O63BGUO4                          Medrano - Cross

 1   case, and no listening to any media reports or any opinions

 2   concerning anything to have to do with this case.

 3           THE LAW CLERK:  Jury exiting.

 4           (Jury not present)

 5           THE COURT:  You may be seated.  Mr. Medrano, you'll be

 6   returning to the courtroom tomorrow at 9:29 to be seated here

 7   at the witness stand again.  Remember not to discuss your

 8   testimony.  You may leave everything there.

 9           (Witness temporarily excused)

10           THE COURT:  I'd like both sides to see if you can work

11   out the issue that we discussed at the sidebar.  And if you

12   can't after trying very hard, we can discuss it tomorrow

13   morning at nine.

14           MR. FERGENSON:  Yes, your Honor.

15           MR. FINKEL:  Your Honor, can we ask the Court one

16   additional thing.  The government was wondering if we could

17   have until tomorrow Tuesday to file its response to the

18   reconsideration of your Honor's decision on the expert motion.

19   It was originally due today.

20           THE COURT:  Yes, that's fine.

21           MR. FINKEL:  Thank you, your Honor.

22           THE COURT:  All righty.  Tomorrow, morning at 9:00.

23   Thank you.

24           (Adjourned to June 4, 2024, at 9:00 a.m.)

25

```
1                         INDEX OF EXAMINATION

2    Examination of:                               Page

3     SHAMEL MEDRANO

4    Direct By Mr. Fergenson  . . . . . . . . . . 988

5    Cross By Mr. Schirick  . . . . . . . . . . .1085

6                         GOVERNMENT EXHIBITS

7    Exhibit No.                              Received

8     Stip 8, Stip 11, Stip 12  . . . . . . . . . 992

9     W5, W5-V, W49, W68, W115, W115-V, W116; . . . 999

10             W122, W123, W123-V, W124,

11             W160, W162, W164, W164-T,

12             W165, W167, W171, W175, W177,

13             W180, W183, W184; W185 through

14             W187, W189, W190, W193, W198

15             through W201, W207, W1020,

16             W1020-V, W1020-T, W1021,

17             W1021-V, W1021-T, W1024,

18             W1024-TX, W1024-V1

19     C6-TX, C6-V1, C6-V , C6; C20, C20-TX, . . . . 999

20             C20-V1, C20-V2; C40, C40-V;

21             C43, C43-TX, C43-V1, C40

22             through C40-V8; C43-V1 through

23             C43-V8; C55, C55-V; C56,

24             C56-V, C63-TX, C63-V1 through

25             C63-V7, C63; C105, C110,
```

```
 1                      C110-TX, C110-V1, C121,

 2                      C121-V, C122, C122-V, C123,

 3                      C123-V

 4       C120 and C120-V  . . . . . . . . . . . . . 999

 5       C131, C143, C143-T, C145, C145-T, C146, . . . 999

 6                      C146-TX, C146-V1, C146-V2;

 7                      C148, C148-TX, C148-V1 through

 8                      C148-V5; C151

 9       C160, C160-V; C161, C161-TX, C161-V1  . . . . 999

10                      through C161-V5; C205, C205-V;

11                      C210, C210-V; C211, C211-V;

12                      C212, C212-V; C220, C220-TX,

13                      C220-V1; C221, C221-V; C252,

14                      C252-V; C253, C253-V; C255,

15                      C255-V; C257, C257-V; C260

16                      through C265, C265-V, C266

17                      through C270, C270-V, C271,

18                      C272, C272-V, C273, C274,

19                      C275, C275-V, C276, C280,

20                      C280-V, C281, C281-V; C300,

21                      C300-V, C301, C301-V; C302,

22                      C302-TX, C302-V1 through

23                      C302-V16; C302-V1 through

24                      C302-V16; C310 through C314;

25                      C320, C321, C321-TX, C321-V1
```

```
 1                    through C321-V6; C322,

 2                    C322-TX, C322-V1 through

 3                    C322-V9; C351, C351-V; C370,

 4                    C370-V; C371, C371-V1; C373,

 5                    C374, C402, C404 through C406,

 6                    C406-V; C410, C411, C411-V,

 7                    C412 through C419; C422, C423,

 8                    C423-V; C424 through C426;

 9                    C428, C429, C429-V; C430

10                    through C432, C432-V; C433

11                    through C436; C438 through

12                    C440; C442, C442-V; C443

13                    through C445, C445-V; C446

14      C459, C459-T, C459-V1 through C459-V3;   . . .1000

15                    C461, C461-V; C462, C463,

16                    C463-V, C464, C480, C481,

17                    C483, C484, C484-A, C491,

18                    C491-V, C500, C500-TX,

19                    C500-V1, C501, C501-TX,

20                    C501-V1; C502, C502-TX,

21                    C502-V1 through C502-V24;

22                    C503, C503-TX, C503-V1 through

23                    C503-V4; C504, C504-TX,

24                    C504-V1 through C504-V13;

25                    C505, C505-V, C505-T; C506,
```

1                    C506-TX, C506-V1 through

2                    C506-V6; C510, C510-TX,

3                    C510-V1 through C510-V11;

4                    C511, C511-A, C511-TX, C511-V1

5                    through C511-V7

6        GTR1, GTR5, GTR8, GTR9, GTR10 through . . . .1000

7                    GTR17, GTR23, GTR26, GTR27,

8                    GTR27-T, GTR28

9        Z9    . . . . . . . . . . . . . . . . . . . .1002

10       Z10    . . . . . . . . . . . . . . . . . . .1070

11       Z11    . . . . . . . . . . . . . . . . . . .1001

12

13

14

15

16

17

18

19

20

21

22

23

24

25