O65BGUO1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,

         v.                         23 Cr. 118 (AT)

MILES GUO,

               Defendant.        Trial
------------------------------x

                                 New York, N.Y.
                                 June 5, 2024
                                 9:05 a.m.

Before:

                    HON. ANALISA TORRES,

                                 District Judge
                               -and a Jury-

                     APPEARANCES

DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York
BY:  MICAH F. FERGENSON
    RYAN B. FINKEL
    JUSTIN HORTON
    JULIANA N. MURRAY
    Assistant United States Attorneys

SABRINA P. SHROFF
    Attorney for Defendant

PRYOR CASHMAN LLP
    Attorneys for Defendant
BY:  SIDHARDHA KAMARAJU
    MATTHEW BARKAN
    CLARE P. TILTON

ALSTON & BIRD LLP
    Attorneys for Defendant
BY:  E. SCOTT SCHIRICK

O65BGUO1

ALSO PRESENT:
Isabel Loftus, Paralegal Specialist, USAO
Michael Gartland, Paralegal Specialist, USAO
Geoffrey Mearns, Paralegal Specialist, USAO
Robert Stout, Special Agent, FBI
Ruben Montilla, Defense Paralegal
Tuo Huang, Interpreter (Mandarin)
Shi Feng, Interpreter (Mandarin)
Yu Mark Tang, Interpreter (Mandarin)
Lian Wang, Interpreter (Mandarin)
Ziyou Parker, Interpreter (Mandarin)

O65BGUO1

 1              (Trial resumed; jury not present)

 2              THE COURT:  Good morning.  Would you make your

 3    appearances, please.

 4              MR. HORTON:  Good morning, your Honor.

 5              Justin Horton, Ryan Finkel and Juliana Murray for the

 6    government.  We're joined by Paralegal Isabel Loftus and Agent

 7    Robert Stout from the FBI.

 8              THE LAW CLERK:  Defense counsel is not here.

 9              THE COURT:  Please be seated.  We'll wait for them.

10              MR. SCHIRICK:  Apologies, your Honor.

11              THE COURT:  Make your appearances, please.

12              MR. SCHIRICK:  Good morning, your Honor.  Scott

13    Schirick and Matt Barkan on behalf of defendant Mr. Guo,

14    together at counsel table with Mr. Guo.

15              THE COURT:  You may be seated.  Is there anything

16    you'd like to raise before we go back to the witness testimony?

17              MR. FINKEL:  Just one thing, your Honor, and this

18    would effect either the second or the third witness today,

19    who's a victim that was also a follower of the defendant and

20    worked quite extensively with the defendant.  This was a

21    subject of some briefing before your Honor in motion *in limine*.

22    That witness, she knows that the defendant is incarcerated, and

23    communicated through his agents while he was incarcerated.  We

24    have instructed that witness consistent with your Honor's

25    ruling not to mention that he's incarcerated.  Obviously, we

O65BGUO1

1    don't tell the witnesses what to say, but to follow the Court's

2    ruling, we instructed her as that.  Just want to put that on

3    the record.

4            MR. SCHIRICK:  Your Honor, one housekeeping matter I

5    neglected to mention that Mr. Kamaraju and Ms. Shroff are also

6    here, just not at counsel's table at the moment, but they will

7    be here shortly.

8            THE COURT:  We'll resume then at 9:29.  Please have

9    the witness on the stand.

10           (Recess)

11           (Continued on next page)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

O65BGUO1

1

2                    (Jury not present)

3            THE COURT:  Please be seated.  I'm now going to have

4    the interpreters sworn.

5                    (Interpreters sworn)

6            THE COURT:  On my left if you would please state your

7    name.

8            THE INTERPRETER:  Ziyou Parker.

9            THE COURT:  Would you describe your educational

10   background.

11           THE INTERPRETER:  I graduated from China.  I possess

12   my bachelor's degree, and I came to New York City ten years

13   ago.  I went to NYU University, finish my ESL advanced program.

14   Currently I'm working with the federal immigration court.  I'm

15   certified by the federal immigration court as Mandarin

16   interpreter.

17           THE COURT:  So you speak English and Mandarin both

18   fluently?

19           THE INTERPRETER:  Yes.

20           THE COURT:  Sir, would you describe your educational

21   background.

22           THE INTERPRETER:  I have master's degree from Indiana

23   University, and I've been practicing translation and

24   interpretation in New York area for more than 20 years.  I'm

25   certified by state of New York, New Jersey and Pennsylvania.  I

O65BGUO1

1    go to federal court and state court.

2              THE COURT:  And your name, sir?

3              THE INTERPRETER:  Lian Wang.

4              THE COURT:  And you're fluent both in Mandarin and

5    English, correct?

6              THE INTERPRETER:  Correct.

7              THE COURT:  All right.  Thank you.  Please have the

8    jurors brought in.

9              (Continued on next page)

O65BGUO1                          Jenny Li- Cross

1           (Jury present)

2           THE COURT:  Please be seated.  Good morning, jurors.

3   Welcome back.  I had you brought in at 9:33 because we've been

4   having some difficulty with our audio visual system, and it is

5   mostly fixed, and so that was the delay of a few minutes.

6   Would you continue with the examination of the witness.

7   JENNY LI, previously sworn testified as follows:

8   CROSS-EXAMINATION CONTINUED

9   BY MR. SCHIRICK:

10  Q.  Thank you, your Honor.  Ms. Li, thank you for coming back

11  this morning.

12          Do you recall yesterday that you testified to having

13  met with representatives of the government on approximately

14  eight occasions before trial?

15          THE COURT:  It appears that we're also having

16  difficulty with this microphone on the left.  They're working

17  on it now, so we'll wait.

18          (Pause)

19          THE COURT:  I was just told that there were power

20  surges yesterday that have interfered with the equipment, so

21  hopefully we've got the right fix.  You may continue.

22          MR. SCHIRICK:  Thank you, your Honor.  May I ask

23  whether the court reporter was able to take down the question?

24          (Record was read)

25          THE COURT:  I think the best thing to do at this point

O65BGUO1                          Jenny Li- Cross

1   is to take a break, and we can get the whole team in and

2   working on these machines.  So remember not to discuss the case

3   amongst yourselves.  All of the same warnings apply that I've

4   been giving you.

5               (Jury not present)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

O65BGUO1                        Jenny Li- Cross

1                    (Jury not present)

2                    THE COURT:  I'm told that the podium microphone also

3     failed, so that's why we need to get the whole system revamped.

4                    MR. FINKEL:  Your Honor, I believe counsel table's mic

5     is working.  Perhaps we could use that mic.

6                    THE COURT:  You mean to extend it over to the podium?

7                    MR. FINKEL:  Or to question from the table.  He could

8     stand and question from the table.

9                    THE COURT:  How does the defense feel about that?

10                   MR. SCHIRICK:  To be perfectly honest, your Honor, I

11    much prefer to be at the podium.

12                   THE COURT:  Understood.  Very well.  We're going to

13    get these microphones fixed.  You may step down.

14                   (Recess)

15                   THE COURT:  Please be seated.  Please have the jurors

16    brought back in.

17                   (Jury present)

18                   THE COURT:  Please be seated.  You may continue.

19                   MR. SCHIRICK:  Thank you, your Honor.

20    BY MR. SCHIRICK:

21    Q.  Ms. Li, do you recall testifying yesterday that you met

22    with representatives of the government on approximately eight

23    occasions before trial?

24    A.  Yes, I saw him yesterday.

25                   THE COURT:  I want you to use the microphone when

O65BGUO1                         Jenny Li- Cross

1   you're speaking in Mandarin as well as English.  I'm saying

2   that to the interpreter.  Go ahead.

3   Q.  What do you mean by you saw him yesterday?

4   A.  That's the question you asked me.

5   Q.  Ma'am, my question was, do you recall testifying that you

6   met with representatives, various representatives, of the

7   government on approximately eight occasions before trial?

8   A.  Yes, I did.

9   Q.  And some of those meetings were by phone, correct?

10  A.  No.

11  Q.  Some of those meetings were virtual meetings, correct?

12  A.  Virtual video.

13  Q.  Fair enough.  Like zoom, correct?

14  A.  I don't know about zoom.

15  Q.  Okay.  But virtual meetings by video, whatever the tool

16  was, right?

17  A.  Yes.

18  Q.  And some of those meetings were in person, correct?

19          MR. HORTON:  Objection, your Honor.  We covered this

20  yesterday at length.

21          THE COURT:  You may answer.

22  A.  Yes.

23  Q.  And do you remember speaking to representatives of the SEC,

24  the Securities and Exchange Commission?

25  A.  No.

O65BGUO1                        Jenny Li- Cross

1    Q.  And you spoke to members of the Department of Homeland

2    Security, correct?

3    A.  I saw somebody, but I'm not sure which department they came

4    from.

5    Q.  Do you recall an interview that you gave in July of 2023,

6    virtually, to agents of the Homeland Security investigation?

7    A.  No, I didn't.

8    Q.  You don't recall?

9    A.  I remember it was sometime in June.

10   Q.  So you recall the meeting, just you believe that the timing

11   was in June of 2023, correct?

12           THE COURT:  Is there an answer?

13           THE INTERPRETER:  Let me wait.  Can I have the

14   question again.

15           MR. SCHIRICK:  I believe there was an answer.  If the

16   Court permits, we can read back the question and answer.

17           THE COURT:  My recollection is that she said let me

18   wait.

19           MR. SCHIRICK:  I thought that came after the answer,

20   your Honor.  I could be wrong.

21           THE COURT:  If the reporter would please read back the

22   question and answer.

23           (Record was read)

24           THE COURT:  I'd like you to step up, please, counsel.

25           (Continued on next page)

O65BGUO1                        Jenny Li- Cross

1                    (At the sidebar)

2                    THE COURT:  I'd like to suggest, of course you do not

3        have to take this suggestion, that you use simpler words.  So

4        instead of saying, Do you recall testifying yesterday, Do you

5        remember that in court yesterday you said.

6                    MR. SCHIRICK:  I will do my best, your Honor.

7                    THE COURT:  Thank you.

8                    (Continued on next page)

O65BGUO1                          Jenny Li- Cross

1           (In open court)

2    BY MR. SCHIRICK:

3    Q.  Let me try a little differently.

4           Do you remember speaking with members of the Homeland

5    Security Department in June of 2023?

6    A.  No.

7    Q.  When do you believe you spoke to members of the Homeland

8    Security investigations group?

9    A.  June 2022.

10   Q.  Okay.  Thank you.  Do you recall or do you remember meeting

11   with Mr. Horton from the government in April of 2023?

12   A.  I don't recall the exact date.

13   Q.  Do you recall that it was in the spring of 2023?

14   A.  Nope.

15   Q.  When do you think it was?

16   A.  This year, 2024.

17   Q.  Do you recall meeting with Mr. Horton in May of 2024?

18   A.  I believe I had three video contacts with somebody from

19   government, but I don't recall the date.

20   Q.  Were those video contacts with the government in the spring

21   of this year?

22   A.  Yes.

23   Q.  Now, before we broke yesterday, I believe you were talking

24   about some protests that you participated in.  Do you recall

25   that?

O65BGUO1                         Jenny Li- Cross

1    A.  I do.

2    Q.  Am I right that in September of 2020, you participated in a

3    protest in Los Angeles?

4    A.  It was August 29, 2020.

5    Q.  Did it stretch into September of 2020?

6    A.  No, August 29.

7    Q.  And the protests took place outside the Chinese Consulate

8    in Los Angeles, right?

9    A.  Yes.

10   Q.  And the protests were of China's treatment of Hong Kong

11   protestors during Covid, correct?

12   A.  Can I have the question again.

13   Q.  You were protesting China's treatment of Hong Kong's

14   protesters, correct?

15   A.  Yes.

16   Q.  And the Himalaya Farms organized that protest, right?

17          THE INTERPRETER:  Can the interpreter have that

18   question again, interpreter.

19          THE COURT:  Repeat the question.

20   Q.  The Himalaya Farms organized that protest, right?

21   A.  Can I have the interpreter interpret the question again?

22          THE INTERPRETER:  From the interpreter, I did not get

23   which organization.  The interpreter did not get that.

24          MR. SCHIRICK:  It's called the Himalaya Farms.

25   A.  Guo Wengui cause the farms in the grassroot level to

O65BGUO1                          Jenny Li- Cross

1   participate actively.

2   Q.  Was Mr. Guo in L.A. for that protest?

3   A.  He was not in Los Angeles.  He was in his hotel.

4   Q.  Who was organizing in Los Angeles?

5   A.  We responded to calls from Guo Wengui.

6          MR. SCHIRICK:  Your Honor, move to strike as

7   non-responsive.

8          THE COURT:  Yes.  The answer is stricken.

9   Q.  What person in Los Angeles, physically present in Los

10  Angeles was directing the protest?

11  A.  Guo Wengui at the top level was giving instructions.  On

12  the lower level it was a huge organization.  There was a person

13  Wei Lihong belong to the lower level.

14  Q.  Is that Sara Wei?

15  A.  Yes.

16  Q.  Was there someone named Michelle Peng in Los Angeles?

17  A.  Her Chinese name is Feng Qing Peng.

18          THE INTERPRETER:  Interpreter will spell as F-E-N-G,

19  Q-I-N-G, P-E-N-G.

20          MR. SCHIRICK:  Can I ask the interpreter to please

21  hold the microphone to his mouth.

22  Q.  Michelle Peng is the same person that you just identified

23  by their Mandarin name; is that correct?

24  A.  There was somebody else.

25  Q.  Are you familiar with a person referred to as Michelle

O65BGUO1                    Jenny Li- Cross

1    Peng?

2    A.  Yes, I am.

3    Q.  And what is that person's Cantonese name or Mandarin name?

4    A.  Feng Quing Peng.

5           THE INTERPRETER:  I will spell, F-E-N-G, Q-U-I-N-G,

6    last name P-E-N-G.

7    Q.  Okay.  Going forward I'm going to refer to that person as

8    Michelle Peng, okay.

9    A.  I don't know what's her real name.  They've been using

10   their net names.  Her net name was Wen Lei.

11   Q.  Whether it's that name or the other name, going forward do

12   you understand that I will refer to that person in my

13   questioning as Michelle Peng?

14   A.  Okay.

15   Q.  Thank you.  Was Michelle Peng an organizer at the Phoenix

16   Farm?

17   A.  I would say she was an assistant of Wei Lihong.

18   Q.  And can we agree that going forward in my questioning I

19   will refer to Wei Lihong as Sara Wei?

20   A.  Okay.

21   Q.  So Michelle Peng worked for Sara Wei, correct?

22   A.  Yes.

23   Q.  And you became suspicious -- withdrawn.

24          Do you recall that you became suspicious of Michelle

25   Peng during the trip to L.A.?

O65BGUO1                          Jenny Li- Cross

1    A.  Yes.

2    Q.  And that was because she was secretly taking pictures of

3    demonstrators in L.A., correct?

4    A.  It was not her.

5    Q.  Why did you become suspicious of Michelle Peng during the

6    L.A. trip?

7    A.  For events that were experienced that I saw.

8    Q.  Can you please explain that further?

9    A.  I mean something happened during the demonstration.

10   Q.  And what was that?

11   A.  Somebody told others that when they face the Consulate,

12   they should take off their mask for the purpose of taking

13   pictures.

14   Q.  And was that Ms. Peng who said that?

15   A.  I was not talking about Ms. Peng.  I mean somebody else

16   were taking photos secretly.

17   Q.  Were you able to identify the person who was taking photos

18   secretly?

19   A.  Yes, I can.  Even though the person was having the mask on,

20   I could still identify him.

21   Q.  And was that person there as part of the protest?

22   A.  No.

23   Q.  Who was the one who told protestors to take their mask off

24   when they face the Consulate?

25   A.  The person who took the photos.

1  Q.  Now, you testified before that you became suspicious of

2  Michelle Peng, correct?

3  A.  Yes.

4  Q.  And why was that?

5  A.  She was leading the groups.  She was representative of Sara

6  Wei.

7  Q.  What is it that she did at the protest to make you

8  suspicious of her?

9  A.  There were quite a lot of factors involved in this issue.

10  Do you want me to tell you?

11  Q.  How about this, did -- withdrawn.

12        Was there anything that the protestors did that

13  indicated to you that they might be planning to expose the

14  protestors to the CCP?

15        MR. HORTON:  Objection to form, your Honor.

16        THE COURT:  Overruled.  You may answer.

17  A.  Yes.

18  Q.  So the people you were there protesting with, you had

19  concerns that those people were not true movement members,

20  correct?

21  A.  The person was not a member of us.  The person came from

22  outside.  He was the one who draws the pictures of the national

23  flags for Guo Wengui.

24        MR. SCHIRICK:  Your Honor move to strike as

25  non-responsive.

1          THE COURT:  The answer is stricken.

2          MR. SCHIRICK:  Can the court reporter please read back

3    the question.

4          (The record was read)

5    A.  Yes.

6    Q.  So at the time in your mind you believed it was possible

7    that fellow movement members were a fake, right?

8          MR. HORTON:  Objection, your Honor.

9          THE COURT:  Overruled.  You may answer.

10   A.  Yes.

11   Q.  And in your mind did you believe it was possible that some

12   of those people were CCP spies?

13   A.  I did not have --

14         MS. SHROFF:  Your Honor, I apologize for interrupting,

15   but Mr. Guo cannot hear that interpreter.

16         THE COURT:  If the interpreter can hold the microphone

17   close so everyone even in the back can hear what you're saying

18   in Mandarin and in English.

19         THE INTERPRETER:  What about now?

20         THE COURT:  Why don't you say something.

21         THE INTERPRETER:  Can interpreter ask the witness to

22   repeat her answer?

23         THE COURT:  Is that loud enough?

24         MS. SHROFF:  Thank you, your Honor.

25         THE COURT:  All right.  Yes, you may ask her to repeat

O65BGUO1                          Jenny Li- Cross

1    her answer.

2    A.   These two person who were secretly taking the photos had

3    connection with one of the leader, Michelle of course, they had

4    some connections.

5             MR. SCHIRICK:   Move to strike as non-responsive, your

6    Honor.

7             THE COURT:   You said that you believed that some of

8    the people were fake?

9             THE WITNESS:   I did not mean that.

10            MR. SCHIRICK:   Your Honor, I believe that wasn't the

11   last question that was pending.   The question that I ask was

12   about CCP.

13            THE COURT:   I'm going to strike my own question and

14   the answer that was given.

15            MR. SCHIRICK:   Thank you, your Honor.   Perhaps I could

16   pose the question slightly differently.

17   Q.   Based on your experience with the protest in L.A., were you

18   concerned that some of the protestors you were with were CCP

19   spies?

20   A.   I did not have suspicions, suspicious, until the two person

21   started to taking photos secretly.   One was C-H-U, X-I-N-Z-E.

22   The other one was Cici --

23            THE INTERPRETER:   The interpreter lost part of the net

24   name.

