O7ABGUO1

```
1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x
     UNITED STATES OF AMERICA,
3
                v.                          23 Cr. 118 (AT)
4
     MILES GUO,
5
                    Defendant.              Trial
6    ------------------------------x
                                            New York, N.Y.
7                                           July 10, 2024
                                            9:00 a.m.
8
     Before:
9
10                      HON. ANALISA TORRES,

11                                          District Judge
                                             -and a Jury-
12
                            APPEARANCES
13
     DAMIAN WILLIAMS
14        United States Attorney for the
          Southern District of New York
15   BY:  MICAH F. FERGENSON
          RYAN B. FINKEL
16        JUSTIN HORTON
          JULIANA N. MURRAY
17        Assistant United States Attorneys

18   SABRINA P. SHROFF
          Attorney for Defendant
19
     PRYOR CASHMAN LLP
20        Attorneys for Defendant
     BY:  SIDHARDHA KAMARAJU
21        MATTHEW BARKAN
          JOHN KILGARD
22

23   ALSTON & BIRD LLP
          Attorneys for Defendant
24   BY:  E. SCOTT SCHIRICK

25
```

O7ABGUO1

1    Also Present:

2    Isabel Loftus, Paralegal Specialist, USAO
     Robert Stout, Special Agent, FBI
3    Jorge Salazar, Defense Paralegal
     Tuo Huang, Interpreter (Mandarin)
4    Shi Feng, Interpreter (Mandarin)
     Yu Mark Tang, Interpreter (Mandarin)
5    Barbara Robertson, Interpreter (Mandarin)
     Tuo Hung, Interpreter (Mandarin)
6    Peter Ginsberg, Attorney for Witness Jianhu Yi

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

O7ABGUO1

1          (Trial resumed; jury not present)

2          THE COURT:  Good morning.  Would you make your

3     appearances, please.

4          MS. MURRAY:  Juliana Murray and Justin Horton for the

5     United States, and we'll be joined by our colleagues Ryan

6     Finkel and Micah Fergenson.

7          MR. SCHIRICK:  Good morning, your Honor.  Scott

8     Schirick, Sabrina Shroff and Matthew Barkan together at

9     counsel's table with Mr. Guo, and we'll be joined shortly by

10    Mr. Kamaraju.

11         THE COURT:  Please be seated.  I'm told that there is

12    a delay on the New Haven line and that alternate three is not

13    here yet, so I would like to wait for him.

14         Is there anything you'd like to raise?

15         MS. MURRAY:  Your Honor, just with respect to

16    anticipated timing the parties have discussed.  We estimate

17    that there's maybe 40 minutes left in the Court's instructions

18    up until the end of section five.  We would request maybe a

19    five-minute break after that point to permit the government to

20    set up for closing arguments, move the podium, get the text set

21    up.  We anticipate that the government's summation will be

22    around three hours.  It might be a little bit more than that.

23    We understand there will be a comfort break for the jurors at

24    some point in the middle of that.  We would just ask -- we'll

25    be cognizant of the approximately 11:30 timing depending when

O7ABGUO1

1    we start, but we ask the Court's permission to make sure that

2    it's in a kind of reasonable breaking point, like at the end of

3    a section or the end of a slide or something like that.

4              THE COURT:  Sure.

5              MS. MURRAY:  With respect to lunch timing working

6    forward from when the government's summation begins, and

7    building in the 10 or 15-minute break that there would be.  We

8    anticipate probably 1:15 or 1:30 for the lunch break because

9    that would be I guess between the government's and the defense

10   summations.  We understand Mr. Kamaraju's summation is probably

11   around three hours, maybe a bit less than that.  And then we

12   would ask for a brief break, five minutes or so, for the jurors

13   to stretch their legs, and then the government's rebuttal would

14   probably be around an hour, maybe a little bit less depending

15   on the defense closing.

16             Doing the math, it makes for a pretty long day.  We've

17   discussed with defense counsel, and we just wanted to let the

18   Court know, the timing is fluid.  It seems quite likely that we

19   wouldn't be in a position to be able to complete all three

20   summations today.  I'm not sure if the Court wants to inquire

21   whether the jurors can stay late.  The parties are open to

22   that.  Although I would note that it might be a situation even

23   if they can where we reevaluate later in the day.  We wouldn't

24   want to be in a position where the summations run over, and

25   then the rebuttal is truncated just due to scheduling.

O7ABGUO1

1       MR. SCHIRICK:  Thank you, your Honor.  We're broadly

2  in agreement with what Ms. Murray outlined as the process for

3  today.  We would just ask, particularly in light of alternate

4  number three's delay in getting to court today if we may

5  inquire with the jury as to their ability to stay a bit late

6  today in order to build sometime back in, perhaps a half hour

7  or so to 5:30 in the interest of getting in as much today as

8  possible and in hopes that we can finish all the summations

9  today so that the jury can begin deliberations tomorrow.

10       THE COURT:  So I contemplate giving them a half hour

11  break for lunch.  Is that what you were thinking?

12       MR. SCHIRICK:  Yes, your Honor.

13       MS. MURRAY:  Yes, your Honor.

14       THE COURT:  It sounds very ambitious.

15       MR. SCHIRICK:  But worthwhile, your Honor.

16       MS. MURRAY:  I tend to agree.

17       THE COURT:  Based on my own experience, to me it does

18  not seem that we will necessarily be able to finish the defense

19  summation.  So I think we need to play it by ear, and I would

20  like you to prompt me concerning the breaks.

21       MS. MURRAY:  Yes, your Honor.  We're happy to do that

22  and we really appreciate that.  We've spoken with AUSA Finkel,

23  and we're aware of how the timing would work.  And for the

24  morning break that would be in the middle of his summation,

25  we'll make sure it's at an appropriate stopping point.  We'll

O7ABGUO1

1    give as much kind of notice to your clerks so they can advise

2    you so you'll be aware of what the timing is during the

3    summation.

4         MR. SCHIRICK:  Likewise we'll do the same during

5    defense summation.

6         THE COURT:  I can inquire as to whether they can stay

7    another half hour.  I know that juries tend not to like that.

8         MR. SCHIRICK:  Your Honor, one sort of potential

9    alternative just to suggest it to the Court for the Court's

10   consideration is in light of the delay in alternate number

11   three coming to court is to tell the jury that in lieu of

12   finishing the charge this morning that perhaps we go into

13   summations this morning and finish the charge at the end of

14   summations when everyone is here perhaps tomorrow morning.

15        THE COURT:  So I don't think that is a good idea,

16   especially because what is left is the racketeering charge

17   which is not a crystal clear concept, and I think it helps them

18   to first hear about the law as it is so that they can better

19   assimilate the arguments.  All righty.

20        MR. SCHIRICK:  We just have two housekeeping matters

21   from the defense.  One comes out of the defense's stip two

22   which was entered into evidence yesterday.  The Court may

23   recall that I referred during defense stip two to a subset of

24   documents, a subset of defense exhibits that would be moved in.

25   We have agreement with the government I believe on what that

O7ABGUO1

1    subset is.  I'm happy to read it into the record now to have

2    your Honor move it in formally if that's okay. It's a series of

3    numbers and letters as usual.

4              THE COURT:  Go ahead.

5              MR. SCHIRICK:  Defense moves in DX40017.1 through

6    DX40017.18, DX40019.1 through DX40019.4, DX40021.1 through

7    DX40021.2, DX40024.1 through DX40021.9,  DX40037.1 through

8    DX40037.4, DX40052.1 through DX40052.7, DX40053.1 through

9    DX40053.4.  In addition, DX40017-T, DX40019-T, DX40021-T,

10   DX40024-T, DX40037-T, DX40052-T, and finally DX40053-T, and we

11   move those into evidence.

12             THE COURT:  They are admitted.

13             (Defendant's Exhibits DX40017.1 through DX40017.18,

14   DX40019.1 through DX40019.4, DX40021.1 through DX40021.2,

15   DX40024.1 through DX40021.9,  DX40037.1 through DX40037.4,

16   DX40052.1 through DX40052.7, DX40053.1 through

17   DX40053.4.DX40017-T, DX40019-T, DX40021-T, DX40024-T,

18   DX40037-T, DX40052-T, DC40053-T received in evidence)

19             MR. SCHIRICK:  One final matter to pick up on, a loose

20   end from yesterday.  The Court may recall we had a discussion

21   at yesterday's 9:00 about whether it's permissible for the

22   defense to argue in summation certain inferences from the

23   record evidence, including in particular the testimony of

24   Mr. He who has been manipulated by the CCP in China.  I would

25   just like to address that briefly, your Honor, now that we had

O7ABGUO1

1    a chance to review the record and appreciate the Court's

2    indulgence on that score.

3         Just as a background matter, the law, your Honor, as

4    we understand it based on Second Circuit's precedent is that

5    counsel "have broad latitude in inferences they may reasonably

6    suggest to the jury during summation."  That is *United States*

7    *v. Edwards*, 342 F.3d 168 (2d Cir. 2003).   And counsel are free

8    to make arguments which may reasonably be inferred from the

9    evidence presented, That's *United States v. Roland Zapata*, 916

10   F.2d 795 (2d Cir. 1990).

11        Your Honor, as the Court well knows through the Fox

12   Hunt stip, which is the Defense Stip One, it is aptly in

13   evidence that a principle goal of the Fox Hunt initiative was

14   to discredit Mr. Guo using multiple means and that the MSS

15   tasked a specially formed group to that end.   The Court heard

16   testimony from the defense expert Paul Doran who testified as

17   to, among other things, the CCP's tactics in manipulating its

18   citizens by accusing them of false or gradually exaggerated

19   crimes.   The Court also heard testimony from Mr. He, which I

20   referred to before, he testified that the Chinese -- what the

21   Chinese police did to him, not only detaining him in China and

22   forcing him to sign false complaints to the US authorities,

23   including the FBI and DOJ; but also abusing the US judicial

24   system itself by causing false civil complaints and lawsuits to

25   be filed on Mr. He's behalf here in the United States.

O7ABGUO1

1          Next, the Court also heard testimony from the

2    government's witness Ms. Yai Li, also known as Mulan.  Ms. Li

3    testified that her parents in China were contacted by the CCP

4    and told to tell her to stop all of her Guo-related activities

5    because they threatened national security.  In addition as part

6    of the defense's good faith basis for being able to argue the

7    inferences that we request, your Honor, there was 3500 material

8    produced by the government relating to Mulan, relating to Yai

9    Li, after Ms. Li's testimony was over in this case in which

10   Ms. Li reported that she heard reports similar to the ones that

11   Mr. He testified to, and that Chinese police approach people --

12   and this is a quote from the 3500.  She heard similar reports

13   where Chinese police approach people and instruct them to

14   report to the FBI.  This is all real, true, no people in

15   Mainland China in jail.

16          THE COURT:  So if you could just identify specifically

17   where you're getting that from?

18          MR. SCHIRICK:  Yes, your Honor.  This is the 3500

19   produced by the government I believe on July 1st, of this year.

20   And again, that's further to Ms. Li's record testimony where

21   she testified that her parents in China were contacted by the

22   police and the request was passed along to them to tell her to

23   stop her activities.  There's also, I believe, it's aptly in

24   evidence that there are numerous of the government's witnesses

25   who still have relatives in China who are of course susceptible

O7ABGUO1

1   to this same coercion by the CCP as long as they're in

2   Mainland, China.  And for those among other reasons, we think

3   it's entirely proper based on Second Circuit precedent for the

4   defense to be able to argue that what happened to Mr. He that

5   it is plausible and possible that that has happened to other

6   complainants, including the government's witnesses, victim

7   witnesses, but not limited just to the victim witnesses, your

8   Honor.  Just for the record, the cite to the 3500 that I just

9   referred to is 3613-071, Ms. Yai Li's 3500 produced July 1st.

10       MR. HORTON:  Your Honor ruled on this yesterday

11  morning.  Mr. Schirick said that they would like to argue that

12  it's a fact in evidence that the CCP planned to coerce people

13  in China into making false complaints, so the defense ought to

14  be able to argue to the jury in closing that that is something

15  that is likely happened with respect to others besides Mr. He.

16  And your Honor ruled, and I'm quoting your Honor "This is a

17  very hard no.  No, you cannot make that argument."  That was

18  correct.  We cited a number of Second Circuit cases for your

19  Honor yesterday that confirmed that the trial judge has broad

20  discretion to limit the defense summation for the purpose of

21  excluding arguments that are not tethered to facts in evidence.

22  This is a particularly prejudicial argument.

23       Mr. He's testimony, reviewed it quite closely, focused

24  entirely on his personal experience, and indeed that was what

25  the Court said was permissible testimony from the defense

O7ABGUO1

witnesses, limited to their investing experience.  He didn't

testify about anybody else's experience.  It wouldn't have been

permissible for him to testify about anybody else's experience.

It wouldn't have been permissible under Rule 608 for them to

try to impeach another victim witness through Mr. He, and they

didn't do that.  This talk about victim witnesses having

parents in China.  They would have made a choice to

cross-examine victims before the jury and suggest to the jury

that their testimony was false or not trustworthy because their

parents live in China.  They chose not to do that.

          And what they're trying to do, and what your Honor

ruled on, is to take a single victim's, a single investor's

testimony limited to his own experience -- and I can go through

specific cites in the transcript to show how limited it was --

and extrapolate from that to really unfortunate innuendo

against the victim witnesses in the case, and your Honor said

it was a very hard no, and that was absolutely correct.

          MR. SCHIRICK:  Your Honor, a few things.  One is that

the Court may recall after you'd said that on the record

yesterday, you did in fact give the defense the opportunity to

come back and present what I said would be a fuller record on

the issue.  So that's what we're doing here, so respectfully we

do not believe that the Court ruled on this issue.  You left it

open in order for us to present to you what we just presented

to you.  That's point one.

O7ABGUO1

1          THE COURT:  Mr. Schirick, when Ms. Li was testifying,

2     did you raise this question about what she may have heard about

3     others?

4          MR. SCHIRICK:  Yes.

5          THE COURT:  I'm asking whether you cross-examined on

6     the issue?

7          MR. SCHIRICK:  We did cross-examine and elicited

8     testimony, your Honor, about her parents having been contacted

9     by the CCP police in China.

10          THE COURT:  No, I'm talking about others, people that

11     are not related to her?

12          MR. SCHIRICK:  Yeah, your Honor.  I'm not sure that we

13     would have been able to do that it would have elicited hearsay,

14     which I'm sure that the Court would not have permitted.  But I

15     think, your Honor, if I may, the point is not --

16          THE COURT:  So what you're saying is that her

17     knowledge of the others is not in evidence.  Isn't that what

18     you're saying?

19          MR. SCHIRICK:  Your Honor, what we're saying is, we're

20     not bound as I understand it to have to show that each of the

21     individual witnesses that the government called are aware of

22     others being manipulated the way that they were.

23          THE COURT:  But you have to have some evidence in the

24     record from which to draw a reasonable inference.  So far the

25     evidence has pertained only to testifying individuals and the

O7ABGUO1

1    evidence is now closed.

2              MR. SCHIRICK:  If I may point out to the Court, we

3    have Mr. He whose testimony we all knows goes directly to this

4    issue, right.

5              THE COURT:  His personal experience.

6              MR. SCHIRICK:  Correct, his personal experience.

7              THE COURT:  Right.

8              MR. SCHIRICK:  In addition, we have Ms. Li's personal

9    experience, Mulan's personal experience.  We also have

10   Mr. Doran's expert testimony about the methods by which the

11   Chinese government and CCP coerce its own citizens in China

12   into doing things.  And we also have testimony from numerous

13   victim witnesses who say that they have family who lives in

14   China.  And I would submit to the Court that when you put all

15   of that together, there is enough of a factual basis from which

16   the defense ought to be able to argue there is a reasonable

17   inference that this could and may have happen with respect to

18   others.  There's no reason to believe that the personal

19   experience of Mulan and the personal experience of Mr. He were

20   limited to just them in light of Mr. Doran's testimony about

21   the way that the Chinese government goes about manipulating its

22   citizens.  That is I think more than enough basis to draw the

23   inference that the defense request.

24             THE COURT:  Is there anything further from the

25   government?

O7ABGUO1

1          MR. HORTON:  No.  Your Honor's ruling yesterday was

2    correct.

3          THE COURT:  All righty.  So --

4          MR. SCHIRICK:  One more point.

5          THE COURT:  I don't agree that you can generalize and

6    speculate based on the testimony in this case, and so I adhere

7    to my decision.  Anything further?

8          MR. HORTON:  Not from the government.  Thank you, your

9    Honor.

10          MR. SCHIRICK:  Not from the defense.  Thank you,

11    Judge.

12          THE COURT:  I'm just waiting from an update as to the

13    alternate as to his anticipated arrival time.  I will let you

14    know.

15          MS. MURRAY:  Thank you, your Honor.

16          (Recess)

17          (Continued on next page)

18

19

20

21

22

23

24

25

O7ABGUO1

1          (Jury not present)

2          THE COURT:  All the jurors are present.  You would

3     have them brought in, please.

4          THE LAW CLERK:  Jury entering.

5          (Jury present)

6          THE COURT:  Please be seated.  Good morning, jurors.

7     Please turn to page 50 of the jury charge.  I am now going to

8     continue reading the instructions.

9          Finally, I will turn to Count One, which charges the

10    Defendant with conspiring to violate the federal racketeering

11    statute, Section 1962(c) of Title 18 of the United States Code.

12    The statute is commonly referred to as "RICO," which stands for

13    the "Racketeer Influenced and Corrupt Organizations Act."

14          The instructions for this charge have several steps,

15    and I will walk through them one by one.  Let me first note

16    that the word "racketeering" may have implications in ordinary

17    English. Do not infer anything from it.  The word, as used in

18    this statute, is a purely technical term that is defined

19    specifically for this statute.

20          The RICO statute makes it a crime for "any person

21    employed by or associated with any enterprise engaged in, or

22    the activities of which affect, interstate or foreign commerce,

23    to conduct or participate, directly or indirectly, in the

24    conduct of such enterprise's affairs through a pattern of

25    racketeering activity."

O7ABGUO1

Count One of the indictment charges the Defendant with participating in a racketeering conspiracy from in or about 2018 through in or about March 2023. In order to meet its burden of proving that the Defendant is guilty of the racketeering conspiracy charged in Count One, the Government must establish beyond a reasonable doubt each of the following elements:

First, that at or about the time charged in Count One, the conspiracy charged in the indictment existed, that is, that an agreement or understanding between two or more persons existed to conduct, or participate in the conduct of, a racketeering enterprise;

Second, that the racketeering enterprise or its activities would have affected, or in fact affected, interstate or foreign commerce;

Third, that the Defendant knowingly and intentionally joined the conspiracy; and

Fourth, that the Defendant knowingly and intentionally agreed with at least one other person that either he or a co-conspirator would participate, either directly or indirectly, in the conduct of the affairs of the enterprise through a pattern of racketeering activity, as described in the indictment; that is, that either the Defendant or a co-conspirator would commit at least two acts of racketeering activity.

O7ABGUO1

1          The first element the Government must prove beyond a

2     reasonable doubt is the existence of the conspiracy alleged in

3     Count One of the indictment, that is, the agreement to conduct

4     or participate in the conduct of a racketeering enterprise.

5          Before I define these technical terms, I remind you

6     that it is not necessary that a conspiracy actually succeed in

7     its purpose for you to conclude that it existed.  Because the

8     agreement to commit a racketeering offense is the essence of

9     Count One, the Government need only prove that if the

10    conspiracy achieved its objective as contemplated, the

11    enterprise would be established and that its members would

12    participate in conducting the affairs of the enterprise through

13    a pattern of racketeering activity.  Of course, proof that the

14    objective of the conspiracy was accomplished, if you find it

15    was, may be the most persuasive evidence of the existence of

16    the conspiracy.

17         The "object" of a conspiracy is the illegal purpose

18    the conspirators agree or hope to achieve.  The object of the

19    conspiracy charged in Count One is to violate the RICO statute,

20    in other words, to conduct or participate in the conduct of the

21    affairs of an enterprise through a pattern of racketeering

22    activity.

23         What is an enterprise?  Under the racketeering

24    statute, an enterprise includes any legal entity such as a

25    partnership, corporation, or association, or a group of

O7ABGUO1

individuals who are associated in fact, although not a legal

entity.  The enterprise does not need to have a particular

name, or for that matter, have any name at all.  Nor need it be

registered or licensed as an enterprise.  It does not have to

be a commonly recognized legal entity, such as a corporation, a

trade union, a partnership, or the like.  But an enterprise

could be a legal entity or a group of legal entities.

An enterprise may be a group of people informally

associated together for a common purpose of engaging in a

course of conduct.  This group may be organized for a

legitimate and lawful purpose, or it may be organized for an

unlawful purpose.  In addition to having a common purpose, this

group of people must have a core of personnel who function as a

continuing unit.  Furthermore, the enterprise would continue to

exist (or did continue to exist) in substantially similar form

through the period charged, in this case from 2018 through

March 2023.  This does not mean that the membership must remain

exactly identical, but the enterprise must have a recognizable

core that continues through a substantial period during the

time frame charged in the indictment.

Count One of the indictment defines the charged

conspiracy as an agreement to participate in the conduct of an

organization referred to by the Government as the "G

Enterprise."  The term "G Enterprise" is simply a form of

reference used by the Government in the indictment to describe

O7ABGUO1

1   the group of businesses and individuals who participated in the

2   alleged racketeering conspiracy.

3        The Government is not required to prove each and every

4   allegation about the G Enterprise.  If you find that there was

5   an agreement to conduct or participate in the conduct of a

6   group of people characterized by (1) a common purpose, (2) an

7   ongoing formal or informal organization, and (3) personnel who

8   function as a continuing unit, then you may find that the first

9   element of a racketeering conspiracy has been satisfied.

10       The second element that the Government must prove

11  beyond a reasonable doubt is that the enterprise itself, or the

12  racketeering activities of those associated with it, would have

13  some effect on interstate or foreign commerce, or in fact had

14  such an effect.  This effect on interstate commerce could have

15  occurred in any way, and it need only have been minimal.

16       Interstate commerce includes the movement of goods,

17  services, money, and individuals between states. It is not

18  necessary for the Government to prove that any particular acts

19  affected interstate commerce or even that acts that the

20  Defendant personally committed affected interstate commerce.

21  It need only prove that some act or acts of the enterprise-even

22  perfectly legal acts of the enterprise-had such an effect on

23  interstate commerce.  It is not necessary for you to find that

24  the Defendant knew the enterprise was engaged in interstate

25  commerce.  All that is necessary is that you find beyond a

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

O7ABGUO1

reasonable doubt that the activities of the enterprise would affect, or did affect, interstate or foreign commerce in some minimal way.

The third element the Government must prove beyond a reasonable doubt is that, at some point during the time period charged in the indictment, 2018 through March 2023, the Defendant was a member of the charged conspiracy.

I previously instructed you about participation in a conspiracy, and you should follow those general instructions here (see pages 31-35). You must determine not only whether the Defendant participated in the conspiracy, but also whether he did so intentionally and knowingly-that is, did he participate in the conspiracy with knowledge of its unlawful purpose and with the specific intention of furthering the objective of that conspiracy?

As I've previously instructed you, a conspiracy is an agreement or partnership by two or more persons to violate the law. The "object" of a conspiracy is the illegal purpose the conspirators agree or hope to achieve. The object of the conspiracy charged in Count One is to violate the RICO statute, in other words, to conduct or participate in the conduct of the affairs of an enterprise through a pattern of racketeering activity.

Even if a defendant did not personally participate in the operation or management of the enterprise, he may be

O7ABGUO1

convicted of a RICO conspiracy offense when the evidence

establishes that the defendant knowingly agreed to facilitate a

scheme which, if completed, would constitute a RICO substantive

violation.

Similarly, the Government need not prove that the

Defendant agreed with every other member of the enterprise,

knew all of the other members of the enterprise, or had full

knowledge of all of the details of the enterprise.  However, in

proving this element, the Government must prove that the

Defendant was connected to the enterprise in some meaningful

way, and that the Defendant knew the general nature of the

enterprise and knew that the enterprise existed beyond his

individual role.

When considering if the Defendant joined the

conspiracy, you may consider evidence, if any, that the

Defendant agreed that a conspirator would intentionally perform

acts, functions or duties which are necessary to, or helpful

in, the operation of the enterprise, or that a conspirator had

some part in directing the enterprise's affairs.  However, the

Government need not prove that the Defendant would exercise

significant control over or within the enterprise, or that he

had a formal position in the enterprise, or that he had primary

responsibility for the enterprise's affairs.  An enterprise is

operated not just by upper management, but also by lower-rung

participants in the enterprise who are under the direction of

O7ABGUO1

upper management carry out upper management's orders.

I want to caution you, however, that the Defendant's mere presence at the scene of a crime does not, by itself, make him a member of the conspiracy.  Similarly, mere association with one or more members of the conspiracy does not automatically make the Defendant a member.  A person may know, or be friendly with, a criminal, without being a criminal himself.  Mere similarity of conduct or the fact that they may have assembled together and discussed common aims and interests does not necessarily establish membership in the conspiracy. What is necessary is that the Defendant participated with knowledge of the unlawful objective of the conspiracy and with intent to aid in the accomplishment of that objective.

Ultimately, the question is this: Has the Government proven beyond a reasonable doubt that the Defendant joined the conspiracy and knowingly and intentionally participated in it with the awareness of its basic purpose and as something he wished to bring about?

The fourth element that the Government must prove beyond a reasonable doubt is that the Defendant knowingly conspired or agreed to participate in the conduct of the affairs of the enterprise through a pattern of racketeering activity.  The focus of this element is on the Defendant's agreement to participate in the objective of the enterprise to engage in a pattern of racketeering activity, and not on the

O7ABGUO1

Defendant's agreement to commit the individual criminal acts.
The Government must prove that the Defendant agreed to
participate in the enterprise with the intent that he or
another member or members of the conspiracy would commit two or
more racketeering acts, which I will describe.  The Government
is not required to prove that the Defendant agreed to commit
two racketeering acts himself, or that he actually committed
two such acts.

As I told you, it is not necessary that a conspiracy
actually succeed in its purpose for you to conclude that it
existed.  Because the agreement to commit a racketeering
offense is the essence of Count One, the Government need only
prove that if the conspiracy achieved its objective as
contemplated, the enterprise would be established, that its
members would participate in conducting the affairs of the
enterprise through a pattern of racketeering activity, and that
those activities would affect interstate or foreign commerce.

A pattern of racketeering activity requires at least
two acts of racketeering, the last of which occurred within ten
years after the commission of a prior act of racketeering.
These acts are referred to as "predicate acts" for the RICO
conspiracy charge.  To establish an agreement that the
enterprise would engage in a "pattern of racketeering
activity," as alleged in Count One of the indictment, the
Government must prove three things beyond a reasonable doubt.

O7ABGUO1

1          First, that the Defendant agreed that a conspirator,

2     which could be the Defendant himself, would intentionally

3     commit, or cause, or aid and abet the commission of, two or

4     more of the racketeering acts of the types alleged in Count One

5     of the indictment.  You must be unanimous as to which

6     particular types of racketeering crimes, if any, the Defendant

7     agreed would be committed: for example, wire fraud, securities

8     fraud, bank fraud, money laundering, or any combination

9     thereof.

10          Second, that the racketeering acts have a "nexus" to

11     the enterprise and the racketeering acts are "related" to one

12     another.  A racketeering act has a "nexus" to the enterprise if

13     it has a meaningful connection to the enterprise.  To be

14     "related," the racketeering acts must have the same or similar

15     purposes, results, participants, victims, or methods of

16     commission, or be otherwise interrelated by distinguishing

17     characteristics and not be merely isolated events.  Two

18     racketeering acts may be "related" even though they are

19     dissimilar or not directly related to each other, provided that

20     the racketeering acts are related to the same enterprise.  For

21     example, for both "nexus" and "relatedness" purposes, the

22     requisite relationship between the RICO enterprise and a

23     predicate racketeering act may be established by evidence that

24     a person was enabled to commit the racketeering act solely by

25     virtue of his position in the enterprise or involvement in or

O7ABGUO1

control over its affairs, or by evidence that a person's

position in the enterprise facilitated his commission of the

racketeering act, or by evidence that the racketeering act

benefited the enterprise, or by evidence that the racketeering

act was authorized by the enterprise, or by evidence that the

racketeering act promoted or furthered the purposes of the

enterprise.

Third, to establish a pattern of racketeering

activity, the Government must prove either (1) that the

racketeering acts themselves would have extended over a

substantial period of time or (2) that they posed or would pose

a threat of continued criminal activity.

A threat of continued criminal activity need not be

proven by any mathematical formula or by any particular method

of proof. Rather, it may be proven in a variety of ways. For

example, the threat of continued unlawful activity may be

established when the evidence shows that the racketeering acts

are part of an enterprise that exists solely for criminal

purposes or when the racketeering acts are shown to be the

regular way of conducting the affairs of the enterprise, even

where the enterprise also operates for legitimate, noncriminal

purposes. Moreover, in determining whether the Government has

proven the threat of continued unlawful activity, you are not

limited to consideration of the specific racketeering acts that

the Defendant and his co-conspirators are alleged to have

O7ABGUO1

1    committed; rather, in addition to considering such acts, you

2    also may consider the nature of the enterprise, and other

3    unlawful activities of the enterprise and its members viewed in

4    their entirety, including both charged and uncharged unlawful

5    activities.

6         For a conviction under Count One, the Government must

7    prove that the Defendant intended to further an endeavor which,

8    if completed, would have satisfied all the elements of a

9    substantive racketeering offense.  The Government is not

10   required to prove that the Defendant personally committed or

11   agreed to commit any act of racketeering, nor is it required to

12   prove that any acts of racketeering actually occurred.  Rather,

13   the Government must prove that the Defendant agreed to

14   participate in the enterprise with the knowledge and intent

15   that at least one member of the racketeering conspiracy, which

16   could be the Defendant himself, would commit at least two

17   racketeering acts in the conduct of the affairs of the

18   enterprise and that those acts would constitute a pattern of

19   racketeering activity as defined above.

20              i.Enterprise v. Pattern of Racketeering Activity

21         Let me make clear that an enterprise is not the same

22   thing as the pattern of racketeering activity.  To convict, the

23   Government must prove that if the conspiracy achieved its

24   objective there would be an enterprise and that the

25   enterprise's affairs would be conducted through a pattern of

O7ABGUO1

racketeering activity.  The enterprise in this case, which the

Government refers to as the G Enterprise, is alleged to be a

group of individuals and businesses who associated together for

a common purpose of engaging in a course of conduct.  A pattern

of racketeering activity, on the other hand, is a series of

criminal acts.

The existence of the enterprise is proven by evidence

of an ongoing organization, formal or informal, with a common

purpose and by evidence that various core personnel of the

group functioned as a continuing unit.  The pattern of

racketeering activity, on the other hand, is proven by evidence

of a minimum of two acts of racketeering that the participants

in the enterprise agreed would be committed.  The proof used to

establish those separate elements may be the same or

overlapping.  For example, if you find that an ongoing

enterprise existed, the existence of this enterprise may help

establish that the separate racketeering acts were part of a

"pattern" of continuing criminal activity. Nevertheless, you

should bear in mind that proof of an enterprise does not

necessarily establish proof of a pattern of racketeering

activity, and vice versa.

Finally, although you need not decide whether the

Defendant agreed to the commission of any particular

racketeering act in order to convict him of the RICO conspiracy

offense, you must be unanimous as to which type or types of

O7ABGUO1

predicate racketeering crimes the Defendant agreed would be
committed: for example, wire fraud, securities fraud, bank
fraud, money laundering, or any combination thereof.

The indictment alleges that the following categories
of criminal violations were committed or were intended to be
committed as part of the racketeering conspiracy charged in
Count One:

(1) Acts involving wire fraud, in violation of federal
law;

(2) Acts involving bank fraud, in violation of federal
law;

(3) Acts involving the laundering of monetary
instruments, also known as money laundering, in violation of
federal law;

(4) Acts involving engaging in monetary transactions in
property derived from specified unlawful activity, in violation
of federal law; and

(5) Acts involving securities fraud, in violation of
federal law.

The Government does not need to prove that the
Defendant agreed that all of these types of racketeering crimes
would be committed.  As I explained, the Government must prove
that the Defendant agreed that at least two racketeering acts
would be committed.  Those acts may be within the same category
of racketeering activity, such as two acts of wire fraud, or

O7ABGUO1

those acts may be within different categories of racketeering

activity, such as one act of wire fraud and one act of money

laundering.

I previously instructed you on violations of the wire

fraud statute, in connection with Counts Five, Seven, Nine, and

Eleven (see pages 16-21).  You should use those instructions in

assessing whether "acts involving wire fraud, in violation of

federal law" were committed or intended to be committed.

I previously instructed you on violations of the bank

fraud statute, in connection with the bank fraud object of

Count Two's conspiracy to commit wire fraud and bank fraud (see

pages 37-40).  You should use those instructions in assessing

whether "acts involving bank fraud, in violation of federal

law" were committed or intended to be committed.

I previously instructed you on violations of the money

laundering statute, in connection with the objects of the money

laundering conspiracy alleged in Count Three (see pages 40-47).

