O7BVGUO1

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x
    UNITED STATES OF AMERICA,
3
              v.                        23 Cr. 118 (AT)
4
    MILES GUO,
5
                   Defendant.           Trial
6   ------------------------------x
                                        New York, N.Y.
7                                       July 11, 2024
                                        9:00 a.m.
8
    Before:
9

10                  HON. ANALISA TORRES,

11                                      District Judge
                                         -and a Jury-
12
                            APPEARANCES
13
    DAMIAN WILLIAMS
14       United States Attorney for the
         Southern District of New York
15  BY:  MICAH F. FERGENSON
         RYAN B. FINKEL
16       JUSTIN HORTON
         JULIANA N. MURRAY
17       Assistant United States Attorneys

18  SABRINA P. SHROFF
         Attorney for Defendant
19
    PRYOR CASHMAN LLP
20       Attorneys for Defendant
    BY:  SIDHARDHA KAMARAJU
21       MATTHEW BARKAN
         JOHN KILGARD
22

23  ALSTON & BIRD LLP
         Attorneys for Defendant
24  BY:  E. SCOTT SCHIRICK

25

O7BVGUO1

1    Also Present:

2    Isabel Loftus, Paralegal Specialist, USAO
     Robert Stout, Special Agent, FBI
3    Jorge Salazar, Defense Paralegal
     Tuo Huang, Interpreter (Mandarin)
4    Shi Feng, Interpreter (Mandarin)
     Yu Mark Tang, Interpreter (Mandarin)
5    Barbara Robertson, Interpreter (Mandarin)
     Tuo Hung, Interpreter (Mandarin)
6    Peter Ginsberg, Attorney for Witness Jianhu Yi

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

O7BVGUO1

| | |
|---|---|
| 1 | (Trial resumed; jury not present) |
| 2 | THE COURT:  Good morning. |
| 3 | MS. SHROFF:  Good morning, your Honor. |
| 4 | MR. HORTON:  Good morning, your Honor. |
| 5 | THE COURT:  Would you make your appearances, please. |
| 6 | MR. HORTON:  Good morning, your Honor. |
| 7 | Justin Horton, for the government.  I'll be joined |
| 8 | shortly by AUSAs Murray and Finkel. |
| 9 | MS. SHROFF:  Good morning, your Honor. |
| 10 | On behalf of Mr. Guo, standing to my left, Sabrina |
| 11 | Shroff. |
| 12 | THE COURT:  Please be seated. |
| 13 | Is there anything that you want to bring up before we |
| 14 | start? |
| 15 | MR. HORTON:  Just a brief timing matter, your Honor. |
| 16 | The government would ask for 15 minutes, ten minutes, |
| 17 | between the conclusion of the defense summation so we can set |
| 18 | up and move things around for the rebuttal. |
| 19 | THE COURT:  And how long do you think the rebuttal |
| 20 | will take? |
| 21 | MR. HORTON:  I think an hour. |
| 22 | THE COURT:  Okay. |
| 23 | Anything from Ms. Shroff? |
| 24 | MS. SHROFF:  Your Honor, I was told by my client that |
| 25 | there was some incident at the jail yesterday.  I haven't |

1    gotten to the bottom of it.  If there is an issue, I'll raise

2    it and ask the Court for a second appearance, if need be.  I

3    don't know what it is.

4                 THE COURT:  All right.

5                 Well, if you need me before 9:30, I'm here.

6                 MS. SHROFF:  Thank you, your Honor.  I appreciate it.

7    It may not, but I just don't know.  Thank you.

8                 THE COURT:  Okay.

9                 (Recess)

10               THE COURT:  Please have the jurors brought in.

11               (Jury present)

12               THE COURT:  Please be seated.

13               Good morning, jurors.

14               THE JURY:  Good morning.

15               THE COURT:  We're now going to continue with the

16   summation on behalf of Mr. Guo by Mr. Sidhardha Kamaraju.

17               MR. KAMARAJU:  Thank you, your Honor.

18               May I proceed?

19               THE COURT:  You may.

20               MR. KAMARAJU:  Thank you.

21               Good morning.  Welcome back.

22               So when we left off yesterday, we were talking about

23   G/CLUBS.  We'd just started.

24               Now, G/CLUBS feels like the piece of the case that the

25   government spent the most time on at trial; you know, the cars

1    and the campers and the mansion, all kinds of things that you

2    might expect at a luxury membership club.

3          So the first thing I'm going to ask you to consider at

4    just a fundamental level is that all of those things — the

5    cars, the house, the bikes — none of it actually matters.

6          And why is that?  Because I asked you to look through

7    every single inch of that Shamel Medrano chart — I think

8    Mr. Finkel said it was over 200 pages long — look at every one;

9    and you will not see a single promise or representation by

10   G/CLUBS or Mr. Guo about how the company would spend the money

11   that it took in from the sale of memberships.  Not a single

12   one.

13         And that makes sense, right?  Because think about what

14   Mr. Reyes thought G/CLUBS was.  It was a company that offered

15   benefits and services to its members, right?  You can see that,

16   right, in the membership brochures.  You get discounts at

17   hotels and travel agencies, conferences like G Talks.

18         Oh, and you remember Mr. Finkel said that the G Talks

19   sweepstakes were rigged or staged because Mr. Guo's immigration

20   lawyer won a car.  Remember that during summation?  Well,

21   Ms. Reyes told you that she hired a third-party company to run

22   the sweepstakes.  Mr. Guo wasn't involved in that.  So what was

23   the rigging?

24         But benefits, that's what G/CLUBS offered its members

25   in exchange for their membership payments.  And those

O7BVGUO1                    Summation - Mr. Kamaraju

1  membership payments make up the company's revenue, the

2  company's money.  Think about it.  It's no different than

3  Netflix or Hulu or any other streaming service.  You pay them

4  9.99 or whatever a month, for the ability to stream movies and

5  shows or whatever, right.  And after you pay that 9.99, it's

6  gone.  It belongs to the company now.

7          And the people who run Hulu or Netflix, they can do

8  what they want with it, right?  So if the owner of Hulu wants

9  to spend money from the company on a new car or a vacation or

10  even a gift to someone else, there's nothing wrong with that.

11  That's not the members' business.  That's not your business if

12  you're a Hulu member.

13          In fact, you heard about that in this case from

14  Ms. Reyes.  It was the same for G/CLUBS, just like for her new

15  business.  The owner of the business gets to decide how to

16  spend the money.  And ultimately, who is the owner of G/CLUBS?

17  Haoran He.  You heard witness after witness say that.  You saw

18  document after document say that.  He was the owner of G/CLUBS.

19  And as you also saw, he approved every one of those purchases

20  that the government is focused on here:  the cars, the yachts,

21  the transfers to Hamilton, the campers, all of it.

22          So what's the issue here?  The government wants you to

23  believe that Mr. He is just a front; and that the real owners

24  of G/CLUBS are either Mileson Guo or Mr. Guo himself.

25          So let's start with Mileson.

1           The government's entire case that he owned G/CLUBS

2      comes down to some strange reference in one of those Khaled

3      recordings where Mileson says that he's a settler of some Dutch

4      trust.  Did they give you any evidence as to what it means to

5      be a settler of a trust, let alone a Dutch trust?  Did they

6      explain that term to you?  How much significance can you give

7      that term, when in the same call, Mileson also says, But Mr. He

8      is the owner.

9           And frankly, even if Mileson Guo does have some

10     ownership interest in G/CLUBS, so what?  Why would that fact

11     change the basic principle that the owner of the business can

12     use the money to buy what he wants, right?

13          Now let's look at the government's proof that Mr. Guo

14     controlled G/CLUBS.  What is that?

15          Well, there's the testimony from Mr. Khaled where the

16     government asked him whether it was true that Mr. Guo did not

17     have decisive control over G/CLUBS.  And he said no, that

18     wasn't true.  You remember his testimony.  But did Mr. Khaled

19     actually give you any examples of what "decisive control"

20     means; of what Mr. Guo's control meant?  Anything other than

21     his say-so?  And we'll talk about his credibility in a second,

22     as well.  But before that, remember, he didn't even really work

23     at G/CLUBS.  How would he know what was happening at the

24     company?

25          But when you look at the testimony of somebody who

1    actually worked at G/CLUBS, Limarie Reyes, who was the CEO,

2    what did she tell you?  She told you that she never took any

3    direction from Mr. Guo at all.  She viewed him as a

4    spokesperson, as a trendsetter.  That's it.

5            Now, you can imagine what Ms. Murray is going to say

6    when I sit down.  No, Mr. Reyes may not have interacted with

7    Mr. Guo, but she interacted with Ms. Wang, who, according to

8    them, is Mr. Guo's lieutenant.

9            But again, look at what Ms. Reyes said, when asked by

10   Mr. Finkel on direct who Ms. Wang reported to, what Ms. Reyes

11   said.  She said Mr. He, not Mr. Guo.  For all the control that

12   Mr. Guo is supposed to have over Mr. Wang in G/CLUBS, the CEO

13   of the company didn't even think of Mr. Guo as Ms. Wang's boss,

14   let alone G/CLUBS's owner.

15           And think, in particular, about one decision that

16   G/CLUBS made, the posting of that disclaimer, right.

17   Mr. Finkel talked about it, and he told you that Mr. Guo put

18   that disclaimer in part as part of the scheme.  I think his

19   words were he put that document in place.

20           But it doesn't make sense.

21           So let's read the disclaimer.  What does it say?  It

22   says, basically, take what Mr. Guo says with a grain of salt,

23   right?  You're not going to get any stock, you're not making

24   investments.  According to the government, all those statements

25   would undercut Mr. Guo's goal of tricking people into buying G

1    CLUB memberships, right?  But according to Mr. Finkel and the

2    government, Mr. Guo put that in as a cover story.  There's one

3    problem with that:  You heard Ms. Reyes's testimony.  She

4    didn't even consult -- sorry.  Excuse me.  Sorry, I have the

5    wrong one.  Well, we'll find it.

6             But Ms. Reyes told you that she didn't even consult

7    with Mr. Guo to put it in.  She didn't even consult.  It was

8    her and the marketing team.  That's what Ms. Reyes told you.

9             Sorry, I got ahead of my slides.  There it is.

10             Were you responsible for any of the content that

11    Mr. Finkel asked you about yesterday?

12             The marketing team and I, yes.

13             Okay.  And you did that totally independent of

14    Mr. Guo, right?

15             We did not ask him.

16             So think about it.  Mr. Guo is the one who put this in

17    place, but the marketing team and Ms. Reyes didn't even discuss

18    it with him?  And think about this:  Does it make any sense

19    that if Ms. Reyes actually thought of Mr. Guo as her boss or as

20    this implacable figure at G/CLUBS that you had to please, would

21    it make any sense that they would have put up this disclaimer

22    without his approval, without asking him?

23             Think about your own job.  Would you put something up

24    on your job's website that basically says, Hey, feel free to

25    ignore whatever my boss says.  Would you do that without even

1    checking with your boss?  No.  Why?  Because you'd get fired,

2    right?

3           The reason why they did this without Mr. Guo is

4    because they didn't need Mr. Guo's approval to do it, because

5    Mr. Guo does not control G/CLUBS.  It's that simple.

6           So what's left?

7           There are those recorded phone calls, right, the ones

8    that Mr. Khaled recorded without telling anyone.  Now, the

9    government says that the fact that Mr. Guo is on those calls is

10   evidence that he's controlling G/CLUBS.

11          So I want you to take a look at those calls again and

12   think about the context.  There's all this money flowing in,

13   right, from G/CLUBS members.  It stuck.  There are complaints.

14   And so the people who knew Mr. Khaled, the ones who had had a

15   prior relationship with him, the ones, frankly, who had brought

16   him in, they tried to talk to him and present options for

17   getting the money unstuck.

18          Okay.  Send it back to the G/CLUBS account, right?

19   Let's try that.

20          Well, can't do that because we don't have a G/CLUBS

21   account.

22          All right.  How about this?  How about we send it back

23   to the people who sent it.

24          Mr. Guo, the person with the intent to steal,

25   according to the government says, Let's give it back.

1          But again, who shot that down?  Mr. Khaled.

2          Okay.  We can't do that, how about you send it to

3    Hamilton.

4          Again, Mr. Khaled turned it down.  Because the only

5    thing he would accept is an agreement that kept the money with

6    him so that he could keep making money off of it, money that

7    maybe he could use to buy a few more Airbnbs, if you remember.

8          And real quickly, you want to know how you know that

9    Mr. Khaled lied to you from that stand?  Well, after he got the

10   agreement that he wanted, he still didn't do the job right, and

11   G/CLUBS tried to fire him, right.  Well, he sat there at that

12   stand and told you, under oath, that after G/CLUBS tried to

13   fire him, Mr. Khaled didn't even want to stay in the contract

14   with G/CLUBS.  He said that in July of 2021, he wanted to be

15   done with the company.

16         So if that's true, then why were his lawyers, at

17   Mr. Khaled's direction, begging G/CLUBS to stay?  This is the

18   letter that his lawyer sent to G/CLUBS:  We propose that

19   G/CLUBS withdraw the notice of termination.  Does this sound

20   like Mr. Khaled is trying to get out of the deal?  Of course

21   not, because he lied to you.  Because Mr. Khaled, the man who

22   lied to banks, who lied on his mortgage applications, on his

23   taxes, sat there and lied to you.

24         So let's go back to the recorded calls.

25         The money stuck and there was nothing they could do to

1   shake it loose.

2          And then you had that one call, the one with all the

3   screaming, right.  Remember Mr. Finkel opened his presentation

4   with it.  So let's talk about that call.  Because while the

5   government wants you to believe that they show Mr. Guo's

6   control of G/CLUBS, in fact, they do the exact opposite.

7          So first off, if you think that Mr. Guo is as big and

8   bad as the government would tell you, then why were there so

9   many phone calls in the first place?  Mr. Khaled told you he

10  was afraid of Mr. Guo.  So if he is afraid of Mr. Guo, then you

11  would think that one phone call from Mr. Guo, and this would be

12  settled.  It's all a scam, right?  They can do whatever they

13  want.  So why is it when the boss, when the principal calls,

14  it's over?

15         They played recording after recording for you where

16  nothing got done, even though Mr. Guo was angry, even though

17  Mr. Guo was yelling and screaming.  And nothing got done.

18         And look at the way those calls went.  Just go back

19  and look at the transcript.  Everyone is explaining stuff to

20  Mr. Guo.  They are not giving in to him.  No one is backing

21  down to him.  No one says, Okay, Mr. Guo, whatever you want.

