O7GBGUOF

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x
    UNITED STATES OF AMERICA,
3
                v.                          23 Cr. 118 (AT)
4
    MILES GUO,
5
                Defendant.              Trial
6   ------------------------------x
                                        New York, N.Y.
7                                       July 16, 2024
                                        3:17 a.m.
8
    Before:
9

10                      HON. ANALISA TORRES,

11                                      District Judge
                                         -and a Jury-
12
                            APPEARANCES
13
    DAMIAN WILLIAMS
14       United States Attorney for the
         Southern District of New York
15  BY:  MICAH F. FERGENSON
         RYAN B. FINKEL
16       JUSTIN HORTON
         JULIANA N. MURRAY
17       Assistant United States Attorneys

18  SABRINA P. SHROFF
         Attorney for Defendant
19
    PRYOR CASHMAN LLP
20       Attorneys for Defendant
    BY:  SIDHARDHA KAMARAJU
21       MATTHEW BARKAN
         JOHN KILGARD
22

23  ALSTON & BIRD LLP
         Attorneys for Defendant
24  BY:  E. SCOTT SCHIRICK

25

                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

O7GBGUOF

1   Also Present:
    Isabella Loftus, Paralegal Specialist, USAO
2   Michael Gartland, Paralegal Specialist, USAO
    Robert Stout, Special Agent, FBI
3   Jorge Salazar, Defense Paralegal
    Tuo Huang, Interpreter (Mandarin)
4   Shi Feng, Interpreter (Mandarin)
    Barbara Robertson, Interpreter (Mandarin)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

O7GBGUOF

1              (Trial resumed; jury not present; 3:17 p.m.)

2              THE COURT:  Good afternoon.  Please make your

3    appearances.

4              MS. MURRAY:  Good afternoon, your Honor.  Juliana

5    Murray, Ryan Finkel, and Justin Horton on behalf of the United

6    States, joined by our Paralegal Specialist Isabel Loftus,

7    Special Agent Robert Stout, FBI, and Michael Gartland Paralegal

8    Specialist of our office.

9              MR. KAMARAJU:  Good afternoon, your Honor. Sidhardha

10   Kamaraju, Sabrina Shroff, Scott Schirick and Matthew Barkan on

11   behalf of Mr. Guo, and Mr. Guo is with us at counsel's table.

12             THE COURT:  Please be seated.  I received a note from

13   the jury at 2:52 p.m.  It's signed by the foreperson, dated

14   today's date.  I'm making it Court Exhibit Number 8.  It

15   states:  We, the jury, we have a verdict.  Would you have the

16   jurors brought out, please.

17             THE LAW CLERK:  Jury entering.

18             (Jury present)

19             THE COURT:  Please be seated.  Members of the jury,

20   good afternoon.  I have a note from you from 2:52 p.m. It's

21   Court Exhibit Number 8.  It says, We, the jury, we have a

22   verdict.  Juror number one, do you have the verdict sheet?

23             JUROR:  I do.

24             THE COURT:  With respect to Count One, Racketeering

25   conspiracy, the jury found the defendant guilty.

O7GBGUOF

1          With respect to Count Two, Conspiracy to commit wire

2    fraud or bank fraud, the jury's verdict is guilty.

3          Count Three, Conspiracy to commit money laundering,

4    the jury's verdict is guilty.

5          Count Four, Conspiracy to commit securities fraud,

6    verdict is guilty.

7          Count Five, Wire fraud GTV private placement, the

8    jury's verdict is not guilty.

9          Count Six, Securities fraud GTV private placement, the

10   jury's verdict is not guilty.

11         Count Seven, Wire fraud farm loan program, the jury's

12   verdict is guilty.

13         Count Eight, Securities fraud farm loan program, the

14   verdict is guilty.

15         Count Nine, wire fraud G/Club, the verdict is guilty.

16         Count Ten, securities fraud G/Club, the verdict is

17   guilty.

18         Count 11, Wire fraud the Himalaya Exchange, the

19   verdict is guilty.

20         Count 12, Unlawful monetary transaction, the verdict

21   is not guilty.

22         The verdict sheet is signed by all 12 jurors and

23   they've each put today's date.

24         Juror number One, is this your verdict?

25         JUROR:  It is.

O7GBGUOF

1            THE COURT:  Juror number two, is this your verdict?

2            JUROR:  It is.

3            THE COURT:  Juror number three, is this your verdict?

4            JUROR:  It is.

5            THE COURT:  Juror number four, is this your verdict?

6            JUROR:  It is.

7            THE COURT:  Juror number five, is this your verdict?

8            JUROR:  It is.

9            THE COURT:  Juror number six, is this your verdict?

10            JUROR:  Yes, your Honor.

11            THE COURT:  Juror number seven, is this your verdict?

12            JUROR:  It is.

13            THE COURT:  Juror number eight, is this your verdict?

14            JUROR:  It is.

15            THE COURT:  Juror number nine, is this your verdict?

16            JUROR:  It is, your Honor.

17            THE COURT:  Juror number ten, is this your verdict?

18            JUROR:  It is.

19            THE COURT:  Juror number 11, is this your verdict?

20            JUROR:  It is.

21            THE COURT:  Juror number 12, is this your verdict?

22            JUROR:  It is, your Honor.

23            THE COURT:  Members of the jury, I want to thank you

24   for your service as jurors and for the time and attention that

25   you've given to your deliberations.  A democracy such as ours

O7GBGUOF

1   could not function without the willingness of people such as

2   you to serve.  Serving as a juror is one of the highest duties

3   an American citizen can be called upon to perform.  Now what

4   you said amongst yourselves may remain secret.  You don't have

5   to disclose it to anyone.  However, you are now free to discuss

6   the case with anyone if you choose.  I would like to thank you

7   personally in the jury room, so please wait for me there.

8           THE LAW CLERK:  Jury exiting.

9           (Continued on next page)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

O7GBGUOF

1          (Jury not present)

2          THE COURT:  I'm making the verdict sheet Court Exhibit

3    Number 9.  Please be seated.  Have the parties discussed a

4    motion schedule?

5          MS. MURRAY:  Not yet, your Honor.

6          MR. KAMARAJU:  We have not, but we would ask for 30

7    days to submit our brief.

8          THE COURT:  I'm having trouble hearing you.

9          MR. KAMARAJU:  We would ask for 45 days to submit our

10   brief, your Honor.

11         THE COURT:  All righty.  I'm going to put the matter

12   on for sentencing on November 19, at 1 p.m., and I will give

13   you those dates in a moment.

14         So the defense motion is due on August 29th.

15   September 19 is the date for the government's response, and

16   October 3rd is the defendant's reply date.  I want to thank the

17   lawyers for their hard work on this case.

18         Does anyone wish to speak with the jurors in case they

19   are willing to speak with you?

20         MS. MURRAY:  Not the government, your Honor.  Thank

21   you.

22         MR. KAMARAJU:  If they're willing, your Honor, we'd

23   like that opportunity.

24         THE COURT:  All righty.

25         (Adjourned)