| | |
|---|---|
| **SABRINA P. SHROFF**<br>ATTORNEY AT LAW | 80 BROAD STREET, 19TH FLOOR<br>NEW YORK, NEW YORK 10007<br>TELEPHONE: (646) 763-1490 |

August 29, 2024

Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:**  <u>*United States v. Guo et al.*, **Case No. 1:23-cr-00118 (AT)**</u>

Hon. Judge Torres:

  For reasons previously stated on the trial record, this Court should grant Mr. Guo's motion for a judgment of acquittal as to Counts 1, 2, 3, 4, 7, 8, 9, 10, and 11 of the indictment, pursuant to Rule 29 (c) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

/s/ Sabrina Shroff
Counsel for Miles Guo