**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR
NEW YORK, NEW YORK 10007
TELEPHONE: (646) 763-1490

October 10, 2024

Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:     *United States v. Kwok et al.*, **Case No. 1:23-cr-00118 (AT)**

Hon. Judge Torres:

With consent of government counsel, we write to request a two-week adjournment of the December 9, 2024 sentencing date to a date convenient to the Court. All parties agree to a concomitant extension of the deadlines for filings in support of sentencing.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Sabrina Shroff & Sidhardha Kamaraju
Counsel for Ho Wan Kwok

SO ORDERED:     _____
                Hon. Analisa Torres

cc: All parties & Department of Probation