USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/17/2024_

**SABRINA P. SHROFF**
ATTORNEY AT LAW

October 10, 2024

Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Kwok et al.*, Case No. 1:23-cr-00118 (AT)

Hon. Judge Torres:

With consent of government counsel, we write to request a two-week adjournment of the December 9, 2024 sentencing date to a date convenient to the Court. All parties agree to a concomitant extension of the deadlines for filings in support of sentencing.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Sabrina Shroff & Sidhardha Kamaraju
Counsel for Ho Wan Kwok

GRANTED. Sentencing in this matter shall take place on **January 6, 2025**, at **9:00 a.m.** Probation shall make its final disclosure by **November 21, 2024**. Defendant's sentencing submission is due by **December 16, 2024**. The Government's submission is due by **December 23, 2024**. By that same date, the Government shall email the Court the names of the victims whom the Government anticipates will wish to be heard at sentencing, if any.

SO ORDERED.

Dated: October 17, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge