

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 22, 2024

<u>**VIA ECF and Email**</u>
The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

  Re: *United States v. Guo*, S3 23 Cr. 118 (AT)
    *United States v. Wang*, S4 23 Cr. 118 (AT)

Dear Judge Torres:

  To-date, 126 victims of the defendants' crimes have submitted Victim Impact Statements to the Government, which the Government attaches hereto as Exhibit A. These 126 Victim Impact Statements recount the profound harm, including the personal, financial, psychological, and medical toll, that the defendants inflicted on the Victims and that the Victims continue to live with to this day.[1] The serious harm caused by the defendants warrants just punishment and an equally serious and lengthy sentence.

*The Immense Financial Harm Caused By the Defendants*

  The 126 statements from victims across the country and around the world, document the detrimental financial impact the defendants' criminal enterprise had on their lives. As one victim recounted, as a result of the defendants, their family "almost slept on the street" and "to survive" were forced to rely on "social welfare." (Ex. A at 25, Stmt. 6). Other victims lost their homes due to the defendants' criminal scheme. (*E.g.* Ex. A at 3, Stmt. 1 ("I was forced to sell our only home, and my wife liquidated her life insurance investment of nearly 15 years, pouring all the funds into [the defendants] bogus projects. These decisions dealt a devastating blow to our family's finances and future security."); Ex. A at 42, Stmt. 11 ("[M]y family and I were defrauded of around $500,000, most of which came from selling our home. Now, this entire amount has been lost. This has pushed us from a stable middle-class life to living on borrowed money."); Ex. A at 338, Stmt. 107 ("I ended up selling my only home in 2021 and invested most of the money into these fake

---

[1] The Government files a redacted copy of the Victim Impact Statements, with redactions to the personal identifying information of the Victims. The Government also submits a copy for the Court to be filed under seal. The Government refers to each respective victim and the victim's statement with a reference number, and refers collectively to all of the victims as the "Victims."

investment projects they designed. These decisions have brought a devastating blow to our family's finances and future.")).

The defendants' crimes also placed the victims' retirement savings in jeopardy. (Ex. A at 100, Stmt. 32 ("[M]y mother believed in my judgment and choice and invested all her retirement funds in it. As a result, all of them were defrauded by Guo Wengui's gang. This not only affected the quality of my mother's retirement life, but more importantly, my mother's trust in me and her belief in justice were ruthlessly trampled by Guo Wengui"); Ex. A at 357, Stmt. 111 ("They cheated me out of more than $200,000 that I would have used for my retirement, causing me great harm."); Ex. A at 369, Stmt. 113 ("This has not only severely impacted on our family's immediate financial security, but has also had a significant shock to our long-term retirement plans, our children's education, and other important aspects of our lives.")). The defendants prevented parents from paying for their children's education. (*E.g.* Ex. A at 197, Stmt. 65 ("Our family is now living in difficulty, our children are in 11th grade, they can no longer afford to pay school fees, and they have stopped attending school in Thailand for half a year"); Ex. A at 320, Stmt. 103 ("[T]here are also children who were forced to drop out of school and have to work in other places because of the impact")). Indeed, these 126 statements offer a glimpse into the range of financial harm that the defendants imposed. Approximately 23 of the 126 victims report more than $100,000 in losses, seven report over $500,000, and six indicate they lost more than $1 million because of the defendants' crimes.

### The Immense Pain and Hardship Caused by the Defendants

Of course, financial loss impacts more than a victim's bank account. The defendants' crimes created discord, pain, and hardship among families. (*E.g.* Ex. A at 25, Stmt. 1 ("[The loss] greatly affected our relationship and family harmony."; Ex. A at 86, Stmt. 27 ("This scam has seriously damaged our physical and mental health. We cannot sleep properly every day and are in extreme pain. Now we hardly afford the rent of our apartment and our son's tuition fees."); Ex. A at 95, Stmt. 30 ("Joining Guo Wengui's farm, investing in MFV, and purchasing HDO and HCN caused me great pain. The total investment of US$124,310 was my family's savings. I was cheated out of my investment and my family has been suffering. The financial and emotional pain has been unbearable and horrible."); Ex. A at 100, Stmt. 32 ("[M]y mother used her pension to support me. Unexpectedly, she was cheated by Guo Wengui's gang. At that moment, I even wanted to die. Just as our whole family was immersed in infinite pain, as the saying goes, good fortune never comes alone, and misfortune never comes alone. My father, who was being treated in the hospital, suddenly worsened due to renal failure. He thought he could be cured and discharged from the hospital, but he needed surgery due to the sudden deterioration of his condition, otherwise his life would be in danger."); Ex. A at 135, Stmt. 42 ("I lost my money, I lost my passion, my whole body was depressed, I suffered from severe depression and want to kill myself every day. I am in a very bad state of mind and unable to work, I have no money for treatment.")).

Some victims even experienced a radical change in their outlook on humanity, community, and family. (*E.g.* Ex. A at 42, Stmt. 11 ("This fraud has also shattered my worldview. I once believed the world was a good place where people could trust one another. Now, I don't know how to trust anyone, not even my closest family members. My paranoia and mood swings have strained my relationship with my loved ones."); Ex. A at 120, Stmt. 37 ("Loneliness, helplessness and self-

blame accompany me every second"); Ex. A at 155, Stmt. 49 ("The vision [Guo] described touched me directly. Then I started to support [Guo] with my family without hesitation, and I still deeply regret and blame myself when I think of this decision.")).

