UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

MILES GUO,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/2024

23 Cr. 118-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold a substitution-of-counsel hearing for Defendant Miles Guo on **December 20, 2024**, at **9:30 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. The Government need not attend.

    SO ORDERED.

Dated: December 13, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge