**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR
NEW YORK, NEW YORK 10007
TELEPHONE: (646) 763-1490

March 10, 2025

ECF

Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:** *United States v. Kwok et al.*, **Case No. 1:23-cr-00118 (AT)**

Hon. Judge Torres:

Prior to filling out a CJA financial affidavit, Mr. Guo had filed for bankruptcy thereby making known to the public his lack of assets and his debt to others. Because the government seeks to file on the court docket only information that is already in the public domain, Mr. Guo has no objection. He consents to the government's request for the public filing of (i) CJA financial affidavit; (ii) two documents filed by Mr. Kwok in connection with his bankruptcy which describe the debt he owes others; (iii) letters from defense counsel dated December 10, 2024 and January 28, 2025.

Respectfully submitted,

/s/ Sabrina Shroff & Sidhardha Kamaraju