UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,
-against-
23 Cr. 118 (AT)
ORDER
HO WAN KWOK,
 a/k/a " Miles Guo,"
 a/k/a " Miles Kwok,"
 a/k/a " Guo Wengui,"
 a/k/a " Brother Seven,"
 a/k/a " The Principal,"
KIN MING JE,
 a/k/a " William Je," and
YANPING WANG,
 a/k/a " Yvette,"
 Defendants.
Judge Analisa Torres

Case No. 1:23-CR-118-1 (AT)

Letter to interested parties

Honorable Judge, Analisa Torres

Purpose of my letter or motion

As a party to this criminal case, I want to participate in this criminal case as a private prosecutor or in any other capacity I can choose. Before this letter, I wrote four motions, three of which requested to invalidate the agreements of thousands of customers of Geyer's Himalaya Exchange, and one motion requested that I intervene in the case. So far, I have not seen my motion in the court documents, which means it has been rejected. One of my netizens told me that he called the court, and the court staff said that the judge rejected my motion without giving a specific reason. The last time this netizen called me, the court staff gave a reason after consulting the leader, saying that I must first apply to intervene in the case and then initiate the motion with the approval of the judge. I have no way to verify whether what this netizen told me is true or false. The fact that has happened is that none of my four motions appeared in the court documents. I checked the court documents on the NFSC website, and I don't know how to check through official channels in the United States.

My background

My English name is Chunk Chyi, I am a citizen of the People's Republic of China, and I currently live in China. All parties involved in the case have a consensus that people like me are almost always facing threats from the Chinese Communist Party, especially in China, where the threats are huge. So I provided my English name instead of my Chinese name, and I also provided my HID:AV84EIY that can prove my legal identity on the Himalaya Exchange. The email address I provided is real, and the address and phone number I provided are also real, but the address and phone number are where I worked many years ago. If I directly provide my real Chinese name, phone number and address, I may be arrested immediately by the Chinese government.

I have not received higher education, and I have not finished high school. I don't understand the law, and I almost don't understand English. I only know a few English words. So I apply for special permission from the court, not to reject my motion because of the English grammatical errors I wrote using translation software and my inability to quote legal terms.

I participated in some entities initiated and established by the defendant Guo Wengui. I am an investor and a customer. I used to be a supporter of Guo Wengui. The prosecutor stated in the indictment that my possible identities include known and unknown defendants, known and unknown victims, investors, customers, etc. No matter which identity I choose, I should have the right to join this criminal case.

Legal provisions

I don't understand the law, and I don't even know how to ask the robot to find legal provisions. However, I believe that the United States must have legal provisions regarding the participation of parties involved in the case. The legal provisions I found with the robot are pasted below:
Federal Rules of Criminal Procedure (FRCRP)
Rule 57: Refers to district court-specific procedures. Each federal district court has Local Rules that might allow a third party with a legitimate interest (e.g., an investor or client affected by the case) to file a motion to intervene or submit a statement. You'd need to check the specific court's Local Rules for third-party participation.

Some doubts in this criminal case

Will the judge be biased?

If a third party wants to participate in this criminal case, it may need the approval of the judge. But up to now, all the parties that appear in the court documents are unfavorable to the defendant. I have not seen a party that is favorable to the defendant. For example, in Document 504, Document 379, including Document 478, Geyer's agreement with thousands of customers of Himalaya Exchange, Geyer clearly stated in the motion that these thousands of customers are not victims of Guo Wengui, but the legal clause cited by Geyer is the Crime Victims' Rights Act. As an ordinary person, I really cannot understand why a lawyer would do this, nor can I understand why the judge allows such a lawyer with no professional ethics and lies to appear in court.

Doubts about the jury's verdict

First of all, I respect the jury's verdict very much, but I also have some doubts. The biggest doubt is why the jury ruled that GTV was not guilty. According to the judicial principles of the United States, if the jury finds the verdict of not guilty, the judge has no right to overturn the verdict of not guilty. If the jury finds the verdict of guilty, the judge has the possibility of overturning the verdict of guilty, but this situation is very rare. I interpret it with my thinking as an ordinary person, that is, as long as this case exists, GTV will always be innocent. This is where the doubt lies. The investors of other entities are still the same investors, even including the investment funds returned to investors by GTV after the SEC settlement. This is almost exactly the same as GTV in essence. The weird thing is that GTV is always innocent, but all other charges are established. I can't understand it. Can any relevant parties give me a reasonable explanation.

Doubts about the trustee Luc, including doubts about the prosecutor

File 183, Geyer came to court with thousands of Himalaya Exchange customer agreements to redeem funds. The prosecutor objected, the trustee Luc objected, and finally Geyer was dismissed.
File 487, Geyer came to court with thousands of Himalaya Exchange customer agreements to redeem funds again. This time, the prosecutor did not object, and the trustee Luc did not object. This is completely abnormal! The prosecutor wants to protect the interests of the victims, and Luke wants to protect the interests of the creditors. Why did Geyer come to court for the second time to redeem funds, and the prosecutor and the trustee Luc remained silent? I really can't understand.


