UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
-against-
HO WAN KWOK,
 a/k/a "Miles Guo,"
 a/k/a "Miles Kwok,"
 a/k/a "Guo Wengui,"
 a/k/a "Brother Seven,"
 a/k/a "The Principal,"
KIN MING JE,
 a/k/a "William Je," and
YANPING WANG,
 a/k/a "Yvette,"
 Defendants

Case No. 1:23-CR-118-1 (AT)

Motion to dismiss the prosecution's 493 procedural relief

Judge Analisa Torres

First of all, I once again apply to the court for special permission. My English and legal terms are in an extremely vulnerable position. Please forgive me. I really don't understand how to apply for this motion in terms of legal procedures. I am not sure whether to apply to dismiss the prosecutor's motion or to apply for the judge to withdraw the order. However, after the court sees my content, it must know my purpose. I thank the court again, thank Judge Torres, thank the great United States, and God bless America.

In addition, I am here to seek help from people who are concerned about this criminal case. I hope someone can provide me with some legal terms, court documents and English writing. I have made my X platform account public here, and I hope the court will grant permission. My X account : https://x.com/baoliaogeming?s=09  @baoliaogeming

My background

In this criminal case, the funds I participated in include:
1. A farm loan of $5,000 from Himalaya Japan Sakura Farm
2. Invested 5,000 hdo in the A10 project through Himalaya Exchange
3. Obtained about $10,000 worth of HCN through counter-trading and other methods
4. In addition, I would like to mention a sum of about 63,000 RMB, which did not enter this criminal case, so this money was not included in the funds seized by DOJ. However, I did lose this money. I bought GTV stocks through VOG in 2020, and my funds were not successfully transferred to VOG, but this money has not returned to my account till now. This fund of about 63,000 RMB is a bit complicated to talk about. I mention it here separately because the defendant Guo Wengui once said that he would eventually compensate all the losses of his followers. What I want to say is that if the defendant Guo Wengui can get out of MDC, the defendant should help me recover this fund, and the defendant should guarantee all the known and unknown possible gains of this fund. But this amount of money has nothing to do with this criminal case. I am just notifying the defendant here.
5. In other words, in this criminal case, the amount of money involved in my case is about 20,000 US dollars.

I. Factual Background

File 493, the prosecutor filed a motion, File 495, the judge granted the prosecutor's motion

II. Grounds for Opposition

(A) The Nature of the Funds Remains Unresolved, Rendering Remission Premature and Unjustified
The Government asserts that forfeited funds should be restored to "victims," yet the Court has not fully determined the source, nature, and lawful ownership of all seized assets. These funds may include legitimate investments, sums subject to creditor claims, or other non-fraudulent contributions. Proceeding with remission absent a final judicial determination risks misallocation and irreparable harm to my/our lawful interests. Any disposition must await a clear resolution of the funds' character to uphold due process.

(B) The Designation of "Victims" Is Disputed and Unverified
The Government's proposed "victim" pool has not undergone rigorous vetting or a public hearing process. I/We have reason to believe that some purported "victims" may not be genuine injured parties, or their claimed losses may be inflated or fabricated. For instance, certain investors may have participated willingly in a high-risk venture rather than as victims of fraud. Restoring funds without thorough verification risks prejudicing the rights of true stakeholders, including myself/ourselves, in violation of equitable principles.

(C) The Priority Rights of Interested Parties Have Not Been Safeguarded
As investor or client, e.g., "lawful contributor of funds" ], I/we may hold a statutory or equitable right to priority recovery or reclamation of the seized assets under U.S. law (e.g., 18 U.S.C. §§ 981, 982 governing forfeiture). The Government's remission plan fails to account for my/our interests or establish a clear hierarchy of claims, having been proposed without consultation with all affected parties. This omission threatens to deprive me/us of vested rights, contravening fundamental fairness.

(D) The Remission Process Lacks Sufficient Legal Foundation
The Government's request for remission does not cite adequate legal authority. Federal forfeiture procedures (e.g., 28 U.S.C. § 2461 and DOJ regulations) mandate that asset disposition follow strict judicial oversight, not administrative fiat. Bypassing a court-ordered process to expedite restoration exceeds the Government's authority, undermining judicial integrity and transparency.

III. Relief Sought

Based on the foregoing, I respectfully request that the Court:

Deny the Government's request for remission and restoration of funds to alleged "victims";

Suspend any disposition of the seized funds until the nature, source, and respective rights of all interested parties are fully adjudicated;

Convene a hearing to allow all interested parties to present evidence and arguments regarding the ownership and distribution of the funds, ensuring a fair and transparent process.

IV. Conclusion

I trust that the Court will uphold the principles of fairness and due process in resolving the disposition of funds in this case, safeguarding the legitimate rights of all interested parties. This motion seeks to preserve the integrity of the judicial process, and I/we respectfully urge the Court to grant the relief requested herein.

Final supplement

Regarding the Communist Party of China and the Chinese government, most of my prejudice against the Chinese government and the Chinese Communist Party comes from China's family birth control policy. My parents have multiple children, and my family has suffered unfair treatment from the birth control policy. But I have a more important goal now, I want to protect my $20,000! So without sufficient evidence, I will no longer attack the Chinese government and the Chinese Communist Party. I am almost neutral towards the Chinese government and the Chinese Communist Party. So I once again beg the Chinese government not to arrest or interfere with my involvement in this criminal case. If I am arrested or have any major accidents, everyone will think it is persecution by the Chinese government. If I am not arrested or interfered in the process of participating in this criminal case, it will definitely show the good image of the Chinese government to the world.

Furthermore, it is difficult for ordinary people to understand the language of the court or the language of professional lawyers, so I will express my demands in the simplest language that ordinary people can understand.

My funds have been seized by the US government. I came to the court to protect my funds. My funds cannot be taken away by other stakeholders at will. I will do my best to protect my funds. Then other stakeholders should also do their best to protect their own funds or the funds of the clients they represent, just like me. For example, if the prosecutor wants to take away the funds through procedural relief, I will definitely oppose it, but at the same time, Geyer represents thousands of customers of Himalaya Exchange and should also oppose the prosecutor. Trustee Luc represents creditors and should also oppose the prosecutor. This is the simplest logic that even a child should have. If the behavior of the relevant parties in court is not even as good as that of a child, I have every reason to suspect that the relevant parties have impure motives or have a conspiracy. If the relevant parties unite to oppose me, instead of giving priority to the interests of the relevant parties themselves or the people or customers they represent, I have every reason to suspect that you relevant parties are uniting to take away the funds that belong to me. In this case, the relevant parties mainly include the victims of the criminal case represented by the prosecutor, the creditors represented by Luc, the prosecutorial customers of Himalaya Exchange represented by Geyer, or me who cannot confirm my identity but refuses to become a criminal case. Others, such as those in file 504, can be completely classified as prosecutors. File 504 came to court to express the right to redeem funds first as a victim. This person can completely register with the prosecutor's procedural relief, and there is no need to waste lawyer fees. If there are other interested parties, I hope that you will come to the court immediately after seeing my motion. We need to seriously discuss how to deal with these funds. Before we get a fair solution for all parties involved, I oppose any party that wants to take away the confiscated funds, including my $20,000!

Sincerely

Chunk Chyi

*Chunk Chyi* (signature)

baoliao2019@gmail.com
Building 1, Yard 4, South Third Ring Road West,
Fengtai District,
Beijing, China
https://x.com/baoliaogeming?s=09
86-10-67526666

March 25  2025