UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,
-against-
HO WAN KWOK,
 a/k/a "Miles Guo,"
 a/k/a "Miles Kwok,"
 a/k/a "Guo Wengui,"
 a/k/a "Brother Seven,"
 a/k/a "The Principal,"
KIN MING JE,
 a/k/a "William Je," and
YANPING WANG,
 a/k/a "Yvette,"
 Defendants

Case No. 1:23-CR-118-1 (AT)

Objection to the Prosecution's Victim Statement Regarding Scheduling the Defendants Sentencing

Judge Analisa Torres

Honorable Judge Torres, as a Pro Se, I have the right to express my opinions and views. I strongly oppose the statement about the victims in the prosecutor's document 511!

I once again request the court's special permission to allow me to express my appeal in the language of ordinary people.

As for who is the victim of this criminal case, there is still a huge disagreement in the community related to Guo Wengui. I want to emphasize that most of the victims mentioned by the prosecutor are or have been supporters of Guo Wengui. This is very simple. If you don't support or have supported Guo Wengui, how could you take out your own money to support Guo Wengui or participate in the investment of a company entity initiated by Guo Wengui? It is almost impossible for people who oppose Guo Wengui to use their own money to support Guo Wengui. Of course, those who deliberately frame Guo Wengui may take money to lurk in the group of Guo Wengui supporters to participate in the investment, and then frame Guo Wengui at the right time! The prosecutor's court documents, as a member of the Guo Wengui community, I am very responsible to say that all the prosecutor's statements about who the victims are or known victims or unknown victims are completely vague so far! The prosecution wants to express to people outside the Guo Wengui community that all people involved in Guo Wengui's entity are potential victims, but as a member of the Guo Wengui community who was and is still a member of the Guo Wengui community, I still don't know who are the thousands of victims in the prosecution's court documents!

At the beginning of the case, Document 10, Document 10-1, the prosecution initiated a motion to establish a victim notification procedure, and then the court issued an order to establish a victim notification procedure.

Nearly two years have passed. How much data about victims collected through legal channels has the prosecution released? How much has the prosecution collected? As a participant in the case, I think I have the most basic right to know.

The vast majority of the victims in this criminal case are followers who once supported Guo Wengui and are still supporting Guo Wengui. This is the simplest logic that even a child should understand!

However, after a few years, I have asked everyone who once supported Guo Wengui but now does not support or oppose Guo Wengui, as well as those who have always supported Guo Wengui, and no one can give me a 100% answer, which of the thousands of people are Guo Wengui's victims!

Throughout the court documents, the prosecutors mentioned thousands of victims many times. However, since Guo Wengui was found guilty by the jury last year, I began to pay attention to a little bit of court documents. From the beginning, I could hardly understand anything, but now I can understand a little bit of logic in the court documents. I really can't find out who the thousands of victims mentioned by the prosecutors are!

The number of former supporters who participated in investment or financial support for Guo Wengui and the supporters who have always supported Guo Wengui is always limited. However, two years have passed, and in all communities related to Guo Wengui, I have not found anyone who can answer me about who the victims mentioned by the prosecutors are! I can only see some speculations about who the victims are, because I respect the law very much, so I say this is speculation, not conclusion. The possibility of thousands of victims, I have asked almost everyone I can ask, and there are only two possible answers, neither of which can be a definite answer, because the prosecutors have never clearly given which people and which groups are the thousands of victims from beginning to end, and the relevant participants in this criminal case have never clearly stated that this participant is the thousands of victims!

I will now list two possibilities of who the thousands of victims are that I have heard of:
1. Creditor registration
2. More than 5,000 clients represented by Geyer

However, in document 506, Geyer seems to have clearly informed the prosecutors that the more than 5,000 Himalaya Exchange clients are not victims of the prosecutors, nor can they be considered victims as the prosecutors believe!
Then only the creditor group remains!
I hope Luc can give a clear answer here. Are the thousands of creditors victims of Guo Wengui? Please give me a 100% clear answer after seeing my notice against the prosecutors!

If the prosecutors have collected thousands of victims through the procedures of document 10, as a relevant stakeholder, these thousands of victims want to take away the seized property including my funds involved in the case, and I have the minimum right to know!

I hope the prosecutors can give a clear answer as to who the thousands of victims are! Or who are the approximately 8,000 victims mentioned in the court documents! I would like to make it clear here that I have been searching for more than half a year in the group that supports Guo Wengui, including in the group that opposes Guo Wengui, and I have not found a definite answer to who the thousands of victims are!

I am here to make a request to all those who have supported Guo Wengui, are now against Guo Wengui, and have always supported Guo Wengui. That is, I am making a request to all people related to the Guo Wengui community. Who can tell me who the victims are that the prosecutors have mentioned countless times! If you can't figure out who the victims are, I suggest you refer to file 505, the Pro Se intervention motion to come to court, and we will find out who the thousands of victims are!

This is very unfair to me! It is also unfair to most of Guo Wengui's followers! I think it is not fair to the people who oppose Guo Wengui. If you think you are a victim of Guo Wengui, you must register with the victim notification procedure mentioned in file 10! If Guo Wengui has defrauded thousands of victims, you must all register and must sentence Guo Wengui severely!

Regarding who the thousands of victims are, I hope the prosecutors will not always use legal language that we ordinary people cannot understand. Most of the people involved in the entities initiated by Guo Wengui are ordinary people, and many of them do not understand English. Two years have passed, and the prosecutors have never clearly expressed who the thousands of victims are. This is unfair to everyone!

Without clarifying who the thousands of victims are, and the defendant has not pleaded guilty, the prosecutors demanded that the defendant be sentenced as soon as possible. This is unfair to all parties involved, and I strongly oppose it!

I would like to say one more thing about the suspected accomplices. File 382 was initiated by the prosecutors, and file 388 was identified by the court. After several years of investigation, the prosecutors should be very clear about who is or who may be the suspected accomplice. If the prosecutors easily believe an email from a victim, I really can't understand how the American taxpayers' money is used by the prosecutors to investigate this case. In addition, I would like to inform the prosecutors that if the suspected accomplices listed in file 388 are involved in the suspected conspiracy or other content adopted by the prosecutors, I will strongly oppose or withdraw the motion to the prosecutors.

Sincerely

Chunk Chyi

*[signature]*

baoliao2019@gmail.com
Building 1, Yard 4, South Third Ring Road West,
Fengtai District,
Beijing, China
https://x.com/baoliaogeming?s=09
86-10-67526666

March 26  2025