UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
-against-
HO WAN KWOK,
 a/k/a "Miles Guo,"
 a/k/a "Miles Kwok,"
 a/k/a "Guo Wengui,"
 a/k/a "Brother Seven,"
 a/k/a "The Principal,"
KIN MING JE,
 a/k/a "William Je," and
YANPING WANG,
 a/k/a "Yvette,"
 Defendants

Case No. 1:23-CR-118-1 (AT)

The Second Letter To Related Parties

Judge Analisa Torres

I am now a welder. Before COVID, the longest job I had was a security guard. I also worked as a courier, factory operator, maintenance worker, etc. I have always been at the bottom of Chinese society, and my income is also one of the lowest groups. My current job is a welder, and my income is not very low.
Document 510 said that I have a fund of 63,000 RMB that has not been included in this criminal case and has not been recovered so far. This money means a lot to me. It is almost all my savings in the first 33 years of my life.
Because I believed in Guo Wengui and that investing in GTV might have rich returns, I decided to take the risk and try to see if I could change my life. Maybe with 63,000 RMB, I could buy a house, a car, and marry a real wife.
However, the money was not invested successfully and could not be recovered. My 33 years of life were gone just like that. However, this is not Guo Wengui's responsibility. It may be the responsibility of the third party remittance or the remittance bank.
After that, I worked as a welder. Affected by COVID and COVID VACCINE, I did not have much income. However, I participated in the $5,000 loan of Japanese Himalaya Sakura Farm. The 5000HDO of the A10 project was participated in shortly after Guo Wengui was arrested. At that time, I believed that Guo Wengui would be released from prison soon. The approximately 10,000 US dollars that entered the Himalaya Exchange through counter-trading and other methods lasted for a long time, because I couldn't take out so much money at one time.
What I want to say is that for Guo Wengui, I really believed that he could change China and help me change my poverty situation. I took out almost all my money to believe in Guo Wengui. I would never have thought that the ending would be like this today! My 20,000 US dollars was included in the confiscation order. Now, someone wants to take my money and take away my entire 38 years of life. I will never agree easily! I must ask for a conclusion about my 38 years of life! Am I the stupidest person or the smartest person, or the most opportunistic person, etc.!
I will never choose to be a victim of this criminal case, never! But I must do my best to protect my 20,000 US dollars! If Guo Wengui is finally convicted and sentenced, I will not choose to be a victim! I might bring tools to help transform and decorate the tombs of Guo Wengui's ancestors!

The prosecutor mentioned in document 512 that he hopes to sentence the defendant as soon as possible. This case has been delayed for too long, which is unfair to many people. In this regard, I agree with the prosecutor's point of view. Then I will now use the logic of a child to give the prosecutor some suggestions that are conducive to recommending the progress of the case!
I don't understand the law, but I understand logic! I will express my ideas in the simplest words, and everyone can understand what I want to express.
In a criminal case involving suspected fraud, the simplest parties involved are the defendant and the victim, and the prosecutor represents the victim, that is, the simplest case only requires the defendant and the prosecutor! The DOJ v. Guo case is a complicated case. It not only involves the defendant and the prosecutor, but also includes two parties with huge controversy in the community related to Guo Wengui, Geyer and Luc! This is the core reason why this case is progressing slowly! If Guo Wengui defrauded the victim's money, the victim testified in court, and the evidence is conclusive, he can be convicted immediately and then the seized funds can be returned. However, with the addition of Geyer and Luc, the problem becomes complicated. Geyer said that there is money from thousands of customers of Himalaya Exchange represented by Geyer, and Luc said that there may be money from thousands of creditors represented by Luc! Of course, there are also ordinary customers, ordinary investors, etc. But in general criminal cases, compensation to the direct victims of the defendant is definitely given priority! What I want to say is that if Geyer and Luc withdraw from this criminal case, the case will go very smoothly! Because of the addition of Luc and Geyer, it is impossible to say who the funds seized by the government belong to! I am involved in this case, and I will absolutely remain neutral! If the prosecutor can expel Luc and Geyer, two people with huge controversy, from the court, I will definitely support the prosecutor! What I said should be understood by normal people. The more relevant parties involved, the greater the controversy. In this criminal case, the victims represented by the prosecutor cannot leave. File 379 and File 504 can join the prosecutor. The defendant cannot leave, and an independent Pro Se like me does not need to leave, because I am not here to take money, I just want to pursue the truth and give a conclusion to my entire life! Therefore, if Geyer and Luc do not withdraw from the court, I will file a motion in court to ask the judge to expel Luc and Geyer from the court.

