

**PRYOR CASHMAN LLP**

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569    Tel: 212-421-4100    Fax: 212-326-0806    pryorcashman.com

**Sidhardha Kamaraju**

Direct Tel: 212-326-0895
Direct Fax: 212-326-0806
skamaraju@pryorcashman.com

December 10, 2024

**VIA EMAIL, EX PARTE & UNDER SEAL**

Hon. Analisa Torres
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Guo*, Case No. 1:23-cr-00118 (AT)

Dear Judge Torres:

    We write to request respectfully that the Court terminate Mr. Guo's current counsel and reassign him to the Federal Defenders of New York ("Federal Defenders"), which represented Mr. Guo at presentment. Mr. Guo has informed counsel that he no longer wishes to communicate with or be represented by the trial team and that he does not have the financial resources to retain new counsel. Accordingly, we ask that we be relieved and that the Federal Defenders be re-assigned to represent him. Because this issue deals with matters of Mr. Guo's representation and his relationship with counsel, we have submitted this letter *ex parte* and ask that it be maintained under seal.

        Respectfully submitted,

        _____
        PRYOR CASHMAN LLP
        Sidhardha Kamaraju

        Sabrina P. Shroff
        80 Broad Street, 19th Floor
        New York, NY 10004
        (646) 763-1490
        sabrinashroff@gmail.com



December 10, 2024
Page 2

          E. Scott Schirick
          ALSTON & BIRD LLP
          90 Park Avenue
          New York, NY 10016
          (212) 210-9400
          scott.schirick@alston.com

          *Attorneys for Miles Guo*