UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,
-against-
HO WAN KWOK,
 a/k/a "Miles Guo,"
 a/k/a "Miles Kwok,"
 a/k/a "Guo Wengui,"
 a/k/a "Brother Seven,"
 a/k/a "The Principal,"
KIN MING JE,
 a/k/a "William Je," and
YANPING WANG,
 a/k/a "Yvette,"
 Defendants
Judge Analisa Torres

Case No. 1:23-CR-118-1 (AT)

# The Third letter to interested parties

I once again applied for special permission from the court to allow me to express my appeal in the language of ordinary people. Thank you Judge Torres, thank you court, and thank you great America.
The prosecutor said in file 511 that this case has been delayed for too long, and I agree with this statement. So, I will use complete evidence and logic to speed up the progress of this case and even quickly settle it. I think this is a revelation from God and Jesus Christ. If I am right, all glory belongs to God and Jesus Christ. If I am wrong, I will bear all the consequences myself.

Document 202

Moreover, the Trustee has recently learned that a prominent supporter of the Debtor nicknamed "Little Sarah"–who, among other things, has referred to Mr. Kwok as "Uncle Guo," has dined with him at his luxury New York City apartment, has sailed on one of his yachts, and participated in the protests–used her social media account to introduce investors in the Himalaya Exchange to Mr. Geyer so he could seek purported relief on their behalf in exchange for a one percent commission on fees recovered.8 As noted above, this tactic and practice of Mr. Kwok's followers mobilizing as purported claimants is one Defendant Kwok has employed, and the Trustee has seen, before.

Document 7
Despite this injunction, obstruction of Kwok's bankruptcy proceeding has continued. Two days after the preliminary injunction was issued, on January 11, 2023, on his Gettr page, Kwok encouraged his followers to flood the bankruptcy docket with claims (regardless of their merit). By so doing, Kwok sought to force the Trustee to incur unnecessary costs and expense as well as obstruct the proceedings.14 On January 23, 2023, Kwok posted a video on Getter in which he encouraged more of the same, and revealed the purpose of the filings was to obstruct the bankruptcy court and cause unnecessary expenses for the Trustee:
  "All of you go to the bankruptcy court . . . Let the attorney's fees of trustee accumulate to 1 trillion if possible."
  "Think about it, $1,860 an hour as the attorney's fees. How much attorney fees is it after you all registered? How good is that!"

Document 388

IV. Farm Leaders
The Government further seeks to admit statements of several leaders of the Himalaya Farm Alliance: David Dai, Xia Qidong, Sara Wei, and Zhang Yongbing.
There is sufficient evidence to find that each of these individuals were members of the conspiracies related to the Farms. Dai was the leader of the Farm based in the United Kingdom. Tr. at 384:24-25. Xia served as the leader of the Mountain of Spices ("MOS") Farm and as the Alliance secretary. Id. at 1373:19-1347:8, 1387:10-18. Wei led the Phoenix Farm. Id. at 2500:18-19. And, Zhang was the "legal group leader" of the Mountain of Spices Farm and a member of the Iron Blood Group.4
 Id. at 2403:3-15.5

Guo selected each of these individuals to lead their respective Farms and in turn, they carried out his instructions in managing the Alliance.

This is a complete chain of evidence, and file 388 is a court order. The part that references file 7 describes the registration of thousands of creditors, and the part that references file 282 is the registration of thousands of customers of Himalaya Exchange. File 388 references the part of the court order about Himalaya Alliance and the farm.

This complete chain of evidence shows that the registration of creditors and the registration of customers of Himalaya Exchange are suspected of serious conspiracy crimes! And the people who represented these two registration agreements are Luc and Geyer in the court. I even have reason to suspect that Luc and Geyer are suspected of conspiracy!

After seeing the complete evidence I provided, please reply to me immediately and explain to me why two agreements suspected of serious conspiracy crimes appeared in the court! The prosecutor initiated the motion of file 382, and then the court passed and issued the order of file 388. Did the prosecutor forget it? I ask the prosecutor to give me an explanation immediately! And I ask the prosecutor to open a criminal investigation against Luc and Geyer!

