UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,
 –against
HO WAN KWOK,
 a/k/a "Miles Guo,"
 a/k/a "Miles Kwok,"
a/k/a "Guo Wengui,"
a/k/a "Brother Seven,"
 a/k/a "The Principal,"
KIN MING JE, a/k/a
"William Je,"
Case No. 1:23–cr–00118–AT

MOTION  TO UNSEAL

Your Honor,

I, Bei Bei Zhu (Screen Name: Weiwei) Code in Himalaya Exchange
HID: 2R5RWN2.
Request the court to unseal the list of victims.
According of Case 1:23–cr–00118–AT Document 10 Filed 03/20/23
"I. Applicable Law The Justice for All Act of 2004 (the "Act") expanded the rights of victims in
federal criminal proceedings and established certain requirements concerning the Government's
notification of victims. See 18 U.S.C. § 3771(a). The Act provides that crime victims have the
following rights, among others: (1) the right to be reasonably protected from the accused; (2) the
right to reasonable, accurate, and timely notice of any public court proceeding, or parole
proceeding, involving the crime, and timely notice of the release of the defendant; (3) the right not
to be excluded from any such public court proceeding, unless the Court, after receiving clear and
convincing evidence, determines that testimony by the victim would be materially altered if the
victim heard other testimony at that proceeding; (4) the right to be reasonably heard at any public
proceeding in the district court involving release, plea, sentencing, or any parole proceeding; (5) the
reasonable right to confer with the attorney for the Government in the case; (6) the right to full and
timely restitution as provided in law; (7) the right to proceedings free from unreasonable delay; (8)
the right to be treated with fairness and with respect for the victim's dignity and privacy; (9) the
right to be informed in a timely manner of any plea bargain or deferred prosecution agreement; and
(10) the right to be informed of these rights. "
Me and other Himalaya Exchange customers have never received a victim
notification, Never been told. Himalayas Alliance's leader and Famer told his
comrades that he collected HIDs to sue the Government because the government
closed the Himalaya Exchange. I  want to know if my HID appears in the victim list?
If the victim is not notified or Miles Guo'supporters are misled into becoming
victims,this is not Allowed by the court. So the list of victims is the key to this case.

Please unseal list of victims.

Bei Bei Zhu

beibeizhu2018@gmail.com

Cherry Blossom Road, Xi, a City

Shaanxi Province

19802907101