UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,
 –against
HO WAN KWOK,
 a/k/a "Miles Guo,"
 a/k/a "Miles Kwok,"
a/k/a "Guo Wengui,"
a/k/a "Brother Seven,"
 a/k/a "The Principal,"
KIN MING JE, a/k/a
"William Je,"
and
YANPING WANG,
a/k/a "Yvette,"
Case No. 1:23–cr–00118–AT

## Submission of Evidence in support of Miles Guo

Your Honor,

Considering that Yanping Wang plea agreement with the prosecution on May 3, 2024 as a factor that led to Miles Guo conviction by the jury, the following video Evidence was submitted.
In the video,In a social media interview, Yanping Wang said that she is a steadfast Member of the Communist Party of China.
It is well known that Miles Guo persecuted by the Communist Party of China.
This video was taken from an interview with Yanping Wang by Mingjing Radio on September 5,2017. Sourced from YouTube.
Did the prosecutor inform the jurors of this information?

Because my native language is Chinese, the original Chinese text is attached.

法官大人

考虑到2024年5月3日，王雁平与检方达成的认罪协议是导致郭文贵先生被陪审团定罪的影响因素之一，提交以下影片做为证据。
在这支影片里，王雁平说她是一个坚定的共产党员。
众所周知，郭文贵受到中共打迫害。
这支影片截取于2017年9月5日，明镜媒体采访王雁平的节目，来源于Youtube。

Sincerely

Bei Bei Zhu

*Zhu Beibei*

beibeizhu2018@gmail.com

Cherry Blossom Road, Xi, a City

Shaanxi Province

19802907101