UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,
-againstHO WAN KWOK,
 a/k/a "Miles Guo,"
 a/k/a "Miles Kwok,"
 a/k/a "Guo Wengui,"
 a/k/a "Brother Seven,"
 a/k/a "The Principal,"
KIN MING JE,
 a/k/a "William Je," and
YANPING WANG,
 a/k/a "Yvette,"
 Defendants
Judge Analisa Torres

Case No. 1:23-CR-118-1 (AT)

# MY LETTER TO GEYER

Lawyer Geyer, I am Chunk Chyi, my HID: AV84EIY. The content of the previous emails between you and me has been uploaded to file 517. Here, I will write you another open letter.

In the Himalaya Exchange Customer Agency Agreement, you clearly wrote that these customers are not victims of Guo Wengui, but victims of the Ministry of Justice. A considerable part or most of the customers who signed the agreement with you signed the agreement because they believed in the Himalaya Alliance and the Himalaya Farm. But all of us were deceived and misled by the Himalaya Alliance and the Himalaya Farm. The main deception and misleading include two aspects.
1. The Himalaya Alliance and the Himalaya Farm clearly stated in the announcement of the alliance and the farm that the signing of the agreement was to prove that these customers were real customers of the Himalaya Exchange.
2. The Himalaya Alliance and the Himalaya Farm said that the signing of the agreement was to initiate a class action lawsuit to redeem the funds seized by the Ministry of Justice.
These two aspects of deception and misleading are absolutely facts that have been sent. The traces on the online community cannot be completely erased! The prosecutors' indictment clearly states that Miles Guo and William Je, in conjunction with other known and unknown persons, conspired to defraud thousands of victims, including victims in the Southern District of New York, of approximately $1 billion. Miles Guo and William Je and their co-conspirators used Guo's massive online activities and hundreds of thousands of online followers to solicit investments in various entities and projects by promising huge financial returns and other benefits. This means that in the eyes of the prosecutors, all investors involved in Guo Wengui's entities are victims!

You wrote it very beautifully in the agreement, but in the eyes of the prosecutors or from a judicial perspective, the thousands of clients you represented are victims of Guo Wengui! If you had not appeared in court, these thousands of Himalaya Exchange clients would at most be unconfirmed victims in the eyes of the Department of Justice. But after you went to court with these thousands of Himalaya Exchange clients who had been verified by encrypted HID codes, in the eyes of the prosecutors, these thousands of Himalaya Exchange clients were verified victims of Guo Wengui! Although you, Geyer, have said many times that these thousands of Himalaya Exchange customers are not victims of Guo Wengui, that is just the agreement. From the perspective of the prosecution and the judiciary, these are victims, and because of your appearance in the court, these thousands of Himalaya Exchange customers have become verified victims! Although you, Geyer, and the prosecution did not point out that these thousands of Himalaya Exchange customers are victims of Guo Wengui, in fact, the role of this agency agreement is to make the court or people outside the court think that these are or may be victims of Guo Wengui. The logic is very simple. If they are not victims, why come to the court to redeem funds? If you, Geyer, really think that these thousands of Himalaya Exchange customers are victims of the Ministry of Justice, why don't you sue the Ministry of Justice directly? Why do you initiate a redemption of funds in the criminal case?
In the view of the prosecution, some victims have been confirmed and registered through the victim notification procedures of Documents 10-1 and 11. Some victims have not been confirmed, some victims may have been confirmed but not registered, some victims do not know that they are victims at all, and some victims do not admit that they are victims at all.
According to my current understanding, the prosecutors believe that all of Guo Wengui's followers who participated in the investment are victims! If you don't want to be a victim, there is only one possibility, that is to stand with Guo Wengui and defeat the prosecutors in court! Why do these Himalaya customers have to go through your Geyer's agency agreement? These Himalaya Exchange customers can just like me, come to Se through self-prosecution Pro Se, and express their demands! Going to court through Pro Se, you can ask for redemption of funds to become a victim in the eyes of the prosecutors, or you can fight the prosecutors without admitting that you are a victim, and stand with Guo Wengui to defeat the prosecutors!

You Geyer have no professional ethics. You said it very beautifully in your agreement, but what you did was very dirty! When I communicated with you in the email, you didn't answer my questions directly at all! That's why I came to the court to request the cancellation of the agreement and ask the court to expel you!

I hope Geyer will reply to me as soon as possible after seeing my letter!

Sincerely

Chunk Chyi

baoliao2019@gmail.com
Building 1, Yard 4, South Third Ring Road West, Fengtai District, Beijing, China
https://x.com/baoliaogeming?s=O9
86-10-67526666
April 03   2025