UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,
-against-
HO WAN KWOK,
  a/k/a "Miles Guo,"
  a/k/a "Miles Kwok,"
  a/k/a "Guo Wengui,"
  a/k/a "Brother Seven,"
  a/k/a "The Principal,"
KIN MING JE,
  a/k/a "William Je," and
YANPING WANG,
  a/k/a "Yvette,"
  Defendants
Judge Analisa Torres

Case No. 1:23-CR-118-1 (AT)

# The fourth letter to related parties

I want to say to the prosecutors, please clearly respond to the questions and demands of the prosecutors in my previous court documents! In two years, the prosecutors have not made it clear who the victims are. The prosecutors have spent a lot of money from American taxpayers, but they can't make it clear who the victims are? Who are the known victims, who are the unknown victims, who are the victims registered through documents 10-1 and 11, can the prosecutors explain to the relevant parties?

Mr. Geyer, why don't you respond to my motion to void the agreement? Why don't you respond to my motion to expel you?

Mr. Luc, why don't you explain the questions I raised about you? Mr. Luc represents thousands of creditors, why don't you come to court to redeem the funds involved in the case that may include thousands of creditors? Follow up on document 388, Mr. Luc may also be suspected of conspiracy, why doesn't Mr. Luc respond to me to explain?

The prosecutors' several versions of the indictment, the part I want to quote, are almost exactly the same. I will use ordinary people's language to explain who is the victim in the eyes of the prosecutors. According to the prosecution's indictment, Guo Wengui has hundreds of thousands of online followers, and thousands of people have invested in the entities initiated by Guo Wengui. These thousands of people are victims in the eyes of the prosecution! And all these victims are from Guo Wengui's followers! The logic is very simple. People who do not believe in or oppose Guo Wengui will not invest their own money in the entities initiated by Guo Wengui! And all investors will be reviewed by Guo Wengui himself or the Himalayan Farm of the Himalayan Alliance! To put it in the simplest terms, all these victims come from Guo Wengui's supporters. Even those who lurk in the group of Guo Wengui's supporters must shout to support Guo Wengui, otherwise, they are not qualified to participate in the entity initiated by Guo Wengui!

As this criminal case progresses to this day, many of Guo Wengui's supporters are still emphasizing that you are not Guo Wengui's victims. However, in the eyes of the prosecution, you are Guo Wengui's victims. Thousands of customers of Himalaya Exchange represented by Geyer came to court. No matter how Geyer clearly stated in the motion that these thousands of customers were not victims of Guo Wengui, but victims of the Ministry of Justice, no matter how much he said, it would not work. In the eyes of the prosecutors, these customers are victims of Guo Wengui! This is the law! Please respect the law, Guo Wengui supporters outside the court! All those who participated in investing in the entities initiated by Guo Wengui are victims of Guo Wengui in the eyes of the prosecutors! Even if you do not admit that you are a victim, it will not work. The prosecutors can consider you as a victim of a criminal case who does not admit that you are a victim of Guo Wengui, or the prosecutors can consider you as a victim of a criminal case who has not yet realized that you are a victim of Guo Wengui. If you never want to be a victim of Guo Wengui, you should consider coming to court through a self-prosecution Pro Se, fight with your seventh brother, and defeat the prosecutors, so that you will not become a victim!

In this letter, I want to focus on explaining the prosecutor's document 10-1

The prosecutors said that a there are thousands of potential victims in this case, and b there may be thousands of victims who have not yet been confirmed by the government. The prosecutors seem to be saying that thousands of victims have been confirmed by the government, but there are thousands of victims who have not been confirmed. The purpose of this document 10-1 is to initiate the victim notification process.

Document 10-1, it has been two years. How many verified victims have the prosecutors counted through the victim notification process? Why don't the prosecutors update the number of verified victims? Geyer came to the court and updated the number of customers who signed the fund redemption agreement several times. However, the prosecutors have not announced the number of verified victims so far! I don't know if the prosecutors have the right not to announce the number of victims counted. However, if the stakeholders have publicly questioned the prosecutors, I don't know if the prosecutors still have the right not to announce the number of victims counted! I question the prosecutors again here, please announce the number of verified victims counted through the document 10-1 process in the past two years!

I know that some or many people have registered as victims through the victim statistics link published by the prosecutors. I want to say to these registered victims, do the prosecutors respect you? You have registered as a real victim, have the prosecutors counted you as a victim? You should join me in questioning the prosecutors, whether you are included in the number of victims! As real victims, you also have the right to know!
In addition, I would like to remind you that the agreement you signed with Geyer is the biggest authorization, which means that if Geyer secretly registers you as Guo Wengui's victims, it is also legal. However, in the case of many people's doubts, Geyer seems to have made it clear that this agreement cannot be used by the prosecutors to verify the victims. Maybe my statement is not accurate, but it is roughly this meaning. The question Geyer raised before was whether these thousands of Himalaya Exchange customers were used as Guo Wengui's victims.

I know that among the victims, there may be some people who lurked in the community of Guo Wengui supporters in advance. I sincerely wish you success and heavy sentence for Guo Wengui.

Or those who are not lurking in the community of Guo Wengui supporters, you did believe in Guo Wengui before, but later you don't believe it. If your core demand is to heavy sentence Guo Wengui, I also wish you success.

I especially want to say to the victims whose core demand is to redeem their funds that you don't necessarily have to severely sentence Guo Wengui to redeem your funds! You can refer to document 522, the speculation that the case was dropped due to procedural injustice mentioned in my third letter to the relevant parties. The prosecutors want to sentence Guo Wengui, which will definitely be difficult, and more and more people will stand up to oppose it! The most important point is that I used the court order of document 388 to question whether Geyer and Luc are possible suspected accomplices! This document 388 was written by the prosecutors themselves, and then approved by the judge. Don't you think it's ironic that you put your hopes of redeeming funds on the prosecutors who turned a blind eye to the possible suspected accomplices in court?
All the questions I raised to the prosecutors, including questioning Geyer as a possible suspected accomplice, including asking the prosecutors to explain who the thousands of victims are, in short, I directly questioned the prosecutors' content. So far, the prosecutors have not responded directly to me! You victims who just want to redeem your funds, I hope you will seriously consider the suggestions I gave you.

I would also like to say a few words to the Himalayan Alliance and Himalayan Farm outside the court. Please stop encouraging people to fill out forms and register. This is all in vain. Under the court order of Document 388, all your acts of agitation, organization and propaganda are suspected of conspiracy to commit a crime. Even if you have completed the forms, registration and agreement, I will apply to the court to invalidate them using Document 388!

Sincerely

Chunk Chyi

*[signature]*

baoliao2019@gmail.com
Building 1, Yard 4, South Third Ring Road West,
Fengtai District,
Beijing, China
https://x.com/baoliaogeming?s=09
86-10-67526666

April 03   2025