UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,
-against-
HO WAN KWOK,
 a/k/a "Miles Guo,"
 a/k/a "Miles Kwui,"
 a/k/a "Guo Wengui,"
 a/k/a "Brother Seven,"
 a/k/a "The Principal,"
KIN MING JE,
 a/k/a "William Je," and
YANPING WANG,
 a/k/a "Yvette,"
 Defendants
Judge Analisa Torres

Case No. 1:23-CR-118-1 (AT)

# Letter to all victims

Document 001

From at least in or about 2018 through at least in or about March 2023, HO WAN KWOK, a/k/a "Miles Guo J a/k/a "Miles Kwok J a/k/a "Guo Wengui," a/k/a "Brother Seven" a/k/a "The Principal"and KIN MING JE, a/k/a "William Je"the defendants, and others known and unknown, conspired to defraud thousands of victims of more than approximately $1 billion, including victims located in the Southern District of New York.

HO WAN KWOK, a/k/a "Miles Guo." a/k/a "Miles Kwok"a/k/a "Guo Wengui" a/k/a "Brother Seven/" a/k/a "The Principal," and KIN MING JE, a/k/a "William Je," the defendants, and their co-conspirators, took advantage of KWOK's prolific online presence and hundreds of thousands of online followers to solicit investments in various entities and programs by promising outsized financial returns and other benefits.

Document10-1

Upon the motion of the United States of America dated March 20, 2023, it isfound that: (a) there are thousands of potential victims in this case; (b) there may be thousands of additional potential victims who have not yet been identified by the Government, and no readily available compilation of such individuals and entities, and (c) it is impracticable to accord all of the potential victims the rights described in Title 18, United States Code, Section 3771(a).

The parts I want to quote from the prosecution's several versions of the indictment are almost identical. I will use ordinary people's language to explain who is the victim in the eyes of the prosecution. According to the prosecution's indictment, Guo Wengui has hundreds of thousands of online followers, and thousands of people have participated in investing in the entities initiated by Guo Wengui. These thousands of people are victims in the eyes of the prosecution! And all these victims are from Guo Wengui's followers! The logic is very simple. People who do not believe in or oppose Guo Wengui will not invest their own money in the entities initiated by Guo Wengui! And all investors will be reviewed by Guo Wengui himself or the Himalayan Farm of the Himalayan Alliance! To put it in the simplest terms, all these victims are from Guo Wengui's supporters. Even those who lurk in the group of Guo Wengui's supporters must shout to support Guo Wengui, otherwise, they are not qualified to participate in the entity initiated by Guo Wengui!

As this criminal case progresses to this day, many of Guo Wengui's supporters are still emphasizing that you are not Guo Wengui's victims. However, in the eyes of the prosecution, you are Guo Wengui's victims. Thousands of customers of Himalaya Exchange represented by Geyer came to the court. No matter how Geyer clearly stated in the motion that these thousands of customers were not victims of Guo Wengui, but victims of the Ministry of Justice, no matter how much he said, it would not work. In the eyes of the prosecutors, these customers are victims of Guo Wengui! This is the law! Please respect the law, Guo Wengui supporters outside the court! All those who participated in investing in the entities initiated by Guo Wengui are victims of Guo Wengui in the eyes of the prosecutors! Even if you do not admit that you are a victim , it will not work. The prosecutors can consider you as a victim of a criminal case who does not admit that you are a victim of Guo Wengui, or the prosecutors can consider you as a victim of a criminal case who has not yet realized that you are a victim of Guo Wengui.

In this letter, I want to focus on explaining the prosecutor's document 10-1

The prosecutors said that a there are thousands of potential victims in this case, and b there may be thousands of victims who have not been confirmed by the government. The prosecutors seem to mean that thousands of victims have been confirmed by the government, but there are still thousands of victims who have not been confirmed. The purpose of this document 10-1 is to initiate the victim notification procedure.

