IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Complainant<br><br>-v-<br><br>HO WAN KWOK, a/k/a "Miles Guo," "Miles Kwok," "Guo Wengui," "Brother Seven," or "The Principal,"<br><br>and<br><br>KIN MING JE, a/k/a "William Je,"<br><br>and<br><br>YANPING WANG, a/k/a "Yvette,"<br><br>Defendants. | Criminal No.: 23-cr-118 (AT)<br><br>PRO SE MOTION TO INTERVENE AND REQUEST FOR REDACTION<br><br>Assigned to the Honorable U.S. District Court Judge Analisa Torres, Presiding Judge |

To the Honorable Judge Analisa Torres:

My name is **Carolyn Sun**, and I respectfully move this Court to grant me the right to intervene **pro se** in the above-captioned case pursuant to Rule 24 of the Federal Rules of Civil Procedure.

## I. Statement of Interest

I am a customer of **G Fashion** and **G Club**, which have been publicly identified in connection with the alleged fraudulent schemes under investigation in this case. As a customer, I have a direct financial and legal interest in the outcome of this case. As such, I am a concerned stakeholder who wishes to protect my rights and engage meaningfully in this case.

## II. Purpose of Intervention

I am seeking to intervene to:

- File motions or letters with the Court as necessary to raise issues that impact customers of G Fashion and G Club;
- Protect any legal claims I may have to assets, restitution, or related proceedings;
- Communicate with the Court on matters relevant to my interests and concerns.

I do not intend to delay the proceedings or alter the direction of the case. Rather, I seek an active role in order to advocate for myself and potentially other similarly affected individuals.

## III. Legal Justification

Pursuant to **Rule 24(a)**, intervention as of right is appropriate because:

- This motion is timely and does not prejudice the existing proceedings;
- I have a substantial interest in the outcome of this case;
- No current party adequately represents my interests, particularly as a customer of implicated entities.

Alternatively, under **Rule 24(b)**, permissive intervention is appropriate due to the overlap of factual and legal issues between my position and the subject matter of the case.

## IV. Request for Redaction

For reasons of personal safety and privacy, I respectfully request that the Court permit the redaction of my **email address, mailing address, and telephone number** from the publicly filed version of this motion.

Should the Court require it, I am willing to provide full contact information under seal for use by the Court and relevant parties.

## V. Relief Requested

Therefore, I respectfully request that the Court:

1. Grant my motion to intervene as a **pro se party**;
2. Recognize my standing to submit motions, letters, or other filings to the Court as appropriate;
3. Approve my request to redact personal contact information from the public record;
4. Grant any other relief the Court deems just and proper.

## VI. Declaration

I, **Carolyn Sun**, declare under penalty of perjury that the statements made in this motion are true and correct to the best of my knowledge.

Date: 04/03/2025
Respectfully submitted,
**Carolyn Sun**

Mailing address: 6291 Thorne Ave, Burnaby, BC, Canada, V3N 2V2
Phone number: 1-647-953-1814
Email: c58724789@gmail.com