IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Complainant<br><br>-v-<br><br>HO WAN KWOK, a/k/a "Miles Guo," "Miles Kwok," "Guo Wengui," "Brother Seven," or "The Principal,"<br><br>and<br><br>KIN MING JE, a/k/a "William Je,"<br><br>and<br><br>YANPING WANG, a/k/a "Yvette,"<br><br>Defendants. | Criminal No.: 23-cr-118 (AT)<br><br>Personal Statement as a Customer of G Club and G Fashion<br><br>Assigned to the Honorable U.S. District Court Judge Analisa Torres, Presiding Judge |

Dear Judge Torres,

I am writing as a former customer who purchased G Fashion products and G Club membership for personal use. I had no role in the management, promotion, or financial operations of the defendant's businesses. I understand from the Government's recent filing dated March 25, 2025, that individuals such as myself may be classified as victims of the alleged fraud. I respectfully submit this letter to share my personal experience and perspective.

In my interactions with the two entities above, I did not experience any deliberate deception or financial loss. I engaged in transactions voluntarily and, based on the information available to me at the time, felt that I received fair value. As such, I do not personally identify with the category of individuals described in the Government's filing as having been defrauded or emotionally harmed.

I am also aware that the Government has described two groups of individuals: one that believes it was defrauded, and another that does not. I fall into the second group—not out of complicity or disinformation—but because my lived experience simply does not align with the allegations. I believe it is important to acknowledge the diversity of perspectives among those who interacted with businesses that the defendants allegedly initiated.

While I fully respect the court's process and the seriousness of the case, I believe my viewpoint may provide helpful context in understanding the broader range of individual experiences. My intent is not to dispute any of the court's decisions, but to request the prosecution to clarify the definition of victims, which will be important to ensure that any future restitution is transparent and fair.

Thank you for allowing me to submit this statement.

Respectfully,
**Carolyn Sun**

Mailing address: 6291 Thorne Ave, Burnaby, BC, Canada, V3N 2V2
Phone number: 647-953-1814
Email: c58724789@gmail.com