# Exhibit D

# Wire Information