USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/4/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MILES GUO, KIN MING JE,
and YVETTE WANG,

                              Defendants.

23 Cr. 118 (AT)

**ORDER REGARDING**
**LETTERS AND MOTIONS**
**FROM NONPARTIES**

ANALISA TORRES, District Judge:

      By order dated April 3, 2025, the Court explained the limited circumstances in which a nonparty may file a letter, motion, or other filing in a criminal case. ECF No. 528. The Court discussed specific filings by individuals who have identified themselves as Chunk Chyi and Bei Bei Zhu. *Id.* The Court explained why these individuals' filings were improper and, in some instances, could be construed as threatening, harassing, or—at a minimum—vexatious. *See id.* The Court advised that further improper filings could subject the filers to a permanent filing injunction. *See id.*

      In the twenty-four hours since the Court's order was docketed, Chunk Chyi and Bei Bei Zhu have filed six additional improper filings. *See* ECF Nos. 553–57, 582. Accordingly, the Court finds that Chunk Chyi and Bei Bei Zhu are vexatious nonparties who have abused the public's right of access to the Court in clear violation of Court orders. The Court **ORDERS** that any further filing by Chunk Chyi or Bei Bei Zhu, or any aliases or representatives thereof, shall be screened and docketed only if the Court determines that the filing is made in accordance with applicable court rules, in good faith, and with a proper basis under the law.

      The requests filed by nonparty Carolyn Sun at ECF Nos. 559 and 568 are **DENIED** for the reasons stated in the Court's April 3 order.

      The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 519, 557, 559, and 582.

      SO ORDERED.

Dated: April 4, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge