**A statement from Taiwan's G-series investors**

**pu** 
Thu, 03 Apr 2025 9:31:56 AM -0400

To  "Brad" <Brad@formerfedsgroup.com>

Dear Attorney Bradford L. Geye,
Greetings to you.
I am a Taiwanese citizen named ████████, with passport ID ████████ . I am also
an investor in the G-Series projects and an ordinary person who strives for justice and
truth.
With the utmost respect and trust in your work, I am writing this letter to express my deep
concern regarding the case of Mr. Guo Wengui.
For many years, Mr. Guo Wengui has persistently exposed the malicious nature of the
Chinese Communist Party (CCP) and its threats and harm to the world. Through the
whistleblower movement he initiated, he has revealed the CCP's infiltration of various
nations, its control of mainstream media to manipulate public opinion, its enslavement of
the Chinese people, and its influence in instigating global conflicts, including wars
occurring at this very moment. These revelations have garnered significant recognition
from the international community, which has increasingly acknowledged the CCP's
malevolence and the fact that it does not represent the Chinese people.
As a supporter and investor in Mr. Guo's projects, I have full confidence in the legality
and transparency of the G-Series projects in which I participated. However, in 2022, the
U.S. Securities and Exchange Commission (SEC) unexpectedly froze the funds of GTV
investors, forcing the projects to halt and resulting in substantial losses for us as investors.
To this day, Mr. Guo Wengui remains detained on charges of "financial fraud," which
are entirely inconsistent with the facts. As an investor, I can responsibly testify that Mr.
Guo has never engaged in fraudulent activities. Everything he has done has been aimed at
exposing the CCP's evildoings and protecting ordinary individuals like me from the threats
of authoritarian regimes.
Mr. Guo Wengui has been relentlessly persecuted by the CCP, which has mobilized the
power of an entire state to destroy his reputation and influence. His assets in China have
been unlawfully confiscated, and his family members have been threatened and
persecuted. Despite this, Mr. Guo has continued to reveal the truth and remains dedicated
to advocating for the establishment of the rule of law and democracy in China, where the

people can enjoy free, transparent elections and equal rights.
Therefore, I earnestly appeal to the court to re-examine Mr. Guo Wengui's case based on
the facts. Releasing Mr. Guo would not only affirm his innocence but also uphold the
dignity of the rule of law and demonstrate the triumph of justice. While justice may
sometimes be delayed, it will never be denied. I hope that in this case, you will uphold
justice and inspire hope for those worldwide who pursue freedom and truth.
Thank you for your time and consideration.
Sincerely,
████████

**Case 1:23-cr-00118-AT Ancillary petition**

**ya** 

Sun, 30 Mar 2025 5:29:34 PM -0400

To  "Brad" <Brad@formerfedsgroup.com>

Hello Mr. Geyer,
Thank you for filing the ancillary petition for the government forfeiture regarding Case 1:23-cr-00118-AT. I am one of your proud 6000 plus clients. My HID is ▬▬▬▬. My goal is simple and straight: return the seized funds to me as an investor and owner of the funds. The government should exclude the Himalaya exchange from the forfeiture.
As a firm supporter of the Whistleblower movement, I wired over $100,000 in 2021 to the Himalaya exchange and purchased HDO and HCN. I was able to use HDO to purchase Gfashion and other goods before the Government stepped in and froze the related accounts.
And the value of HCN once reached $53.8 US dollars, but it quickly dropped to $10 before the government froze the platform.   I have suffered huge financial loss due to the government's series of attacks of the Himalaya Exchange and other Enterprises, such as seizure, freezing bank accounts and finally forfeiture.
My message is clear: Miles Guo never defraud me or anybody. Miles Guo is totally innocent. The fact that Miles Guo has been kept in a federal prison is an irony, a joke, and a slap on the face of the US judiciary. Hence, I am truly a victim of the government intervention of our legitimate businesses, and I request a refund of my assets.
Thank you again for taking on a tough stand against the broken judiciary system! Justice shall prevail in the end.

Please redact my name and HID number
Yours sincerely

▬▬▬▬

Case 1:23-cr-00118-AT ancillary petition

**ja** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Wed, 02 Apr 2025 6:24:41 AM -0400 ·

To    "Brad@FormerFedsGroup.Com" <Brad@FormerFedsGroup.Com>

Cc    "▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Dear Mr. Geyer,

Thank you for helping all the customers of HEX fight for our rights(Case 1:23-cr-00118-AT).

My HID is ▇▇▇▇▇▇▇. On 2021.5.24, I deposited USD 30,000 into HEX. After confirming that I could freely deposit and withdraw funds and use HCN for remittances or purchases, I became very fond of this fast and reliable financial service. As a result, I transferred my family's entire liquid assets of USD 150,000 to HEX.

To my knowledge, HEX has never misused customer funds nor engaged in any fraudulent activities. All my financial losses have resulted from the government's arbitrary freezing of funds and have nothing to do with HEX.

If the government truly intends to protect HEX users, it should immediately unfreeze HEX accounts instead of further harming all HEX customers through lengthy and inefficient legal procedures.

Sincerely your

▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**pa** ████████████████

Sun, 30 Mar 2025 8:46:07 PM -0400

To   "Brad" <Brad@formerfedsgroup.com>

**Dear Brad**

**My HID:** ██████████

I am writing as a client, investor, and customer of the Himalaya Exchange, as well as a steadfast supporter of Miles Guo and the New Federal State of China (NFSC). I wish to clarify that I am not a victim of Miles Guo or Yanping Wang, as some narratives may suggest. On the contrary, I am a victim of the unjust actions of the U.S. Department of Justice (DOJ) and the Securities and Exchange Commission (SEC), which have wrongfully frozen my legally owned assets, rendering my investments inaccessible and severely disrupting my life.

Miles Guo is a courageous individual who has dedicated himself to exposing the truth and fighting against the Chinese Communist Party (CCP). Through his social media platforms, he has consistently revealed critical information, such as the origins of the COVID-19 virus, warned against the risks of vaccination, and worked tirelessly to awaken the public from the deception of unscrupulous media. His efforts have inspired countless individuals, including myself, to stand firm in our support for his mission to dismantle the CCP and build a free future. Recently, Steve Bannon announced that the United States intends to partner with the NFSC to establish a specialized intelligence group, referred to as "Team B," focused on countering the CCP. The NFSC is poised to play a pivotal role as an expert resource, providing intelligence and analysis to combat the CCP's influence. This development reaffirms the legitimacy and importance of our cause.

However, the DOJ and SEC's actions have directly undermined my ability to participate in this movement and sustain my livelihood. The abrupt shutdown of the Himalaya Exchange website and the freezing of associated assets—including my personal cryptocurrency accounts (Hcoin, HDO, and Hpay)—have caused significant financial and practical hardships. These accounts were integral to my daily life, enabling me to purchase goods such as Gfashion apparel, Taiwanese teas, red wines, dried mangoes, and travel packages. Hpay, in particular, served as a reliable payment tool for managing family expenses and supporting my loved ones.

