# Exhibit A

# Information Option Memorandum

# REDACTED PER COURT'S INSTRUCTION