# Exhibit B

# Offering Memorandum

# REDACTED PER COURT'S INSTRUCTION