# Exhibit C

# Investment Details

# REDACTED PER COURT'S INSTRUCTION