# Exhibit D

# Wire Information

# REDACTED PER COURT'S INSTRUCTION