# EXHIBIT A

# 外国送金依頼書 (お客さま控) (MEMORANDUM FOR REMITTANCE)

**株式会社みずほ銀行**
To Mizuho Bank, Ltd.

3枚目 / お客さま控

| | |
|---|---|
| 依頼日 (Date) | 西暦 2021 年 7 月 19 日 |
| 送金指定日 (Date) | 西暦 2021 年 7 月 20 日 |
| 依頼書作成 作成枚数 | □要 ( ) |
| 送金種類 | ☑海外への送金 (Overseas Transfer)<br>□国内他行への送金 (Domestic Transfer to Others)<br>□国内本支店間送金 (Domestic Transfer to Our Bank)<br>□送金小切手 (Demand Draft) |
| 支払方法 | □口座振込 (Advise And Credit)   □その他 ( ) |
| 送金金額 (Currency/Amount) | 通貨 USD   金額 1,000,000.00 |
| 異種通貨相当の送金の場合 | 相当額 |
| 代り金決済方法 | ☑同種通貨 (Non-Exchange)<br>□公示 (Exchange)<br>□直物実勢 値決番号:<br>□為替予約 値決番号:<br>□代り金裏面記載 |
| 手数料支払方法 (Charges) | ☑送金指定日に支払います<br>□代り金と合算 ☑代り金と別<br>□提出済の「預金口座振替依頼書（外国為替取引用）」のとおりに引落してください |
| 代り金決済口座 | 通貨: □JPY ☑USD □その他 [ ]<br>店番号:[ 110 ] 預金科目:□普通 □当座 [ ]<br>口座番号:[ 9137290 ] |
| 手数料引落口座 | 通貨: ☑JPY □その他 [ ]<br>店番号:[ 110 ] 預金科目:☑普通 □当座 [ ]<br>口座番号:[ 3233859 ] |

お客さま整理番号: 
ジョイント方式: 幹事: □みずほ銀行(シェア金額: ) □他行( 銀行)

**＊ご依頼人名・住所 (Applicant's Full Name/Address)**
SONAR ADVISERS INC
4-1-19F KIOICHO, CHIYODA-KU, TOKYO
国名 (Country): JAPAN

**＊受取人取引銀行名・支店名 (住所等)・都市名・州名等**
SWIFT BIC/ABA No./Sort Code 等の銀行コード: [redacted]
The Reserve Trust Company
7600 E Quebec St Suite 305D Greenwood Village, 80111
国名 (Country): USA

**お受取人口座番号 (Payee's Account No.) または IBAN Code**
[redacted]
□国内本支店の場合 □普通 □当座 □その他

**＊お受取人名・住所 (Payee's Full Name/Address)**
Medici Bank International
1250 Ponce de Leon Ave Suite 301 San Juan, PR 00907
国名 (Country): PR

**＊お受取人宛て連絡事項 (Message If Any)**
FFC MBI [redacted] Hamilton Opportunity Fund SPC

**支払銀行・経由銀行にて手数料が発生した場合 (Paying Bank's/Intermediary Bank's Charges)**
□受取人負担 (Payee's A/C)   ☑送金依頼人負担 (Applicant's A/C)

(ご注意) 送金依頼人負担に指定した場合でもお受取人に請求される場合があります

| 送金目的 (Purpose) | 内容 | 国際収支番号 |
|---|---|---|
| ☑貿易外 (Non-Trade) | 投資 | 8+3 |
| □輸入 (Import) | | |
| □仲介貿易 (Intermediary Trade) | 商品名 / 原産地 / 船積地 / 仲介貿易の仕向地 | |

☑「外国為替及び外国貿易法」の北朝鮮関連規制（受取人の実質的支配者に係る規制を含む）およびイラン関連規制ならびに「米国OFAC規制」に該当しません。
「外国為替及び外国貿易法」に基づく許可等 許可番号 日付

**＊仕向先銀行 (Intermediary Bank If Any) (経由銀行)**
国名 (Country)

**お願い**
外国送金特有の複雑さや、相手国の事情等により到着が遅れることも考えられますので、時間的な余裕を見込んでご依頼くださいますようお願いいたします。

**REMARKS**
Remittances may be delayed due to complexities involving international money transfer and circumstances peculiar to certain foreign countries. Therefore, when applying for remittances, please allow sufficient time for their delivery.

外国送金取引規定の各条項に従い、送金を依頼します。
I/We request you to execute remittance in accordance with the terms and conditions of foreign remittance transactions.

[handwritten addressee block:]
東京都千代田区紀尾井町4-1
ショッピングセンター・ガーデンコート19F
ソナーアドバイザーズ株式会社 様
代表取締役 東 憲太郎
03-6380-3199

いつもみずほ銀行をご利用いただきありがとうございます。
本票は、お客さま控ですのでお手元に保管してください。

5705C002 外国送金依頼書兼告知書（兼払戻請求書）3/3 20.10