# EXHIBIT C

# Wire Instructions Change

Please complete this form and fax to: 1.630.596.8555

## INVESTOR DETAIL

| | |
|---|---|
| Investor Name: | Sonar Advisers Inc. |
| Contact Name: | Yasuhito Doi |
| Contact Phone: | +81-3-6380-8199 |
| Contact Email: | doi@sonaradvisers.com |
| Date of this change request: | August 24, 2021 |

## FUND DETAIL

| | |
|---|---|
| Fund Name | Himalaya Digital Assets Fund SP a Segregated Portfolio of Hamilton Opportunity Fund SPC |
| Investor Number (from statement) | DocuSign Envelope ID: █████████████ |

## WIRE INSTRUCTIONS

| Bank Name | The Reserve Trust Company | Intermediary Bank Name (if applicable) | |
|---|---|---|---|
| ABA/SWIFT | ███████ | Intermediary Bank ABA/SWIFT (if applies) | |
| Account Name | Medici Bank International | Payment Detail Comment (if applies) | Recipient Address: 1250 Ponce de Leon AVE. Suite 301 San... |
| Account Number | ███████ | Payment Detail Comment (if applies) | Reference/Memo (required): FFC MBI ███████ |

## AUTHORIZED SIGNATURE

**SIGN HERE**

| Name | | Signature | |
|---|---|---|---|
| Name | | Signature | |