

ZIHENG CHENG | ▮▮▮▮▮▮▮▮▮ | May 6, 2021 to June 7, 2021

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 05/27/21 | ▮ | ▮ |
| 06/07/21 | ▮ | ▮ |
| 06/07/21 | ▮ | ▮ |

**Total deposits and other additions**

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 05/11/21 | WIRE TYPE:WIRE OUT DATE:210511 TIME:1232 ET TRN:2021051100340327 SERVICE REF:384254 BNF:DELTEC BANK AND TRUST LIMI ID:25602100 BNF BK: CITIBANK, N.A. ID:0008 PMT DET:339117694 1001724 C NBTOC5Z | -20,020.00 |
| 06/02/21 | ▮ | ▮ |
| 06/03/21 | ▮ | ▮ |

## Checks





MERRILL GUIDED INVESTING™

### You manage life. We'll help manage investing.

Stay focused on your goals while Merrill portfolio managers monitor and rebalance your portfolio.

Get started at **merrilledge.com/Invest** today.

Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation ("BofA Corp."). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp. Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of BofA Corp.

Investment products: | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

SSM-12-20-0028.B | 3404029