










Himalaya International Payments Ltd
Commerce House, Wickhams Cay 1,
P.O. Box 3140, Road Town,
Tortola, British Virgin Islands VG1110

**Generated Date:** 08 May 2024

Private and Confidential

ZIHENG CHENG

Username:

## Transaction Details

| DATE AND TIME | TYPE | DESCRIPTION | 2ND PARTY HID | CREDIT | QUANTITY | TRANSACTION ID |
|---|---|---|---|---|---|---|
| 21/04/2022 01:29:27 | RECEIVED | P2P Transfer from 敏*** 陈*** | | HDO | 456621.00 | |

(1) In the event that any information contained in this statement is inconsistent with your records, please contact our Customer Services team immediately.
(2) This is a computer-generated statement. No authorised signature is required.
(3) Transaction dates and times are displayed in UTC format.
(4) Transaction Description: P2P(peer-to-peer).
(5) 2nd Party HID: Himalaya ID of the second involved party.

Himalaya International Payments Limited, Commerce House, Wickhams Cay 1, P.O. Box 3140, Road Town, Tortola, British Virgin Islands VG1110