

**Adv Relationship Banking - ▮▮▮▮ : Account Activity Transaction Details**

|  |  |
|---|---|
| **Post date:** | 03/15/2021 |
| **Amount:** | -50,000.00 |
| **Type:** | Withdrawal |
| **Description:** | WIRE TYPE:WIRE OUT DATE:210315 TIME:0525 ET TRN:2021031500054833 SERVICE REF:251246 BNF:ASSOCIATED FOREIGN EXCHANG ID:00455662 BNF BK: DEUTSCHE BANK TRUST CO. ID:0103 PMT DET:331430578 ZIHENG CHENG ORDER ID RQ21031318472 |
| **Merchant name:** | ASSOCIATED FOREIGN EXCHANG |
| **Transaction category:** | Uncategorized: Pending |