Ziheng Cheng



Clerk of Court
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Courtesy Copy – Pro Se Motion for
Case: United States v. Ho Wan Kwok a/k/a Miles Guo, et al.
Docket No: 23-cr-118 (AT)

Dear Clerk of Court:

Please find enclosed a courtesy copy of a pro se motion titled "Motion for Miscellaneous Relief" submitted in connection with the above-referenced case. This courtesy copy is provided for filing and forwarding to the Honorable Judge Analisa Torres, presiding over this matter.

I am a victim as defined under 18 U.S.C. § 3771, and I respectfully request that the Court consider the enclosed motion.

**I request my personal information (name, address, phone numbers) and all exhibitions to be submitted under seal.**

If further information or documentation is needed, I am happy to provide it upon request.

Thank you for your attention to this matter.

Respectfully submitted,

Ziheng Cheng