UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

UNITED STATES OF AMERICA,           :     23 Cr. 118 (AT)

                Plaintiffs,    :

                                     **NOTICE OF APPEARANCE**

    -against-                         :

HO WAN KWOK and KIN MING JE,        :

                Defendants.   :

---------------------------------x

To:   The clerk of the court and all parties of record:

     I am admitted to practice in this court, and I was appointed under the Criminal Justice Act to represent defendant Ho Wan Kwok in this matter.

Dated: New York, New York
       April 8, 2025

                                            By: _____
                                                John F. Kaley, Esq.
                                                Doar Rieck Kaley & Mack
                                                217 Broadway, Suite 707
                                                New York, New York 10007
                                                Tel. (212) 619-3730
                                                jkaley@doarlaw.com