AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-cr-00118 |
| Miles Guo, a.k.a. Ho Wan Kwok | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Miles Guo, a.k.a. Ho Wan Kwok.

Date: 04/08/2025

*Attorney's signature*

Joshua L. Dratel, 1795954
*Printed name and bar number*

Dratel & Lewis
29 Broadway, Suite 1412
New York, New York 10006
*Address*

jdratel@dratellewis.com
*E-mail address*

(212) 732-0707
*Telephone number*

(212) 571-3792
*FAX number*