UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                                            :

**UNITED STATES OF AMERICA**            :

        v.                                  :          23-CR-00118 (AT)

**MILES GUO,**                              :          <u>**NOTICE OF APPEARANCE**</u>
    a/k/a HO WAN KWOK,          :

          **Defendant.**       :
------------------------------------------------------------x

TO:    The clerk of court and all parties of record:

        I am an attorney duly admitted to practice in this Court and have been appointed pursuant to the Criminal Justice Act to represent defendant Miles Guo in this matter.

Dated:  New York, NY
           April 8, 2025

                                            By:    <u>/s/ Melinda Sarafa</u>
                                                   Melinda Sarafa

                                                   SARAFA LAW PLLC
                                                 43 West 43rd Street, Suite 370
                                                 New York, NY 10036
                                                 Tel: 212-785-7577
                                                 Fax: 646-868-8266
                                                 msarafa@sarafalaw.com