IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Complainant<br><br>-v-<br><br>HO WAN KWOK, a/k/a "Miles Guo," "Miles Kwok," "Guo Wengui," "Brother Seven," or "The Principal,"<br><br>and<br><br>KIN MING JE, a/k/a "William Je,"<br><br>and<br><br>YANPING WANG, a/k/a "Yvette,"<br><br>Defendants. | Criminal No.: 23-cr-118 (AT)<br><br>Clarification and Withdraw of Prior Submissions<br><br>Assigned to the Honorable U.S. District Court Judge Analisa Torres, Presiding Judge |

Dear Judge Torres,

I respectfully write to clarify and formally withdraw my previously submitted filings, Doc 559 and Doc 568, regarding my experience as a customer of G Fashion and G Club.

It has come to my attention that submissions during this phase of the proceedings are limited to individuals who are recognized as victims under the law, and my submissions did not meet that criterion. I fully respect the Court's guidelines and apologize for any procedural misstep. My intent was solely to provide personal context, not to contest the proceedings or influence outcomes. I trust in the Court's process and appreciate your consideration of this clarification.

Additionally, I respectfully request that the Court consider redacting my personal contact information—specifically my mailing address, phone number, and email address—from public access in the record of the aforementioned filings, in the interest of personal privacy.

Thank you for your time and understanding.

Carolyn Sun  *(signature)*