USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/2025

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
    Complainant

-v-

HO WAN KWOK, a/k/a "Miles Guo," "Miles Kwok," "Guo Wengui," "Brother Seven," or "The Principal,"

and

KIN MING JE, a/k/a "William Je,"

and

YANPING WANG, a/k/a "Yvette,"

    Defendants.

Criminal No.: 23-cr-118 (AT)

Clarification and Withdraw of Prior Submissions

Assigned to the Honorable U.S. District Court Judge Analisa Torres, Presiding Judge

Dear Judge Torres,

I respectfully write to clarify and formally withdraw my previously submitted filings, Doc 559 and Doc 568, regarding my experience as a customer of G Fashion and G Club.

It has come to my attention that submissions during this phase of the proceedings are limited to individuals who are recognized as victims under the law, and my submissions did not meet that criterion. I fully respect the Court's guidelines and apologize for any procedural misstep. My intent was solely to provide personal context, not to contest the proceedings or influence outcomes. I trust in the Court's process and appreciate your consideration of this clarification.

Additionally, I respectfully request that the Court consider redacting my personal contact information—specifically my mailing address, phone number, and email address—from public access in the record of the aforementioned filings, in the interest of personal privacy.

Carolyn Sun

    GRANTED IN PART.  The Clerk of Court is respectfully directed to strike ECF Nos. 559 and 568.

    SO ORDERED.

Dated: April 11, 2025
    New York, New York

ANALISA TORRES
United States District Judge