OCKKGUOC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

        v.                          23 CR 118 (AT)

MILES GUO,

                                     Conference
          Defendant.

------------------------------x

                                  New York, N.Y.
                                  December 20, 2024
                                  9:30 a.m.

Before:

                   HON. ANALISA TORRES,

                           District Judge

                   APPEARANCES

EDWARD Y. KIM
    Acting United States Attorney for the
    Southern District of New York
RYAN B. FINKEL
JULIANA MURRAY
MICAH FESTA FERGENSON
    Assistant United States Attorneys

PRYOR CASHMAN LLP
    Attorneys for Defendant
BY: SIDHARDHA KAMARAJU
    -AND-
SABRINA SHROFF
    -AND-
ALSTON & BIRD LLP.
BY: E. SCOTT SCHIRICK


Also Present:

Junjie Chen, Interpreter (Mandarin)
Michael Gartland, USAO Paralegal

OCKKGUOC

1                (Case called)

2                THE COURT:  Good morning.

3                We are here in the matter of United States v. Miles
4    Guo.

5                Counsel, would you make your appearances, please.

6                MR. FINKEL:  Good morning, your Honor.  Ryan Finkel,
7    Juliana Murray, and Micah Fergenson, for the United States.
8    We're joined at counsel table by Michael Gartland, who's a
9    paralegal in our office.

10               MR. KAMARAJU:  Good morning, your Honor.
11   Sidhardha Kamaraju, Sabrina Shroff, and --

12               THE LAW CLERK:  My apologies.  We will take a brief
13   pause.

14               (Pause)

15               THE COURT:  I understand that there's a problem with
16   the microphone, or the equipment in general.

17               THE INTERPRETER:  Yes.

18               THE COURT:  So please be seated, and we'll wait for
19   the new equipment.

20               I will take a pause and return once this is settled.

21               (Pause)

22               THE COURT:  Defense counsel, if you will, just make
23   your appearances again, please.

24               MR. KAMARAJU:  Yes, your Honor.  Sidhardha Kamaraju,
25   Sabrina Shroff, and Scott Schirick, on behalf of Mr. Guo, who

1   is with us at counsel's table.  Thank you.

2               THE COURT:  Please be seated.

3               I'd like the interpreter to identify herself, please.

4               THE INTERPRETER:  Okay, yes.

5               My name is Junjie Chen.  I am a Mandarin interpreter
6   for this court appearance.

7               THE COURT:  And I'd like the interpreter to be sworn.

8               (Interpreter sworn)

9               THE COURT:  So, I understand that the defense is
10  requesting an ex parte conference; is that correct?

11              MR. KAMARAJU:  I think to the extent you're going to
12  inquire of Mr. Guo, yes, your Honor.

13              THE COURT:  All right.  So I am going to excuse the
14  prosecution.

15              MR. FINKEL:  Your Honor, before we are excused, can we
16  place something on the record?

17              THE COURT:  Go ahead.

18              MR. FINKEL:  So, your Honor, we are not privy to what
19  exactly is going on between the defendant and his current
20  counsel, his retained counsel.  I understand it's not an
21  expense issue, it's not an inability to pay.  If it was, we can
22  point the Court to authority that will enable the Court to
23  direct CJA funds to retain counsel.  If it's something else, we
24  would just ask the Court to consider, and I'm sure the Court
25  will, that the victims of these very serious offenses have

1  rights, specifically a right to be free from unreasonable
2  delay.  That's 18 U.S.C. 3771.  There have been a number of
3  adjournments to this sentencing proceeding already, as the
4  Court knows, and as the Court has heard from the many victim
5  statements that we have provided to your Honor, I think there
6  is a very strong interest in seeing a resolution to these
7  matters.  In part, not just so this matter can be completed,
8  but, also, so that the hundreds of millions of dollars the
9  government has seized can be distributed to the victims, and so
10 they can begin to receive the money that they are owed from
11 what they have experienced from these crimes.
12         There are essentially two items left here, your Honor,
13 a sentencing submission from the defendants and the sentencing
14 proceeding itself.  We have rounded third base, and we're
15 closing in on home, and as the Court considers whether
16 substitution is appropriate, I just want to read from a letter
17 that Ms. Shroff submitted to the Court on September 9th.  It
18 says, "The subject matter of this trial is dense, the trial
19 record lengthy, and the issues to be tackled not exactly simple
20 for probation or the defense."
21         So, as your Honor considers whatever is ailing the
22 defense counsel and the defendant, we just ask your Honor to be
23 mindful, and I am sure your Honor will be, of the rights of the
24 victims to see this matter come to resolution.  That is the
25 government's focus at this stage of the proceedings, and we ask

1  the Court to be considerate of those issues as well.
2              THE COURT:  There's no one here more than myself who
3  would like to see the conclusion of this case.  I can assure
4  you of that.
5              MR. FINKEL:  We appreciate that, your Honor.  And
6  thank you for the opportunity to present that piece.
7              And last, if I can, regardless of the outcome of the
8  ex parte proceeding, there will need to be some scheduling
9  issues that are attended to, and we'd like to be present for
10 those.
11             THE COURT:  All righty.  I'll invite you back.
12             MR. FINKEL:  Thank you, your Honor.
13             (Pages 6-19 SEALED by order of the Court)

1                 (In open court; government counsel present)

2          THE COURT:  So, there are outstanding issues that I
3  have to address, and which I cannot address today.  And those
4  matters will determine, to some extent, the sentencing date.
5  So I do not have a sentencing date for you.

6          MR. FINKEL:  Okay.

7          At the moment, your Honor, the government sentencing
8  submission is due on Monday.  We ask that it be adjourned until
9  the Court resolves the issue pending before your Honor.

10         THE COURT:  That's fine.  I will give you a new date
11 closer to the sentencing date.

12         MR. FINKEL:  To the extent the Court feels it
13 appropriate, is there going to be briefing about the
14 substitution of counsel issue?  Is your Honor scheduling an
15 additional hearing?  What's the next step the government should
16 expect?

17         THE COURT:  I am expecting a submission from counsel.
18 And if I feel the need to have the prosecution weigh in, I will
19 let you know.

20         MR. FINKEL:  We appreciate that, your Honor.

21         At what date, just so the government has some
22 understanding when counsel --

23         THE COURT:  The submission is going to be made on the
24 30th of this month.

25         MR. FINKEL:  The Codefendant Janping Wong's sentencing

OCKKGUOC

1  is still scheduled for January 6th?
2              THE COURT:  It is.
3              MR. FINKEL:  Thank you, your Honor.  We appreciate it.
4              THE COURT:  All righty.  That brings our conference to
5  a close.  Happy holidays.
6              COUNSEL:  Thank you, your Honor.
7              (Adjourned)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25