**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR
NEW YORK, NEW YORK 10007
TELEPHONE: (646) 763-1490

April 30, 2025

Hon. Analisa Torres
United States District Court
For the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Ho Wan Kowk</u>, 23-CR-118 (AT)

Dear Judge Torres,

As directed by the Court filed on the docket are transcripts of the *ex parte* portions of the December 24 and March 3, 2025 court appearances.

Respectfully submitted,

/s/ Sabrina P. Shroff
Counsel for Ho Wan Kwok