**SABRINA P. SHROFF**  
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR  
NEW YORK, NEW YORK 10007  
TELEPHONE: (646) 763-1490

May 1, 2025

Hon. Analisa Torres  
United States District Court  
For the Southern District of New York  
500 Pearl Street  
New York, New York 10007

Re: *United States v. Ho Wan Kowk*, 23-CR-118 (AT)

Dear Judge Torres,

As directed by the Court filed on the docket are transcripts of the *ex parte* portions of the December 24 and March 3, 2025 court appearances.

We thank the Court for its time and consideration on this matter.

Respectfully submitted,

/s/ Sabrina P. Shroff  
Counsel for Ho Wan Kwok