25            THE COURT:   If you can ask her to repeat that then.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

O65BGUO1                         Jenny Li- Cross

1    A.  G-E-P-E-I-P-I, Guo Wengui knows the person.

2            MR. SCHIRICK:  Your Honor, move to strike the last

3    portion of that answer.

4            MR. HORTON:  Objection.

5            THE COURT:  I'm going to strike the portion that

6    begins with the word "Guo."

7            MR. SCHIRICK:  Thank you, your Honor.

8    Q.  So it's fair to say that you did have suspicions after you

9    observed what these two individuals did, right?

10           MR. HORTON:  Objection, asked and answered.

11           THE COURT:  I'm going to permit the question and the

12   answer.  Go ahead.

13   A.  Yes.

14           THE COURT:  Were those two people part of the protest?

15           THE WITNESS:  No.

16           THE COURT:  Do you believe that they were pretending

17   to be part of the protest?

18           THE WITNESS:  The two person did not participate in

19   the protest.  They came from somewhere else.

20           THE COURT:  Go ahead.

21   BY MR. SCHIRICK:

22   Q.  But you met these people?

23   A.  I did at the scene.

24   Q.  I'm sorry.

25   A.  I did at the scene.

1  Q.  At the scene.  Now let's talk about the Texas protest.

2          Did certain behavior at the protest there concern you

3  too?

4  A.  Yes.

5  Q.  Now, you testified before that you advanced a significant

6  amount of money for the Texas protest, correct?

7  A.  I did not say I was given a lot of money.  They owe me

8  money.

9  Q.  When I say advanced, to be clear, I mean that you paid for

10  things at the Texas protest, correct?

11  A.  Yes.

12  Q.  And you were not reimbursed by the farm, correct?

13  A.  No.

14  Q.  You received no money from the farm to repay you, correct?

15  A.  I didn't.

16  Q.  And you were upset about that, right?

17  A.  Yes.

18  Q.  And you advanced that money because Sara Wei asked you to,

19  right?

20  A.  Wang Lei.

21  Q.  Is that Sara Wei?

22  A.  Feng Quing Peng and somebody else.  A new name, X-I-A-O,

23  F-E-N-G, Z-H-U, another person S-U-N, W-E-I, R-O-N-G.

24  Q.  Okay.  And you understood at the time that you paid for

25  those expenses that Sara Wei would reimburse you, right?

O65BGUO1                          Jenny Li- Cross

1            THE COURT:  Do you mean pay her back?

2            MR. SCHIRICK:  Thank you, your Honor, for the

3    suggestion.

4    Q.  That Sara Wei would pay you back?

5    A.  All the three person Sara Wei stated that they would pay me

6    back.  They would pay me back several days after the event.

7    Q.  And they didn't do that, right?

8    A.  Yes.

9    Q.  Now, you stopped investing in any projects with Mr. Guo by

10   the end of 2020; is that correct?

11   A.  Yes.

12   Q.  And by 2021, you became a critic of many people in the

13   movement, correct?

14   A.  Yes.

15   Q.  And, in fact, beginning in February of 2021, you posted

16   live streams that were critical of certain people in the

17   movement, correct?

18   A.  It was, I used the media of GTV or I would say Guo TV.

19            (Continued on next page)

20

21

22

23

24

25

O65VGUO2                      Jenny Li - Cross

1    BY MR. SCHIRICK:

2    Q.  Thank you.

3         Before you live-streamed in February of 2021, no one

4    from the movement attacked you for not participating in the

5    movement; correct?

6    A.  I don't think I understand the question very much.

7    Q.  Okay.  Let me try again.

8         By the end of 2020, you stopped participating in

9    movement activities, right?

10   A.  Yes.

11   Q.  When you stopped participating in movement activities, no

12   one attacked you for not participating; correct?

13   A.  We did not have a physical office, we only used all our

14   conveniences.  If I did not post my -- my communications

15   online, nobody would see me.

16   Q.  My question is you weren't criticized for not

17   participating, right?

18   A.  I'm sorry, I still don't understand.  I don't understand.

19   What do you mean by criticize of me?

20   Q.  You testified that by the end of 2020, you stopped

21   participating in movement activities.

22   A.  It was -- the activity was just online.  If you don't post

23   online, nobody would -- nobody knows that you were -- you were

24   active.

25   Q.  Okay.  So no one bothered you when you weren't active,

1  right?

2  A.  Nobody could see -- we could not see each other, so who

3  would bother me?

4  Q.  So the answer is no?

5  A.  I don't know how to answer this question.

6  Q.  Okay.

7  A.  It's just an online scam.  If I did not go online, nobody

8  would approach me.

9  Q.  Fair enough.

10          Now, when you did go online in February of 2021, you

11  accused people of swindling you; correct?

12  A.  Yes.

13  Q.  You pointed to specific individuals, right?

14  A.  Yes.

15  Q.  Including Mulan?

16  A.  Yes.

17  Q.  Including Sara Wei?

18  A.  Yes.

19  Q.  And in these live streams, you were critical of the offline

20  people that you had met in person, right?

21  A.  Yes.

22  Q.  Because you didn't like their behavior; correct?

23  A.  It was not that I disliked them.  I mean, their activity

24  was wrong.

25  Q.  Fair enough.

O65VGUO2                    Jenny Li - Cross

```
 1              And it was wrong because you felt they tricked you
 2    into paying for expenses on the protest trips, right?
 3    A.   Not totally correct.
 4    Q.   That was among the reasons, right?  That was part of the
 5    reason?
 6    A.   Yes.
 7    Q.   Okay.  And you posted or streamed this critical -- or this
 8    criticism many times, right?
 9    A.   From 40 to 41.
10              MR. SCHIRICK:  I'm sorry, could the interpreter repeat
11    that?
12              INTERPRETER SHI FENG:  From 40 to 41.
13    Q.   I'm sorry, what do those numbers refer to?
14    A.   I used Guo TV to criticize those offline people, including
15    Mulan and some others.  The times were from 40 to 41.
16    Q.   So 40 -- it was done 40 or 41 times?
17    A.   Yes, the live stream, 40 to 41.
18    Q.   Understood.  Thank you for the clarification.
19              And when you did this, you weren't kicked out of the
20    movement, right?
21    A.   Yes.
22    Q.   Am I correct that you were not kicked out of the movement?
23              MR. SCHIRICK:  And if we can ask that the witness say
24    correct or incorrect.
25              MR. HORTON:  Objection.
```

1          MR. SCHIRICK:  I'm not sure how else to do it, your

2    Honor.

3          THE COURT:  You may ask her to answer correct or

4    incorrect.  You may ask her that.

5    Q.  The previous question is withdrawn.

6          If you can please answer correct or incorrect:  After

7    you live-streamed 40 or 41 times, you weren't kicked out of the

8    movement; correct?

9    A.  I was kicked out of Guo TV.

10   Q.  And when did that happen?

11   A.  I don't recall exactly.  I would say from March 20 to

12   March 21.

13         INTERPRETER LIAN WANG:  Your Honor, can we interpreter

14   switch?

15         THE COURT:  Yes.

16         INTERPRETER LIAN WANG:  Okay.

17   Q.  Okay.  Now, a time came when you reached out to Mr. Guo

18   directly about the issue of repayment of expenses, right?

19   A.  Incorrect.

20   Q.  You never spoke to Mr. Guo about the reimbursement issue?

21   A.  I had speak with him regarding the reimbursement, but I had

22   never talked with him about the refund and return the money

23   back.

24         MR. SCHIRICK:  I'm sorry, can I just have the

25   interpreter repeat that answer?  I didn't catch it all.

1    THE INTERPRETER:  Okay.  I'll repeat.

2    I had speak with him regarding the reimbursement

3    money, but I had never talked with him about the refund money.

4    Q.  So you don't recall talking to him at all about the refund?

5    A.  Which exactly refund do you mean?

6    Q.  We discussed before the fact that you were not -- you were

7    not paid back for the expenses during the protest trips.

8    A.  Correct.

9    Q.  And do you recall discussing that with Mr. Guo?

10   A.  Yes.

11   Q.  Okay.  And am I correct that Mr. Guo identified people in

12   the movement who he believed could help you, right?

13   A.  Would you please repeat your question?

14   Q.  Mr. Guo identified Mulan as someone who could help you with

15   getting paid back; correct?

16   A.  Yes, of course he knew.

17   MR. SCHIRICK:  Just one moment, your Honor.

18   (Counsel conferred)

19   MR. SCHIRICK:  Your Honor, may we have a brief

20   sidebar?

21   THE COURT:  Yes.

22   (Continued on next page)

23

24

25

O65VGUO2                         Jenny Li - Cross

1          (At sidebar)

2          MS. SHROFF:  I apologize, your Honor, but I was told

3    that the translation of the last question and the last answer

4    was totally inappropriate.

5          There are interpreters sitting in the courtroom, maybe

6    one of them could verify the translation was correct.  I don't

7    know, I don't speak the language, so I have no way to verify if

8    Mr. Guo's concern is correct or not.

9          THE COURT:  All right.  So let's have both of these

10   interpreters step up.

11         MS. SHROFF:  Sorry about that.

12         MR. FINKEL:  Should we just go back to the other

13   interpreter?

14         THE COURT:  I want to hear from them.

15         (Interpreter present)

16         THE COURT:  Hi there.  What is your name?

17         INTERPRETER SHI FENG:  Shi.

18         THE COURT:  And what have you been doing during this

19   trial?

20         INTERPRETER SHI FENG:  I've been doing simultaneous

21   interpreter for the Southern District court of New York to

22   provide the simultaneous translation to Mr. Guo, the defendant.

23         THE COURT:  Have you also been listening to the

24   interpreters who have been interpreting for the witness?

25         INTERPRETER SHI FENG:  Yes, I have.

1            THE COURT:  Do you consider that the interpreter

2    interpreted the last question and answer correctly?

3            INTERPRETER SHI FENG:  I do not.

4            THE COURT:  Can you tell me what you believe was

5    incorrect about the interpretation?

6            INTERPRETER SHI FENG:  Yes.  It was incorrect.

7            THE COURT:  I'm asking you why was it incorrect?

8            INTERPRETER SHI FENG:  Because after I talked to my

9    colleague -- where's my colleague?  Tuo, can you get here?

10           I'm sorry.  After we --

11           INTERPRETER TUO HUANG:  Your Honor, to be honest --

12           THE COURT:  Actually, I'd like to speak with her first

13   and then you.  Actually, I'd like you to step back.

14           (Interpreter Tuo Huang not present)

15           INTERPRETER SHI FENG:  The part I heard that she --

16   the first time she translated this question, she didn't

17   translate the word "movement."  The question, I believe, is

18   Mr. Guo had identified people from the movement.  She just

19   translate that word as a general crowd instead of movement,

20   general population instead of movement; she didn't say the

21   movement.  The second time when she translate the question, she

22   translate as:  Can Mr. Guo identify people move forward, I

23   believe that's what she -- and that's not what the attorney ask

24   at all.

25           THE COURT:  Okay.

O65VGUO2                          Jenny Li - Cross

1           INTERPRETER SHI FENG:  And she omit the person, Mulan,

2     in the attorney's question.  I did not hear the word "Mulan" in

3     her translation.

4           THE COURT:  All righty.  If you'll step back.

5           MS. SHROFF:  So, your Honor, that is what Mr. Guo

6     raised to me.  He said that the interpreter never said the word

7     "Mulan" in the question.

8           THE COURT:  I even noticed that myself.

9           MR. FINKEL:  So did the government.

10          THE COURT:  Okay.  So we're going to have to excuse

11    her.

12          What about the other gentleman, is he in the room?

13          MR. HORTON:  He's still here, your Honor.

14          MR. FINKEL:  Yeah.  We can just go back with him, that

15    would be the government's proposal.

16          THE COURT:  Okay.

17          MR. FINKEL:  He's right there in the back of the

18    courtroom.

19          MS. SHROFF:  Maybe -- your Honor, may I make a

20    suggestion?

21          THE COURT:  Yes.

22          MS. SHROFF:  Maybe we can just have the interpreters

23    who are sitting and doing the official translation, one of them

24    work as a check interpreter.  In one of my other cases, the

25    judge, Judge Maas, had a check interpreter so that if some

O65VGUO2                        Jenny Li - Cross

1   interpretation was going wrong, they would alert the Court.  We

2   can try that.  I don't know.

3           THE COURT:  I am not familiar with that procedure.

4   It's not one that I want to adopt.

5           MS. SHROFF:  Okay.

6           MR. FINKEL:  Your Honor, one question that might be

7   helpful as we consider next steps is how much longer does

8   Mr. Schirick have left?

9           MR. SCHIRICK:  It's very difficult to tell, your

10  Honor.  Depends on how quickly we can get through this.  With

11  an English speaker, I would have been done probably half an

12  hour ago.  But it's just very slow-going because of the

13  interpretation.

14          MR. FINKEL:  The government's view is we've sort of

15  covered a lot of this ground yesterday.  That's our view.  But,

16  I mean, do you think you have an hour left?  Fifteen minutes?

17          MR. SCHIRICK:  Mr. Finkel, I'm not trying to be cute.

18  I can't tell you how long it's going to take because it depends

19  on how difficult the translation issues are.

20          MS. SHROFF:  Maybe you could go to the interpreter and

21  ask him if he can work without swapping out.

22          MR. FINKEL:  Yeah, that's fine.

23          THE COURT:  Yes.  Well, I'm going to direct him to do

24  that.

25          MR. FINKEL:  Even better.

O65VGUO2                          Jenny Li - Cross

1          THE COURT:  But I do need for us to call the
2   interpreters' office to let this individual know that she will
3   not be interpreting any further.  I'm going to direct --
4   actually, let's have him come up.
5          MR. FINKEL:  So, your Honor, with defense counsel
6   here, that interpreter, as is required, because we are not
7   permitted to use the court interpreters, is someone we ordered,
8   so -- because that's what the requirement is.  But we'll note
9   that we shouldn't use that interpreter in the future; although
10  I don't think we have any other Mandarin language speakers.  We
11  might have one or two, but probably not.  We'll see.
12          (Interpreter Lian Wang present)
13          THE COURT:  Yes.  I'm going to need for you to do the
14  interpreting for the rest of the day by yourself.
15          INTERPRETER LIAN WANG:  Okay.
16          THE COURT:  Okay.
17          MR. FINKEL:  Thank you.
18          INTERPRETER LIAN WANG:  Right now, from now?
19          THE COURT:  Yes.  Excuse me, sir.  If you would just
20  let your colleague know that that is what we're going to do.
21          INTERPRETER LIAN WANG:  Okay.
22          THE COURT:  Thank you.
23          (Continued on next page)
24
25

O65VGUO2                          Jenny Li - Cross

 1                  (In open court)

 2                  THE COURT:  You may continue.

 3                  MR. SCHIRICK:  Can we please have the court reporter

 4       read back the last question.

 5                  (Record read)

 6                  THE COURT:  I would like the interpreter to interpret

 7       that question, please.

 8       A.   That happened six months later.

 9                  INTERPRETER LIAN WANG:  Your Honor, can I ask to speak

10       with you?

11                  THE COURT:  Yes.  Step up, counsel.

12                  (Continued on next page)

13

14

15

16

17

18

19

20

21

22

23

24

25

O65VGUO2                        Jenny Li - Cross

1           (At sidebar)

2           INTERPRETER LIAN WANG:  Since the other interpreter

3   has left, I believe she made some mistake in previous two or

4   three questions when she took over, since she has left.

5           THE COURT:  Is there any application before the Court?

6           MS. SHROFF:  Yes, your Honor.  We would like a break.

7   We need to go back and look at the questions that were posed

8   before and re-pose them.

9           MR. FINKEL:  Your Honor, the government would submit

10  Mr. Schirick can just ask those questions again.  And the

11  government doesn't object to striking the answers with respect

12  to the interpreter; I think there are just three or four

13  questions.

14          THE COURT:  Well, I think that we need this gentleman

15  to identify which questions were misinterpreted.

16          MR. FINKEL:  Yes.  I think there were about three or

17  four questions that were posed through that interpreter.  And

18  so the government doesn't object to an application, if the

19  defense makes it, to strike those answers and those questions.

20  And we can essentially -- Mr. Schirick can go two sentences

21  back in his outline.

22          MS. SHROFF:  But we need to know the mistakes.

23          THE COURT:  We don't know which questions and which

24  answers.

25          MR. FINKEL:  Understood.

O65VGUO2                          Jenny Li - Cross

1            THE COURT:  So we are going to have to take a break,

2      and he will take a look at the transcript and let us know which

3      questions and which answers were not interpreted properly.

4            MR. FINKEL:  Understood.

5            (In open court)

6            THE COURT:  Members of the jury, we're going to take a

7      pause.  Remember that you're not permitted to discuss the case

8      amongst yourselves; don't let anyone discuss the case in your

9      presence.  In addition, do not read, listen, or watch anything

10     about the case.

11           I'll call you back as soon as I can.

12           (Jury not present)

13           THE COURT:  Ma'am, you may step out.  I'm going to

14     call you back soon.  Do not discuss the case.

15           (Witness not present)

16           THE COURT:  But I would like the interpreter to

17     remain.

18           Would the interpreter step forward, please.  And so I

19     would like you, along with the attorneys, working along with

20     the court reporter, to go back over the questions and answers

21     that were given during this cross-examination this morning, and

22     to identify where you believe that there were incorrect

23     interpretations.  You'll do that with the attorneys.

24           We'll take a break.

25           (Recess)

O65VGUO2                         Jenny Li - Cross

1          THE COURT:  Please be seated.

2          Have the parties reached an agreement with regard to

3    how to go forward?

4          MR. SCHIRICK:  Yes.  I think we've identified where

5    the mistranslations started, so I know where to go back to,

6    your Honor, to put the question again to the witness.

7          THE COURT:  Okay.  So I won't be hearing objections to

8    the reasking of these questions; correct?

9          MR. HORTON:  That's right, your Honor.

10          THE COURT:  All right.

11          Then please have the jurors brought in.

12          (Continued on next page)

13

14

15

16

17

18

19

20

21

22

23

24

25

O65VGUO2                          Jenny Li - Cross

 1              (Jury present)

 2              THE COURT:  You may be seated.

 3              (Witness present)

 4              THE COURT:  And you may continue your questions.

 5              MR. SCHIRICK:  Thank you, your Honor.

 6              THE COURT:  Remember that you're still under oath.

 7              THE WITNESS:  Okay.

 8   BY MR. SCHIRICK:

 9   Q.  Now, Mr. Guo identified people in the movement for you who

10   could help to get you paid back for the expenses, right?

11   A.  I don't quite understand someone in the movement.

12   Q.  How about someone --

13              (Counsel conferred)

14   Q.  By "movement," I mean someone in the Phoenix farm, right?

15   A.  I believe the context is wrong.  There's no Phoenix.

16   Q.  Did Mr. Guo point you to people he believed could help get

17   you paid back?

18   A.  He did not point that out.  He let me choose whom could pay

19   me back and he gave me two choices.