You should use those instructions in assessing whether "acts

involving the laundering of monetary instruments, also known as

money laundering, in violation of federal law" were committed

or intended to be committed.

I previously instructed you on violations of engaging

in monetary transactions in property derived from specified

unlawful activity, in connection with Count Twelve (see pages

27-29).  You should use those instructions in assessing whether

O7ABGUO1

1  "acts involving engaging in monetary transactions in property

2  derived from specified unlawful activity" were committed or

3  intended to be committed.

4          And, I also previously instructed you on violations of

5  the securities fraud statute, in connection with Counts Six,

6  Eight, and Ten (see pages 22-27). You should use those

7  instructions in assessing whether "acts involving securities

8  fraud, in violation of federal law" were committed or intended

9  to be committed.

10          With respect to each count in the indictment, the

11  Government, in addition to proving the essential elements of

12  that charge, must also prove that at least one act in

13  furtherance of the charge occurred in the Southern District of

14  New York.  This is called establishing venue.

15          The Southern District of New York includes all of

16  Manhattan and the Bronx, as well as Westchester, Rockland,

17  Putnam, Dutchess, Orange, and Sullivan Counties.

18          The Government does not have to prove that a completed

19  crime was committed within the Southern District of New York,

20  or that the Defendant was ever in the Southern District of New

21  York.  It is sufficient to satisfy the venue requirement if any

22  act in furtherance of the crime charged occurred in this

23  District.  The act itself need not be a criminal act.  And, the

24  act need not have been taken by the Defendant, so long as the

25  act was part of the crime that you find the Defendant

O7ABGUO1

1    committed.

2          The Defendant did not testify in this case.  Under our

3    Constitution, a defendant has no obligation to testify or to

4    present any evidence because it is the Government's burden to

5    prove a defendant guilty beyond a reasonable doubt.  That

6    burden remains with the Government throughout the entire trial

7    and never shifts to a defendant.  A defendant is never required

8    to prove that he is innocent.

9          You may not attach any significance to the fact that

10   the Defendant did not testify.  No adverse inference against

11   him may be drawn by you because he did not take the witness

12   stand.  You may not hold this against him or consider it in any

13   way in your deliberations in the jury room.

14         You heard the testimony of some witnesses who are law

15   enforcement officers and employees of the FBI.  The fact that a

16   witness works for the government or in law enforcement does not

17   mean that the witness's testimony is, by virtue of the

18   witness's position, deserving of more or less consideration, or

19   greater or lesser weight, than that of any other witness.  The

20   testimony of such a witness should not be regarded as more or

21   less truthful or accurate than that of any other witness simply

22   based on the witness's employment.  It is your decision, after

23   reviewing all of the evidence, whether to accept the testimony

24   of the law enforcement witness and to give that testimony

25   whatever weight, if any, you find it deserves.

O7ABGUO1

1          You heard testimony from what we call an expert

2     witness.  An expert is a witness who, by education or

3     experience, has acquired learning or experience in a

4     specialized area of knowledge.  Expert witnesses are permitted

5     to express their opinions as to relevant matters in which they

6     have special knowledge, skill, experience, and training, and to

7     give their reasons for their opinions.  Expert testimony is

8     presented to you on the theory that someone who is experienced

9     in the field can assist you in understanding the evidence or in

10    reaching an independent decision on the facts.

11          (Continued on next page)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

O7AVGUO2

1           THE COURT:  Your role in judging credibility applies

2    to experts, as well as other witnesses.  In weighing this

3    opinion testimony, you may consider a witness's qualifications,

4    his or her opinions, the reasons for testifying, as well as all

5    of the other considerations that ordinarily apply when you are

6    deciding whether or not to believe a witness's testimony.

7           You may give the opinion testimony whatever weight, if

8    any, you find it deserves in light of all the evidence in this

9    case.  You should not, however, accept opinion testimony merely

10   because I allowed the witness to testify concerning his or her

11   opinion; nor should you substitute it for your own reason,

12   judgment, and common sense.

13          The determination of the facts in this case rest

14   solely with you.  As with the testimony of any other witness,

15   you may decide to accept all, some, or none of the testimony of

16   any expert witness.  If you should decide that the opinion of

17   an expert was not based on sufficient education or experience

18   or on sufficient data, or if you should conclude that the

19   trustworthiness or credibility of an expert is questionable for

20   any reason, or if the opinion of the expert was outweighed in

21   your judgment by other evidence in the case, then you may

22   disregard the opinion of the expert entirely or in part.

23          On the other hand, if you find the opinion of an

24   expert is based on sufficient data, education and experience,

25   and the other evidence does not give you reason to doubt his or

O7AVGUO2

her conclusions, you would be justified in placing reliance on his or her testimony.

You heard testimony from witnesses who entered into nonprosecution agreements with the government arising out of facts that are at issue in this case. You are instructed that you are to draw no conclusions or inferences of any kind about the guilt of the defendant from the fact that a witness entered into such an agreement, even involving similar conduct. The decision of that witness to enter into that agreement is a personal decision. Likewise, the government's decision to enter into the agreement is a lawful exercise of its discretion. Of course, you may consider whether the fact that the witness entered into the agreement affects the credibility of their testimony.

You have heard evidence that the defendant and certain entities were represented by attorneys. A lawyer's involvement with an individual or entity does not make that individual or entity's actions legal.

You heard evidence that witnesses may have discussed the facts of this case with the defense lawyers or with government lawyers before they appeared in court. Although you may consider that fact when you are evaluating a witness's credibility, there is nothing either unusual or inherently improper about a witness meeting with the defense lawyers or the government lawyers before testifying so that the witness

1    can be aware of the subjects he or she will be questioned

2    about, focus on those subjects, and have the opportunity to

3    review relevant exhibits before being questioned about them.

4    Such consultation helps conserve your time and the Court's

5    time.  In fact, it would be unusual for a lawyer to call a

6    witness without such consultation.  The weight you give to the

7    fact or the nature of the witness's preparation for his or her

8    testimony and what inferences you draw from such preparation

9    are within your discretion.

10          There are several people whose names you heard during

11    the course of the trial, but who did not appear here to

12    testify.  I instruct you that each party had an equal

13    opportunity — or lack of opportunity — to call any of these

14    witnesses.  Therefore, you should not draw any inference or

15    reach any conclusions as to what they would have said if they

16    had been called to testify.  Their absence should not affect

17    your judgment.

18          You should, however, remember my instruction that the

19    law does not impose on a defendant in a criminal case the

20    burden or duty of calling any witness or producing any

21    evidence.  The burden remains with the government to prove the

22    defendant guilty beyond a reasonable doubt.

23          In this case, you heard evidence in the form of

24    stipulations of fact.  A stipulation of fact is information the

25    parties agree to present to the jury as evidence without

O7AVGUO2

1  calling a witness to testify.  The parties agree that the facts

2  contained in the stipulations are true.  You must accept those

3  facts as true.

4          Some of the exhibits were submitted in the form of

5  charts and summaries.  For the charts and summaries that were

6  admitted into evidence, you should consider them as you would

7  any other evidence.

8          You heard testimony about evidence seized in

9  connection with certain searches conducted by law enforcement

10  officers.  Evidence obtained from these searches may be

11  properly considered by you.  Such searches were lawful law

12  enforcement actions.

13          Whether you approve or disapprove of how the evidence

14  was obtained should not enter into your deliberations because I

15  instruct you that the use of the evidence is lawful.  You must,

16  therefore, regardless of your personal opinions, give this

17  evidence full consideration, along with all the other evidence

18  in the case in determining whether the government has proved

19  the defendant's guilt beyond a reasonable doubt.

20          You will note that the indictment alleges that the

21  charged crimes occurred in or about 2018 to March 2023.  It

22  does not matter if the evidence you heard at trial indicates

23  that a particular act occurred on a different date.  The law

24  requires only a substantial similarity between the date alleged

25  in the indictment and the date established by the evidence.

O7AVGUO2

1          You heard reference in the arguments -- well, you will

2     hear reference in the arguments of counsel to the fact that

3     certain investigative techniques were or were not used by law

4     enforcement authorities.  You may consider these facts in

5     deciding whether the government has met its burden of proof,

6     because you should look to all of the evidence or lack of

7     evidence in deciding whether the defendant is guilty.

8          However, there is no legal requirement that law

9     enforcement agents investigate crimes in a particular way or

10    that the government prove its case through any particular

11    means.  The government and its techniques are not on trial.

12    Although you are to carefully consider the evidence presented,

13    you need not speculate as to why law enforcement used the

14    techniques they did, or why they did not use other techniques.

15    Your concern is to determine whether or not, based on the

16    evidence or lack of evidence, the guilt of the defendant has

17    been proven beyond a reasonable doubt.

18         The government has introduced evidence in the form of

19    audio and video recordings.  Whether you approve or disapprove

20    of the recording of these conversations may not enter into your

21    deliberations.  I instruct you that these recordings were made

22    in a lawful manner, and that no one's rights were violated, and

23    that the government's use of this evidence is lawful, and it

24    was properly admitted into evidence at this trial.  You must,

25    therefore, regardless of any personal opinions, give this

O7AVGUO2

1    evidence consideration, along with all the other evidence in

2    the case, in determining whether the government has proven the

3    defendant's guilt beyond a reasonable doubt.

4            If you wish to hear any of the recordings again, they

5    will be made available to you during your deliberations.

6            During the trial, you were given transcripts of

7    recordings which were admitted into evidence.  These

8    transcripts were translations of foreign language recordings in

9    Mandarin.  You were also shown translations of foreign language

10   documents.

11           Although some of you may know Mandarin, it is

12   important that all jurors consider the same evidence.

13   Therefore, you must accept the English translations that are in

14   evidence and disregard any different meaning.

15           Among the exhibits received in evidence are some

16   exhibits that are redacted.  "Redacted" means that part of the

17   document or recording was taken out.  You are to concern

18   yourself only with the part of the item that has been admitted

19   into evidence.  You should not speculate as to any reason why

20   the other part of it has been redacted.

21           Some of the people who may have been involved in the

22   events leading to this trial are not on trial.  This does not

23   matter.  There is no requirement that all people jointly

24   engaged in criminal activity be charged and prosecuted or tried

25   together in the same proceeding.

O7AVGUO2

1          You may not draw any inference, favorable or

2     unfavorable, toward the government or the defendant from the

3     fact that certain persons other than the defendant were not

4     named as defendants in the indictment; nor may you speculate as

5     to the reasons why other persons are not on trial.  Those

6     matters are wholly outside your concern and have no bearing on

7     your function as jurors.

8          Your verdict must be based solely upon the evidence

9     developed at trial or the lack of evidence.  In reaching your

10    decision as to whether the government sustained its burden of

11    proof, it would be improper for you to consider any personal

12    feelings, positive or negative, you may have about the

13    defendant's race, religion, national origin, sex, or age.  The

14    defendant and the government are both entitled to a trial free

15    from prejudice; and our judicial system cannot work unless you

16    reach your verdict through a fair and impartial consideration

17    of the evidence.

18          I'm also going to ask you and advise you to not decide

19    the case based on implicit biases.  Everyone, including me, has

20    feelings or assumptions or perceptions or fears or even

21    stereotypes, and they're referred to as implicit biases, and

22    you might not even be aware of them.  These hidden thoughts can

23    impact what we see and hear, how we remember what we see and

24    hear, and how we make important decisions.

25          Because you are making important decisions in this

O7AVGUO2

1    case, I strongly encourage you to evaluate the evidence

2    carefully and to resist jumping to any conclusions based on

3    personal likes or dislikes, generalizations, gut feelings,

4    prejudices, sympathies, stereotypes, or biases.

5              Members of the jury, next we turn to another stage of

6    the trial, and so you may put down your instructions.  But

7    before we turn to the summations, we're going to take a

8    five-minute break.

9              Remember, do not discuss the case amongst yourselves

10   or with anyone else.  Don't permit anyone to discuss the case

11   in your presence.  Don't read, watch, or listen to anything

12   from any source concerning any topic that touches upon this

13   trial.

14             (Jury not present)

15             THE COURT:  You may be seated.

16             I understand the government is going to take time now

17   to set up.

18             MR. FINKEL:  Yes, your Honor.

19             (Recess)

20             THE COURT:  Please have the jurors brought in.

21             (Jury present)

22             THE COURT:  Please be seated.

23             Members of the jury, now we turn to summations.  The

24   government will make its summation first, then the defense will

25   follow.  As I said yesterday, after the parties' summations, I

1    will provide my final instructions.

2            In making their summations, the government and the

3    defense will review the evidence you've heard and seen during

4    the course of the trial, and will suggest to you certain

5    inferences or conclusions which they, in their opinion, believe

6    may be properly drawn from the evidence in this case.

7            If you find a particular attorney's analysis of the

8    evidence to be correct and accurate, then you are at liberty to

9    adopt such inferences and conclusions in whole or in part.  On

10   the other hand, if you find that a particular attorney's

11   analysis of the evidence to be not correct and not accurate,

12   then you are at liberty to disregard such inferences and

13   conclusions in whole or in part.  Either way, you are free to

14   draw your own conclusions based on your analysis of the

15   evidence presented.

16           Nothing said by either attorney in their summations is

17   evidence.  In this case it is argument.  The instructions on

18   the law that I provided to you yesterday and this morning, that

19   I will provide following summations, are not evidence either.

20   You have heard all the evidence in this case.  You, and you

21   alone, are the sole and exclusive judges of the facts in this

22   case.

23           We will now hear the summation of the government by

24   Assistant United States Attorney Ryan Finkel.

25           MR. FINKEL:  Thank you.  Good morning.

O7AVGUO2                    Summation - Mr. Finkel

1             (Audio played)

2             MR. FINKEL:  That's the real Miles Guo.

3             THE COURT:  Mr. Finkel, please get close to the

4    microphone.

5             MR. FINKEL:  That's the real Miles Guo.  The person

6    that Brother 7, the supposed political activist, never thought

7    his followers would hear.  The real Miles Guo.  Who he never

8    thought anyone would hear, and especially not a jury in a

9    criminal trial.

10            But you heard it.  You heard the proof behind all

11   these G entities:  GTV, G CLUB, G News, G Mall, G Fashion, the

12   G Series.  Miles Guo was the man in charge, the boss.  It was

13   Guo, himself, this man, who spouted devious lies to trick his

14   followers into giving him money.  Lies he told time and time

15   and time and time again.  Lies he told so he could take other

16   people's money.

17            That recording that you just heard was on April 28th,

18   2021, in the thick of this fraud conspiracy.  Miles Guo, Yvette

19   Wang, and William Je, who's also known as Mr. Yu, Y-U, were

20   recorded unknowingly to them by Haitham Khaled.

21            Now, Guo, Yvette, and William didn't know that Haitham

22   was creating a record of their discussion, a discussion about

23   how and whether to paper the movement of $100 million of G CLUB

24   member fees, fraud proceeds; how to move that money from a G

25   CLUB bank account abroad to Hamilton, to William Je's

1    "foundation" which he operated in London, in Abu Dhabi.

2            Now, Yvette, as you may recall from the recording, was

3    concerned.  She thought they at least needed to go through the

4    G CLUB's board, meaning Haoran He, the paper ultimate

5    beneficial owner of G/CLUBS.  Mileson Guo's — Miles Guo's son —

6    best friend.

7            Yvette pleaded:  Do you think a normal company would

8    do this, just send the money off like Guo wanted?

9            Je said they could just use G dollars to make it look

10   real.  They discussed using H Coin, Himalaya Coin for

11   compliance.

12           Yvette wanted those things to make sure she can answer

13   questions from banks, from regulators, from the Securities and

14   Exchange Commission, from U.S. law enforcement, so that the

15   scam would look legitimate, so they could hide, hide their

16   crimes.

17           But Guo interjected.  Guo asked whether Haoran He, the

18   paper owner, authorized Alex H., the G CLUB's controller who

19   worked in Manhattan, whether he was authorized to move the $100

20   million.  Yvette Wang reasserted that that's not enough.  They

21   should go through the board.  They should make it look

22   official.  But Miles Guo, boss, the principal, the man in

23   charge, he did not want to wait.

24           With that context, let's listen again.

25           (Audio played)

O7AVGUO2                     Summation - Mr. Finkel

1          MR. FINKEL:  Miles Guo ordered that they move the

2     money as a so-called investment from G/CLUBS member proceeds,

3     victim money, that they move it abroad to Hamilton.  Miles Guo,

4     who on paper is just a spokesperson — just a spokesperson — for

5     G/CLUBS, was recorded on tape.  And you heard it — Government

6     Exhibit 417 — he controlled the money of G/CLUBS, which is to

7     say what is obvious, what is known, what is clear.

8          Guo controlled G/CLUBS.  He directed how the money

9     would move and when.  And they did it.  They papered it with

10    this document on the left side of your screen that has an

11    effective date of March 6, 2021, a backdated transfer, 35

12    million.  And more, as the bank records show, followed from

13    G/CLUBS operations to Hamilton Digital Assets.  G/CLUBS existed

14    so that Guo could take other people's money, and that's what he

15    used it for.

16         Now, this trial began about seven weeks ago to the

17    day.  And between then and now, you have learned and you have

18    seen evidence about the real Miles Guo, the man who, from 2018

19    through 2023, received hundreds of millions of dollars, money

20    Guo got and spent on himself and his family; money Guo got

21    because he lied, because he committed fraud, because Guo

22    laundered those fraud proceeds and tried to cover it all up.

23    And in the process, Miles Guo agreed and, in fact, actually

24    built an enterprise of fraud.  He engaged in a racketeering

25    RICO conspiracy.  That's what he did.  That's why he's guilty.

O7AVGUO2                    Summation - Mr. Finkel

1          Now, the RICO conspiracy Miles Guo engaged in that you

2     have heard about was made up of all these companies and

3     entities and organizations:  The Himalaya Farm Alliance, the

4     Iron Blood Group, the Himalaya Exchange, Hamilton, Mountains of

5     Spices, ACA Capital, Saraca, Golden Spring, Lamp Capital,

6     Crane, the New Federal State of China, the Rule of Law

7     Foundation.

8          And entities that bear Guo's name:  G News, GTV,

9     G/CLUBS, G Fashion, G Bank.  As Guo himself called it, the G

10    Series.

11         There other entities.  I could go on.  But make no

12    mistake about it, this was Miles Guo's enterprise, what the

13    indictment in this case has termed the G Enterprise for Miles

14    Guo.  An association of entities and people within them that

15    carried out Guo's vision to erect a fraud empire, a fraud

16    empire that committed wire fraud and securities fraud and bank

17    fraud and laundered money and it targeted people.  His

18    enterprise targeted people who tried to get between Guo and his

19    fraud proceeds.

20         Guo used the G Enterprise to buy whatever he and his

21    family wanted.  That's what it was for.  That's why he did it.

22    That's why he's guilty.

23         So you have seen the evidence, you've heard from all

24    the witnesses, and now you know this was a scheme, this was a

25    con, this was a fraud.  And Miles Guo, that man, was behind all

O7AVGUO2                    Summation - Mr. Finkel

1    of it.

2            And though the scheme was vast and the enterprise was

3    wide-ranging, its core, its foundation, so simple.  Miles Guo

4    lied to take other people's money.  That's it.  He streamed

5    videos of himself over the internet; he lied to the people who

6    watched them, his followers.  He said, Send money.  Invest.  He

7    promised his followers, his supporters, You're not going to

8    lose money.  I'm rich.  I'll take care of you.  You're going to

9    get stock.  And he lied.  Not just once, he lied for years in

10   dozens and dozens and dozens of broadcasts, of videos.

11           (Video played)

12           MR. FINKEL:  I can guarantee you will never lose

13   money.  I bear legal responsibility.  Dear brothers and

14   sisters, if anyone loses money, come to me, come to me.  I will

15   be responsible.  Let me repeat again.  As long as you lose a

16   penny, I will be responsible.

17           Guo's words himself on tape, recorded.  That, in a

18   nutshell, are the lies that Guo told to take other people's

19   money.  And at its core, as I said, it's all very

20   straightforward.  Guo's fraud was based on a simple lie.

21   Simple lies.  It was grand in its scale.

22           This closing is the government's opportunity to take

23   you through the evidence that you've seen and heard.  And to do

24   that, I'm going to do a few things.  First, very briefly,

25   remind you of the charges that Miles Guo is facing.  Then I'm

O7AVGUO2                    Summation - Mr. Finkel

going to go through what, in the government's view, cannot

seriously be disputed by the parties.  Third, I'm going to

discuss the schemes, Miles Guo's schemes, the schemes he used

to defraud people.  And then fourth, I'm going to go through

some of the reasons — there are others, but I'm going to go

through some of the reasons that Miles Guo is guilty of every

charge in the indictment.

So as you know and as you heard from Judge Torres

yesterday and today, Miles Guo is charged in 12 counts.  The

first four are conspiracy counts.  Charges 5 through 12 are

what are call substantive counts, and Judge Torres has

explained to you the difference.

Guo is guilty of the conspiracy counts because he

agreed with at least one other person to commit a certain

crime.  And he's guilty of the substantive counts because he

committed a certain crime, or he aided and abetted someone else

committing that crime.

And so here, Guo not only committed crimes, but he

agreed to commit crimes.  He conspired with Yvette Wang,

William Je, his son, Mileson Guo, Haoran He, Max Krasner, Long

Island David, Yongbing Zhang and others, to build a criminal

enterprise, a racketeering enterprise, a group of people who

were associated together for the common purpose of taking other

people's money through fraud.  And they engaged in a pattern of

criminal activity, of wire fraud, of securities fraud, of bank

1    fraud, of money laundering, and of unlawful monetary

2    transactions — using fraud money to buy things.

3            These are the conspiracy charges, as Judge Torres has

4    explained, and Miles Guo is guilty of all of them.  And these

5    are the substantive charges, which are based on the various

6    schemes -- some of the various schemes that Miles Guo

7    committed.  The GTV private placement, the Farm Loan Program,

8    G/CLUBS, the Himalaya Exchange.  Count Twelve is a charge for

9    engaging in an unlawful monetary transaction, specifically, the

10    $100 million of victim money that Miles Guo and his

11    co-conspirators sent to Hayman Capital to invest in hedge

12    funds.

13            Now, with all the evidence in, step back and think

14    about it.  There's a good amount here that cannot seriously be

15    disputed.  So I want to start there, with what cannot seriously

16    be disputed.

17            First, it cannot seriously be disputed that Miles Guo

18    made dozens and dozens — actually, hundreds — of broadcasts and

19    videos about various businesses and investment opportunities.

20    You have seen many of them.  Victims have told you about them.

21    You have seen Shamel Medrano's summary chart, which is GX Z-9,

22    a 200-page chart of just excerpts of what Guo said.  And all

23    the videos that that chart summarizes are in evidence and you

24    can review them.  There is no serious dispute that Guo made

25    these videos; that Guo said these things; that they were

O7AVGUO2                    Summation - Mr. Finkel

1    broadcast from Guo's YouTube page, from his media outlets, his

2    own media outlets:  G News, GTV, from Gettr, his social media

3    platform.  Guo's statements themselves, the statements alone,

4    GX Z-9 itself, is damning evidence of Miles Guo's guilt.

5            By the way, if I mention an exhibit or you see an

6    exhibit marked in this closing deck that you want to take

7    another look at later while you're in the jury room, feel free

8    to just jot it down.  You're going to have access to every

9    exhibit and every witness testimony you wish to review, but you

10   won't have access to the parties' closings.  So if I mention

11   something that you want to take a closer look at, feel free to

12   make a note of it.

13           Second, it should not be seriously disputed that these

14   investment opportunities raised hundreds of millions of

15   dollars.  You're looking at a piece of a bank summary chart

16   which summarizes thousands of pages of bank records.

17           Now, I'm sure the parties dispute what this means.

18   But you know what it means:  It means the videos, the

19   broadcasts, Miles Guo's broadcasts, worked.  His legion of

20   statements mattered to people as they forked over their money

21   to participate in his investment "opportunities."

22           Next.  It cannot seriously be disputed that Miles Guo

23   worked with others to carry out his businesses, to carry out

24   his investment opportunities.  You've heard from several

25   witnesses that Miles Guo ordered his staff and others to carry

1   out his vision.  And key to that were two people in particular:

2   Yvette Wang and William Je.  Ms. Wang was the head of

3   operations; she ran the day-to-day of each business.  William

4   Je, describe as the finance guy.  He kept track of Miles Guo's

5   money and helped launder it.

6          But there were others.  There were others too involved

7   in Guo's investment schemes, names you've heard and individuals

8   whose actions you have learned about.  Now, these

9   co-conspirators also worked for Guo.  They carried out his

10  vision.  They helped him spend his followers' money; they

11  helped him launder it; they helped him try to cover it up.

12         There's Haoran He.  He's the paper ultimate beneficial

13  owner of G/CLUBS, Mileson Guo's — Miles Guo's son's — best

14  friend.

15         There's Mileson Guo himself, who you heard on the

16  recordings that Haitham Khaled made, talking about moving fraud

17  proceeds abroad.

18         There's Brother Long Island, Long Island David, who

19  you've heard a lot about, who was named by Miles Guo to be the

20  head or the secretary general or something like that, of the

21  Himalaya Farm Alliance, who lied to people too.

22         There's Yongbing Zhang, the criminal — emphasis on

23  "criminal" — defense attorney -- or, excuse me, immigration

24  attorney, who asked Ya Li to sign a false affidavit, who was

25  gifted a Lamborghini by G/CLUBS.

1          And then there's Max Krasner, the man who cut the
2     checks and papered the many items that Guo purchased for
3     himself and his family, who worked in the New York office
4     alongside Yvette Wang and Miles Guo.
5          That's the conspiracy.
6          Fourth, there cannot and should not be any serious
7     dispute that actions were taken in this conspiracy with respect
8     to these crimes, and that wires traveled into and out of
9     Manhattan.  As you heard from Judge Torres, one of the things
10    you'll need to consider is venue, which is whether any actions
11    were taken in the Southern District of New York, which includes
12    Manhattan.  There should be no serious dispute about this.
13         The offices that ran the various Guo businesses were
14    in Manhattan.  You may remember Limarie Reyes described them as
15    being on the right side of Central Park and the left side of
16    Central Park; the east side and the west side.  The townhouse
17    on the left side of your screen, and 3 Columbus Circle on the
18    right side of your screen.  And, of course, right in the center
19    is the Sherry-Netherland Hotel, where, as you can see from this
20    photo alone, Miles Guo made broadcasts that traveled throughout
21    the country and throughout the world to further his enterprise.
22         There should be no dispute about interstate commerce
23    either.  Obviously as money is moving back and forth, that has
24    at least a minimal effect on interstate commerce.  And, in
25    fact, it was stipulated that there were victims in the Southern

1    District of New York — that's GX Stip 19 — individuals who

2    received money back from the SEC as a result of the private

3    placement fraud.

4            It also should not be in dispute that a red

5    Lamborghini was found in the garage of Miles Guo's estate in

6    Connecticut.  Now, it should also not be disputed that the VIN

7    number on that Lamborghini matched exactly the VIN number on a

8    document that G/CLUBS had.

9            Now, I suspect there is a dispute about what this

10   means.  Here's what it means:  This Lamborghini in Miles Guo's

11   garage is itself devastating evidence of his guilt.  It shows

12   he made statements about G/CLUBS.  Money came in and it was

13   spent on a Lamborghini that ended up in his garage.  And the

14   keys were in his house.  You held them.  Frankly, the

15   Lamborghini is enough itself to find Miles Guo guilty on all

16   the conspiracy counts and Counts Seven and Eight, the G CLUB

17   counts.

18           Another thing that is not in dispute is that the CCP

19   targeted Miles Guo.  The government stipulated to it.  My name,

20   our names, our boss's name, are on this stipulation in the

21   signature block.  That means the government agreed the CCP

22   posted things online about Miles Guo, they tried to extradite

23   him, didn't work.  Parties also agree that the FBI charged the

24   people who targeted Miles Guo.  The FBI charged them with

25   violating U.S. law.  That's what the FBI does.

1          The CCP targeting Miles Guo might be why Miles Guo has
2     so many cell phones, I don't know.  I don't care how many cell
3     phones Miles Guo has, and neither should you.  What you should
4     care about, what was on those cell phones.  And we'll talk more
5     about that later.
6          This is a fraud case.  And so the CCP targeting, why
7     does it matter?  Does it matter?  Well, let's take a look at
8     what Guo's targeting expert — his Fox Hunt expert witness —
9     said about this very issue.
10         The business opportunities that Miles Guo promoted
11    have nothing to do with why you were hired here to testify
12    today; correct?
13         Answer from the expert:  I was hired to testify as an
14    expert in the Chinese intelligence and police agencies, and
15    Operation Fox Hunt, which is to say targeting for Miles Guo.
16         Question:  That has nothing to do with the business
17    opportunities that Miles Guo promoted; correct?
18         Answer:  Correct.
19         That's what Guo's well-paid expert believes.
20         Paul Doran also testified that he was targeted by the
21    CCP.  But he knew, of course, that didn't give him a license —
22    it's what he said — to commit fraud.
23         There's no justification defense in this trial,
24    there's no duress defense in this trial.  None.  So was Miles
25    Guo targeted by the CCP?  Yes.  Does that excuse what he did?

1    No.  And what does it mean for the questions that you as a jury

2    have to consider?  Very little.

3              This is Minran Wu's testimony:

4              Question:  If it were true that Miles Guo was targeted

5    by the CCP, does that change your view of the investment

6    projects?

7              No.

8              Does it change your view of the movement?

9              No.

10             Why doesn't it change your view?

11             This movement is just a scam.  I don't think it's

12   related anything to the CCP.  Also, if somebody is anti-CCP, it

13   doesn't mean this guy could scam somebody else.  That's

14   different things.  You cannot use this anti-CCP to do something

15   illegal.

16             So that is what cannot seriously be disputed.

17             Now we're going to turn to Miles Guo's schemes.

18             Guo's enterprise carried out several schemes.  Each

19   scheme, by the way, is a RICO predicate act.  And there are

20   more than just these six, but these are the six we're going to

21   talk about.

22             Each scheme Guo designed to take other people's money,

23   the money of his followers, the men and women around the world

24   who believed Miles Guo, who believed in Miles Guo.  Now, those

25   schemes were principally the Rule of Law Society and Foundation

1    scheme, the GTV Private Placement, the Farm Loan Program,

2    G/CLUBS, the Himalaya Exchange, and A10.

3          As I mentioned, there were others too:  G Dollar, G

4    Coin, G Bank, a second GTV Private Placement.  We're going to

5    focus on these six.  Because at their core, these six are

6    really kind of all the same.

7          Miles Guo first would tell lies in broadcasts to get

8    his followers to send him money.

9          Second, those lies mattered.  They were important to

10   his followers in deciding whether or not to invest, whether or

11   not to send Miles Guo and his companies money.

12         Third, money poured in, tens of millions, hundreds of

13   millions, a billion dollars.

14         Fourth, the money was washed.  It was laundered by

15   William Je and others through Hamilton — you heard the

16   recording — ACA, or otherwise cleansed through these businesses

17   that were designed to looked legitimate, to try to trick U.S.

18   law enforcement, to try to trick you.

19         And fifth, after the money was cleaned, Miles Guo used

20   the money for himself, for his family.  Through it all, Guo,

21   the boss, the principal, was in control.  He was in control of

22   the companies that bear his name and of the companies that do

23   not, when he wanted to hide certain things, so he named a

24   company called Medical Supply or ACA Capital even.

25         So at its core, it's so very simple.  In some ways

1    it's kind of just one long big scheme that kept evolving and

2    changing.  When the SEC caught on, they adapted their methods.

3    When assets were seized, Guo made another change.  But it's the

4    same foundational principle:  Miles Guo lied to take other

5    people's money.

6          Let's go through these schemes briefly.

7          First there's a Rule of Law Society and Rule of Law

8    Foundation scheme.  In this scheme, Miles Guo said that he

9    would donate his own money and, by so doing, encourage people

10   to donate theirs.  Money came pouring in, and he spent it on

11   himself and to promote himself.

12         The GTV Private Placement, Miles Guo said he's going

13   to create this media company.  Invest.  Buy shares.  Money came

14   pouring in.  He cleansed it through Saraca and invested it in a

15   high-risk hedge fund in the name of his son that lost $30

16   million.

17         Then came the Farm Loan Program, which was operated

18   through the Himalaya Farm Alliance, which Miles Guo created,

19   which Miles Guo names who is in charge of each farm.  He

20   offered so-called loans that he said would be used to be

21   working capital for the farms.  And in exchange, people would

22   get stock.  No one got stock.  No one got interest payments.

23   But Miles Guo and his family took the money.

24         Then there was G/CLUBS, another stock-related scheme.

25   This time you buy a membership, you get GTV stock or G Fashion

1   stock or G CLUB stock, or you buy the stock and you get the

2   membership.  He did it both ways.  Money poured in.  It was

3   cleaned.  Miles Guo spent it on himself and his family,

4   including putting that Lamborghini in his garage.

5          The Himalaya Exchange, a cryptocurrency-related

6   scheme.  These cryptos are going to make you rich.  You're not

7   going to absorb any losses, he would say.  They are backed by

8   gold.  They are safe.  They are valuable.