22  They tell him no repeatedly.  No, you can't do that.  We can't

23  do it that way.  I know you want to do this; I know you want to

24  do that, but we can't do it.  Over and over again they tell him

25  no.  Is that the head of a racketeering enterprise?  Is that

1   the person who runs this massive fraud, the guy who keeps

2   getting told no over and over again?

3              And then yes, he loses his cool.

4              But look at what happened before he loses his cool.

5   Ms. Wang and Mr. Je say, Look, we got to go to the board.  We

6   got to do this the right way.  We got to go to Haoran He.  And

7   if you look at the call, Mr. Guo says okay.  Even during all

8   the screaming, all the yelling, he never says, Screw you, you

9   scumbag, we're not going to the board.  You shameless bastard,

10  how dare you propose that we go to the board.  He doesn't say

11  any of that.  All he does is he gets angry.

12             Okay.  I think we all know that we get angry

13  sometimes.  But Mr. Guo does not direct them to change

14  anything.  And ultimately, Mr. Je and Ms. Wang do it exactly

15  the way they want.  They get the sign-off from Limarie Reyes

16  and Mr. He.  And you see that in the government's own exhibits.

17  So if those calls show anything, they show Mr. Guo's lack of

18  control of these people, not the other way around.

19             And I know the government says, Well, okay, but why

20  was he on these calls in the first place?  He's a spokesperson.

21             Well, let's talk about that.

22             There's no doubt that Mr. Guo was a celebrity figure

23  in the movement, and so in the G/CLUBS member community as

24  well.  He was a spokesperson for the company.

25             And just a quick note on that.  Mr. Finkel commented

1    on how, you know, Mr. Guo is a spokesperson, but his contract

2    didn't provide for any compensation.  So think about that for a

3    second.  Mr. Guo is a fraudster, according to the government;

4    the company is huge sham, right.  There's millions of dollars

5    there.  Why not take a salary?  According to them, you're

6    broke.  Think about how much money celebrity endorsers can

7    make.  So why not just take a few million dollars as a salary?

8    No one would have thought twice about it.  It would have been

9    easy to explain.

10            He didn't do that.

11            And the reason why he didn't do that is because

12    Mr. Guo didn't care about the money, he cared about the

13    movement.  And that's why he was on those calls.

14            Yes, we said in our opening statement that Mr. Guo was

15    the movement, and the movement is him.  And that's because it's

16    true.  And he was putting his name on the line for the movement

17    while fending off the CCP's attempts to kill it in its infancy.

18    So every misstep was a potential disaster for the movement.

19            And G/CLUBS, which catered to the movement members,

20    was supposed to help form the movement's social fabric, had a

21    problem.  So yes, Mr. Guo is on those calls.  But that's

22    because he was concerned about the impact on the movement and

23    the dampening of the members' enthusiasm.  He even says that in

24    the calls.  It wasn't money at stake, it was his life's work at

25    risk.  And if you had gone through everything Mr. Guo had gone

1    through to bring the movement to that point, wouldn't you be

2    involved?  Wouldn't you want to make sure that things were

3    going right?  Wouldn't you want to make sure it was being

4    pushed forward?  Or would you just sit back and let someone

5    like Mr. Khaled hold on to all of that money that did not

6    belong to him?

7         So why does this issue of control matter in the end?

8    It matters because without it, the government has no way to

9    connect Mr. Guo to what they said went wrong at G/CLUBS.  They

10   have no evidence that he controlled any aspect of the company's

11   business.  They called one G/CLUBS employee at this trial,

12   Ms. Reyes.  And she told you she barely interacted with Mr. Guo

13   and she didn't think of him as her boss.  That was all Mr. He.

14        And what's the government's only connection between

15   Mr. Guo and Mr. He?  What is it?  Well, you remember Judge

16   Torres in her instructions told you that just because you're

17   friends with a criminal doesn't make you a criminal.  Well,

18   here, the government is saying that Mr. Guo is on the hook for

19   actions of not even his friend, but his son's friend.  And they

20   are doing that without showing you a single communication

21   between Mr. Guo and Mr. He; or even a single communication

22   between Mileson and Mr. He about G/CLUBS.  So how do they tie

23   any of those acts, the Fiesta acts, the Ferrari, how do they

24   tie any of those to this man, who's sitting in New York, who

25   has never had a single conversation with them about it?

1   Because, trust me, if that evidence existed, don't you think

2   they would put it in front of you?

3          So what did they try to connect to him?  The

4   Lamborghinis and the mansions.  Well, based on the paperwork

5   and the government's witnesses, the most logical conclusion for

6   both of those are their G/CLUBS member benefits, not Mr. Guo's

7   property.

8          You remember Mr. Finkel asked Ms. Reyes about the

9   G/CLUBS website and how the company didn't offer those curated

10  life experiences.  Go back and look at that testimony.  What

11  did she actually say?  She acknowledged the company didn't

12  offer those experiences at the time.  But she also said that

13  they were working on it.  And that's what you saw during her

14  testimony; that G/CLUBS was trying to acquire benefits for its

15  members also.

16         And think about what was going on in the fall of 2020.

17  The world was still in the grip of COVID, right?  And as you

18  heard Ms. Reyes testify, that made it hard to offer the full

19  spectrum of benefits that you might anticipate at a luxury

20  membership club:  fancy restaurants, travel, hotels,

21  experiences.  All of that is nearly impossible with COVID.  So

22  yes, there weren't a lot of options for a luxury membership

23  club trying to get off the ground.  There's only so much you

24  could offer your members at that time.

25         But the company did what it could.  It offered a

O7BVGUO1                    Summation - Mr. Kamaraju

1    significant discount on G Fashion.  And that's a brand that you

2    or I may not buy, but one that had special resonance with

3    G/CLUBS's target audience.  In fact, you saw how much money

4    Mr. Zhou and Mr. Dai spent on it and saved on their G

5    Fashionwear.

6            Mr. Zhou came in here to tell you how he thought the

7    clothing was poorly crafted or average.  And even after he said

8    he concluded that, he still spent thousands of dollars on it.

9    Because he cared about the brand, apparently.

10           G/CLUBS offered a remote conference, G Talks, for

11   members to hear from speakers of interest.  And remember, that

12   was the one with the do-not-say list, the do-not-say words

13   list.  I'm not exactly sure what the importance of that list

14   is, because as you saw in those videos, Mr. Guo does have a way

15   of going on when he speaks; and a reminder that maybe talking

16   about prosecutors or the SEC wouldn't be the best idea while

17   prosecutors and the SEC are investigating.

18           And just a note on that.  You may have missed it, but

19   this is on the do-not-say list:  Voice of Guo, Voice of Good.

20   So for all of that talk about how every "G" that you've heard

21   about in this case is Mr. Guo's name, apparently, Voice of Good

22   was used enough that they had to put it on this list.  Think

23   about that.  This is a list that they say is supposed to go to

24   Mr. Guo for words that he's not supposed to say; things that

25   they are worried that he might say.  So they're worried he's

1    going to talk about something called Voice of Good.  You know

2    why you're worried about it?  Because you've used that term

3    before.  Because people have used that term before.

4         So I know they mocked our witnesses and they said, Oh,

5    you're telling us that G isn't Guo.  They're telling you that,

6    not just us.

7         And there was one more thing though that the company

8    offered its members right from the beginning.  Ms. Reyes

9    testified about it.  The members felt like they were part of a

10   community, right.  They were bound by this common membership, a

11   common outlook, for many of them even a common goal.  And

12   that's not about whether the G/CLUBS is formally a part of the

13   NFSC or not.  You cannot deny that the group had overlapping

14   memberships; wealthy Chinese people who had left China and were

15   looking for an opportunity to bring about political change in

16   their home country.

17        And uniting together, that matters.  Maybe not in ways

18   that makes sense to you and me, who don't have that same

19   background; but still not in ways that are unusual or

20   unfamiliar to us.  We all value things for different reasons,

21   right?  Maybe you brave them as you're buying Mets tickets

22   every year, over and over again, because they are your

23   grandfather's team.  May not make sense to somebody, but you do

24   it.  Or maybe you pay for a museum membership because you feel

25   linked to history that way.  It may not hit the same for

others, but it does for you.  Or maybe you're active in

politics because you feel good contributing to that cause, even

though other people can't stand it.  Many of us spend money on

things that may not make sense to others for reasons that

others don't have.  But in the words of that old MasterCard

commercial, the way it makes us feel, that's priceless.

        And so think about what happened in 2021.  After the

company had started working out its banking issues, you heard

from Ms. Reyes, she started looking for different

opportunities, right?  She traveled to Europe to see if there

are things that they could offer their members.  And you saw

those contracts that G/CLUBS entered into for yachting

opportunities and hotel stays.  And you heard how Ms. Reyes

scored that Formula I race opportunity.  That would be a pretty

cool trip if you could do it, right?  And you also heard from

Ms. Reyes that the company was buying luxury vehicles for its

members to use.

        So in 2021, what did you see?  Well, you saw that the

company had bought a Lamborghini, right?  This one, the one

with the scissor doors.  And you heard Ms. Reyes say that the

car was supposed to be for G/CLUBS members; after all, it was

bought in G/CLUBS's name.  And it was intended to be leased to

G/CLUBS members so that they could enjoy the thrill of driving

it.

        So to sum it up, you have the CEO of G/CLUBS saying

1   that the car was bought for G/CLUBS members.  Then you have the

2   records from the dealership saying that the car was bought for

3   G/CLUBS.  So what is the argument?  Why does the government say

4   no, this was Mr. Guo's cars?  For two reasons, basically:

5          The first is that on the day of Mr. Guo's arrest,

6   March 15th, 2023, the car was in Mr. Guo's garage in his home

7   in Connecticut.  And Mr. Finkel called that devastating

8   evidence.

9          Well, let's take a look at it.  I think the best way

10  to do it is to go through a chronology.

11         So the car is bought September 13th, 2021.  You saw it

12  was to be shipped to Connecticut.

13         December 10th, 2021, there's a video posted, the H

14  Coin to the Moon, that has a clip of Mr. Guo driving the car;

15  drives it about 10 feet near what it looks like his Connecticut

16  home.

17         And then sometime in 2022, Ms. Reyes testifies that

18  she sees Mr. Guo showcase — that's her word — the Lamborghini

19  in a video for G/CLUBS.

20         And then on March 15th, you have the FBI raid.

21         That's the government's evidence right there.  That's

22  what they gave you.  They have no evidence of Mr. Guo actually

23  ever using the car other than for a prop on behalf of the

24  Himalaya Exchange or G/CLUBS.  No evidence of him joyriding in

25  it, no taking it around the track in Italy, no witness

O7BVGUO1                    Summation - Mr. Kamaraju

1   testimony about him bragging about his new car.  No evidence at

2   all about where the car was even at during these periods.

3          Where was the car between December 10, 2021 and some

4   time in 2022?  Can they tell you?  No.  They have no idea.

5          Where was the car in late 2022, when it was used for

6   G/CLUBS and March 15th, 2023?  Do they know?  They can't tell

7   you.  They gave you no evidence of it.

8          Think about it.  If that video was filmed in December

9   of 2022, that car might have just been sitting there for a

10  couple of months during the winter.  Remember there was that

11  battery charger that the Lamborghini witness testified about.

12         So basically, at this point what the government has

13  given you is that over a two-year span, at most, three times

14  that car was in Mr. Guo's home, and two of those times are tied

15  to the filming of a promotional video for G/CLUBS, the company

16  that owned it, and one of its corporate partners, the Himalaya

17  Exchange.  And the third time, you have no idea when the car

18  got there or how the car got there, but it's unlikely that it

19  was there for Mr. Guo's personal benefit because there's no

20  evidence that he drives.  Even in the video you saw, he drove

21  like 10 feet and he looked terrified.

22         So ask yourself, can you really tell what happened

23  here based on the case the government has given you?  Can you

24  confidently say that Mr. Guo is right and that he stole money

25  to buy this car that he parked in this house?  No, you can't.

 1    Because it's at least as likely that Mr. Guo, a spokesperson

 2    for G/CLUBS, used the Lamborghini on a couple of occasions to

 3    promote the company and one of its corporate partners;

 4    basically just like all those yachts and jets that you saw in

 5    the other videos.

 6            And that's especially true given how many people at

 7    G/CLUBS knew of the purchase of the Lamborghini.  I mean, what

 8    was Mr. Guo going to do, steal it from under all of their

 9    noses?  What happens if somebody from G/CLUBS called up and

10    said, Hey, one of the members wants to drive it.  Where is it?

11    What were they going to say?

12            And that's especially true when you think about

13    Ms. Reyes's testimony about the Lamborghini.  Here it is.

14    Please revisit it when you're deliberating.  Because it really

15    kind of sums up why the government's case on this doesn't make

16    sense.

17            So during cross-examination, Ms. Reyes testified that

18    she saw the Lamborghini video in 2022, and it was a video in

19    which Mr. Guo was promoting G/CLUBS.  She couldn't remember

20    one.  But you remember it was a bit of a funny moment during

21    testimony.  She corrected me.  I said he was driving the

22    vehicle, and she said, No, no, he was showcasing it.

23            Now, the notable thing is that she said that when she

24    saw him showcasing the Lamborghini, she wasn't concerned about,

25    Oh, no, Mr. Guo has stolen the car, why does he have it?  Her

1    concern was that he's promoting it as a benefit to G/CLUBS

2    members when the car wasn't available yet.

3           So think about that.  Ms. Reyes, the CEO of G/CLUBS,

4    didn't freak out because she saw the car in Mr. Guo's

5    Connecticut home.  That didn't bother her because she knew that

6    that was part of Mr. Guo's job as a spokesperson for the

7    company.

8           What bothered her was he was telling members about it

9    before it was ready.  The government's own witness, Ms. Reyes,

10   offers you the most credible evidence on why Mr. Guo had that

11   car at his home, and that evidence supports Mr. Guo's version

12   of events, not the government's.

13          Now, Ms. Reyes's testimony also explains the

14   government's other big evidence.  You heard Mr. Finkel talk

15   about it.  The fact that the name on the paperwork related to

16   the car was found in the Connecticut home, and it was in the

17   name of Cao Defeng, Wayne, Mr. Guo's daughter's boyfriend.

18          But you also heard an explanation of that from both

19   Ms. Reyes and Scott Barnett.

20          Remember what Ms. Reyes told you.  After they bought

21   those cars there was some issue with insuring them, right?

22   Now, there is no evidence anywhere that Mr. Guo was involved in

23   any of these insurance issues.  This was a G/CLUBS issue that

24   they were trying to resolve to get these cars to the members.

25   And you even heard that G/CLUBS hired a firm to do that in

O7BVGUO1                    Summation - Mr. Kamaraju

1    2022.  And what was the nature of that firm?  A firm to work

2    with future benefits of renting for members, yes.  But it

3    wasn't working.