The victims' letters make clear that Ya Li, Guo and Wang's formerly loyal deputy, was not the only cheated follower to consider suicide as a result of the defendants' crimes. *See* Trial Tr. at 1531-32 (Ya Li's testimony that, upon discovering that Guo's movement was a scam, she felt "very angry, desperate, I feel guilty, I feel regret, and I'm very depressed, and I thought—thought about suicide"). So, too, for other victims. *See* Ex. A at 182, Stmt. 59 ("Guo Wengui deceived and insulted our beliefs under the guise of democracy and the rule of law. I felt so miserable that I thought about suicide many times. This is a complete nightmare for me and my family. This is not a simple scam, it is a form of brainwashing. They encourage their followers to harass judges and attack people who oppose Miles Guo."); Ex. A at 249, Stmt. 85 ("This fraud has left me feeling helpless and in despair, even leading me to consider suicide at one point. The damage caused by this scam to me and my family is lifelong and irreparable.")).

While victims experienced profound hardship, and some even wanted to end their lives because of the defendants' crimes, Guo and his family lived an ostentatious lifestyle in lavish mansions, and purchased luxury cars with money taken from thousands of other people. Wang lived quite comfortably as well, and was promised far more riches for her integral role in the enterprise.

### *The Significant Threats to Victims Caused By the Defendants' Crimes*

The victim statements include recounting the threats the victims faced (and still face) from the defendants' followers. As one testifying victim wrote: "They threatened me before, and continue to threaten me after trial . . . . I have to decide to relocate my whole family." (Ex. A at 8, Stmt. 2. Threats were not isolated to those who testified. (*See e.g.*, Ex. A at 12, Stmt. 3 ("They posted my passport photo on Twitter and threatened both me and my family. My daughter was just five years old at the time. Because I had donated to the Rule of Law Foundation in my husband's and daughter's names, they had access to our family's personal information and used it to intimidate us."); Ex. A at 18, Stmt. 4 ("The possibility of retaliation at any moment keeps me on edge, robbing me of peace in my daily life. This persistent fear adds another heavy burden to the emotional harm I already bear, making it nearly impossible to begin the healing process.")). Many victims experienced retribution at the hands of the defendants' enterprise. (*E.g.* Ex. A at 332, Stmt. 106 ("I have faced threats from the farm management and have been unable to find a way to solve the problem"); Ex. A at 342, Stmt. 108 ("Guo Wengui continues to direct members from prison, instructing them to continue defrauding and threatening victims."); Ex. A at 367-68, Smt. 113 ("when I asked to leave at any time and get a full refund of my investment based on the promises that Guo Wengui, Wang Yanping, and others had made to us followers and investors, I encountered all kinds of difficulties, cyber bullying and intimidation from Guo Wengui's criminal group's accomplices, and I was even extorted and threatened. These tactics left me feeling extremely fearful and helpless")).

*The Broader Harms Caused By the Defendants' Crimes*

The victim statements also make clear that Guo and Wang cynically used their purported political activism as a lure to attract victims and a shield against criticism or scrutiny. In so doing, they harmed the Chinese democracy movement they claimed to serve. The defendants betrayed their followers, who will now forever question whether any purported democratic activist seeking their financial assistance is genuine or simply a con man seeking to line their own pockets. (*E.g.* Ex. A at 83, Stmt. 26 ("Guo Wengui not only destroyed countless of our families financially, but also destroyed the only dream of those of us Chinese who once hoped to pursue freedom, democracy, and the rule of law by the United States! He destroyed the trust between the Chinese people! And brought great psychological pain and life difficulties to all our victims' families. However, all this seems meaningless to Guo Wengui and his accomplices, including Wang Yanping."); Ex. A at 168, Stmt. 53 ("Beyond my personal losses, I also realized the broader harm Guo has inflicted. His actions have deeply damaged trust within overseas Chinese communities, including those from mainland China, Taiwan, and Hong Kong. Ironically, while claiming to fight against the Chinese Communist Party (CCP), his actions have only served to further entrench the CCP's control. Those of us who once believed in him are left with a profound sense of betrayal and disillusionment")).

*A Significant Sentence Is Warranted*

The harm that the defendants inflicted on so many victims strongly counsels in favor of a serious and lengthy term of imprisonment, which serves the purposes of Title 18, United States Code, Section 3553(a). As one victim explained:

> The betrayal of trust is the most painful part of this disaster. I once believed that the goals they advocated were real, that our investment would be used to achieve the rule of law, democracy, and freedom in China, and that these investments would benefit my family and my future! Instead, I fell for an elaborate hoax whose sole purpose was for their personal interest, while we, the followers, suffered from great harm and disaster. Their greed and disregard for their victims should not be condoned, justice must be done! Not only is this for us victims to get the justice we deserve, but also to serve as a warning to others, preventing similar fraud from happening! And the defendants shall be given sentences that reflect the severity of their crimes!

(Ex. A at 296, Stmt. 98.)

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney


by: /s/ _____
Micah F. Fergenson
Ryan B. Finkel
Justin Horton
Juliana N. Murray
Assistant United States Attorneys
(212) 637-2190 / 6612 / 2276 / 2314

CC: Defense Counsel (via ECF and Email)