Doubts about Geyer's agreement with thousands of Himalaya Exchange customers

Geyer came to court twice to redeem funds, and the motion clearly stated that these thousands of customers were not victims of Guo, but victims of the Department of Justice! The first motion of file 183 was rejected, and I didn't have much doubt, but this motion caused great controversy in the community related to Guo Wengui. However, in the second motion of file 478, Geyer still clearly stated that these thousands of Himalaya Exchange customers were not victims of Guo, but cited the Crime Victims' Rights Act. Geyer's behavior seriously violated professional ethics and was suspected of serious contract fraud. I don't understand why the court allowed such a motion to exist, and I don't understand why the relevant parties who opposed Geyer before did not oppose Geyer this time! In addition, I signed Geyer's agreement completely under the misleading and deception of the Himalaya Alliance, Himalaya Farm and other parties. Those people took advantage of my trust in Guo Wengui, took advantage of Guo Wengui's endorsement of them, and took advantage of my lack of English and legal knowledge. As far as I know, many other people were also misled and deceived into signing the agreement. I signed this agreement. The two most important misleading and deceiving things include: first, the purpose of signing the agreement is to prove that I am a real customer of Himalaya Exchange, and second, the signing of the agreement is to initiate a class action lawsuit against the Ministry of Justice. Some other people who signed the agreement also signed it under such deception and misleading circumstances.


Doubts about other possible accomplices outside MDC who were called by the prosecutors

In this criminal case, Guo Wengui and Wang Yanping were arrested, and Yu Jianming is on the run. However, in the indictment, the defendants may include many people, especially the main person in charge of Himalaya Alliance and Himalaya Farm, as well as the persons in charge of other operating entities, who should be the defendants' accomplices, and many of these suspects are in New York, USA, and they are still operating to this day, or according to the prosecutors, these accomplices are still continuing to carry out illegal and criminal activities. The illegal and criminal acts they have been carrying out or have already carried out include: Gettr's crazy suppression of freedom of speech and crazy deletion of user accounts, using unverifiable phone calls from Guo Wengui from MDC and unverifiable MDC visits to Guo Wengui as endorsements, organizing Guo Wengui's followers to buy NFT stones and other cryptocurrencies, organizing various registrations and protests, and even using Guo Wengui as an endorsement, organizing Guo Wengui's supporters to attack each other, organizing letters to the US Congress and US prosecutors, and other suspected obstruction of justice. Using Guo Wengui's daughter Guo Mei, whose authenticity cannot be verified, as an endorsement is also suspected of multiple violations. If these illegal activities were organized by Guo Wengui's conspiracy, why didn't the prosecutors add a conspiracy indictment against Guo Wengui? Why didn't the prosecutors publish all of Guo Wengui's call records and visit records at MDC?


Doubts about the defendant

Since the defendant was arrested, I have not been able to obtain any information about the defendant's supporters that can be verified. The only place to obtain reliable information is the court documents. And I can't see any information that the defendant has passed to the defendant's supporters in the court documents. I have no way to verify the authenticity of all the content about the defendant that is said to be the defendant calling or visiting the defendant in the community of Guo Wengui's supporters, and the defendant has never mentioned these contents in court documents.
Whether the defendant personally carried out fraud and other criminal activities is still a huge controversy in the community related to Guo Wengui. In the two years since the defendant was arrested, the defendant knew about various legal or illegal activities organized outside MDC with Guo Wengui's endorsement. I have no way to obtain any verifiable real information. The defendant's performance in court also made me feel puzzled. Why did the defendant give up self-defense, why did the defendant not submit evidence against the jury's guilty verdict, and whether the defendant passed any information to the defendant's supporters through legal channels. I have no way to verify it. If the defendant can see my letter, I hope the defendant can respond.

Summary

For the identity I can choose, I will never choose to be the defendant's victim! If the defendant is finally found guilty and sentenced by the court, I will not choose to be the defendant's victim. I will pay the price for my choice, and the funds I participated in will be confiscated. I am eligible to participate in this criminal case in any of the other identities I can choose!

If this letter can be uploaded to the court file, I am most eager to issue two motions. First, I request that Geyer's agreement with thousands of Himalaya Exchange customers be completely annulled, because this agreement is based on misleading and deceptive, and is completely illegal. Second, I oppose the prosecutor's procedural relief to return the funds to the victims, because this is unfair to other participants, especially to people like me in China who are confused about whether they choose the identity of victims, customers, or investors. It is unfair and seriously unfair.


Final correction and notice

When I wrote this letter, a netizen told me that my motion to intervene in the case has been uploaded, saying that it is file 505, which I cannot verify at present. If document 505 is true and the judge approves me to intervene in the case, I formally apologize for my doubts about the judge above. I express my sincere apologies to the respected Judge Torres, but I will not modify the above content because I am in a very helpless, lonely and even desperate situation. This state where I cannot verify and verify just verifies my situation.

I will send this letter to all the relevant parties I can find. I hope that the parties who received my email can reply to me. If this letter is not directly included in the court documents, I hope that the relevant parties can mention my letter in the court documents you initiated and reply to my doubts. If you relevant parties reply to me by email, I will publish your reply directly on the Internet. I will also publish this letter on social media and social communities. Because I am not sure whether what I wrote will lead to my arrest by the Chinese government. But I beg the Chinese government not to arrest me, because I have a completely neutral attitude towards this case. I just want to know the truth of this case, and I have not been arrested, which can show the world the positive image of the Chinese government.

The English version of the letter received by the relevant parties was translated by me using translation software, and I am not able to proofread it. If there are errors or misunderstandings in the translated English, you can refer to the Chinese version of the letter. I will send the Chinese version together.


Sincerely

Chunk Chyi

*Chunk Chyi*

baoliao2019@gmail.com
Building 1, Yard 4, South Third Ring Road West, Fengtai District,
Beijing, China
86-10-67526666
March 21,2025