I make this suggestion for the following reasons:

Document 388, the court order, contains a list of conspirators that you all know better than I do.

The Government further seeks to admit statements of several leaders of the Himalaya
Farm Alliance: David Dai, Xia Qidong, Sara Wei, and Zhang Yongbing.

There is sufficient evidence to find that each of these individuals were members of the
conspiracies related to the Farms.

Do you remember this list and even other lists? Xia Qidomg and Zhang Yomgbing. What is the relationship between the creditor register and the thousands of customer registers of the Himalaya Exchange and these two people? Don't you know?

And in the series of court documents in which Geyer first entered the court for claims, you all mentioned the creditor register and the Himalaya Exchange register when you accused and questioned each other. I need time to find the specific file number. You must know better than me how you wrote these court documents before.

Before Document 388, your mutual questioning was at most speculation. However, after Document 388, it is not just doubt and speculation, but may be a court order! I don't want to say much here. However, throughout the criminal case, you all parties have almost never clearly expressed your ideas and demands, causing huge disputes and discussions in the Guo Wengui community outside the court, which then developed into questioning and even developed into mutual attacks! The most critical content I want to say has been notified to you all. The court order, I think, is a temporary law in this criminal case, and I will strictly abide by it! What Luc and Geyer did is included in the document 388 court order! I have to work seven days a week, every day, I am just an ordinary person at the bottom of Chinese society. I need to work, otherwise I have no food to eat.

In the previous document 508, I sent the emails between me and Geyer together. Because I don't understand the court procedures, the attachments were not uploaded to the court documents. This time I combined the emails between me and Geyer into one file and sent it. Let everyone who is concerned about this case understand how Geyer and I communicated. Let the world know who has bad intentions.

Sincerely

Chunk Chyi

*Chunk Enyi*

baoliao2019@gmail.com
Building 1, Yard 4, South
Third Ring Road West,
Fengtai District,
Beijing, China
https://x.com/baoliaogeming?s=09
86-10-67526666
March 28   2025



喜和 <baoliao2019@gmail.com>

## Request Attorney Gail to take immediate legal action against Himalaya funds

喜和 <baoliao2019@gmail.com>     3月1日 周六 05:05
收件人：himalaya.restoration@formerfedsgroup.com <himalaya.restoration@formerfedsgroup.com>

Dear Attorney Gail, I am your client and your trustee. At the end of 2023, I signed an agreement with the law firm to entrust you to act as my agent to redeem the funds of Himalaya Exchange that were frozen by the Ministry of Justice. My HID: AV84EIY

The link of the agreement I signed with you is https://himalayarestoration.com/?utm_medium=email&_hsenc=p2ANqtz--rhzUXYrshGQkBK8W009gLZ8nWDoBBVafh8ZBQYfErZzsa_d354TFFP2HKP2t3BekDmuvpYkotxQzXgb6N5PukctcG0Q&_hsmi=73649788&utm_content=73649788&utm_source=hs_email

According to this link and the motion you sent to the court, you represented thousands of clients like me to redeem the funds of Himalaya Exchange frozen by the Department of Justice. And the contract or court motion clearly states that we are not victims of Guo Wengui, we are victims of the Ministry of Justice!

Now, the prosecutors have initiated a request for the court to implement the relief procedure. My understanding is that the prosecutors want to quickly compensate the victims of the criminal case with the funds involved in my case! As my client, you have the obligation to protect my funds from being taken away by the Ministry of Justice to compensate the victims of the criminal case! I ask you to take legal action immediately and go to court to file a motion to oppose the prosecutors from taking the funds that belong to me!

Please take legal action immediately after Lawyer Gail sees my letter and reply to me, thank you.

If Lawyer Gail does not take legal action immediately to prevent the Ministry of Justice from quickly returning the funds involved in my case to the victims of the criminal case, I reserve the right to file a civil lawsuit and criminal report against you and the law firm!