The following is my logical reasoning!
The evidence I showed above should cause Luc and Geyer to leave the court! And the creditor registration and Himalaya Exchange customer registration in court have been suspected of serious violations and can no longer be used as possible or potential victims!

Document 242

PRELIMINARY STATEMENT
On January 3, 2024, a grand jury returned Superseding Indictment S2 23 Cr. 118 (AT),
ECF No. 215 ("Indictment"). That Indictment charged Ho Wan Kwok, Yanping Wang, and Kin Ming Je with a series of fraud and money laundering offenses for their acts in defrauding more than 1,000 victims out of more than $1 billion. The Indictment also charged the defendants with conspiring to violate the Racketeer Influenced and Corrupt Organizations Act ("RICO") by conspiring to establish, and operate, an enterprise in furtherance of several fraud and money laundering crimes.

Document 10-1

Upon the motion of the United States of America dated March 20, 2023, it isfound
that: (a) there are thousands of potential victims in this case; (b) there may be thousands of additional potential victims who have not yet been identified by the Government, and no readily available compilation of such individuals and entities, and (c) it is impracticable to accord all of the potential victims the rights described in Title 18, United States Code, Section 3771(a).

Next, I will ask the prosecutors to explain to me who the two thousands of known victims in File 242 and File 10-1 are! I will remind the prosecutors by the way that the creditor registration and the Himalaya Exchange customer registration are suspected of serious violations of the law! I hope that the prosecutors can give me a perfect explanation for File 242 and File 10-1! I will ask the prosecutors to announce the victims who opened this criminal case, that is, who the original reporter is! If the original victims of the report are the creditor registration and GTV investors, this is very interesting! The creditor registration is seriously suspected of conspiracy, GTV has reached a settlement with the SEC, and the jury has ruled that GTV is not guilty! If the original victims of the prosecutors' report are the creditor registration and GTV investors, this means that there is no legal basis for this case at all! This case is suspected of serious procedural injustice and should be withdrawn!

In this letter, I openly call on all independent stakeholders in this case, whether you support Guo Wengui or oppose Guo Wengui, as long as you have a claim to redeem your funds, you should support my suggestion! Because this is the fastest way for all of you who have a claim to redeem your funds!
I also want to severely criticize the prosecutors here. In all the court documents, the prosecutors have never made it clear who the real victims are! The prosecutors are best at pretending not to know and pretending not to be clear! If any of you want to redeem your funds quickly, you should support me and expel the suspicious Luc and Geyer from the court according to the order of file 388! Then let the prosecutors publish the list of victims in the original report! If everything is as I guessed, this case will be settled quickly, and all of your money can be redeemed quickly! Facts have proved that the prosecutors' way to convict Guo Wengui is very difficult and far away! People who support Guo Wengui, you should support me, because if the case is withdrawn, your seventh brother can be released from prison. Those who oppose Guo Wengui and want to redeem their funds should also support me, because this is the fastest way for you to redeem your funds! Those who want to convict Guo Wengui, you can report Guo Wengui again and file a criminal case.

I am involved in this criminal case with a completely neutral attitude. I will never be a victim of Guo Wengui. I want to protect my $20,000 from being illegally taken away by others. I also once again made it clear to the Chinese government and the Communist Party of China that I will no longer attack the Chinese government and the Communist I am involved in this criminal case with a completely neutral attitude. I will never be a victim of Guo Wengui. I want to protect my $20,000 from being illegally taken away by others. I also once again made it clear to the Chinese government and the Communist Party of China that I will no longer attack the Chinese government and the Communist Party of China. I am just an ordinary grassroots person. Most of my prejudice against the Communist Party of China comes from the family planning policy. I just want to live this ordinary life as an ordinary person.comes from the family planning policy. I just want to live this ordinary life as an ordinary person.

Sincerely

Chunk Chyi

*Chunk Chyi*

baoliao2019@gmail.com
Building 1, Yard 4, South
Third Ring Road West,
Fengtai District,
Beijing, China
https://x.com/baoliaogeming?s=09
86-10-67526666
March 30, 2025