Document 10-1, it has been two years. How many verified victims have been counted by the prosecution through the victim notification procedure? Why don't the prosecution update the number of verified victims ? Geyer came to the court and updated the number of customers who signed the fund redemption agreement several times. However, the prosecution has not announced the number of verified victims so far! I don't know if the prosecution has the right not to announce the number of victims counted. However, if the stakeholders have publicly questioned the prosecution, I don't know if the prosecution still has the right not to announce the number of victims counted! I question the prosecution again here, please announce the number of verified victims counted through the document 10-1 procedure in the past two years!
This letter is written to the victims.
I know that some people or quite a few people have registered as victims through the victim statistics link published by the prosecution. I want to say to these registered victims, does the prosecution respect you? You have registered as a real victim. Has the prosecution counted you as a victim? You should question the prosecution with me, whether you have been counted as a victim! As a real victim, you also have the right to know!

This letter is for the victims. I know that some or quite a few people have registered as victims through the victim statistics link published by the prosecution. I want to say to these registered victims, has the prosecution respected you? You have registered as a real victim, has the prosecution counted you as a victim? You should question the prosecution with me, whether you have been counted as a victim! As a real victim, you also have the right to know! In addition, I would like to remind you that the agreement you signed with Geyer is the biggest authorization, which means that if Geyer secretly registers you as a victim of Guo Wengui, it is also legal. However, in the case of many people questioning, Geyer seems to have made it clear that this agreement cannot be used by the prosecution to verify the victim. Maybe my statement is not accurate, but it is roughly this meaning. The question Geyer raised before was whether these thousands of Himalaya Exchange customers were used as victims of Guo Wengui.

I know that among the victims, there may be some people who lurked in the community of Guo Wengui supporters in advance. I sincerely wish you success and heavy sentence for Guo Wengui.

Or those who are not lurking in the community of Guo Wengui supporters, you did believe in Guo Wengui before, but then you don't believe it anymore. If your core demand is to severely sentence Guo Wengui, I also wish you success.

I especially want to say to those victims whose core demand is to redeem funds that your way to redeem funds does not necessarily have to severely sentence Guo Wengui to give Guo Wengui a sentence! You can refer to document 522, the speculation that the case was withdrawn due to procedural injustice mentioned in my third letter to the relevant parties. The prosecutor wants to sentence Guo Wengui, which will definitely be difficult, and more and more people will stand up to oppose it! The most important point is that I used the court order of document 388 to question whether Geyer and Luc are possible suspected accomplices! This document 388 was written by the prosecutor himself, and then approved by the judge. Don't you think it's ironic that you put your hopes of redeeming funds on the prosecutor who turned a blind eye to the possible suspected accomplices in court?
I have directly questioned the prosecutors about all their questions, including questioning whether Geyer is a possible accomplice, and asking the prosecutors to explain who the thousands of victims are. So far, the prosecutors have not responded directly to me! I hope that you, the victims who just want to redeem your funds, will seriously consider my suggestions.

I would also like to say a few words to the Himalayan Alliance Himalayan Farm outside the court. You should stop encouraging people to fill out forms and register. This is all useless. Under the court order of Document 388, all your acts of agitation, organization and propaganda are suspected of conspiracy. Even if you have completed the form filling, registration and agreement, I will apply to the court to invalidate it with Document 388!

Summary

I want to say to all victims or potential victims or potential victims who do not admit that they are victims that there are too many abnormalities in this case! You should go to court in person and voice your demands and questions! You can do what I did, represent yourself, and express your demands through the Pro Se procedure. You don't necessarily have to let others represent you. In this criminal case, we, the majority, are the real parties involved! We cannot be represented by the minority!

Sincerely

Chunk Chyi

*[signature]*

baoliao2019@gmail.com
Building 1, Yard 4, South Third Ring Road West,
Fengtai District,
Beijing, China
https://x.com/baoliaogeming?s=09
86-10-67526666

April 02   2025