The economic toll has been devastating. The value of Hcoin, a cryptocurrency I invested in heavily, has plummeted from $53 USD to $13 USD—a direct consequence of the uncertainty and disruption caused by the DOJ's actions. This drastic decline has erased a significant portion of my wealth, leaving me unable to access or manage my investments. These losses are not the result of any wrongdoing on my part or that of the Himalaya Exchange, but rather the unjust overreach of federal authorities.

I am not alone in this struggle. Many others who share my belief in Miles Guo's vision and the NFSC's mission have been similarly affected. We are law-abiding individuals who

sought to invest in a platform that aligned with our values and offered practical utility through Hpay and related services. The freezing of our assets constitutes a violation of our rights.

I respectfully request your assistance in seeking justice and protecting our legally owned assets from this wrongful seizure. The DOJ and SEC must be held accountable for the harm they have inflicted on innocent investors like myself. I urge you to support our efforts to restore access to our funds and ensure that the Himalaya Exchange can resume its operations, allowing us to continue our economic participation and contributions to the fight against the CCP.

Thank you for your attention to this matter and for any support you can provide. I am prepared to stand by this statement in any forum, including legal proceedings, to defend my rights and the principles I believe in.

Sincerely,


Mar 30 2025

**case 1:23-cr-00118-AT**



**ab**    ████████████████████████
Mon, 31 Mar 2025 4:54:15 PM **-**0400  ·

To   "Brad" <Brad@formerfedsgroup.com>

Dear Attorney Brad,

I am the applicant in the claim case 1:23-cr-00118-AT related to the Hi-Exchange , which you are representing. My HID is: ████ .

As the legal owner of the assets in this claim case, I request that the DOJ return the full amount of the frozen funds that have been seized. In 2021 and 2022, I wired multiple payments in USD to Hi Exchange to purchase HDO and HCN. Before the DOJ shut down Hi-Exchange, I was able to deposit, withdraw, and trade normally. However, after the shutdown, all transactions and withdrawals were forcibly halted.

As the rightful owner of these frozen funds, I do not consider myself a victim of Mr. Guo. Since January 26, 2017, when Mr. Guo made his first exposé, I have remained a steadfast supporter and follower of his for over eight years. I understand his belief in eliminating the CCP and have witnessed his great love and unwavering truthfulness toward his fellow supporters. He has never taken a single penny from me.

It is, in fact, the DOJ that is the real perpetrator. The DOJ froze our legitimate investment funds without our knowledge and, without my authorization, falsely claimed to represent me. It then forced me to acknowledge myself as a victim of the frozen funds in this case. The DOJ has imposed an unjust condition: if I do not admit to being a victim, I will not have the right to reclaim my rightful share of the frozen funds. The DOJ is simply using the seized funds as leverage, coercing us into declaring ourselves as victims of Mr. Guo in order to retrieve our legitimate assets. Their goal is to pressure the court into expediting Mr. Guo's trial.

However, I am not a victim of Mr. Guo—I am a victim of the DOJ. It is the DOJ's actions that have caused my funds to be frozen and have inflicted tremendous financial losses on me. Therefore, I demand that the DOJ immediately return my legally owned funds.

Thank you again for upholding justice and taking a firm stance against the corrupt judicial system, bringing justice back.

Sincerely,

████████ HID) ████████

⊙  **1 Attachment(s)**  ·  Download as Zip

    Dear Attorney Brad.docx
11.4 KB  ·  ♡

**Case No. 1:23-cr-00118-AT Ancillary petition**

**CW**   ████████████████████

Mon, 31 Mar 2025 4:19:12 PM -0400

To   "Brad" <Brad@formerfedsgroup.com>

Dear Mr. Geyer

Thank you for submitting the ancillary petition regarding the government forfeiture in Case No. 1 23 cr 00118 AT I am one of over 6,000 clients of the Himalaya Exchange, with my client identification number (HID) being ████████

My request is clear and straightforward  as an investor and the rightful owner of the funds, I seek the return of the seized assets  I believe that the Himalaya Exchange should be excluded from the scope of forfeiture  Between 2021 and 2022, I wired over $50,000 to the Himalaya Exchange to purchase HDO and HCN  However, due to a series of actions by the U S  government   including asset seizures, bank account freezes, and eventual forfeiture   I have suffered significant financial losses I must emphasize that Mr  Guo Wengui has never deceived me in any way  On the contrary, he opened my eyes to the advent of the digital currency era and revealed a world far different from what I had previously understood  His impact has been profound, to the extent that I can say he saved my family and me  Mr  Guo Wengui is entirely innocent, yet he has been detained in a federal prison for over two years  I find it deeply ironic that such a situation and its so called legal outcome could occur, as it starkly demonstrates that the rule of law and democracy exist in name only

I wish to state unequivocally that my losses result from the weaponization and corruption of the U S  judicial system  I firmly believe that justice will ultimately be served

Once again, I thank you for your resolute stance and efforts in confronting a corrupt judicial system

Sincerely

**Dear lawyer**

**na** ███████████

Mon, 31 Mar 2025 4:59:34 PM -0400

To    "Brad" <Brad@FormerFedsGroup.Com>

Dear lawyer! I am a customer of the Himalaya Exchange, and my HID is ███████, I have different opinions regarding the Department of Justice's (DOJ) ruling on the Himalaya Exchange, and I hope you can convey them to the court :

1) I am not a victim of Miles Guo, I am a victim of the DOJ, The case against Miles Guo was entirely manipulated by the Chinese Communist Party (CCP) behind the scenes,During the trial, the government openly admitted to cooperating with the Chinese government, I believe this constitutes a form of judicial "unrestricted warfare",

2) The Himalaya Exchange was a properly functioning trading platform,Before the DOJ's intervention,I was able to buy and sell assets on the exchange normally, I recall that the price of each H-Coin had risen to approximately $53, and I was even able to withdrew funds to my bank account to cover my living expenses (I can provide bank statements if needed), However , due to the DOJ's interference ,all of my investments have been lost, I demand that the government compensate me for all my losses and provide additional reparations .

Thanks for your help

**sa** ▮

Sun, 30 Mar 2025 6:10:20 PM -0400

To    "Brad@formerfedsgroup.com" <Brad@formerfedsgroup.com>

Dear attorney Brad, hello, first of all, thank you for helping me, an investor of Himalaya Exchange and bringing my voice to the judge. I am not a victim of Mr. Guo Wengui, I am a victim of DOJ. Mr. Guo Wengui helped me, so that I could participate in the investment of Himalaya Exchange and have my own wealth, and he did not cheat me of a penny. Such a good man was framed by bad people and is still in MDC. It is precisely that DOJ seized the funds of Himalaya Exchange indiscriminately and without facts, making my money unusable and suffering huge economic losses. I ask the lawyer to help me plead with the judge to return my money to me and compensate for my economic losses. Thank you!