20   Q.  Okay.  Did one of those people include Mulan?

21   A.  Chang Dao and Mulan.

22              INTERPRETER LIAN WANG:  By Chang Dao, mean Long

23   Island.

24   Q.  Is that Long Island David?

25   A.  Yes, Xiaqi Dong.

O65VGUO2                          Jenny Li - Cross

1          MR. SCHIRICK:  Could I just ask the interpreter to

2    please raise the microphone.

3          INTERPRETER SHI FENG:  Sorry.

4    Q.  And is that person also known as Long Island David?

5    A.  No.

6    Q.  Is that person known by any other name?

7    A.  Chang Dao Ge.  In English it means Long Island brother.

8    Q.  Long Island brother; correct?  Just to make sure I heard

9    it.

10   A.  Correct.

11   Q.  And I'm correct, aren't I, that Mr. Guo also asked for the

12   names of other people who needed to be paid back expenses?

13   A.  (In English) No.

14   Q.  Were there other people you were aware of besides you who

15   needed to be paid back expenses?

16   A.  Yes.

17   Q.  Did you discuss that with Mr. Guo?

18   A.  I talked to him about it.

19   Q.  And you don't know what he did with that information,

20   right?

21   A.  I don't know what he did.

22   Q.  And you never asked him to personally pay you back, right?

23          THE WITNESS:  Can I answer?

24          THE COURT:  Go ahead.

25   A.  Mr. Guo told me over the phone that he could use the money

O65VGUO2                           Jenny Li - Cross

in his own pocket to pay me back.  I said no, it's not

necessary.  I also told him there are other people who would

need to be paid back.  I hope they could be paid back in normal

way.

Q.  Okay.  Now, you testified earlier that by the end of 2020,

you believed that GTV was a scam, right?

A.  Yes.

Q.  So that was your belief at the time that you spoke to

Mr. Guo -- withdrawn.

        So that was your belief at the time you communicated

with Mr. Guo in February of 2021, right?

A.  Yes.

Q.  But you didn't say that to him when you spoke with him,

right?

A.  You mean my suspicion?

Q.  You didn't tell him your suspicion when you communicated

with him in February of 2021, right?

A.  I was afraid of telling him that.

Q.  So the answer is yes; correct?

A.  Yes.

Q.  You didn't tell him that you were concerned that you might

not get your money back, right?

A.  I say that.  By the way, whom did I talk to?

Q.  I'm sorry.  Can I have that answer --

        INTERPRETER SHI FENG:  The witness was asking you the

1    question.

2    A.  Can you slow down.

3         INTERPRETER SHI FENG:  She's saying can you slow down.

4    Q.  Of course.

5         So just to be clear, you didn't express those concerns

6    to him when you spoke to him, right?

7    A.  I did not say that.

8         MR. SCHIRICK:  Your Honor, I'm looking at the time.

9    It may be an appropriate place to stop for the lunch break.

10        THE COURT:  All righty.  So we will take our half-hour

11   break now, members of the jury.  You'll return back to the

12   courtroom at noon.

13        Remember that you're not allowed to discuss the case;

14   you're not allowed to read, view, or listen to anything about

15   the case from any source whatsoever.

16        (Jury not present)

17        (Continued on next page)

18

19

20

21

22

23

24

25

O65VGUO2                        Jenny Li - Cross

1          THE COURT:  Please be seated.

2          Is there anything before we start at noon?

3          MR. FINKEL:  Yes, your Honor.  The witness is here.

4          THE COURT:  Oh, I'm sorry.  I'm sorry.  You should

5    step out, ma'am.  Don't discuss the case.

6          (Witness not present)

7          THE COURT:  Go ahead.

8          MR. FINKEL:  Your Honor, I'm reluctant to raise this

9    at all, but the government is being mindful of what your Honor

10   instructed counsel in your robing room last week.

11         Last night and this morning we told members of the

12   defense team that our next witness is traveling from Australia,

13   and that our intention is to get her back home on Friday, okay,

14   if not beforehand.

15         We also have another witness, a civilian, who's here

16   from Texas and traveling next week, and we're hopeful to get

17   him on and off the stand by the end of this week.  Defense

18   counsel knows this.  I talked to one of the members of the

19   defense team this morning.

20         I understand that there are issues with this

21   particular witness and interpreter and technology; they are

22   outside of everyone's control.

23         When your Honor permitted counsel to review the

24   transcript, I made a suggestion to one of the defense team

25   members as to how to make the process more efficient.  And the

O65VGUO2                        Jenny Li - Cross

1    response that I received was it's almost as if the government

2    has a witness scheduling issue, somewhat of a sarcastic tone to

3    it.  I'm reluctant to even raise this at all, I really am,

4    because this is the kind of thing that the parties should just

5    deal with and work with each other on.

6           The point, your Honor, that I'm making is that we

7    believe there is sufficient time for the direct and cross of

8    these two witnesses and for this witness to be finished such

9    that their travel can be maintained.  And so, your Honor, what

10   I would ask your Honor to consider, okay, and with the

11   understanding that some of what happened today is outside of

12   the parties' control, but also with the understanding that some

13   of the cross-examination has -- in other witnesses has been

14   considerably long, I would ask your Honor to consider if it's

15   okay with the Court and okay with the jury — and I mentioned

16   this to one of the defense team members this morning, that

17   perhaps tomorrow and, if necessary, on Friday we sit a little

18   bit longer.

19          And I can also tell the Court — again, reluctantly —

20   that the government is behind where it expected to be in terms

21   of the progress of this case, several days behind, to be

22   completely candid with you.  We are juggling our witnesses in

23   scheduling.  We have witnesses coming from outside of the

24   country next week, which is presenting serious logistical

25   obstacles.  But we are doing our job and we are managing our

O65VGUO2                        Jenny Li - Cross

1    witnesses and the jury's time and your Honor's time as best as

2    we can.

3            And so the application from the government is, one, to

4    please consider sitting a little bit later tomorrow and Friday,

5    if necessary; and two, to just be aware of — again, with

6    reluctance, your Honor — what appears to be some sort of tactic

7    — I don't know how else to say it, and I'm sorry to say it — to

8    delay this witness or other witnesses in light of the travel

9    concerns that we communicated in good faith to the defense.

10           MR. SCHIRICK:  Your Honor, first of all, we have no

11   issue whatsoever with the government's application to sit later

12   tomorrow and Friday if the government believes that that's

13   going to ease the travel issues that its witnesses have.  We're

14   more than happy to do that to accommodate.  And if the

15   government has other suggestions, we're open to those as well.

16           I think, in our view, I'm not sure how anyone who's

17   been watching the cross-examination of this witness could

18   believe anything other than that it is a slog through the mud

19   because of the communication issues and the witness's inability

20   or reluctance to directly answer questions.

21           As your Honor knows, you've had to strike numerous

22   statements from the record, both yesterday and today, because

23   the witness is nonresponsive.  That is neither -- that is

24   clearly not the fault of the defense nor is it the fault of the

25   prosecution.

1          So if what we have here is scheduling delays that are

2     being exacerbated by this particular witness going now, that

3     certainly can't be held against the defense in any way, shape,

4     or form.  And clearly there's nothing intentional about it.

5     And frankly, that suggestion, I think, is -- I know from our

6     perspective I think that's off base, to put it mildly.

7          So we're happy to work with the prosecution to

8     accommodate the witnesses.

9          Mr. Finkel did not raise this with me before he raised

10    it with the Court; perhaps he raised it with someone else, I'm

11    not sure.  But we're happy to try to work out the schedule and

12    accommodate the witness's travel.

13         THE COURT:  So I have handled hundreds of trials.  And

14    I've concluded that the cross-examination here, putting aside

15    technical difficulties, putting aside this witness's

16    limitations, the cross-examination has been atypically slow,

17    and I would like you to be more efficient in your

18    cross-examination.

19         I'm going to ask the jurors if they can remain later.

20         Would it help if we also remained later today?

21         MR. FINKEL:  Yes, your Honor.

22         THE COURT:  All right.  I will ask them.

23         Of course, you know, they've planned their lives

24    around the schedule that I set and we'll just see.

25         MR. FINKEL:  We understand that, your Honor.

O65VGUO2                         Jenny Li - Cross

1          And with respect to Mr. Schirick, I understand what

2     he's saying and I get it.  I mean, I understand there's been

3     difficulties with this particular witness.  What I was

4     mentioning was a comment that was made when we were checking

5     the transcript, which suggested to me that it was part of some

6     broader effort.  But I hope very strongly that we are all past

7     that.

8          And I just want to be completely clear, as I have been

9     to many members of the defense team — as all four of us have

10    been — we want to work efficiently, responsibly, and

11    professionally with the defense to promote an efficient

12    presentation of evidence for the jury to decide.  That's the

13    government's goal.

14          MR. SCHIRICK:  We obviously share that, your Honor.

15          THE COURT:  All right, then.  So we will restart at

16    noon.

17          MR. FINKEL:  Thank you, your Honor.

18          (Luncheon recess)

19          (Continued on next page)

20

21

22

23

24

25

O65BGUO3

AFTERNOON SESSION

12:00 p.m.

1                                

3          (Jury not present)

4          THE COURT:  Please be seated.  Would you have the

5 jurors brought in, please, before the witness.

6          MR. FINKEL:  Your Honor, I don't believe the

7 interpreters are here.

8          THE COURT:  Where are they?  You may be seated.

9          (Jury present)

10          THE COURT:  Please be seated.  Members of the jury,

11 unfortunately we have fallen behind in our schedule, and I'm

12 trying to figure out a way to catch up.  So I'm going to ask

13 whether I can add for today, tomorrow, and Friday an hour to

14 your day.  I know you've planned out your schedules, and I know

15 that it's possible that you might not be able to accommodate me

16 on this.  One way of doing it could be that we go from 9:30 to

17 noon, take a half an hour, and then go until 3:15.  Is that

18 something that you would be able to do?

19          JUROR:  Today, tomorrow and Friday?

20          THE COURT:  I understand alternate one is not able to

21 do that, not today, nor tomorrow or Friday.

22          JUROR:  I have a shoot shortly after court.

23          THE COURT:  You have an obligation after court?

24          JUROR:  Yes.

25          THE COURT:  Okay.  What about coming in at 9 a.m.,

O65BGUO3

1    would that be something --

2         JUROR:  I could do that.

3         THE COURT:  How late could you stay?

4         JUROR:  Three.  I have a video shoot in the city, so I

5    already have clients lined up for the rest of the week.

6         THE COURT:  So you're saying starting at nine, and

7    we'd have our break let us say at 11:30 to 12, and then we

8    could go to 3 p.m.?

9         JUROR:  That works for me if it works for everybody

10   else.

11        THE COURT:  Anybody that cannot do that?  So starting

12   tomorrow we'll start at nine, and you're leaving at three, but

13   it's for these three days.  So, thank you, I appreciate your

14   flexibility.

15        All righty.  Let's have the witness return to the

16   stand.  Remember, ma'am, that you're still under oath.  You may

17   continue the inquiry.

18        MR. SCHIRICK:  Thank you, your Honor.

19   BY MR. SCHIRICK:

20   Q.  Ms. Li, do you recall that at one point members of the farm

21   offered to pay you back for the expenses?

22   A.  Can I talk now?

23        THE COURT:  Yes.  Go ahead.  One moment, if you could

24   just aim your microphone a little bit more to your left, both

25   of you, because of the feedback.  Go ahead.

O65BGUO3

A.  First, Wei Lihong, W-E-I, L-I-H-O-N-G; second, S-U-N, W-E-I

R-O-N-G; third, Wei Lei, W-E-I, L-E-I; fourth, Wen Yang, W-E-N,

Y-A-N-G; fifth, Sherry; sixth, An Hong, A-N, H-O-N-G; seventh,

Guo Xiaotian, G-U-O, X-I-A-O-T-I-A-N; eighth, Mulan, M-U-L-A-N;

last one, Tai Wang Daniu, D-A-N-I-U.

Q.  Did time come when you declined to let -- withdrawn.

        Did a time come when you declined to allow them to pay

you back?

A.  Yes.

Q.  In fact, you declined because you wanted to stay involved

until, according to you, the U.S. government could help recover

the money, right?

A.  It's not correct.

Q.  Do you recall telling Mr. Horton that when you met with him

in March of this year?

A.  I said because they wanted me to sign an agreement and I

did not want to do that.

Q.  My question was, do you recall telling Mr. Horton when you

met with him in March of this year that you declined because

you wanted to stay involved so the U.S. government could help

you get your money back?

A.  I did not say I was expecting U.S. government to pay me

back.  I was saying I wanted to get the money back through the

U.S. government.  I said I did not want to take the money from

the hands of scammers.

O65BGUO3

1   Q.  So you declined, correct?

2   A.  I decline because he wanted me to sign an agreement.

3   Q.  And that was in 2021, right?

4   A.  2021.

5   Q.  Now, let's talk about your H Coin investment.  You invested

6   $5,700 in H Coin, right?

7   A.  Which entity?

8   Q.  You testified yesterday that you purchased H Coin, right?

9   A.  Yes.

10  Q.  And that was for $5,700, right?

11  A.  Yes.

12  Q.  And that was in July of 2021, right?

13  A.  No.

14  Q.  When was it?

15  A.  June.

16  Q.  So by June of 2021, you believed that any investment

17  offered by Mr. Guo was a scam, right?

18  A.  Yes.

19  Q.  So at the time you bought H Coin, you didn't expect to make

20  any profit on it, right?

21  A.  Yes.

22  Q.  And you assumed you would lose the money, right?

23  A.  No.

24  Q.  You thought you were going to get the money back?

25  A.  Two weeks after that I ask the receiver of the money to

O65BGUO3

1    return the money.

2    Q.  Understood.  That wasn't my question.  My question was,

3    before you purchased the H Coin, you assumed you wouldn't get

4    that money back, right, since it was a scam?

5    A.  I was coerced into purchasing that.

6    Q.  But you didn't lose money, right?

7    A.  Correct, I lost $60.

8    Q.  On a transaction fee, ma'am?

9    A.  Yes.

10   Q.  And you asked for a refund?

11   A.  Yes.

12   Q.  And you got it, right?

13   A.  Yes.

14   Q.  And Miles Guo didn't attack you for asking for a refund,

15   right?

16          THE INTERPRETER:  Can the interpreter have the

17   question again.

18   Q.  Miles Guo didn't attack you for asking for a refund, did

19   he?

20   A.  I did not send the money to Miles Guo.  I send to somebody

21   else in the farm.

22   Q.  Right.  But your testimony, right, is that Miles Guo is

23   behind all of this, right?

24   A.  Yes.

25   Q.  And he didn't criticize you after you asked for a refund,

O65BGUO3

1    right?

2    A.  I've barred him from my social media.

3    Q.  Are you aware that Miles Guo criticized you for asking for

4    H Coin refund?

5    A.  I never saw him.

6    Q.  Is the answer no, ma'am?

7            MR. HORTON:  Objection, your Honor.  We've been

8    through this.

9            THE COURT:  Are you asking me to strike the answer?

10   What is the request?

11           MR. SCHIRICK:  I would move to strike that answer as

12   non-responsive.

13           MR. HORTON:  There's a pending objection to the

14   question as asked and answered.

15           MR. SCHIRICK:  The previous answer was not responsive.

16           THE COURT:  The previous answer was not responsive, so

17   I'm going to strike that, as well as the recent answer which is

18   non-responsive.  Please read back the question.  I'm asking the

19   reporter.

20           (Record was read)

21   A.  Can I have the last question again.

22           MR. SCHIRICK:  Your Honor, may I ask, before you

23   translate, sir, can we just ensure that the instruction from

24   the Court is also being translated.  I'll just ask the Court to

25   make sure the instruction from you is also being interpreted

O65BGUO3

1    back to the witness.

2                THE INTERPRETER:  Interpreter did.

3                THE COURT:  Okay.

4    A.  I don't know that.

5    Q.  Thank you.  I'd like to talk about G/Clubs just for a

6    moment.  You testified on direct that you bought a $20,000

7    G/Clubs membership, right?

8    A.  Which entity?

9    Q.  G/Clubs.

10   A.  Yes.

11   Q.  Now, you testified on direct that you didn't get anything

12   for your G/Clubs membership, right?

13   A.  I don't think I understand the question.

14   Q.  Did you testify that you didn't get anything for the money

15   that you spent on G/Clubs?

16   A.  Yes.

17   Q.  You understood before you bought it that it offered a

18   discount on certain items, right?

19   A.  What do you mean by discount?

20   Q.  It allowed you to pay less than some other people?

21   A.  Yes.  The member for G/Club was from 10 to 50,000.

22   Q.  Okay.  How much of a discount?

23   A.  Ten percent of 10,000; 20 percent on 20, 000; 30 percent on

24   30,000; 40 percent on 40,000 and 50 percent on 50,000.

25   Q.  And you purchased the $20,000 membership giving you a 20

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

O65BGUO3

1    percent discount, right?

2              THE INTERPRETER:  Your Honor, interpreter need to

3    verify some details.

4    A.  When you purchase the membership of the G/Club, you can get

5    some discount when you purchase from G Fashion.  The discount

6    applied on that operation.

7    Q.  Did you ever try to use that discount?

8    A.  Never.

9    Q.  Am I right that one of the benefits of G/Clubs was that it

10   allowed members to live stream on GTV?

11   A.  No.

12   Q.  Could anyone live stream on GTV?

13   A.  I believe there was some misunderstanding in your question.

14   Can I still answer your question?

15   Q.  Sure.  One of the benefits of G/Clubs was that it gave you

16   a certain amount of hours to live stream on GTV, right?

17   A.  Everyone can get online of GTV.  As GTV member, you can

18   apply your card to live stream for two hours.

19   Q.  And that card was a G/Clubs card, right?

20   A.  There's only a name.  There's no physical card at all.

21   Q.  Ma'am, you raised the idea of a card, right?

22   A.  Each of us had a number.  It's indicated as G/Club card.

23   Q.  Understood.  And it was that number that gave you the

24   ability to live stream on GTV, right?

25   A.  This counsel does not understand the G/Clubs.

O65BGUO3

1              MR. SCHIRICK:  Move to strike as non-responsive, your

2     Honor.

3              THE COURT:  The answer is stricken.

4     Q.  Ms. Li, without your membership to G/Club, you couldn't

5     have live stream on GTV, right?

6     A.  I want to talk to the judge.

7              THE COURT:  Ma'am, the way that it works is that the

8     lawyer ask the questions and you must give the answers.

9              THE WITNESS:  Okay, but I don't think I get the point

10    of his question.

11             THE COURT:  Can you rephrase the question.

12    Q.  You testified that you had a G/Clubs number, right?

13    A.  Yes.

14    Q.  And in order to do live streams on GTV, you had to use that

15    G/Clubs number, right?

16    A.  Still not correct.  You did not ask the question right.

17             MR. SCHIRICK:  Move to strike as non-responsive, your

18    Honor.

19             THE COURT:  The answer is stricken.  Ma'am, did you

20    receive certain benefits as a member of G/Clubs?