9          In truth, not only weren't they backed by gold, but

10  after a certain point they weren't backed by anything.  They

11  weren't on the blockchain and the price was manipulated.

12         And what happened to that money?  A lot of it was

13  seized by the U.S. government.  But before it was, when he

14  needed $37 million to get out of a jam with a court in New York

15  state, he got it, like a bank account.

16         Then there's A10, which is just -- A10 is pure snake

17  oil.  This was a business opportunity that emerged shortly

18  after the U.S. government seized, as I just mentioned, hundreds

19  of millions of dollars.  And Guo promised through the A10 a

20  stake — five percent Gettr, five percent in the Himalaya

21  Exchange, you're going to get these stocks.  Didn't make any

22  sense, but money came in.

23         Those are Guo's schemes at a high level, each of which

24  was integral to Guo's fraud; each of which he promoted in his

25  broadcasts; and each of which — from each of which — he and his

1    family benefited.

2              Now I'm going to discuss some of the reasons that

3    Miles Guo is guilty of every crime with which he is charged.

4    I'm going to go through seven reasons.  There are way more than

5    seven.  We only have so much time.  So I'm going to go through

6    seven.

7              Here's the first reason:  The first reason you know

8    that Miles Guo is guilty is he lied to his followers about

9    these investment opportunities.  Miles Guo told these lies, not

10   the politburo, no one else.  He himself told these lies, this

11   man in the courtroom.

12             Now, there are a lot of lies that he told, but they

13   mostly fit comfortably under an umbrella of two lies in

14   particular:  First, he guaranteed that his followers would not

15   lose money, and he said his followers would make money.  And he

16   said these things over and over and over and over and over

17   again.

18             His former close associate, who testified here, Ya Li,

19   was known as Mulan, summed it up for you well in her testimony.

20   She was asked:  What promises, if any, did Miles Guo make about

21   the investments?

22             Her answer — and she watched hours upon hours of his

23   videos.  Her answer:  He guaranteed all investment will be no

24   loss.  If there's a loss, he will repay us all the loss.

25             Here's another excerpt from her testimony:  Ms. Li,

O7AVGUO2                         Summation - Mr. Finkel

1   was this video, the one that she had just watched, the only

2   time Guo made this type of promise?

3           No, many times during this three years.

4           How often would he say these things in the three

5   years?

6           The promises about investment.

7           How often would Miles Guo make these promises?

8           Always.

9           So those are the big-umbrella lies.

10          But there are lies that are specific to each scheme

11  that fit underneath that umbrella, that fit underneath the

12  guarantee and the promise of returns.  So let's now start with

13  the lies Miles Guo told about the Rule of Law.

14          Rule of Law launched in November of 2018, about a

15  month after the CCP seized Miles Guo's money.  We're going to

16  come back to that.  It launched in November 2018 at a big press

17  conference with Steve Bannon.  Let's take a look, in part, at

18  what Steve Bannon said.

19          (Video played)

20          MR. FINKEL:  Now, Steve Bannon wasn't freelancing

21  here.  Karin Maistrello, Miles Guo's interpreter, a few weeks

22  ago, but you may recall, she told you that she participated in

23  meetings where Guo and Bannon discussed this very fact that

24  Miles Guo was going to donate his own money to the Rule of Law

25  Foundation and Society.

1              And it's not some accident, by the way, that Steve
2     Bannon was involved at all.  Miles Guo used Steve Bannon.  He
3     was hired for a million dollars so that Guo could use Bannon's
4     notoriety and his fame to promote himself.  Rule of Law is
5     where all this sort of started.  Guo paid Bannon a million
6     bucks, that's what you're looking at now, his contract, through
7     Saraca.  Saraca Media Group, which really, as you will see as
8     we continue today, is Miles Guo's slush fund.
9              Now, there's no way Miles Guo paid this guy a million
10    dollars and let Bannon freelance about what to say at the media
11    launch.  But that's okay anyway, because Miles Guo himself —
12    himself — made the same false promise.
13             This is Miles Guo's words, Government Exhibit VI-191
14    translated in 192-T:  Guo Wengui's $100 million will be donated
15    to the Rule of Law fund.  I bear legal responsibility for what
16    I said today.  In other words, for every U.S. dollar donated by
17    comrades in arms, $2 come from Wengui.  After donating the 100
18    million U.S. dollars, Wengui is coordinating a donation of $1
19    billion to the Rule of Law fund.
20             He tells his followers he bears legal responsibility.
21    He does.  He knows he is making a promise that matters to them.
22    But it was a lie.
23             You may remember this document, it's GX WA-30; it was
24    found in Yvette Wang's apartment on March 15, 2023.  Yvette, of
25    course, was Miles Guo's right hand, really his right arm, who

O7AVGUO2                    Summation - Mr. Finkel

carried out his orders and kept all the businesses and entities
and people running.

            And this is a summary in Yvette Wang's records of all
donations the Rule of Law Foundation and Society.  And what
does it say?  The total, both entities, $36 million.  Not even
close to 100 million.  And that document, by the way, is
consistent with what Karin Maistrello, who was the president
and treasurer of Rule of Law Society, told you:

            Did Mr. Guo ultimately make $100 million donation?

            No.

            So that claim for Miles Guo that he donate $100
million and a billion dollars was a lie, was nonsense.

            But there's more that Miles Guo lied about.

            Guo and Bannon in that press conference, they pitched
the Rule of Law as a way to help people who were oppressed by
the CCP as a charity.  And Guo would talk about that mission,
how to further it, through the Rule of Law time and time again.
What did the Rule of Law Society and Rule of Law Foundation
actually do?

            You said the purpose was to help people in China,
Ms. Maistrello was asked.  What, if anything, did Rule of Law
do to help people in China?

            While I was there, nothing.

            It's actually worse than that.  Because Boss, Miles
Guo, did less than nothing.  He took Rule of Law Foundation and

society money, donor money, victim money, and he spent it on
himself and his family.

Guo used Rule of Law money to send a shipment of N95
masks in March of 2020, on the onslaught of the COVID pandemic,
when no one, no one, could get an N95 mask anywhere, not even
in hospitals, not in Home Depot, there were none.  And Guo used
donor money to send a shipment of those masks to his estate in
Connecticut.

But there's more.

Guo did use some donor money to send some masks to the
NYPD.  Karin Maistrello testified about that too.  You may
recall what happened next.  Guo demanded personal credit for
doing so.  And Maistrello was asked to write a letter, saying
that those masks were a gift from Miles Kwok, even though that
wasn't true, because they were a gift from donors.

Maistrello refused, because it was not a direct gift
from him, she said.  It was donor money.  Rule of Law money.

What did Yvette say to her?  What did Yvette Wang say
to Maistrello as Yvette was carrying out Miles Guo's orders?

She told me, Maistrello said, that I was being paid to
execute orders and not to think.

You didn't know it at the time, at the time that
Maistrello testified about that, but that was a prelude of
things to come.  That's, in part, how the RICO conspiracy
worked, how Guo's enterprise worked:  Recruit people who don't

O7AVGUO2                     Summation - Mr. Finkel

ask questions; recruit people who follow orders, who understand

the company line and carry it out; people like Jesse Brown,

president of the Himalaya Exchange, people like Limarie Reyes,

the CEO of G/CLUBS.  We'll come back to that later.

So one of the reasons that Miles Guo is guilty is he

lied in the Rule of Law scheme.  He lied about donating his own

money.  He lied about how donor money would be used.  He lied

about how the money would be spent, because he spent it on

himself and his family, and he used it to promote himself.

Now let's talk about the lies Miles Guo told to take

people's money in the GTV Private Placement scheme.

Reeling from the success of Rule of Law, this is when

the scheme and the enterprise became turbocharged.

On April 20th, 2020, Miles Guo announced the private

placement.  He told his followers, We are friends.  And he

explained that GTV would be a social media platform with

functions such as one-to-one chat and group voice messages like

WeChat in China.  He explained he wanted to create a media

company that would break through the Chinese firewall and bring

democracy and freedom to the Chinese people.

And he told his followers to read the private

placement memorandum, this document.  Says at the top:

"Everything is just the beginning."  And inside that document

it emphasized that the purpose of this private placement, the

purpose of this company, is to create a platform independent of

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1    the Chinese government censorship, to create a unique and the

2    only news-focused social media platform revealing the truth

3    about China; to be a bridge between China and the western world

4    for open communication, business transactions and trading.  And

5    was specific about how the money raised in the private

6    placement would be used.  It would be used, it says, on the

7    right side of your screen, to expand and strengthen the GTV

8    business.

9         Nowhere — nowhere — does it say in here that the money

10   could be used for a high-risk hedge fund bet.  That wasn't

11   included on purpose.

12        But beyond the private placement and beyond the news

13   conference, Guo also made representations to individual

14   investors, the old chairs, as they were known.  Wei Chen was

15   one.  She testified about it.  She told you how she texted --

16   her and her husband texted — exchanged messages — with Miles

17   Guo.  And she told you her understanding of what Miles Guo had

18   told her, that she was promised only returns, huge returns,

19   zero risk.

20        Question:  That's what Miles Guo said?

21        That's exactly right.

22        Then, on June 2nd, 2020, the private placement closed.

23   Guo explains in that video, in that broadcast, that this is

24   a -- that he had a separate conversation with each investor;

25   that this is a serious and solemn commitment and responsibility

O7AVGUO2                    Summation - Mr. Finkel

of Wengui Guo to you to be responsible for this investment

forever.  Forever.  It's a legally valid commitment, he says,

an attitude.  It's June 2nd, 2020.

        Do you know what he doesn't say in that video?  He

doesn't mention, because he doesn't want the victims — his

fellow fighters, his friends, as he called them — to know the

truth.  That at that point he was committed to spending $100

million of their money on a high-risk hedge fund bet with

Hayman Capital.

        The GTV Private Placement closed on June 2nd.

        The next day — the next day — Guo moves $100 million

of investor money to another bank account, from the Chase 5601

account to the Chase 2038 account.  And from there, $100

million flows into Hayman Hong Kong Opportunities Fund, the

hedge fund in Dallas, Texas, run by Kyle Bass.

        And you heard from Steele Schottenheimer, the managing

director of investor relations at Hayman.  She explained to you

that this Hong Kong Opportunities Fund has nothing to do with

the media company at all.  Nothing.  It's a bet against the

Hong Kong dollar.  She explained it as a bet when the band

breaks on the weak side.  The band breaks on the weak side, it

could pay off.  This was not a bet in the S&P 500 — not that

that would make it okay, it wouldn't; this was not a bet or an

investment in Coca-Cola — again, not that that would make it

okay, it wouldn't.  This was a hedge, a high-risk investment

O7AVGUO2                    Summation - Mr. Finkel

1    for qualified investors.  It was a high-risk gamble on the Hong

2    Kong dollar price.

3            Just to be clear, that 5601 account is investor money.

4    It doesn't take a lot to figure that out.  Just looking at the

5    bank record shows the wire transactions into that account list

6    in the wires GTV Investment, attention to Mr. Miles Guo, for

7    GTV stock, 291 and a half million dollars, over 2400 deposits,

8    floated into that account in one month, in May of 2020, made

9    references to GTV, stock, investment, private placement,

10   capital, and so on.

11           This is Steele Schottenheimer's testimony.  She

12   explains what you know, that the Hong Kong Opportunities Fund

13   is a very high-risk, potential high-return strategy.  She

14   explained how it's designed to hedge people's risks, qualified

15   investors' risks.  And that investment, by the way, is

16   something that Miles Guo had contemplated for a long time.  You

17   saw this video.  This is W1007-V1.  It's an interview that

18   Miles Guo did in English with Kyle Bass, where they talked

19   about the Hong Kong dollar peg, when it could break, when it

20   could not.

21           Moreover, during the private placement, while victim

22   money was coming in, as you just saw, Guo's moneyman, William

23   Je, requested and received the deal materials from Hayman

24   Capital.  This is May 23rd, 2020.  This is when we know by at

25   least this time that Miles Guo had decided to make the

O7AVGUO2                    Summation - Mr. Finkel

1    investment.  And remember, after that, June 2nd, he talks about

2    his solemn commitment.

3          Three days later — this is a text from Kyle Bass to

4    Steele Schottenheimer — it was made clear to Schottenheimer

5    that Miles and William were investing through two entities,

6    Saraca Media Group and Hamilton Investment Management.  Saraca

7    Media Group being a Miles Guo entity, the entity he was using

8    to funnel fraud proceeds to Hayman Capital.

9          So GTV Private Placement closes, the money goes into

10   the Hayman Hong Kong Opportunities Fund, but then they hit a

11   snag.  The Securities and Exchange Commission, the SEC, an

12   American securities regulator, contacted Hayman.  That was on

13   July 13th, 2020.  Steele Schottenheimer told you about that.

14   She said that Hayman received a call from their lawyer that

15   they had received a letter from the SEC requesting

16   documentation regarding Saraca's investment in the Hayman Hong

17   Kong Opportunities Fund.

18         So in response, Hayman's lawyers sent a letter to

19   Saraca, Guo's family entity.  And they asked some questions:

20         What was the source of capital used by Saraca Media

21   Group to invest in the fund?

22         Was any of the money raised in GTV's primary offering

23   of shares used to fund Saraca's investment in the fund?

24         If the proceeds were derived from a securities

25   offering, did the offering documents disclose the use of

O7AVGUO2                    Summation - Mr. Finkel

 1   proceeds to include an investment in the fund or in any similar

 2   private fund vehicle?  If yes, please provide a copy of the

 3   disclosure document.

 4          What, if any, response did Hayman receive after

 5   dispatching that letter?

 6          No formal response to that letter.  No response.

 7          Saraca did not send the private placement memorandum

 8   and point to the document that says, This is how we could use

 9   the proceeds.  They did not send the private placement

10   memorandum and point to the part in the document that says,

11   Management has broad discretion in how to use the net proceeds

12   of the sale of common stock.  They didn't send the private

13   placement memorandum at all.

14          Why?  Why did Saraca not send the private placement

15   memorandum to Hayman?  Because the private placement memorandum

16   does not allow them to use the money raised for a media company

17   to invest in a high-risk hedge fund in the Hong Kong dollar.

18   If they thought it did, if they truly believed that the private

19   placement memorandum means we can do whatever we want with the

20   money, they would have told Hayman that.

21          (Continued on next page)

22

23

24

25

O7ABGUO3                        Summation - Mr. Finkel

1           MR. FINKEL:  They didn't cause Miles Guo knew.  Yvette

2    Wang knew.  William Je knew, and you know.  The money was sent

3    for the GTV company, not for high risk debt in the name of

4    Miles Guo's son. By the way, this is proof that Saraca got the

5    letter that Hayman's lawyer sent.  Because this document, the

6    letter we just looked at, this is from the SEC.  If you recall

7    there was a witness who testified from the SEC that the SEC

8    sent a subpoena to Saraca.  And in response to that subpoena to

9    Saraca, Saraca produced the same letter from Hayman's lawyers.

10   So it's clear that Saraca got the letter and never responded to

11   it.

12           Then in August of 2022, Kyle Bass himself sent an

13   email to William Je.  And in part that email said, in order to

14   allow Saraca to remain invested in the fund, the Hong Kong

15   Opportunities Fund, the high risk hedge fund bet, Hayman needs

16   to receive a representation from you and and from Saraca's

17   lawyers regarding the specific source of the money, the hundred

18   million dollars, beyond what was initially provided in the

19   subscription documents.  And the representation must include

20   that this money is not tainted in any way, including that it

21   does not represent assets from the GTV offering, but that it's

22   a bona fide investment made by Saraca and Miles Guo.

23           Did Kyle Bass get a response?  No.  Did Saraca ever

24   provide a representation from itself or from its lawyers

25   regarding the specific source of money?  No.  Was there any

O7ABGUO3                        Summation - Mr. Finkel

1   representation made that the money was not from assets from a

2   GTV offering according?  According to Steele Schottenheimer,

3   No.  Was there any representation made by Saraca or its counsel

4   that the hundred million dollar investment in the Hong Kong

5   Opportunities Fund prodigious series was a bona fide investment

6   made by Saraca Miles Kwok?  No.  This is evidence of intent, of

7   Miles Guo's intent.

8          By the way, what happened to that hundred million

9   dollars, that hundred million dollars of investor money, of

10  follower money, of victim money, money from the fellow

11  fighters?  Well, 70 million of it was sent to the SEC.  But

12  $29.6 million, $29 million was lost in the investment, gone as

13  part of that investment.  Saraca made a hundred million dollar

14  investment.  What happened to that hundred million?  Steele

15  Schottenheimer told you.  Seventy of it was segregated and

16  moved to a feeder fund.  How much was lost?  29.6 million.  Did

17  Miles Guo live up to his promise that he made on video that you

18  just saw, his promise to protect his followers investment in

19  GTV?  No, he did not.

20         How do we know that?  Wasn't already obvious?  There's

21  a stipulation in this case that Saraca, GTV and VOG made a

22  settlement with the SEC.  And as part of that settlement, they

23  agreed to pay back the money that was part of the GTV private

24  placement.  And as of the date of this stipulation, which was

25  June 21st of this year, Saraca and GTV owe almost 31 and a half

O7ABGUO3                          Summation - Mr. Finkel

1    million dollars more.  So Miles Guo has not made good on his

2    promise.  And why?  Because he was lying when he made that

3    promise.  And why did he lie?  To try and to in fact take his

4    victims' money.  Just to be clear, his promise extended to the

5    Voice of Guo investors too.  You may recall the GTV private

6    placement had the old chairs, the people who invested directly

7    with Saraca like Wei Chen.  And then there was the VOG

8    investment, the Voice of Guo investment, which was the pooling

9    when people who couldn't afford a hundred thousand dollars

10   pooled their money through Voice of Guo, which was in effect a

11   farm.  Miles Guo promised to guarantee their money too.  "I

12   will be responsible.  If there is one of your pennies that's

13   missing, a penny, I Guo Wengui will be responsible."  So these

14   are the GTV lies.  Guo lied about what GTV investment money was

15   going to be used for.  He lied about guaranteeing any loss, and

16   in fact he just spent investor money on himself and his family.

17          Now let's turn to the farm loan program.  Recall that

18   the farm loan program began shortly after the SEC started

19   asking questions about Saraca and its investment in Hayman.

20   Rather than sell securities explicitly; that is sell stocks of

21   GTV explicitly, Guo said he'd sell loans, loans that brought

22   with them the promise, his promise, of stock ownership or

23   interest payments.  And as you will see and as you well know

24   and as Guo well knew, those promises were lies.

25          (Media played)

O7ABGUO3                        Summation - Mr. Finkel

1          MR. FINKEL:  Miles Guo's words.  By the way, those

2    sunglasses he's wearing in that video, those are the same

3    sunglasses Ya Li brought to this courtroom that Miles Guo had

4    sent her as a sign of his appreciation for what she had done

5    for what she now knows she told you was a giant scam.  Victim

6    testimony that you heard is consistent with that video.  This

7    is Minran Wu:  What was the farm loan program?  We, members,

8    lend money to the farm to get GTV stock.  Why did you

9    understand that lending money to the farm would get you GTV

10   stock?  He said so.  Who are you talking about?  Miles Guo.

11         Here's some more from Minran Wu.  What, if anything,

12   did Miles Guo say about why you had to use loans instead of

13   just investing in GTV?  He said for the GTV private placement

14   already finished, already ended, so he created another chance

15   for us to invest in this GTV stock.  He called this step to

16   equity.

17         Here's some more statements that Miles Guo made that

18   were not true about the farm loan program.  "I'll give you the

19   money.  I'll be responsible for everything, okay.  People

20   should never, ever worry about this."  He goes on, "This is the

21   United States of America.  You are legally responsible for what

22   you say in the video.  I am legally responsible."  His words on

23   a boat.  Here's some more, "Just with the investment of GTV, we

24   managed to raise more than $400 million so far.  We haven't

25   spent a penny of that."  That was on February 28, 2021 after he

O7ABGUO3                         Summation - Mr. Finkel

had sent the money already to Hayman.  "The farm will give you

clear notice that all the money you lent them is inconvertible

bonds.  I call you to specify, and you will go to the account I

specify.  If any of you lose money, I will take full

responsibility.  In my live streaming today, I say anyone, as

long as you follow reviewing news alliance, as long as your

money was deceived and stolen what I said was based on the

original rule. For those involved in what GTV Phoenix farms or

farms like this, I am fully responsible."  Miles Guo's words.

         So, victims got contracts.  This is Minran Wu's

contract.  And the contract say that the loans proceed under

this agreement are for the general working capital purposes of

the farm.  The loan agreements do not say what was true, which

is that Miles Guo was going to use the money for his personal

expenses, for his family.  It also does not say that they will

get stock by the way.  And he did that because this was

designed to obscure the fact from the SEC that he was promising

his followers stock.  Ms. Wu explained that to you.  The use of

proceeds does not mention GTV stock, right?  Yes.  What, if

anything, were you told about why that was?  They said they

couldn't write clearly about that in this contract just because

of the CCP because CCP always eyeing this group.  They couldn't

do that.  And who told you that?  Miles Guo said this and

Brother Long Island said this.  Xia Qidong said this.

O7ABGUO3                    Summation - Mr. Finkel

1          CCP being a replacement for the SEC.  That's what this
2    was about, hiding it from the SEC.  Ms. Li, were the farm
3    program contracts real loans?  No.  They were for GTV shares.
4    Where did that money go?  Where was it sent?  The farm loan
5    money?  Ya Li told you.  It was sent to ACA Capital's bank
6    account in Abu Dhabi, William Je's bank account.  And that
7    money from William Je's bank account in Abu Dhabi from the
8    farms to ACA Capital laundered and then sent onto Lamp Capital,
9    what happened with it in Lamp Capita?  It was used for Miles
10   Guo's family, for his son Qiang Guo, for his daughter Mei Guo,
11   for car-related expenses, for airplane expenses.  That's not
12   working capital for the farms.  They never got stock either.
13   No surprise there.

14         Did you ever receive stock for your loan?  No.  Did
15   you ever receive interest payments for your loan?  No.  What,
16   if anything, Ms. Wu, did Miles Guo say in his broadcast about
17   using the money from the farm loan program investor money for
18   himself?  What did he say?  He said nobody can touch our money.
19   Even a penny safe all safe.  All safe.  Did they receive
20   interest payments?  This is Ya Li's testimony.  No. To your
21   knowledge did farm members ever receive interest payments?  No.
22   Did you receive stock, Ms. Li?  No.  To your knowledge did farm
23   members ever receive stock?  No.

24         Well, there was one instance actually, Ya Li told you
25   about this, where interest payments were made, just one.  And

O7ABGUO3                     Summation - Mr. Finkel

that is to Long Island David's farm, the New York farm, the

Mountain of Spices farm.  And why were those interest payments

made?  To trick the SEC.  "Question:  What's your understanding

of why Mountain of Spices receive interest payments?  Answer:

Because that time SEC start investigation Mountain Spice farm,

because they want to show the SEC, this is a real loan, not for

GTV shares."

        So what were Miles Guo's lies about the farm loan

program?  He lied to his followers that they would get stock

for the interest payments.  He lied that he would guaranty

their investment.  He lied about how the loan money, victim

money was going to be used, and Guo spent his followers money,

his victim money on himself and his family.  Let's turn to

G/Club.  Guo lied about G/Clubs too.  In fact, let's watch

another video of Miles Guo committing a crime.

        (Media played)

        MR. FINKEL:  And that video is a crime because Miles

Guo is lying to try to get other people's money, and he

broadcast those lies over wires.  This is a video, like so many

of the other videos you have seen throughout this trial of

Miles Guo committing wire fraud.  And because it's about stock,

it's securities fraud too.  Let's read some more statements of

what Miles Guo said about G/Club.  "It is not a membership club

Miles Guo says.  G/Club is for you to get the original stocks.

The comrades who have not invested in GTV original stocks this

O7ABGUO3                          Summation - Mr. Finkel

1    time to be given a channel so you can get legal G/Club, G

2    Fashion, stocks.  That's it.  Simple."

3          So then on October 13, 2022, Guo does the "official

4    launch" of G/Clubs.  And in this launch he says he's being

5    economically Me Too. His words.  He says, Today is the launch

6    of G/Club and G Fashion and some statements that have to be

7    made, he says, before the launch.  He explains that there's a

8    Me Too in the economic field of the US, the US, not the CCP by

9    the way, the US.  And you can accidentally become economically

10   Me too'd. That's how Guo described it.  What do you mean by

11   economically Me Too'd?  Our GTV, take a look at our GTV and you

12   will see.  He continues, Because he's being economically Me

13   Too'd, I have to say that you will not receive GTV stock. You

14   will not receive loans to purchase membership.  This is serious

15   business. There will not be stock.  There will not be loans.

16   No.  No.  No.

17          But then he says the quiet part out loud in the same

18   video.  "To put it bluntly, this is all non-sense.  I'll be

19   straightforward with you.  This is what we need to have to

20   legally avoid Me Too.  There is no other way.  We'd have to do

21   that."  And he says what is obvious and plain, what is clear.

22   "I don't think you'd buy a GTV membership for something like

23   free music.  If you were, why would you buy it?  My suggestion

24   would be don't buy it, but the procedures, laws, measures that

25   prevent me to have to be there to prevent economic Me Too, all

O7ABGUO3                          Summation - Mr. Finkel

1  of which are published on the websites."  So he goes out there,

2  he says no stock, no loans, just membership.  And then he says

3  it's all non-sense, which is to say, Guo knows.  He knew.  He

4  knew it was wrong.  He knew it wasn't lawful to say that

5  members in G/Club would get stock.  He also knows because he

6  told his followers that.  You saw him say that, that G/Clubs is

7  not about the benefits.  The three hotels you get a discount

8  in, in Puerto Rico.  The hour or hour and a half at FAO

9  Schwarz, the one night dinner discount at a restaurant in

10 London, the coffee mug and cookies for $50,000, for $10,000.

11 Those are a farce.  Those are designed to make G/Club look

12 legitimate while Miles Guo goes online in his broadcast and

13 tells people, send the money.  Get stock.

14         You know how else you know that Miles Guo knew when he

15 was saying these things that it was wrong -- first of all, your

16 common sense tells you he knew.  But another way you know is in

17 February of 2021, he received the Do Not Say Words list.

18 Limarie Reyes told you about this document.  This document was

19 found by the FBI in Miles Guo's Greenwich estate.  And this was

20 a list of words that the lawyers at G/Club told Miles Guo he

21 cannot say, words like shares, words like securities, words

22 like loans, words like growth, words like GTV, words like the

23 SEC, DOJ, prosecutors, G Coin, G Dollar, H Coin, H Dollar.

24 They told him not to talk about his schemes.  He knew better.

25 Of course he knew better.  He did it any way.

O7ABGUO3                    Summation - Mr. Finkel

1        February 2021, this is June 2021.  "all G/Club card

2   holders are entitled to one to ten of the new GTV stock for the

3   amount of the card.  Please cherish each and every share of

4   your GTV.  You have to remember this, I'm just begging you.

5   Take your membership, take your shares.  Don't lose a single

6   share.  Oh my.  This is big money.  Think about the value of

7   GTV."  He said that after the Me Too video, after the Do Not

8   Say list, because of course he knew.  Of course he knew.

9        July 5th, 2021, G/Club is definitely -- we have a

10  solution, which is legally approved.  We have all the investors

11  in G/Clubs, all investors now who are currently set at 50,000,

12  when paying $50,000 for the membership card, you will have

13  10,000 shares of G Fashion in the future.  It's like giving

14  them 10,000 shares for free.  Here's another video, July 30,

15  2021.  He references Brother Long Island, meaning he's

16  referencing the farms, because the farms were integral to all

17  of this.  The farms help promote the G enterprise, the schemes,

18  the fraud.  Brother Long Island and Kai told me that some of

19  the fellow fighters, the victims, his followers asked, Will I

20  still get a free stock offer when I buy a G/Club membership? A

21  hundred percent.  Anyone can choose whether to use your money

22  to buy G/Club before September 17, G/Club and the stock shares,

23  you'll get both.  The video he made in a Rolls-Royce to try to

24  show his followers how rich he is, how his guarantees mean

25  something, how he could be trusted.  That's part of the con.

O7ABGUO3                    Summation - Mr. Finkel

1   That's part of the fraud.  That's part of what Miles Guo

2   decided to do.

3           That's why, by the way, G/Club offered multiple

4   memberships.  This is an email from Yvette Wang, Miles Guo's

5   chief of staff operations.  She sent it to Limarie Reyes and

6   Jessica Mastrogiovanni at G/Club from her officework

7   2020@protonmail account to set up multiple memberships.  Now,

8   you also learned what multiple members get.  You get one

9   membership.  You learned about this.  This is the discount at

10  the hotels in Puerto Rico, the dinner in London.  There was a

11  couple of weeks of a hotel in New Zealand.  What do multiple

12  members get that single members don't? They get additional

13  entries to the G Talk sweepstakes.  That's it.  Did you know

14  why that's the only difference?  Because multiple memberships

15  were not about providing additional benefits, it was a way to

16  conceal were buying, or thought they were trying to buy,

17  additional stock.

18          And what do we know about that sweepstakes in G Talks?

19  It was fixed.  Miles Guo's immigration attorney who carried out

20  his criminal acts got a Lamborghini.  That's not a coincidence

21  in the G Talks sweepstakes.  Miles Guo also explained to get

22  stocks through G/Club you have to send money to Crane, Crane,

23  which collected the fraud proceeds, Haitham Khaled's entity

24  that Yvette ask him to set up.  Here's another pitch from Miles

25  Guo, August 2021.  Do you think Brother Seven is fooling you?

O7ABGUO3                        Summation - Mr. Finkel

1    Think about that for a moment.  Do you think Brother Seven is

2    fooling you?  For fellow fighters like them, they're not just

3    fellow fighters anymore.  In my heart he says.  In my heart

4    they are the highest member of our G/Club.  That's why if you

5    have bought the G/Club membership card, you would have stocks

6    now.  Why would you lose money?  What risks are you taking?  Is

7    there such a good opportunity in the world?  Will there be such

8    a good opportunity again?  Will you have such a good

9    opportunity again?

10            And this too is promise of stock, just like so many of

11   his other promises.  Lies.  Limarie Reyes, the CEO of G/Clubs:

12            Question:  Ms. Reyes, did G/clubs provide its members

13   stock in G/Clubs?  No, it did not.  Did G/Clubs provide its

14   members stock in G Fashion?  No.  Did G/Clubs provide its

15   members stock in any company?  No.  Was G/Clubs an investment

16   club?  No.  But his followers believed him.

17            Mr. Zhou, did you receive any stock shares in exchange

18   for your G/Clubs membership payment?  No.  Jenny Li:  Did you

19   receive any benefits for G/Clubs?  Nothing.  Wei Chen:  She

20   thought she was buying shares and getting a G/Clubs membership

21   for free.  Did you ever get additional GTV shares for the

22   110,000 you sent to HCHK in the approximately hundred thousand

23   you sent to Crane?  No.  I don't think so.  Minran Wu:  Why

24   would you think you would get GTV stock by sending money to

25   G/clubs?  Miles Guo said.  Where did Miles Guo say that?  In

O7ABGUO3                    Summation - Mr. Finkel

1   his video, maybe several videos.  Did you get GTV shares?  No.

2   What benefits, if any, did you get from your G/Clubs

3   membership?  I didn't get anything.  So GTV too was a scam.

4   You know Miles Guo's guilty because he lied about G/Clubs.  He

5   lied about getting GTV stock.  He lied about getting G Fashion

6   stock.  He lied about getting G/Club stock, and he lied about

7   the benefits.  The benefits were for show so the fraud money

8   could roll in, and so they could have some claimed excuse.

9            Now let's turn to Miles Guo's lies about the Himalaya

10  Exchange and Himalaya Coin and Himalaya Dollar.  And I should

11  note that the Himalaya Exchange was sort of part of a longer

12  con that began as G Dollars and G Coins, and evolved into this

13  fake cryptocurrency.  Now Miles Guo's statements about H Coin,

14  H Dollar and the Himalaya Exchange were varied and plentiful.

15  There was the gold lie.  There was the cryptocurrency lie.

16  There was a lie that they were tradeable on a blockchain.

17  There was a lie that the money was guaranteed.  There was a lie

18  about price.  There was a lot of lies about the Himalaya

19  Exchange.  We're going to look at some of them.

20            June 23, 2021, I want to help my fellow fighters make

21  money.  There's H Dollars backing H Coins and H Dollars is

22  backed by Himalaya reserve as well as gold. October 20, 2021,

23  Miles Guo says, he designed it.  Brother Seven designed it at

24  the time.  It has the first one.  It has the attribute of

25  currency.  Why?  It has 20 percent gold.  Awesome.  No matter

O7ABGUO3                          Summation - Mr. Finkel

how much it raises, 20 percent will turn into gold.  How to

exchange it?  It is the issuer of H Coin.  If the H Coin is

worthless, he can sell all 20 percent of the gold, exchange it

to you, and become your money, or take all of the value of 20

percent gold and ask everyone to unify it and make it yours.

He calls it a generation of cryptocurrency.  Tell me who does

business and dare say that you will not lose money?  I can.

It's all on Brother Seven, Miles Guo.  It's all on Brother

Seven if we lose money.