4           So now think about what Mr. Barnett told you.

5    Remember him, the former NYPD detective, now turned head of

6    Mr. Guo's security team at the time, one of Ms. Maistrello's

7    handymen, I guess.

8           Well, he told you that there were G/CLUBS motorcycles

9    in his name that Yvette Wang was going to rent out to members.

10   The same with the Lamborghini.  And that was because

11   Mr. Barnett had a license.  Nothing nefarious.  Nothing about

12   holding it for Mr. Guo.  But he had a license.

13          But Barnett got spooked at the prospect of members

14   leasing out or renting out the car -- or the motorcycle, excuse

15   me.  Why?  Not because he thought it was illegal; he didn't

16   want somebody to crash a $40,000 motorcycle into a lamppost and

17   make it his fault.

18          And you heard that the Lambo was the same.

19   Mr. Barnett understood that they were going to rent that out to

20   members as well.

21          So now you've heard both from Ms. Reyes, a government

22   witness, and Mr. Barnett, a defense witness, the same thing,

23   that they were going to rent this car out, that they were going

24   to rent these motorcycles out, even though they were in

25   Mr. Barnett's name.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1          So why do you think it would be any different with

2    Mr. Defeng?  They put the names in people they trust.

3          And do you think Mr. Barnett, a longtime NYPD officer,

4    would sign on for it if he thought it was criminal?  He's not a

5    member of Mr. Guo's family.  He's not a supporter.  So why

6    would he do it?

7          So that's the cars and the motorcycles and the

8    campers.

9          All the other evidence is much less compelling.

10         The Bugatti, what did they show you?  They showed you

11   that the name on the paperwork was originally Mileson Guo.

12   Ms. Reyes explained that.  She told you that Mileson Guo had an

13   in with Bugatti, so he introduced it.  So his name ended up on

14   the paper.  And then she fixed it.  It was a typo.

15         What about the Ferrari?  Well, Mileson Guo is clearly

16   a pretty well-connected Ferrari driver.  So the evidence is he

17   helped his friend pick out a Ferrari, and that he test-drove it

18   once.

19         Or where Mr. Finkel told you whether all these things

20   were paid for by loans and there was no loan repayments.  Well,

21   look at the bank records.  Take a look at money coming back

22   from G/CLUBS International Limited, back to the Puerto Rico

23   entity in 2022, when the loans would be repaid.  Look, there's

24   a withdrawal for almost $5 million.  So think about that.  Have

25   they shown you the whole story?

1          So what does that bring us to?  That brings us to the

2   Crocker mansion, Darlington, the place that the government

3   claims G/CLUBS bought to be Mr. Guo's New Jersey estate.

4          So here's what's undisputed, right.  After a

5   considerable struggle with Mr. Khaled at Crane, what happens?

6   Mr. Je suggests that because there's nowhere else for the money

7   to go, it should be transferred to the hedge fund Hamilton,

8   right.  Now, that wasn't Mr. Guo's instruction, that came from

9   Mr. Je.  Mr. Guo said, Send it back.  But in the end, your

10  heard Mr. Khaled refuse to do that.  So the only viable

11  solution was sending it to Hamilton, which was approved by

12  Mr. He, by the way.  So the money is transferred to Hamilton,

13  and Hamilton uses it to buy a property, an investment property,

14  in New Jersey.

15         Now, the government claims that he did that for

16  Mr. Guo.  But there's no evidence why Mr. Je would take this

17  money out of his fund, where he's earning a fee on it, and use

18  it to buy a third home in the states for Mr. Guo.  And there's

19  no evidence of why Mr. Guo would even want that.

20         And I don't mean any offense here, I'm from a small

21  town myself, but here's what the government would have you

22  believe:  That this Chinese billionaire, just a few years

23  removed from living an insane life in Beijing, with access to a

24  yacht, a private jet, hundreds of millions of dollars, that

25  what this guy really is dreaming for is a huge house in Bergen

1    County, New Jersey.

2          He has an entire floor of a luxury apartment in

3    Manhattan.  And just in case that's not good enough, a home in

4    Connecticut with tennis courts.  And this guy says, No, I want

5    another place off the Turnpike.  That's what he wants you to

6    believe, that they would steal all this money — this man, who

7    could be anywhere in the world in any second — and says, Let me

8    steal this money to complete the triple crown of the tri-state

9    luxury home circuit.  It doesn't make sense.

10          What makes sense is that Mr. Je bought it to be the

11    kind of physical club that G/CLUBS had promised its members.  A

12    safe space.  That's what makes sense.  And when you think about

13    it and when you look about it, it's consistent with the kinds

14    of properties that Ms. Reyes was looking at in London.  This is

15    one of them.  This is another.  Don't they look familiar?  They

16    look a lot like Mahwah.  They have spas.  They have all the

17    same kind of things that Mahwah has, because that's what they

18    were looking for.

19          So you can see that the actual place, the property, is

20    very similar to what G/CLUBS was already looking for.  So

21    doesn't it make sense that the hedge fund manager managing

22    G/CLUBS's money might buy a place like that?

23          So what are they going to say?  Well, Ms. Reyes didn't

24    know about it.  Well, the reason why she didn't know about it,

25    it's because it was invested in a hedge fund.  And as you saw

O7BVGUO1                        Summation - Mr. Kamaraju

1    time and time again, an investment in a hedge fund, the hedge

2    fund manager decides what to invest in.  That happened with

3    Yieldesta and Bo Collins, and it happened with Hayman.  It's no

4    more nefarious than when it happens with Mr. Je.

5         So it's no shock that Ms. Reyes wasn't tracking the

6    company's investments because she wasn't even responsible for

7    the company's finances.  Maybe they'll say, But the slide says

8    it's in Puerto Rico, that's where it's supposed to be.  There

9    are no G/CLUBS members in Puerto Rico.  You know where there's

10   a lot of G/CLUBS members?  In New York.  You know what else

11   there is?  A large international airport where G/CLUBS members

12   can fly in to use the club.  Again, that makes sense.

13        Okay.  So why was he picking out the furniture?  Why

14   wouldn't somebody from G/CLUBS be doing that?  What did

15   Ms. Reyes tell you?  Mr. Guo was a trendsetter for that

16   community.  G/CLUBS members liked his taste.

17        What did Mr. Guo do in China?  You heard from

18   Ms. Maistrello: He built luxury hotels.  He built properties.

19   He had a huge hotel called The Pangu.  And what kind of

20   designers were they looking for?  You saw this in the text.

21        So if you're trying to decorate a luxury clubhouse for

22   people who have similar taste to Mr. Guo, then doesn't it make

23   sense for Mr. Guo, the company spokesperson and resident luxury

24   hotel designer, to weigh in on the design?

25        And I know they showed you all those things about

1   mattresses and toilets and all those different invoices.  Those

2   are all things that you would have in a luxury hotel, all

3   things you would have in a luxury clubhouse.  It's the same

4   thing.

5           So what else does the government have?  It has the

6   testimony from Christine Frosini, the real estate agent, and

7   those documents where it says -- where Mr. Guo says the house

8   is for his family.  Or those invoices about the lady's wing or

9   the madam's room or Wayne's room.  But I know there was a lot

10  of emphasis placed on that.  But emphasis is not evidence,

11  ladies and gentlemen.

12          So what does the evidence tell you?

13          But first, it tells you that the Mahwah property was

14  part of an exclusive neighborhood; and that it was designated

15  to be used as a home, right, Ms. Frosini told you that.

16          On the other hand, as we've seen, Mahwah looks like a

17  pretty ideal G/CLUBS clubhouse, right?  It matches what's in

18  the brochure and it's a great location.  And G/CLUBS members

19  were clamoring for their benefits, right?

20          One hitch:  Do you think you could buy a place like

21  Mahwah if you say, Hey there, we're looking to buy this mansion

22  for our anti-CCP, pro-Chinese democracy social club; we're

23  going to bring in a bunch of people from all over the world and

24  have a ton of security, because the Chinese government might

25  try to kidnap our members.  Do you think there's any universe

O7BVGUO1                    Summation - Mr. Kamaraju

in which you could buy a house like that, anywhere in the country?  Of course not.  So, yes, they said the Chinese billionaire was going to buy it, because that's the only way they would ever be able to pull it off.

And Mr. Finkel said that the reason why there was so much secrecy was not because of their concerns of the CCP, but because of the trustee and the bankruptcy.  That doesn't make sense, because they bought the house and put in all that secrecy before the Pax judgment and before the bankruptcy filing.  Mahwah was bought in November of 2021.  The Pax judgment happened in February 2022.  The bankruptcy happened in February 2022.  It doesn't make sense.

So that's the government's proof.

Does it move the needle?  I submit it doesn't.  But it certainly doesn't when you heard from Mr. Barnett and Leanne Li.  And Mr. Barnett told you that he, who was the head of security, he used to take Mr. Guo there from time to time.  They didn't put forth any evidence of Mr. Guo even visiting Mahwah or staying in Mahwah, excuse me.  We gave you that.  And Mr. Barnett told you why.  He went to oversee the renovations; he went to broadcast.  And you saw this footage of him broadcasting, right?  That's what he was using the property for.

But Mr. Barnett is Mr. Guo's head of security, right.  His job is to make sure that Mr. Guo is safe.  And as part of

1    that, he's got to know where Mr. Guo is and where Mr. Guo is

2    going to live.  And he never understood Mahwah to be Mr. Guo's

3    place.  He never understood that.  In fact, he thought it was

4    supposed to be a place for the movement members to enjoy, like

5    those that bought G/CLUBS memberships.

6         And in fact, Mr. Barnett's impression was that

7    Mr. Guo's wife hated the place and didn't want to live there.

8         Okay.  So why were there clothes in Mahwah?  Well,

9    Mr. Barnett also told you that he made the call to have certain

10   members of the family — Mr. Guo's daughter and wife — go to

11   Mahwah for a little bit in 2023 because of security concerns.

12   So is it any wonder that they kept some clothes or cash or

13   documents there?  These are people who may very well have to

14   flee at a moment's notice because the CCP could try to

15   disappear them.

16        And finally, there's Leanne Li's testimony.  She puts

17   the nail in the coffin.  Because what did she tell you?  She

18   tells you long before an arrest, long before there was any need

19   to explain what Mahwah was, she talked about it with Mr. Guo.

20   And Mr. Guo told her to go find other properties for people in

21   the movement to use.  And before they bought Mahwah, he asked

22   her to put together a presentation about the property so that

23   they could explain it to the movement members, so they could

24   highlight and showcase what they were going to use it for.

25   That's how you know what Mr. Guo was thinking about the

1    property.  That was before he was arrested.  That was before

2    they charged him for buying the Mahwah place.  So think about

3    it.  That's what you know.

4           And against that backdrop, how can you say that the

5    government has proven its G CLUB charges beyond a reasonable

6    doubt?  You cannot.

7           So we come to the Himalaya Exchange.  And I'm going to

8    try not to spend a lot of time on this, because they didn't.

9    Because, frankly, it has very little to do with Mr. Guo.

10          You didn't see any evidence he owned it; you didn't

11   see any evidence he was directing its operations.  The most you

12   saw is that some unnamed Himalaya Exchange employee told Jesse

13   Brown Mr. Guo wanted to start on a certain date.

14          Well, I think, as you've seen over the course of this

15   trial, Mr. Guo is very eager for things to happen for the

16   movement.  And the exchange was a critical part of that.

17   Because it was intended to help people who feared the Chinese

18   government move their money easily.  That was the idea.

19          And you heard from Ms. Sklar that cryptocurrencies are

20   a prime way to deal with repressive regimes.  And you heard

21   from Mr. Doran how the Chinese government tends to confiscate

22   property.

23          But that's all you really heard about Mr. Guo's role

24   at the exchange.

25          So what does the government say he did wrong?  They

O7BVGUO1                    Summation - Mr. Kamaraju

1    said he promoted it improperly.  They said it's not a real

2    cryptocurrency because there were credits and not a lot of

3    activity on the blockchain.

4           I'm going to submit to you that you do not have to

5    spend a lot of time on this argument because you have testimony

6    from Ms. Sklar, who is the only cryptocurrency expert that you

7    heard from at this trial.

8           And what did she tell you?  She told you that the

9    Himalaya Exchange worked like a centralized cryptocurrency

10   exchange.  And you heard that a centralized cryptocurrency

11   exchange, like well-known ones like you may know, like

12   Coinbase, it's common not to have a lot of transactions appear

13   in the blockchain because of the way they are set up.

14          Instead, because of that, all of the trading is

15   reflected on an internal company ledger.  That's where you get

16   the credits right from.  There's nothing unusual about that.

17   Basically, what the government is asking you to do is to

18   convict Mr. Guo based on a philosophical difference in the

19   cryptocurrency community.  That is not evidence beyond a

20   reasonable doubt.

21          And it wasn't like the exchange was hiding any of

22   that.  You saw that the exchange openly discussed in its white

23   papers the use of credits.

24          And they had Mr. Roberts, the investigator.  What did

25   he tell you?  He just assumed that couldn't be true.  But then

O7BVGUO1                    Summation - Mr. Kamaraju

1    look -- sorry.  He just assumed that the idea of back-to-back

2    redemptions, the one-to-one redemptions, couldn't be true.

3          But look at what he said on cross-examination.  He

4    said that he actually couldn't know how much HDO was in

5    circulation, so he couldn't do it.  And why was that important?

6    Because what the exchange actually said was the one-to-one

7    backing was for HDO in circulation.  And he didn't know what

8    was in circulation.  So you can discount his testimony on that

9    entirely.

10          You saw that Armanino, an auditing firm, actually had

11   access to the information that Mr. Roberts admitted he didn't

12   have.  And it concluded that, in fact, there was a one-to-one

13   backing between the number of HDO that customers had actually

14   bought and what dollars the exchange were holding in reserve.

15   So, again, much ado about nothing.

16          And then there's the gold.

17          I think we can all acknowledge that Mr. Guo's

18   statements on the gold may seem a little confusing.  But that's

19   not surprising.  Because you heard from Mr. Brown, the folks at

20   the exchange knew he wasn't explaining it right, but they

21   decided not to tell him.  And that's not the only time that

22   Mr. Je kept information about the exchange from Mr. Guo.

23          You remember Leanne Li's testimony about how she

24   traveled to London to try to get financial records because

25   Mr. Guo was concerned about how Mr. Je was running the

exchange. And what did Mr. Je do? Stonewalled her. So does
that sound like Mr. Guo is controlling Mr. Je and the exchange?

But, anyway, what's the government's proof that
Mr. Guo was intentionally lying about the gold? The Armanino
report, Ms. Sklar's testimony, only half the story.