尊敬的盖尔律师，我是你的客户，你的委托人，我在2023年的年底与律所签署的委托你代理我赎回喜马拉雅交易所被司法部冻结的资金的协议。我的HID：AV84EIY

我和你签署协议的链接https://himalayarestoration.com/?utm_medium=email&_hsenc=p2ANqtz--rhzUXYrshGQkBK8W009gLZ8nWDoBBVafh8ZBQYfErZzsa_d354TFFP2HKP2t3BekDmuvpYkotxQzXgb6N5PukctcG0Q&_hsmi=73649788&utm_content=73649788&utm_source=hs_email

根据这个链接和你发给法庭的动议，你代理了数千个像我一样的客户来赎回被司法部冻结的喜马拉雅交易所的资金。并且合同或法庭动议里面明确表明，我们不是郭文贵的受害者，我们是司法部的受害者!

现在，检方发动要求法庭执行减免程序，我的理解就是检方要快速把涉及我的资金快速赔偿给刑事案件的受害者!你作为我的被委托人，你有义务保护我的资金不被司法部拿走去赔偿给刑事案件的受害者!我要求你立刻采取法律行动，去法庭发动议反对检方拿走涉及属于我的资金!

请盖尔律师看到我的信以后立刻采取法律行动并且给我回复,谢谢。

如果盖尔律师不立刻采取法律行动去阻止司法部把涉及我的资金快速返还给那个刑事案件的受害者，我保留对你和律师事务所提起民事诉讼和刑事举报的权利!

 喜和 <baoliao2019@gmail.com>

**Request Attorney Gail to take immediate legal action against Himalaya funds**

**Brad Geyer** <brad@formerfedsgroup.com>  3月1日 周六 05:28
收件人："喜和" <baoliao2019@gmail.com>

We are working on it.

**Bradford L. Geyer**   FormerFedsGroup.Com



Mobile: (856) 607-5708
Email: Brad@FormerFedsGroup.com



USA:
141 I Route 130 South, Suite 303
Cinnaminson, NJ 08077 **888-486-FEDS**

*"Surround Yourself With FormerFeds Who Share Your Mission (TM)"*

IMPORTANT: FormerFeds LLC (FormerFedsGroup.Com) now provides law firm services under the supervision of Bradford L. Geyer who is a member of the Pennsylvania and New Jersey Bars. The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

---- On Fri, 28 Feb 2025 16:05:29 -0500 baoliao2019@gmail.com<baoliao2019@gmail.com> wrote ----
[引用文字已隐藏]



喜和 <baoliao2019@gmail.com>

---

**Request Attorney Gail to take immediate legal action against Himalaya funds**

| | |
|---|---|
| 喜和 <baoliao2019@gmail.com><br>收件人：Brad Geyer <brad@formerfedsgroup.com> | 3月4日 周二 22:02 |

agreement notice!!!

我的HID:AV84EIY
尊敬的盖尔律师，我在2023年年底签署了喜马拉雅交易所的代理协议!在此，我明确告知你，那个协议我完全是在被欺骗被误导的情况下签署的!这种欺骗误导是非常严重的!正如你们协议包括动议里面提到的，签署代理协议的人大多数都是中国人，甚至很多人居住在中国大陆地区，这些人也包括我，没有法律方面的专业知识，也几乎不懂英语，完全是出于对第三方的信任而签署的协议!

在此我明确通知你和律所，我们之间的协议有巨大的问题，有非常严重的欺骗和误导!你们律所最好的选择就是公开彻底撤销作废这个协议，并且你们应该去法庭撤销你们发起的所有动议!

另外，我严厉警告你和律所!如果你把这个协议使用去作为司法部诉郭案的受害者，我一定会对你和律所发起刑事指控!协议里面包括动议里面，你们清清楚楚地表明，我们这几千人不是郭文贵的受害者，我们是司法部的受害者!但是，你们的协议还有一个条款，大概意思就是授权你们采取任何其他法律行动，这种授权，完全就是流氓协议!我也是看到别人分析这个条款，最近一个星期才知道这个条款。

签署这个协议的大多数人包括我自己，我们是郭文贵的支持者，我们明确警告你，不要用这个协议去做任何可能伤害郭文贵的行动!并且我要求你们律所，公开并且到法庭发动议说明协议彻底作废!