HID: ▮

**hu** ██████████████████

Sun, 30 Mar 2025 4:26:56 PM -0400 ∙

To   "Brad" <Brad@formerfedsgroup.com>

Hi,

First of all, I want to make it clear that I am not a victim of Mr. Wengui Guo, and he has never deceived me. I have always maintained a trusting relationship with him. However, the current situation has changed. The DOJ (U.S. Department of Justice) has illegally represented us investors and made many unfair decisions. These actions not only include the closure of the official website of Himalaya Exchange , but also involve the freezing of our bank assets. These measures have caused me huge economic losses and seriously affected my personal financial situation and economic interests. My legal rights and interests have been seriously infringed, but I have not received corresponding fair treatment.

Thank you very much!

My HID: ██████████

**gu** ████████████████████

Sun, 30 Mar 2025 9:01:56 AM -0400

To   "Brad" <Brad@formerfedsgroup.com>

Dear Mr. Bradford L. Geyer,
I am writing to address certain facts that have been evidently and deliberately misrepresented and to submit an urgent request for your attention.
In the count documents pertaining to Miles Guo, it is suggested that I, along with thousands of others, have been victims of Mr.Guo. However, this assertion does not align with the truth. In reality, each of us provided our HID and appointed you as our co-agent with the express purpose of petitioning the count and the SEC to release the frozen HEX funds and our investments therein. As you stated in the relevant video, we are victims of the SEC's actions, not of Miles Guo.
Accordingly, I respectfully request the immediate revocation of my HID, identified as ████████ as I believe it is being misused in this context.
Please be advised that I reserve the right to pursue legal action should this matter remain unresolved.
Thank you for your attention to this matter. I look forward to your prompt response.

**Fwd: Case 1:23-cr-00118-AT (letter form Himalaya Member, HID: ████ )**

**dx** ████████████████████ >

Wed, 02 Apr 2025 12:54:40 AM -0400 •

To  "brad" <brad@formerfedsgroup.com>

Dear Brad,

You can use the forward Email that I sent to Judge Torres as a court evidence if you believe that it can be helpful to free Miles Guo and rescue the Himalaya Exchange. Thank you for using HID to protect our privacy and for helping safeguard the families of investors in China. If you need me to stand on the court to testify for Himalaya Exchange and Miles Guo, I will stand out with my real name.

Best regards,

My HID: ██████
April 2, 2025

---------- Forwarded message ---------
From: █████████████████████
Date: Wed, Apr 2, 2025 at 12:38 AM
Subject: Case 1:23-cr-00118-AT (letter form Himalaya Member, HID: ██████ )
To: ████████████████████

Dear Judge Torres,

I am a member of Himalaya Exchange, my HID #: 0█████

I am not victim of Miles Guo, I am not victim of Yanping Wang, I am not victim of Himalaya Exchange. I am victim of SEC, DOJ and CCP.

Miles Guo is charged by a white collar crime in New York, but his bail is denied in this case, he has detained in MDC where the most hazardous jail in U.S. for more than 2 years, this is not right, Miles Guo is a Hero, he is number one enemy of the CCP, but he has detained with murderers and drug dealers for such long time. This offers a psychological hint to people, anyone would to challenge the CCP, it come to a sticky end.

As an adult and an investor, I have my own judgement with full information of this case compare with the jury only have partial information because of limited time and legal evidences restrict in court. All those businesses like GTV, Himalaya Exchange, and G-club did not fail, the only reason all those businesses are shut down that is because the SEC and DOJ came in and frozen all their assets, the SEC and DOJ shut those business down.

After watched 8 years of Whlstleblower movement since 2017, Miles Guo proved to us lots of infiltration from CCP in New Federal States of China, in Unites States, in UK, NIH of U.S., World Economic Forum, and World Health Organization…… He proved it to us in a wise way by using social media. Even his twitter account, Facebook, instagram is banned, his YouTube account is banned and then not allow him to livestream, he didn't give up. He established his own social media software, Guo Media, then it was forced to shut down, then he established GTV, then it was forced to shut down again, then he established GETTR.

Miles whistleblowed the coronavirus are the biological weapon on GTV at beginning of 2020, President Trump timely closed U.S. border to prevent the spread of the disease because of Miles' intelligence, it saves

millions American people's life. He whistleblowed the vaccine are biological weapon too, it saved my life, so I didn't vaccine myself, and NFSC are the largest unvaccinated group in the world.

He whistleblowed CCP's 13579 plan, which is a biological weapon plan. 3F Plan which is Foment Weakness, Foment Chaos and Foment the Destruction of America. BGY(Blue-Gold-Yellow) Strategy which Blue means media and social media control, cellphone and computer hacker; Gold means financial bribery plus blackmail; Yellow means sexual bribery by using underage girl plus blackmail. Unrestricted law fare, Unrestricted warfare(including economic, financial, political, monetary, information, media, intelligence warfare……). You can get all those information on GETTR after GTV was shut down, and YouTube, Facebook, TikTok, instagram are all sensors those relevant information.

Miles also whistleblowed the Zoom are also totally controlled by CCP, but U.S. legal system using zoom a lot for video conference. He whistleblowed American law firm hold the majority of U.S. individual citizen and business organization's secret and intelligence, but CCP can get all those information free by joint venture business with American law firm in China. How CCP will use these legal informations? It will use it to blackmail you. CCP also use BGY strategy target your business and political leader, this strategy has been implemented very successfully in the United States and the world. We have to stop the CCP, if American turns out this way, we all have nowhere to escape.

CCP often sent spy to infiltrate NFSC just like they infiltrate Voice of America, they talk like a follower, and they act like a follower, to earn NFSC audience's trust. They pretend to be a follower in order to invest in G series, and then they alleged being scammed publicly on social media or reported to the police. It doesn't work at the beginning because Miles would return their investing money immediately, then SEC and DOJ came to frozen G series assets, then return those investing fund is not possible, then you know what happened on the court later.

Pleases free Miles Guo if you found:
1. Witnesses lie and commit perjury
2. The witness colluded and cooperated with CCP
3. The prosecutor concealed evidence which favorable to the defendant, like "Bai case file" about CCP's Fox Hunt Operation.

Let him finish his job, I believe Miles will take down the CCP without firing a single shot, I believe Miles Guo is innocent.

Best Regards,

My HID: ████

████████████

April 2, 2025

**Fwd: Request for Immediate Revocation of HID and Correction of Misrepresentation**

**mi** █████████████████████████

Sun, 30 Mar 2025 5:18:57 PM -0400 •

To    "brad" <brad@formerfedsgroup.com>

FYI

---------- Forwarded message ---------
Von: ████████████████████████████ >
Date: Mi., 26. März 2025, 21:21
Subject: Request for Immediate Revocation of HID and Correction of Misrepresentation
To: ████████████████████████ >


**Dear Sir,**

I am writing to formally clarify certain misrepresentations made in the court documents concerning Mr. Guo Wengui and to submit an official request. In these documents, it has been erroneously suggested that, like thousands of others, I am a victim of Mr. Guo. I must state unequivocally that this allegation is entirely false.