21             THE WITNESS:  No.

22    Q.  The only way you could live stream on GTV was using your

23    G/Clubs ID, right?

24    A.  I was able to do live stream for two hours.

25    Q.  As a G/Clubs member?

O65BGUO3

1    A.   Yes.

2    Q.   Thank you.  And you used that two hours of live stream,

3    right?

4    A.   I could use two hours from 40 to 41 days.

5    Q.   As you testified before, you did use those?

6    A.   I would not say it was used.

7    Q.   You live streamed, didn't you, ma'am?  You testified to

8    that earlier today?

9    A.   I got online everyday, but I don't think you were right in

10   a way answering these questions.  Can you ask the question in a

11   different way.

12   Q.   I think I've asked the question multiple different ways.

13   My question now is, you testified earlier today that you live

14   streamed on GTV, right?

15         MR. HORTON:  Objection, your Honor.  This question has

16   been asked and answered several times.

17         THE COURT:  I will allow her to answer this question.

18   A.   Yes.

19   Q.   Thank you.  Now, you testified that you purchased your

20   G/Clubs membership on November 9 of 2020, right?

21   A.   I don't recall the exact date.  It's sometime like that.

22   Q.   Let's pull up what's in evidence as Government Exhibit

23   VH-9.

24         Ms. Li, do you see the document in front of you?

25   A.   Let me take a look at it.  Yes, I saw it before.

O65BGUO3

1   Q.  And you can see that this shows that the membership was

2   purchased in November of 2020, right?

3   A.  Yes.

4   Q.  And do you recall seeing the G/Clubs -- withdrawn.

5           Do you remember recall seeing Mr. Guo's video

6   announcing the launch of G/Clubs?

7   A.  Yes, I saw it.

8   Q.  Okay.  And can we please just briefly pull up Government

9   Exhibit C148-V1 in evidence.

10          Ma'am, while we're doing that, did you watch the video

11  when it first came out?

12  A.  I was in Texas.  The time was October when I saw Mr. Guo's

13  video about the G/Clubs.

14  Q.  Can we please briefly play the clip, and I ask the witness

15  to identify this as the video that she's referring to.

16          (Media played)

17  Q.  Ma'am, did you recognize that audio recording as being from

18  the launch of G/Clubs?

19  A.  Yes, I do.

20  Q.  Now, you testified yesterday that you took out a mortgage

21  on your house so that you could invest in GTV, right?

22  A.  Yes.

23  Q.  And you first learned as you testified to yesterday about

24  GTV in April of 2020, correct?

25  A.  I did not get the question clearly.  Can you give me the

O65BGUO3

date again.

Q.  You testified that you first learned about the GTV

investment opportunity in April of 2020?

A.  Yes.

Q.  Now, ma'am, isn't it true that you took out the mortgage on

your home in February of 2020?

A.  Yes.

Q.  So you didn't even know about the GTV investment

opportunity when you took out the mortgage on your home, right?

A.  After the Lunar new year of 2020, Guo had been promoting

the G/Club, the GTV, claiming that was a new media.

          MR. SCHIRICK:  Move to strike as non-responsive, your

Honor.

          THE COURT:  The answer is stricken.

          MR. HORTON:  Objection.

Q.  Ma'am, when you testified that you took out a mortgage in

order to buy GTV, you were lying, weren't you?

A.  Everything I say was true.  Guo had been saying that he

would set up a GTV from some other people.

Q.  You told us before, yesterday and again today, and then

again about 30 seconds ago that the first time you heard about

the GTV investment opportunity was in April of 2020, right?

A.  Not correct.  You interpreted it wrong.

          MR. SCHIRICK:  Your Honor, may we have a brief

sidebar?

O65BGUO3

1           THE COURT:  Yes.

2               (Continued on next page)

O65BGUO3

1              (At the sidebar)

2              MS. SHROFF:  Your Honor, I apologize, but I think the

3    translator is mixing up GTV and G/Clubs.  In the questions that

4    he is translating, he's not translating GTV as GTV and G/Club

5    as G/Club.  Mr. Schirick may want to move on anyway, but I

6    think there is a jumble.  It's not a translation jumble.  I

7    think the translator is just not appreciating the distinction

8    between G/Club and GTV.

9              THE COURT:  Why is it that you think that?

10             MS. SHROFF:  Because I can hear GTV and G/Club.  That

11   much I can understand, and I think I'm right.

12             MR. FINKEL:  This is a rare thing to say, but I agree,

13   your Honor.  And so maybe Mr. Schirick can clarify for the

14   interpreter.  My question is about G/Club, and then ask the

15   question of the interpreter.

16             MR. SCHIRICK:  Maybe we can bring the interpreter over

17   to make that point.

18             MS. SHROFF:  May I just confer with him?  May I confer

19   with my colleague?

20             THE COURT:  Yes.

21             MS. SHROFF:  Eventually they all agree with me, your

22   Honor.

23             MR. FINKEL:  Let's not go that far.  Please write that

24   down.

25             (Pause)

O65BGUO3

1          MS. SHROFF:  Your Honor, it might make sense for us to

2     just tell the translator that G/Clubs, GTV, Investment and

3     Private Placement Investment are all four different phrases,

4     and he should be mindful of those; or we can just hope he will

5     be mindful and leave it up to whoever was --

6          MR. FINKEL:  There's a difference between G/Club and

7     GTV, and I think that should be pointed out for the translator.

8     Investment, Private Placement, that might be different in her

9     mind because I think Ms. Li thinks it's all one investment for

10    Mr. Guo.

11         MS. SHROFF:  What he's translating, I just want him to

12    translate the words accurately.  I'm not suggesting the answer.

13         THE COURT:  I'm going to ask him to come over.  I just

14    wanted to point out that G/Club is one entity.  GTV is a

15    different entity.  And so if you'll be careful to make sure

16    that you're accurately --

17         THE INTERPRETER:  Okay.  GTV.  G/Club.  Okay.

18         MR. FINKEL:  How much more does defense counsel have?

19         MR. SCHIRICK:  Very little.

20         THE COURT:  Oh, good.

21         (Continued on next page)

22

23

24

25

O65BGUO3

1                (In open court)

2                MR. SCHIRICK:  No further questions.

3                THE COURT:  Okay.  Redirect?

4                MR. HORTON:  No further questions, your Honor.

5                THE COURT:  Thank you very much.  You may step down.

6                (Witness excused)

7                THE COURT:  You may call your next witness.

8                MR. FERGENSON:  The United States calls Ya Li.

9    YA LI,

10        called as a witness by the Government,

11        having been duly sworn, testified as follows:

12               THE COURT:  Please state your name and spell it.

13               THE WITNESS:  Ya Li, Y-A, L-I.

14               THE COURT:  I need for you to speak into the

15   microphone, to speak up so that even the people in the back can

16   hear you.

17               THE WITNESS:  My name is Ya Li.

18               THE COURT:  I need for you to speak louder than that.

19   Please be seated.  Draw the microphone close.

20               THE WITNESS:  Okay.  My name is Ya Li.

21               THE COURT:  You can sit down.  Bring the microphone

22   close to you.  You may inquire.

23               MS. SHROFF:  Your Honor, I wasn't sure if she was

24   sworn in.

25               THE COURT:  Yes, she was just sworn.  Go ahead.

O65BGUO3                      Ya Li- Direct

 1   DIRECT EXAMINATION

 2   BY MR. FERGENSON:

 3   Q.  Good afternoon, Ms. Li.

 4   A.  Good afternoon, Mr. Fergenson.

 5   Q.  Is English your native language?

 6   A.  No.

 7   Q.  If you don't understand something, please let us know,

 8   okay?

 9   A.  Okay.

10   Q.  What country do you live in?

11   A.  Australia.

12   Q.  What do you do for work?

13   A.  Accountant.

14   Q.  And if you can, Ms. Li, I'd ask you to try to keep your

15   voice up.

16   A.  Okay.

17   Q.  Were you ever a supporter of Miles Guo?

18   A.  Yes.

19   Q.  What other names, if any, did you use as a Miles Guo

20   supporter?

21   A.  Mulan Xiao Ching.

22   Q.  What did other supporters call you?

23   A.  Mulan.

24   Q.  What did Guo call you?

25   A.  Mulan sister.

1          MR. FERGENSON:  Ms. Loftus, could we please play for

2   the jury what's in evidence as Government Exhibit C40-V.

3          (Media played)

4          MR. FERGENSON:  You can pause there.

5   Q.  Ms. Li, who do you understand to be reference by Mulan?

6   A.  That's me.

7   Q.  You can take that down, Ms. Loftus.

8          Ms. Li.  You said you were a supporter of Miles Guo.

9   Looking around the courtroom, do you see Miles Guo here today?

10         MS. SHROFF:  Your Honor, we'll stipulate that Miles

11  Guo is seated to my left, your Honor.  Thank you.

12         THE COURT:  Okay.

13  Q.  Ms. Li, at a high level, what did you do for Miles Guo?

14  A.  I'm the leader of G Translator and Iron Blood Group member

15  and the director of Rule of Law Foundation.

16  Q.  And at a high level, what was G Translators?

17  A.  G Translators is kind of a farm.  It's volunteers group

18  doing translation jobs for Miles Guo.

19  Q.  What was your position at G Translators?

20  A.  I'm the leader in charge of this group.

21  Q.  You mentioned the Iron Blood Group.  At a high level, what

22  was the Iron Blood Group?

23  A.  Iron Blood Group is the highest level of the Himalayas

24  Alliance.

25  Q.  Who picked its members?

O65BGUO3                        Ya Li- Direct

```
 1   A.  Miles Guo.

 2   Q.  Was he a member?

 3   A.  Yes, he also one of the member.

 4   Q.  Who, if anyone, gave instructions to the Iron Blood Group

 5   about investments?

 6   A.  Miles Guo.

 7   Q.  Who gave you instructions about investments?

 8   A.  Miles Guo.

 9   Q.  Who controlled investments related to the farms?

10   A.  Miles Guo.

11   Q.  Ms. Li, when you participated in the investment projects,

12   did you believe in them?

13   A.  Yes, one hundred percent.

14   Q.  What is your understanding of them now?

15   A.  It's a scam.

16   Q.  When you were a supporter of Miles Guo's movement, what was

17   your view of the movement at that time?

18   A.  At that time this movement is for China democracy movement.

19   Our goal is to taking down CCP and build a new China, have

20   freedom, rule of law and democracy.

21   Q.  What is your view of Miles Guo's movement now?

22   A.  It's a scam.

23   Q.  Did you invest yourself --

24   A.  Yes.

25   Q.  And have you --
```

O65BGUO3                          Ya Li- Direct

1          MS. SHROFF:  Your Honor, I'm sorry.  The question was

2     not complete.

3          THE COURT:  Did you complete your question?

4     Q.  Did you invest yourself, Ms. Li?

5     A.  Yes.

6          MS. SHROFF:  Objection.

7          THE COURT:  Are you asking whether she invested in her

8     personal capacity?

9          MR. FERGENSON:  Correct, your Honor.

10    Q.  Did you yourself invest in investments that Miles Guo

11    promoted?

12    A.  Yes.

13    Q.  Have you ever helped receive and transfer investor money as

14    part of working for Miles Guo?

15    A.  Yes.

16    Q.  Did you ever spend investor money on yourself?

17    A.  No, never.

18    Q.  On your family?

19    A.  No, never.

20    Q.  Why not?

21    A.  Because that's the investors' money, not my money.

22    Q.  If you had known that Miles Guo spent investor money on

23    himself and his family, would you have invested yourself?

24          MS. SHROFF:  Objection.

25          THE COURT:  Overruled.  You may answer.

O65BGUO3                          Ya Li- Direct

1   Q.  If you had known that Miles Guo spent investor money on

2   himself and his family, would you have invested yourself?

3   A.  No.

4           MS. SHROFF:  Objection, your Honor.  It assumes facts

5   not in evidence.

6           THE COURT:  Overruled.  You may answer.

7   A.  No.

8   Q.  If you had known that, would you have helped him with these

9   investment projects?

10  A.  No.

11  Q.  If you had known that, would you have been apart of the

12  movement?

13  A.  No.

14  Q.  So you said you live in Australia?

15  A.  Yes.

16  Q.  When did you come to the United States?

17  A.  About four days ago.

18  Q.  After you traveled to the United States, were you appointed

19  an attorney?

20  A.  Yes.

21  Q.  And did the government offer you an agreement?

22  A.  Yes.

23  Q.  What sort of agreement?

24  A.  Non-prosecution agreement.

25  Q.  What's your understanding about what a non-prosecution

O65BGUO3                          Ya Li- Direct

1   agreement is?

2   A.   I need to tell the truth and provide evidence, go to

3   meeting if required, do the testimony for crime.

4   Q.   In exchange for that, what has the government promised to

5   do?

6   A.   Not prosecute.

7   Q.   And generally speaking, what prior conduct has the

8   government promised they won't prosecute you for?

9   A.   I need to tell all the truth.

10  Q.   And what prior conduct --

11          MS. SHROFF:   Objection, your Honor.   That's not

12  responsive and I move to strike.

13          THE COURT:   The answer is stricken.   If you can

14  rephrase the question.

15  Q.   What prior conduct, Ms. Li, is the subject of your

16  non-prosecution agreement?

17  A.   I need to tell the truth.

18          MS. SHROFF:   Same objection, your Honor, and same

19  application.

20          THE COURT:   The answer is nonresponsive.   It is

21  stricken.

22  Q.   What did you do that the government won't prosecute you

23  for, Ms. Li?

24  A.   I need to tell the truth and provide evidence and go to the

25  meeting, go do testimony.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1           MS. SHROFF:  Objection, same objection and same

2    request that the response be stricken.

3           THE COURT:  The objection is sustained.  The response

4    is stricken.

5    Q.  Ms. Li, I understand what you are required to do --

6           MS. SHROFF:  Objection.  That's not a question.

7           THE COURT:  I'm waiting for the question.  Go ahead.

8    Q.  I'm just trying to ask what did you do in the past that is

9    the subject of the non-prosecution agreement?

10          What conduct does it cover?

11   A.  Because I involve in Miles Guo's activities.

12   Q.  What is your understanding as to whether the

13   non-prosecution agreement protects you from a prosecution for

14   perjury, obstruction of justice, or making false statements if

15   you lie here today?

16          MS. SHROFF:  Objection.

17          THE COURT:  Overruled.  You may answer.

18   A.  No.

19   Q.  If you were to lie here, could the government tear up your

20   non-prosecution agreement?

21   A.  Yes.

22   Q.  Could you then be charged for your conduct?

23   A.  Yes.

24   Q.  Could the statements you made to the government be used

25   against you?

O65BGUO3                        Ya Li- Direct

```
 1    A.  Yes.
 2    Q.  And aside from the non-prosecution agreement, has the
 3    government made you any promises?
 4    A.  No.
 5    Q.  Ms. Li, were you ever arrested?
 6    A.  No.
 7    Q.  Did you come to the United States a few days ago
 8    voluntarily or involuntarily?
 9    A.  Voluntarily.
10    Q.  Did the FBI assist you in entering the country?
11    A.  Yes.
12    Q.  Are you staying here permanently or leaving after your
13    testimony?
14         MS. SHROFF:  Your Honor, these are all leading
15    questions.  I object because it's direct.
16         THE COURT:  We can do it the very, very slow, slow
17    way, or I can permit some degree of leading.
18         MS. SHROFF:  Fair enough, your Honor.
19    Q.  Did you travel here -- I'm sorry, Ms. Li, are you staying
20    in the United States permanently or going back to Australia
21    after your testimony?
22    A.  Back to Australia.
23    Q.  Did you travel here alone or with others?
24         MS. SHROFF:  Objection to relevance.
25         THE COURT:  Overruled.  You may answer.
```

O65BGUO3                          Ya Li- Direct

```
 1   Q.  Did you travel here alone or with others?

 2   A.  With my daughter.

 3   Q.  What, if any, law enforcement traveled with you?

 4   A.  Yes.

 5              MS. SHROFF:  Objection to the leading.

 6              THE COURT:  Did any law enforcement travel with you?

 7              THE WITNESS:  Yes.

 8   Q.  To your understanding who paid for your flight and your

 9   daughter's flight to the United States?

10   A.  U.S. government.

11   Q.  And who paid for your and your daughter's hotel in the

12   United States?

13   A.  U.S. government.

14   Q.  Do you know who paid for Australian law enforcement's

15   flight and hotel?

16   A.  I don't know.

17   Q.  Ms. Li, how old is your daughter?

18   A.  Eleven.

19   Q.  Has the FBI watched your daughter while you were in

20   meetings with the government?

21              MS. SHROFF:  Objection, relevance.  Your Honor, may we

22   have a sidebar.

23              THE COURT:  Okay.

24              (Continued on next page)

25
```

O65BGUO3                        Ya Li- Direct

1                (At the sidebar)

2                THE COURT:  How much more of this background?

3                MR. FERGENSON:  Not very much, your Honor.  I'm just

4     covering the areas of bias standard with a witness like this

5     who is sort of a cooperator in the case to cover this briefly.

6     I'll move on shortly.

7                MS. SHROFF:  Your Honor, there's no relevance of her

8     traveling with her 11-year-old daughter.  There's no relevance

9     to her age being part of anything before this jury.  There's no

10    relevance at all -- I can understand relevance about who paid

11    the flight, sure; who's reimbursing it, sure; but who she

12    traveled with is not relevant in terms of the daughter.  And

13    who and what her age is, is also not relevant.

14                The defense is now in a position it did not see itself

15    in.  I don't need to cross somebody whose daughter is

16    accompanying them.  Now I have to follow into that, so that's

17    why I objected.  I don't think that's relevant.  Maybe law

18    enforcement, I don't even see that, but those were the reasons

19    I objected.  I don't think that it was proper, nor is it

20    relevant to whether or not Mr. Guo committed money laundering,

21    wire fraud or any kind of fraud.  He has no involvement with

22    her daughter.

23                MR. FERGENSON:  Your Honor, it's just to draw out

24    periods of bias.  If they're not going to cross her on bias,

25    then I'll move on.

1    THE COURT:  I don't think her daughter has anything to

2  do with bias.

3    MR. FERGENSON:  It's just a benefit, an arguable

4  benefit.

5    THE COURT:  I see what you're saying, whether or not

6  the government gave some sort of incentive.

7    MR. FERGENSON:  Correct.  And they watched her.  They

8  took her to the zoo, your Honor.  That's all.

9    MS. SHROFF:  They've made it look like she needed some

10  kind of FBI protection and babysitting by the FBI.  That's

11  number one.  There was no relevance.  And I read the 3500

12  material to suggest that the daughter's flight was not covered

13  by the government, so I'm not really sure what bias I would

14  have brought out.  So I don't think bias is the reason they

15  elicited this on direct, and they kept going even after my

16  objection.

17    THE COURT:  Do you plan to ask questions about her

18  flight and her accommodation and all of that?