          April 27, 2021.  Let's see the sensational effect of

H Coin when it is listed.  It is the only Chinese

cryptocurrency that makes westerners believe that is a

cryptocurrency without communist and absolutely safe and

law-abiding currency.

          May 5, 2021.  He calls it a cryptocurrency several

times.  He goes onto say, I will be responsible if you lose it.

I have H Coin, US dollar gold.  It is impossible to be used as

a tool for money laundering crime.  The pricing power of H Coin

is not in anyone's hands.  He's talking about the price.  He's

saying it's not centrally controlled, and he calls it a

cryptocurrency again.  And William Je was broadcast on G News

through the G translator's farm talking about what a

cryptocurrency actually is.  Let's hear what Miles Guo's

finance man has to say.

          (Media played)

O7ABGUO3                        Summation - Mr. Finkel

1          MR. FINKEL:  So William Je defines cryptocurrency as

2     it actually is defined.  It's a distributed ledger, a public

3     ledger called a blockchain.  Miles Guo talks about it too.  Any

4     actions perform in the blockchain will be known to the whole

5     world, meaning public.  Cryptocurrency is based on blockchain

6     have an important function, absolute fairness.  Talks again

7     about how he designed it, and no matter how much it raises, 20

8     percent will turn into gold.  And he makes a video H Coin to

9     the Moon.  You've seen it a few times, which literally has gold

10    in the video, and the Lamborghini that was found in Miles Guo's

11    garage.  Another comment about how it's on the blockchain.

12         Now, was H Coin, was H Dollar actually traded on the

13    blockchain?  No.  Was it backed by gold?  No.  This is Jesse

14    Brown the CEO of the Himalaya Exchange.  Was it true,

15    Mr. Brown, that 20 percent of the value of H Coin was anchored

16    to gold?  No, it wasn't.  How much of the value of H Coin was

17    anchored to gold?  None to my knowledge.  How much of the

18    Himalaya Dollar reserve was in gold?  Zero.  This is Guo's

19    expert cryptocurrency witness Ms. Sklar.

20         Ms. Sklar, In all of the documents you reviewed from

21    the exchange, all the of the documents reviewed from

22    third-party contractors and the time you spent on Etherscan,

23    you didn't see any evidence that H Coin was backed by gold, did

24    you?  That is backed by gold, No.  I didn't see anything.

25         This is Sam Roberts' testimony.  You may recall he

O7ABGUO3                          Summation - Mr. Finkel

1    worked at Bitgo cryptocurrency services provider.  They

2    ultimately closed the account with the Himalaya Exchange

3    because of the number of red flags that the Himalaya Exchange

4    had.  He did his own review.  Did he find gold?  No.  During

5    this account review, Mr. Roberts, what, if anything, did you

6    learn about whether Himalaya' Dollar or Himalaya Coin was

7    backed by gold?  Do you not recall making a finding about gold

8    backing either of these cryptocurrencies.

9            In fact, not only was there no gold, but after

10   September and October of 2022 when the US government seized

11   money from G/Clubs and G Fashion and the Himalaya Exchange,

12   there wasn't even backed by money.  This is Bo Collins's

13   testimony.  He talks about when the US government seized money

14   that was going to be used to buy his bank, which came from

15   Himalaya Exchange by the way.  This is an email that was sent

16   actually from Ms. Murray to G/Club attorneys attaching the

17   seizure warrant which made clear that money from in Mercantile

18   held by the name of Himalaya International Clearing, Hamilton

19   Capital, Himalaya International Reserves, Himalaya

20   International Financial Group, the Himalaya Exchange entities

21   was seized, but they kept using this document, the Armanino

22   document that said the Himalaya Dollar was backed by $401

23   million in cash.  Priya Patel sent it. You remember her?  She's

24   the one who pretended that she never heard of GTV.  She was the

25   lawyer for William Je and the Himalaya Exchange.

O7ABGUO3                    Summation - Mr. Finkel

1          It's important to keep in mind that's another example
2     of how Miles Guo worked with other people to keep this fraud
3     scheme going.  Mr. Roberts from Bitgo talked about that
4     document.  Mr. Roberts, why did seeing in this document that
5     the Exchange gave you that the number of HDO tokens on the
6     blockchain was zero make you question whether to accord it with
7     your understanding of a stablecoin?  He had questions about it.
8     I understood the total amount of Himalaya Dollar in circulation
9     to be in the range of one to one and a half billion.  Seeing
10    this number zero made me question whether that there were --
11    whether the Himalaya Dollar on the blockchain had any value at
12    all.
13         But despite the seizure, September and October of
14    2022, Miles Guo kept promoting the Exchange, H Coin and H
15    Dollar, talking about how it could redeem, how it could issue,
16    and how it was extremely strict supervision, even though it had
17    no money behind it.  He was trying to get more money to come
18    in.  Here's one of his getter post, his social media platform,
19    talks about how most cryptocurrencies will disappear, but HCN
20    will continue.  It can't be tainted with.  It can't be stolen
21    from.  It's safe.  Even though there was no money backing it.
22         Mr. Brown, in your two and half years with the
23    Himalaya Exchange, when, if ever, could customers buy H Coin on
24    a blockchain?  Never.  When, if ever, could customers buy H
25    Dollar on a blockchain?  Never.  That's part of this lie too.

O7ABGUO3                          Summation - Mr. Finkel

1    Himalaya Coin and Himalaya Dollar weren't on a blockchain.

2    They weren't cryptocurrencies at all.  They're on a database.

3    Jesse Brown told you about that database, and that it was

4    centrally controlled, despite what Guo promised, controlled by

5    the exchange and its technology team.  And by the way, what

6    Jesse Brown testified to, what he saw as an insider at the

7    Himalaya Exchange was consistent with what Sam Roberts saw in

8    his review.  He understood that the database meant transactions

9    were occurring on a private ledger not available for public

10   viewing.  So it was a closed loop system, not a public

11   blockchain, like William Je described, like Miles Guo

12   described.

13          What they were instead were credits.  That's what

14   Maggie Sklar talked about, notations on internal databases.

15   They're not on the blockchain Ms. Sklar was asked.  In my

16   understanding the credit system was not on the blockchain.

17   Guo's own expert, it's not on the blockchain.  And in the fine

18   print buried within this 40-page document it says that credits

19   can only be used on the Himalaya Exchange, and they represent a

20   right to participate in trading.  They do not carry any right

21   to require their exchange for fiat currency or crypto assets.

22   A member can make a request to the exchange to exchange credits

23   on their account and receive a transfer of corresponding crypto

24   assets to their external wallet address. Miles Guo never said

25   anything about that.  He left that out.

O7ABGUO3                    Summation - Mr. Finkel

1              And even the price was a lie.  They manipulated the

2      price of H Coin.  Jesse Brown, what was your understanding why

3      stakeholders at the exchange didn't want the coins or the

4      dollar to be listed on another exchange?  For fear the price

5      would drop, and they using humming bot, a software to make sure

6      that the price wouldn't drop.  They were manipulating the

7      price.  And again Jesse Brown's testimony as an insider is

8      consistent with what Sam Roberts saw in his review.  He

9      recalled finding that it appeared that H Coin had a very large

10     apparent market capitalization based on the number of H Coin he

11     understood to be in circulation.  In other words, the price

12     didn't make sense.  That's the Himalaya Exchange lies.

13             Guo lied about it being backed by gold.  He lied about

14     it being backed by cash.  He lied that he was responsible for

15     the lost.  He didn't pay it back after the government seized

16     the money.  He lied about them being cryptocurrencies.  He lied

17     that HCN and HDO were essentially controlled.  They were not.

18     He even lied about the price.  Then there's Guos lies about

19     A10.  This scheme which is utter non-sense comes in February of

20     2023, after the government seized the Himalaya Exchange money.

21     It's about a month before Miles Guo was arrested.  He creates

22     this snazzy graphic, and he makes a broadcast offering shares

23     in both Gettr the social media platform and the Himalaya

24     Exchange.

25             (Media played)

O7ABGUO3                    Summation - Mr. Finkel

1          MR. FINKEL:  Different spin on the same theme, lies
2     about stocks, lies about coins, lies about all these things you
3     get if you send him money for A10.  And he connects it to
4     G/Club for some reason saying, If you own G/Club without a
5     cent, if I say that, I am not stupid.  I am not a fool, and
6     I've invested a million.  I can get a million from G/Club, a
7     million dollar membership.  And then you hold equity owner in
8     both companies without any risk.  Then he goes onto explain
9     that it originally was A15, but then he turned it to A10, and
10    that's because A10 didn't involve G/Club, because the G/Club
11    stock wasn't profitable at present.  Which if that were true or
12    not true, it certainly suggest that Miles Guo knew that the
13    G/Club stock he promised to his followers that he said could
14    never lose money, he wasn't paying them back for it. Ya Li
15    explain her understanding of A10 and what it was really for is
16    now clear.

17         Ms. Li, at the time of A10, where would you send
18    money?  Send U.S. dollars to buy a G/Club card to Abu Dhabi.
19    Why would you send it to Abu Dhabi?  Because new G/Club company
20    establish in Abu Dhabi.  Around when was this new G/Club
21    company established in Abu Dhabi?  Around the end of 2022. And
22    what happened in the end of 2022?  The US government seized
23    Miles Guo's fraud proceeds, so he tried to move them offshore.
24    That's what A10 was, collecting more money to go offshore.  Wei
25    Chen I think described it well.  When he promoted A10, I'm

O7ABGUO3                    Summation - Mr. Finkel

confused she said when she testified.  Why?  Because why is

another investment.  It feels to me that he just keep asking us

to give money to invest, just keep draining out our pocket, is

always giving, giving investment, investment, but where is the

return?  Why keep giving money out?  When is the money coming

in as a return?

           Did Ms. Chen invest in the A10?  No.  Those are lies

about A10.  Guo lied about getting shares in Gettr.  He lied

about shares in the Himalaya Exchange.  He lied about these

G/Club benefits.  A different spin on the same theme.  So those

are the lies Miles Guo told about his various schemes; the Rule

of Law, GTV, farm loan program, G/Clubs, the Himalaya Exchange

and A10.  These are all part of the same conspiracy, and Miles

Guo kept going back to the same well, to the same people, his

followers that he knew would believe him, that there was some

promise of stock, of ownership that he never meant to provide.

And all of those lies that I just went through, they all fit

under the umbrella of promising followers would not lose money,

of promising followers they'd make money, make money by owning

stock that Guo repeated over and over and over and over again.

           Our fellow fighters have to be rich.  Let's see how

Wengui does business for you and makes money for you?  I want

them, the followers to be rich.  I want them to never lower

their heads for money.  You will make a profit.  Who will you

share?  Who will you share the money with?  And he guaranteed

O7ABGUO3                        Summation - Mr. Finkel

1    them.  He guaranteed they wouldn't lose.

2          (Media played)

3          MR. FINKEL:  That personal guaranty is pretty

4    egregious given that Guo filed for bankruptcy on March 15,

5    2022. In his bankruptcy filing which he signed, he said he

6    estimated his assets to be worth $50,000 to $100,000, and that

7    he owed between a hundred million and $500 million.  In other

8    words, he didn't have any money, but did that stop him from

9    promising he would guaranty his investors, his followers, his

10   victims' money?  Of course not.  February 15, 2022 bankruptcy,

11   he still made guaranties.  July 15, 2022, this is from the

12   video you just watched, If you lose a penny, I will take

13   responsibility for it.  He knew he was bankrupt, or so he

14   claimed.  That's the first reason that Guo is guilty, because

15   he lied to his followers about investment opportunities.

16         I know your Honor that you wanted to take a break

17   around now.  This would be a good time if it's okay with the

18   Court to do that.

19         THE COURT:  Members of the jury, we'll take a

20   ten-minute break at this time.  Remember that I have not yet

21   given the case to you, so you're not allowed to discuss the

22   case amongst yourselves, don't permit others to discuss it in

23   your presence, don't read, watch or listen to anything

24   concerning any topic involved in this case.

25         THE LAW CLERK:  Jury exiting.

O7ABGUO3                        Summation - Mr. Finkel

1           (Jury not present)

2           THE COURT:  We'll come back in 10 minutes.

3           (Recess)

4           THE COURT:  Please get the jurors.

5           THE LAW CLERK:  Jury entering.

6           (Jury present)

7           THE COURT:  Please be seated.  AUSA Finkel, you may

8    continue.

9           MR. FINKEL:  Thank you, your Honor.  Okay.  Welcome

10   back.  So reason number one that Miles Guo is guilty is he lied

11   to his followers about investment opportunities.  Reason number

12   two is that those lies mattered.  They were, as Judge Torres

13   explained in her instructions, material.  And that's something

14   that you're going to have to consider when you deliberate,

15   whether the lies were material; that is whether a reasonable

16   person would have viewed the information, Miles Guo's lies and

17   omissions, as altering the total mix of information available.

18   Material facts includes facts which viewed objectively affect

19   the value of an investment opportunity of a security of a

20   promise.

21           Now, the government does not have to prove that

22   investors, victims actually relied on the statements that Miles

23   Guos made.  Investor intent, victim intent, is not a concern of

24   yours.  What matters for you in your deliberations is whether

25   Miles Guo's false statements, his misrepresentation, his

O7ABGUO3                        Summation - Mr. Finkel

1    omissions, like saying he wouldn't spend investor money on

2    himself, whether those show that he had intent, whether those

3    mattered to a reasonable investor.  So did Guo's lies matter?

4    Of course.  Were they material?  Of course.  It's common sense.

5    One way you know that they were material, one way you know that

6    Miles Guo's lies matter is because he kept repeating them over

7    and over and over again.

8            But more to the point, any time someone guaranties

9    that you won't lose money, it is common sense that that

10   statement, that lie is material.  Even Maggie Sklar Miles Guo's

11   cryptocurrency expert agrees with that.  Remember she was a

12   lawyer who worked at the CFTC.  Are you aware, Ms. Sklar, of

13   any crypto coin whose holders are guaranteed against any losses

14   by a particular individual?  No, but I probably want to invest

15   in that cryptocurrency.  Of course.  Of course it's material if

16   you promise you can't lose.  And not surprisingly victims

17   agreed with Maggie Sklar.  They agree with what is obviously

18   common sense.

19           This is Jenny Li's testimony.  She's talking about

20   Rule of Law that it mattered to her that Miles Guo was putting

21   up his own money when deciding to donate to Rule of Law.  This

22   is Wei Chen, Why did she invest in GTV, because there's no risk

23   she said.  Minran Wu -- excuse me.  This is Wei Chen, asking

24   about the risk factors that were in the private placement

25   memorandum.  Did these alter the mix for her.  No.  Why?

O7ABGUO3                        Summation - Mr. Finkel

Because I trusted Miles Guo.  He said there were no risks, only
huge returns.

         Minran Wu, would you have sent money to GTV if you
knew it would be used for a hedge fund investment?  No.  Minran
Wu again.  What would happen to the money, to the profits?  He
said many times, everyone will make money.  She will make
money.  Miles Guo lies mattered.  Jenny Li talking about the
farm loan program.  Why did she send money?  Because she was
expecting to get GTV stock.  Ya Li talking about the farm loan
program.  Why were you collecting money?  We were collecting
money, and then we sent it to Miles Guo's company.  And what
was the purpose of doing that to your understanding?  To get
shares of GTV.

         Le Zhou, farm loans.  It was important to him that the
money he understood, because he was told, would go to the
working capital of the farms.  Limarie Reyes talked about
G/Club members broadly.  She learn that there came a time when
she became aware that G/Club members, plural, expected to
receive stock.  And what was her understanding as to why that
was?  Cause Miles Guo mention it in a video.  That's what
G/Club members expected according to the CEO.

         Minran Wu, why did she send money to G/Club?  GTV
stock.  Wei Chen, why did she send money to Crane and HCHK?
Why did she get a second loan on her house?  For GTV shares.
Minran Wu, was this 20 percent gold reserve important to you,

O7ABGUO3                    Summation - Mr. Finkel

the gold promise, the gold lie that Miles Guo told?  Yes,

because she explain if a financial institution has an ability

to buy 20 percent gold as the reserve, this institution's

financial ability should be very good.  And second, I have the

impression that many banks in the world, including the federal

reserve, they all have gold as their reserve.  This sounds

formal she said.  Wei Chen, did gold matter to her?  It was

critical she said because it made it sound better than Bitcoin.

Le Zhou, same thing, 20 percent gold adds to the value of it.

          Now, through this trial you've also seen the victims

be questioned by defense counsel about whether they read other

materials, other materials, some of which said things different

than what Miles Guo said.  Now, as Judge Torres instructed you

yesterday, and it's important you remember this, a victim's

negligence or gullibility in failing to discovery a fraudulent

scheme is not a defense to fraud.  So whether the victims

should have realized they were being defrauded or could have

realized they were being defrauded is not a concern of yours.

It's not something that you need to consider.  That's what

Judge Torres instructed.  The victims are not on trial.  It

doesn't matter if there was some fine print disclaimer hidden,

hidden purposely by the way.  But actually these disclaimer,

this fine print revealed something else.  They reveal Miles

Guo's intent to deceive.

          He knew, as we've talked about and his co-conspirators

O7ABGUO3                        Summation - Mr. Finkel

1    knew, that Miles Guo was spouting off lies to get other people
2    money, so he put these documents in place to try to protect
3    himself.  This is the G/Club disclaimer.  Think about this for
4    a moment.  It's worth some reflection.  It is literally saying
5    in effect, we know, G/Clubs knows, that you've listened to
6    Miles Guo, and what Miles Guo said mattered to you.  Please
7    don't listen to him anymore.  Even though -- and this is sort
8    of hard to keep track of -- but even though Miles Guo was the
9    spokesperson for G/Club.  How bizarre is it to have a
10   spokesperson -- who didn't get a salary by the way -- he just
11   got Lamborghini and houses.  We'll talk about that.  How
12   bizarre is it to have a spokesperson, and then disclaim the
13   very words of the spokesperson?  The disclaimer properly
14   understood is proof that Miles Guo's lies about stock mattered.
15   Because if they didn't matter, there wouldn't need to be a
16   disclaimer.

17          Remember, you can't blame the victims.  You cannot
18   blame the victims for failing to review this disclaimer or
19   consider it or decide that the disclaimer means that they
20   weren't getting stock.  The question for you is Miles Guo's
21   intent to deceive, his intent to defraud.  You cannot fine
22   print your way out of criminal liability.  Similar thing could
23   be said by the way about the farm loan contracts.  First of
24   all, most of them weren't even signed.  They were just ways to
25   paper things, and the farms are Miles Guo's farms.  It's his

O7ABGUO3                      Summation - Mr. Finkel

1   Himalaya Farm alliance.  He appointed the personnel.  He

2   decided who is in the Blood Iron Group.  Minran Wu's farm loan

3   contract is a prime example. She signed it in August of 2020.

4   When was it countersigned?  November 2021 by Long Island David.

5   And that was done because they wanted to extend the contract to

6   add this addendum, and that happen to Le Zhou too.  And they

7   wanted to add this addendum to give the farm additional

8   control, to try to paper additional reasons so they didn't have

9   to pay up on time.  It shows intent.

10          This was part of the farm loan addendum.  It said, the

11  borrower, meaning the farm, has the right to unilaterally

12  terminate the loan if the lender defames Guo.  If the lender

13  engages in any statements or conduct against the mission of the

14  whistleblower movement, or engages in any conduct against the

15  New Federal State of China, which is to say they're just

16  papering reasons to try to come up with ways that they think

17  legally, Miles Guo legally can say, I don't need to pay you.

18  It shows Miles Guo's intent.  And with respect to reading the

19  fine print, Ya Li, Mulan, told you when you invested in GTV,

20  did you read the documents closely?  No.  I don't read.  I just

21  sign where I need to sign.  Why?  Because I trust Miles Guo a

22  hundred percent.

23          Another way you know that Miles Guo's statement

24  mattered is that they worked.  Look at the money that flowed

25  in, hundreds of millions of dollars floating over months, over

O7ABGUO3                    Summation - Mr. Finkel

1  years, because the statements, because Miles Guo pitched them,

2  and his statements worked.  Those statements mattered for

3  another reason too, and Wei Chen told you about this.  They

4  weren't infectious.  He made those statements over and over and

5  over again.  Ms. Chen, you said just a moment ago you felt like

6  you were brainwashed.  What are the things that happened to you

7  that you think caused you to be brainwashed by Miles Guo?  I

8  think it is a messaging keeping repeating and emphasizing in

9  your mind that make you believe it is true and make you believe

10  it is true without any doubt.  I don't know how it happened,

11  but unfortunately it happened to me.  That message is

12  repeating.  It's emphasizing.  It's instilling in my mind, make

13  me trust it every single thing and making me acting as an idiot

14  back then.  She told you that as tears welled up in her eyes

15  thinking about how she was diluted and tricked and brainwashed.

16          Patrick Chen told you about something similar.  My

17  feeling right now, he said, it's like another cult, right.

18  When you believe the leader and you cannot ask questions.  You

19  used the phrase "wake up," what do you mean by wake up?  That's

20  how I feel because after I left the group, I feel very

21  relieved, Miles Guo group.  That's what Miles Guo did to people

22  on purpose.  He effected what they thought.  His statements

23  mattered to them.

24          And Mulan, Ya Li, one of Miles Guo's closest associates,

25  a member of the Iron Blood Group, what did she learn?  What did

O7ABGUO3                         Summation - Mr. Finkel

she realize after she woke up?  I believe that was a very

elaborate scam.  Meaning Miles Guo's statements, his pitches

were a scam.  They were a con.  They are a fraud.  Wei Chen

explained some more, Miles Guo lied to me and gain my trust by

emphasizing and repeating over and over again that he's very

honest, trustworthy person.  He never lied.  He brainwash me

into believing him by telling his story that made be believe

that he's very nice, kind, caring person.  He lied to me to

make me believe that he cares about me as his sister.  He lied

to me to make me believe that he's willing to share his wealth

with me as his sister.  He took advantage of my hope of -- high

hope for providing a better life for my older parents and young

children by promising huge returns with zero risk.  He depicted

a beautiful family, a beautiful future for my family that

deceive me into giving all my money, all my hard earned money,

all my hard saved money to him to pay for his family, his

daughters, his son's lavish and extravagant life.  Miles Guo is

a liar.  He's a cheater.  He's a shameless and heartless

cheater and fraudster.  Ms. Chen is right.  You know she's

right.  That's another way you know that Miles Guo is guilty

because the lies he told mattered.  They worked.  His fraud

worked.

        The third reason you know that Miles Guo is guilty is

because on legal documents, documents he thought would be in a

court one day, he hid his control.  He tried to protect himself

O7ABGUO3                        Summation - Mr. Finkel

1    from the SEC, from the department of justice, from the FBI,

2    from US law enforcement, and he did that.  He concealed that

3    control on legal documents because he knew what he was doing

4    was wrong and illegal, so he tried to set up a canard to have

5    some paper reason why all of this would be okay.  To be clear,

6    the G Series, GTV, G News, G/Club, G Fashion, G Coin, G Dollar,

7    G Bank, G Mall, that stood for Guo.  Not Goodness and God and

8    Global, it stood for Guo.  And he was in charge of all of it.

9    But on paper, he wanted to create distance.

10           So GTV was owned on paper by his son, by Mileson Guo

11   through Saraca, which Mileson Guo on paper was the ultimate

12   beneficial owner of.  And on paper in the PPM, the private

13   placement memorandum, Miles Guo, it's on the lower right of

14   your screen, was the sponsor and advisor.  He named Max Krasner

15   the guy who ran the slush fund for him as an executive

16   director, and Yvette Wang as a director.  G/Clubs, he had

17   Haoran He be the UBO so he can sign money from and to himself,

18   which is really from and to Miles Guo.  Limarie Reyes told you

19   about Haoran He, who was in fact Mileson Guo's, Miles Guo's

20   son's best friend.  And also Mileson -- and we know this from

21   the Khaled's recordings, also on paper like GTV, like Saraca,

22   had ownership interest in G/Club.  He was technically, as he

23   put it, a settler of the foundation, so he thought he could

24   participate in legal conversations about it.  But he was clear

25   that actively, no, the UBO is Haoran He. I am just the settler.

O7ABGUO3                    Summation - Mr. Finkel

1            And the Himalaya Exchange which William Je allegedly
2     owned, this contract was found in Connecticut.  Government
3     Exhibit CT198.  It was found unsigned, but it's marked as the
4     executed version, and it shows that William Je, the financial
5     guy was holding in trust the Himalaya Exchange those companies
6     that are listed one through four below for Mileson or Qiang
7     Guo, for Miles Guo's son.  So the Himalaya Exchange, Miles Guo
8     tried to hide himself from that too.  This is a zoom in on it.
9     Assets were hold in family members names.  This document was
10    recovered from a search of Yvette Wang's apartment.  That
11    Lamborghini, the one found in Miles Guo's garage was on it,
12    along with a lot of other cars.  And who hold the title to the
13    Lamborghini?  Defeng Cao, Mei Guo's fiancee', his soon to be
14    son-in-law.

15            You see next to that it says G/Club International?
16    This is Defeng Cao, Miles Guo's soon to be son-in-law. And this
17    is a certificate of title for the Lamborghini with the VIN
18    number on it that was found in Miles Guo's garage.  And Defeng
19    Cao was not an employee of G/Clubs, had nothing to do with
20    G/Clubs.  You heard that from Limarie Reyes.  This was a way to
21    paper it to make it look like Miles Guo didn't own the
22    Lamborghini, but he did.  This is an entity issue, also found
23    in Yvette Wang's apartment listing various entities and who the
24    paper owners of them, all the shell companies they use to hide
25    Guo's control on legal documents.  Then there's Taurus Fund.

O7ABGUO3                         Summation - Mr. Finkel

1    Scott Barnett, remember him?  He testified yesterday and the

2    day before.  That was Miles Guo's bodyguard.  He was named as

3    the managing member of Taurus Fund LLC.  What was Taurus Fund?

4    It was a way to hide the Mahwah mansion that was for the Guo

5    family.  The real estate broker who represented the Guo family,

6    Frosini, She told you that she showed this house, this mansion

7    to the Guo family.

8            And Guo himself lied under oath during his depositions

9    in connection with his bankruptcy about Golden Spring.  He

10   claim he did not know anything about it. He lied some more

11   about Golden Spring.  He didn't know who Max Krasner was, not

12   true.  He lied about Lamp Capital, which we saw before was used

13   to pay for his family's yachts and boats and things like that,

14   said he didn't know about it.  He even lied about Saraca.

15   Saraca.  Remember that.  We're going to come back to that.  And

16   he too lied about the "G" in GTV.  What does it stand for?

17   God, the goal, like G-O-A-L.  The English word goal?  Yeah,

18   Goal or God.  Do you remember the hero video?  Remember the

19   hero video in which he appears in every single frame, a man who

20   puts himself out in front of everything and wants to take

21   credit and be the front of everything.  Do you really think GTV

22   is really not Guo TV?  Guo Media, is not Guo Media?  G Fashion

23   isn't Miles Guo?  G/Clubs isn't Miles Guo?  It's all Miles Guo.

24   He's lying to the bankruptcy trustee, the bankruptcy court to

25   hide his control on legal documents because he knows these

O7ABGUO3                        Summation - Mr. Finkel

1   companies are criminal.  He's playing them.  He's trying to

2   hide behind the shell game.

3           Miles Guo is not dumb.  He's very smart.  Look at what

4   he put into place.  Look at what he planned.  Look at what he

5   did for years.  He knows.  He knows, and you know too.  He use

6   the shell game so much he disobeyed a court order so flagrantly

7   that he was held in contempt when he tried to send the Lady May

8   the yacht abroad, and he hid his control.  He hid his control

9   by using trusted co-conspirators like Yvette and William Je

10  that gave him some cover to try to make businesses look like

11  independent businesses that weren't part of this criminal

12  enterprise.  And so they could put out these statements that

13  say Miles Guo does not have any decisive control over G/Club

14  BVI or its parent Jovial or its parent the Stichting.  Was that

15  true?  No.  And Khaled told you that.  Focusing on the first

16  sentence, do you believe that statement to be true?  No.  And

17  you know that statement is not true.

18          And then to get some more cover, Guo and his

19  co-conspirators had a second layer of conspirators Haoran He,

20  Mileson, Long Island David, Yongbing Zhang, Max Krasner.  We've

21  talked about that.  This was a large enterprise after that all.

22  And below them were figure heads, like Limarie Reyes the CEO of

23  G/Clubs, and Jesse Brown, the CEO of the Himalaya Exchange.

24  And how do you know that?  They told you.  Ms. Reyes is the CEO

25  of G/Clubs. Did you have final decision making authority on all

O7ABGUO3                    Summation - Mr. Finkel

1    matters concerning G/Clubs?  No.

2            Ms. Reyes, when you were the CEO of G/Clubs, did you

3    believe that you could fire Guo?  I didn't feel like I could.

4    And in fact, going back to the Do Not Say Words for a moment.

5    If Miles Guo was just the spokesperson of G/Clubs, and G/Clubs

6    knew he kept saying all these things on video that were causing

7    problems for G/Clubs, so much so they gave him a list of words

8    not to say, if he was causing that much problem, if G/Clubs

9    really -- if Miles Guo really just a spokesperson for G/Clubs,

10   they'd fire him.

11           (Continued on next page)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1            MR. FINKEL:  They couldn't.  Because Miles Guo was

2       G/CLUBS.  It was his company.  He controlled it.  He just

3       didn't want it to look that way on paper.

4            Jesse Brown.  As the CEO of the Himalaya Exchange,

5       Mr. Brown, how many people reported to you?

6            Zero.

7            What were you in control of?

8            I was in control of nothing.

9            It all goes back to this:  Earlier on in this

10      conspiracy, Karin Maistrello asked questions.  She pushed back.

11      Yvette told her that she was paid to execute orders, not to

12      think.

13           And so the enterprise worked.  They found Limarie

14      Reyes, they found Jesse Brown; they found people willing not to

15      ask questions, people who were willing to sign documents,

16      willing to do what the enterprise wanted:  to keep the money.

17      And, of course, everyone answered to the boss, to the

18      principal, to Guo.

19           And the farms, Guo was in charge of the farms.  He

20      appointed Long Island David, Brother Chang Dao, as the

21      secretary general of the farms.  He appointed its leaders.  On

22      the right is the UK farm leader.  He communicated with his most

23      loyal farm leaders, like the Iron Blood Group, who executed his

24      instructions, who transferred money on his behalf.  And when

25      that money went missing, he could blame it on these people,

1    like Sara Wei and others.  That was part of how this worked.

2              And I talked about Guo used legal fine print to hide

3    crimes; he misled his followers by brainwashing them; he built

4    up trust.  He played a long con.

5              And amid the flurry of things, he was always careful

6    to sometimes say — again, to try to protect himself from some

7    legal liability because he knew what he was doing was wrong and

8    illegal — remember, wink, wink, remember, read the contract.

9    Remember, look at the disclaimer.  Look at everything.  Please

10   read the prospectus.  Read the contract carefully.  Please read

11   it carefully.  Look at the white papers.

12             As I talked about, this was all intentional.  It tells

13   you that this was a setup for the victims.  It tells you that

14   Guo, the boss, the brains behind all of this, knew what he was

15   doing was wrong.  It tells you he knew he had to try to paper

16   over the frauds by stealing money.

17             I just want to point to this.  This is part of his

18   bankruptcy filing.  You could see from the top it was filed on

19   the docket.  And in the bankruptcy filing he was asked a

20   question:  Do you have any equitable interest in any residence,

21   building, land, or similar property?  And he said no.  He uses

22   373 Taconic, that's the Greenwich estate where the Lamborghini

23   was parked, but he doesn't own it; and that he has access to

24   the Sherry-Netherland Hotel, the penthouse in Midtown

25   Manhattan.  But, again, he doesn't own it; his son just lets

1    him live there.

2              But he did not mention that mansion on the lower

3    right-hand side of your screen.  And why did he not mention

4    that mansion?  Because he was hiding it from the bankruptcy

5    trustee.  That's why there are NDAs; that's why he was trying

6    to keep it secret.  He didn't want the bankruptcy trustee to

7    get it.  The CCP canard is a scapegoat.  So much so — so much

8    so — that it became a joke at G/CLUBS.

9              Did there come times while you were employed at

10   G/CLUBS, Ms. Reyes, the CEO of G/CLUBS, where the cable or

11   internet would go out?

12             Yes.

13             And what would the employees say, if anything, when

14   that would happen?

15             They would joke about it was the CCP.  Because we had

16   heard that many things were due to the CCP.

17             Any problem, any issue, any time someone got between

18   him and his money, CCP.  CCP.  It's convenient scapegoating

19   that he played over and over and over again.  This insulation,

20   this cover, this coverup, they tell you that Miles Guo knew

21   exactly what he was doing, that he wanted to paper over this

22   fraud.  And that's one more reason that you know Miles Guo is

23   guilty.

24             The next way you know that Miles Guo is guilty is he

25   attacked people who went after his fraud proceeds.  And by so

1    doing, he also demonstrates his control over the G Enterprise.

2            Now you remember, perhaps, Jenny Li, one of the

3    victims who testified here, she introduced a recording that she

4    had made about a dentist known as -- she understood was

5    Himalaya Dentist.  Himalaya Dentist asked Guo personally for

6    her money back.  The translation is on the right.