Mr. Brown told you that there were plans to purchase
gold. So you know that's not something that was made up whole
cloth by Mr. Guo.

And you see at the end there, Mr. Brown says he
doesn't know what Sharps Pixley is, do you see that? You know
who does know what Sharps Pixley is? Tom Bishop. Tom Bishop,
who described to you how, in March of 2022, the Himalaya
Exchange sent $5 million to Sharps Pixley, a London-based gold
broker. So the exchange was making good on its gold promise,
just bit-by-bit. And you don't spend $5 million like that if
it's a fraud.

Jesse Brown told you this was a real business. He
told you about all the compliance. In fact, he told you he
thought the company had too much compliance in place. He told
you that Mr. Je had spent millions of his own money before any
tokens were sold.

And if this were all a big fraud, would you just give
$70 million in redemptions to the exchange customers back if
you're just trying to steal the money anyway? I mean, those
are redemptions that the exchange wasn't obligated to honor.

1           It doesn't add up.

2           And finally, you have the loan, the $37 million loan.

3           I don't understand what's wrong with the loan,

4    frankly.  The money came from the exchange's profits.  They

5    were open about it.  It was approved by the exchange's board,

6    including Jesse Brown.  And it was filed with a U.S. court.  If

7    anybody thought they were doing something illegal with that

8    loan, why would they be so open about it?  Why would Mr. Je

9    talk to Bo Collins about it?  Why would they make no effort to

10   hide it?

11          So now there's one last so-called misrepresentation

12   that we have to talk about; the government spent some time on

13   this.  And that's the so-called guarantee that Mr. Guo made to

14   pay everyone back for their losses.  Remember they ended their

15   case with that; spliced together video of Mr. Guo saying he

16   would pay people back.

17          So a couple of things on that.

18          The first is remember, even if you find that there was

19   a misrepresentation, you have to find that it was material;

20   that it would be expected to be of concern to a reasonable and

21   prudent person in making their decision.

22          And what was the government's evidence?  They put some

23   people up who said they relied on these guarantees and they

24   thought it was no risk.

25          Judge Torres also instructed you, however, that you

1     have to consider the total mix of information available.

2              And what other information was available then?

3              Well, you saw Mr. Guo tell people in the announcement

4     video that GTV was risky; that they should read the prospectus

5     and understand its risk.  And the prospectus included

6     disclosures about the risk.  It also told them that it was

7     risky.

8              And you saw that Mr. Guo was public about his

9     bankruptcy.  He made a video about it and told people about it.

10             So all of that is part of the mix of information.

11             And you also heard from Mr. Dragon about how he, a

12    valuation expert, would think about the impact of the guarantee

13    on assessing the investment opportunity.

14             What did he tell you?  He told you that he would have

15    to consider a guarantee, but there's a number of factors that

16    go into how you decide to weigh it.  Here's what he says.  So

17    measure this up against what Mr. Guo said, and I think you'll

18    see that Mr. Guo's statements are hardly the kind of material

19    ironclad guarantee that the government makes them out to be.

20             And think about this:  What are the losses he's

21    supposed to pay back?  On GTV, you saw Mr. Guo's view.  He

22    thinks Saraca ate the loss.  He thinks the loss came from

23    Saraca as part of the pizza, right?  So why would he pay back

24    someone else?  And how could there be any losses on the farm

25    loans, when the loans didn't even come due until after

O7BVGUO1                    Summation - Mr. Kamaraju

1    Mr. Guo's arrest?  And G/CLUBS, how can there be a loss?

2    People paid for those memberships.  And each of the

3    government's so-called victim witnesses failed to submit refund

4    requests during periods set by the company, not Mr. Guo.

5    Mr. Guo didn't deny them those refunds.

6            And finally, the exchange.  Their witnesses bought

7    these coins at ten cents apiece.  And is there any evidence

8    that the price dipped below ten?

9            So what is the loss?

10           And here's the thing:  Judge Torres instructed you

11   that the government has to show that at the time Mr. Guo made

12   the statement, he knew it was false.  It's not enough that the

13   statement he said later turned out to be untrue.  But all the

14   government has given you is that Mr. Guo supposedly didn't make

15   these repayments that he was owed.  They've showed you nothing

16   about his intent at the time he made those statements.  And

17   that is not enough.

18           So I've nearly come to the end of my time, and I just

19   want to leave you with a few closing thoughts.

20           As you know, when I sit down, Ms. Murray will have a

21   chance to reply.  The government has the burden, so they get

22   the last word.  But I submit, even with that advantage, they

23   still will not be able to sustain their burden.

24           And so what does Mr. Guo get?  What helps balance the

25   scales?

1          Well, one thing he gets is the presumption of

2    innocence and the reasonable doubt standard.  As we discussed,

3    from day one of this trial through right now, Mr. Guo must be

4    presumed innocent.  And he will always have that presumption of

5    innocence unless you find that the government has proven his

6    guilt beyond a reasonable doubt.

7          And what does that mean?  Judge Torres told you.  It

8    means that after you review the evidence, you must find Mr. Guo

9    not guilty if you have the kind of doubt that would give you

10   serious pause or pause in acting on serious matters in your

11   life.  How serious is this?

12         And so I just want to say something about the quality

13   of the evidence that the prosecution has given you.  Don't

14   worry, I'm not going to go through it all again; I promised you

15   that I was going to sit down.

16         But just think about some of what you've seen and

17   heard at this trial.  And ask yourself whether you can actually

18   have confidence in the government's case.  They called a lot of

19   witnesses, and Judge Torres gave you guidance on how to

20   evaluate the credibility of witnesses.  Look at how they

21   answered questions on direct and cross-examination, right.  Are

22   they different?  Do they have an incentive to favor one party

23   or the other?  And obviously, your common sense.

24         So one class of witnesses they gave you are people who

25   will tell you the inside story, according to them:  Limarie

Reyes or Haitham Khaled, Jesse brawn, Ya Li, all people here intimately involved with what happened.  The CEO of G/CLUBS, the CEO of the exchange, the head of banking relationships, a member of the Iron Blood Group, all people intimately involved in things that they say are frauds, who took actions in furtherance of the things that they say are frauds.

But you saw them in this courtroom at that witness stand, not the defense table.  And why is that?  Because the government agreed not to prosecute them.  And the price for the government's mercy?  That they testify, if asked by the government, and they tell the truth, they told you.

What else did they tell you?  That they only get to keep the deal if the government thinks they are telling the truth, right?  So is it any wonder that they would say things that they think are helpful to the government?  Oh, I never heard of Mahwah.  Miles Guo controlled G/CLUBS.  I did nothing at the exchange.

And the thing is you saw no evidence corroborating any of those things, just the words of witnesses relying on the government for their get-out-of-jail-free card.  That's it.

Now, the government also called all of those so-called victims, right.  Now, ask yourself this:  If someone who is close to you had a serious medical issue, and Ya Li or Le Zhou was the doctor, how comfortable would you feel?  Would their involvement give you pause?  Because that's what you have to

O7BVGUO1                    Summation - Mr. Kamaraju

think about here.

        And think about the way those witnesses were on direct
examination, more than happy to answer any question.  And what
was their answer to almost every one of those questions?  Miles
Guo told me to do it.  I did it because of Miles Guo.  Miles
Guo said there was laser technology.  Did you ever see that in
a video?

        But then on cross-examination, right, just think about
Ya Li, just the steady string of I don't remembers, I don't
know, I have no idea.  Or Ms. Chen on cross-examination, how
she just wouldn't answer the question, but instead took every
chance she had to go out of her way to call Mr. Guo a fraud.
Same with Jenny Li or Le Zhou.  Or think about Patrick Chin,
who was so confused that he thought he had invested in Guo
Media.  Even they don't say anybody invested in Guo Media.

        And just think about this:  Each of those witnesses
testified that they followed Mr. Guo blindly, except when he
told them to look at the documents that would undercut the
government's case.  That's the one time they didn't follow his
command, according to them.  Does that make sense?  They did
everything this man said except that?  I guess, but the truth
is a foreign language to those witnesses.

        So ask yourself, why did they testify this way?  Well,
Ms. Murray, I'm sure, will say they are angry; they think
they've been scammed; they think they've been defrauded; they

1     want their money back.

2              But think about that for a second.  Many of them told

3     you they didn't wake up until they saw the government's

4     indictment in this case.  An indictment is just an allegation.

5     And basically, these witnesses, even under the government's

6     version, just took the government's word for it.  They

7     swallowed the government's tale hook, line, and sinker, without

8     hearing the evidence that you've heard.  So they have an

9     obvious bias towards the prosecution.

10             At the bare minimum, they are looking to them to get

11    money back.

12             And at least one of them, Ya Li, told you about how

13    the Chinese government visited her parents and told them that

14    she needed to knock it off, to cut her association with

15    Mr. Guo.

16             So is it so hard to believe in a case like this that

17    she might take that stand and testify in a way that she thinks

18    that the CCP would approve of, to disavow Mr. Guo?

19             Of course not.

20             (Continued on next page)

21

22

23

24

25

O7BBGUO2                    Summation - Mr. Kamaraju

1          MR. KAMARAJU:   And then they gave you all those

2     summary charts, so many charts.   But no matter how many there

3     are, their value to you is zero because they're all misleading.

4     You remember Mr. Medrano's chart.   That was the one with the

5     Steve Bannon clip.   I won't pull that back up, or

6     Ms. Espinoza's chart.   Remember that's the one where she

7     testified about a dozen-slide chart with hundreds of arrows,

8     only to have Mr. Schirick draw the same transaction fairly and

9     accurately according to Ms. Espinoza on a piece of paper in two

10    minutes.   Or the G/Club's chart witness who put up a chart of

11    G/Clubs loan agreements that counted both sign loan agreements

12    and earlier drafts.

13          Why do that?   Just to make the numbers look bigger.

14    Or Mr. Hinton who we talked about.   Remember how Brattle worked

15    on the chart for like a year, and the prosecutors were changing

16    it until the day before he testified, and how those boxes

17    didn't make any logical sense.   Look at those.   Under

18    Mr. Hinton's testimony, these arrows don't make any sense.

19    Think about it, how he told you that you couldn't do the

20    analysis necessary to tie the farm loan money to any of these

21    payments.   That's a more accurate chart.   So how much faith can

22    you have in these charts or this testimony when you see this?

23          They also put up a lot of documents.   One of the

24    documents Mr. Finkel talked about was an unsigned trust

25    agreement.   Do you remember that, between Mileson Guo and

O7BBGUO2                  Summation - Mr. Kamaraju

1    Himalaya Exchange.  And he said, well, look, it's the execution

2    version, but it wasn't signed and it wasn't dated.  So how much

3    faith can you have in that?  Can you have any idea when the

4    document was created?  Why it was created?  Who created it;

5    whether it was an idea that was considered and rejected;

6    whether the author had any accurate information?  Of course

7    not.  You have no information about the creation of that

8    document.

9           And I'm sure Ms. Murray will stand up and say, well,

10   it's all part of the cover story.  Well, Mr. Fergenson ask you

11   to use your common sense.  And ask yourself this in your common

12   sense, if it is part of the cover story, why wouldn't you sign

13   it?  Why wouldn't you finalize it?  What good is the document

14   to a cover story as unsigned?  It doesn't make any sense.  I'm

15   sure they'll talk about videos.  When I sit down, I'm sure you

16   will hear a lot of about videos.  I'm not going to go through

17   them all.  There's one that you saw during the trial that

18   Mr. Finkel talked about that's instructive, and that's the one

19   where Mr. Guo says that the US government will never falsely

20   accuse you of a crime.  You remember that one?  They showed you

21   that near the end of trial.

22          Well, just in case it's not clear, Mr. Guo's opinion

23   on that has changed.  But, think about the clip for a second.

24   It actually undercuts the government's case.  Think about it.

25   Mr. Guo made that statement during an SEC/FBI investigation

O7BBGUO2                        Summation - Mr. Kamaraju

1    into all of the stuff that you heard about.  Ask yourself,

2    Mr. Guo, the criminal mastermind with access to a yacht, a jet,

3    and hundreds of million of dollars in fraud proceeds according

4    to them just sits here in New York waiting to be arrested when

5    he knows that people are making complaints to the SEC and the

6    FBI.  That makes no sense.  Or how they show you all these

7    scary bank account charts and say innocent people don't act

8    like that, only people with something to hide, asking you to

9    ignore the obvious.  The reason why Mr. Guo and his compatriots

10   were doing any of those things was because they were being

11   hunted by the CCP, not the FBI.  Think about the video again.

12   He's inviting the FBI into the tent, not running away from

13   them.

14           But he's terrified that the CCP is chasing him, and he

15   has good reason to be afraid, given the lengths they've gone

16   to, to stop him.  You know what, you heard from Mr. Doran that

17   those steps, multiple cell phones, different bank accounts,

18   heightened security, that's the advice that Mr. Doran gives his

19   clients that are targets of Operation Fox Hunt.  And there's

20   the biggest Operation Fox Hunt target maybe in the world

21   sitting right there.  So that is the kind of evidence that

22   they've given you.  That is the shaky evidence that they want

23   you to use to find this man guilty.  But is that the kind of

24   evidence you can rely on to do so?  I say you can't.

25           Every time I've done this in the past, whenever I sit

O7BBGUO2                        Summation - Mr. Kamaraju

down I always remember a bunch of things I should have said,
and Ms. Murray may hit on some of those.  And when she does I
want you to think, what was Mr. Kamaraju say to that?  How
would we the defense team respond?  And if you do, I think
you'll see that they still can't meet their burden.  What else
does Mr. Guo get on his side of the scale?  Well, he gets us,
his lawyers, and so here I am slugging away.  And what else?
Well, Mr. Finkel talked about it.

        He talked about how in this country, we have you, and
that's specially true for Mr. Guo, because you are to be a jury
of his peers, to determine his innocence.  He gets you
reviewing the evidence, looking at all the angles.  He gets you
using your common sense and asking does it make any sense.  He
gets you applying the critical eye to the government's proof
that is required by law.  And he gets you using your best
judgment to decide this case.  He gets you.  And, ladies and
gentlemen, I have to say, if you do all those things, apply the
law that Judge Torres has given you to the facts that you've
heard during this trial, there is only one verdict that you
could reach that's consistent with justice, and that's that you
send this man home, that you send him back to his family, that
you send him back to his friends, that you send him back to his
fight.  Thank you.

        THE COURT:  Members of the jury, we still have not
finished all phases of the trial.  Next is going to be the

O7BBGUO2                    Rebuttal - Ms. Murray

1    rebuttal by the prosecution.  After that, I will be giving you

2    more instructions on the law, briefly, but at this time we're

3    going to take a break of about ten minutes.  Remember that

4    you're not allowed to discuss the case amongst yourselves.