My HID:AV84EIY
Dear Attorney Gail, I signed the agency agreement of Himalaya Exchange at the end of 2023! Here, I clearly inform you that I signed that agreement completely under the condition of being deceived and misled! This deception and misleading is very serious! As mentioned in your agreement and motion, most of the people who signed the agency agreement are Chinese, and even many of them live in mainland China, including me. These people have no legal expertise and hardly understand English. The agreement was signed completely out of trust in the third party!

Here I clearly inform you and the law firm that there are huge problems in the agreement between us, and there are very serious deceptions and misleadings. !The best option for your law firm is to publicly and completely revoke this agreement, and you should go to court to revoke all the motions you have initiated!

In addition, I sternly warn you and your law firm! If you use this agreement as a victim in the case of the Ministry of Justice against Guo, I will definitely file criminal charges against you and your law firm! In the agreement and in the motion, you clearly stated that we, the thousands of people, are not victims of Guo Wengui, we are victims of the Ministry of Justice! However, your agreement also has a clause, which roughly means authorizing you to take any other legal action. This authorization is completely a rogue agreement! I also saw others analyze this clause and only learned about it in the past week.

Most of the people who signed this agreement, including myself, are supporters of Guo Wengui. We clearly warn you not to use this agreement to do anything that may harm Guo Wengui! And I ask your law firm to publicly and file a motion in court to explain that the agreement is completely invalid!
[引用文字已隐藏]



喜和 <baoliao2019@gmail.com>

---

**Request Attorney Gail to take immediate legal action against Himalaya funds**

**Brad Geyer** <brad@formerfedsgroup.com>　　　　　　　　　　　　　　　　3月4日 周二 23:34
收件人： "喜和" <baoliao2019@gmail.com>

OK. We agree to sever our relationship with you and will not represent you in this new post conviction forfeiture phase.

Our calculation of when claims must be filed is April 6, 2025. You must file a claim on your own by that time or else you lose your money.

VKR/Brad

**Bradford L. Geyer**　　FormerFedsGroup.Com



Mobile: (856) 607-5708
Email: Brad@FormerFedsGroup.com



USA:
141 I Route 130 South, Suite 303
Cinnaminson, NJ 08077 **888-486-FEDS**

*"Surround Yourself With FormerFeds Who Share Your Mission (TM)"*

IMPORTANT: FormerFeds LLC (FormerFedsGroup.Com) now provides law firm services under the supervision of Bradford L. Geyer who is a member of the Pennsylvania and New Jersey Bars. The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

---- On Tue, 04 Mar 2025 09:02:44 -0500 喜和<baoliao2019@gmail.com> wrote ----

[引用文字已隐藏]



喜和 <baoliao2019@gmail.com>

## Request Attorney Gail to take immediate legal action against Himalaya funds

喜和 <baoliao2019@gmail.com>   3月5日 周三 23:02
收件人：Brad Geyer <brad@formerfedsgroup.com>

尊敬的盖特律师，非常感谢你对我发送给你的邮件做了回复。

但是，还有一些分歧或者问题，我必须要做进一步的说明。

首先，关于分歧，或者叫做你我之间不一样的看法或观点。我的原本的意思是彻底取消协议，并且你不能最终收取我的百分之一的服务费。你没有对这一条款做任何解读。根据你之前的协议，即使解除协议，我仍然还需要向你支付百分之一的服务费。我对必须支付的百分之一的服务费不认可！还有就是，我希望你公开地和我解除协议，并且去撤销之前你在法庭的动议。因为这个动议，我承受了巨大的心理压力，精神上也遭受了非常严重的损害。很显然，你没有同意我的建议。如果你继续对法庭发起动议或者通知，我希望你能够把我与你解除协议的过程写在法庭文件里面，原因就是涉嫌第三方的误导和欺骗，你要如实陈述我与你解除协议的原因，并且把我的HID显示在法庭文件里面，用来减弱因为喜马拉雅交易所的动议带给我的负面影响。我和你之间的分歧，我们有时间慢慢解决或者达成一致意见。如果最后不能达成一致意见，我仍然会保留对你和律所发起民事诉讼，去行业部门投诉你，甚至对你和律所进行刑事指控的权利。