When I initially chose to authorize you as my personal representative, I did so based on the understanding that this authorization was solely to verify my identity as a genuine user of the Himalaya Exchange. There were no other intentions or implications. Therefore, the characterization of me as a "victim" of Mr. Guo is completely inconsistent with the facts and is damaging to my reputation.

In truth, my fellow stakeholders and I voluntarily provided our HID numbers and explicitly authorized you to act as our joint representative for the sole purpose of petitioning the court and the U.S. Securities and Exchange Commission (SEC) for the release of the frozen HEX funds and associated investments. Our position has always been clear: **We are victims of the SEC's actions, not of Mr. Guo Wengui.**

In light of the above, I hereby formally request that my HID number (No.████████) be **immediately revoked** and that all inaccurate references to me be **removed from any related legal documents.**

Please understand that if this matter is not resolved promptly and appropriately, I will have no choice but to consider further legal action to protect my legitimate rights and interests. I trust that you will treat this matter with the seriousness it warrants and act swiftly in response.

Thank you for your attention to this matter. I look forward to your timely reply.

**Sincerely,**

████████████████████

26.03.2025



**fa**

Mon, 31 Mar 2025 7:26:25 AM -0400

To

Dear Brad Hello! My HID: ███████  My husband's HID: ██████████  Eight years of following, witnessing Mr. Guo shouting countless times to the world and the United States, the darkness of 2017 is approaching, 3F and 13579 plans are destroying the United States, and the judiciary, media, education, finance, intelligence agencies, military, sports, and Hollywood have all been infiltrated. In February 2020, it was revealed that the virus was an artificially synthesized biological weapon, which conveyed to the White House that the United States had closed all flights. In mid-2020, there was a call for vaccines not to be administered, leading to disability and death. We are clients of the Himalayan Exchange, and our trading and operations are completely legal and compliant (court documents show). However, the government suddenly seized our account, preventing us from trading and depositing and withdrawing funds normally, causing us huge harm. Firstly, there is a loss of property (as evidenced), and secondly, the entire family is facing financial difficulties, with funds unable to circulate and essential goods unable to be purchased. Miles Guo Wang Yanping did not take our money, our money was frozen by the government department, and we are victims of the government department. Please request the government department to restore our account as soon as possible so that we can live normally. Thank you very much for Brad's help! 30 / 03 / 2025

**HID:** ████, **Immediate Revocation of Authorization and Request for Confirmation**

**x8**  ████████

Thu, 03 Apr 2025 11:54:14 PM -0400 •

To  "Brad" <Brad@formerfedsgroup.com>

**Dear** Bradford Geyer:

I am writing to formally revoke and terminate any and all authorization previously granted to you to act as my agent in relation to my HID, ████████ . Specifically, it has come to my attention that you have erroneously used my authorization in connection with the case of Mr. Guo Wengui, which is not aligned with my original intent.

To clarify, Mr. Guo Wengui has not defrauded me of any funds. My funds have been wrongfully withheld by the U.S. Department of Justice. Additionally, I am a user of the Himalaya Exchange, and all matters related to my funds should be handled by me directly. You are no longer authorized to act on my behalf in any matters related to this case.

I request that you immediately cease using my personal information in any filings, petitions, or applications related to Mr. Guo Wengui's case, and ensure that my information is completely removed from all related documents and records.

Effective immediately, you are no longer authorized to represent me, use my HID, or take any further actions related to my case.

I request that you confirm via email within **2 business days** that my HID has been removed from all related documents, petitions, and filings. Please send this confirmation to me at [████████████].

Failure to comply with this request may result in legal action. I trust you will handle this matter with the seriousness it deserves.

**Sincerely,**

████████████

**Himalaya Exchange Investor**

pp    ▓▓▓▓▓▓▓▓▓▓▓▓▓
       Mon, 31 Mar 2025 12:13:41 PM -0400

   To  "Brad" <Brad@formerfedsgroup.com>

Dear Brad,

   First of all, thank you for representing the investors of Xibi in our request to retrieve our invested funds.

   My Himalaya Exchange ID is ▓▓▓▓▓▓. I opened a personal account in 2021, passed the strict KYC review, and purchased HDO and HCN. I am not a victim of Wang Yanping, but an investor in Xibi. Before the forced shutdown of the Himalaya Exchange, I was actively trading HCN. Due to the illegal government closure and prosecution, I suffered huge losses, and as a result, the price of HCN dropped sharply in a short period of time. My funds have been frozen, and I cannot withdraw them normally.

   Please represent our legitimate request in court: to return our invested funds and to lift the court's blockade and seizure of the Himalaya Exchange. The Himalaya Exchange is the financial center of our New Federal State of China to destroy the Chinese Communist Party, and it is also a core target of severe suppression and judicial entanglements by the CCP. The CCP has sent agents to file false complaints and reports, launching large-scale cyberattacks on the Himalaya Exchange. All these attacks prove that the Himalaya Exchange is a genuine enterprise to destroy the CCP, and they also demonstrate that it possesses high standards of technology, security, and clean trading practices.

   Thousands of investors and traders like myself are innocent victims of the CCP's fabricated attacks and judicial harassment. Please understand my appeal clearly in court.

An Investor

**Himalaya Restoration: Action**

**jz** 

Sun, 30 Mar 2025 12:49:35 PM -0400 •

To   "Brad@formerfedsgroup.com" <Brad@formerfedsgroup.com>

Hi Brad,

My HID: ▇▇▇▇

I'm the client , Investor and Customer of the Himalaya Exchange .
I'm Not a victim of Miles Guo and Yanping Wang.
I'm the victim of The DOJ and SEC, which they have frozen my assets, resulting my investment being frozen. This makes my life so difficult: we can buy things like Gfashion and Teas from Taiwan etc.,

Pls helping us to fight for justice and protect our assets from being illegally frozen from DOJ.

Regards



**I am a victim of the U.S. Securities and Exchange Commission (SEC) and the U.S. Department of Justice (DOJ), not a victim of Mr. Miles Guo.**

 ███████████████████

Sun, 30 Mar 2025 4:35:49 PM -0400

To    "Brad" <Brad@formerfedsgroup.com>

Dear Brad,

I am an investor in the Himalaya Exchange, and my Himalaya Exchange HID number is ███████. I hereby declare that I am not a victim of Mr. Miles Guo but a victim of the U.S. Securities and Exchange Commission (SEC) and the U.S. Department of Justice (DOJ). I am very satisfied with all my investments. Before the SEC illegally shut down the Himalaya Exchange, I used HPAY from the exchange to purchase many items that my family and I love, such as clothing, pants, hats, and accessories from G/FASHION, as well as Taiwanese tea. My family and I highly appreciate these high-quality products, and we are also very grateful for the opportunity to invest.