19    MS. SHROFF:  I certainly wasn't going to ask before

20  now because that's -- certainly not about the daughter.  I was

21  not going to touch the daughter.  But now they've opened the

22  door, I don't have to think about it.  But most certainly I --

23  especially because I read the 3500 material.  And if I read it

24  wrong, somebody correct me, but they didn't pay for the

25  daughter's flight, so why would I bring that out.

O65BGUO3                          Ya Li- Direct

1              MR. FERGENSON:  You did read it wrong, but we'll move

2     on, your Honor.  We'll just get started.

3              THE COURT:  Okay.

4              (Continued on next page)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    (In open court)
 2   BY MR. FERGENSON:
 3   Q.  Ms. Li, I want to back up and talk briefly about your
 4   personal background.
 5                    What country did you grow up in?
 6   A.  In China.
 7   Q.  How long did you live in China?
 8   A.  About 20 years.
 9   Q.  Where did you move after that?
10   A.  Australia.
11   Q.  Why did you move to Australia?
12   A.  I started the university in Australia.
13   Q.  What did you study at university?
14   A.  Accounting.
15   Q.  What degree, if any, did you receive?
16   A.  Master of accounting.
17            MS. SHROFF:  Your Honor, did she say master's in
18   accounting.
19            THE COURT:  So I need for you to speak up, really
20   raise your voice.  Go ahead.  Master's in accounting is the
21   answer.
22            MS. SHROFF:  Thank you, your Honor.
23   Q.  And, Ms. Li, after you received your master's in
24   accounting, what did you do for work?
25   A.  Work as accountant.
```

O65BGUO3                          Ya Li- Direct

1    Q.  And aside from working for Miles Guo, have you --

2            MS. SHROFF:  Objection.  That is not what she

3    testified.

4            THE COURT:  She did say she worked for Miles Guo.  You

5    may continue.

6    Q.  Aside from working for Miles Guo, have you worked as an

7    accountant since getting your degree?

8    A.  Yes.

9    Q.  Have you lived in Australia since moving there?

10   A.  Yes.

11   Q.  Ms. Li, when you lived in China, did you follow politics?

12   A.  No.

13   Q.  Were you politically active?

14   A.  No.

15   Q.  Did there come a time when you became interested in

16   politics?

17   A.  Yes.

18   Q.  Please explain how you first became interested in politics?

19   A.  In 2017, my friend in China ask me to find out some true

20   information about a school protest, that school why kids die,

21   but the school try to cover up.  So a parent want to know the

22   truth, so we go to protest in China, but they can't get the

23   true information.  So they ask me to find something from

24   outside world, and when I go to YouTube.

25           MS. SHROFF:  Objection.  I move to strike.  It's all

1    hearsay.

2                    THE COURT:  Overruled.  I need you to speak up, really

3    speak into the microphone so we can hear you.

4    A.  So then I go to YouTube, try to find some information about

5    this incident happened in China.  And then I watch the video

6    about the earthquake from the VOA China.  VOA have a

7    documentary about the China's 2008 earthquake.

8                    During that time, advertisement coming up, so they

9    were going to interview Miles Guo, so there will be a explosive

10   whistleblower information, so I started watching the VOA.

11   Q.  So before that advertisement came up, had you heard of

12   Miles Guo before?

13   A.  No.

14   Q.  Now, the advertisement that you watched, did you watch the

15   interview as advertising?

16   A.  Yes.

17   Q.  At a high level, what happened in that VOA interview?

18   A.  About one hour the interview been cut off.

19   Q.  What, if anything, did Miles Guo say about that?

20   A.  He said that's because of CCP pressure of the VOA, so VOA

21   cut it off.

22   Q.  What effect, if any, did this interview being cut off have

23   on your impression of Miles Guo?

24   A.  I feel what he said is all true, so that's why CCP afraid

25   of what he said to try to silence him.

1    Q.  After watching that interview, what, if anything, did you

2    begin doing?

3    A.  So I been start following his Twitter account and YouTube

4    account.

5    Q.  And remind us, Ms. Li, what year was this interview?

6    A.  2017.

7    Q.  You said you started following his Twitter and YouTube

8    account, how often was Guo posting online?

9    A.  Everyday.

10   Q.  And how often were you following his post?

11   A.  Everyday.

12   Q.  How often were you watching his videos?

13   A.  Everyday.

14   Q.  How long were these videos?

15   A.  About 30 minutes to one hour.

16   Q.  Would you watch part of them or all of them?

17   A.  All of them.

18   Q.  Ms. Li, what was your impression of Miles Guo's wealth?

19   A.  He's a billionaire in China.

20   Q.  Why did you think he was a billionaire in China?

21   A.  He's on the rich list, the ranking at 74.

22   Q.  What was the rich list?

23   A.  It's who in China rich list.

24   Q.  Ms. Li, what, if anything, would you see in Guo's

25   broadcast?

O65BGUO3                          Ya Li- Direct

1           MS. SHROFF:  Objection to the leading.

2   Q.  I said what, if anything, would you see in Guo's broadcast,

3   Ms. Li?

4   A.  He broadcasted expose all the corruption information about

5   Chinese high level officials.

6   Q.  And what would be the setting of his broadcast?

7   A.  Usually in his apartment in Sherry-Netherland 18th floor.

8   Q.  Ms. Li, did there come a time when you were in direct

9   contact with Guo?

10  A.  Yes.

11  Q.  Approximately when was that?

12  A.  Around 2018.

13  Q.  And what happened that led to you being in direct contact

14  with Guo?

15  A.  So in 2018 in his birthday, I made a birthday cake and I

16  send it to the leader of the Mel Bin group, supporter group, so

17  I send to him.  And then he send a photo of the cake to Miles

18  Guo, and Miles Guo -- then I been added in a group Whatsapp

19  group.

20  Q.  You said you made a birthday cake for whose birthday?

21  A.  For Miles Guo's birthday.

22  Q.  Did you send it to Miles Guo or someone else?

23  A.  To the Mel Bin group's leader at that time.

24  Q.  And after you sent a birthday cake for Miles Guo to that

25  leader, what happened after that, Ms. Li?

1    A.  So he send a photo of the cake to Miles Guo.  And after

2    that, I been added in Whatsapp group.

3    Q.  And who was in this Whatsapp group?

4    A.  All his supporters.

5    Q.  About how many supporters were in it?

6    A.  About 20s.

7    Q.  And was Miles Guo in it?

8    A.  Yes.

9    Q.  Were the supporters in this group, were they farm leaders?

10   A.  No, that time no farm yet.

11   Q.  Remind us what year was this?

12   A.  2018.

13   Q.  What sorts of things were discussed in this Whatsapp group?

14   A.  All about his broadcast and what happened in China like

15   that.

16   Q.  Were there any business investments at this time?

17   A.  No.

18   Q.  Around this time, Ms. Li, what, if any, one-on-one chats

19   with Guo did you have?

20   A.  We have direct message.  He sometime send me some

21   translation task, so I translate for him.

22   Q.  What sorts of things were you translating?

23   A.  Mainly is legal document.

24   Q.  Ms. Li, what is the Rule of Law Foundation?

25   A.  Rule of Law Foundation establish by Miles Guo and Steve

1    Bannon on 20th November 2018.

2              THE COURT:  Keep your voice up.

3    Q.  What about the Rule of Law Society?

4    A.  It's the same, same day established by Miles Guo and Steve

5    Bannon, yeah.

6    Q.  Were you involved with either of those entities?

7    A.  I been appointed to be the director of the Rule of Law

8    Foundation.

9    Q.  When did you become director of the Rule of Law Foundation?

10   A.  Early 2019.

11   Q.  Who asked you to be a director?

12   A.  Miles Guo.

13   Q.  What did he say to you?

14   A.  He said he want me to be the director of the Rule of Law

15   Foundation.

16   Q.  What was your reaction?

17   A.  I feel that's my honor so I accept it.

18   Q.  Ms. Li --

19             MS. SHROFF:  Did she say that's my honor.

20   A.  Honor, at that time I feel that's my honor I been picked up

21   by Miles Guo, so yes.

22   Q.  Thank you, Ms. Li.  We'll need you to keep speaking up,

23   please.

24             Ms. Li, who decided who was on the board of the Rule

25   of Law Foundation?

1    A.  Miles Guo.

2    Q.  How do you know that?

3    A.  Because he appointed me.

4    Q.  What, if anything, did Miles Guo say about how the Rule of

5    Law Foundation would be funded?

6    A.  He's the biggest donor.

7    Q.  And what, if anything, did he say about how much he would

8    donate?

9    A.  He said he going to donate hundred million, and if we

10   donate one dollar, he will match donate another two dollar so

11   2/3 of the money will be his money, yeah.

12   Q.  Approximately when did he say those things?

13   A.  In March 2019.

14   Q.  Ms. Loftus, could we show the witness what's in evidence as

15   Government Exhibit VI-191.  We can publish that.

16        Ms. Li, whose YouTube page is this?

17   A.  This is Miles Guo's YouTube channel.

18   Q.  What, if anything, did Miles Guo say about Rule of Law

19   donations in this broadcast?

20   A.  He said he's going to donate hundred million.  And if we

21   donate one dollar, he will match, donate another two dollar, so

22   2/3 of the money will be his money.

23   Q.  And Ms. Loftus, we can take that down.

24        Ms. Li, at the time did you believe Miles Guo would

25   donate a $100 million to the Rule of Law?

O65BGUO3                        Ya Li- Direct