7            Mr. Guo, I'm sorry, I thought it was someone else.

8    I'm a dentist, not a spy or anything like that.  How can I send

9    them to you?  She's talking about her receipts, about money

10   that she had lost.

11           Ah, Himalaya, this freedom fighter is now

12   (indiscernible).  Please get out.

13           Wow, please get out, the dentist responds.  Is Mr. Guo

14   asking me to get out?

15           A male voice:  Yes, please get out.

16           Guo:  Now they have sent two lunatics to make trouble.

17   Just ignore them.

18           Goes on to say:  Himalaya, she is crazy.  That's what

19   he does, when someone wants their money back, calls them a

20   lunatic, says they're crazy, calls them a spy, whatever he

21   needs to do to go after them.

22           Just like he went after Luc Despins, the bankruptcy

23   trustee who was appointed by a court in Connecticut to

24   represent creditors and tried to make sure that Guo can't

25   conceal his assets; that the creditors who were owed money --

1    including a creditor who's owed money because Miles Guo

2    promised to pay them back and never did.  Luc Despins' job was

3    to find his assets and give them back to creditors.  So Miles

4    Guo let loose the New Federal State of China on him and his

5    family.

6           His picture was in Guo's phone, and it's sick.

7    Circled are Luc Despins' daughters, including Isabel Despins,

8    Dan Copeland's wife.  He told you about what it was like when

9    he and his family were attacked and protested and harassed and

10   targeted, were targeted because Isabel's dad was appointed by a

11   court to try to get creditors their money back.  And this

12   picture found in a phone in the Sherry-Netherland Hotel, one of

13   Guo's phones, proves Guo ordered this.  That's how the

14   enterprise operates.

15          And Guo, to the fellow fighters, tried to make it fun

16   for them.  He got them not just to protest for days outside of

17   the Despins children's home, but also outside of a school, an

18   elementary school where Isabel Despins taught.  He did this to

19   protect his money.

20          And Dan Copeland, who, through tears, told you about

21   how stressful it was, how hard it was on his wife, how much she

22   cared about her kids, keeping them safe, making sure school is

23   a safe environment for them, to feel comfortable.  And she saw

24   how the idea that she could be causing -- she blamed herself

25   for what he did, causing trauma in some of her kids -- these

1    kids' lives.

2              Miles Guo did that to protect his money.

3              That's not the only time.

4              Jenny Li told you about a protest she went to in

5    Hawaii that was organized by Miles Guo, again, because someone

6    was complaining.  Ya Li told you about it, that when people

7    asked for refunds, she would ask Miles Guo whether or not to

8    give the refunds.  And Miles Guo would decide whether they

9    publicly had criticized him or not would depend on whether they

10   got a refund.  Miles Guo told Ya Li that himself, not through

11   an intermediary.

12             Ya Li also told you about protests she watched online,

13   where one protester punched a CCP spy.  Where?  In the face?

14   Another one was punched in the eyes.  What, if anything, did

15   Guo say about these incidents?  He said:  Well done.

16             That's what Miles Guo is willing to do to protect his

17   fraud proceeds, to protect his enterprise.

18             And he paid these people through Rule of Law money.

19   Created a blacklist.  He named people who got in his way.  He

20   posted their personal information online.  He broadcast their

21   login and Discord IDs.  He docks them to keep people afraid of

22   him.

23             When the SEC got involved, he organized protests about

24   the SEC too.  He said they were infiltrated, the SEC was

25   infiltrated by the Chinese Communist Party, the Securities and

1    Exchange Commission.

2              The thing about this political activism is Miles Guo

3    wants to have it both ways.  When he is protesting and

4    harassing people who are trying to prevent him -- or trying to

5    take back fraud proceeds, then it's political activism; then

6    it's "I'm just a political activist; this is our First

7    Amendment rights."

8              But when the political activism becomes a problem, him

9    and his co-conspirators very quickly — very quickly — throw it

10   to the side.

11             This is an email from William Je to Ferrari.  They

12   were trying to organize some sort of promotional thing with

13   Ferrari through the Himalaya Exchange.  This was in the UK is

14   true home, Mileson's Guo's email account.

15             And William Je says:  The Himalaya Exchange is a

16   commercial entity, no political agenda.  Himalaya Exchange has

17   never made an announcement on any political stand, especially

18   those related to China.

19             And Miles Guo himself distanced, when it was helpful

20   for him to do so, the G Series and the NFSC, his political

21   operation.  This is completely a business operation.  Do not

22   think the G Series under any circumstances -- do not link the G

23   Series under any circumstances to the NFSC.  That is all

24   bullshit.  He plays it both ways.  He say whatever he wants to

25   say to try to get money, to try to cover it up, and to try to

1     prevent people from doing the same.

2              The NFSC was a tool that Miles Guo used in furtherance

3     of his fraud enterprise to carry out his orders.  It did dirty

4     work for him, it did dirty tricks for him, and it's part and

5     parcel of the racketeering enterprise that Miles Guo created

6     and controlled every step of the way.

7              Miles Guo is guilty because he lied to his followers

8     about investment opportunities.  Those lies mattered; they were

9     material.  On legal documents he hid his control, and he

10    attacked anyone who tried to take back fraud money, anyone who

11    got in his way.

12             What's the fifth reason that Miles Guo is guilty?  He

13    laundered the fraud money.

14             Now, I want to turn back briefly to the GTV Private

15    Placement, the GTV misappropriation.  There are some details in

16    there that prove that Guo, Yvette Wang, and William Je moved

17    money to hide its source.  And its source, of course, was

18    investor money, victim money.

19             Now, if you recall, in the subscription documents they

20    said they would pay this $100 million from a JP Morgan bank

21    account in New York, by the way, ending in 5601.  And this was

22    part of the KYC AML process; know your customer, anti-money

23    laundering process that Hayman Capital had put in place.  They

24    were requesting all different kinds of documents.  That's

25    important.

1          But the 5601 account was a problem for Miles Guo,

2     Yvette, and William Je.  Because the wire information made

3     clear that the money in it — these are bank statements — said

4     it was from a GTV Investment.  So they had a problem.

5          What if, as part of that KYC AML process, Hayman asked

6     for bank statements?  They might.

7          So what did Miles Guo, William Je, and Yvette do?

8     This shows all the statements that could get them in trouble.

9     And, in fact, William Je even mentions that they might try to

10    transfer from another bank account, from a different company

11    name.  And Steele Schottenheimer told him he couldn't do that.

12         So they did something else.  They laundered the money.

13         They engaged in a financial transaction to conceal the

14    source of the money.  They moved it from the 5601 account to

15    the 2038 account.  They made this internal transfer to an

16    account, to the 2038 account, that Yvette Wang, Yanping Wang

17    opened that day.  This transfer is June 3rd.  This account, the

18    2038 account, was opened on June 3rd.  There's no reason for

19    this internal transfer other than to conceal where the money

20    came from.

21         And then after they concealed it with a financial

22    transaction from the 5601 account to the 2038 account, they

23    moved the $100 million into Hayman.  They concealed the fraud

24    proceeds from the GTV Private Placement.

25         G/CLUBS was a fraud scheme, but it was also -- G/CLUBS

1    was also a money laundering operation.  All its "loans" and

2    "investments," they were designed to create, as we've talked

3    about, a paper trail.  And these financial transactions that

4    they implemented from G/CLUBS in Puerto Rico to G/CLUBS in BVI,

5    meaning the British Virgin Islands, abroad, were designed to

6    conceal the source of the money, to make it harder for U.S. law

7    enforcement, for the FBI to find.

8            These are the loan agreements.  This is the summary

9    chart that Owen Foley put into evidence.  He was a summary

10    witness.  There was $302 million in total in these loan

11    agreements.  This is GX Z-13.  $300 million.  That's about,

12    approximately, what G/CLUBS took in.  G/CLUBS took the money

13    in, they papered it with these loan agreements and investment

14    agreements, and implemented these transactions, sent money to

15    the BVI, sent money abroad, to launder it.

16            And where did it end up?  Where did that money go?

17    Miles Guo's garage.  He also bought a Bugatti from Mileson Guo.

18    If you recall, originally, the customer name said Mileson Guo.

19    But that was a problem.  That's too obvious.  So they changed

20    it to G Club International Limited.  Concealing Mileson Guo's

21    name for a $4.6 million Bugatti was part of it.  Make no

22    mistake about it, there was never any real effort to make these

23    "investments" available for members.  This was to provide

24    benefits to the Guo family.  That's what G/CLUBS did.

25            There's also a yacht.  Haoran He signed an agreement

O7AVGUO4                    Summation - Mr. Finkel

1    to send money for the yacht to the BVI, to the British Virgin

2    Islands, a financial transaction from the U.S., out of the

3    U.S., to conceal it.  And make no mistake about it, Miles Guo

4    was a part of this every step of the way.  This is an email

5    from Max Krasner from the office in New York to the G CLUB

6    folks in Puerto Rico talking about the shipping for the vessel,

7    for the yacht, for the yacht which you now know was called the

8    Liberty.

9           Here's a chat.  This email, by the way, is

10   September 14, 2021.  Here's a chat from one of Miles Guo's

11   phones between himself and Gladys Chow, his interpreter.  What

12   does Gladys tell him about?  The boat, the yacht.

13          Boss, this is information about the new boat Max sent

14   you.  The first shipping company, and it goes on to provide

15   details about how to ship it ultimately to Connecticut, where

16   he has one of his homes.  He's the spokesperson allegedly.  But

17   he's involved in the shipping of a yacht?  Why?  You know why.

18   Because the yacht was for Miles Guo.

19          In fact, he helped design the font on the back of the

20   boat.  That's how in the weeds he was on this stuff.  That's

21   how immersed in the details he was.

22          Boss, these are the fonts of the new ship.  Which one

23   do you like best?

24          He responds:  This one.

25          G/CLUBS also sent a loan, "a loan," remember.  None of

1    these loans were paid back, Limarie Reyes testified to that.

2            This loan was for $10 million to Miles' son, to Miles

3    Guo's son.  What does that have to do with member benefits?

4    Nothing.  Money came in, they processed it in G/CLUBS, and spit

5    it out to the Guo family.

6            This is an email from Haoran He about that loan or one

7    of the loans to Mileson Guo, in which he says they got a green

8    light from Mr. Guo.  He's in contact with Mr. Guo.  And that's

9    Mr. Guo.  That Mr. Guo.  Haoran He was friends with Mileson.

10   He didn't refer to him as "Mr. Guo."  We know about that

11   because Limarie Reyes, Alex H., Mileson and Haoran He went on

12   that boat ride together in Europe.  Mileson wasn't called

13   "Mr. Guo."  They are friends.

14           Then there's Fiesta Property Developments Ltd.  Haoran

15   He tells Limarie Reyes:  Our projects in London are doing well.

16           There are no projects in London.  Once Limarie looked

17   at a few hotels in London.  There are no projects in London.

18           We'd like to ask for the rest of the loan agreement to

19   be transferred to Fiesta Property Developments Ltd., 10 million

20   pounds.

21           So they put together this loan agreement.  He's

22   referring to this loan agreement from January 2021.  And what

23   was this loan agreement for?  Where did that money from G/CLUBS

24   go?  It went from G/CLUBS to a Santander bank account.  This is

25   GX Z-14, in the name of Fiesta Property Development, to another

1    account, Metro Bank, which is a bank in England, and then to

2    Ferrari Beverly Hills, to buy this car for Mileson.

3            And by the way, in the process of doing that

4    particular transaction and others that Haitham Khaled told you

5    about, they had to lie to a bank.  This is Alex H. lying to

6    Morgan Stanley, an FDIC-insured financial institution, saying

7    that Fiesta Property Developments is a real estate holding

8    company by Mr. He in the UK.  That's not true.  Fiesta Property

9    Developments was a Ferrari-buying company.

10           Khaled told you.

11           When you were working for Miles Guo and Yvette Wang,

12   were you always truthful with banks?

13           No.

14           Why did you lie?

15           To make sure that accounts got opened and stayed

16   opened.

17           Was that in the course of your employment?

18           Yes.

19           They lied to banks.  They committed bank fraud.

20   That's part of the enterprise.  That's part of how it worked.

21           I want to return to Crane for a moment, Haitham

22   Khaled's company.  Crane, as you may recall, received member

23   payments, received G CLUB member payments, victim payments.

24   And there was a dispute between Haitham Khaled and G/CLUBS,

25   leading to an arbitration.  You may recall that Limarie Reyes

1    told you that she wasn't truthful during that arbitration; she
2    was towing the company line.  And as a result, G/CLUBS won.
3    And $46.5 million and change was awarded to Crane -- excuse me,
4    to G CLUB from Crane.
5            And then this letter was sent to Limarie Reyes, which
6    she didn't really know why it was sent to her.  But this letter
7    was from Aaron Mitchell, one of Guo's longtime lawyers who
8    helped facilitate these schemes.  And it said that he was going
9    to facilitate the transfer of 11 wire transactions — and you
10   can look at this document, if you want, it's GC497 — totaling
11   46.5 million and change.
12           Where did that money go?
13           Went from Crane Advisory into Lawall & Mitchell, and
14   then Aaron Mitchell sent the $46,549,275.17 to Hamilton
15   Opportunity Fund, William Je's company, abroad.  Then they
16   moved it again, because they always do that -- not always, but
17   they usually do that internal transfer, to conceal it some
18   more.  Went to the Hamilton Opportunity Fund, and then was sent
19   to McDonnell Whitaker, Insight Title Services, and Buck Esq.
20           What was that money for?  It was for this.  That's
21   where the G CLUB money went, after Haitham Khaled had to send
22   it back to G/CLUBS.  It went to purchase this mansion in
23   Mahwah, New Jersey.  This is a chart Mr. Hinton created, helped
24   create, showing the farm loan money flows.  This chart is
25   definitionally money laundering.  Look at all of these

1  transactions designed to obscure the source of where the money

2  came from, to make it harder for U.S. law enforcement to find.

3  That was Guo's plan.

4           And after the money from the farms went to ACA Capital

5  in Abu Dhabi, we know it flowed out to Lamp Capital, to

6  Greenwich Land to Hudson Diamond to Lexington Properties to

7  William Je himself.  Those other entities, Lexington, Hudson,

8  Lamp, Greenwich, those are Miles Guo's family funds; what he

9  used for his life, for his food, for his clothes, for his

10 boats, for his cars.  It was a slush fund.  That's the fifth

11 reason you know that Miles Guo is guilty, because he laundered

12 the fraud proceeds to cover it up.

13          The sixth reason that Miles Guo is guilty is that he

14 had a motive.  First of all, money is always a motive.  People

15 are motivated by money.  Some people are willing to commit

16 crimes to get money, like Miles Guo.

17          But the money mattered to Miles Guo in particular

18 because of what happened in Hong Kong.

19          On October 23rd, 2018, a court in Hong Kong entered an

20 order seizing and restraining Guo's assets in Hong Kong and

21 elsewhere.  So, yes, the CCP seized Miles Guo's money.

22 Obviously they took it.  He no longer had the ability to

23 project that he was a billionaire.

24          And what happened in November of 2018?  He started

25 asking for money.  Rule of Law.  Now moved to GTV.  And what

1    happened with GTV?  The SEC got involved and took a lot of the

2    money.  There's the freezing order, leads to the Rule of Law

3    launch.  Then there's the private placement launch.  Then

4    there's the SEC getting involved, putting a stop to the GTV

5    Private Placement.

6            So what happens?  Farm Loan Program gets launched.

7    Then G/CLUBS, another way to conceal sales of stock.  That's

8    the settlement, where Saraca, GTV, and VOG had to pay more

9    money.

10           What happens after that?  The Himalaya Exchange

11   launches.  If you remember, Jesse Brown told you that the

12   reason the Himalaya Exchange launched when it did is because

13   Miles Guo was putting pressure to launch it.

14           Then, in September and October of 2022, the U.S.

15   government seized about $640 million from the G Enterprise.

16           What happened after that?  A15 and A10, an Abu Dhabi

17   G/CLUBS.  In other words, trying to create fraud enterprises,

18   sub-companies in foreign countries, outside the reach of U.S.

19   law enforcement.

20           This timeline shows the schemes; they show that Miles

21   Guo was adapting and moving and evolving his operations, trying

22   to literally outfox U.S. law enforcement and the Securities and

23   Exchange Commission.

24           One other point to make on this, there's been

25   suggestion throughout this trial that Miles Guo is very rich

and he has other money abroad, his family has money, other

people have money for him.  Maybe.  Maybe.  But rich people

commit crimes too.  And whether Miles Guo was rich or poor

doesn't really matter.  What matters is what he did:  Lied to

people to take their money.

          The seventh reason that Miles Guo is guilty is he and

his family benefited from his crimes.  The proceeds of the

fraud flowed to Miles Guo and his family.  It shows why he did

all this.

          This is Mahwah.  This is Miles Guo's house.  He tried

to make it a home.  He lived in it.  His real estate broker

told you the buyers were the Guo family.  He kept his medicine

there, his New York state license, his passport, his identity

card, pictures of his family, some more pictures of his family,

his wife's Lego collection, his Brioni suits with his name in

them, some more pictures of his family, $394,000 in cash.  And

there was also a document found inside about setting up

electricity and lighting boxes in Mei's closet, his daughter's

closet, in her fiancé's room, Wayne Defeng Cao, and in his main

bath and shower, Boss's main bath and shower, and Madam's, his

wife, Mrs. Guo.

          He even moved some of his stuff from Taconic Road, 373

Taconic Road, to the Mahwah mansion in New Jersey.  And, of

course, you saw these documents between Palisozi and

Promemoria, a designer of some sort, and Gladys Chow.  This is

1    one example, PRO466.  But there are many other examples in the

2    PRO series of exhibits.

3            Gladys says:  It's been almost a year since we last

4    talked.  Please allow me to introduce myself.  I'm Gladys, the

5    assistant of Mr. Miles Kwok.  And she gives him links about

6    design plans, cinema walk-in closet for the Mrs., a closet for

7    the daughter, a closet for the son, a closet for the Mr., for

8    Mr. Kwok.  And, of course, Miles Guo texted with Gladys Chow

9    about designing the Mahwah mansion.

10           (Video played)

11           MR. FINKEL:  Translated, he is saying:  Don't put the

12   head of the bed on the third floor toward the back.  Put it

13   towards here.  Most of the bathroom facilities are placed here,

14   which is Guo Mei's bedroom, his daughter's bedroom.  This is

15   Guo Mei's master bedroom, Guo Mei's big bathroom here.  And

16   this is Xiao Cao, Defeng Cao's room, a small suite.  There are

17   two bedrooms for them.  And a public living room between the

18   two of them for them to share.

19           This text chain is important too.  This is a text

20   chain between Gladys Chow and Miles Guo.  She texts him a

21   picture of this table and says:  Boss, this table you asked

22   your comrade to help order is already ready and will be shipped

23   from Shenzhen, China.  Where do you want to ship it?

24           Then she goes on to ask:  Is this table intended for a

25   company, that company?  Let me see that the company should be

1    responsible for the expense.

2            And what does Miles Guo say in response?  Use G CLUB

3    or another private company for payment.  Don't involve anything

4    else.  Either G CLUB or another private company.

5            This is yet another example, on top of all the

6    examples of the Khaled recordings, which are the GX 400 series,

7    of Miles Guo directing the use of G CLUB money for a table.

8    He's not the spokesperson.  He's not just the spokesperson.  He

9    controls the money.

10            Talked about this a moment ago.  Then there's Buck

11    Esq. LLC, the attorney trust account.  And Amy Buck testified.

12    She told you about how she would get direction from Gladys Chow

13    and sometimes Scott Barnett, some other people, about things to

14    buy for this family she thought was really rich for the Mahwah

15    property.

16            This is her testimony.  She talks about the things she

17    would buy with, just to be clear, the money in her trust

18    account which came from the Crane money, which is to say G CLUB

19    money, member money, victim money.

20            She bought for $1.1 million a tortoiseshell jewelry

21    box and some candlesticks; she bought a chandelier for 120,000,

22    under the direction of Miles Guo's agents; she spent six grand

23    on some other candelabras under the direction of Miles Guo's

24    agents; a $53,000 bronze -- I don't know how to pronounce that,

25    but there was a pair of them; a $19,000 — that was on sale —

1    handsome and complete set of four 19th century walnut benches;

2    a coffee table for 40,000, less the $16,000 discount;

3    mattresses for $36,000 apiece; an antique rug for 250 grand;

4    another set of rugs for 300 grand; mirrors and some other stuff

5    for $97,000; four large antique French Louis XVI gilt bronze

6    and glass arm lantern chandeliers for a million dollars;

7    additional items for $428,000; sound equipment for $104,000.

8            None of these things were for the G CLUB members.

9    This was how Miles Guo wanted to turn the house he bought in

10   Mahwah, New Jersey into his family home.  And he used victim

11   money to do it, to benefit himself and his family.

12           And as we talked about, he got a car.  His son would

13   have gotten the Bugatti, except for the fact that the FBI got

14   involved.  Seized it.  And Mileson got a Ferrari, as we talked

15   about.  A Ferrari for him.  His helmet says "Mileson."  This is

16   not for G/CLUBS.  This is not for members.  This is not to

17   fight the CCP.  This is a benefit that shows Guo's family

18   benefited from his crimes.

19           From the Himalaya Exchange, Miles Guo got a $37

20   million loan when he needed it the most.  When he thought that

21   he'd be held in contempt, can go to jail.  And the farms paid

22   for personal expenses.  And the GTV Private Placement paid for

23   a hedge fund investment as we talked about.  And that was in

24   the name of Saraca, which itself was a slush fund.  You saw

25   some of those documents.

1          Stefano Ricci clothing for $8,000.  A home inspection
2   in New England at Taconic Road was paid for with Saraca Media
3   Group money.  That was for Miles Guo's home in Connecticut.
4   And there's a chat on the side which makes clear that Max was
5   implementing orders from Miles Guo to use the family slush
6   fund, Saraca.  That was the name the Hayman investment was in,
7   the family slush fund.
8          And Miles Guo knew his victims lost money.
9          (Video played)
10         MR. FINKEL:  That's November 11, 2020, where he tells
11  his followers not to worry.  No one lost money as a result of
12  the Saraca investment.  Do you know how much money you lost by
13  shorting the Hong Kong dollar, brothers and sisters?  All Kyle
14  Bass funds loss, 50 percent loss.  You did not lose.
15         Fellow comrades, Saraca -- you did not invest, Saraca
16  invested.  So he knew about the Saraca investment.  Of course
17  he knew.  And he reemphasizes again:  I can't use the money you
18  invest to buy even a Japanese meal.  If he does, I will be
19  arrested directly.  The United States will really arrest you.
20         He knows using fraud money, victim money, is a crime.
21  He always knew that.  And he did it for years.  And that money,
22  as we talked about, 30 million of it — $30 million — a lot of
23  money, gone.  Never paid back.
24         So this is what Miles Guo got:  $1.3 billion comes in,
25  approximately 100 million goes to his family offices and his

family members, 550 million goes to William Je's companies to

be laundered and processed.  It's a lot of money.  A lot of

money from his victims for himself.  That's what Miles Guo got.

        What did his victims get?  Less than nothing.  They

lost.  Minran Wu, she lost $15,000 just from this investment;

more overall.  Le Zhou, $30,000.  A lot of money, $30,000.

Jenny Li, 60,000 from the farm loans itself.  A lot of money.

Wei Chen, $1.1 million.  She invested in the private placement,

in G CLUB, the digital bank, another scheme.  Don't have time

for all the schemes.  Himalaya Exchange, the Rule of Law, H

Coin.  She lost $1.1 million.

        And these people, these victims, they not only lost

their money — you heard testimony about this — they lost credit

by taking out loans to pay for these investments, they lost

time with their children and their families and their work by

volunteering for Miles Guo, by trying to help him because they

thought it was a good thing to do, thinking about him all the

time, putting their trust in him.  And he took it from them.

He took that trust and used it to buy a boat and a car and a

huge house.

        Everyone agrees — government agrees, defense agrees —

that Miles Guo was targeted by the CCP.  But as Miles Guo's

expert told you, none of that matters for this trial.  And it

doesn't give him a license to rob from these people.  Common

sense tells you that.  Their expert, Guo's expert, told you

1    that.

2            But there is targeting in this case that does matter.

3    You know what targeting matters in this case?  The targeting

4    Miles Guo did.  His targeting of victim money, that's the

5    targeting; his targeting of victims that matters in this trial.

6            Miles Guo claimed to be a political activist, and he

7    sucked people in.  He brainwashed some of them, he convinced

8    them he could help them, that he was trustworthy.  He attracted

9    people like a magnet, people who agreed with his message.  He

10   called them his fellow fighters, his comrades, his brothers in

11   arms, his sisters in arms, his friends, his family.  He brought

12   them in close.  He said he loved them.  He cared about them.

13   He built up this trust.  And they gave their money to him.  He

14   took it.

15           And what did he do when these people put their faith

16   in him?  He conned them.  He scammed them.  He defrauded them.

17   He targeted these people, thousands of people, the victims.  He

18   knew what he was doing and he did it for years, over and over

19   and over again.  It wasn't a mistake.  It wasn't an accident.

20   It was intentional.  It was his design.  He targeted the

21   victims.  He targeted thousands of victims.  He lied to take

22   other people's money.  That's the targeting that matters in

23   this trial.

24           So there are many reasons — many — and Miles Guo is

25   guilty of each and every charge.

O7AVGUO4                    Summation - Mr. Finkel

1           And we went through seven.  And any one of these is

2    enough to convict Miles Guo.

3           He lied to his followers about investment

4    opportunities.  Those lies mattered.  They were material.  On

5    legal documents Guo hid his control.  He attacked anyone who

6    tried to take back the fraud proceeds.  He laundered the fraud

7    proceeds.  He had a motive.  He, Miles Guo, and the Guo family,

8    benefited from his crimes.  Any one of these is enough to

9    convict Miles Guo of each and every charge.  And you should

10   convict him because he's guilty, because he's guilty beyond a

11   reasonable doubt.

12          I'm going to make two last points and then I'm going

13   to sit down.

14          First, as I think you already know and as Judge Torres

15   instructed you, this case was lawfully brought by the United

16   States government by career prosecutors and career FBI agents

17   whose job it is to enforce the laws of this country.

18          This is not China.  This is New York City.  We're in

19   Downtown Manhattan in a federal courthouse, where judges like

20   Judge Torres make sure everyone who wants their day in court is

21   entitled to it; everyone who wants to hold the government to

22   its burden of proof is entitled to it.  And we've met our

23   burden here and then some.

24          Do you know what else we have in the United States?

25   We have you.  We have a jury; average citizens doing their

O7AVGUO4                    Summation - Mr. Finkel

1    civic duty, taking away time from their lives, from their jobs,

2    your jobs, from your friends and family, to make sure that

3    everyone who wants it is entitled to their day in court.

4            I'm not a CCP spy, neither is Judge Torres, neither

5    are you.  So decide this case based on the evidence you have

6    seen and heard these past seven weeks; the evidence that is

7    overwhelming.  All of the testimony, all of it.  The direct,

8    the cross, the defense case, the government's case, all of it

9    shows beyond a reasonable doubt that Miles Guo committed wire

10   fraud, securities fraud, laundered money, lied to banks, and

11   agreed with others to erect a racketeering conspiracy, a fraud

12   enterprise.  That is what Miles Guo did.  That is what he chose

13   to do.  That's what the evidence shows.  That's what the

14   government has proved beyond a reasonable doubt.

15           I'm going to end where we began when this trial began,

16   back on May 24th, the first witness, Special Agent Erin

17   McNamara.  She's a special agent from Connecticut.  She took

18   the stand, first time.  She told you about the search of this

19   place, Guo's Greenwich estate.  On March 15, 2023 there was

20   still snow on the ground.  She told you about the garage.

21   Lamborghini in the garage.

22           She took you inside to an office.  Inside that office

23   was some production equipment, microphone, cameras, a flag that

24   at the time you didn't know what it meant; a star at the time

25   you couldn't have known what it meant.  But you know now.

1          And at the time you first saw this image, you didn't

2     appreciate, I'm sure — because the evidence wasn't in like it

3     is now — that this is not just a desk and a microphone, this is

4     a crime scene.  This is where Miles Guo, one of the places, he

5     sat and lied to people to take their money.  And Guo is

6     responsible for doing that, for the harm he caused, for doing

7     it on purpose, intentionally, knowingly.  Guo is responsible.

8     Just like everyone, all of us, are responsible for your

9     choices, for our choices, he's responsible for his.  He's

10    responsible for his actions.  He's responsible for his

11    decisions.

12         Guo is responsible for all of this.  He chose to lie.

13    He chose to defraud.  He chose to take what was not his.  He

14    chose to work with others to make it all happen to build an

15    empire of fraud.  The evidence of all that is overwhelming.  It

16    is clear.  It is plain.

17         Guo's schemes were sprawling.  They were vast.  But

18    they collapsed to a simple, inescapable, and obvious truth:

19    Miles Guo lied to take other people's money.  And the evidence

20    in this case, all of it, leads to one verdict, just one, and

21    you know it.  You know what that verdict is.

22         The defendant, Guo Wengui, Ho Wan Kwok, Brother 7, the

23    Principal, Boss, Miles Guo, this man, on each and every count,

24    Miles Guo is guilty.  Thank you.

25         THE COURT:  Members of the jury, we've heard the

1    government's summation, but we're still not finished with the

2    trial.  We have other phases, and so it's not yet time for you

3    to start deliberating.

4            So we're going to take our half-hour lunch.  We'll

5    come back at 2:30.

6            Remember that you're not allowed to discuss the case

7    amongst yourselves, don't permit others to discuss the case in

8    your presence, don't read, listen to, or watch anything from

9    any source that touches on the subject matter of this trial.

10           (Jury not present)

11           THE COURT:  Counsel, please step up.

12           (Continued on next page)

13           (At sidebar)

14           THE COURT:  Mr. Fergenson, I just wanted to ask about

15   your wife.

16           MR. FERGENSON:  Everyone is doing very well.

17           Thank you, your Honor.

18           THE COURT:  Wonderful.  Was it a girl or a boy?

19           MR. FERGENSON:  A girl.

20           THE COURT:  Oh, great.  Well, I'm happy for you.

21           MR. FERGENSON:  Thank you.

22           THE COURT:  All righty.  That's it.

23           (Luncheon recess)

24           (Continued on next page)

25

1                          AFTERNOON SESSION

2                              2:30 p.m.

3              THE COURT:  Please have the jurors brought in.

4              THE LAW CLERK:  Jury entering.

5              (Jury present)

6              THE COURT:  Please be seated.  Members of the jury,

7      and now the summation on behalf of Mr. Guo will be presented by

8      Mr. Sidhardha Kamaraju.

9              MR. KAMARAJU:  Thank you, your Honor.  May I proceed?

10             THE COURT:  You may.

11             MR. KAMARAJU:  Hello.  As Judge Torres just mentioned,

12     my name is Sidhardha Kamaraju, and I represent Miles Guo.  Now

13     you heard Judge Torres say before that the defendant has no

14     obligation to make a statement.  He has no obligation to

15     present a case.  He has no obligation to present any evidence

16     whatsoever, and that's because it's the government's

17     responsibility to prove Mr. Guo's guilt beyond a reasonable

18     doubt and overcome something that he enjoys, like we all enjoy,

19     the presumption of innocence.  As Judge Torres told you at the

20     very beginning of this trial, Mr. Guo entered the room with

21     that presumption.  He continued to have that presumption

22     through every moment of this trial, and he continued to have it

23     right now.  Even after you heard from Mr. Finkel, even after

24     you will eventually hear from Ms. Murray, Mr. Guo has to be

25     presumed innocent.  And that means despite what the government

1    says today, you have to do more than just keep an open mind.

2    You have to presume him innocent.  And what you have to do is,

3    you have to hold the government to the standard required by US

4    law, not Chinese law, US law, that they have to prove their

5    case beyond a reasonable doubt, that they have to prove to you

6    that what they say happened, happened beyond a reasonable

7    doubt.  And you know what this trial has proven, they have

8    failed in that burden because the trial, like Mr. Finkel's

9    summation, was long on rhetoric, but short on specifics, long

10   on talk, but short on evidence.  We're going to talk about all

11   of that, and I want you to pay as much attention as you've done

12   throughout the entire trial.  Because the things that we'll

13   talk about, you'll see, some of the things Mr. Finkel said are

14   flat out wrong.  They're not showing you the whole side of the

15   story, and that's what we're going to do.  Because as you

16   heard, we did present a defense.  You saw.  We cross-examined

17   witnesses.  We called our own witnesses.  We presented our own

18   documents, and now I'm here to give Mr. Guo's closing

19   statement.

20          Now, it's not my style to do a lot of pointing and

21   yelling.  I'm just hear to tell you the side of the story.  But

22   when you hear it, I am confident that you will agree with me

23   that they have failed in their burden, that they have not

24   proven that Mr. Guo is guilty beyond a reasonable doubt.  So

25   I'm going to start where the government ended with Mr. Guo

1    cause obviously this trial is about who he is.  Now, the

2    government would have you believe that he's a consummate

3    fraudster, a swindler.  They'd have you believe that he's a

4    head of a racketeering enterprise.  But as you've seen, as you

5    will continue to see as you deliberate, the government is

6    wrong.  The government's case is based on a superficial and

7    misguided view of the evidence, and that's what you're going to

8    see as we walk through it.