5    Don't permit others to discuss it in your presence.  Don't

6    read, watch or listen to anything from any source that touches

7    upon the subject matter of this trial.

8         THE LAW CLERK:  Jury exiting.

9         (Jury not present)

10         THE COURT:  Who will be delivering the rebuttal?

11         MS. MURRAY:  I will, your Honor.

12         THE COURT:  Please let me know when you're ready.

13         MS. MURRAY:  Thank you.

14         (Recess)

15         THE COURT:  Please get the jurors.

16         THE LAW CLERK:  Jury entering.

17         (Jury present)

18         THE COURT:  Please be seated.  Members of the jury, we

19    will now hear the government's rebuttal by Assistant United

20    States Attorney Juliana Murray.

21         MS. MURRAY:  Ladies and gentlemen, you've heard this

22    before, and it's true, the government is the only party with

23    the burden in this case.  We have to prove the charges beyond a

24    reasonable doubt.  Now that's the very same burden of proof

25    that is applied in criminal cases every single day in every

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

O7BBGUO2                     Rebuttal - Ms. Murray

1    single courtroom in this country.  We've embraced that burden,

2    and we've met that burden.  But when the defense chooses to

3    make arguments, it's your duty to scrutinize them, to examine

4    whether they line up with the evidence, with the testimony that

5    you've heard during this trial.  And they don't.

6         Now, each fraud scheme that is charged proves Miles

7    Guo's intent as to the next fraud scheme.  And collectively,

8    they prove that Miles Guo is guilty of the conspiracy charges

9    in Counts One through Four.  The questions on Counts One

10   through Four, the conspiracy charges, are merely whether Guo

11   had an agreement with anyone to commit certain crimes; wire

12   fraud, bank fraud, money laundering, securities fraud and

13   racketeering.  That's just whether he agreed to do that.  And

14   of course, he at least agreed to commit those crimes.  You can

15   judge this based on his actions and the actions of his

16   co-conspirators alone.  Now, Counts five through 12, those are

17   the substantive counts they ask you to look at whether Guo

18   committed or aided and abetted the private placement, the farm

19   loan program, G/Clubs and the Himalaya Exchange.  Then whether

20   Guo used or aided and abetted the use of a hundred million

21   dollars worth of fraud money to invest in Hayman.  And you've

22   seen the evidence.  You know that he did all of those things.

23   You know that he is guilty of all of those crimes.

24        Now I'm not going to address all of the arguments that

25   Mr. Kamaraju made, because frankly I don't need to.

O7BBGUO2                          Rebuttal - Ms. Murray

1    Mr. Kamaraju spoke with you a lot yesterday about connecting

2    the dots in this case.  The dots are all of the evidence that

3    you've seen and heard during this trial.  They include the

4    witness testimony, the emails, and loan agreements and bank

5    records and other documents and the dozens of defendant's video

6    broadcasts.  And a lot of the defense argument were

7    distractions, efforts to make you forget about the crushing

8    evidence of Miles Guo's guilt; to make you forget about the

9    dozens of entities that made up Miles Guo's enterprise; to

10   forget about the complicated web of hundreds of bank accounts

11   in the US, and in places like the BVI, the UK, Switzerland, Abu

12   Dhabi and Kyrgyzstan; to forget about the large money

13   transfers, sometimes two or three different bank accounts in a

14   single day that were done to conceal the true source and

15   purpose of Guo's fraud proceeds; to forget about the sham loan

16   agreement, the consulting agreements, and the other documents

17   that were created simply to paper those transactions to make

18   them appear to be legitimate; to forget about the hours and

19   hours of video of Guo broadcasting to his followers promoting

20   himself and his enterprise, telling his followers how he would

21   make them rich; how they could never lose money with him; how

22   he guaranteed it.  Forget about the victims that you heard

23   about. These are people who were followers of Miles Guo.  They

24   watched those videos.  They invested their hard earn money in

25   his investment opportunities.  Why?  Because they trusted him.

O7BBGUO2                          Rebuttal - Ms. Murray

1    They want you to forget how this man, Miles Guo, the man that

2    they believed in robbed them.  They want you to forget the

3    evidence because it proves that Miles Guo is guilty.

4              Now, the defense spent much of its energy during this

5    trial focused on Guo's political activism.  Is Miles Guo a real

6    political activist or not?  I don't know.  I don't care, and

7    neither should you.  Because that's not what this trial is

8    about.  Miles Guo's true stance on the CCP, it's not a question

9    that's being asked of you in this case.  The question is

10   whether he intended to commit fraud, and he did.  In a valiant

11   effort to confuse the issues before you, Mr. Kamaraju then

12   said, there's no evidence that Miles Guo ever took a penny to

13   attempt to undermine the political movement, so the government

14   hasn't met its burden.  He argued that Guo would never

15   intentionally harm the movement.  The movement that he built by

16   stealing money from supporters.  And Mr. Kamaraju said, he

17   can't have had the required criminal intent.

18             Now, it's true, you cannot take the whistleblower

19   movement and the NFSC out of this case about Guo's criminal

20   fraud enterprise.  They have featured prominently in the

21   evidence that you've seen and heard.  And you know now that

22   you've seen all the evidence that that is by design, Guo's

23   design, because that's how Guo's criminal enterprise worked.

24   All of these investment opportunities, they were offered to

25   members of the whistleblower movement and the NFSC, Guo's

O7BBGUO2                        Rebuttal - Ms. Murray

1    followers.  Why?  Because Guo preyed on a community of

2    individuals who shared in the anti-CCP view.  They were, as

3    Mr. Kamaraju himself stated yesterday, Guo's target audience.

4         Did Guo's marketing to this group necessarily exclude

5    a broader set of potential investors?  Of course.  But that

6    wasn't bad business sense.  That was Guo's plan.  He preyed on

7    the pliable followers who believed the messages he espoused in

8    his hours of broadcast.  People who would be willing to

9    volunteer their time, transcribing and translating his videos,

10   at the expense of their personal lives, all while collecting

11   whatever money he could from them because they believed that he

12   would take care of them.  They believed they would get huge

13   returns on their investments, and they believed that if they

14   suffered losses, he would repay them.  They believed that

15   because that's what he told them time and time again.  And when

16   people complained that they were not getting what they were

17   promised, stocks, profits, benefits, cryptocurrency, Miles Guo

18   turned against them.  He branded them CCP spies, and he outed

19   them to the sprawling and fiercely loyal whistleblower

20   movement.  The defense wants you to believe that Guo could

21   never possibly have the criminal intent to take money from his

22   followers by lying.  The defense is correct about one thing,

23   Guo loved the movement.  And at least one of the reasons that

24   he loved it was because it was his personal piggy bank.

25         Now I'm going to walk you through just a few of the

O7BBGUO2                    Rebuttal - Ms. Murray

1    defense distractions that you heard yesterday and today.  You

2    heard some arguments yesterday from Mr. Kamaraju about the GTV

3    private placement.  I'm not going to talk to you about pizza

4    and soda like Mr. Kamaraju did.  I'm going to talk about the

5    evidence.  First, defense counsel argued that Guo did not

6    commit fraud because he did not lie about what the GTV private

7    placement money would be used for.  That's incorrect.  Guo said

8    in the April 20, 2020 launch video that the money would be used

9    for GTV.  He did not say it would be invested in a hedge fund.

10   So that was a lie.  But in any event, Mr. Kamaraju completely

11   ignored what Guo said to the old chairs like Wei Chen who you

12   heard testimony from during this trial.  He told them that

13   there was no risk to GTV.  That the investment money was

14   guaranteed.

15          Defense counsel completely left out that Guo made this

16   very same promise again on June 2, 2020, the day that the

17   private placement closed, and that was recorded.  That's in

18   Government Exhibit Z9 on page 8.  It's up on your screens here,

19   June 2, 2020 in Guo's broadcast.  "In this GTV investment, I

20   had a separate conversation with each investor.  This is a

21   serious and solemn commitment and responsibility of Wengui Guo

22   to you to be responsible for this investment forever.  This is

23   a legally valid commitment, an attitude."  He's acknowledging

24   what he told the old chairs, that there was no risk in the

25   investment.  None.  That he would be responsible.

O7BBGUO2                      Rebuttal - Ms. Murray

1          Was he responsible?  No.  GTV and Saraca lost

2     investors' money, money they still haven't paid back till this

3     day, more than $30 million.  So, yes, Guo lied.  He lied about

4     what the money was for, and he lied that the investment was

5     guaranteed.  He said there was no risk.  Next counsel argued

6     that in any event it was fine for Guo to invest in the Hayman

7     Fund because that hundred million dollars, that was Saraca's

8     money.  It wasn't investor money.  First of all, that's

9     factually inaccurate.  The Saraca investment came from the JP

10    Morgan 5601 account.  That's where the investor money for the

11    GTV private placement was sent.  That's the source of the

12    Hayman investment.  It's not Saraca's money.  It's supporters'

13    money.  It's victim money.  And even Miles Guo acknowledged

14    this.

15         Again, Government Exhibit Z9, page six, Guo boasted

16    about the success of the private placement.  He said they had

17    an initial valuation of $200 million, but instead it exceeded

18    the highest expectation and raised $350 million, 350 million

19    received, which is just for the contracts with GTV.  That means

20    that the entire $350 million that was raised, was raised

21    through the GTV private placement.  It was all for investment

22    into GTV.  There wasn't some special secret overflow of $150

23    million that magically belonged to Saraca and not GTV.  And

24    Saraca wasn't able to use a portion of the GTV money however it

25    wanted because the investors who sent that $350 million, they

O7BBGUO2                          Rebuttal - Ms. Murray

all sent it to get the GTV stocks that Guo promised them.

So next defense counsel says, well, the investment in Hayman was totally fine because Miles Guo thinks that's how to take down the CCP. What? Does that make any sense to you? A one hundred million dollar investment in a Texas hedge fund can destroy a global superpower that has an economy in the trillions of dollars? Does the hedge fund have anything remotely to do with taking down the CCP? Of course not. You heard from Ms. Schottenheimer. It's an extremely high risk bet on what might happen and what never happen with the Hong Kong Dollar Pay. And Guo's statements to Kyle Bass in the 2018 interview, they don't say anything different. Guo did not say and Bass didn't say either, hey, you know, we both hate the CCP, one way to take them down, invest in my hedge fund. They never say that because it's nonsense. And by the way, there's no way, no way that Guo thought investing in the Hayman Fund was a way to take down the CCP. Do you want to know why? Because if he thought it was, he would have bragged about it on his broadcasts. He would have told his fellow freedom fighters, great news, we invested your money in the Hayman Fund. It's a bet that will take down the CCP. That's not what he says at all. Look at what he did say. He covered it up. He told the fighters that nothing bad happened. He didn't mention anything about trying to fight the CCP with the Hayman bet because he wasn't. You know exactly what he was doing with

O7BBGUO2                        Rebuttal - Ms. Murray

that hundred million dollar investment.  He was trying to make

money for himself and his family.

        Third, defense counsel argues that if the Hayman

investment was hidden, they wouldn't have been so brazen about

it.  But they did hide it.  They did the internal transfer from

the 5601 account to the 2038 account.  They did that for the

purpose of concealing that the source of the funds in the

original account was GTV investors.  There's no reason to do

that internal transfer other than to hide the funds.  And

William Je ask Steele Schottenheimer, hey, can we send the

money from a different company?  When she said no you can't.

What did they do?  They opened that second account, the account

that was used for the express purpose of that internal

transfer.  The account that was used to clean the money before

it was sent onto Hayman.

        And Mr. Kamaraju mentioned yesterday the document that

was submitted to Hayman in connection with the investment.  And

he said, well, they disclosed on that document that the source

of the money, the hundred million, was the sale of the shares

of the subsidiary.  What Mr. Kamaraju didn't show you was other

evidence in this case.  This was the original investor profile

that was submitted with the Hayman investment.  There is no

description of source of wealth here.  It's only when they go

back with their new clean bank account that they provide this

explanation, the explanation that you saw on the right here

O7BBGUO2                     Rebuttal - Ms. Murray

selling shares of subsidiary.  And by the way, there's nothing

unusual or strange about William Je being the primary contact

for Hayman.  Mr. Kamaraju mentioned that yesterday.  He said it

wasn't Miles Guo.  It was the moneyman William Je.  That's how

Guo works.  You know that.  He used agents.  He had other

people deal with paperwork for him.  That's to be expected.

And Steele Schottenheimer told you, this is often how it works

with wealthy family offices.

Let's talk about the movement again.  The companies

that Guo used to collect money from his victims, they're just

that, companies, businesses, entities with supposed commercial

purposes, like the G/Club membership company and the Himalaya

cryptocurrency platform.  And when it benefited him, Guo

himself put distance between those entities and the movement.

We talked about this a bit yesterday.  This is June 28, 2020, a

broadcast.  He says, the NFSC, please remember in the future.

It's a quasi-political entity.  That's the entity affiliated

with the movement.  Then he says that G Series, GTV, G Fashion

G/Clubs, G Coin and G Dollar have no substantial connection

with the NFSC.  It's like an NGO.  But the G Series are

completely commercial institutions, including the Himalaya

farms.

In that same broadcast he says, To the brothers in

arms who wanted to donate to the Himalaya Farm, let me say this

once again.  Any Himalaya farm that accepted donations will all

O7BBGUO2                          Rebuttal - Ms. Murray

1    be disqualified.  You can invest, but you cannot donate.  Our

2    whistleblower movement does not tolerate the asking for money.

3    Later he says, This is completely a business operation.  Do not

4    link the G Series under any circumstances, any circumstances,

5    to the NFSC.  That is all bull shit.  Those are Miles Guo's

6    words distancing the political movement from the businesses.

7    And by the way, all of Guo's schemes the six that AUSA Finkel

8    went through yesterday; the Rule of Law, GTV, the farm loan

9    program, G/Club, the Himalaya Exchange and A10, those six

10   schemes, as well as the others that you heard about, H Coin

11   lock up, G Bank, G Dollar, they tell you something, something

12   important about Guo's modus operandi.  This is what he does.

13          He was not paid by any of these businesses, by these

14   companies, and they were businesses.  They were not political

15   organizations.  So if he's not being paid, why is he doing

16   this?  It's for the fraud money.  He doesn't have a job.  He

17   doesn't clock in and clock out somewhere everyday.  He spends

18   his days making broadcast that pitch these business

19   opportunities, all similar opportunities with grand promises of

20   high returns, stock, and the assurance of getting rich quick.

21   He repeats those promises over and over again.  He promises to

22   guaranty the investments, and you know those are all lies.