还有就是关于你必履行的义务。你是在美国时间的3月4日与我解除的协议。但是，在3月4日之前，如果你使用这个数千人的协议进行了任何关于司法部诉郭案的行动，你必须如实告知我。我能够看到的最近的法庭文件是司法部诉郭案第478号法庭文件，这个文件的日期是2024年11月25日。在2024年11月25日到2025年3月4日之间，如果你使用这几千人的协议进行过任何与司法部诉郭案相关的任何行动，请你如实告知我。如果你对你使用这数千人的协议进行的行动对我有所隐瞒，在将来，我仍然保留对你和律所进行巨额金钱民事诉讼，相关政府监管部门举报，甚至对你和律所进行刑事指控的权利。

非常感谢能够阅读我的邮件。我会用谷翻译把中文翻译成英文发送给你。如果英文翻译有不准确的地方，请你最终参考中文内容。


Dear Attorney Greyer, thank you very much for responding to the email I sent you.

However, there are still some differences or issues that I must further explain.

First, about the differences, or the different views or opinions between you and me. My original meaning was to completely cancel the agreement, and you cannot charge me 1% service fee in the end. You did not interpret this clause in any way. According to your previous agreement, even if the agreement is terminated, I still need to pay you 1% service fee. I do not agree with the 1% service fee that must be paid! In addition, I hope you will publicly terminate the agreement with me and withdraw your previous motion in court. Because of this motion, I have been under great psychological pressure and suffered very serious mental damage. Obviously, you did not agree with my suggestion. If you continue to initiate a motion or notice to the court, I hope you can write the process of my termination of the agreement with you in the court documents, because it is suspected of misleading and deceiving a third party. You must truthfully state the reasons for my termination of the agreement with you, and display my HID in the court documents to reduce the negative impact of the motion of Himalaya Exchange on me. We have time to slowly resolve or reach a consensus on the differences between you and me. If we cannot reach an agreement in the end, I will still reserve the right to initiate civil lawsuits against you and the law firm, complain to the industry department about you, and even bring criminal charges against you and the law firm.

There is also the obligation you must fulfill. You terminated the agreement with me on March 4, US time. However, before March 4, if you used this agreement of thousands of people to take any action related to the Ministry of Justice v. Guo case, you must tell me the truth. The most recent court document I can see is Court Document No. 478 of the Ministry of Justice v. Guo case, which is dated November 25, 2024. Between November 25, 2024 and March 4, 2025, if you used this agreement of thousands of people to take any action related to the Ministry of Justice v. Guo case, please tell me the truth. If you conceal from me the actions you took using this agreement of thousands of people, in the future, I still reserve the right to file a huge civil lawsuit against you and the law firm, report to the relevant government regulatory authorities, and even bring criminal charges against you and the law firm.

Thank you very much for reading my email. I will use Google Translate to translate the Chinese into English and send it to you. If there are any inaccuracies in the English translation, please refer to the Chinese content in the end.
[引用文字已隐藏]

 喜和 <baoliao2019@gmail.com>

## Request Attorney Gail to take immediate legal action against Himalaya funds

**Brad Geyer** <brad@formerfedsgroup.com>  3月6日 周四 02:01
收件人："喜和" <baoliao2019@gmail.com>

No worries.  We no longer represent you.  Good luck. VKR/Brad

**Bradford L. Geyer**   FormerFedsGroup.Com



**Mobile:** (856) 607-5708
**Email:** Brad@FormerFedsGroup.com



**USA:**
141 I Route 130 South, Suite 303
Cinnaminson, NJ 08077 **888-486-FEDS**

*"Surround Yourself With FormerFeds Who Share Your Mission (TM)"*

IMPORTANT: FormerFeds LLC (FormerFedsGroup.Com) now provides law firm services under the supervision of Bradford L. Geyer who is a member of the Pennsylvania and New Jersey Bars. The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

---- On Wed, 05 Mar 2025 10:02:19 -0500 喜和 <**baoliao2019@gmail.com**> wrote ---
[引用文字已隐藏]

 喜和 <baoliao2019@gmail.com>

---

**Request Attorney Gail to take immediate legal action against Himalaya funds**

喜和 <baoliao2019@gmail.com>  3月6日 周四 05:26
收件人：Brad Geyer <brad@formerfedsgroup.com>