However, they shut down the Himalaya Exchange without any justification, making it impossible for me to use these digital currencies normally. This has caused tremendous financial losses and emotional distress for me and my family.

I sincerely request your assistance in helping me recover my investments and obtain appropriate compensation. Once again, I reiterate: I am not a victim of Mr. Miles Guo but a victim of the SEC and DOJ.Thank you very much for your help!

Best regards,

Liping Wang

**I am not a victim of Miles Guo**

**lo**  ▮▮▮▮▮▮▮▮▮▮▮▮

Thu, 03 Apr 2025 4:25:38 AM -0400

To    "Brad" <Brad@formerfedsgroup.com>

---

Hello,  Attorney Brad,  I am a user of the Himalaya Exchange . I am not a victim of Miles Guo,but a victim of Biden's  DOJ.H Coin is our hope. Thank you, Attorney Brad ,for speaking up for us. Thank you.

**I respectfully request the immediate revocation of my HID**



Mon, 31 Mar 2025 11:11:48

Dear Mr. Bradford L. Geyer,

I am writing to address certain facts that have been evidently and deliberately misrepresented and to submit an urgent request for your attention.

In the count documents pertaining to Miles Guo, it is suggested that I, along with thousands of others, have been victims of Mr.Guo. However, this assertion does not align with the truth.

In reality, each of us provided our HID and appointed you as our co-agent with the express purpose of petitioning the count and the SEC to release the frozen HEX funds and our investments therein.  As you stated in the relevant video, we are victims of the SEC's actions, not of Miles Guo. Accordingly, I respectfully request the immediate revocation of my HID, identified as ▮▮▮▮▮▮  as I believe it is being misused in this context.

Please be advised that I reserve the right to pursue legal action should this matter remain unresolved.

Thank you for your attention to this matter. I look forward to your prompt response.

**Immediate Termination of Authorization and Request for Confirmation**

**mo** 

Fri, 04 Apr 2025 4:26:51 AM -0400 •

To   "Brad@FormerFedsGroup.com" <Brad@FormerFedsGroup.com>

Dear Geyer,

I am writing to formally inform you that I am immediately revoking and terminating the authorization previously granted to you to act on my behalf concerning my HID(No.███████).

It has come to my attention that you have erroneously used my authorization in relation to Mr. Guo Wengui's cases,which is contrary to my original instructions and intentions.

To clarify, Mr. Guo Wengui has not defrauded me of any funds. My funds have been wrongfully withheld by the U.S. Department of Justice, and I request that you cease associating my personal information with Mr. Guo Wengui's cases. I am also a user of Himalaya Exchange,and all matters related to my funds should be handled by me directly and personally.

As of now, you are no longer authorized to use my HID, represent me, or engage in any actions on my behalf related to my case or Mr. Guo Wengui's cases.

I request that you immediately remove my personal information from all related petitions, documents, and filings concerning Mr. Guo Wengui's case. Please confirm via email that this has been done within 2 business days. You can send this confirmation to ████████████████.

Failure to comply with this request may result in legal actions. I trust that you will treat this matter with the attention and urgency it deserves.

Sincerely, ████

**Legal Assistance Request Regarding Himalaya Exchange Issues**



**pl**  ████████████████

Mon, 31 Mar 2025 2:36:11 PM -0400

To  "brad" <brad@formerfedsgroup.com>

Dear Bradford,

I am writing to seek legal assistance regarding issues I am facing as an investor and user of Himalaya Exchange. My HID number is ██████.

First, I would like to clarify that I am not a victim of Miles Guo. On the contrary, I consider myself a victim of the U.S government actions. Miles Guo has been a leading figure in the effort to expose and oppose the Chinese Communist Party (CCP). Since 2020, he has used platforms such as Twitter, YouTube, Gettr and GTV to spread the truth about COVID-19, warning against the vaccine and explaining that the real objective was not the virus itself but the push for mass vaccination. Thanks to his warnings, neither I nor my family members took the COVID-19 vaccine, and I personally benefited from his insights.

As a firm supporter of Miles Guo and his efforts to eliminate the CCP, I am also a member of the New Federal State of China (NFSC), whose mission is to bring down the CCP. Notably, Steve Bannon has mentioned on his program WarRoom that the U.S. government would collaborate with NFSC to form a "Team B" specializing in intelligence analysis to counter the CCP.

Unfortunately, due to government corruption, the Himalaya Exchange website has been shut down, making it impossible for me to access my HPay account, conduct transactions, or use the platform for purchases such as GFashion items, Taiwanese tea, or private exchanges with fellow members. More critically, the unfair legal proceedings against Mr. Guo have led to a severe drop in the value of HCoin. As a result, I am unable to deposit funds into Himalaya Exchange to purchase HCoin, nor can I withdraw my existing funds from the exchange. This has caused significant financial losses for me and many other users.

Given the situation, I would appreciate your legal guidance on the following matters:

What legal options do I have to regain access to my funds on Himalaya Exchange?

What legal recourse do I have regarding the financial losses incurred due to these government actions?

I look forward to your advice on how to proceed. Please let me know if you need any further information.

Best regards,

██████████

**Mr. Miles Guo case**

di ██████████████████████

      Tue, 01 Apr 2025 11:42:15 PM -0400

To  "Brad" <Brad@formerfedsgroup.com>

Dear sir Brad Geyer,

My name is ██████████  I am a Canadian citizen living in Toronto, Canada for years. ████████ the Chinese people shall get rid of the dictatorship and gain democracy, freedom and rule of law in China. I strongly believe that Mr. Wengui Guo (Miles) is a great leader who can lead us to overthrow the CCP in China. I am also here to clearly state that I am not the victim. Thus I do not permit the DOJ to use our refund to make a judgement that Wengui Guo was found guilty, because what the DOJ said is absolutely not true.  And I do not agree with the DOJ confiscating my investment. I hope that my investments along with others will contribute to building the New Federal State of China in future.

Thank you for your attention.

Yours truly,


██████████ tario, Canada

**Now clear the proxy my HID** 

jophen ko <jophenko@icloud.com>
Tue, 01 Apr 2025 8:19:14 AM -0400 •

To   "himalaya.restoration" < ████████████████████ >

Dear Sir,

I am writing to address certain facts that have been evidently and deliberately misrepresented and to submit an urgent request for your attention. In the court documents pertaining to Miles Guo, it is suggested that I, along with thousands of others, have been victims of Mr. Guo. However, this assertion does not align with the truth.

In reality, each of us voluntarily provided our HID and appointed you as our co-agent with the express purpose of petitioning the court and the Securities and Exchange Commission (SEC) to release the frozen HEX funds and our investments therein. We are victims of the SEC's actions, not of Miles Guo. Accordingly, I respectfully request the immediate revocation of my HID, identified as ██████ as I believe it is being misused in this context.