```
 1   A.  Yes.
 2   Q.  As a director, did you ever review Rule of Law's finances?
 3            MS. SHROFF:  Objection, your Honor.  The period of the
 4   time she was a director is not in evidence.
 5            THE COURT:  That she was a director is in evidence,
 6   but you can state when it was that you were a director.
 7   Q.  What was the time period you were a director of the Rule of
 8   Law Foundation?
 9   A.  From start to around October -- sorry, July 2023.
10   Q.  Ms. Li, while you were a director of the Rule of Law
11   Foundation, did you ever review Rule of Law's finances?
12   A.  No.
13   Q.  Were you ever provided information on who was donating and
14   how much?
15   A.  No.
16   Q.  Did there come a time when you were asked to find out a
17   fundraising figure?
18   A.  Yes.
19   Q.  What were you asked to do?
20   A.  One day Miles Guo ask me to arrange a first anniversary of
21   new federal state of China.  He want to know during that period
22   how much fund we raised for Rule of Law Foundation and Society.
23   Q.  And after Guo asked you how much was raised, what did you
24   do?
25   A.  So I send a message to ask the Rule of Law Foundation
```

1  lawyer call Dan Podhaskie.

2  Q.  And what happened after you ask Dan Podhaskie about the

3  fundraising?

4  A.  He send me some figures.

5  Q.  What did you do with those figures?

6  A.  I send to Miles Guo.

7  Q.  How much fundraising was there?  What were the figures?

8  A.  Total was about 700,000.

9  Q.  And after you relaid the 700,000 information, what was

10  Guo's response?

11  A.  He said not much money.

12  Q.  Ms. Li, what, if any, chat groups were there related to

13  Rule of Law?

14  A.  There's a group of -- Whatsapp group for Rule of Law

15  Foundation the society directors with Miles Guo.

16       MR. FERGENSON:  Your Honor, the interpreter's mic may

17  be near the witness and that may be the source of the feedback.

18  Thank you very much, your Honor.

19  Q.  Ms. Li, the chat for Rule of Law, which rule of Law

20  directors were in the chat?

21       MS. SHROFF:  Objection, there's no testimony about a

22  chat for Rule of Law Foundation.

23       THE COURT:  Sustained.

24  Q.  I'll re-ask, your Honor.

25       What, if any, chat groups were there related to Rule

1    of Law, Ms. Li?

2    A.   So there's a Whatsapp chat group with Rule of Law

3    Foundation and Society directors and Miles Guo.

4    Q.   Which directors were in that chat?

5    A.   At that time have Sara Lihong, me and Guo Xiao Feng and

6    Miles Guo and all supporters, directors of workers for

7    supporters for Rule of Law Foundation, so it was a supporters

8    group, yeah.

9    Q.   Who, if anyone, gave instructions to the Rule of Law chat

10   group while you were a director?

11   A.   Miles Guo.

12   Q.   And at a high level, what sorts of instructions did Miles

13   Guo give to the Rule of Law directors?

14   A.   What issues we need to discuss.

15   Q.   What, if anything, did Guo say in the chat group about

16   protest?

17   A.   Yes.  He said, that's around August, September, August

18   2020, say Rule of Law Foundation will support the protest start

19   --

20              THE COURT:  So I need you to speak up.

21   Q.   Ms. Li, we can come back to that.

22              Are you familiar with something called G News?

23   A.   Yes.

24   Q.   What was G News?

25   A.   G News is a platform, we post articles about the news.

O65BGUO3                          Ya Li- Direct

1   Q.  Approximately when was G News created?

2   A.  Around 2019.

3   Q.  Who created G News?

4   A.  Miles Guo.

5   Q.  Who contributed to G News content?

6   A.  Supporters have the right, so we would choose the

7   supporters who had the good writing skill and give them the

8   rights to post the articles.

9   Q.  Did you contribute to G News?

10  A.  Yes.

11  Q.  What did you do?

12  A.  So I will translate some articles and post there.

13  Q.  Who was ultimately in control of G News?

14  A.  Miles Guo.

15  Q.  Did Guo ever raise money for G News?

16  A.  No.

17  Q.  Ms. Li, what was Guo Media?

18  A.  Guo Media is social media platform and can do broadcast and

19  video and post.

20  Q.  Approximately when was Guo Media in operation?

21  A.  About 2019.

22  Q.  Did Guo ever raise money for Guo Media?

23  A.  No.

24  Q.  What was the first business, Ms. Li, that Guo raised money

25  for?

1  A.  GTV.

2  Q.  We'll talk about GTV in a moment.  Okay?

3  A.  Okay.

4  Q.  Ms. Li, by the time Guo began offering business

5  investments, how long had you been following Guo?

6  A.  Three years.

7  Q.  After those three years, what level of trust, if any, did

8  you have in Miles Guo?

9  A.  Hundred percent, solid percent trust.

10  Q.  Please explain why you trusted him?

11  A.  Because during the three years in his broadcast, what he

12  said I feel are true.

13  Q.  And what had happened after he said those things in his

14  broadcast?

15      MS. SHROFF:  Objection, what things?

16      THE COURT:  If you can be more specific.

17  Q.  What sorts of things did he talk about in those three years

18  in broadcast, Ms. Li?

19  A.  Exposing the CCP's corruption and how CCP infiltrated the

20  western countries.

21  Q.  And did you believe those things were true, Ms. Li?

22  A.  Yes.

23  Q.  And do you still believe the CCP is corrupt?

24  A.  Yes.

25  Q.  When you first started following Guo in those three years,

1   what kind of movement did you believe you were joining, Ms. Li?

2              MS. SHROFF:  Asked and answered.

3              THE COURT:  Overruled.  You may answer.

4   A.   Democracy movement.

5   Q.   And at the start for three years before GTV, how were

6   business investments involved in that democracy movement?

7              MS. SHROFF:  Objection.

8              THE COURT:  You may answer.

9   A.   G News.

10  Q.   Were there investments before GTV?

11  A.   No.

12  Q.   Ms. Li, what did you call Guo?

13  A.   Tiga Brother Seven.

14  Q.   Why did you call him Brother Seven?

15  A.   He ask us to call him Brother Seven because he's a seventh

16  child in his family.

17             (Continued on next page)

18

19

20

21

22

23

24

25

1      THE COURT:  Okay.  So I want to remind you to keep

2  your voice up there.  Sometimes when you speak, we can hear you

3  perfectly, but then your voice drops.  So concentrate on making

4  yourself heard.

5      MR. FERGENSON:  Thank you, your Honor.

6  BY MR. FERGENSON:

7  Q.  You said earlier he called you Mulan's sister.  What was

8  your understanding of why he called you Mulan's sister?

9  A.  Because he said all his followers, we are brothers and

10 sisters, we like a big family.

11 Q.  At the time when you were a follower, did Guo feel like

12 family?

13 A.  Yes.

14 Q.  When you were a follower and you had to decide between

15 doing something Miles Guo needed and something your family

16 needed, what did you do?

17      MS. SHROFF:  Objection.

18      THE COURT:  Sustained.

19 Q.  Ms. Li, why did Guo feel like family?

20      MS. SHROFF:  I believe this has been asked and

21 answered several times.

22      MR. FERGENSON:  It hasn't, your Honor.

23      THE COURT:  It has not.  You may answer.

24 Q.  Why did Guo feel like family, Ms. Li?

25 A.  Because we call each other brother and sisters, and we care

O65VGUO4                        Ya Li - Direct

1    of each other and we work together.

2    Q.  Turning to the investments.  When you were a supporter, how

3    much, if at all, did you focus on what investment contracts

4    said?

5    A.  No, I just sign it where I need to sign.  I don't read the

6    whole contract.

7    Q.  Why did you just sign it?

8    A.  Because we trust him.

9    Q.  You mentioned GTV.

10   A.  Yeah.

11   Q.  Was GTV the only investment Guo promoted?

12   A.  No.

13   Q.  Could you please list the investments that Guo promoted?

14   A.  So there's GTV; after GTV is farm loan program; after that

15   is G Club card program, and new GTV and a new platform, and A15

16   and A10.  And also there's cryptocurrency investment, so G

17   Coin, G Dollar, H Coin, H Dollar, and there is a digital bank.

18   Q.  All right.  Ms. Li, you listed several investments.  What

19   were the main differences, if any, between these investments?

20   A.  So one is for shares, another one is for cryptocurrency,

21   another one for digital bank.

22   Q.  And Ms. Li, try and keep your voice up, please.

23   A.  Okay.

24   Q.  Thank you.

25            Taking the one for shares first, which investments

O65VGUO4                        Ya Li - Direct

1    were for shares?

2    A.   GTV private placement and farm loan program, G Club card

3    program, new GTV, new platform, A15, A10.

4    Q.   Which ones were for cryptocurrencies?

5    A.   G Coin, G Dollar, H Coin, H Dollar.

6    Q.   And you said digital bank.  What was the -- what did Guo

7    say the purpose of the digital bank project was?

8    A.   The digital bank is the investment will be purchase digital

9    bank called Mercantile Bank.  And this investment, also you

10   will get another bank in Europe and a betting license.  But

11   then later the betting license is canceled.

12   Q.   Now, Ms. Li, what promises, if any, did Guo make about all

13   of the investments?

14   A.   He guaranteed all investment will be no loss.  If there's a

15   loss, he will repay us all the loss.  And also he promised all

16   supporters' investment money he will not use.

17           MR. FERGENSON:  Ms. Loftus, if we could show the

18   witness what's marked as Government Exhibit VI-184.  And if we

19   could put it on mute, Ms. Loftus; and if we could play a little

20   bit of it on mute for the witness, please.

21           Ms. Loftus, maybe we can just scroll quickly through

22   the end.

23   Q.   All right.  Ms. Loftus, what's this a video of?

24           MS. SHROFF:  Ms. Loftus?

25   Q.   I'm sorry.  Ms. Li, what is this a video of?

O65VGUO4                          Ya Li - Direct

1   A.  This is Miles Guo's broadcast.

2   Q.  Have you reviewed this prior to testifying?

3   A.  Yes.

4   Q.  Does it relate to investments?

5   A.  Yes.

6              MR. FERGENSON:  The government offers Government

7   Exhibit VI-184.

8              MS. SHROFF:  Your Honor, may I have one voir dire

9   question for the witness?

10             THE COURT:  Yes.

11  VOIR DIRE EXAMINATION

12  BY MS. SHROFF:

13  Q.  Good afternoon, Ms. Li.

14  A.  Good afternoon.

15  Q.  Did you watch this particular video in the presence of the

16  prosecutor in his office?

17  A.  Yes.

18  Q.  And other than watching it in his office, did you watch it

19  before then?

20  A.  When he did this broadcast.

21  Q.  I can't hear you.

22  A.  When he did this broadcast.

23             MS. SHROFF:  I have no objection, your Honor.

24             THE COURT:  It is admitted.

25             (Government's Exhibit VI-184 received in evidence)

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

O65VGUO4                      Ya Li - Direct

1          MR. FERGENSON:  All right.  Ms. Loftus, if we could --

2     actually, I'm sorry, before -- Ms. Loftus, maybe we can tee it

3     up.  But at this time, your Honor, the government will offer a

4     stipulation between the parties.  It's marked as Government

5     Exhibit Stip-10.

6          Your Honor, I'm trying to understand if there's an

7     objection.

8          MS. SHROFF:  It's a stipulation, your Honor.  I'm

9     confused, but no.  It's a stipulation between the parties.

10         THE COURT:  So it is admitted.

11         (Government's Exhibit Stip-10 received in evidence)

12         MR. FERGENSON:  Thank you, your Honor.

13         So I'll just read the stipulation.  It says it's a

14    stipulation regarding translations of GX VI exhibits.

15         It says:  It's hereby stipulated and agreed that --

16    between the parties that in the below chart, the exhibits

17    listed under column A contain audio or text in a foreign

18    language.  And in the below chart the exhibits listed under

19    column B are true and accurate translations of the audio or

20    texts contained in the exhibits listed under column A.

21         And at this time, the government will offer Government

22    Exhibit 184-T.

23         Your Honor, the government offers Government Exhibit

24    184-T.

25         THE COURT:  It is admitted.

1              (Government's Exhibit 184-T received in evidence)

2              MR. FERGENSON:  Thank you, your Honor.

3              So, Ms. Loftus, if we could play the video, please,

4    with audio.  We'll just go ahead and play the whole thing.

5              (Video played)

6              MR. FERGENSON:  Ms. Loftus, if we could please publish

7    Government Exhibit VI-184-T, please.  And if we could blow that

8    up.  Thank you.

9    BY MR. FERGENSON:

10   Q.  So I'll just ahead and read this, Ms. Li:

11             As for what these fellow fighters said, I will

12   reiterate it again.  You can either your borrow projects,

13   invest, or buy H Coin, or buy any card.  If you lose a penny

14   and I will take responsibility.  I reiterate that again.  For

15   any matter you are involved to the G Series, there are also

16   many other investors involved who are investing with us.

17   Regardless of the reasons, if you lose a penny, Brother 7 will

18   take responsibility.  Again, I reiterate, I will take

19   responsibility.

20             Ms. Li --

21             THE COURT:  Mr. Fergenson, if you would lower your mic

22   a bit because I believe that the way it's pointed towards the

23   ceiling is causing the feedback.

24             MR. FERGENSON:  I see, your Honor.  Thank you.

25   Q.  Ms. Li, the reference to your borrow project, what's your

O65VGUO4                      Ya Li - Direct

1    understanding of what the borrow projects are?

2    A.   Farm loan program.

3    Q.   And the reference to "buy any card," what's your

4    understanding of what that's referring to?

5    A.   G Club card program.

6    Q.   Ms. Li, was this video the only time Guo made this type of

7    promise?

8    A.   No, many times during this three years.

9    Q.   How often would he say these things in the three years?

10   A.   The promises about investment.

11   Q.   And how often would he make these promises?

12   A.   Always.

13   Q.   Ms. Li, you said earlier Guo was on the rich list in China,

14   right?

15   A.   Yes.

16   Q.   At the time you were involved in these investment projects,

17   did you believe that Guo could repay any investor losses?

18   A.   Yes.

19   Q.   Did you believe that Guo could pay for any expenses?

20   A.   Yes.

21   Q.   And you said you trusted him, right?

22   A.   Yes.

23   Q.   What did Guo say about why he was doing these investment

24   projects?

25   A.   He said he want his supporters be rich like him because CCP

O65VGUO4                          Ya Li - Direct

1    is scared of his supporters to be rich.

2    Q.  Did you believe him?

3    A.  Yes.

4    Q.  Who could participate in these investment projects?

5    A.  Only for his supporters.

6    Q.  Ms. Li, what, if anything, did Guo say about using investor

7    money for himself?

8    A.  No, he said it's impossible.  He never use investors' money

9    for himself.

10   Q.  What effect, if any, of his saying that -- what effect did

11   that have on your view of the investments at the time?

12   A.  So all our invest money, it's safe and not being used.

13   Q.  What effect did that have on your level of trust?

14   A.  100 percent.

15   Q.  Ms. Li, did there come a time when Guo sent you objects in

16   the mail?

17   A.  Yes.

18            MR. FERGENSON:  Your Honor, may I approach?

19            THE COURT:  You may.

20   Q.  Ms. Li, I've just handed you what's marked as Government

21   Exhibit 37.  What is Government Exhibit 37?

22   A.  It's Miles Guo's sunglasses.

23   Q.  And how do you know that?

24   A.  Because he wears these for his broadcast.

25   Q.  And where did these sunglasses -- how did they get to the

O65VGUO4                          Ya Li - Direct

1    courtroom today?

2    A.  When he broadcast, wear these sunglasses.  I said, It's

3    looks cool.  It's very nice.

4            And he said, If you like it, I can give to you.

5            Then he sended it to me.  And today I bring it to

6    here.

7    Q.  Are those the sunglasses he sent to you?

8    A.  Yes.

9            MR. FERGENSON:  The government offers Government

10   Exhibit 37.

11           THE COURT:  No objection?

12           MS. SHROFF:  No, your Honor.

13           THE COURT:  It is admitted.

14           (Government's Exhibit 37 received in evidence)

15           MR. FERGENSON:  Your Honor, permission to publish

16   Government Exhibit 37 to the jury.

17           THE COURT:  You may.

18           MS. SHROFF:  Your Honor --

19           MR. FERGENSON:  Thank you, your Honor.

20           THE COURT:  Is there an application?

21           MS. SHROFF:  Your Honor, the evidence bag is not

22   opened, and I would --

23           MR. FERGENSON:  I'm going to open it.

24           MS. SHROFF:  Actually, I haven't seen the inside of

25   it.  So before he does that --

O65VGUO4                      Ya Li - Direct

1    BY MR. FERGENSON:

2    Q.  Ms. Li, we mentioned GTV earlier.  What was GTV?

3    A.  GTV is a platform Miles Guo established.  It's to produce

4    the truth and bring the true news from China to western country

5    and from western country to China.

6    Q.  And does it exist today?

7    A.  No.

8    Q.  Now, was there, in fact, a GTV website?

9    A.  Yes.

10   Q.  And what was on it?

11   A.  Once you registered and login, so then you can see the

12   broadcast videos and post.

13   Q.  Were there viewer numbers on the videos?

14   A.  Yes.

15   Q.  Approximately how many views in total were there on some of

16   Guo's videos on GTV?

17   A.  Can be millions.

18   Q.  As a general matter, how did those numbers compare with the

19   views of Guo's YouTube videos you had watched?

20   A.  That's sometimes 100 times more.

21   Q.  At the time when you were a supporter, did you think the

22   GTV viewer numbers were accurate?

23            MS. SHROFF:  Objection, your Honor.

24            THE COURT:  Overruled.  You may answer.

25   A.  Yes.

O65VGUO4                          Ya Li - Direct

1    Q.  Why?

2    A.  Because Miles Guo said his followers numbers about -- about

3    two billion all over the world.

4    Q.  Two billion?

5    A.  Yeah.

6    Q.  Sitting here today, Ms. Li, what's your opinion of whether

7    the GTV viewer numbers were accurate?

8            MS. SHROFF:  Objection.  The relevance.

9            THE COURT:  You may answer.

10            The objection is overruled.

11   Q.  Sitting here today, what's your opinion of whether the GTV

12   viewer numbers were accurate?

13   A.  No.

14   Q.  Why is that?

15   A.  Because too high.  And only his channel is this high.

16   Other -- other channels is low.

17   Q.  Ms. Li, when did you first hear of GTV?

18   A.  First hear GTV around early 2020.

19   Q.  And how did you hear about it?

20   A.  In Miles Guo's broadcast.

21   Q.  In his broadcast, what did Guo say GTV was?

22   A.  GTV is a media platform, will be like YouTube, Twitter,

23   yeah, like these kind of social media platform.

24   Q.  And where was -- what, if anything, did Guo say about where

25   GTV was trying to get its message to?

O65VGUO4                          Ya Li - Direct

1    A.  To mainland China.

2    Q.  And what was the significance of getting into mainland

3    China?

4    A.  Because Chinese government have the great firewall; they

5    block the messages, so they have very strict censorship there.

6    They can't get a lot of messages in the mainland China.

7    Q.  What, if anything, did Guo say about how he would get

8    through China's strict censorship?

9    A.  He said there's some Israel technology can help GTV to get

10   into the firewall.

11   Q.  Did he explain what that Israeli technology was?

12   A.  No.

13   Q.  At the time did you believe him?

14   A.  I believe it.

15   Q.  Ms. Li, what did Guo say about the value of GTV as an

16   investment?

17   A.  At that time is 20 billion.

18   Q.  And what did he say about the value of GTV a year later?

19   A.  600 billion -- sorry, 60 billion.

20   Q.  And what about the returns on investment, what did Guo say

21   about the return on investment?

22           MS. SHROFF:  Objection, your Honor.  There is no

23   delineation as to which investment the government is referring

24   to.

25           MR. FERGENSON:  I'm talking about GTV, your Honor.

O65VGUO4                        Ya Li - Direct

1            THE COURT:  With respect to GTV.

2   BY MR. FERGENSON:

3   Q.  With respect to GTV, what did he say about the returns on a

4   GTV investment?

5   A.  Can be 100 times.

6   Q.  What, if anything, did Guo say about the risks of investing

7   in GTV?

8   A.  There's no risk because all he guaranteed.

9   Q.  So you said earlier -- withdrawn.

10            What, if any, requirements were there for

11  participating as an investor in GTV?

12  A.  So requirement is you need to donate to Rule of Law

13  Foundation.

14  Q.  And what role -- excuse me.  What role, if any, did you

15  play in that process?

16  A.  I'm the one of the contact point.  So if his

17  followers/supporters want to join this investment, they can

18  contact me or Sara or Lude.

19  Q.  Ms. Li, if you could please try and speak loudly into the

20  microphone.

21  A.  Okay.

22  Q.  All right.  Now, you said you were one of the contacts?

23  A.  Yeah.

24  Q.  What did people contact you about?  What would they give

25  you?

O65VGUO4                        Ya Li - Direct

1    A.  So they would say they want to invest to GTV and send me

2    the receipt of their donation.  So I would check this, yeah.

3    Q.  And after you checked that they were donors, what did you

4    do after that?

5    A.  So I will send Miles Guo's WhatsApp number to them so they

6    can contact Miles Guo.

7    Q.  Ms. Li, as part of this process, what questions, if any,

8    did you ask the potential investors about their investing

9    experience?

10   A.  I don't --

11           MS. SHROFF:  Objection.

12           What's an investing experience?

13           THE COURT:  You may answer.

14   A.  I don't ask.

15   Q.  What questions, if any, did you ask these investors about

16   their ability to lose their investment?

17           MS. SHROFF:  Objection.

18           THE COURT:  You may answer.

19   A.  I don't ask.  So my role is just to checking if they are

20   donor or not, if they are true follower or not.

21   Q.  Then you said you gave them Miles Guo's number.  Was that

22   his real number?

23   A.  Yeah, his real WhatsApp number.

24   Q.  Ms. Li, what, if anything, did Guo say about institutional

25   or fund investors?

O65VGUO4                       Ya Li - Direct

1   A.  Yeah, there's institutional fund investment -- investors in

2   GTV as well.

3   Q.  And do you have any independent knowledge based on your

4   involvement of whether that's true?

5   A.  I don't know.  But that time we believe it.

6   Q.  With GTV, was this opportunity available at all times or

7   only a limited time?

8   A.  Only a limited time.

9   Q.  What did Guo say about that?

10  A.  He said that it will finish end of May.

11  Q.  Ms. Li, when Guo said all these things, at the time, did

12  you believe him?

13          MS. SHROFF:  Objection.  Asked and answered.

14          THE COURT:  Overruled.  You may answer.

15  A.  Yes, I totally believe, yeah.

16  Q.  What were the reasons you believed him?

17  A.  Because I already follow Miles Guo for three years, so I

18  trust him, everything.

19  Q.  Did you invest in GTV yourself?

20  A.  Yes.

21  Q.  Had you ever made a private placement investment before?

22  A.  No.

23  Q.  In deciding to invest, was what Guo said about risk

24  important to you?

25  A.  Yes.

O65VGUO4                          Ya Li - Direct

1    Q.  Was what Guo said about personally guaranteeing any losses

2    important to your decision to invest?

3    A.  Yes.

4    Q.  If you had known that Guo's statements about risks were

5    false, would you have invested?

6    A.  No.

7    Q.  If you had known that Guo wouldn't personally guarantee any

8    losses, would you have invested?

9    A.  No.

10   Q.  Ms. Li, when you invested in GTV, did you invest in your

11   personal name or in the name of an entity?

12   A.  Both.

13   Q.  Let's talk about them in turn.

14           So your personal name investment, how much was that

15   investment?

16   A.  About 120,000.

17   Q.  Whose money was that?

18   A.  That's some other followers' money.

19   Q.  And why did you invest in your name on behalf of other

20   people?

21   A.  Because that time the minimum investment requirement amount

22   is 100,000.  So if we can't individually invest that much

23   money, so several supporters can invest together.

24   Q.  And where did you send $120,000 in your name?

25   A.  Saraca.

O65VGUO4                        Ya Li - Direct

1    Q.  What was your understanding of what Saraca was?

2    A.  I don't know.  I just follow the instruction.

3    Q.  And where did you get those instructions?

4    A.  From Miles Guo's message.

5    Q.  What kind of message?

6    A.  WhatsApp message about the how to invest the GTV or the

7    document, yeah.

8    Q.  Turning to the investment in the name of an entity, Ms. Li,

9    what entity did you use to invest?

10   A.  My superfund.

11   Q.  What is a superfund?

12   A.  A superfund is a pension -- pension fund, is a retirement

13   money.

14   Q.  Whose retirement money was that?

15   A.  Me.

16   Q.  Why did you use a retirement account to invest in GTV?

17   A.  Because that time I thought this investment is low risk and

18   a long time and a good return, so it's a good support for

19   retirement.

20   Q.  How much did you invest with your retirement account?

21   A.  30,000.

22   Q.  Where did you send that money?

23   A.  Saraca.

24   Q.  Did you get the money from these investments back?

25   A.  Yes, I get my personal name's money back from SEC.

O65VGUO4                        Ya Li - Direct

1   Q.  And did you get 100 percent back from the SEC or less than

2   100 percent?

3   A.  About 92 percent.

4   Q.  After you got that money back, what did you do with it?

5   A.  I send them back to the other supporters.

6   Q.  What about the $30,000 from your retirement account, did

7   you get that money back?

8   A.  I haven't received refund yet.

9   Q.  Ms. Li, what was the reinvestment rule?

10  A.  Reinvestment rule is once you received the refund from SEC,

11  within 45 days you should invest this money back to the

12  investment project and then you can get five percent of H Coin.

13          THE COURT:  Where does the reinvestment rule come

14  from?

15          THE WITNESS:  Coming from Miles Guo.

16          MS. SHROFF:  Your Honor, may we have a sidebar,

17  please?

18          THE COURT:  Yes.

19          MS. SHROFF:  Thank you.

20          (Continued on next page)

21

22

23

24

25

```
 1                (At sidebar)

 2                MS. SHROFF:  Your Honor, I didn't object, but there is

 3     no such thing as the reinvestors' rule.

 4                MR. FERGENSON:  It's reinvestment.

 5                MS. SHROFF:  I hadn't finished, but you feel free.

 6                MR. FERGENSON:  I'm sorry.  I apologize.

 7                MS. SHROFF:  So it is a term of art that the

 8     prosecution and the witnesses call it the reinvestment rule.

 9                Mr. Guo is not attributed with the phrase of the

10     reinvestment rule.  And that translation by the government

11     would be wrong.  But I'm just pointing this out.

12                THE COURT:  So let's remain with that.

13                Where is it that you're getting this term from?

14                MR. FERGENSON:  The witness and other victims.

15                THE COURT:  So you're saying that they introduce the

16     term to you?