9           So who is Mr. Guo?  Well, like all of us, Mr. Guo has

10   many dimensions.  He's a father.  He's a husband.  He's the

11   seventh of eight brothers.  He's a friend.  He's a Chinese

12   businessman that has built a enterprise in China that is

13   massive.  He's the founder and face of a pro-Chinese democracy

14   movement that is amassed global followings of thousands of

15   fellow political dissidents, and he's a fugitive.  Not from

16   this government, but from the ruling party of one of the

17   world's great super powers, the Chinese Communist Party or the

18   CCP.  Like all of us, Mr. Guo is many things, and to truly

19   comprehend what happened here, you have to consider all of

20   those parts.  You have to look at the whole story, not just the

21   part the government is ask you to see.  The whole video, the

22   whole document, the whole recording, the whole testimony, you

23   have to look at the whole story.

24          Now, over the next couple of hours I'm going to walk

25   through each of the supposed frauds that the government

1    alleged.  I'm not going to be able to get to all of them, not

2    going to spend a lot of time on A10, because you didn't hear a

3    lot about A10 during this trial.  But before I do that though,

4    I want to talk about what I think is a central question that

5    you're going to have to address in coming to a verdict.

6    Because at bottom when you peel back all the ominous sounds of

7    a racketeering conspiracy, the government's case is essentially

8    a fraud case.  I think Mr. Finkel even said that.  The

9    government's entire racketeering enterprise is based on

10   allegations of fraud.  Its money laundering allegations are

11   based on the supposed transfer of fraudulent proceeds.  Those

12   allegations of fraud are at the heart of the entire case.

13          Now Judge Torres is instructed you on the law, and

14   what she says controls.  But what she told you is that to prove

15   any of its fraud charges, whether related to GTV or the farm

16   loans or G/Club or the Himalaya Exchange, any of the fraud

17   charges, the government must prove beyond a reasonable doubt

18   that Mr. Guo intended to defraud people when he made the

19   statements that the government claims are false.  He had to

20   intend to trick people out of their money or their property.

21   And you've also heard that Mr. Guo's supposed victims are the

22   other members of his political movement, the whistleblower

23   movement.  And you've also seen that the money that Mr. Guo

24   supposedly stole was intended to help that movement's ventures.

25   So in a very real sense, the government's claim is that Mr. Guo

1   intended to deceive the political movement that he started and

2   help grow.  And why does the government say he did this?  For

3   money, plain and simple.  So that's the central question you're

4   going to have to address is would Mr. Guo intentionally cheat

5   his fellow movement members for money?  And when you look at

6   the evidence, you will see that the government has failed to

7   carry its burden on that question.  It is failed to prove

8   beyond a reasonable doubt that Mr. Guo took a penny with the

9   intent to undermine the political movement he invested so much

10  in.

11          Now -- and I will address that question in detail over

12  the next little bit, but at a high level please think about

13  this as you deliberate.  Think about what Mr. Guo endured to

14  advance this movement.  He fled China to escape persecution by

15  the CCP.  To do so, he left his family, his life, and his home.

16  After he arrived in the United States, he made the choice to

17  start speaking out against the CCP publicly in 2017, a choice

18  he did not have to make.  And almost immediately after he began

19  speaking out, the Chinese Communist Party tried to silence him.

20  It started a relentless campaign to destroy Mr. Guo's

21  credibility and his ability to broadcast his message.  It

22  started a specific squad dedicated to harassing and

23  discrediting Mr. Guo online, spreading misinformation about

24  him.  It tried to coerce US social media companies to block

25  Mr. Guo from their platforms, limiting the reach of his

1   message.  It paid protestors to target Mr. Guo in the United

2   States.  All CCP efforts to kill Mr. Guo's pro-Chinese

3   democracy movement at its birth.  It seized assets in Hong Kong

4   choking off his access to money for his movement.  The CCP even

5   tried to force Mr. Guo back to China, corrupted American

6   citizens to engage in illegal plots to lobby the Trump

7   administration to extradite him back.  They tried to force him

8   to return by illegally sending Chinese agents to the United

9   States to negotiate his return in exchange for giving his

10  family, his money and his life back.

11          The CCP even tried to kidnap him, all to get him out

12  of this country without protections for free speech and our

13  global media industry.  That's some of the things that Mr. Guo

14  went through to establish this movement.  And as crazy as it

15  sounds to us, as outlandish as it might sound, you can take

16  that targeting of him as a given.  Because even the government,

17  the United States of America, agrees that it happened.  So ask

18  yourself when you're deliberating, how much would you have to

19  care about something to risk losing your family, your money,

20  maybe even your life for it?  I think we all know the answer to

21  that, a tremendous amount, a life sacrificing amount.  And on

22  the other side of the scale, the government's claim that

23  Mr. Guo needed money.  That's it in a nutshell.  According to

24  the government, Mr. Guo was willing to throwaway the movement.

25  He endured everything we just talked about for money.  I'll say

1    two things about that initially.

2              First, there is no dispute that Mr. Guo lived a lavish

3    life from the moment he came to the United States.  We all saw

4    the luxury apartment that took up an entire floor overlooking

5    Central Park.  He had the yacht.  He had the jet.  He had the

6    suits.  He had all of that well before the government even

7    claims this racketeering enterprise started.  You've also seen

8    no evidence from the government whatsoever that his lifestyle

9    changed at all during the time of the alleged enterprise.  You

10   didn't see anything from the government's case showing that

11   Mr. Guo suffered for money even after the Chinese Communist

12   Party seized his assets in Hong Kong, or even after he declared

13   personal bankruptcy.  And contrary to the government's slanted

14   depiction of things, you haven't seen any evidence of him

15   taking a penny from the movement for his personal use.  So

16   that's obviously the heart of it, right.

17             The government put on weeks of evidence to try to show

18   you that Mr. Guo took money improperly for himself.  They

19   called witness after witness to say that.  But I want you to

20   think about something, and you'll hear me say this over and

21   over again, they're asking you to connect the dots and take

22   away a man's liberty, but had they ever really given you the

23   dots they need?  As we walk through -- and as Ms. Murray stands

24   up after me -- I want you to ask that question.  They want you

25   to have leaps in logic.  Have they given you the actual

1    evidence?  And I think if you do that, you will agree that the

2    answer to that is emphatically no.  They have not satisfied

3    their burden.

4            So let's start at the beginning.  So you heard in

5    2015, Mr. Guo arrived in the United States.  He was fleeing the

6    reach of the Chinese Communist Party, and he landed here in New

7    York in Manhattan.  Now maybe some of you emigrated or have

8    relatives who emigrated to this country, so you know how

9    disorienting that can be.  Here was Mr. Guo.  He was a stranger

10   in a strange land.  He barely spoke any English.  His friends

11   and family were back in China, and he had no connection at the

12   time to this country.  Those are daunting circumstances for

13   anyone.

14           But as you heard, Mr. Guo threw himself into a new

15   life in America.  In 2017, he began to speak out against the

16   CCP.  He started with that Voice of America interview on April

17   19, 2017.  And during that interview, he started criticizing

18   officials in the party in a way that, even according to the

19   government's own witnesses, others had never done before, in a

20   way that shocked people, in a way the communist party didn't

21   like.  But the CCP's reaction was swift and severe.  Just look

22   at the timeline of events around the VOA interview.  On April

23   18, 2017, PAX filed its litigation against Miles Guo in New

24   York.  The following day China announced it filed an Interpol

25   Red Notice seeking his arrest.  That's the same day that the

1    VOA interview was cut off abruptly right as Mr. Guo was

2    criticizing the CCP.

3           And as you heard, this was just the beginning of the

4    CCP's effort to silence him.  You heard how on May 2017, the

5    CCP dispatch that team of undeclared Chinese agents to coerce

6    him to return to China.  And you saw in the translations of the

7    calls and meetings between Mr. Guo and those Chinese agents,

8    you heard the deal the CCP was offering him to be quiet.  You

9    can have your family back.  You can have your money back.  You

10   can have your life back.  But you know what happened next,

11   Mr. Guo turned that down.  He kept going, kept criticizing the

12   CCP, kept speaking out publicly, and the CCP kept going too.

13   That same year it stood up, that group of Chinese agents

14   specially dedicated to harassing and trying to discredit this

15   man.  The power of a nation to discredit one man, it start

16   paying people to protest him here in America.  It bribed

17   American citizens to lobby the Trump administration to send him

18   back.  You even heard from George Higginbotham a former DOJ

19   employee about how he met with the Chinese ambassador to

20   discuss how to convince the Trump administration to send him

21   back.  The CCP made him the number one priority of its

22   repatriation efforts.  It tried to kidnap him.

23          The CCP also tried to stop US social media companies

24   from giving him a platform to speak.  Because as you heard, as

25   much as anything, what Mr. Guo was doing that infuriated the

1    CCP was speaking publicly.  He was broadcasting, and his

2    broadcasting was becoming more and more popular.  He was

3    picking up followers from here in the United States all the way

4    to Australia.  To use Bo Collins and Limarie Reyes words, it

5    was a following of like-minded individuals, all committed to

6    one overarching goal, to free the people of China of the

7    repressive communist party.

8         And so, yes, a movement was born.  The whistleblower

9    movement, a movement to tell the truth about the CCP, to wake

10   up the people of China about the truth about the corrupt

11   government that ruled over them.  Because that's the thing, the

12   government wants you to believe that there was an enterprise

13   here.  You know what, they're right, but it's not a

14   racketeering enterprise.  It's a political one.  A political

15   enterprise of people banded together to bring down one of the

16   world's most powerful governments, and so that's what they set

17   out to do.  They started setting up the infrastructure to help

18   carry that movement forward.  We'll talk about each of these in

19   detail, but just think about it.

20        They set up the Rule of Law Foundation and Society

21   nonprofit organizations formed to advance the movements

22   advocacy.  They set up GTV, a social media platform that would

23   bring the truth about the CCP to people in China and around the

24   world.  They created the farms, a group of volunteers that put

25   their time, efforts and money toward the movements goals.  They

1    created G/Club, a membership club intended toward high net

2    worth Chinese people who believe in the fight against the CCP.

3    And they created the Himalaya Exchange, a cryptocurrency

4    exchange intended to give people the ability to move their

5    money freely without interference from an oppressive regime

6    like the CCP.  It is indisputable the whistleblower movement

7    and these businesses were intertwined.  Even if there wasn't a

8    complete overlap, even if you can't say it's one-to-one between

9    the NFSC and G/Club, the government cannot seriously dispute

10   that the target audience for the Rule of Law Foundation or GTV

11   or the farms or G/Clubs or the Exchange are the members of this

12   movement.  That's their entire theory really.  That Mr. Guo

13   used these businesses to steal from the members of the

14   movement.  And even their own witnesses told you that.

15            Remember Le Zhou?  He told you that he bought

16   G Fashion because he understood that it would support the

17   movement; or Patrick Chen who told you that he didn't really

18   believe Mr. Guo's promises of high return, but he wanted to

19   support GTV's mission to help people in China; or Limarie Reyes

20   who told you that part of why members bought G/Club membership,

21   because of the social bond that members felt knowing that

22   they're all part of a club with the same mission.  You cannot

23   take the movement out of this.  And before we turn to the

24   specific entities, I just want to say one more atmospheric

25   point.

1              Now, Mr. Guo's unfamiliar with the culture, very

2    little knowledge of its language.  He fled from his home

3    country.  And despite that -- and it may sound crazy to all of

4    us -- he decided to work on a political movement, two

5    non-profit organizations, a social media company, a membership

6    company, and a cryptocurrency exchange.  And think about when

7    he decided to do it, 2020 and 2010. What else was happening in

8    2020?  We all remember it well.  That's when the Covid pandemic

9    started.  Think about the impact that it had on all of us, on

10   our families, our work, our businesses.  Well, the same thing

11   is true here.

12             You heard from Karen Maistrello how people weren't

13   going to the Golden Spring's office because of Covid.  So these

14   people were facing the same challenges that we were, but they

15   also had to contend with one of the world's superpowers doing

16   whatever it could to stop them.  So, yes, we're not saying

17   there weren't struggles.  You heard about the SEC stepping in.

18   You heard about the banking issues.  You heard about the

19   challenges getting these business to work exactly right.  When

20   you look at the whole record, when you look at the whole story,

21   you'll see that those struggles were not because there was some

22   criminal plot lurking.  They weren't because Mr. Guo and his

23   fellow fighters didn't sincerely believe in those goals.  Sure.

24   They may approach them with unfamiliarity and over exuberance.

25   The unfamiliarity of trying to do big things in a country you

know very little about.  The exuberance of a political

movement, then around a single month raised almost a half a

billion dollars.  Yes, that may be true.  But there was never

an intention to defraud anyone, never an intention to steal.

Now, before I go on, I want to talk briefly about

another topic that the government has touched on over again and

again in its summation and during the trial, and that Mr. Guo's

lifestyle.  They showed you over and over again videos and

images of Mr. Guo living a lavish lifestyle.  They talk about

how he lived in the Sherry-Netherland, how he had a home in

Greenwich Connecticut, the yacht, the jets, the Brioni suits.

Think about how many times you heard about those suits.  They

even showed you multiple photos of the hangers for those suits,

but never any evidence about when those suits were brought.  So

I have two things to say about that.

First, to go back to something that Ms. Shroff said in

her opening statement, please do not be fooled by these

repeated illusions to Mr. Guo's lifestyle.  It's not a crime to

be wealthy.  It is not a crime to live in luxury or to spend

money on nice things.  It's not a crime to have a yacht or a

jet or to wear nice suits.  It may not be our lifestyle. It

maybe odd. It may even be off-putting to some, but it's not a

crime.  And Mr. Guo was fortunate enough to have access to that

kind of wealth, and he was grateful for it, but that doesn't

make him a criminal.  The second thing I will say is that the

1     government's repeated harping on Mr. Guo's wealth is strange

2     because it undercuts its own case.  You heard from Mr. Finkel

3     just a few moments ago.  He told you that Mr. Guo had a motive

4     to steal from his fellow movement members because he needed the

5     money to fund his lifestyle.  But what's the government's

6     evidence of his supposed poverty?

7              Well, they point to the fact that the CCP seized Mr.

8     Guo's assets in Hong Kong in 2018, but where was he living

9     after that seizure?  That same penthouse overlooking Central

10    Park.  He had those same security teams.  He was chauffeured

11    around.  You even heard from Ms. Maistrello, while she was

12    there, Mr. Guo didn't even think about paying for things.  He

13    just asked people to buy them.  And you saw in that excerpt of

14    Mr. Guo's credit review.  He didn't even have a credit card or

15    a debit card.  Even after the seizure, Mr. Guo continued to

16    live the same life that he always had.  He had no reason to

17    steal.  And the reason why he could do that is because he's

18    always had the aid of his family and his friends, the vast

19    wealth that he and his family had amassed in China.  And you

20    saw examples of that help throughout this trial

21             For example, look at the bank statements for Mr. Guo's

22    family's offices.  What do you see?  Massive amounts of money

23    coming to account from other companies, including Saraca and

24    ACA.  Look at the first one, $19 million in 2015.  That's three

25    years before the government claims there was any kind of

1  racketeering enterprise.  And it keeps going.  Millions of

2  dollars from these companies into Mr. Guo's family companies

3  here in the United States.  He didn't need to steal money for a

4  yacht payment.  He had plenty of money.  And he certainly

5  didn't need to steal it at the cost of the movement that he

6  nearly threw his life away for.

7         These companies, they belong to his family and his

8  friends.  Saraca, as you heard Steele Schottenheimer tell you,

9  was Mr. Guo's son's company.  We don't dispute that.  The

10  government's right.  It was, because it's his family business.

11  And ACA, who did ACA belong to?  William J.  And who is William

12  Je?  It's Mr. Guo's investment advisor.  Again, nothing

13  suspicious about a son taking care of his father or a person

14  hired to manage someone's money, giving him money, and yet

15  that's what the government would like you to believe that these

16  family and friendship relationships are criminal.  They are

17  not.  So, so much for the Hong Kong seizures.  What's the

18  government's other argument, why else do they tell you that

19  Mr. Guo is broke?

20         Well, they say he declared bankruptcy in February of

21  2022.  First of all, let's just think about the circumstances

22  of that bankruptcy.  You heard from Douglas Skalka.  He was the

23  bankruptcy lawyer, right.  That just a few days before Mr. Guo's

24  filing, what happened?  The judge in the Pax case entered an

25  order directing Mr. Guo to pay more than a hundred million

dollars in penalties.  And how long did he have to pay that?
Five business days.  And what happened if he didn't do that?
He face jail time.  And what's always in the background?  The
CCP and its disruptive impact on Mr. Guo's banking
relationships.  And as you heard, Mr. Guo couldn't just keep
all that money.  He had to rely on his family and friends.  So
given all that, is it any surprise that even a wealthy Chinese
businessman couldn't pull together more than a hundred million
dollars in cash over the course of a few days, including a
weekend?

          And here's the other thing, the bankruptcy occurred in
February of 2022.  But look at when Mr. Guo is alleged to have
lied for the money.  The GTV private placement happened in
April of 2022, almost two years before that.  The G/Club's
launch happened in October of 2020.  The farm loans program was
in July of 2020, and the Himalaya Exchange was in November of
2021.  All predate the bankruptcy.  So how does a bankruptcy
explain Mr. Guo hurting for money in May of 2020?  Especially
when the government didn't show you that his lifestyle had
changed at all.  Now, I think we can all guess what the
government is going to say when I sit down. Of course he was
maintaining his lifestyle.  He was stealing the money.  We'll
go through in detail why Mr. Guo did no such thing.  But I want
to give you just a couple of points here to show you how shaky
the government's argument really is.

1          They flashed a lot of documents and photographs before
2     you, but in the end, the government's case really is a lot of
3     sound and fury signifying nothing.  So here before we dive into
4     each of these alleged schemes in detail, I'd like you to just
5     consider a few things.  If Mr. Guo thought he was as broke as
6     the government says he was, then why would he take a hundred
7     million dollars from the GTV raise and invest it all, all, in a
8     super risky hedge fund where he knew that he was likely to lose
9     it?  In fact, he bragged about losing a big chunk of it
10    afterwards.  I know the numbers in this case are staggering,
11    but a hundred million dollars could buy a lot of campers.  It
12    could buy a lot of Bugattis.  It could buy even a few Mahwah
13    mansions.  So who does something like that?  A man who is just
14    simply not worried about money.
15          Think about G/Clubs.  Let's look at that red Lambo
16    parked at Mr. Guo's Connecticut home.  The government open its
17    case with that, remember, tried to get you to believe that
18    Mr. Guo had secreted that car away for his own use.  There's a
19    couple of problems with that.  Let's start with this.  The car
20    was bought in September of 2021, and it was seized by the FBI
21    in March of 2023.  The government's only proof that he ever
22    used the car was that it was showcased in two videos, one for
23    G/Clubs and one for the Himalaya Exchange, so imagine that a
24    spokesperson for a company using a prop in a video.  There
25    isn't a single witness, video, or document that shows Mr. Guo

1    out joyriding that car, even driving it outside of those

2    videos.  In fact, you heard the witnesses, Mr. Guo doesn't even

3    drive.  He doesn't even have a license.  They showed you an

4    expired learner's permit from the Mahwah facility.  Does it

5    really make sense that Mr. Guo would steal all that money to

6    buy a Lamborghini just to park it in a garage never to drive

7    it, never make one of those slick videos the government shows

8    you, the Ferrari, remember racing around the track?  You didn't

9    see any of that.

10         I know.  I know what they're going to say, but the

11   daughter's boyfriend's name is on the car.  We'll talk about

12   that more too.  But what, is the theory that Mr. Guo stole this

13   money to buy his daughter's boyfriend an expensive racecar?

14   Does that sound like any father anywhere in the world?  Hey,

15   buddy, thanks for dating my daughter, here's a Lamborghini.  Or

16   what, the boyfriend was going to drive Mr. Guo around in it?

17   Does anybody buy a Lamborghini to ride shotgun?  It does not

18   make sense.  What makes much more sense is that the

19   spokesperson for the company advertising the products used the

20   car to do exactly that, and we're going to come back to that.

21         What I'd like you to think about is this.  According

22   to the government, Mr. Guo was desperate for money.  He had a

23   massive PAX judgment hanging over his head that could send him

24   to jail, and he was apparently willing to steal this money to

25   pay for things like maintenance on his yacht.  But he never

just takes the money from GTV or G/Clubs or the farms or the

exchange and just pays the whole thing off, not just the $37

million loan, I mean pay PAX off completely.  Why not do that

if you're willing to steal instead of declaring bankruptcy

putting yourself in arms of the trustee, sitting through an

inquisition by these creditors?  How would that make any sense

if Mr. Guo was willing to use this money for his own personal

benefit?

          Now, I know we have a lot more to talk about on each

of these things, and we will.  But when you just pause and

think about each of the government's allegations for just a

moment longer, when you give a deeper look, the government's

case doesn't hold up.  Let's go back to the start.  Mr. Guo's

in New York, and it's 2018, and he started this very public

campaign against the CCP.  He draws attention from some

polarizing figures, but folks who are undoubtedly anti-CCP.  He

meet Mr. Bass, the manager of a hedge fund who is a very vocal

critique of the communist party.  And of course, Mr. Guo meets

Steve Bannon, a man who brings out a lot of emotion, but who

Mr. Guo could agree with about one thing for sure, the CCP was

evil.  So Mr. Guo and Mr. Bannon embark on a plan, a plan to

fight the Chinese Communist Party.  And real quick before I

move on, there can be no dispute at this trial that Mr. Guo

could reasonably believe that the CCP is something worth

fighting.

1           Even forget about his problems.  Here's what some of

2    the government's own witnesses told you about their interaction

3    with the CCP.  Think about Le Zhou where he was a risk of a

4    forced abortion at the hands of that regime; or Patrick Chen

5    talking about how his grandfather and several uncles were

6    brutally murdered.  Even Steele Schottenheimer who lives in

7    Texas told you about the CCP and its concentration camps.  So

8    Mr. Guo and Mr. Bannon agree to do something about that.  They

9    agree to start the Rule of Law Foundation and Rule of Law

10   Society, and there's a big announcement in November of 2018.

11          You heard from several government witnesses about that

12   because they all claim that they watched it and came away with

13   the impression that Mr. Guo was going to donate a hundred

14   million dollars to the Rule of Law Foundation.  You know what

15   the government hasn't claimed.  The government hasn't claim

16   that the Rule of Law Foundation didn't have any money to

17   fulfill its mission.  You saw that even in what Mr. Finkel put

18   up. They had millions of dollars to work with.  And contrary to

19   what Ms. Maistrello told you -- and we'll get to her in a

20   second -- it did a lot with that money.  It funded rescue

21   effort in the Ukraine.  It help sustain a farm in its political

22   activities.  Isn't that what you expect from a nonprofit?

23          But the government says, well, people wouldn't have

24   donated without Mr. Guo's promise.  Does that make any sense?

25   Do any of the members of this movement seem like they need

1    further incentive to spend money on taking down the CCP?  You

2    Le Zhou from that witness stand talk to you about how he bought

3    a golden commemorative whistle for more than $3,000.  Why?

4    Because he believed that it contributed.  Something that may be

5    foreign to you and I, but that they believed and that he

6    believed.

7          So, the so-call promise.  You heard several witness

8    tell you they heard it during that November 2018 press

9    conference.  You remember that?  They stood there on that stand

10   under oath and told you all of that.  And during our second

11   week of trial, I know it's a long time ago, you saw Mr. Shamel

12   Medrano present a summary chart where he presented that suppose

13   promise to make that donation.  In fact, let's take a look at

14   it.  You guys remember this?  So let's look what it says here.

15   What Miles Guo has committed to since he's enjoying the

16   freedoms of the democratic west is to establish a hundred

17   million dollar fund immediately which will be called the Rule

18   of Law Fund.  And then they put up next to it.  This is his

19   money.

20         This is what the government wants you to believe was

21   said at this press conference.  And presented just this way,

22   maybe it lines up with what those witnesses said.  Maybe it

23   supports their point.  But the problem is, that's not what

24   Mr. Bannon actually said.  Remember during Mr. Schirick's

25   cross-examination of Mr. Medrano, he played the actual full

1    clip of Mr. Bannon's statement.  What did he say?  Well, see

2    for yourself.

3              (Media played)

4              MR. KAMARAJU:  When you listen to that full clip, you

5    can see that Mr. Bannon is not tying a hundred million dollars

6    to a personal donation for Mr. Guo.  Despite what the

7    government's witnesses told you, Ms. Maistrello and Mr. Chen

8    and Jenny Li what they said they heard, Mr. Bannon is clearly

9    talking about the money that was spent on an investigation done

10   by Guo Media.  And what was that investigation?  That was an

11   investigation into the death of the chairman of a Chinese

12   company called HNA, which even Mr. Zhou, one of the

13   government's witnesses, viewed as a criticism of the CCP.

14   That's his money.  What's his money?  Mr. Bannon is clearly

15   saying that his money, Mr. Guo's money, was being used to fund

16   that investigation.

17              And you know what, that was true.  And you know how it

18   was true?  Because Karen Maistrello told you so.  She testified

19   that she went to France with investigators to look into this

20   death.  And that oh, by the way, Mr. Guo paid for it.  And that

21   was all work done in advance and in preparation for the Rule of

22   Law Foundation.  So then what's the other evidence the

23   government offers you for this supposed hundred million dollar

24   promise?  It's Government Exhibit VI192.  Mr. Finkel showed you

25   this.  Let's look at what it says in the transcript.  First of

1    all, you notice this video is from 2019.  So all of those

2    witnesses that testified that Mr. Guo made this promise in

3    2018, this ain't it.  It has to be the Bannon video they were

4    talking about then, and you saw what that said.  So let's look

5    at what he says here.  He says specifically that the donations

6    shouldn't be called by Guo Wengui. To be donated by his family

7    foundation and the related companies.  And he doesn't say it's

8    all coming in one shot.  It's coming like this.  We're going to

9    make it happen right away.  A hundred million dollars is a lot

10   of money.  He doesn't say any of that.  He just says, my

11   family's going to donate it.

12              And Judge Torres instructed you that in order to

13   convict Mr. Guo, the government has to prove beyond a

14   reasonable doubt that his statement, including this statement,

15   was not only false, but that it was made with fraudulent

16   intent.  And that means, he had to know it was a lie when he

17   said it.  So again, about those dots.  Ask yourself, What is

18   the proof that in 2018 or 2019, Mr. Guo didn't believe that his

19   family could or would make this donation?  Think about it.

20   What has the government shown you?  Did they show you any chats

21   between Mr. Guo and Yvette Wang saying, hey, boss, you're

22   broke?  Did they show you any recorded conversations between

23   Mr. Guo and William Je saying, hey, too bad you ran out of

24   money?  Did they show you any secret recording by Haitham

25   Khaled or anybody else of Mr. Guo secreting lamenting the fact

1    that he could no longer live the life he once did?  They've

2    given you none of that.  Zero.  They're asking you to connect

3    the dots, but they won't give you the dots.

4              So you know when I sit down what they're going to say.

5    Well, he knew because the CCP seized his assets in Hong Kong in

6    2018.  Well, we've talked about that.  But even Mr. Finkel in

7    his summation acknowledged the possibility that there was other

8    money coming.  He just told you it didn't matter, but this is

9    why it matters.  Because it undercuts their entire theory of

10   motive, and the only reason they can give you why Mr. Guo would

11   intentionally harm the movement that he built.  Without that,

12   what sense does the government's case make?  And as we've seen,

13   that 2018 seizure had no impact on his lifestyle.  So there's

14   no reason that he would ever have to believe that his family

15   couldn't back up this promise.  And, in fact, you heard him say

16   it during that creditors interview, he thought his family was

17   backing it up.  They couldn't talk to him about it for security

18   reasons he said.  I know that sounds to us so hard to

19   comprehend, but is it that crazy when the Chinese government is

20   trying to hack his phones and seize all his assets?

21             Mr. Finkel spent a good amount of time telling you,

22   yes, they acknowledge that he was targeted, but it doesn't

23   matter to this case.  Of course it matters because this entire

24   case is about what's in Mr. Guo's head.  That's what they have

25   to prove to you.  And how is it possible that enduring, going

through, mitigating, managing, being hunted by a foreign
government for your political activism, for the very work that
undermines everything that the government is alleging has no
impact on his brain, plays no role in his thinking.  That's
what they would have you believe. That's what Mr. Finkel asked
you to believe, and it just doesn't make sense.

So going back to belief.  Mr. Guo's belief that his
family would come through for him is supported by what his
family actually did.  Take a look at example of the bank
accounts for the Rule of Law account.  You know what you're
going to see.  Well, you're going to see $500,000 donations in
2019.  There's one from Golden Spring.  There's one from Saraca
Media Group.  What are those?  Those are Mr. Guo's family
companies.  And there's more.  There's also the money that went
into launching the Rule of Law Foundation.  All of that is
Mr. Guo's family helping to support the Rule of Law Foundation,
validating this man's belief that they would come through.

Now, I get it, it's not a hundred million dollars all
at once, but no one ever said that it would be, not Mr. Guo,
not Mr. Bannon, nobody.  But those are large sums of money to
be sending a foundation if you're just lying about planning to
make a donation.  It's impossible for the government to prove
that Mr. Guo didn't reasonably believe that his family was
going to come through over time when his family's businesses
are sending hundreds of thousands of dollars at a clip to the

1    Rule of Law Foundation.

2            So let's talk about the rest of the government's

3    evidence about the foundation.  You remember they put up Ya Li,

4    Mulan.  You recall her testimony, right?  She testified that

5    from basically the start of the foundation, she was a director.

6    She testified that they had votes.  As a member of the board,

7    she participated in those votes.  She testified that the

8    organization did actual work for the movement, including by

9    giving grants to the farms to support their volunteerism.

10   Ms. Li's testimony was that the Rule Of law was a real

11   nonprofit that was doing what Mr. Guo said it would, help

12   support the Chinese pro-democracy movement.  But the government

13   doesn't want you to focus on that part of her testimony though.

14   The government instead wants you to think about Ms. Li's

15   testimony about those protests and how she saw a couple of

16   people get punched at them.  And the government wants you to

17   pay attention to that because they think it discredits the Rule

18   of Law Foundation.  They think it will make you think that it's

19   not a real organization.

20           In fact, the exact opposite is true.  Because remember

21   during Ms. Shroff's cross examination, what did Ms. Li admit?

22   She admitted that after those protests where punches were

23   thrown, the Rule of Law Foundation took steps to put an end to

24   it.  That's the government's own witness telling you that.  And

25   that's the very same witness who claimed that Mr. Guo ran the

1   whole show at the Rule of Law Foundation, even though he wasn't
2   on the board.  She did everything because he told her to.  He
3   controlled it from the shadows as Mr. Finkel would like you to
4   believe.  So then which is it?  On the one hand Mr. Guo is
5   using the Rule of Law Foundation to fund a roving band of
6   vigilantes to silence his critics.  But on the other hand, he's
7   causing the Rule of Law Foundation to put a stop to the
8   violence.  That doesn't make sense.  The only other witness
9   that the government tried to give you about the Rule of Law
10  Foundation didn't even work there.  Mr. Finkel spent quite a
11  bit of time talking about Karen Maistrello's testimony.  I will
12  submit to you that you should spend no time thinking about
13  Karen Maistrello's testimony because she is completely not
14  credible.
15          So first, she -- do you remember on direct Mr. Horton
16  kept asking her questions about something called Rule of Law
17  over and over again.  He'd ask her a question about Rule of
18  Law.  She would say, Rule of Law did nothing.  But on cross
19  examination what came out?  On cross examination it came out
20  that Ms. Maistrello worked at something called the Rule of Law
21  Society.  A totally different nonprofit than the Rule of Law
22  Foundation.  She wasn't part of the Rule of Law Foundation.
23  She didn't sit on any of the board member meetings.  She didn't
24  know what the Rule of Law Foundation was doing.  She was part
25  of a completely different organization, and yet she had no

1    problem opining to you as to what the Rule of Law Foundation

2    did, even though she was never there.  That's one way in which

3    you know she's just not credible.

4            You want to know another way?  She told you that all

5    of these security forces that Mr. Guo had hired, these former

6    NYPD officers, that they were all just handymen who weren't

7    necessary, who weren't needed.  Well, you heard from one of

8    them, Scott Barnett, former NYPD director.  And what did he

9    tell you?  He certainly thought the security was necessary.  He

10   thought there was targeting.  He thought there was security

11   threats.  And think about it, the government itself agrees that

12   the CCP had just tried to kidnap Mr. Guo the year before

13   Ms. Maistrello started.  How can you believe somebody who takes

14   that stand and tells you that the security was all overstated

15   and they were nothing but a whole bunch of plumbers and

16   handymen who carried packages around when you know that fact.

17           You know the other thing she told you, she told you

18   that Mr. Guo was fluent in English.  Do you remember that?