23          Now yesterday Mr. Kamaraju told you that Miles Guo

24   didn't commit fraud by promising stocks for G/Club because

25   G/Club didn't give stock until some time in the future.  It was

O7BBGUO2                      Rebuttal - Ms. Murray

1    a generalized promise.  So Mr. Kamaraju said investors could

2    not reasonably expected stock in exchange for their G/Club

3    membership payments. You know what Miles Guo said.  You know

4    how he raised money through G/Club.  August 7, 2020, he says,

5    In the past I said, if you buy G/Club, you will have G Fashion

6    stocks.  It's not the first time that he said that.  He

7    repeated that over and over again.  He promised stock in

8    exchange for G/Club membership payment.  And you heard that

9    from the victims who bought G/Club membership.  They expected

10   stock.  That's what they were promised.

11        Now in the same broadcast as he often does, he tries

12   to walk it back.  He says, we shouldn't even be talking about

13   stocks.  It's a problem if we use that word "stock."  And you

14   know why that is, it's on the Do Not Say list.  The list of

15   things that Miles Guo is not supposed to say in his broadcast

16   because they can get him into trouble, because those are the

17   things that he says when he lies to steal people's money.  But

18   he slips up sometimes, and that's exactly what he's done with

19   G/Club.  He told everyone that they could get stock, and that's

20   what they expected.  By the way, despite what the defense wants

21   you to believe and what they mention today a number of times,

22   the G/Club fraud, it's not Mahwah.  It's not the Lamborghini

23   that was in Miles Guo's garage in Connecticut.  The G/Club

24   fraud plain and simple is Guo's repeated promise that members

25   would get stock, stock that never existed.  And he brought in

O7BBGUO2                        Rebuttal - Ms. Murray

1    hundreds of millions of dollars through G/Clubs based on those

2    lies about stock.  That is the G/Club scheme.  That is the

3    crime.

4              So next the farm loan programs.  The farm loans were

5    designed to paper the stock investments after the SEC started

6    investigating GTV.  Mr. Kamaraju pulled up a loan agreement,

7    and he talked you through a couple of the different terms that

8    were on that document.  He said there's a three year period.

9    Those loans haven't matured.  The government was premature in

10   bringing this case.  They can't possibly say that the loan

11   program was a fraud if the money wasn't repaid.  Ladies and

12   gentlemen, you heard from victims.  You heard from Le Zhou.

13   You heard from Jenny Li.  The three year period of that loan

14   agreement, that's another distraction by the defense.  And you

15   know that because before the loan term had elapsed, those

16   victims were sent extensions, extensions they never asked for,

17   extensions they never wanted to agree to.  Those loans were

18   extended against their wishes, and I do want to note one

19   feature of the farm loan program extensions.  Those were

20   extensions entirely at the discretion of the borrower.  Just

21   think about that for a second.  You borrow money.  The person

22   who lent it to you is owed it and interest to a certain point,

23   and you have an agreement that says, actually, I can keep it as

24   long as I want.  You're not entitled to anything.  That's not

25   how a legitimate loan transaction works.

O7BBGUO2                      Rebuttal - Ms. Murray

1            And those contracts, those loan agreements, they don't

2       say stock anywhere on them.  Even though you know from Guo's

3       broadcast from the victims and from the other evidence in this

4       case that that's exactly what the farm loan program promised.

5       Now why don't they say that?  Because Guo and the farms were

6       papering the transactions to hide them from the SEC.  Guo knew

7       that these stock promises were wrong from the start.  The farm

8       loan program was a fraud as soon as Guo lied on his broadcasts

9       about these loans.  That's not a rush to judgment as

10      Mr. Kamaraju mentioned yesterday.  That's an analysis of the

11      facts of the evidence.  Who knows, though, maybe it was a typo

12      just like he said about the Bugatti contract.

13           Now, the defense is tried to underline the

14      government's timeline of events, which outline Guo's motive for

15      setting up his fraudulent enterprise and executing his fraud

16      scheme.  This is yet another distraction from the defense, and

17      you should reject it.  First, motive is not an element the

18      government needs to prove.  You do not have to find any motive

19      to find Guo guilty of any of the charges against him.  But

20      there is motive here.  Guo's motive is money.  He wanted money.

21      Guo is rich.  And you may recall yesterday when the defense

22      argued that Guo's lavish lifestyle was before and after the

23      fraudulent enterprise began.  And Mr. Kamaraju predicted

24      yesterday that I would stand up here today and I would say, of

25      course he was maintaining his lifestyle even after the Hong

O7BBGUO2                         Rebuttal - Ms. Murray

1   Kong seizure.  That's because he was stealing money from

2   investors.  Yes.  That's exactly what I'm saying.  Because

3   that's what the evidence shows.  Guo himself told his followers

4   that he was rich as a way to assure them that he was not

5   misusing their money.  He broadcast from places of wealth, his

6   penthouse apartment, his yacht.  He was surrounded by things

7   that were expensive.  He wanted them to know that they could

8   have the life that he had.

9           Now during his summation Mr. Kamaraju repeatedly

10  implied that the government had harped on Guo's wealth during

11  this trial, had argued that Guo was hurting for money, and he

12  then claimed that the government has failed to prove evidence

13  of Guo's supposed poverty.  Again, another distraction, and one

14  that mischaracterizes the government's position and the

15  evidence.  But, yes, the Hong Kong seizure of Guo's billions of

16  dollars just a month before he launched the Rule of Law

17  organizations where he lied to his followers to get them to

18  donate money, that's a fact in evidence that Guo announced the

19  farm loan program right after the SEC started investigating the

20  GTV private placement.  That's a fact.  That Guo launched the

21  Himalaya Exchange weeks after the SEC reached a $500 million

22  plus settlement with Saraca, GTV and Voice of Guo.  That's a

23  fact.  That Guo filed for bankruptcy just six days after the

24  PAX litigation contempt order was entered.  That's a fact.  And

25  that Guo launched the A15 and A10 investment offering in the

O7BBGUO2                    Rebuttal - Ms. Murray

1   wake of the government's seizure of more than $600 million of

2   the money he had raised through his fraud enterprise, that's a

3   fact.

4           You have all of the evidence.  You can draw your own

5   conclusion, but don't let the defense distract you with

6   arguments about Guo's wealth.  It is not a crime to be rich,

7   but it's certainly not a defense to the fraud crimes that Miles

8   Guo committed.  Your common sense alone tells you that the

9   suggestion that rich people would never defraud anyone for more

10  money, that's ridiculous.

11          So let's talk briefly about the Himalaya Exchange

12  which Mr. Kamaraju brought up today.  He said that the Himalaya

13  Exchange was intended to help people move their money more

14  easily.  Well, that's true.  But one problem, the movement was

15  one way.  It was into the Exchange and rarely out.  It was

16  difficult for anyone to get money out of the Exchange, nearly

17  impossible.  Now, Mr. Kamaraju showed you a couple of summaries

18  of a few redemptions that happened through the Exchange.  He

19  said, look, this proves that the Exchange was working.  Just

20  think about what the Exchange was supposed to be.  Miles Guo

21  promoted it as a cryptocurrency platform.  He said you can use

22  this to buy things.  You can use your H Pay app to buy things.

23  You can freely exchange money with other people.  What have you

24  learned about the Himalaya Exchange during this trial?  It was

25  a glorified excel spreadsheet.  There was no blockchain.  There

O7BBGUO2                         Rebuttal - Ms. Murray

1   was barely an internal ledger.  They maintained numbers of the

2   money that came in on a file, and they could change the price

3   that was displayed on the website on that file, all to make it

4   seem like a legitimate platform to encourage people to send

5   money to it.

6           What else did you learn from the victims who testified

7   in this case?  Some of them who had Himalaya Exchange accounts

8   never had access even to those accounts.  They sent money to

9   the Himalaya Exchange they couldn't even verify was there;

10  money that they were never able to take out; money that Miles

11  Guo held hostage when they wanted to get refunds of their other

12  investments in his schemes, money that Guo stole from them in

13  order for them to get a return on their G/Club funds.

14  Mr. Kamaraju also mentioned today that there's no evidence that

15  Miles Guo has any connection to the Himalaya Exchange.  I'm not

16  going to spend much time on that because that's absurd.  Look

17  at his own statements, Z9, that's the summary of Miles Guo's

18  statement.  You should look at that for all of the schemes.

19  But remember what we said, in Z9 Miles Guo said in a broadcast,

20  Brother Seven designed H Coin.  Brother Seven, Miles Guo.  He

21  himself said that he was responsible for the Himalaya Exchange.

22  And just today as Mr. Kamaraju mentioned, Miles Guo sent Leanne

23  Li to go to the Himalaya Exchange.  He sent her there to audit

24  the books and records to look at the finances of the Exchange.

25  Why would somebody with no connection have an interest in going

O7BBGUO2                        Rebuttal - Ms. Murray

1   and seeing what's going on with the money?  He wanted to know

2   what was happening because it was his Exchange.  He needed

3   somebody to go and find out where his money was.

4           And you heard a lot during this trail about the

5   promises of gold, 20 percent backed by gold, a stablecoin,

6   enough money one-to-one so that there's never any risk of

7   losing your investment.  Now Mr. Kamaraju said this no gold

8   thing is confusing.  It's not confusing.  It's criminal.

9           So what distraction did we have today?  Well, he

10  brought up one bank record with two transfers to a company

11  called Sharps Pixley.  And from that Mr. Kamaraju said Sharps

12  Pixley is a gold company.  They bought gold.  They were trying

13  to set up a system of having gold backed for the Himalaya

14  Exchange.  Ladies and gentlemen, that's the theme you've been

15  hearing consistently throughout this trial for each of the

16  schemes.  They were working on it.  They were trying to put it

17  in place.  They were trying to get G/Club member benefits.

18  They really wanted to get the cryptocurrency up and running.

19  They were working on the blockchain.  They were going to buy

20  gold.  It's simply a distraction.  It's not true, and you know

21  that.

22          Now, briefly the Himalaya Exchange redemption that we

23  looked at that was on the summary chart from the defense

24  summary witness.  First of all to describe those as

25  redemptions, that's the defense's term.  That's what was in the

O7BBGUO2                          Rebuttal - Ms. Murray

1    wire transfer information, but we don't know how that got

2    there.  The white papers don't define redemptions in connection

3    with H Coin or HDO.  Those are simply withdrawals from the

4    accounts.  And, in any event, you know why there were limited

5    withdrawals from those accounts, it's the same reason that

6    there were limited refunds given to G/Club members.  Because

7    eventually when someone complained enough, they decided, let's

8    give some of the money back so that nobody realizes this entire

9    thing is a House of Cards.  Let's just let a little bit slip

10   out so it looks legitimate so we can keep going.

11       Now we talked a bit today about the bank records.

12   Mr. Kamaraju had brought up one of our summary charts yesterday

13   and again today.  He said, look at these, these money

14   movements, this doesn't show anything.  You can't prove that

15   every single dollar that came in through the farms went to this

16   yacht or to this aircraft.  The government does not have to

17   prove at all that Miles Guo used the fraud proceeds.  All we

18   have to prove is that he conspired to get the fraud proceeds,

19   but he did use them.  He used them for luxury car expenses and

20   yacht expenses.  He used them to send $20 million to a Swiss

21   bank account held by his son Mileson Guo.  And you know that

22   Mileson Guo then took that $20 million, and that's some of the

23   money that he funneled back to the family office businesses.

24   Those are the bank accounts that funded Miles Guo's lifestyle.

25   You've seen the evidence.  You've seen the money movements.

O7BBGUO2                    Rebuttal - Ms. Murray

1   This is a blatant attempt to distract you from the extensive

2   web of money laundering.  It's not a coincidence that money

3   went from the farm loan program into William Je's slush fund at

4   the ACA Capital account in Abu Dhabi.  And it's not a

5   coincidence that money then went from ACA Capital back to the

6   Guo family offices.

7        Now today Mr. Kamaraju brought up the defense summary

8   chart.  This is a summary chart that related to the GTV

9   investment, and he said the government has all of these scary

10  summary charts of all the money.  They're just inundating you

11  with all of these charts showing money bouncing around from

12  place to place.  He said that half a dozen times.  Do you know

13  why those charts scare Miles Guo?  Because they entirely unmask

14  his sophisticated criminal enterprise.

15       Let's focus on the GTV summary chart that Mr. Kamaraju

16  showed you.  He said to you that Ms. Espinoza's testimony was

17  that Mr. Schirick hand drawn chart was fair and accurate,

18  fairly and accurately showed the transaction into the Hayman

19  Fund.  That is not correct.  That is not what Ms. Espinoza

20  testified to.  She said that it omitted transactions.  It did

21  not accurately describe money movements.  And you know exactly

22  what it omitted.  It omitted the internal transfer, the

23  cleansing transfer, the clear evidence of money laundering.

24       (Continued on next page)

25

O7BVGUO3                     Rebuttal - Ms. Murray

1            MS. MURRAY:  As I mentioned, the G/CLUBS fraud, that

2    fraud is the offer of stock in exchange for money; it's the lie

3    the people who send money to G/CLUBS will get stock.  That's

4    the G/CLUBS fraud.

5            But we spent so much time on it, let's talk about the

6    Mahwah residence, the $24.5 million Darlington estate that Guo

7    bought with G/CLUBS money and then renovated for himself and

8    his family.

9            The defense cannot deny that the Mahwah residence was

10   bought with G/CLUBS money.  You saw the flow of funds, tracing

11   the money from Crane to Aaron Mitchell's law firm escrow

12   account to the payments for the mansion.

13           So because they can't deny the source of the money

14   that was used to buy Mahwah, they made various conflicting

15   claims about the intended purpose of Mahwah.  They claim it

16   wasn't another Guo family home; he already has a $70 million

17   penthouse and an estate in Greenwich.  Why would he need a

18   third house?  And in New Jersey?  No.  They say it was a base

19   for the NFSC.  Or wait, was it a clubhouse for G/CLUBS?  Today,

20   it was an investment for Hamilton.  It's really hard to know

21   which story they want you to believe.

22           But what you do know is they don't want you to believe

23   the truth.  It was Guo's home.  He and his wife toured it with

24   Christine Frosini.  He bought it, setting up Scott Barnett, his

25   head of security, as the unwitting owner on paper, the manager

O7BVGUO3                    Rebuttal - Ms. Murray

1    of the tourist fund entity that legally purchased it.  Then

2    Guo's lawyer, Aaron Mitchell, hired Amy Buck to manage payments

3    of the more than $14 million in renovations and furnishings,

4    all paid for with more G CLUB fraud proceeds, all hand-selected

5    by Miles Guo.

6          Just remember the evidence that you saw, including the

7    videos of Miles Guo from his own phone, where he personally

8    directed the renovations to the mansion.  He was circling the

9    floor plans for his wing, his wife's wing, his daughter's wing,

10   and his son's wing.  He was explaining in detail how closets

11   should be combined, how rooms should be arranged.