Sir, you didnt answer my request or questions
[引用文字已隐藏]

 喜和 <baoliao2019@gmail.com>

## Request Attorney Gail to take immediate legal action against Himalaya funds

**Brad Geyer** <brad@formerfedsgroup.com>  3月6日 周四 08:21
收件人："喜和" <baoliao2019@gmail.com>

No, no action has been taken.  Nor will it be on your behalf.  Since you are no longer represneted by us we can't give you legal advice but rest assured, if we do take action, we will not include you as being among our clients. If we do make a filing, we will do so only after removing your HID# from our list of clients.  So you should not worry.
Very Kind Regards, Brad.

### Bradford L. Geyer   FormerFedsGroup.Com





**Mobile:** (856) 607-5708
**Email:** Brad@FormerFedsGroup.com

**USA:**
141 I Route 130 South, Suite 303
Cinnaminson, NJ 08077 **888-486-FEDS**

*"Surround Yourself With FormerFeds Who Share Your Mission (TM)"*

IMPORTANT: FormerFeds LLC (FormerFedsGroup.Com) now provides law firm services under the supervision of Bradford L. Geyer who is a member of the Pennsylvania and New Jersey Bars. The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

---- On Wed, 05 Mar 2025 16:26:08 -0500 喜和 <**baoliao2019@gmail.com**> wrote ---
[引用文字已隐藏]



喜和 <baoliao2019@gmail.com>

## Request Attorney Gail to take immediate legal action against Himalaya funds

喜和 <baoliao2019@gmail.com>  
收件人：Brad Geyer <brad@formerfedsgroup.com>

3月7日 周五 12:30

尊敬的GREYER律师，感谢你回复我的邮件。

对于你必须履行的义务，感谢你告知我，用我的理解就是，截止你和我终止协议之前，你没有采取任何我能够在法庭文件看到的文件之外的法律行动，非常感谢你对此的回复。

另外，我们之间还有一些分歧，这些分歧不一定能够解决，但是，我仍然希望你能够给出明确回复，谢谢。

关于百分之一的服务费，在之前的协议里面有一个条款，无论你还是我提出终止协议，百分之一的服务费在资金赎回之后仍需支付。我不认可这一条。原因是我之前与你签署的协议有第三方或者多方欺骗和误导了我！希望你能够回复关于服务费的分歧。

还有就是喜马拉雅交易所动议对我造成了非常严重的心理负担，并且对我的精神造成了不可估量的损伤。我希望GREYER律师可以采取一些简单的法律行动能够弥补我遭受的心理负担和精神损伤。你应该在司法部诉郭刑事案件的法庭文件中，明确提及HID：AV84EIY的客户因为代理协议涉嫌误导和欺骗而导致律所和客户的协议终止。我之所以提这样的要求，是因为之前的喜马拉雅交易所法庭动议把我包含在内，确实是对我造成了严重的心理负担和不可估量的精神损伤。

如果GREYER律师能够关于这两个分歧或者叫做问题和我达成一致意见，我本人会放弃未来可能的对你和律所民事诉讼索赔，行业监管部门举报，甚至刑事指控的权利！

能不能达成一致已经，希望GREYER律师给我明确回复。你可以直接拒绝我或者与我协商。

谢谢



Dear Attorney GREYER, thank you for replying to my email.

Thank you for informing me of the obligations you must fulfill. As I understand it, you did not take any legal action other than the documents I can see in the court documents before you and I terminated the agreement. Thank you very much for your reply.

In addition, there are some differences between us, which may not be resolved, but I still hope you can give a clear reply, thank you.

Regarding the 1% service fee, there is a clause in the previous agreement that whether you or I propose to terminate the agreement, the 1% service fee must still be paid after the funds are redeemed. I do not agree with this clause. The reason is that the agreement I signed with you before was deceived and misled by a third party or multiple parties! I hope you can respond to the disagreement about the service fee.