Please be advised that I reserve the right to pursue legal action should this matter remain unresolved. I trust you will address this request with the seriousness it warrants.

Thank you for your attention to this matter. I look forward to your prompt response.

**Personal claim against the Case 1:23-cr-00118-AT**

**hc**  ███████████████

Sun, 30 Mar 2025 4:45:44 PM -0400

To  "Brad" <Brad@formerfedsgroup.com>

Personal Statement (HID# ███████ )

I want to make it clear that I am not victims of Miles. The U.S. Department of Justice (DOJ) has wrongfully claimed to represent me as an investor, taking actions without my consent or authorization. As a result, the DOJ has unlawfully seized the Himalaya Exchange website and frozen its bank assets, directly harming my investments and financial interests.

I strongly oppose these unjust actions and call for transparency, due process, and the restoration of our rights as a legitimate investor.

**Personal Statement for HEX**

si  ███████████████████

Sun, 30 Mar 2025 9:33:11 PM -0400

To    "Brad" <Brad@formerfedsgroup.com>

Dear Mr. Geyer,

Thank you for filing the ancillary petition  the government forfeiture regarding Case 1:23-cr-00118-AT. My HID: ████████

I am an investor in Himalaya Exchange and hereby declare that I am not a victim of Mr. Guo Wengui and Miss Wang Yanping.

I voluntarily invested in Himalaya Exchange with transparent use of funds and have not been subjected to any fraud. The U.S. Department of Justice (DOJ), without the consent of us investors, has illegally acted on our behalf, seizing the Himalaya Exchange website and freezing its bank assets, severely violating our legitimate rights and interests.

Due to the freezing of Himalaya Exchange's assets, I have personally suffered significant economic losses, plunging my life into hardship. I support Himalaya Exchange's efforts to protect its clients' interests and earnestly request that you continue to advocate for us in legal proceedings, oppose the DOJ's wrongful actions, and work to unfreeze the assets and restore the platform's normal operations as soon as possible.

Sincerely,

A Whisper blower Movement Fellow Fighter
March 30, 2025

**Personal statement of Himalaya ID (HID):** ███████

er    ████████

Sun, 30 Mar 2025 9:11:29 PM -0400

To   "Brad" <Brad@formerfedsgroup.com>

个人申明:

我是喜马拉雅交易所(HIMALAYA EXCHANGE)发行的加密货币HCN的  名普通投资者; 我的Himalaya ID (HID): ████████。投资GTV的时候传统银行对我们的打压促使了我投资加密货币领域, 并认为合法合规的加密货币是未来的发展方向, 并且  直看好。喜马拉雅交易所发行的HCN满足了这些条件, 有严格的KYC, 交易合规合法; 上线以来大量的用户涌入, 并且购买, 说明大家对HCN加密货币的认可和喜爱。我个人也购买了超过150000 美元的HCN, 并且长期持有, 坚信未来  定会升值。美国司法部对喜马拉雅交易所的查封并且持续1年以上, 并且扣押我们的汇入到喜马拉雅交易所的资金, 声称我们是郭文贵先生的受害者; 对美国司法部的做法我需要做出作为  个普通投资者的声明, 这对我们HCN不是受到了郭文贵先生的欺骗, 而是对加密货币(HCN)有信心, 并且它所倡导的理念的认同, 才去购买并且投资。相反我们是美国司法部的受害者, 强迫我们是受害者才愿意返还我们的资金, 这  未审先判的做法完全违背的美国的法治; 美国司法部听取的是极少  部分人的报案, 声称自己是受害者; 喜马拉雅交易所完全合规合法透明, 如果有受害者那么应该走正常的法律程序, 而不是像现在这样只听采纳  小部分人的投诉而是直接关闭, 这对我们其它数以千计的投资者来说是不公平的, 并且对我们的权益造成了严重的伤害; 喜马拉雅交易所是一个合法注册的公司, 郭文贵先生不是法人, 也没有从中获取过任何这些受害者的资金, 这些人声称被郭文贵先生欺骗, 并且向美国司法部报案; 美国司法部就关闭了正常运营的喜马拉雅交易所, 这完全不符合美国的法律, 可以说是非法的; 完全不顾我们广大投资者以及喜马拉雅交易所的应有的权利。

我个人郑重声明: 我是美国司法部的受害者, 并不是郭文贵先生的受害者, 希望美国司法部早日归还我们冻结的资产, 并且走正常的法律程序, 还喜马拉雅交易所以及广大投资者正常的权利。

below context if from Google Translate

Personal statement: I am an ordinary investor in HCN, a cryptocurrency issued by Himalaya Exchange (HIMALAYA EXCHANGE); my Himalaya ID (HID): ████████. When I invested in GTV, the suppression of traditional banks on us prompted me to invest in the field of cryptocurrency. I believe that legal and compliant cryptocurrency is the future development direction, and I have always been optimistic about it. HCN issued by Himalaya Exchange meets these conditions, has strict KYC, and the transaction is compliant and legal; since its launch, a large number of users have poured in and purchased it, which shows that everyone recognizes and loves HCN cryptocurrency. I personally also purchased more than $150,000 of HCN and held it for a long time, firmly believing that it will appreciate in the future. The U.S. Department of Justice has seized the Himalaya Exchange for more than one year, and seized our funds remitted to the Himalaya Exchange, claiming that we are victims of Mr. Guo Wengui; I need to make a statement as an ordinary investor about the U.S. Department of Justice's actions. We invested in HCN not because we were deceived by Mr. Guo Wengui, but because we have confidence in cryptocurrency (HCN) and agree with the concept it advocates, so we bought and invested. On the contrary, we are victims of the U.S. Department of Justice, which forced us to return our funds only after we were victims. This practice of judging before trial completely violates the rule of law in the United States. The U.S. Department of Justice only listened to the reports of a very small number of people who claimed to be victims. Himalaya Exchange is completely compliant, legal and transparent. If there are victims, then normal legal procedures should be followed, instead of just listening to the complaints of a small number of people and closing it directly as it is now. This is unfair to thousands of other investors and has caused serious damage to our rights and interests. Himalaya Exchange is a legally registered company. Mr. Guo Wengui is not a legal person and has not obtained any funds from these victims. These people claim to have been deceived by Mr. Guo Wengui and reported to the U.S. Department of Justice. The U.S. Department of Justice closed the normally operating Himalaya Exchange, which is completely inconsistent with U.S. law and can be said to be illegal; it completely disregards the rights of our investors and Himalaya Exchange.

I personally solemnly declare: I am a victim of the U.S. Department of Justice, not a victim of Mr.

Guo Wengui. I hope that the U.S. Department of Justice will return our frozen assets as soon as possible and follow normal legal procedures to restore the normal rights of Himalaya Exchange and investors.