17                MR. FERGENSON:  Correct.

18                THE COURT:  Okay.

19                MS. SHROFF:  The question --

20                MR. FERGENSON:  They can cross on it.

21                MS. SHROFF:  The question the government posed is,

22     What was the reinvestment rule, right as though it is a rule.

23     It's assumed there is a rule.

24                There isn't any testimony that there was anything that

25     led them to conclude to it being called the reinvestment rule.
```

O65VGUO4                          Ya Li - Direct

1    So it's tantamount to say, you know, there is a PPM because

2    there is such a thing as a private placement memorandum, that's

3    a given.  The reinvestment rule is a term of art that they've

4    created.  And there is no indication that the witness has

5    created it first, and I can't tell from the 3500 material.  So

6    I did have an objection to that.

7              THE COURT:  Okay.  So before you continue, so

8    Mr. Fergenson has just said that this witness and others first

9    brought this term to the government.

10             MR. FERGENSON:  That's correct.

11             MS. SHROFF:  But there is no evidence of that in the

12   record.  He's adopted that.

13             THE COURT:  Well, he has a witness — witnesses who are

14   claiming that this term and concept existed.  So they may

15   testify about it, whether or not it's in 3500 materials.

16             MS. SHROFF:  Okay.  It's my objection, I think.

17             THE COURT:  It's overruled.

18             MS. SHROFF:  Okay.  That's fine.

19             I did have an ongoing objection, your Honor, and I've

20   stopped making them.  But I do believe that the government has

21   asked at least 50 times what the basis of the trust was.  And

22   they've gone over and over again at every juncture.  So to the

23   extent they want to get their witness back and we all have to

24   come in at 9 o'clock, I think that redundancy I just wanted to

25   note for the record.

1          THE COURT:  Okay.  I want to hear Mr. Fergenson on

2    that issue, please.

3          MR. FERGENSON:  I was asking about different topics

4    and different schemes.

5          MS. SHROFF:  He asked that in the beginning about all

6    of the schemes, okay?  He laid it all out and then he laid it

7    out when he showed the video about how it was that he called

8    himself Brother 7, and that was to establish family.  Then he

9    asked for all of the list of all of the investments, and he did

10   it again.

11         Look, there's a record, so the record will just speak

12   for itself.

13         THE COURT:  Yes.  And it is appropriate when you have

14   a litany of investments that he inquire as to why the

15   investment was made and whether or not they were trusting the

16   representations by Miles Guo.  There's no rule that says once

17   you've asked about it generally, that you cannot ask about the

18   individual investments.

19         MS. SHROFF:  But he's asked about the individual

20   investments at least twice now.

21         THE COURT:  Perhaps it's because your client made

22   these representations over and over and over again.

23         MS. SHROFF:  It could be.

24         But if the government wants to distinguish that he

25   made these representations over a period of years, that's fine.

O65VGUO4                          Ya Li - Direct

1   But that's not how he's doing it.  He's doing it project by

2   project and he's doing it repeatedly.  But that is my

3   continuing objection.

4           I also want to note that at no point when he was --

5   when this witness was shown a video, she did not in any way —

6   and she was questioned about this in terms of the Voice of

7   America broadcast.  Not once did she mention Voice of America.

8   Voice of America was interjected into --

9           MR. FERGENSON:  She said VOA, and I said VOA.  That's

10  it.

11          MS. SHROFF:  Okay.

12          MR. FERGENSON:  I didn't say Voice of America.

13          THE COURT:  So I heard VOA.  So are you challenging

14  that "VOA" stands for Voice of America?

15          MS. SHROFF:  No.  I'm challenging that it was the

16  witness who said it first as opposed to the government who said

17  it in their question.

18          But, again, the record is out there.  And I have a

19  continuing objection to the government lawyer including facts

20  that the witness has not testified to in the prompting of the

21  next question.  So those are my objections, your Honor.

22          THE COURT:  Well, to the extent that he is including

23  facts that are not yet in the record, the objection is proper.

24          MS. SHROFF:  Okay.

25          And finally, the rich list.  He's asked about the rich

O65VGUO4                          Ya Li - Direct

1    list at least three times.  Three times he's asked about this

2    rich list.  Over and over again he's asking about what the rich

3    list led her to conclude.  I think it's pretty much established

4    that she thought because of the rich list, he's rich.

5           But again, these are my asked-and-answered objections;

6    and I make them because, you know, it's their witness that they

7    want to get back to Australia.

8           THE COURT:  So it's strange, Ms. Shroff, that you are

9    complaining about the prosecution painting your client as

10   wealthy.  He appears in a number of videos in extravagant

11   settings.

12          MS. SHROFF:  I'm not complaining they are painting him

13   as wealthy.  It's a given.  I'm happy to have them do it.

14          I'm just complaining that they are doing it over and

15   over again in a cumulative manner, thereby suggesting to the

16   jury that there's something wrong with wealth.  We may not like

17   wealth.  It's not my thing in life; you know, I'm an indigent

18   defense lawyer for the most part.  But frankly, it's over the

19   top here.

20          And the juxtaposition by the government, each time,

21   even with the witnesses yesterday, the juxtaposition of the

22   opulence to show -- to place it, it's my -- look, the Court --

23   obviously you've overruled my objection.  I most respectfully

24   understand that.  I just wanted to have it on the record,

25   that's all.

1          THE COURT:  It sounds to me like you're trying to

2     argue that your client's excess is being portrayed excessively.

3          MS. SHROFF:  Yes, I am.  That's exactly right.  Thank

4     you.  That is exactly right.  In an unfair, cumulative manner,

5     and in a manner that is unduly prejudicial at this point.  Even

6     rich people deserve a good defense, and that is why I am

7     objecting.  I think it's cumulative.  It's beyond the point

8     cumulative.

9          THE COURT:  I agree that he deserves a defense.  But

10    it is Mr. Guo who puts himself next to the Lamborghini and the

11    jet and in a living room with gilded objects.

12         MS. SHROFF:  I agree.  It's not my thing.  I

13    understand.  But it's also unduly prejudicial when it's put

14    before the same witness over and over.  He's asked about the

15    rich list three times.  Is that enough or do we need to hear

16    about the rich list five more times?

17         THE COURT:  Okay.  Enough on the rich list.

18         MR. FERGENSON:  I'm done with the rich list, your

19    Honor.  I would like to keep the examination going, that's all.

20         THE COURT:  Okay.

21          (Continued on next page)

22

23

24

25

O65VGUO4                          Ya Li - Direct

```
 1                  (In open court)
 2                  THE COURT:  You may continue.
 3                  MR. FERGENSON:  Thank you, your Honor.
 4       BY MR. FERGENSON:
 5       Q.  Ms. Li, who came up with the reinvestment rule?
 6       A.  Miles Guo.
 7                  MR. FERGENSON:  Ms. Loftus, could you please show the
 8       witness what's marked as Government Exhibit VK-5.
 9       Q.  Ms. Li, what's this document?
10       A.  Contract of the GTV private placement.
11       Q.  Did you receive this document as part of your investment?
12       A.  Yes.
13                  MR. FERGENSON:  Government offers Government Exhibit
14       VK-5.
15                  MS. SHROFF:  No objection, your Honor.
16                  THE COURT:  It is admitted.
17                  (Government's Exhibit VK-5 received in evidence)
18                  MR. FERGENSON:  Can you publish, please.
19       Q.  While it's coming up, Ms. Li, who did you receive the
20       document from?
21       A.  From Miles Guo.
22       Q.  Ms. Li, do you see at the very top it says:  "GTV,
23       everything is just the beginning"?
24       A.  Yes.
25       Q.  And towards the middle, what's the date?
```

1  A.  Date, 20th of April, 2020.

2              MR. FERGENSON:  All right.  Ms. Loftus, if we can go

3  down to page 10.  And could we zoom under -- blow up "4, Use of

4  Proceeds."  Thank you.

5  Q.  Ms. Li, I'll just read the text under "Use of Proceeds."

6              It says:  GTV Media plans to use the proceeds from a

7  private placement to expand and strengthen the business.  The

8  contemplated use of proceeds is as follows:  Acquisition of

9  companies to strengthen and grow GTV, approximate 70 percent;

10  upgrade of GTV technology and security, approximate 10 percent;

11  marketing, approximate eight percent; working capital,

12  approximate seven percent; and other, approximate five percent.

13              Ms. Li, in the chart is there anything about hedge

14  fund investments?

15              MS. SHROFF:  Your Honor, is the government asking

16  about her present reading of this chart or is the government

17  trying to elicit evidence that she ever reviewed this chart

18  before today?

19              MR. FERGENSON:  I'm asking her about a document in

20  evidence, whether it lists anything about hedge funds.

21              THE COURT:  All righty.  So you'll answer whether or

22  not the document in front of you lists anything about a hedge

23  fund.

24              THE WITNESS:  No.

25  Q.  Is there anything about investing in Hayman Capital?

O65VGUO4                          Ya Li - Direct

1   A.  No.

2   Q.  Now, Ms. Li, when you invested in GTV, did you read the

3   documents closely?

4   A.  No, I don't read.  I just sign where I need to sign.

5           MR. FERGENSON:  Ms. Loftus, we can take this down.

6   Q.  Why didn't you read the documents closely?

7   A.  Because I trust Miles Guo 100 percent.

8   Q.  And this was GTV.  What about the other contracts and

9   documents?

10  A.  Same.  I just sign where I need to sign.

11  Q.  What did you rely on in making your investment decisions?

12  A.  What he said in Miles Guo's broadcast.

13  Q.  In his broadcasts, did Guo ever say that your GTV

14  investment money would be used to invest in a hedge fund?

15  A.  No.

16  Q.  If you had known that your money would be sent to a hedge

17  fund, would you have invested?

18  A.  No.

19  Q.  Now, did Guo ever discuss in broadcasts investing himself

20  in a hedge fund?

21  A.  Yes.

22  Q.  What did he say?

23  A.  He said Saraca invested.

24  Q.  Invested in what?

25  A.  But not GTV.

O65VGUO4                          Ya Li - Direct

1   Q.  I'm sorry, Ms. Li?

2   A.  Saraca invested, but not GTV.

3   Q.  And what did he say Saraca invested in?

4   A.  100 million.

5          MS. SHROFF:  Objection.

6          Nonresponsive, and I move to strike.

7          THE COURT:  Overruled.  You may -- the answer stands.

8   Q.  And where did he say he sent that 100 million?

9   A.  In the broadcast.

10         MR. FERGENSON:  Ms. Loftus, if we could show the

11  witness what's marked as Government Exhibit VI-158.  And if we

12  could put it on mute, you can play some of it.  You can skip

13  forward, Ms. Loftus.  You can skip all the way to the end.

14  Q.  All right.  Now, Ms. Li, what is this a video of?

15  A.  This is Miles Guo's broadcast.

16  Q.  Did you watch this broadcast at the time?

17  A.  Yes.

18         MR. FERGENSON:  The government offers Government

19  Exhibit VI-158.

20         MS. SHROFF:  May I ask, your Honor?

21         THE COURT:  Yes, you may.

22  VOIR DIRE EXAMINATION

23  BY MS. SHROFF:

24  Q.  Ms. Li, what year was this broadcast?

25  A.  2020.

O65VGUO4                          Ya Li - Direct

1   Q.  You believe this broadcast was made in 2020?

2              MR. FERGENSON:  Excuse me, your Honor.  It's not cross

3   yet.

4              MS. SHROFF:  I can't hear her.

5              THE COURT:  Her answer was 2020.

6   BY MS. SHROFF:

7   Q.  Is it your testimony you saw this in 2020 or in preparation

8   with the government or both?

9   A.  Yes.

10             THE COURT:  Are you saying that you saw it in 2020?

11             THE WITNESS:  When this broadcast, I saw it.

12             MS. SHROFF:  I have no objection.

13             THE COURT:  It is admitted.

14             (Government's Exhibit VI-158 received in evidence)

15             MR. FERGENSON:  Ms. Loftus, if we could -- actually,

16  just for the moment, your Honor, pursuant to the stipulation

17  regarding translations of GX VI exhibits, it's Stip-10, the

18  government will also offer the translation, it's Government

19  Exhibit VI-158-T.

20             THE COURT:  It is admitted.

21             (Government's Exhibit VI-158-T received in evidence)

22             MR. FERGENSON:  Thank you, your Honor.

23             All right.  Ms. Loftus, let's play this with sound and

24  then we'll go to the translation.

25             (Video played)

O65VGUO4                    Ya Li - Direct

1              MR. FERGENSON:  Ms. Loftus, let's publish the

2    translation Government Exhibit VI-158-T, please.  At the top,

3    please, Ms. Loftus.

4    BY MR. FERGENSON:

5    Q.  So, Ms. Li, focusing you on the third row down, date,

6    what's the date of that video?

7    A.  11th November, 2020.

8              MR. FERGENSON:  Let's scroll down to the text, please,

9    Ms. Loftus.  And if we could blow it up, please.

10   Q.  And I'll go ahead and read the text, Ms. Li.

11             At the beginning, my comrades wanted to follow Kyle

12   Bass, Kyle Bass to do the 200 times leverage.  Many comrades

13   said that, this, Brother 7, sent me a lot of messages, Brother

14   7, I wanted to invest money.  I wanted to invest money in

15   shorting the Hong Kong dollar at 200 times the leverage.  They

16   all wrote authorization letters to me, but I refused them all.

17   Everyone remembers this matter, right?

18             The U.S. media announced that Biden was elected.  The

19   Hong Kong dollar.  Do you know how much you lost by shorting

20   the Hong Kong dollar, brothers and sisters?  All Kyle Bass

21   funds lost 50 percent, lost 50 percent.  You did not lose,

22   fellow comrades, Saraca, you did not invest, Saraca invested.

23   Saraca invested 100 million, 100 million U.S. dollars, and now

24   it has lost 50 million.  It has lost 50 million.

25             The day before yesterday, received a notification from

1    the fund telling everyone that half of your account balance has

2    been lost in the market, which is 50 million.  Brothers and

3    sisters, if you said that Wengui had a bad conscience at the

4    time, I would ask my comrades to invest, then today half of

5    your money would have been lost.

6         I would like to ask everyone, is there any reason why

7    GTV investment will be reduced by half?  Never.  Please, you

8    can take everything.  It will never be.  This is Wengui's

9    feelings for his comrades.  You can never lose half of your

10   investment in GTV because every penny you invest must be

11   audited by American legal accountants.

12        I can't use the money you invested to buy a Japanese

13   meal today, so I would be arrested directly.  The United States

14   will really arrest you.  Then you want to, the money invested

15   by the comrades will all be in the comrades' companies and GTV

16   will never be able to.  But if you heard today that you will

17   lose 50 percent of your money because of Biden's false

18   election, how painful would it be for you?  Can Wengui sit here

19   and have a Japanese meal with you?  Impossible.  Brothers and

20   sisters, this is Wengui measured by facts.

21        Ms. Li, towards the top and in the bottom of the first

22   paragraph, where it says:  They all wrote authorization letters

23   to me, but I refused them all.  Everyone remembers this matter,

24   right?

25        Do you remember that?

1    A.  I don't remember.

2    Q.  Did you write him an authorization letter?

3    A.  No, I didn't.

4    Q.  To your knowledge, did anyone else?

5    A.  I don't know anyone else.

6    Q.  And Ms. Li, a little lower down, where he said:  You did

7    not use fellow fighters, Saraca, you did not invest, Saraca

8    invested, Saraca invested 100 million U.S. dollars, and now it

9    has lost 50 million, lost 50 million.

10           What did you understand that to mean?

11   A.  This means our GTV investment didn't invest to that the

12   fund, but Saraca invested.  The Saraca is his money, not using

13   investors' money.

14   Q.  And a little lower down when he said:  I can't use the

15   money you invested to buy a Japanese meal today, so I will be

16   arrested directly.  What did you understand that to mean?

17   A.  So he knows he can't use invested money even to buy a

18   Japanese meal, otherwise he will be arrested.

19   Q.  What's your understanding of why he referenced a Japanese

20   meal?

21   A.  When he doing this broadcast, he's eating the Japanese meal

22   at that time.

23   Q.  Ms. Li, did you think your money or any GTV investment

24   money was being used to invest in Kyle Bass's hedge fund?

25   A.  No.

O65VGUO4                          Ya Li - Direct

1    Q.  Why not?

2    A.  Because he said -- he said all our money isn't invest

3    there, only Saraca's money.  And if he use the our money, he

4    will be arrested.

5    Q.  Ms. Li, what were the farms?

6    A.  Farm is Miles Guo established around April/May 2020.

7    Q.  And --

8    A.  It's a -- it's supporters group over the world, so every --

9    every country we have a loan farm for his supporters.

10   Q.  Were the farms operating since 2020, you said, through your

11   time working for Miles Guo?

12   A.  Yes.

13   Q.  Who, if anyone, told the farms what to do?

14   A.  Miles Guo.

15   Q.  How do you know that?

16   A.  Because he told me.

17   Q.  What was the Himalaya Farm Alliance?

18   A.  Is all the farm together, we call it Himalaya Alliance.

19   Q.  Who is Brother Long Island?

20   A.  He's Himalaya Alliance secretary.

21   Q.  And Ms. Li --

22              MS. SHROFF:  I'm sorry, I cannot hear her.

23              THE COURT:  Please speak up.

24   Q.  If you point it towards you, it might work better.

25   A.  He's Himalaya Alliance secretary.

O65VGUO4                        Ya Li - Direct

1   Q.  What other names did Brother Long Island go by?

2   A.  Chang Dao Ge.

3   Q.  Do you know his real name?

4   A.  Yes.

5   Q.  What is it?

6   A.  Xia Qi Dong.

7   Q.  Could you spell that?

8   A.  X-I-A-Q-I-D-O-N-G.

9   Q.  What was the Iron Blood Group?

10  A.  Iron Blood Group is created by Miles Guo about

11  December 2020.  This group requires a member need to be

12  selfless, have strong mind, as iron on the stew, and keep

13  judgment, justice, result, result in personal interest,

14  personal benefits.

15  Q.  Who are the members of the Iron Blood Group?

16  A.  Initially is Brother Chang Dao, Lao Ban Zhang.

17  Q.  If you could spell that.

18  A.  L-A-O-B-A-N-Z-H-A-N-G.

19          And then is UK David, and the Japan Grassroot Brother

20  Caogen Xiaoge.  And around April I been added in.

21  Q.  April of what year?

22  A.  April 2021.

23  Q.  Was Miles Guo a member?

24  A.  Yes.

25  Q.  Who came up with the name Iron Blood Group?

O65VGUO4                          Ya Li - Direct

1    A.  Miles Guo.

2    Q.  Why was "blood" in the name?

3    A.  Iron means we need to have a strong mind like iron in the

4    stew.  Blood is we like brother and sisters, and our life and

5    death together.

6    Q.  How would Guo communicate instructions to the farms?

7    A.  We have a group.  So he will send some messages, voice

8    messages into the group.  And then sometimes we have meeting,

9    online meeting.

10   Q.  How often would you have meetings with Guo?

11          MS. SHROFF:  I'm sorry.  General meetings or is she

12   testifying to the Iron Blood Group meetings?

13          THE COURT:  If you'll break it down, please.

14          MR. FERGENSON:  Yes, your Honor.

15   Q.  Let's start with this first:  How often would there be Iron

16   Blood Group meetings?

17   A.  Can be anytime when Miles Guo required.

18   Q.  About how long would the meetings be?

19   A.  Can be 30 minutes to few hours.

20   Q.  What sorts of things would be discussed?

21   A.  About management of the Himalaya Alliance and the -- some

22   investment issues and some other issues coming from other farm,

23   yeah.

24   Q.  What were some of the issues with investments?

25   A.  Like we -- how we start the new project, what's the rule,

O65VGUO4                          Ya Li - Direct

```
 1    how to record supporters' investment, and checking

 2    investment -- supporters' investment.

 3    Q.  Who gave directions on what to do with investment issues?

 4    A.  Miles Guo.

 5    Q.  How do you know that?

 6    A.  Because he gave me directions.

 7    Q.  Ms. Li, what was the NFSC?

 8    A.  NFSC is New Federal State of China, established 4th of

 9    June, 2020 by Miles Guo and Steve Bannon.

10    Q.  And what was the connection, if any, between the farms and

11    the NFSC?

12    A.  All the farms is under New Federal State of China.  This is

13    our group formal name, our organization's formal name.

14    Q.  Was G Clubs another term for the farms or NFSC?

15    A.  No.

16    Q.  Why not?

17    A.  G Club is one of the G Series business.

18    Q.  Ms. Li, what was the farm loan program?

19    A.  Farm loan program start around July 2020.  That time the

20    GTV private placement already finished.  Miles Guo said there

21    still very high demand for GTV shares, and the solution is we

22    start a farm loan program.  So through this farm loan program,

23    so the other supporters who missing out the private placement

24    can still get GTV shares.