19   Fluent in English.  All the videos the government showed you, I

20   think he spoke English in one.  That's the Kyle Bass one.  And

21   I think if you look at it, you would agree with me that Mr. Guo

22   is far from fluent.  In fact, I don't think you've ever seen

23   Mr. Guo speak fluently.  In fact Ms. Maistrello's testimony on

24   that point doesn't make any sense.  What was she hired to do?

25   She was hired to be a translator.  So if Mr. Guo was fluent in

English when Ms. Maistrello was there, what was Ms. Maistrello there for?  So, respectfully, whether Ms. Maistrello was lying or is just clueless, her testimony is totally unreliable and worthless to you.

So after the Rule of Law Foundation, what the government focused on next, GTV and the GTV private placement. Now, the government alleges that the GTV conducted -- GTV conducted a private placement offering, basically a private sale of its own stock, and that Mr. Guo stole a hundred million dollars worth of proceeds from that private placement to make an investment in a hedge fund called the Prodigious Fund in the name of Saraca, his son's company.  The government's case, as with all of it, has numerous and significant holes in it.  So first I would submit, you don't actually have to waste much time on the GTV related counts, because the government can't get out of the starting block as a legal matter.  Let me explain what I mean.

You heard Mr. Finkel say that Mr. Guo and others stole the money for the Hayman investment in contravention of promises made to the prospective GTV investors, and those representations were in Mr. Guo's video announcing the private placement, and the confidential offering memorandum or the prospectus.  Remember that?  Mr. Finkel said that a couple of hours ago.  Remember, in order for them to prove their case, they have to show you that Mr. Guo knew that the statement was

1    false when he said it.  So let's look at a timeline.  April 20,

2    2020, Mr. Guo announces the private placement in his video.

3    GTV sends out the PPM.  May 23, 2020, Mr. Je receives the

4    Hayman prospectus.  April 20, 2020 through June 2nd, the

5    private placement occurs.  GTV raises up to $300 million.

6    Saraca transfers $200 million the day after the raise closes.

7    And transfers $100 million to Hayman on June 5th.  Then it

8    transfers an additional $38 million to GTV.  So all of the

9    evidence summarized on this slide are government exhibits.  And

10   based on the government's own evidence, the supposed

11   misrepresentations were made on April 20, 2020, right?  That's

12   what they told you.

13        But also based on the government's evidence, the first

14   time that there is any proof that any member of this so-called

15   conspiracy learned about the possibility of investing in this

16   specific hedge fund isn't until May 23, 2020.  Ask for all of

17   the exhibits related to this investment.  See if there is any

18   evidence whatsoever of Mr. Guo or even Mr. Je learning about

19   this potential investment opportunity before May of 2020.  I

20   submit you will not find it.  And why does that matter?

21   Because it means that the whole point of the supposed scheme

22   didn't arise for a whole month after Mr. Guo's supposedly going

23   to lie.  So how does it make any sense that Mr. Guo lied in

24   April of 2020 with the intention of making the Hayman

25   investment when he didn't even know about it until a month

1    later?  Does that make any sense to you?  No.  And that alone

2    is enough to doom the GTV counts.

3            Now I know after I sit down Ms. Murray is going to

4    have a chance to speak, and I'm sure she will say a bunch of

5    arguments about this.  One thing she may say, he didn't have to

6    know specifically about this investment.  He just had to know

7    that the money might be used differently.  Okay.  If she says

8    that, I'd like you to pay close attention to what, if any,

9    evidence she can show you of that, cause I don't think she can.

10   I don't think there's an email or a chat or a recording or

11   anything that proves that in April of 2020, Mr. Guo went into

12   that private offering with the intention to steal that money.

13   There's no witness that recounts such a conversation, not even

14   Ms. Li who Mr. Guo supposedly shared, in her words, all the

15   secret things with.  No one.  Again, asking you to connect the

16   dots without giving them to you first.

17           Now, Mr. Finkel showed you during his summation clips

18   of the interview between Mr. Guo and Mr. Bass, the head of

19   Hayman.  You remember that?  You remember that interview.  It

20   happened in the airplane hanger in Dallas.  We're going to talk

21   about that a little bit in a little bit more detail.  But

22   before we do, I want you to go back and take a look at those

23   and see what was actually said, what was actually discussed.

24   Because you'll see that while Mr. Guo and Mr. Bass do talk

25   about the Hong Kong dollar, and they do talk about the peg,

1    there's not a single reference to investing in Hayman or even

2    Hayman at all.  It doesn't even show you that Mr. Guo asked

3    about it that entire interview.  That entire clip, there is not

4    a single mention of the prospect or possibility of investing in

5    that fund.  It's all just general talk about the Hong Kong

6    economy.  They're asking you to bridge this gap without

7    evidence.  There is no evidence that prior to April 2020

8    Mr. Guo had any intention of stealing that money or he had any

9    intention of making this investment.  And you should hold them

10   to their responsibility.  It's their responsibility to give you

11   that evidence.  And if they can't do it, then they can't win.

12        Now the other thing I suspect you'll hear is that,

13   again, Mr. Guo needed money, the same refrain over and over

14   again.  He needed it, so of course he plan to steal it.  In the

15   interest of time, I'm not going to keep rehashing our argument

16   over and over on this.  But you can't really live like a

17   billionaire for that long without having actual access to

18   money.  And again, if he were broke, is this how he would spend

19   it, in something that could easily burn up in a second?  It

20   does not make sense.  Now, second, even if you give the

21   government the benefit of the doubt on this question -- and

22   please remember, Mr. Guo is the only one in this courtroom who

23   enjoys a presumption, and that is the presumption of innocence.

24   But even if you give the government that doubt, it still fails,

25   because they've still failed to give you any evidence that

O7ABGUO5                    Summation -   Mr. Kamaraju

1    Mr. Guo was even aware that this investment was funded with GTV

2    money.  Remember, they have to prove that he knowingly

3    participated in this scheme to defraud.  And what's their

4    evidence?  Think about it.  You know for sure that he knew that

5    Saraca had made the investment.  He talked about that publicly.

6    But is there any evidence that he knew where that money came

7    from, did they give you anything?

8             (Continued on next page)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          MR. KAMARAJU:  In fact, the entirety of the evidence

2     about that investment shows up in the testimony of

3     Ms. Schottenheimer.  You remember her; she was the head of

4     investor relations at Hayman Capital.

5          So what did she tell you?  That she first met Mr. Guo

6     in Dallas in 2018 for that interview.  That's it.  That's the

7     only time she ever met with Mr. Guo or spoke with him.  And

8     they didn't discuss any investment at that time.  And they

9     never interacted during the May 2020 period where the

10    investment was happening.

11         Instead, who did she speak with?  She spoke with

12    William Je.  Every single email, chat, WhatsApp, or phone

13    conversation is with Mr. Je.  Nothing with Miles Guo.

14         Now, when I sit down, you know what they are going to

15    say:  Oh, but the investment was in the son's name.

16         So?  That doesn't mean that Mr. Guo knew where the

17    money came from.  It just meant that he knew that his son was

18    making an investment.

19         But Ms. Wang signed a subscription agreement.  She's

20    the one who transferred the money.

21         Where's the proof that Ms. Wang discussed any of that

22    with Mr. Guo?  In fact, contrary to what the government has

23    told you repeatedly, the evidence you have shows you that

24    Ms. Wang had plenty of power, plenty of autonomy in operating.

25         Think about Ms. Reyes for a second.  We'll talk about

1  her more, but the G CLUB CEO.  She said she reported to

2  Ms. Wang, not Mr. Guo.  And she even told you that Ms. Wang was

3  an agent of Haoran He, not Miles Guo.  We'll talk about that a

4  little bit more.  But just think about that for a second.

5        They basically want you to attribute every one of

6  Ms. Wang's actions to Mr. Guo.  But they give you very little

7  to support them.

8        But wait, they are going to say:  Mr. Je, he managed

9  Mr. Guo's money.  Of course he must have known.

10       But that's the point.  Mr. Je's job was to manage

11  Mr. Guo's money.  Isn't that the entire point, so that he

12  decided how to make these investments.  There's no recording or

13  message or chat or email or witness or anything — anything.

14  Ask for the entire trial record and you will not see a single

15  communication or piece of evidence that shows any discussions

16  with Mr. Guo about how this money was going to be used.  Not a

17  single piece of evidence.  How can you hold this man

18  accountable for something based on that kind of record?

19       Again, Ya Li, self-proclaimed keeper of Mr. Guo's

20  secret thoughts.  She didn't say, Oh, Miles Guo told me he was

21  going to use GT money for Hayman.  He told me this.  You didn't

22  hear that from anybody.

23       The fact is — and we'll talk more about this.  But the

24  fact is is that the evidence fully supports that Ms. Wang and

25  Mr. Je made that Hayman investment with that money without

O7AVGUO6                    Summation - Mr. Kamaraju

1    discussing it with Mr. Guo.  And they can't give you any

2    evidence to the contrary.

3            But, again, let's say they come up with something and

4    they wave it in front of you and say, Look, this shows it.

5    They still can't succeed.  Because Mr. Guo could reasonably

6    believe that that $100 million, that the $100 million that went

7    to Hayman, didn't belong to GTV investors at all, but was

8    actually Saraca's money.  And if it's Saraca's money, Saraca

9    can choose to spend it however it wants, right?

10            So let me break that down.

11            So you know what was offered in the private offering

12    was up to $200 million worth of GTV shares.  You saw that in

13    Mr. Guo's April 20th, 2020 announcement, and you saw it in the

14    prospectus that he told everyone to read before investing.  And

15    what does the prospectus say?  It says that GTV was

16    contemplating using these funds to do certain things like

17    upgrading its technology or making acquisitions, right?  You

18    remember this chart?  Mr. Finkel showed it to you.

19            Now, here's the thing that you heard barely anything

20    about, if at all, during Mr. Finkel's summation.  You didn't

21    hear at all that GTV actually had that entire $200 million and

22    more to do just those things.  Remember Kim Espinoza's summary

23    chart?  You can see it here.  Take a look.  You can see that

24    $238 million went from the Saraca account into the GTV

25    accounts, right after the close of the private placement.

1          And you remember Haitham Khaled's testimony.  Who

2      caused that more than $200 million to be transferred from

3      Saraca to GTV?  Yvette Wang, the president of Saraca and the

4      same person that signed the Hayman subscription agreement.

5          So, in fact, Saraca did what it was said it was going

6      to do in the PPO.  It capitalized GTV with more than $200

7      million to do all the things that were described in the

8      prospectus, to make those new acquisitions, to hire new talent,

9      to develop the technology that was going to break through the

10     great Chinese firewall.  The money was there.

11         So what we're really talking about here is money that

12     was raised above and beyond what Saraca and GTV thought they

13     needed.  And so the question here is who owns that money?  Were

14     there any restrictions on how it could be used?

15         Well, you heard Mr. Guo.  He certainly thought that

16     the terms of the private offering were laid out in the

17     prospectus.  He said that in some of the videos that you saw.

18     And you can read that prospectus cover-to-cover, every

19     direction, front, back, however you want to do it; English,

20     Mandarin, you choose.  You will not find a single promise,

21     commitment, or even a word about what Saraca would do with any

22     penny that exceeds the $200 million.  Not a word.

23         So there was never a promise for what happens if they

24     get more money in than 200 million.  So now the question is who

25     owned it?  Well, again, based on the videos, you know Mr. Guo

1    thought that Saraca owned it. He said it. He said it

2    publicly. Saraca invested. Saraca invested $100 million.

3            And I just want to pause on something that Mr. Finkel

4    said during his summation. When talking about the bank

5    accounts, you remember he showed you the money going from one

6    bank account to the other? And he said, It's not that hard to

7    figure out. It's not. Because they weren't actually hiding

8    anything. And here's Mr. Guo saying publicly that Saraca owned

9    it; that Saraca did it. All those scary charts they showed you

10   and the one bank transfer is one directional that everybody can

11   see.

12           So here you know that Mr. Guo's belief is that Saraca

13   was the owner of that $100 million. And that belief is

14   completely reasonable.

15           Let me try to explain it with an analogy.

16           So we've all been here a while. But just say you get

17   tired of the courthouse cafeteria food one day. I know, hard

18   to believe. And so let's say you decide to get a pizza. And

19   one of your fellow jurors says, You know what? That sounds

20   great. Could I buy a slice? You're all caring people, so you

21   say, Sure, no problem. I'm going to run to the pizza place.

22   How about this: How about you give me ten bucks, I'll give you

23   a slice of pizza, and I'll get us a couple of sodas.

24           Reasonable, right?

25           Now, if when you say that you're really planning to

O7AVGUO6                    Summation - Mr. Kamaraju

1    take the money and use it on Lotto tickets, well, now you've

2    lied.

3           But you're all honest people.  So let's assume that

4    you go and you buy the pizza and the sodas and you come back.

5    So now you've got a pizza and you give one slice away to one

6    juror.  What happens if a second juror comes up to you and

7    says, You know what?  I also would like a slice.

8           And you say, Sure.  Give me two bucks.  You can have a

9    slice.

10          Now, at the time you sold that second slice of pizza,

11   you didn't make any promises as to what you were going to do

12   with it, right?  You could spend that $2 on anything you wanted

13   at that point, because it's your $2.  You sold one of your

14   slices of pizza for an extra $2.  And you didn't make any sort

15   of commitment, you didn't say, I'll buy soda, you didn't say

16   anything.  It was a simple deal.

17          Well, that's what we're talking about here.  I know

18   it's a private offering of stock and all that.  But in the end,

19   the same simple principles apply.

20          The GTV stock, that's your pizza.  And you saw in the

21   prospectus that as part of the private offering, in exchange

22   for $200 million, Saraca would give new investors ten percent

23   of the company, right.  You could see it here.  This is in the

24   prospectus.

25          So on the left, before the private placement of

O7AVGUO6                    Summation - Mr. Kamaraju

1    shares, Saraca owns 100 percent of the company, right?  On the
2    right, after the private placement, Saraca now owns 90 percent
3    and the investors own ten percent.

4              So what's that ten percent?

5              Well, that ten percent is the same thing as you giving
6    that first slice of pizza to that first juror.  And the
7    statements in the prospectus about how the money could be used,
8    that's like your promise to buy the sodas, to use the extra
9    money to buy the sodas.

10             Well, that's what happened here.  Saraca did the same
11   thing.  It bought the soda.  It bought the soda when it
12   transferred the more than $200 million to GTV's bank accounts
13   for the company to use.

14             It's the same thing.  It honored its commitment.

15             But, as you heard, just like with our jury example,
16   there were more investors who were hungry, more people wanted a
17   piece of GTV, right.  So that's the extra slice.  Extra slice
18   has to come out of the pizza, right?  Can't come out of thin
19   air.  Well, it's the same with the extra shares.  They had to
20   come out of the shares that Saraca had left, the 90 percent.

21             Because you know, as Ms. Chen testified, she actually
22   got all of her shares.  She may not like it now, but she got
23   all of her shares.  So it didn't come out of the other
24   investors' part.

25             And, in fact, you heard that that was Raymond Dragon's

1    understanding.  You heard that was Raymond Dragon's

2    understanding, right.  That's what he told you.  He told you

3    that this money came from there.

4              And Lai Dai, who was an investor, told you that was

5    his understanding also.

6              So if the shares for that extra $100 million are

7    coming out of Saraca's piece, then who does that $100 million

8    belong to?  Just think about your pizza again.  It belongs to

9    Saraca, right?  Just like that second slice of pizza.

10              We may be dealing in stock offerings, but ultimately,

11    it's a simple, logical matter.  The money belonged to Saraca.

12    Mr. Guo was entirely -- excuse me.  It was an entirely

13    reasonable belief for Mr. Guo to believe that money belonged to

14    Saraca, and Saraca could do what it wanted with the money,

15    including investing it in Hayman.

16              Now, again, they get the last word.  So I'm sure

17    Ms. Murray is going to say in response:  No, the promise in the

18    PPM, the promise in the statement, it was to use all of the

19    money that came in to fund GTV.  I'm sure that's what she'll

20    say.  But, again, hold them to their burden.  See what evidence

21    she identifies, what part of the prospectus does she point you

22    to to say, Look, here's that commitment.  Here's that promise.

23    Here's that representation, which, as Judge Torres has already

24    instructed you, they need to prove beyond a reasonable doubt.

25              Is she going to be able to give you something?  I

1   don't think so.  I think it's going to look more like that

2   spliced Bannon quote.

3           And please also just think about this:  If Mr. Je and

4   Mr. Guo thought that they were stealing this money through

5   Saraca, then why be so open about it?  No one hid that Saraca

6   was making the investment or that even Mr. Guo's son owned

7   Saraca.  This is his passport that was provided to Hayman.

8           And look, I get it, they may say, you know, They don't

9   have to be the smartest criminals in the world.  But you need

10  to think about this kind of evidence because you have to decide

11  what was in their head and their intent.  And this goes beyond

12  being not the smartest criminal in the world, this is them

13  operating openly and honestly, which is not something you do if

14  you think you're committing a fraud.

15          Think about this:  Not only did they openly disclose

16  that Mr. Guo's son's company was making the investment, they

17  also disclosed where the money was coming from.  Think about

18  this for a minute.  This is the information provided to Hayman.

19  They told Hayman that they were selling shares of a subsidiary,

20  and that's where the money was coming from.

21          Now, Mr. Je could have put anything down on this.  You

22  heard from Ms. Schottenheimer; some people don't even fill this

23  question out.  He could have put anything down that he wanted.

24  So what did he do instead?  He specifically identified that the

25  money was coming from the sale of a subsidiary's shares.

1              Well, what's GTV?  It's a subsidiary of Saraca, of

2     course.  And what had Saraca just done?  It had sold GTV shares

3     through the private placement.  He was just being truthful.

4              And I'd ask you to consider this, Mr. Finkel alluded

5     to this:  As part of the investment process, Hayman had

6     follow-up questions for Mr. Je and Saraca.  They asked for more

7     information, they pushed back on certain requests by Mr. Je.

8     So if Mr. Je was really trying to be deceptive when he

9     submitted the subscription paperwork, then what was the plan if

10    Hayman came up with a simple question like, Thanks, William.

11    Which subsidiary?  What was he going to say, Oh, never mind.

12    My bad.  Forget about it.

13             It doesn't make sense.

14             And it especially doesn't make sense when you think

15    about the fact that Kyle Bass was not only the owner of Hayman,

16    but was also going to be a director of GTV.  This is from the

17    PPM.  Take a look at it.  He was going to be a director.  And

18    you can see Mr. Guo knew that because Mr. Guo even talked about

19    that fact in a video.

20             So ask yourself, how would that work?  Mr. Bass both

21    knows that the $100 million is coming in from Saraca; he knows

22    that Saraca has identified the source of those funds as the

23    sale of a subsidiary's shares; and he's also going to be the

24    director of the subsidiary whose shares have been sold.  So do

25    you really think that they would risk Mr. Bass not putting two

1    and two together and figuring out where the $100 million came

2    from?  To borrow Mr. Finkel's phrase again, it ain't that hard

3    to figure out.  But everything you've heard about is that

4    Mr. Je is a master money launderer; that Mr. Guo is a criminal

5    mastermind.  That's what you've heard.  And yet they are going

6    to do this in a way that makes it so easy and obvious to get

7    caught.  When you've got all those scary charts up there, this

8    is how they do it?

9            It doesn't make sense.

10           The other point I'd like you to consider about this is

11   the government had numerous people testify from that stand,

12   where they said that they would have never put their money in

13   if they knew about the Hayman investment.  It's your job to

14   evaluate their credibility.

15           But the fact is, is that the Hayman investment was

16   consistent with what GTV was trying to do.  And so let's look

17   at what investors were actually told.

18           Now, before I do that, I do want to make one comment.

19   And Mr. Finkel spent some time on this, and Judge Torres told

20   you that to prove its fraud counts, the government doesn't have

21   to show that a victim relied on the alleged misrepresentations.

22   It's no defense to say a victim was gullible.

23           But Judge Torres also told you that for the government

24   to prove its case beyond a reasonable doubt, it has to show you

25   not just that an alleged misrepresentation happened, it had to

1    show you that it was material.

2            Remember when Mr. Finkel put up those seven points and

3    he said, Any one of these points is enough to convict Mr. Guo?

4    That's not right.  All of those points.  They can't just show

5    you a lie; they have to show you it was material.  They can't

6    just show you a mistake; they have to show that he intended to

7    lie.  They have to piece all of that together.  It's not a pick

8    your own adventure; they have to do it all.

9            So what does it mean to be material?  Judge Torres

10   told you.  But essentially, information that would affect a

11   reasonable person in making their decision.  And in assessing

12   that, you have to consider the total mix of information

13   available to an investor or alleged victims.

14           So the sections I'm pointing you to now, I'm showing

15   you them to show, one, there's no inconsistency between the way

16   that the money was actually used; and two, that even if there

17   was, that inconsistency is not material.

18           So let's look first at what Mr. Guo said and what the

19   prospectus said.

20           So starting with Mr. Guo, what does he say about how

21   the GTV investor money would be used in that April 20th, 2020

22   video?  The answer is nothing.  Seriously.  Read the whole

23   transcript.  Here it is.  Nothing.  Yeah, he talks about

24   general goals for the company, he talks about how it's going to

25   be like TikTok and maybe Amazon; it's going to have a financial

1    system.  These are all aspirational plans that Mr. Guo

2    discusses.  But there is nothing in this transcript about how

3    Mr. Guo or GTV or anyone was going to spend $200 million.

4    There are no details.  There's no descriptions of secret

5    Israeli technology, which is what Ya Li told you she said.

6              You can look for yourself.

7              No.  What he actually says is that for more

8    information about this investment, you need to look at the

9    documents.  Mr. Finkel told you that setting up -- asking

10   victims to go look at the documents was a setup, I believe

11   those were his words, a setup for the victims.  Well, I'll tell

12   you this:  That certainly seems like a damned if you do/damned

13   if you don't scenario.  So Mr. Guo is a fraudster for telling

14   people to read documents that contain information.  He's

15   setting them up.  He's targeting them, to use Mr. Finkel's

16   term, by telling them to read about the risks for investing.

17   Just think about that.

18             So let's read the prospectus.  Let's start with the

19   use of proceeds slide.  This is the one Mr. Finkel has talked

20   about.

21             So what do you notice?  Well, that this table is of

22   contemplated uses.  What does "contemplated" mean?  What does

23   it mean in your real life?  It means it's something you're

24   thinking of, right?  You've thought about it.  It doesn't mean

25   it's a promise; it doesn't mean you're saying this is

1    absolutely how I'm going to do it.  It means you're thinking

2    about using it that way.

3           And that point is driven home when you look at page 20

4    of the prospectus, which makes clear that the table, the one we

5    just talked about, the use of proceeds in this memorandum, is

6    illustrative.  What's "illustrative" mean?  It means that these

7    are just examples, right?  So that's what investors were

8    actually told, that these categories are some examples of how

9    the company would use the money.

10          Let's look at another part of the prospectus, the part

11   that talks about how Saraca is the parent company and

12   effectively controls the company.  Here it is:

13          Saraca will own at least 80 percent of the company's

14   common stock.  They can exert significant control over the

15   company's business and affairs.

16          So investors were told that Saraca controls GTV, and

17   that Saraca could make GTV use investor money in ways investors

18   didn't like.  And you also see that investors were told that

19   there was a lot of risk to investing in a company like GTV,

20   particularly because it had no operations.  So all those

21   statements that they said Mr. Guo made about how there was no

22   risk, well, this is part of the total mix of information

23   available to GTV investors as well, these disclosures.

24          And now let's look at the statement that the

25   government focused on.  It's that the GTV Private Placement

O7AVGUO6                    Summation - Mr. Kamaraju

offering money would be used to strengthen and expand GTV.  I
expect that Ms. Murray may focus on that too.

For one, as we talked about, the only commitments made
in this prospectus are up to the $200 million.  That has to be
the case, because there's no other reference to money above and
beyond that in this entire document.  But even if you do apply
that sentence, that extra $100 million that was used, it's
still consistent.

So let me explain.  Let's start with Ya Li's
testimony.  Now, Ya Li told you that in her mind, the real
value in GTV would be unlocked after the CCP fell.

So you believed that the platform would be most
successful after the CCP was taken down; correct?

Yes.

And that's consistent with Mr. Dragon's testimony, who
was our valuation expert.  He told you that the value of a
company goes up when it enjoys a monopoly in a niche market.
And so if the CCP went down, GTV would be worth more, right?
Well, the so-called prodigious fund was exactly that:  A way to
strike at the heart of the CCP.  At least you saw in the video
clips that Mr. Finkel played for you, that's the way Miles Guo
thought about this situation.

So let's look at it.  Let's look back at that
interview.  This is from 2018, between Mr. Bass and Mr. Guo.

(Video played)

1        MR. KAMARAJU:  First of all, that's Miles Guo, fluent

2   in English, according to Ms. Maistrello.

3        But luckily for you and me, we don't have to interpret

4   what they were saying because Ms. Schottenheimer did that for

5   us already.  She told you that in this section, Mr. Guo and

6   Mr. Bass are talking about how breaking the peg would put

7   pressure on the Hong Kong dollar; and that that would create

8   pressure on something called the Hong Kong Monetary Authority,

9   basically a banking regulator in Hong Kong, to try to keep that

10  peg from breaking by spending some of its reserves, right.

11  Basically, U.S. dollars that it had in the bank.

12       But they also go on in the interview to say that they

13  think that HKMA's reserves are overstated, which means that it

14  may not be able to save the peg, right.  As Ms. Schottenheimer

15  explained, that could cause the global market to lose

16  confidence in Hong Kong.

17       And how do you think that would reflect on China,

18  which claims Hong Kong as its own?  Think about it.  If the

19  global economy lost confidence in New York City, how do you

20  think that would reflect on the U.S. government?  It would

21  weaken it.  In the same way, this would weaken the CCP standing

22  on a global scale.

23       And so now let's take a look at how the prodigious

24  fund was marketed.

25       There's no doubt that the fund was marketed as having

1    a focus on the Chinese Hong Kong relationship.  I mean, just

2    look at the first line.  You guys remember, this is the

3    president of China, Xi Jinping, blowing away Hong Kong.

4         And then let's look at the rest of the slides.  They

5    are all about how China is tightening its control over Hong

6    Kong to deter additional protests.  Do you think an economic

7    crisis in Hong Kong might cause protests?

8         And now let's look at the prospectus for the

9    prodigious fund, which you saw Mr. Je received.  Let's take a

10   look at what it says about the fund.  It says that the fund

11   intends to make money by adopting a trading strategy related to

12   pressure on the Hong Kong dollar, right.  You see it here.

13   This is from the prospectus.  On the left is the email that

14   Mr. Je received, and on the right is the investment objective

15   and strategy.  And you see exactly, it tracks what Mr. Guo and

16   Mr. Bass were talking about.

17        Now, Ms. Schottenheimer told you that the fund was

18   specifically designed to take advantage of this peg.  Look at

19   how the fund would make money.  The Hong Kong dollar is pegged

20   to the U.S. dollar.  And so if the Hong Kong dollar were to

21   devalue against the U.S. dollar, then the fund would make

22   money.

23        They are betting on it breaking.  That's what they

24   want.  And if it breaks, Hong Kong and the Chinese government

25   only have two options, that's what Mr. Guo told you in that

O7AVGUO6                    Summation - Mr. Kamaraju

video:  Either they try to save it and reveal to the world that
they don't have the money to do it, or they have to set up a
fake economy, that's what he said.

        And you can see it in the marketing materials, the
willingness and ability of the Chinese government to support
Hong Kong and Chinese markets is uncertain.  The ability.

        Well, you heard from both Mr. Guo and Mr. Bass, you
heard from both of them in that 2018 interview, that they
didn't think the Chinese government had the ability to do that.
And so if this bluff was called and the CCP couldn't come up
with the money, that would be embarrassing, right?  And
embarrassing the CCP on a global scale by showing that it was
lying about its economic strength, don't you think that could
damage the Chinese economy?  Don't you think that could harm
the CCP's grip on its country?  And then what happens to the
value of GTV?  Well, according to Ya Li, the value goes up.

        And now I know they are going to say, Well, why didn't
GTV just make the investment?  Why did it have to go through
Saraca?  GTV is a brand-new company with no history.  Saraca
had a relationship.  They had a relationship with Mr. Je.  So
they chose to invest it that way.  But you don't have any
evidence that that was done at a fraud, and you can't derive
that conclusion when you have the director of GTV being the
same owner of Hayman.  What were they trying to hide?

        Now, one thing that Mr. Finkel spent some time on is

O7AVGUO6                    Summation - Mr. Kamaraju

1    he talked about those Hayman letters, remember?  He kept

2    saying, Well, Hayman asked for this information and Saraca

3    never responded; and Hayman asked for that information and

4    Saraca never responded.

5        Well, think about this:  At the time that was going

6    on, the SEC was investigating.  The SEC had already

7    contacted -- the SEC had already contacted Hayman, and Hayman

8    knew that the SEC was going to be asking questions.  And Hayman

9    also knew that Saraca had disclosed that the money came from

10   the sale of subsidiary; that no one had tried to hide that.

11       So what was Hayman doing in asking those questions?

12   He was covering itself.  And why would Saraca choose to engage

13   with Hayman when it was already dealing with the SEC?  What

14   would be the point of answering Hayman's questions, when the

15   big bad SEC is already talking to you?  Who's Hayman at that

16   point?  Nobody, but just someone trying to cover themselves.

17       And, in fact, what you heard from Mr. Finkel and

18   during this trial is that Saraca and GTV entered into a

19   settlement.  It was related to civil administrative allegations

20   by the SEC, which Saraca and GTV neither admitted or denied.

21   There were no allegations of fraud, there were no allegations

22   of criminal conduct.  That's what happened.  Saraca wasn't

23   trying to hide from Hayman; it just had bigger fish to fry.

24       So that's GTV.

25       I want to turn to another subject related to the SEC.

1              So as you heard from Ms. Schottenheimer, the SEC was
2    investigating the GTV private offering by at least July 2020,
3    just a month after Mr. Guo had announced the close of the
4    fundraise.  And you saw that Mr. Guo thought that the SEC's
5    investigation was caused by work of spies from the CCP, right.
6    These are catastrophic consequences of the SEC listening to all
7    the false reports from the communist party.  And he didn't
8    discourage when people wanted to protest the SEC.  He said,
9    These are your rights.

10             You also saw the signs from the protest of the
11   bankruptcy trustee, the ones that said that the DOJ had been
12   corrupted by the CCP.  So I want to say a word about that.
13   Because the government has suggested throughout trial and in
14   summation that those beliefs are so unbelievable as to be fake,
15   and that the protests were really just an attempt to obstruct
16   the operations of the SEC and the bankruptcy court.

17             So as an initial matter, I just want to say this:
18   What the government is saying, the United States is claiming,
19   is that core political speech, specifically, protests against
20   perceived infiltrations of U.S. institutions by malign foreign
21   powers is evidence of a crime.  That's what they are saying.
22   And so as a result, you were called upon to decide very
23   squarely whether Mr. Guo genuinely believes that the CCP is
24   trying to use the U.S. government to quash his movement and
25   harm him.

1          And I want to be very clear on this, very clear so

2    there is no misunderstanding.  I am not saying that anyone at

3    this table or any FBI agent involved in investigating this case

4    is a spy or an agent of the CCP.  I'm not even trying to imply

5    that.  I want to be very clear about that.  But I am saying

6    that the evidence introduced at this trial proves that

7    Mr. Guo's fears that the CCP could manipulate U.S. government

8    agencies against him are genuine and reasonable.

9          So first, you have testimony from Jianhu Yi, who, by

10   the government's definition, is a victim.  And he talked about

11   how the CCP forced him to file complaints with the SEC and the

12   FBI, even though he didn't want to.  You remember his story,

13   right?  He told you about how he invested in GTV while he was

14   in China.  He also testified that as a result of that

15   investment, the Chinese police came to see him; they demanded

16   answers about the investment.  You heard how they forced him to

17   sign complaints to the SEC and the FBI about Mr. Guo, even

18   though Mr. Yi didn't believe that Mr. Guo had done anything

19   wrong.

20         And you heard how after he traveled to the United

21   States, Mr. Yi learned that a lawsuit had been started in his

22   name against Mr. Guo in this very courthouse by a lawyer Mr. Yi

23   had never spoken to, much less hired.  And you also heard that

24   even though Mr. Yi made a GTV Investment, loaned money, even

25   though he did all of those things, he still believes in Mr. Guo

1    and the movement.  So you have evidence that that is one of the

2    tactics that the CCP uses, planting false complaints.

3            And you know what?  Mr. Yi's information is

4    corroborated by other actions that the CCP indisputably took

5    against Mr. Guo.

6            So let's look at the stipulation again.  Remember,

7    this stipulation reflects facts that both sides have agreed to.

8            So first, you see that beginning in 2017, the CCP paid

9    protesters in the United States to protest against Mr. Guo.

10   That's the same thing that Mr. Finkel said that Mr. Guo was

11   doing, remember?  They were paying the Rule of Law protests.

12   Well, that's what CCP was doing.

13           You also see that starting that same year, the CCP

14   established that special group of operatives that we talked

15   about, tasked with slandering and discrediting Mr. Guo online.