12         And you didn't just see and hear the defendant

13   directing these changes, you also saw bill after bill, document

14   after document, referencing Mei's bedroom — that's Mei Guo, his

15   daughter.  Referencing the madam's closet — that's his wife.

16         Scott Barnett told you the mansion was a mess during

17   the extensive renovations.  But he also said — and this is

18   directly contradicting what the defense wanted you to believe

19   today, he said that Miles Guo still went there a few times a

20   week.  He said Miles Guo would sleep in his bedroom, in his

21   wing, of his mansion for up to four-to-five-night stretches in

22   a row.  And remember what AUSA Finkel showed you yesterday.

23   His personal things were at the mansion.  His medicine, his

24   identification cards.  This was one of his homes.

25         The defense also said, Well, it's not a big deal that

O7BVGUO3                    Rebuttal - Ms. Murray

Ms. Reyes, the CEO of G/CLUBS, didn't know about Mahwah.  There was a reason for that.  That wasn't her role.  That was Hamilton's investment.

        You heard from Ms. Reyes that she was aware of the other assets that were purchased with G/CLUBS money.  Now, those, like Mahwah, were not actually for G/CLUBS members.  They were for Miles Guo.  But this, the Mahwah mansion, the $40 million collective investment of G/CLUBS member funds that Miles Guo stole for his own purpose, she was never read into that one.

        Even setting all of those points aside, even if Guo had bought Mahwah as a G CLUB clubhouse, he never disclosed that G CLUB investor money would be used to buy it.  He said that individuals who paid for G/CLUBS memberships would get stock, stock in GTV or in G Fashion or in G CLUB.  He did not say they would get partial ownership in a mansion or use of a clubhouse.  His lies about Mahwah are a crime.

        Mr. Kamaraju also pointed you to certain disclaimers for the various businesses that Miles Guo promoted investments in.  He said that the victims should have considered the full mix of information behind these investments.  They should have read the fine print.  That's an improper argument and it provides no defense to Guo, to Miles Guo, for what he did.

        I want you to remember Judge Torres's instruction on this point.  The instruction was:  In determining whether a

O7BVGUO3                        Rebuttal - Ms. Murray

scheme to defraud existed, it is irrelevant whether a victim
might have discovered the fraud if he, she, or it had looked
more closely or probed more extensively.  A victim's negligence
or gullibility in failing to discover a fraudulent scheme is
not a defense to wire fraud.  Yet another distraction that you
can set aside.

          The defense consistently has claimed — as they did
today — that all of these investments were intended to further
the movement; to further the political agenda.

          Let's talk about the protests for a second.

          Think about who was protested; think about where the
protests took place.  They didn't take place at the Chinese
Embassy.  These aren't protests that are targeting the
communist party.  No.  The protests took place at the SEC, they
took place at the bankruptcy trustee's home, his office, and
the homes and workplaces of his family.  They were directed at
people who were trying to take Miles Guo's money.  These are
not activities of a political movement.  These are activities
directed by a fraudster who wants to keep his money for
himself.

          And how does this political agenda point that the
defense is putting forth to you, how does that explain Crane?
Crane was simply a way to bring in G/CLUBS and farms money and
to move it offshore.  It had nothing to do with politics or
political activism.

1          But as with so many different things in this case, Guo
2     wants it both ways now.  When it's helpful to Miles Guo to
3     claim that the NFSC and the whistleblower movement are entirely
4     separate from the G Series, that's what he does.  When it's
5     helpful for him to collapse them, as he's argued here, that's
6     what he does.  He's an opportunist.  He's a fraudster.

7          And what about Haitham Khaled's recordings?  The
8     defense barely mentioned them, either with Mr. Khaled or in the
9     nearly four hours of summation that you heard yesterday and
10    today.  But you listened to those.  Mr. Khaled explained them
11    to you.  Are those recordings of the defendant talking about
12    his political activities?  No.  In those recordings, he is
13    demanding the movement of investor money.  He is controlling
14    his criminal fraud enterprise.

15         And Mr. Kamaraju, as I mentioned, briefly acknowledged
16    the recordings today because he had to.  It would be far too
17    obvious if he didn't mention them at all.

18         But what did he say?  He said, The recordings are
19    actually a defense for Miles Guo.  They show he didn't control
20    G/CLUBS because he told people to do something and it didn't
21    happen immediately.  That's proof that Miles Guo is somehow
22    innocent.

23         You know that that's not true.

24         But even taking a step back, ask yourself one
25    fundamental question:  If he didn't control G/CLUBS, why was he

1    on so many calls about G/CLUBS money?  If he's just a

2    spokesperson, what is his role in talking about the tens of

3    millions, the hundreds of millions of dollars of G CLUB funds

4    that are locked up at Crane?  It does not make sense.

5           There is one reason — and one reason alone — that he

6    was on those calls:  Because he is in control.  And the

7    argument that the transfer is not happening immediately is

8    proof somehow that Guo didn't control G/CLUBS, you know that's

9    inaccurate too.  Because the transfers did happen.  It took a

10   couple of days.  They had to get around some legal red tape.

11          But what Miles Guo wanted, Miles Guo got.

12          Let's briefly listen to a couple of those recordings.

13          This is 417.  We went over this yesterday with AUSA

14   Finkel.  But, again, bring to this the context that you have

15   from all of the evidence in this case.

16          April 28th, 2021.  It's a meeting among Guo, Yvette

17   Wang, William Je, Haitham Khaled, and Alex H., the G/CLUBS's

18   financial controller.  The defendant, Miles Guo, is instructing

19   Yvette and William to order Haoran He, the UBO of G/CLUBS, to

20   send $100 million worth of G/CLUBS money and farm loan money

21   abroad.  You heard him in this call demand that the money be

22   moved quickly.

23          And when he got pushback, when Yvette and William said

24   to him, We have to paper this.  What would a normal company do?

25   We need to do what a normal company would do so the transfer

goes through.  You heard how Miles Guo, the boss of this

criminal fraud enterprise, responded.  Regardless of whose name

was on bank accounts or corporate documents, you know that

Miles go controlled G/CLUBS, and he controlled the money.

(Audio played)

MS. MURRAY:  That doesn't sound like a spokesperson to

me.  That's the boss of a criminal enterprise.  And he's still

at it a week later; they are still trying to figure out the

transactions; they are still trying to figure out what

agreements they need to paper these transfers.

On May 6, 2021, Khaled recorded more calls with Miles

Guo, where Guo again directed Khaled to send the G/CLUBS and

the farm loan money that was in Crane's account to William Je's

foundation, to Hamilton Capital.

In one of those calls, Guo told Khaled he must send

the money wherever he's ordered to.  And when Khaled explained

that the transfers are not covered by Crane's escrow agreement

with G/CLUBS, Guo demanded — demanded — to get G/CLUBS' lawyer

on the phone.  And he called bullshit.

(Audio played)

MS. MURRAY:  Pause that.

Says no -- this is Guo.  No, no, you need -- you know,

if they said the investor money.  He essentially says they give

the order, you send the money to go anywhere.  You must send it

anywhere.

1          You can see Khaled says to him:  Correct, but I can

2     only send it.  I only have an escrow agreement with one

3     company.

4          And Guo says:  No, if they want you to send it to a

5     third party, you have to send it to a third party.  The

6     foundation, William Je's company.  Guo says:  They make the

7     order to give you, you have to send it anywhere.  You must send

8     it anywhere.

9          And again, Khaled asks him, Which foundation?  I'm

10    confused.

11         Guo confirms, William's foundation, the fund.

12         And when Khaled says, No, I only have an escrow

13    agreement with G CLUB; I can only send the money to G CLUB,

14    William jumps in.  He says, Well, you take instructions from G

15    CLUB right?  You have an escrow agreement.

16         And then Guo.  Guo says:  What?

17         Khaled explains.  The lawyer, the lawyer said I can't

18    do it.

19         Guo says:  Which lawyer said that?  Who?

20         And when Khaled explains that it's Ana Izquierdo, the

21    in-house G/CLUBS lawyer, Guo demands that they call Ana.  He

22    says:  Call Ana now.

23         See if we can play this one.

24         (Audio played)

25         MS. MURRAY:  The phone rings.  Ana doesn't answer.

And Guo yells at Gladys Chow.  You've heard about Gladys Chow;

she was one of his assistants.  It's translated here because

it's Mandarin on the recording.

He says:  Find lawyer Ana's phone number for me.

Again, not a spokesperson.  This is the boss.

And then he calls bullshit.

(Audio played)

MS. MURRAY:  By the way, when you go back and

deliberate, take a look at the transcripts for these calls and

meetings, the Khaled recordings.  It's the 400 series.  You

will notice that there is no discussion of political activism,

there's no discussion of G/CLUBS member benefits.  These are

calls about money, about hundreds of millions of dollars of

money, about moving it offshore, about getting it into

different bank accounts.  They are not about the members, they

are not about the whistleblower movement.  They are about the

only thing that Miles Guo cares about:  Money.

And you should also take a look at how Guo refers to

the money in those calls.  Not as membership fees, not as money

from fellow freedom fighters or comrades in arms.  No.  As

investor money.

And keep in mind, these are calls that Miles Guo never

thought anyone would hear.  These aren't his broadcasts.  He's

not wearing a Brioni suit.  He's not drinking tea in his

Sherry-Netherland penthouse.  He's not riding around on his

O7BVGUO3                    Rebuttal - Ms. Murray

1   yacht talking about get rich quick, believe in me, I'll

2   personally guarantee everything for you.  These are the true

3   Miles Guo.  The boss of a criminal fraud enterprise.

4          One other point that Mr. Kamaraju raised today was

5   about the government's witnesses, in particular, the insider

6   witnesses; the people who were intimately involved with the

7   businesses that Miles Guo used to raise money:  Haitham Khaled,

8   Limarie Reyes, Jesse Brown, Ya Li.  These insiders were pawns.

9   They were used by Miles Guo.  And like his victims, they

10  believed him.  They believed in him.

11         When he told them to do something, they thought they

12  were doing it in furtherance of legitimate businesses.  They

13  thought they were doing it for valid purposes.  And those

14  insiders, like the victims, they got nothing.  Miles Guo got

15  everything.  He fooled many of his employees.  He fooled many

16  of his victims.  Don't let him fool you.

17         Ladies and gentlemen, the defense wants you to ignore

18  the evidence in this case.  They want you to brush aside the

19  defendant's broadcasts and statements where he promotes all of

20  the schemes of his criminal enterprise; where he promotes GTV,

21  the Himalaya Farm Alliance, the Farm Loans Program, G/CLUBS,

22  the Himalaya Exchange.

23         They want you to ignore these simple facts which the

24  government has proven beyond a reasonable doubt.  The defendant

25  lied to people.  He offered them stock and other things in

O7BVGUO3                    Rebuttal - Ms. Murray

1    return for their investments, and he assured them that both

2    their investments would make them money and also that he would

3    personally guarantee them against any losses.

4            They want you to ignore that the defendant continued

5    to personally guarantee them against losses, even after he

6    filed for bankruptcy in February of 2022.

7            They want you to ignore the victims you saw and heard

8    during this trial, victims who, one after another, said they

9    had followed Miles Guo; they believed everything he said.  But

10   eventually, they woke up.  Eventually, they realized, when they

11   had trouble getting their money back or when he blacklisted

12   them and called them CCP spies, they realized that he had lied

13   to them.

14           What Mr. Kamaraju is asking you to do is to pick out

15   one dot at a time, a single piece of evidence from each scene

16   in the picture of this trial.  Some from Rule of Law, a few

17   from GTV, a couple more from the farm loans and G/CLUBS and the

18   Himalaya Exchange.  He's telling you to focus on each dot in

19   isolation.  And then he says that's not a picture at all.  But

20   you can't see the picture from inside the frame.

21           So what the government is asking you to do is not to

22   trust us, but to trust yourselves; to consider all of the

23   evidence that you have seen and heard during this trial; to

24   evaluate all of the dots together.  And when you do that, you

25   can see the picture clearly.  It's a picture of the criminal

O7BVGUO3

1    fraud enterprise that Miles Guo built, that he controlled, that

2    he used to tell lies and steal more than a billion dollars from

3    his victims.

4         And when that picture is complete, there is one

5    unmistakable conclusion:  On all of the charges against Miles

6    Guo, he is guilty.

7         THE COURT:  Members of the jury, I will now provide

8    you with my final instructions before you deliberate.

9         Please turn to page 68.  Please turn to page 68, 43,

10   "Jury's Duty To Deliberate."

11        Before you retire to deliberate, there are a few more

12   areas I need to instruct you on.

13        Your job is to decide whether the evidence establishes

14   the guilt of the defendant with respect to the crimes charged

15   in the indictment beyond a reasonable doubt.

16        Deliberations must take place in the jury room with

17   all jurors present.  If any juror leaves the room, say for a

18   bathroom break, all deliberations must stop and may resume only

19   when every juror is present.

20        In order to return a verdict, each juror must agree to

21   such verdict.  You have the duty, as jurors, to consult with

22   one another and to deliberate with a view towards reaching an

23   agreement, if it can be done without giving up individual

24   judgment.

25        As jurors, each one of you must decide the case for

O7BVGUO3

yourself, but only after an impartial consideration of the
evidence with your fellow jurors.

No juror should give up any honestly held conviction
as to the weight or effect of the evidence solely because of
the opinion of your fellow jurors or for the mere purpose of
returning a verdict.

During the course of your deliberations, you as
individuals should not hesitate to reexamine your own views and
change your opinion if convinced it is erroneous.

For those of you who took notes during the trial,
remember that any notes that you took are to be used only to
refresh your own memory during deliberations.  They may not be
used as authority to persuade your fellow jurors as to what a
witness did or did not say.  Your notes are not superior to
your or your fellow jurors' independent recollection.  Those of
you who did not take notes should not be influenced by the fact
that another juror has taken notes; rather, you should rely on
your own independent recollection of the evidence.

If there is a question as to what the testimony was or
what my instructions to you were, you should ask to have that
portion of the testimony or the instructions read back to you.
Your notes and the notes of your fellow jurors are not a
substitute for the official record or for the governing
principles of law that I set forth.  The Court's transcript
prevails over a juror's notes.

O7BVGUO3

1          You will have in the jury room a laptop with the

2    exhibits introduced into evidence, should you wish to consult

3    them.  This laptop can connect to the large monitor in the jury

4    room.

5          If, during the course of your deliberations, your

6    recollection of any part of the testimony should fail or if you

7    should find yourself in doubt concerning my instructions to you

8    on the law, you have the option to return to the courtroom for

9    the purpose of having such testimony or instructions read back

10   to you.  If you want any further explanation of the law as I

11   explained it to you, you may also request that from the Court.