In addition, the motion of Himalaya Exchange has caused me a very serious psychological burden and caused immeasurable damage to my spirit. I hope Attorney GREYER can take some simple legal actions to make up for the psychological burden and mental damage I have suffered. You should clearly mention HID in the court documents of the Ministry of Justice v. Guo criminal case: AV84EIY's client terminated the agreement between the law firm and the client because the agency agreement was suspected of misleading and deceiving. The reason why I made such a request is that the previous Himalaya Exchange court motion included me, which really caused me a serious psychological burden and immeasurable mental damage.

If lawyer GREYER can reach an agreement with me on these two differences or issues, I will personally give up the right to file a civil lawsuit against you and the law firm, report to the industry regulatory authorities, and even criminal charges in the future!

Whether we can reach an agreement, I hope lawyer GREYER will give me a clear reply. You can directly refuse me or negotiate with me.

Thank you

Brad Geyer <brad@formerfedsgroup.com> 于2025年3月6日周四 08:21写道：
[引用文字已隐藏]

 喜和 <baoliao2019@gmail.com>

**Request Attorney Gail to take immediate legal action against Himalaya funds**

**Brad Geyer** <brad@formerfedsgroup.com>  3月8日 周六 05:44
收件人："喜和" <baoliao2019@gmail.com>

We never provided your information or even referenced your name or HID# in any filings so you can rest your mind. I hope that puts your mind at rest.

### Bradford L. Geyer   FormerFedsGroup.Com



**Mobile:** (856) 607-5708
**Email:** Brad@FormerFedsGroup.com



**USA:**
141 I Route 130 South, Suite 303
Cinnaminson, NJ 08077 **888-486-FEDS**

*"Surround Yourself With FormerFeds Who Share Your Mission (TM)"*

IMPORTANT: FormerFeds LLC (FormerFedsGroup.Com) now provides law firm services under the supervision of Bradford L. Geyer who is a member of the Pennsylvania and New Jersey Bars. The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

---- On Thu, 06 Mar 2025 23:30:41 -0500 喜和 **<baoliao2019@gmail.com>** wrote ---
[引用文字已隐藏]



喜和 <baoliao2019@gmail.com>

## Request Attorney Gail to take immediate legal action against Himalaya funds

喜和 <baoliao2019@gmail.com>  
收件人：Brad Geyer <brad@formerfedsgroup.com>

3月9日 周日 06:44

My email was translated using software. If there are any inaccuracies in the translation, please refer to the Chinese content below the English email.


Dear Attorney GREYER, you did not respond to my request seriously at all.

In the previous motion you submitted to the court, Document 185, you represented 3345 Himalaya Exchange customers in court. At this time, I was not included in the 3345 Himalaya Exchange customers because I had not signed the agency agreement at that time.

But in the next Document 212, the number of Himalaya Exchange customers you represented became 5242. At this time, I was included in your agency agreement because I had signed the agency agreement at that time.

After Document 212, I was included in your agency agreement until your motion was rejected by the judge!

Then in Document 478, you initiated a motion again, you represented 5280 Himalaya Exchange customers, and at this time, I was still included in your agency agreement.

Although you did not list the HID of each agent customer in the court documents, it is certain that you did represent me in court until the moment you said you terminated the agreement with me.

However, I signed this agency agreement completely because I was deceived and misled by a third party or multiple parties. Then I made a request to you, asking you to publicly cancel this agency agreement in court. Obviously, you have not met my request so far. I am not only asking for the termination of the agreement, but I am asking you to publicly cancel the agreement in court and put my HID in the court documents. At the same time, you must clearly state in the court documents that the reason for the termination of the agreement is suspected of being misled and deceived by a third party or multiple parties! I made such a request because this motion has caused me a huge psychological burden and immeasurable mental damage!

In addition, as far as I know, there are quite a number of people who signed the agency agreement like me and were completely misled and deceived by a third party or multiple parties!

So far, you have not made any response to my most core request! You have been responding to other content.

Here, I inform you that if you cannot immediately respond positively to my core request, I will do my best to contact a lawyer or directly contact the court to request the dismissal of your 478 motion!