**RE: Explanation of Facts**



**jm** ████████████████
     Mon, 31 Mar 2025 8:01:14 PM -0400

To   "Brad" <Brad@formerfedsgroup.com>

Dear Mr. Geyer,

We are ordinary Chinese people. We believe in destroying the CCP,  and are willing to follow Mr. Guo Wengui to take down the CCP! As for the investment funds, we all invested voluntarily. We are not harmed by Mr. Guo Wengui, but benefited from him.

The Himalaya Exchange can normally withdraw and deposit money. There is a normal market price. Everyone can buy and sell freely. Everything is very smooth. As a result, once the DOJ intervened, the price fell all the way, and finally the money could not be taken out, because the money was frozen by DOJ. Therefore, our losses are all from the DOJ, not from Mr. Guo at all.

Thank you!

████████

**Re: Message from an investor of HEX, please reply, thanks in advance**



Mon, 25 Nov 2024 5:24:20 PM -0500 •

To    "Brad Geyer" <brad@formerfedsgroup.com>

Cc    "himalaya.restoration" <himalaya.restoration@formerfedsgroup.com>

Hello Geyer,

Many thanks for your hard work!

Just to clarify, for me, the top priority right now is to clear Mr. Guo's false accusations.
My desire to invest was to eliminate the Chinese Communist Party. and this is more important than my investment.

And I believe Mr. Guo is innocent, It's an honor to know a lawyer like you!

On Aug 8, 2024, at 21:58, < ​ ​ ​ ​ ​ ​ ​ > wrote:



IMPORTANT: FormerFeds LLC (FormerFedsGroup.Com) now provides law firm services under the supervision of Bradford L. Geyer who is a member of the Pennsylvania and New Jersey Bars. The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

---- On Thu, 08 Aug 2024 01:05:02 -0400
 > wrote ---

Dear Attorney Bradford Geyer,

Since my initial inquiry about the case via email in December of last year (2023), I have not received any response. I am still unclear about the details and progress of the case, as well as the specifics of the complaint.

I am writing this email to reiterate and clarify that my purpose in filling out the form is solely to assist Himalaya Exchange(HEX) in resuming normal operations. I have never requested to withdraw my investment from HEX. On the contrary, my participation in the complaint aims to protect my investment at HEX.

If this case does not align with my request, I would choose to withdraw from the class action.

I hope to receive your reply.

My HID is ███████

Best regards.



----------------------- Translated as below -----------------
------

Hello, Lawyer Bradford Geyer

I am an investor of Himalaya Exchange(HEX). I feel very honored to have you represent the case for HEX.

To facilitate the progress of the case, I would like to reiterate my true situation and demands:

1,  As of now, HEX has not engaged in any fraudulent activities against me.

2, I am a investor from China, I am a real person.

3, My participation in this lawsuit is solely aimed at aiding HEX in resuming normal operations.

4, I have never requested the withdrawal of my investment from HEX. On the contrary, my purpose in filing this complaint is to protect my investment in HEX.

If this case does not align with my demands, I choose to withdraw from the class-action lawsuit.

Thank you once again for your hard work on this case.

**Re: Revocation of HID**

 **sh** ▮▮▮▮▮▮▮▮▮▮

Thu, 03 Apr 2025 6:27:20 AM -0400 •

To     "Brad" <Brad@formerfedsgroup.com>

Looking forward to your reply
Thx

Xue Lan Wang < ▮▮▮▮▮▮▮▮▮▮ > 於 2025年3月30日 下午8:15 寫道:

Dear Brad Geyer,
I am writing to you to address my concern of being become victim of Mr. Miles Guo. In the court documents pertaining to Miles Guo case, it is suggested that I, along with thousands of others, have been victims of Mr. Miles Guo. However, this assertion does not align with the truth.
In fact, each of us voluntarily provided our HID and appointed you as our co-agent with the purpose of petitioning the court

and the Securities and Exchange Commission (SEC) to release the frozen HEX funds and our investments. We are victims of the SEC's actions, not of Miles Guo. Accordingly, I respectfully request the immediate revocation of my HID, identified as ███████ as I believe it is being misused in this context.

Please be advised that I reserve the right to pursue legal action should this matter remain unresolved. I trust you will address this request with the seriousness it warrants.

Thank you for your attention to this matter. I look forward to your prompt response.

**Regarding Recovering Seized Funds from HEX**

 **xi** ████████████████████

Mon, 31 Mar 2025 10:23:41 PM **-**0400

To    "Brad" <Brad@formerfedsgroup.com>

Dear Mr. Geyer,

I am one of the investors in HCN and HDO. My HID is █████████ .

Between May and December 2021, I transferred $46,000 to HEX to purchase HDO and HCN as part of an investment strategy. Initially, the investment showed promising growth, gaining value and recognition among other investors. I was also pleased to learn that platforms such as G|Fashion and G|Clubs began accepting HDO as a form of payment.

Regrettably, the situation took a turn when the U.S. government intervened by freezing HEX's bank accounts. This action led to a significant decline in the value of HCN and ultimately resulted in the closure of HEX's website, leaving investors like myself to bear substantial losses.

I am compelled to express my position clearly: I urge the government to return the seized funds to the rightful investors. Additionally, I believe that the prosecution of Mr. Miles Guo is unjust, and that he is innocent of the charges brought against him.

Thank you for representing the 6,000 investors affected by this case. I hope together we can secure the restitution of funds seized by the government.

Sincerely,
Investor HID ██████████

**Request for Legal Assistance Regarding Himalaya Exchange Closure**

 **pl**  ██████████████

Sun, 30 Mar 2025 2:55:18 PM -0400  •

To  "Brad" <Brad@formerfedsgroup.com>

Dear Brad,

I am an investor and user of Himalaya Exchange, and my HID number is ██████ .

I would like to clarify that I am not a victim of Miles Guo or Yanping Wang. However, I consider myself a victim of the U.S. government. Due to the government's shutdown of the Himalaya Exchange website, I have been unable to trade or access my assets, resulting in financial losses.

Himalaya Exchange operates with the digital currency HCN and the stablecoin HDO. Through the Himalaya HPAY app, HDO could be used for purchases and exchanges with other individuals worldwide, such as buying GFashion clothing and Taiwanese tea. I have personally used HDO multiple times to purchase GFashion products and to exchange personal items with others in the past.

As a result of this government action, I consider myself a victim of unjust intervention. I am seeking your assistance in communicating with the authorities to advocate for fairness and justice in this matter. I hope you can help push for the lifting of the blockade on Himalaya Exchange as soon as possible.

Thank you for your time and support. I look forward to your response.

Best regards,

██████████

**Request to Convey My Opinion to the Judge**

 **ji**

████████████████████

Tue, 01 Apr 2025 1:45:19 AM -0400 ●

To    "brad@formerfedsgroup.com" <brad@formerfedsgroup.com>

Dear Brad,

I hope you are doing well.

I am writing to formally request that you convey my opinion to the judge regarding the handling of frozen assets related to Himalaya Exchange.