25    Q.  What did Guo say about how this farm loan program would
```

1  work?

2  A.  So supporters send money to each farm and they sign a loan

3  agreement.  And then farm will send the money to Miles Guo's

4  company and sign agreement, and eventually the supporters will

5  get GTV shares.

6  Q.  When you say "farms would send money to Miles Guo's

7  company," how did you refer to that company?

8  A.  We called him headquarter companies.

9  Q.  What's a headquarter company?

10  A.  That's Miles Guo's companies.

11  Q.  Who came up with that term?

12  A.  Miles Guo.

13  Q.  Now, Ms. Li, what was the name of your farm?

14  A.  G Translators.

15  Q.  Did G Translators have a company?

16  A.  Yes.

17  Q.  And what was the name of your farm's company in summer

18  2020?

19  A.  G Translators Pty. Ltd.

20          THE COURT:  So I need you to speak into the

21  microphone.  Speak more loudly.

22  Q.  Ms. Li, if you can point it toward your mouth, I think that

23  can help the feedback.

24  A.  Okay.

25  Q.  Okay.  G Translators Pty., Ltd.  Did G Translators

1    participate in a farm loan program?

2    A.  Yes.

3    Q.  Did you sign loan agreements with members and collect

4    money?

5    A.  Yes.

6    Q.  Where did you get the loan agreement from?

7    A.  From Miles Guo.

8    Q.  Did he send it directly or through someone else?

9    A.  Through Brother Island Chang Dao.

10   Q.  Did you sign the loan agreements with your members?

11   A.  Yes.

12   Q.  And did you sign for yourself or on behalf of your farm?

13           Or withdrawn.

14           Did you sign for the farm?

15   A.  Yes.

16   Q.  Ms. Li, to your understanding, was G Translators actually

17   borrowing money from these members?

18   A.  No.

19   Q.  Why were you collecting money from members?

20   A.  We collecting monies and then we send it to Miles Guo's

21   company.

22   Q.  And what was the purpose of doing that, to your

23   understanding?

24   A.  To get GTV shares.

25   Q.  Approximately how much money did G Translators collect from

1   its members in the first farm loan program?

2   A.  About three million.

3   Q.  From approximately how many members?

4   A.  About 14 members.

5   Q.  And did you send your own money in this farm loan program?

6   A.  No.

7   Q.  Why not?

8   A.  Because I already participate the GTV private placement; I

9   already have the GTV shares.

10  Q.  After G Translators collected the $3 million from members,

11  what did you do next?

12  A.  Ask Miles Guo where should I send this money, and then he

13  send me a bank account.

14  Q.  Did you ask Miles Guo where to send the money directly or

15  through an intermediary?

16  A.  Directly.

17  Q.  How did he respond?

18  A.  He send me a bank account detail.

19  Q.  What was the name of the bank account?

20  A.  Medical Supply.

21  Q.  And what country was that bank account in?

22  A.  In U.S.

23  Q.  Did you, in fact, send money to the Medical Supply bank

24  account in the U.S.?

25  A.  Yes.

O65VGUO4                          Ya Li - Direct

1   Q.  How much did you send?

2   A.  About two million.

3   Q.  Why did you only send two million of the three million?

4   A.  Because Miles Guo ask me to keep one million to pay some

5   expenses.

6   Q.  We'll come back to the one million.

7   A.  Yeah.

8   Q.  When you sent the two million to Medical Supply, was there

9   a loan agreement between G Translators and Medical Supply?

10  A.  No.

11  Q.  Was there any other contract between G Translators and

12  Medical Supply?

13  A.  No.

14  Q.  Why were you comfortable sending that $2 million to Medical

15  Supply at that time?

16  A.  Because I trust Miles Guo 100 percent.

17  Q.  Did you know anything about what the Medical Supply was?

18  A.  No, I thought one of his company.

19  Q.  Approximately when did you send the $2 million to the

20  Medical Supply account?

21  A.  October 2020.

22  Q.  Now, you said there was no contract at that time; correct?

23  A.  No.

24          MS. SHROFF:  Objection.  Asked and answered.

25          THE COURT:  Overruled.

O65VGUO4                         Ya Li - Direct

 1              MR. FERGENSON:  I'll move on.

 2              THE COURT:  Go ahead.

 3   Q.  Were you ever provided a loan agreement or contract with

 4   Medical Supply?

 5   A.  Yes -- no.  Sorry.

 6   Q.  That's okay.

 7              Let me ask, were you ever provided a loan agreement or

 8   contract with Medical Supply?

 9   A.  No, never.

10   Q.  Did there come a time when you were provided an agreement

11   with a different company?

12   A.  Yes.

13   Q.  Around when were you provided that agreement?

14   A.  About a year later.

15   Q.  Now, before you got that agreement, what, if any,

16   discussions were there about which company G Translators would

17   have a loan agreement with?

18   A.  It is discussion with the Brother Long Island Chang Dao

19   about who sign this loan agreement.  Brother Chang Dao said

20   before we prepare to sign with ACA, but William Je refuse to

21   sign, so we have to find another company to sign.  We're

22   waiting -- waiting for instruction another company to sign.

23   Because I ask why take so long to get the agreement.

24   Q.  You said Chang Dao mentioned ACA.

25   A.  Yeah.

O65VGUO4                        Ya Li - Direct

1    Q.  What, if any, knowledge did you have about what ACA was?

2    A.  ACA is one of Miles Guo's company.

3    Q.  To your knowledge, where is it?

4    A.  In Abu Dhabi.

5    Q.  Did you have any other information about it?

6    A.  No.

7    Q.  Did you know what William Je's role was at ACA?

8    A.  I don't know.

9            THE COURT:  Are you saying Abu Dhabi?

10           THE WITNESS:  Abu Dhabi.

11   Q.  Ms. Li, just try and keep your voice up, please.

12   A.  Okay.

13   Q.  Thank you.

14           Did you know why a loan agreement with ACA would have

15   required William Je to sign it?

16   A.  I don't know.

17   Q.  Now, Ms. Li, were you sent a loan agreement between your

18   farm and ACA?

19   A.  No.

20   Q.  What was the company on the loan agreement you ultimately

21   received?

22   A.  Alfa Global Ventures.

23           MR. FERGENSON:  Ms. Loftus, if we could show the

24   witness what's marked as Government Exhibit VI-20.

25   Q.  Ms. Li, what's this document?

1   A.   This loan agreement between my farm, G Translator, with

2   headquarter company called Alfa Global Ventures Limited.

3            MR. FERGENSON:   The government offers Government

4   Exhibit VI-20.

5            THE COURT:   No objection?

6            MS. SHROFF:   Your Honor, may we just have a minute?

7            THE COURT:   Okay.

8            (Counsel conferred)

9            MS. SHROFF:   We have no objection.

10            THE COURT:   It is admitted.

11            (Government's Exhibit VI-20 received in evidence)

12            MR. FERGENSON:   Thank you, your Honor.

13            If we could publish that, please, Ms. Loftus.

14   BY MR. FERGENSON:

15   Q.   All right.  Ms. Li, do you see at the top here, top center

16   it says "Promissory Note"?

17   A.   Yes.

18   Q.   Beneath that, what is the principal amount?

19   A.   Three million.

20   Q.   Three million and some change?

21   A.   Yeah.

22   Q.   And what was the effective date?

23   A.   8th of October, 2020.

24   Q.   Is that the date you received this loan agreement?

25   A.   No, this is the day I send the money to Medical Supply.

O65VGUO4                        Ya Li - Direct

1   Q.  And about how long after October 8, 2020 did you receive
2   this agreement?
3   A.  About a year later.
4           MR. FERGENSON:  Ms. Loftus, if we could zoom out.  And
5   if we could blow up the bottom third or so where it says "Now
6   therefor."
7   Q.  Who is the borrower in this loan agreement?
8   A.  It's called Alfa Global Ventures Limited, a British Virgin
9   Island corporation.
10  Q.  Did you send money to Alfa Global Ventures Limited?
11  A.  No.
12  Q.  All right.  Now, Ms. Li, underneath interest rate --
13          MS. SHROFF:  Your Honor, to the extent it's relevant,
14  it's past 2:45.  I didn't know how long we were going today.
15          THE COURT:  We're going to go to 3.
16  Q.  Actually, before we turn to interest rate, on Alfa Global,
17  where was that company based?
18  A.  British Virgin Island.
19  Q.  All right.  And now focusing on interest rate, what is the
20  interest rate listed in the contract?
21  A.  Three percent per annum.
22  Q.  Three percent per annum?
23          MR. FERGENSON:  Ms. Loftus, if we could scroll down to
24  the bottom, page 7.
25  Q.  Who signed this?

1   A.  It's me.

2   Q.  Who signed it for the borrower?

3   A.  No one.

4   Q.  Is there a name listed?

5   A.  No.

6   Q.  Is there a title listed?

7   A.  No.

8   Q.  Ms. Li, have you reviewed this contract previously?

9   A.  No.

10  Q.  Why did you sign it?

11  A.  Because this every farm required to sign.

12          MR. FERGENSON:  We can zoom out.

13  Q.  Ms. Li, who sent you this loan agreement?

14  A.  Zhang Yongbin.

15          MR. FERGENSON:  Ms. Loftus, if we could show the

16  witness what's marked as Government Exhibit 121.

17  Q.  Ms. Li, who's this?

18  A.  Zhang Yongbin.

19          MR. FERGENSON:  Government offers Government Exhibit

20  121.

21          MS. SHROFF:  No objection, your Honor.

22          THE COURT:  It is admitted.

23          (Government's Exhibit 121 received in evidence)

24          MR. FERGENSON:  Can you please publish, Ms. Loftus.

25  Q.  Ms. Li, who is Zhang Yongbin?

O65VGUO4                          Ya Li - Direct

```
 1   A.  Zhang Yongbin is one of Miles Guo's supporters.

 2   Q.  And what's your understanding of his occupation?

 3   A.  He's a lawyer, immigration lawyer in U.S.

 4   Q.  After you signed the Alfa Global loan agreement, what did

 5   you do with it?

 6   A.  I send it back to him.

 7   Q.  Did you ever receive a copy signed by Alfa Global?

 8   A.  No.

 9   Q.  We saw the loan agreement included interest payments;

10   correct?

11   A.  Yes.

12   Q.  Were you ever asked to calculate what you were owed?

13   A.  Yes.

14   Q.  By whom?

15   A.  Zhang Yongbin.

16   Q.  When did Zhang Yongbin ask you to do that?

17   A.  Same time, when we prepare this loan, sign this loan

18   agreement.

19   Q.  And what did you do in response?

20   A.  I calculated and send it to Zhang Yongbin.

21   Q.  Did you ever receive interest payments?

22   A.  No.

23   Q.  To your knowledge, did your farm members ever receive

24   interest payments?

25   A.  No.
```

1    Q.  Did you ever receive GTV stock?

2    A.  No.

3    Q.  To your knowledge, did your farm members ever receive GTV

4    stock?

5    A.  No.

6              MR. FERGENSON:  You can take it down, Ms. Loftus.

7    Q.  Now, Ms. Li, are you aware of other farms receiving

8    interest payments?

9    A.  Yes.

10   Q.  Which ones?

11   A.  Mountain Spices.

12   Q.  Any others?

13   A.  No.

14   Q.  Where was Mountains of Spices based?

15   A.  In New York, a New York farm.

16   Q.  And what, if any, connection did Brother Chang Dao or

17   Brother Long Island have to that?

18   A.  He's leader of this farm.

19   Q.  And how do you know that that farm received interest

20   payments?

21   A.  We have a discussion with Brother Island Chang Dao, and he

22   said --

23   Q.  Ms. Li, please keep your voice up.

24   A.  Oh.  We have a discussion with Brother Island Chang Dao.

25   He said that Mountain Spices farm received the interest.

O65VGUO4                          Ya Li - Direct

```
 1   Q.  What's your understanding of why Mountains of Spices
 2   received interest payments?
 3   A.  Because that time SEC start investigation Mountain Spices
 4   farm.
 5   Q.  And what did the SEC's investigation have to do with paying
 6   interest to Mountains of Spices?
 7           MS. SHROFF:  Objection.
 8   Q.  To your understanding.
 9           THE COURT:  You may answer.
10   A.  Because they want to show the SEC this real loan, not for
11   GTV shares.
12   Q.  Ms. Li, were the farm loan program contracts real loans?
13   A.  No, it's for GTV shares.
14   Q.  Now, we talked about how Miles Guo told you to send your
15   farm's money to Medical Supply or two million to Medical
16   Supply.
17   A.  Yeah.
18           MS. SHROFF:  Objection.  That was not a question.
19           THE COURT:  The question is coming.
20   Q.  Did Miles Guo tell you where to send the -- send other
21   farms' loan program funds as well?
22   A.  Yes.
23   Q.  Please describe how that worked.
24   A.  So other farm collect enough money so they would ask for
25   bank account.  Then I would ask Miles Guo where to send.  He
```

1    will send me the bank account detail and I send back to other

2    farms.

3    Q.  Where was the other farm loan money being sent?

4    A.  ACA Capital.

5    Q.  And remind us, where is ACA Capital's bank account?

6    A.  It's in Abu Dhabi.

7    Q.  Now, Ms. Li, you said earlier Guo told you to keep $1

8    million of your farm money; correct?

9    A.  Yeah.

10   Q.  What did you do with that $1 million?

11   A.  So I made payment to IT Contractors customer services, and

12   as Miles Guo's other directions.

13   Q.  Did you coordinate that with Guo directly?

14   A.  No, is through Yvette Wang.

15   Q.  And why did you coordinate with Yvette Wang on that?

16   A.  Miles Guo say Yvette Wang will tell me how to do it.

17   Q.  What is Yvette Wang's Chinese name?

18   A.  Wang Yan Pin.

19   Q.  Could you -- for the court reporter, could you please spell

20   that, Ms. Li.

21   A.  W-A-N-G, Y-A-N, P-I-N.

22            MR. FERGENSON:  Ms. Loftus, could we please show just

23   the witness what's marked as Government Exhibit VI-173.  And we

24   could scroll a couple of pages down for the witness.  And we

25   could scroll up.

1  Q.  Ms. Li, what's this document?

2  A.  This confirmation about G Translators farm loan program pay

3  for headquarter some expenses.

4  Q.  And who signed this document?

5  A.  Wang Yan Pin and me.

6              MR. FERGENSON:  The government offers Government

7  Exhibit VI-173.

8              THE COURT:  No objection?

9              MS. SHROFF:  Your Honor, I think we do actually have

10  an objection.

11              THE COURT:  All right.  So let's save that for later

12  on.

13              MR. FERGENSON:  Given the time, your Honor, would you

14  like me to -- I think it's maybe 2:58.  Should we break at this

15  point?

16              THE COURT:  Yes, I think it's a good idea.

17              So, members of the jury, we're going to stop for the

18  day.  Tomorrow morning you'll come in at -- into the courtroom

19  at 9, but you can come into the jury room at 8:30; your

20  breakfast will be there at 8:30.

21              Remember that you're not allowed to discuss the case

22  amongst yourselves, you're not permitted to let others discuss

23  it in your presence.  Don't read, watch or listen to anything

24  from any source concerning anything having to do with this

25  case.  Have a good evening.

1           (Jury not present)

2           THE COURT:  You may be seated.

3           MR. FERGENSON:  Your Honor, may we excuse the witness?

4           THE COURT:  Yes, you may be excused.  And don't

5     discuss your testimony.  You may step off -- out.

6           (Witness not present)

7           THE COURT:  So I would like the attorneys to be ready

8     tomorrow at 8:45 to discuss any matters before we start at 9

9     a.m.

10          MR. FERGENSON:  Yes, your Honor.

11          THE COURT:  Is there anything -- well, we have the

12    open objection.  Ms. Shroff.

13          MS. SHROFF:  Your Honor, I actually just wanted -- I

14    have to confer, because I wasn't sure about the translation to

15    173.  So that was essentially my objection.  And I'd be happy

16    to get back to them before court tomorrow as to whether or not

17    we maintain the objection or not.

18          MR. FERGENSON:  It is mostly in Mandarin, your Honor.

19    There's parts of it that are just in English.  We're not

20    offering a translation, just the original.

21          MS. SHROFF:  So this is a new one for me.

22          I'm pretty sure that one juror has some language

23    skills.  I can't take a position right now.  I do need to

24    confer.  I'd be happy to --

25          THE COURT:  All right.  So we can discuss that at 8:45

O65VGUO4                          Ya Li - Direct

1    tomorrow.

2              Is there anything else?

3              MR. FERGENSON:  I think, your Honor, we could probably

4    be able to give them a translation.  We're happy to try and do

5    that as soon as we can after this so they can review it.  And

6    if we want to offer the translation, we're fine with that, too.

7              THE COURT:  Okay.  That's a good idea.

8              MR. FERGENSON:  Thank you, your Honor.

9              MS. SHROFF:  Your Honor, I had a commitment tomorrow

10   morning, which I'm happy to move around, but I have the same

11   one on Friday.  I just need to know how much longer the direct

12   will be.  I'm not asking the Court to change its position of

13   having anybody come in earlier.  I just need to know if we are

14   actually going to go all day tomorrow for the direct.

15             MR. FERGENSON:  I'm sorry, is the question if my

16   direct will go all day?

17             MS. SHROFF:  How long his direct will go, that's the

18   question.

19             MR. FERGENSON:  It's always -- I'm always -- I'm

20   hesitant to estimate.  I don't think all day, your Honor, but

21   there's a fair amount more to talk about.  I'd say possibly

22   two-thirds, maybe less of -- two-thirds remaining, hopefully a

23   little less than that.

24             MS. SHROFF:  Okay.  I will move my schedule around.

25             It's fine.  It's okay, your Honor.  Thank you.

O65VGUO4                          Ya Li - Direct

1              THE COURT:  Is there anything else you wanted to

2      raise?

3              MS. SHROFF:  No, your Honor.  Thank you.

4              THE COURT:  All righty.  Have a good evening.

5              MR. FERGENSON:  Thank you, your Honor.

6              (Adjourned to June 6, 2024 at 8:45 a.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

INDEX OF EXAMINATION

2    Examination of:                         Page

3    JENNY LI

4    Cross By Mr. Schirick . . . . . . . . . . .1259

5    YA LI

6    Direct By Mr. Fergenson . . . . . . . . . .1315

7

GOVERNMENT EXHIBITS

8    Exhibit No.                     Received

9    VI-184 . . . . . . . . . . . . . . . . . .1344

10    Stip-10 . . . . . . . . . . . . . . . . .1345

11    184-T . . . . . . . . . . . . . . . . . .1346

12    37 . . . . . . . . . . . . . . . . . . .1349

13    VK-5 . . . . . . . . . . . . . . . . . .1365

14    VI-158 . . . . . . . . . . . . . . . . . .1369

15    VI-158-T . . . . . . . . . . . . . . . . .1369

16    VI-20 . . . . . . . . . . . . . . . . . .1383

17    121 . . . . . . . . . . . . . . . . . . .1385

18

19

20

21

22

23

24

25