16   So is it really such a stretch for Mr. Guo to believe that

17   these CCP spies couldn't make their way over to the SEC's

18   website?  The FBI's website?  Of course not.  It's of course

19   reasonable for him to believe that.

20           Now, also think about the so-called 90-day protests,

21   you know, the one against the bankruptcy trustee and his

22   family.  You saw the signs describing the trustee as a CCP

23   running dog, and insinuating that the DOJ was infiltrated by

24   the CCP.  Again, please be clear, I am not making that claim

25   about anyone here.

O7AVGUO6                        Summation - Mr. Kamaraju

1              And now, while that claim may seem crazy in a vacuum,

2    think about what you've seen in this case.  Think about it.

3    Let's look at the stip again.

4              In DX Stip 1 you saw how multiple American citizens

5    had pleaded guilty to try to corruptly lobby the Trump

6    Administration to cause Mr. Guo's extradition back to China.

7    One of them, George Higginbotham.  Well, who's that?  You heard

8    from him yourself.  He's a former DOJ lawyer who met with

9    high-ranking Chinese government officials, the ambassador, to

10   try to cause the extradition to happen.  And he pled guilty to

11   a crime for it.  And you know that Mr. Guo was aware of

12   Mr. Higginbotham because Ya Li testified that she heard Mr. Guo

13   discuss Mr. Higginbotham's efforts publicly.

14             So now go back to those signs.  You know now that

15   Mr. Guo had a reason to believe that the CCP could influence

16   DOJ employees.  And you heard from Mr. Skalka, remember the

17   bankruptcy lawyer, that the bankruptcy trustee had been

18   appointed by another employee of the DOJ, the U.S. trustee in

19   the bankruptcy proceeding.

20             And you had also heard from Mr. Skalka and Mr. Zhou

21   that the bankruptcy trustee had participated in settlement

22   talks between Pax and Mr. Guo; and that Mr. Guo believed that

23   the trustee had tried to blackmail him out of $250 million as

24   part of those discussions.

25             So yes, it may seem paranoid to us, but we don't have

1    the Higginbothams of the world plotting against us.  But for

2    Mr. Guo, it's certainly reasonable for him to fear that the CCP

3    had once again tried to use the channels of the U.S. government

4    against him, and for him to want to expose that.

5         Now, before I move on from this subject, I want to say

6    one thing.  The government put what it says is some very ugly

7    evidence about these protests in front of you, these signs,

8    photographs of a protest at a school, even a smattering of

9    violence at the protests.

10        First of all, whatever you think about those messages,

11   those protests show people standing peacefully with signs, many

12   of them older, not threatening violence against anyone.  You

13   heard that the police were there and didn't stop them because

14   they were peaceful.  And on the two occasions that Ya Li said

15   that a protester punched someone in the face, as Mr. Finkel

16   pointed out, you saw that Rule of Law Foundation took steps to

17   put a stop to that.

18        And be that as it may, however distasteful you find

19   these protests, I do not believe you heard Judge Torres say

20   that participating in a protest against the government or in

21   support of an unpopular cause or through obnoxious crimes is a

22   crime.  Not in this country.

23        So I'd like to talk now about the farm loans program.

24   Before we get there, there's something that Mr. Finkel spent a

25   lot of time on.  And this is the idea of shares and GTV shares

for farm loans, participants and G/CLUBS members.

It's a common theme running through their argument, right, that Mr. Guo promised people that they would receive GTV shares if they just loaned money through the farm loans program or if they bought a G CLUB membership. Well, the government has it wrong again.

So let's think first about the context. The political movement at the heart of this case is the whistleblower movement. It's a group of people dedicated to the concept that free speech and speaking truth to power can create great change; can topple one of the world's most powerful dictatorships. And that started with Mr. Guo's public statements in 2017, the ones that angered the CCP so much that they dispatched agents to kidnap him.

It then grew to the Rule of Law Foundation and its funding of protests and volunteer groups. And that energy culminated in two events in the summer of 2020: One, the founding of the formal organization of the whistleblower movement, the New Federal State of China, on June 4, 2020. We may have just had fireworks and burgers; they had fireworks and dumplings. And two, you had the launch of the movement's voice, a social media company in GTV that could spread the pro-democracy message hopefully one day all the way to China. That was their chosen weapon: Speech. Political discourse. Bringing a different perspective to the Chinese people that the

1    CCP didn't want.

2            And so that resulted in the second big event of the

3    summer of 2020:  The GTV Private Placement.  That was the

4    moment the movement really stepped into the light.  Not

5    Mr. Guo; he had been out in public for years at that point.

6    But this was the movement's opportunity.

7            And the thing is, the government's resistance to that

8    idea, its stubborn refusal to accept that this movement and

9    these businesses are intertwined, shows you that they just

10   don't understand what happened here.  You certainly know that's

11   how Mr. Guo thought about it.  Look at what he said when

12   announcing the closing of the race:

13           It can be said that from our entire media platform and

14   whistleblower fellow fighters, the efforts of billions of

15   fellow fighters have awakened the world.

16           And you know that's what GTV investors thought too.

17           This is Le Zhou's testimony:  So as one of the goals

18   that the movement had was to set up a social media network like

19   that, right?

20           For all people to use, yes.

21           But it wasn't just about fighting the CCP with free

22   speech.  It was also about helping GTV investors make money,

23   become wealthy, and not just for wealth's sake, but because

24   that was part of the messaging against the CCP.

25           Now, the prosecutors want you to think that that's

1    part of the fraud, that Mr. Guo displayed all these fancy

2    things and this luxury lifestyle as some part of a

3    get-rich-quick scheme.  But that's not at it at all, no.

4    Because as you heard from even one of the government's

5    witnesses, the goal of making investors rich was also a way to

6    spit in the eyes of the CCP; a way to show people trapped under

7    the thumb of that regime that there was a better way.

8         Now, the government says that message is twisted.

9    They even tried to mock it by showing you videos of Mr. Guo's

10   anti-CCP messaging.  Remember when they showed you that hero

11   video?  Why do you think they did that?  Because they want you

12   to look at that video and think it's ridiculous, that it's

13   cringe, that it can't possibly be sincere.

14        First of all, it's a music video.  But remember,

15   that's the same guy who was talking to Kyle Bass about the Hong

16   Kong Monetary Authority.  Again, dig deeper.

17        And this message, it's really not that different, the

18   things you and I are familiar with, just through a different

19   cultural lens.

20        So let me explain.

21        What you see in those videos, when you hear about

22   movement members getting rich, what is Mr. Guo really saying?

23   He's trying to tell people that they can have a better life

24   without the CCP; that they can have nice things if they weren't

25   living under the CCP.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1    And is that really foreign to us?

2    It's an election year, after all.  We are bombarded

3    with campaign ads that tell us how you could be better off if

4    you just voted the bums out, right?

5    This isn't any different.  Mr. Guo is simply trying to

6    show people that they could live the same life afforded the

7    China's elites — to be sure, elites like him — if they dumped

8    the party that had been in power for decades, the party that

9    had impoverished them.

10    So back to the summer of 2020.  We all remember that

11    summer, I think, but it had some specific up and downs for GTV.

12    Think about it.  Between May and June of 2020, the company

13    raised almost a half a billion dollars from thousands of

14    investors.  There's no doubt about that.

15    And then almost immediately — in July, actually — the

16    SEC starts investigating, banks start freezing the company's

17    accounts, the company's in limbo.  And then, as you saw, the

18    company settles with the SEC, not for a criminal issue, but for

19    a violation of a civil regulation, about how many investors can

20    participate.

21    So where did that leave the movement?

22    The SEC investigation had stymied its first major

23    initiative.  But did that mean that their cause was any less

24    important, any less urgent?  These people thought they were

25    creating a social media platform that could bring down a regime

1    that — in the words of Steele Schottenheimer, a hedge fund

2    executive from Texas — is running concentration camps.  If you

3    believe that's what you're fighting, would you just stop

4    because the SEC found some technical violation of its rules?  I

5    don't think so.

6            But what to do?  It didn't seem like they could do the

7    private placement in the way that the SEC wanted, not with the

8    level of enthusiasm that had come in through the GTV Private

9    Placement.  And so you saw what Mr. Guo said about it.  He said

10   the SEC was going to handle the refunds to investors and that

11   GTV was going to move offshore.  And he even said that on a

12   livestream that he thought the SEC was watching.

13           So why does that matter?  Well, the government has

14   made a big deal about moving money offshore, Swiss bank

15   accounts, to try to make it look shady.  But here is Mr. Guo

16   announcing to the world — including in his mind — that GTV is

17   closing up shop and moving offshore; moving out of the United

18   States.  If he thought that was an issue, then why would he

19   talk about it on a public broadcast when he thought the SEC was

20   listening?

21           And there's also the little inconvenient fact for the

22   government that so much of the money was left in U.S. bank

23   accounts.  They tell you that these people were fleeing

24   offshore to avoid the FBI.  They seized hundreds of millions of

25   dollars that were just sitting in U.S. bank accounts; not in

1    some Swiss account, just sitting there waiting for them.

2    Waiting for them to come and seize it.

3           And think about that seizure, because they made a big

4    deal about it, how everybody was moving money after that.

5    Well, you saw those protest signs.  You saw the ones that the

6    government loved to show you about the DOJ being infiltrated by

7    the CCP.

8           So think about it.  First you had the SEC freezing

9    money with GTV and then DOJ, both agencies that these people

10   clearly thought had been compromised by the Chinese government.

11   So is it any wonder that when the DOJ started freezing the

12   funds, they reacted in fear; they tried to move the money.  But

13   that fear wasn't because they thought they would be criminally

14   prosecuted by the United States, it was because they thought

15   they were going to be politically persecuted by the CCP.

16   Because as Mr. Doran told you, freezing bank accounts and

17   assets is a common tactic of the CCP in targeting dissidents.

18          So it's clear that after the SEC intervened, the

19   movement's operations were going offshore, including GTV.  So

20   that's what they did.  They started Freedom Media Ventures, or

21   FMV in the British Virgin Isles, or BVI.  Before you let the

22   government spook you into thinking that's somehow nefarious,

23   remember Mr. Skalka's testimony that there were legitimate

24   corporate reasons to run a business out of the BVI.  So That's

25   what they did.  They started the new GTV.  And people were able

O7AVGUO6                        Summation - Mr. Kamaraju

to invest in it if they wanted.  You heard from Ya Li, there
was an offering memorandum for FMV.

        So now what about the farm loans and G/CLUBS and
Mr. Guo's alleged promise that participants in those programs
would get GTV shares?  Well, you now know that there was a
company that they could have gotten, that's FMV.

        But also look at Mr. Guo's statements.  Look, for
example, when he talks about buying G CLUB memberships.  He
doesn't say you're going to get GTV shares immediately.  He
doesn't say they are going to come with your membership card.
He places no deadline; he gives no time frame.

        In fact, you saw in the video, the one that Mr. Finkel
pulled up, the economic Me Too video, he told people they
weren't going to get it.  And G/CLUBS had the disclaimer on its
website saying the same thing:  You will not get shares in
G/CLUBS or any other company.  That's part of the total mix of
information available to G CLUB members.

        So what did Mr. Guo mean in those videos?  Well, it's
simple really.  When you look at what happened, you also heard
that being -- that before being allowed to invest in GTV,
potential investors had to disclose how much they had donated
to the Rule of Law Foundation.  Why?  Because investing in GTV
wasn't an opportunity for everyone; it was supposed to be for
those people who had proven themselves to be devoted to the
movement.  And so as proof of that, potential investors were

1    asked about their donation history.

2           But then GTV was stopped by at least in Mr. Guo's mind

3    an SEC that had been tricked by the CCP.  So as they kept

4    trying, it became even more important to make sure that the

5    people who participated in the new GTV were supporters, not CCP

6    spies trying to bring down the company from the inside.

7           And how do you do that?  Well, you reward the people

8    who have given the most to the movement.  So you give the

9    people that invested in GTV the first time around, the old

10   shares, the first shot at buying shares in the new GTV.  Why?

11   Because they were early supporters of the concept.  And you

12   give the people who gave a farm loan the first shot at buying

13   shares in the new GTV.  Why?  Because they were helping to fund

14   the movement's volunteering and broadcast activities.  And you

15   give the people who bought G/CLUBS memberships that same shot

16   at buying shares in the new GTV.  Why?  Because by buying those

17   memberships, they were demonstrating their desire to be part of

18   this community, the community, as Ms. Reyes put it, of

19   like-minded people devoted to a democratic China.  That's what

20   Mr. Guo is saying:  We'll reward the true supporters with the

21   opportunity to get shares in the new GTV one day.

22          Now, the opportunity to get shares at some point in

23   the future is not the same thing as getting shares right away.

24   Look at what Mr. Guo said about getting shares for the farm

25   loans, for example.  Mr. Finkel played that video.  He said

O7AVGUO6                    Summation - Mr. Kamaraju

that it would be in three to five years where people would have

the opportunity to convert their loan into equity.  That's

three to five years from 2020.  The period hasn't even come.

And there was no deadline set for when G/CLUBS members would

get theirs.

         And in fact, you heard in Mr. Khaled's recordings that

the company hadn't even been fully set up yet, and it wouldn't

have made any sense to give them any shares in the old GTV

because that company was being shut down, the SEC had done

that.  So when you look at all of the relevant circumstances,

what you see is that Mr. Guo was saying that one day the

members of the movement who carried the movement on their backs

would be guaranteed the opportunity to participate in the

upside of FMV, the new GTV.

         And if you think about it, if you use your common

sense, if you look at the evidence, you'll tell that that's not

a fraudulent enterprise.

         So first, this concept wasn't just invented out of

whole cloth for the farm loans and G/CLUBS.  That's how the GTV

Private Placement was conducted, right?  Before you can invest,

you had to establish your credentials.  Now think about the

connection between the G/CLUBS and farm loans and the HCN

allocation.  Remember we had a lot of testimony on that.  And

you'll recall, what did you see in the testimony of Ya Li, Le

Zhou, Wei Chen, that supporters of HCN allocation was based on

O7AVGUO6                      Summation - Mr. Kamaraju

1    four things, right:  Investment in GTV, farm loan amounts, G

2    CLUB memberships, and volunteer efforts.  Right?  If you did

3    those things, then you had an opportunity to buy HCN at its

4    initial offering price of ten cents a coin.  You got

5    preferential treatment based on your contributions to the

6    movement.  Le Zhou told you that.  You had to establish your

7    credentials.  And by the way, the price of that coin

8    skyrocketed.  So there's a common thread that runs through all

9    these projects.

10         And again, this might all seem very foreign to us, but

11   as far as I can tell, none of us are high-net-worth Chinese

12   individuals committed to trying to overthrow a murderous

13   regime.  We don't come from that perspective.  But that's who

14   these people are; that's what they believe in.  And to truly

15   understand and judge these products, you have to put yourself

16   in their shoes just a little bit, and use your common sense.

17         The government says that all of these projects, from

18   GTV to the farms to G/CLUBS to the Himalaya Exchange, were all

19   parts of a criminal enterprise, and that GTV shares and HCN

20   were the vehicles of that fraud.  Okay.  So if that's true and

21   Mr. Guo architected this massive fraud scheme, because his

22   assets had been frozen and he needed to fund this lavish

23   lifestyle, then why would he have made it harder for people to

24   buy more GTV shares or more HCN?  Why tell people that they

25   have to volunteer and actually do things, actually do things

O7AVGUO6                    Summation - Mr. Kamaraju

1    for the movement to buy more HCN?  Making it harder to buy the

2    coin means less people do it, right?  And that means fewer

3    so-called fraud proceeds, right?  Does that make any sense if

4    Mr. Guo has just set this whole thing up as a criminal

5    enterprise?  No.  It only makes sense if he actually wanted the

6    movement to work out.  And if that's the case, then it

7    undercuts the government's arguments that he intentionally

8    sought to deceive the movement's members.  And frankly, that

9    applies to a lot of things in this case.

10           If this whole thing was fake, which is what the

11   government is saying, then why go through all the effort?  Why

12   spend money on engineers for GTV, the ones that Ya Li paid?

13   According to the government, the company had no plans on

14   developing this technology to attack the CCP censorship

15   efforts.  It was all a fraud.  So why pay engineers?  Why have

16   all that KYC at G/CLUBS or the Himalaya Exchange if it's just a

17   sham to steal people's money?

18           Think about what Jesse Brown told you.  He told you it

19   was a very arduous process; he told you that the company was

20   going overboard.  Why hire outsiders like Ms. Reyes or

21   Mr. Brown or Mr. Bass at all?  Instead of just staffing those

22   high-ranking positions with people who the government claims

23   are part of their enterprise, why not make Long Island David

24   the head of G/CLUBS?  Why invite regulators like the Puerto

25   Rican Banking Authority, OCIF, to look into your business by

1    asking for banking licenses, or crypto regulators by asking for

2    crypto licenses if you knew it was all just a house of cards?

3    It doesn't make sense.

4            So going back to Mr. Guo's statement, why does the

5    distinction I drew matter?  For two reasons:  First, since

6    Mr. Guo is clearly saying that GTV investors, farm loan

7    members, and G CLUB members are going to get preferential

8    treatment when the time comes to invest in the new GTV, what's

9    the government's proof that that's fake?  You saw Ya Li talk

10   about it.  She talked about how there's an offering memorandum.

11   And for people like her, they had the opportunity to invest.

12   So where's the lie?  Without a lie, the government can't prove

13   its fraud.

14           Now, the second reason that's important is because the

15   government also chose to charge Mr. Guo with securities fraud

16   in connection with the farm loans and G/CLUBS.  To prove that

17   charge, however, the government must show that the alleged

18   fraud was in connection with the security, meaning it touched

19   upon a purchase or sale of securities.

20           So how can this touch upon the sale or -- excuse me.

21   How can this touch upon the purchase of FMV or GTV shares, when

22   there are absolutely no specifics at all with respect to the

23   date?  No one can tell you when it's actually supposed to

24   happen.  How can that actually be material to a reasonable

25   investor?

1          Now, during the trial, you heard some talk also about

2     the value of GTV.  I'm not going to spend very long talking

3     about that.  I'm just going to tell you that the only concrete

4     valuation Mr. Guo ever put on it, the only one that wasn't

5     qualified, was that the company was worth $2 billion.  And our

6     valuation expert, Mr. Dragon, told you that the way that

7     Mr. Guo arrived at that valuation, just taking the money that

8     people were willing to invest at the terms was an industry

9     standard way of doing it in the valuation industry.  So if

10    that's standard practice in the valuation industry, how can it

11    be criminal for Mr. Guo?  The answer is it's not.

12         So that's what's going on with the supposed promise

13    for GTV shares.  And when you think about it in that context,

14    it actually leaves the government's case in shambles, because

15    that's the thread that holds it all together.  Without it, the

16    government is left with isolated claims related to these that

17    just don't hold up.

18         So let's look at those now.

19         So first, for the farm loans.  Now remember, this was

20    a volunteer program for members of the farms to help fund the

21    movement's operations.  There were loan agreements.

22         Well, the government says there wasn't any interest

23    paid.  And it says people didn't get their money back.  But

24    again, the government is asking you to make leaps in logic

25    without the underlying evidence.  Because look at the terms of

1    the loan.  It says that the interest is payable in full on the

2    final maturity date.  So nobody gets interest until the final

3    maturity date.  When is the final maturity date?  Three years

4    from the effective date.  What's the repayment?  The total loan

5    plus the interest will be paid in a lump sum on the final

6    maturity date.  And what else did it say?  The borrower has the

7    right — but not the obligation — at any time before the final

8    maturity date to extend it by another two months -- excuse me,

9    another two years.  In fact, you heard from Le Zhou that his

10   loan had been extended that way.

11         And when you look at the long list of farm loan

12   agreements that Mr. Hinton identified, you'll see that none of

13   those loans were due before Mr. Guo's arrest.  They arrested

14   him and charged him for this before the obligation even arose.

15   That is a rush to judgment.  That is haste.  That is a mistaken

16   prosecution.

17         And the thing is, even though they put evidence in

18   front of you about this person was receiving loans or interest,

19   or this person was, you didn't get any evidence whatsoever

20   about Mr. Guo being involved in any of that process.  Just

21   generic testimony that Mr. Guo somehow ran the farms with

22   nothing else.  How can you rely on that?  They are making very

23   specific allegations of what happened, but giving you generic

24   statements.  Is that the kind of evidence that you take a man's

25   liberty away with?  Is that the kind of evidence that proves

1    something beyond a reasonable doubt?

2              So what's left?

3              Well, there's this idea that Mr. Guo misappropriated

4    funds from the farm loan programs for his own personal use and

5    the use of his family.  But, again, the government has given

6    you nothing when it comes to that claim.  So let's look at what

7    the government's evidence is on that.

8              First, you have Ya Li tell you that she sent loan

9    money to ACA Capital.  And you saw from Mr. Hinton's charts

10   that the farm loan money did go to ACA Capital.  But so what?

11   That makes complete sense.  Why?  Because Mr. Je is not just

12   Mr. Guo's financial adviser, he's a skilled investment adviser.

13   He's well-known.  And he's also aligned with the movement.  So

14   why wouldn't you take advantage of that expertise?

15             In fact, think about a story that came out during Bo

16   Collins' testimony, the Mercantile Bank CEO.  He told you about

17   how Mr. Je was looking to make an investment through Hamilton,

18   not Himalaya Exchange, as the government said in its summation,

19   but through Hamilton, another hedge fund of his, on behalf of

20   who?  Well, you heard from Ya Li the farm members, right.

21             And it would make sense for the movement to own a

22   bank, wouldn't it?  Think about all of the banking troubles

23   they had.  If you couldn't maintain banking relationships to

24   further your political movement, and there is a chance to fix

25   that, that would make sense, right?  That would be money spent

1    for the benefit of the movement, right?  And isn't that the

2    promise that was made about the farm loans program?

3           Same with all of those translations and broadcasts and

4    protests and payroll expenses.  Where did that money come from?

5    Well, you heard folks at all these different businesses were

6    staffed through a company called HCHK which was funded with

7    money from the farms, a staffing company basically for the

8    businesses that were tied to the movement.

9           Now, during the trial, the government tried to make

10   this sound nefarious, to use it as some sort of connective

11   tissue.  But let me ask you this:  Do you think it's easy to

12   find staffing solutions for companies that can't keep bank

13   accounts open, or struggle to enter into agreements with

14   vendors?  And do you think you might be prone to keeping a

15   tight circle of people if you thought the CCP was sending spies

16   to take you down?  As we all know, just because you're paranoid

17   doesn't mean they're not out to get you, and that's what was

18   happening here.

19          So really, what it comes down to is the government's

20   claim that Mr. Guo and his family stole money from the farm

21   loan proceeds, right?  That's the heart of it.  And so for such

22   a serious claim, they must have put on some really powerful

23   evidence of that, right?  You must have heard that during this

24   trial.  So let's look at that evidence.

25          So first, you have exactly zero witnesses who have any

1    personal knowledge of the payments that the government focused

2    on.  You don't have a single witness who can tell you that

3    Mr. Guo directed them to do that or even that Ms. Wang directed

4    them to do that or even that Mr. Je directed them to do that.

5    You don't have any witnesses who can tell you what the

6    justification was for those payments.

7           The most you have are some scattered references to

8    there being loans from ACA to various entities like Greenwich

9    Land or Hudson.  But you have no details about why or how those

10   loans were made.  Really, the only time you heard about any

11   supposed misappropriation, the only evidence they gave you was

12   through the testimony of Mr. Hinton and his scary charts.

13          So let's look at that one again.  This is the farm

14   loan slide; you remember Mr. Finkel put it up.

15          All right.  So what do we see here?  You got all these

16   crazy boxes and arrows and lines, right?  All so that the

17   government can argue to you that this $77 million at the top

18   from the farms went to ACA, and then ended up in the pocket of

19   a yacht company for Mr. Guo's yacht or transferred to Mr. Guo's

20   son's Swiss bank account.

21          Here's the problem though:  And you remember this

22   cross-examination.  I did it.  Mr. Hinton himself told you that

23   this chart can't make the connections that the government wants

24   you to draw.  Remember that testimony?  So even though there

25   were arrows connecting the ACA Capital box and those entities

O7AVGUO6                    Summation - Mr. Kamaraju

1    we just talked about, and arrows connecting the farms and ACA

2    Capital, you don't actually know if any of that $77 million

3    account for these transfers, right?

4              I haven't traced the funds through to their ultimate

5    uses, that's correct.

6              Mr. Hinton can't link up that money for you because

7    the government didn't even ask him to do the analysis.  So if

8    Mr. Hinton, with his impeccable credentials and the $2 million

9    worth of work that he spent on this chart, can't tell you that

10   this money ended up here, then how can you be sure?  How can

11   you determine that beyond a reasonable doubt if their witness

12   tells you he can't do it?

13             Let me just give you a real-world explanation of what

14   I mean.

15             So you can look through Mr. Hinton's whole chart, you

16   can look at all of the exhibits cited to, you can look at all

17   of the exhibits introduced in this entire case.  You know what

18   you won't find?  You will not find a bank account -- bank

19   records for that ACA First Abu Dhabi bank account, you simply

20   will not find one.

21             So what does that mean?

22             Well, first, that means the government has no evidence

23   of how any money in that account was spent.  So, for example,

24   that 77 million that went in, how can the government prove to

25   you that it wasn't sent to a farm in Japan or Korea or the

1    United Kingdom or somewhere else around the world for use on

2    farm-related activities?  They've argued that to you, but is

3    there any evidence of that?  Nope.  Because they can't show you

4    what's happening in that account.  That's point one.

5            But equally important is that without that bank

6    statement, the government can't tell you how much money came

7    into that bank account from other sources during that relevant

8    time period.

9            So let me ask you to think about it this way:  Let's

10   say you deposit your paycheck in your bank account and there's

11   some money in there from before, and your grandmother also

12   gives you a check for your birthday.  So now let's say there's

13   $4,000 in there.  Next day your rent comes out.  Let's say

14   that's $2,000.  Can you tell me whether the $2,000 that came

15   out for your rent came from your paycheck, the money that was

16   already in there from before, or your grandmother's birthday

17   check?  No, you can't.  And you know why?  Because Mr. Hinton

18   told you that without doing a tracing analysis, that was

19   impossible.  And they didn't ask him to do a tracing analysis.

20           So now think about that ACA First Abu Dhabi bank

21   account.  You have no idea how much money was in that account

22   when the farm loans program started.  But you know that it had

23   to have had millions in it at some point before that, right?

24   Because you saw transfers from the ACA First Abu Dhabi bank

25   account to Golden Springs, millions of dollars coming from that

1    account into these accounts to the Guo family companies, and
2    all before the farm loans program is even alleged to start.
3              So you have evidence that there was money in there
4    before, but the government can't tell you how much.  So where
5    did they come from?
6              Well, you know that Mr. Guo's family was supporting
7    him; you saw that and you heard that.  And then you have this
8    giant bubble, other inflows, right.  It sits on the slide and
9    the government can't tell you how much is in that bubble or
10   when it happened.  So basically, you have no idea how much
11   money was in that account and where it came from.
12             So what happens if there was a billion dollars in that
13   bank account when, let's say, the $950,000 in jet payments went
14   out.  You couldn't say that any of that $77 million was used to
15   pay that $950,000.  And you don't have to take my word for it
16   either.  That's exactly what Mr. Hinton told you, right?
17   Without doing a tracing analysis, you can't tell.  And they
18   didn't ask him to do that, so you don't have any evidence to
19   support that those jet payments came out of that $77 million.
20   And that's true for every single dollar that the government
21   claims was stolen from the farm loans proceeds.  Every single
22   amount that's shown on this government exhibit, the government
23   has not given you any evidence to show you that that is from
24   the farm loans proceeds.
25             So remember what I told you, they want you to connect

O7AVGUO6                     Summation - Mr. Kamaraju

1    the dots.  But they haven't given you the dots to connect.

2    They can draw the arrows from one box to the next, they can do

3    whatever kind of paint by numbers they want.  They can't get

4    over this basic fact.

5              Mr. Fergenson promised you at the start of this trial

6    that the government would prove that Mr. Guo and his family

7    stole money from the farm loan proceeds beyond a reasonable

8    doubt.  And now here we sit, after seven weeks, and the

9    government's own witness tells you that they can't connect it

10   up.  Is that the quality of evidence you want to take a

11   person's liberty away, speculations and guesses?

12             MR. FINKEL:  Objection.

13             THE COURT:  Sustained.

14             Considerations of punishment are not to be part of the

15   jury's duties; it's only the judge who makes decisions about

16   punishment.

17             MR. KAMARAJU:  I'm sorry, your Honor.  I didn't think

18   I alluded to punishment, but I'll move on.

19             And the thing is, it doesn't end here.  I know this is

20   a strange case.  But what you've seen time and time again is

21   they don't give you the evidence to tie it together.

22             Mr. Guo lived a wealthy lifestyle, right.  But he

23   barely thought about his finances.  That's what you heard from

24   Ms. Maistrello.  She told you that the boss never paid for

25   anything, right.  She just said where do you want it, and that

1    was it.

2           And you saw Mr. Guo's creditor interview.  He didn't

3    even know what the Golden Springs' head of finances last name

4    was.  He didn't have any credit cards or debit cards or carry

5    around any cash.  From Mr. Guo's perspective, since he fled

6    China, he has always depended on the kindness of his family for

7    support.  And he was open about that in his bankruptcy filings.

8    And he was provided for.  Sure, look at his lifestyle.  And the

9    person who handled his financial matters was Mr. Je.  You heard

10   that from Ms. Schottenheimer and others.  And you saw that.

11   Mr. Je even sent money from the ACA First Abu Dhabi bank

12   account to Mr. Guo's family offices.  We just looked at those

13   transfers.

14          So now ask yourself, how do you decide what happened?

15   Think a man like Mr. Guo, who doesn't even have a credit card,

16   is going over bank statements and telling people to take money

17   out of the farm loans program to make a random maintenance

18   payment on his yacht?  Or do these ACA transfers look like all

19   the ones before from his family, and there was no reason for

20   Mr. Guo or the folks at Golden Springs to think that anything

21   was off with them.  I think you know, but at best you can't

22   tell.  Because the government hasn't given you enough evidence

23   of their argument.

24          The bottom line is this:  The government simply has

25   not carried its burden to prove to you beyond a reasonable

1   doubt that Mr. Guo stole anything from the farm loans program.

2          Your Honor, I'm about to turn to another section.

3   There's ten minutes.  It's up to you if you want to continue or

4   if you want to take a break.

5          THE COURT:  This is an appropriate time to pause.

6          (Counsel conferred)

7          MR. KAMARAJU:  Sorry, your Honor.

8          THE COURT:  All righty.  Members of the jury, we will

9   stop our work for the day.  Although you've heard from the

10  prosecution and you've heard a portion of the summation of the

11  defense, it is not time to start discussing the case.  You will

12  only begin your deliberations when I tell you that it's time.

13         So the same old rules apply:  Do not discuss the case

14  amongst yourselves or with anyone else, don't permit others to

15  discuss the case in your presence, don't read, watch, or listen

16  to anything from any source that touches upon the subject

17  matter of this case.

18         Have a good evening.

19         (Jury not present)

20         THE COURT:  Mr. Kamaraju, for the second time you

21  raised the issue of the defendant's liberty, and it's not

22  appropriate.  That's why I sustained the objection.  And so you

23  will not do that again tomorrow.

24         MR. KAMARAJU:  Yes, your Honor.  I apologize.  I

25  understand the nature of the objection.  I was not trying to,

1    but I understand -- I understand the issue and I will not do it

2    again tomorrow.

3                THE COURT:  Is there anything before we end for the

4    day?

5                MR. FINKEL:  Just a question for defense counsel.

6    Approximately how much is left.  It was a three-hour estimate;

7    I think it's about 35, 40 minutes or so.

8                THE COURT:  Mr. Kamaraju?

9                MR. KAMARAJU:  I need to look through the material,

10   but I think it's fair to say 45 minutes to an hour.

11               THE COURT:  All right.  Well, you'll try to be as

12   efficient as possible tomorrow morning.

13               MR. KAMARAJU:  Of course, your Honor.  I think that

14   would be about commensurate with what the government did, so --

15               THE COURT:  All righty.  Is that it?

16               MR. FINKEL:  Just for the record, the government was

17   three hours.  Just for the record.  Have a nice evening, your

18   Honor.  Thank you.  See you tomorrow.

19               THE COURT:  Good evening.

20               (Adjourned to July 11, 2024 at 9 a.m.)

21

22

23

24

25

O7AVGUO6                     Summation - Mr. Kamaraju

1                            DEFENDANT EXHIBITS

2    Exhibit No.                                    Received

3     DX40017.1 through DX40017.18, DX40019.1 . . .5848

4             through DX40019.4, DX40021.1

5             through DX40021.2, DX40024.1

6             through DX40021.9,  DX40037.1

7             through DX40037.4, DX40052.1

8             through DX40052.7, DX40053.1

9             through DX40053.4.DX40017-T,

10            DX40019-T, DX40021-T,

11            DX40024-T, DX40037-T,

12            DX40052-T, DC40053-T

13

14

15

16

17

18

19

20

21

22

23

24

25