12   If there is any doubt or question about the meaning of any part

13   of this charge, you should send me a note asking for

14   clarification or for a further explanation.

15         Your requests for exhibits or testimony — in fact, any

16   communications with the Court — should be made to me in

17   writing, signed by your foreperson, and given to one of the

18   court security officers.

19         Your foreperson, Juror No. 1, should write out your

20   request and give it to the court security officer, who will

21   deliver the note to me.  Please write the note on one of the

22   jury note sheets of paper and place it in an envelope for the

23   court security officer.

24         As soon as the attorneys, the defendant, and court

25   staff are assembled in the courtroom, you will be called back

O7BVGUO3

1    to the courtroom and I will promptly respond to your request.

2              During any readback of testimony, keep in mind how the

3    witness's demeanor appeared to you as you observed the witness

4    testify.

5              In any event, do not tell me or anyone else how the

6    jury stands on the issue of whether or not the defendant is

7    guilty until after a unanimous verdict is reached.

8              In order to reach a verdict, all 12 members of the

9    jury must agree.  Whenever all your members are in agreement on

10   a verdict, you must report your verdict to the Court.  When you

11   have reached a verdict, simply tell the court security officer

12   you have reached a verdict, but not what the verdict is.  And

13   you will be promptly called back into the courtroom to announce

14   your verdict.

15             We have prepared a verdict form for you to use in

16   recording your decisions.  After you have reached a verdict,

17   the foreperson should fill in the verdict sheet, sign and date

18   it, then give a separate note to the court security officer

19   outside your door, stating that you have reached a verdict.  Do

20   not specify what the verdict is in your note, and do not

21   include the verdict sheet with the note.  Instead, the

22   foreperson should retain the verdict sheet and hand it to me in

23   open court when you are called in.

24             Because the trial jury is about to retire to

25   deliberate, I now charge and I emphasize that there must be no

O7BVGUO3

1    further communication or contact between the trial jury and the

2    alternate jurors.  The alternates are not to discuss this case

3    with anyone, including yourselves; nor are you to read, watch,

4    or listen to anything from any source concerning anything

5    touching on the subject matter of the case; nor are you to

6    permit anyone to discuss the case with you or in your presence;

7    nor are you to form any opinion as to the factual issues in

8    this case; nor are you to form or express any opinion as to the

9    guilt or innocence of the defendant, unless and until such time

10   as you may be requested to participate in the trial jury's

11   deliberations.

12          The alternates may leave the courthouse.  However, you

13   still may be called upon to replace a juror.  So you must

14   remain reachable by telephone, text, and email, and you must be

15   able to return to the courthouse within one hour of being

16   contacted by my staff.

17          During your deliberations, lunch will be provided.

18   You should not leave the jury room during deliberations unless

19   you are instructed to do so.

20          Are there any smokers on this jury?

21          If you are a smoker, as I will not be in the jury room

22   with you, should you desire a smoking break, you must make the

23   request to your jury foreperson.  Should the foreperson declare

24   a break, the court security officer must be notified.

25          During this break, all deliberations must cease.

O7BVGUO3

1          As smoking is not permitted inside the building, the

2     smokers will be escorted by the court security officer outside

3     the building to smoke.  During this recess, the smokers outside

4     the building cannot discuss this case, and the nonsmokers in

5     the jury deliberation room cannot discuss this case.  You may

6     not resume your deliberations until all of you are back in the

7     jury room.  Do you all understand?

8          Counsel, do you wish to approach?

9          MS. MURRAY:  There's nothing from the government, your

10    Honor.

11         MR. KAMARAJU:  Nothing from defense, your Honor.

12         THE COURT:  Now, I'm about to submit this case to you

13    for your final determination.  As I previously stated, the law

14    and your oath require that you render a fair and impartial

15    verdict without fear, favor, or sympathy.

16         Now, take this case and, in the fulfillment of your

17    oath and in accordance with the instructions of the Court,

18    render a true and impartial verdict.

19         Please escort the jurors out.

20         Oh, one moment.

21         I want to swear the court security officer.

22         (Marshal sworn)

23         THE COURT:  All righty.  The jurors may be escorted

24    into the jury room.

25         (At 12:04 p.m., the jury retired to deliberate)

O7BVGUO3

1          THE COURT:  Please be seated.

2          Given that there was no request to approach, may I

3   assume that there are no exceptions to the charge?

4          MR. KAMARAJU:  Nothing from the defense, your Honor.

5          THE COURT:  I didn't hear you.

6          MR. KAMARAJU:  Sorry.

7          Nothing from the defense, your Honor.

8          MS. MURRAY:  Nothing from the government.

9          THE COURT:  So have you prepared the laptop with the

10  evidence?

11         MR. FINKEL:  Yes, your Honor.  It's prepared.  We

12  could give it to your law clerk.

13         THE COURT:  All right.

14         MR. FINKEL:  Just for the record, defense counsel has

15  had an opportunity to review it; and I understand that defense

16  counsel has consented to what's on the laptop, as have we.

17         THE COURT:  That is accurate?

18         MR. KAMARAJU:  Yes.

19         THE COURT:  You don't have to remain in the courtroom;

20  just make sure that my clerks have your contact information,

21  which I think they already have.

22         Is there anything further?

23         MR. KAMARAJU:  Not from the defense, your Honor.

24         MS. MURRAY:  Not from the government.

25         THE COURT:  All righty.  We will be in touch.

O7BVGUO3

```
1            (Recess pending verdict)
2            THE COURT:  Please be seated.
3            It's 4:59.  I have not heard anything from the jury, I
4    don't have any notes.
5            Is there anything before I dismiss them for the day?
6            MS. SHROFF:  Not from the defense, your Honor.
7            MS. MURRAY:  Not from the government.  Thank you.
8            THE COURT:  All right.
9            If you'll have them brought in, please.
10           (Jury present)
11           THE COURT:  I understand that the foreperson has a
12   note for me?
13           FOREPERSON:  Yeah, we're just requesting some
14   documents.
15           THE COURT:  If you'll please hand that up.
16           And please be seated.
17           So this is jury note number one.
18           It states:  We, the jury, request physical copies of
19   transcripts, restatement of limiting instruction.  It's signed
20   by the foreperson and it bears today's date.
21           I'm going to make this Court Exhibit No. 1.
22           So we will discuss your note and address it tomorrow
23   morning.
24           So your work for today has finished.  You'll come back
25   tomorrow morning and you'll start at least by 9:30; but, of
```

O7BVGUO3

1    course, if you are all gathered together before 9:30, you can

2    start at that time.

3            So the old rule applies:  You're not allowed to

4    discuss the case amongst yourselves, don't permit anyone to

5    discuss the case in your presence, don't read, watch or listen

6    to anything from any source that touches upon the subject

7    matter of this trial.

8            Once everyone is all gathered together tomorrow, you

9    can recommence your deliberations.  Have a good evening.

10           (Jury not present)

11           THE COURT:  Please be seated.

12           So with respect to the first request, physical copies

13   of transcripts, I would like to ask if there are particular

14   witnesses and whether or not they're looking for the direct, or

15   the direct and the cross, or just the cross.

16           MR. FINKEL:  It's also possible, your Honor, by

17   "transcripts" they mean transcripts of some of the recordings

18   or the videos that are in evidence.

19           THE COURT:  Oh, that's true.  I didn't think of that.

20   Okay.  So, yes, maybe it is merely -- but don't they have

21   those?

22           MR. FINKEL:  They have them electronically; they might

23   want them physically to read, a hard copy.

24           THE COURT:  Okay.  So then if you would prepare those

25   hard copies, and I think it would be handy to prepare 12 of

O7BVGUO3

1  each.

2          MR. FINKEL:  We could do that.

3          THE COURT:  Is it too voluminous to do that?

4          MR. FINKEL:  We could do that.  One of them is 200

5  pages long.

6          THE COURT:  Oh, that's very voluminous.

7          MR. FINKEL:  We'll prepare -- if it's okay with the

8  Court, we'll prepare several copies.  We'll figure it out.

9  We'll give the defense an opportunity to review them,

10  obviously, in the morning, if that's okay with your Honor.

11          THE COURT:  Yes.

12          I don't mean that you should stay up all night

13  Xeroxing.

14          MR. FINKEL:  We're used to it at this point.  Why

15  should tonight be different from any other night?

16          THE COURT:  So then they ask for a restatement of

17  limiting instruction.  I don't know what they mean.  I'm

18  certainly hoping it's not a restatement of the jury charge.

19          But does anybody have any ideas?

20          MR. KAMARAJU:  I think it might make sense to ask them

21  in the morning whether they are talking about -- like your

22  Honor -- it could be what Mr. Finkel said, it could be

23  particular witnesses.

24          Because the way I hear it is limiting instruction.

25  And there have been a few over the course of the trial with

O7BVGUO3

1   respect to hearsay or something like that.  So I think it might

2   make sense to ask them to clarify because -- I mean, I've never

3   had a trial where we sent the entirety of the transcript back

4   to them.  That would seem odd.

5          So I think it might make sense to ask them in the

6   morning what they are talking about, and then assess whether

7   they just want you to read or reissue a limiting instruction

8   with respect to a particular witness's testimony or a

9   particular item of evidence that's come in.

10          THE COURT:  So what I'd like the parties to do is to

11   identify the limiting instructions so that we have those handy

12   for tomorrow morning.

13          Is there anything else?

14          MS. SHROFF:  Your Honor, I apologize.

15          But it's unclear from the note if they mean

16   transcripts of the trial or transcripts of the videos or

17   transcripts of the recordings.  Perhaps it would be prudent of

18   us to ask the jury to simply say, Could you please be more

19   specific about which transcripts the Court should send back to

20   you.  Because it could be we just send them the wrong

21   transcript or we guess wrong.  I think that that might open up

22   a Pandora's Box down the road.

23          THE COURT:  Oh, I'm not suggesting that we simply hand

24   them the transcript -- the translations, essentially.  I'm not

25   suggesting that we just give it over to them.  I would ask them

O7BVGUO3

1   tomorrow morning.  I just think that we should be prepared to

2   do so.

3        Now, with respect to the transcript of the testimony,

4   that is not something that I think we should guess at this

5   point.  Hopefully, it is merely the translation.

6        MR. KAMARAJU:  That makes sense to me, your Honor.

7        And in terms of identifying the limiting instructions,

8   I guess we can identify the places in the transcripts where the

9   Court has given limiting instructions.  And then based on what

10  the jury responds for the inquiry, we can decide which limiting

11  instructions need to be restated or said to them again or just

12  provided with the transcript, if they are asking for them.

13       MR. FINKEL:  For the record, the government agrees

14  with defense counsel in that we should clarify with the jury

15  precisely which transcripts or translations they want, and also

16  what they mean by "limiting instruction."  I think we're all on

17  the same page.

18       THE COURT:  I've never received a request for a

19  limiting instruction.

20       MR. FINKEL:  As you noted, this is an unprecedented

21  trial.

22       MR. KAMARAJU:  Well, and I think, your Honor, I've

23  never had that either.  That's pretty confusing, especially

24  because there are different limiting instructions that apply to

25  different testimony and exhibits, right.  So I don't think --

O7BVGUO3

1   for all the same reasons, I don't think we can guess at which

2   limiting instruction it is that they want to be restated.  So

3   we can identify the ones that exist and then figure it out once

4   they clarify for us.

5            THE COURT:  It's possible that they read the section

6   about limiting instructions and may not know what we were

7   referring to.

8            MR. KAMARAJU:  That's true also.

9            THE COURT:  I certainly hope it's not the whole

10  charge.

11           MR. FINKEL:  Your Honor, just one question:  Is it

12  separate -- we haven't seen the note.  Is the note separated

13  where it says this is request one, transcript; and request two

14  is the limiting instruction, or are they together?

15           THE COURT:  So on the first line it says:  We, the

16  jury, request physical copies of transcripts, period.

17           On the second line it says:  Restatement of limiting

18  instruction.

19           I will provide a copy of this to you, but they

20  distinguish between the two things.

21           MR. FINKEL:  Okay.

22           MR. KAMARAJU:  Even if they do mean, your Honor, the

23  entire charge, I think probably it would make sense even then

24  to ask them if they can be more specific as to what they want.

25           THE COURT:  I assure you I will do that.

O7BVGUO3

1          MR. KAMARAJU:  I assumed as much.

2          MR. FINKEL:  Sorry, your Honor, every judge has a

3    different practice.  Do they have a copy of the charge?

4          THE COURT:  Oh, yes.

5          MR. FINKEL:  Okay.  So that's helpful to understand as

6    we consider what they need.  Okay.

7          THE COURT:  I heard that in Judge Hellerstein's trial

8    there was a request for a summary, a one-page summary of the

9    RICO charge.  So that's something perhaps to think about.

10         MR. FINKEL:  Did Judge Hellerstein provide that?

11         THE COURT:  Apparently.

12         MR. FINKEL:  Okay.

13         THE COURT:  And I will be taking a look at it.

14         MR. FINKEL:  We will too.

15         THE COURT:  Okay.  So you do not have to return to the

16   courtroom until 9:30.  I don't expect that they're going to be

17   gathered together.

18         Oh, wait a minute.  Now I'm being told that they are

19   usually all here by 9 a.m.  So then you should be prepared to

20   get started at 9 a.m., which would be better for all of us.

21         MR. KAMARAJU:  Is it your Honor's intention to send a

22   note back to them asking for clarification or to bring them out

23   and ask --

24         THE COURT:  Going to bring them out and ask.

25         MR. KAMARAJU:  Okay.

O7BVGUO3

1          THE COURT:  Now, their answer, however, I'm going to

2     send them back to write down their answer; I'm not going to

3     take their answer in open court.

4          MR. KAMARAJU:  Right.  No, the answer would come via

5     note.

6          THE COURT:  Yes.

7          MR. KAMARAJU:  Okay.  That makes sense, your Honor.

8     Thank you.

9          THE COURT:  All righty.  Thank you and good evening.

10         My brilliant law clerks suggested that perhaps they

11    might be referring to the transcripts that they had in the jury

12    box when they were listening to testimony, so something to

13    think about.

14         MR. FINKEL:  Your Honor, if I may, does your staff

15    still have those?  Okay.  So with respect to the binders, we

16    wouldn't have to prepare new ones.  Okay.  Thank you.

17         Thank you for keeping those.

18         THE COURT:  All righty.  Have a good evening.

19         MR. FINKEL:  Thank you, your Honor.

20         MR. KAMARAJU:  Thank you.

21         (Adjourned to July 12, 2024, at 9 o'clock a.m.)

22

23

24

25