尊敬的GREYER律师，你根本没有认真回应我对你的请求。

之前你给法庭的动议，文件185，你代表了3345喜马拉雅交易所客户出庭。在这个时候，我没有被包含在3345名喜马拉雅交易所客户里面，因为这个时候我还没有签署代理协议。

但是在接下来的文件212，你代理的喜马拉雅交易所客户数量变成了5242。这个时候我就被包含在你的代理协议里面了，因为我在那时候已经签署了代理协议。

在文件212之后，一直到你的动议被法官驳回，我一直被包含在你的代理协议里面！

然后文件478，你再次发起动议，你代表着5280喜马拉雅交易所客户，在这个时候，我仍然被包含在你的代理协议里面。

虽然你没有在法庭文件里面罗列出每一个代理客户的HID,但是确定的是，直到你说和我解除协议的那一刻之前，你在法庭上确实代表着我。

但是，我签署了这个代理协议，完全是被第三方或者多方的欺骗和误导，然后我对你提出要求，要求你要在法庭上公开作废这个代理协议。很显然，到目前为止，你没有满足我的要求。我要求的不仅仅是解除协议，我要求的是你要在法庭公开作废协议，并且把我的HID出现在法庭文件里面，同时你要在法庭文件里面明确说明解除协议的原因是涉嫌第三方或者多方的误导和欺骗！我提这样的请求，是因为这个动议，给我造成了巨大的心理负担和不可估量的精神损害！

另外据我所知，像我一样签署代理协议完全是被第三方或者多方误导和欺骗的人，有相当的数量！

到目前，你没有对我最核心的请求做任何回复！你一直在回复其它的内容。

在此，我通知你，如果你不能立刻对我这个核心的请求做出正面肯定的回应，我会尽我的努力，去联系律师，或者直接联系法庭，要求驳回你的文件478动议！

Brad Geyer <brad@formerfedsgroup.com> 于2025年3月8日周六 05:44写道：
[引用文字已隐藏]



喜和 <baoliao2019@gmail.com>

## Response

**Brad Geyer** <brad@formerfedsgroup.com>  2025年3月12日 12:46
收件人: "\"喜和\"" <baoliao2019@gmail.com>

Your letter is false. The claims I filed were done to prevent from happening what is alleged to have happened.

At this point the only reference to the court has been a good faith estimate of our clients on a certain date. But by the time it was filed, using an authenticated number that had already changed, it had no material connection to your being included or not included.

You are correct about the Court denying our motion. But that process has been concluded now that convictions have been obtained.  That old process is closed.  We are now in a new process known as criminal forfeiture.  You will now need to file your own claim or you will likely lose your investment. You are not on our current list of clients and most certainly not the final list that is submitted to the Court.

Please provide your HID# so I can double check you are not on our list.

VKR/Brad

**Bradford L. Geyer**    FormerFedsGroup.Com



Mobile: (856) 607-5708
Email: Brad@FormerFedsGroup.com



USA:
141 I Route 130 South, Suite 303
Cinnaminson, NJ 08077 **888-486-FEDS**

*"Surround Yourself With FormerFeds Who Share Your Mission (TM)"*

IMPORTANT: FormerFeds LLC (FormerFedsGroup.Com) now provides law firm services under the supervision of Bradford L. Geyer who is a member of the Pennsylvania and New Jersey Bars. The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

---- On Sat, 08 Mar 2025 17:44:36 -0500 喜和 <baoliao2019@gmail.com> wrote ---

My email was translated using software. If there are any inaccuracies in the translation, please refer to the Chinese content below the English email.

 喜和 <baoliao2019@gmail.com>

## Response

喜和 <baoliao2019@gmail.com>　　　　　　　　　　　　　　　　　　　　　　　　　　2025年3月12日 20:51
收件人：Brad Geyer <brad@formerfedsgroup.com>

Attorney Geyer, my HID is: AV84EIY

I signed the agreement completely, 100% under the condition of being misled and deceived! And I know that many people also signed the agreement under the condition of being misled and deceived. Therefore, your agreement has no legal effect! I will definitely file a motion to the court to dismiss your request or motion or notice!

Geyer律师，我的HID：AV84EIY

我完全，百分之百是在被误导和欺骗的情况下才签署的协议！并且我知道，非常多的人也完全是在被误导和欺骗的情况下签署的协议。所以，你这个协议，没有任何法律效力！我一定会给法庭发动议，要求驳回你的请求或者动议或者通知！

Brad Geyer <brad@formerfedsgroup.com> 于2025年3月12日周三 12:46写道：
[引用文字已隐藏]