I am an investor in Himalaya Exchange, with HID: WBG1I PV, and my total investment amounts to approximately $98,800. As the owner of the frozen assets and a victim of this legal case, I strongly disagree with the Department of Justice (DOJ) handling the frozen assets without obtaining the consent of the victims. Furthermore, I firmly believe that my opinion represents the stance of the vast majority of affected investors.

Instead of DOJ managing these assets, I strongly prefer that Himalaya Exchange return the funds directly to its investors.

I appreciate your assistance in ensuring my concerns are communicated to the court. Please let me know if you need any further details from my side.

Best regards,

████████████

**Statement from a Taiwanese Investor!**

**SW**    ███████████@gmail.com
Thu, 03 Apr 2025 5:33:09 AM -0400

To    "Brad" <Brad@formerfedsgroup.com>

**Statement of** ████████████
**Taiwanese Investor** ████
To Bradford L. Geye, Attorney at Law,
Greetings, Mr. Geye,
I am Cheng Fei Dong, an investor from Taiwan, with Taiwanese identification number ████████. I respectfully request your assistance, as my counsel, to reassert my statement before the court.
I solemnly affirm that I am not a victim of Miles Guo or Yvette Wang. Neither Miles Guo nor Yvette Wang has deceived me or misappropriated any of my assets. I implore the United States Department of Justice (DOJ) and the prosecutors to refrain from falsely claiming to represent me in this courtroom. I hereby make this declaration with the utmost clarity and conviction.
It is my contention that the DOJ and the Securities and Exchange Commission (SEC) have unlawfully and in violation of due process seized my assets for over three years. This action has resulted in significant financial distress, severely impacting my ability to meet daily living expenses.
I respectfully urge the Honorable Judge to promptly review the fairness and legality of the asset freeze imposed by the DOJ and SEC. I emphasize once more: I, an investor from Taiwan, am not a victim of Miles Guo or Yvette Wang. The DOJ and prosecutors must cease purporting to act on my behalf and stop misleading this court with untruths.
I earnestly request that the American judicial system restore to me and other investors the fairness, justice, and procedural integrity we deserve.
Thank you, Attorney Geye, for presenting this critical matter on my behalf.
Respectfully submitted,
████████████

**Statement Regarding Mr. Guo's Case**

vi    ███████████████

Mon, 31 Mar 2025 1:21:55 AM -0400

To    "Brad" <Brad@formerfedsgroup.com>

Dear Attorney Brad,

Hello:

I am an investor in the Himalaya Exchange, and my investment number is ██████.

Here, I solemnly make the following statement:

I invested in the Himalaya Exchange because I recognized Mr. Guo Wengui. The entire investment process was transparent, clear, and in line with normal procedures. Therefore, I am not a victim of Mr. Guo's case, and the DOJ has no authority to represent me. It is the DOJ that seized the Himalaya Exchange, froze my assets, and forcibly labeled me as a victim. I cannot accept such unfair treatment. The actions of the DOJ have caused me economic losses and psychological harm. Currently, all my losses stem entirely from the actions of government agencies, not from Mr. Guo Wengui. Please, Attorney Brad, understand the true situation of us as investors!

3-30-2025

**Urgent: Assistance Needed for Frozen Assets**

 **jj** ████████████████

Sun, 30 Mar 2025 2:32:35 PM -0400 •

To   "Brad" <Brad@formerfedsgroup.com>

████████ iPhone

Dear Brad

My HID: ████████

I am a client, investor, and customer of the Himalaya Exchange. I want to make it clear that I am not a victim of Miles Guo or Yanping Wang. Instead, I am a victim of the DOJ and SEC, as they have unjustly frozen my assets, leaving my investments inaccessible.

This situation has severely impacted my life. I can no longer purchase goods such as Gfashion apparel, Taiwanese teas, red wines, dried mangoes, and travel packages. Additionally, I am unable to use Hpay, HDO, and Hcoin, which are my personal cryptocurrency accounts, to support my family and manage daily expenses.

Furthermore, the unjust freezing of my assets has directly contributed to the drastic decline in the value of Hcoin, dropping from $45 USD to $13 USD, causing significant financial losses.

I kindly request your support in fighting for justice and protecting our legally owned assets from being wrongfully frozen by the DOJ.

Thank you for your assistance.

Best regards,

29/03/2025

**Withdrawing the HID number** █████████

 **ka**    ████████████████████

Thu, 27 Mar 2025 9:42:52 AM ▪0400

To    "Brad@FormerFedsGroup.com" <Brad@FormerFedsGroup.com>

**Dear Counsel:**

**Greetings!**

**I am writing to bring to your attention a recent factual misunderstanding and to kindly request your assistance. In recent court documents related to Mr. Miles Guo, it has been reported that I, along with thousands of others, am a victim of Mr. Guo. However, the actual situation is that I, together with other relevant individuals, voluntarily submitted an HID and designated you as our joint representative to request the court and the U.S. Securities and Exchange Commission (SEC) to release the frozen HEX funds and related investments. In reality, we are victims of the SEC's actions, not of Mr. Miles Guo.**

**For the reasons stated above, I respectfully request your assistance in immediately withdrawing the HID number "**█████████ **associated with me to correct the erroneous consequences arising from this misinformation.**

**At the same time, I urge you to address this matter as soon as possible. Should the issue not be resolved in a timely manner, I reserve the right to pursue further legal action. However, I believe that with your professional assistance, we can resolve this matter appropriately.**

**Thank you for your attention to this letter. I look forward to your prompt response.**

**Sincerely,**

**March 27, 2025**

Sent from ███████████ for iOS

**1:23-cr-00118-AT** ███████████████

**qa**  ██████████████████

Wed, 02 Apr 2025 8:46:39 PM -0400

To   "Brad" <Brad@formerfedsgroup.com>

---

Hello Mr. Geyer, thank you for filing a subsidiary petition for government forfeiture in case 1:23-cr-00118-AT.

I am one of your more than 6,000 proud customers. My HID is ████████. My goal is simple and direct: to return the funds seized by the US government to me, of which I am one of the investors and owners.

The government should exclude Himalaya Exchange from forfeiture. As a firm believer and supporter of the Whistleblower Movement, I wired more than $276,000 to Himalaya Exchange in 2021 to purchase HDO and HCN.

Before the government stepped in and froze accounts related to Himalaya Exchange, I was able to use HDO to purchase Gfashion and other items. The value of HCN once reached $53.8, but it quickly fell to $10 before the government froze the platform. I have suffered huge financial losses due to the government's series of attacks on Himalaya Exchange and other businesses, such as seizures, freezing bank accounts, and finally forfeitures.

My message is clear: Miles Guo has never deceived me or anyone. Miles Guo is completely innocent. The fact that Miles Guo is in federal prison is a travesty, a joke, and a blasphemy to the American justice system!

I have become an innocent victim of government interference in our legitimate business, and I demand the return of my assets.

Thank you again for your strong stand against the corrupt, broken justice system! Looking forward to justice being served. ████████████