1           (In the presence of the Court and defense counsel)
2           THE COURT:  I'm going to begin by asking you some
3    questions, Mr. Guo.
4           Would you swear the defendant, please?
5           (Defendant sworn)
6           THE COURT:  You may be seated.
7           Is it still your wish to no longer be represented by
8    the attorneys who are present in the courtroom today?
9           THE DEFENDANT:  Yes, dear Judge.
10          THE COURT:  Ms. Shroff, Mr. Kamaraju, and
11   Mr. Schirick, is it still your view that the communication
12   between you and your client has irrevocably broken down?
13          MS. SHROFF:  Yes, your Honor.
14          THE COURT:  Based on Mr. Guo's and his attorney's
15   statements today, as well as the statements made during the
16   *ex parte* hearing on December 20, and in defense counsel's
17   letters, dated December 10 and January 28, I have determined
18   that communication between Mr. Guo and his lawyers has
19   irrevocably broken down.  I, therefore, intend to grant defense
20   counsel's motion to withdraw.
21          I've also determined that it is necessary and
22   appropriate for me to appoint counsel to represent Mr. Guo
23   under the Criminal Justice Act.  Over the last five weeks, my
24   law clerks and I, as well as the career staff at the Southern
25   District of New York, have gone to great lengths to identify

CJA counsel that can represent Mr. Guo without a conflict of interest. I have not yet identified a lawyer who is not conflicted, including the Federal Defenders. I am hopeful that I will find such an attorney.

I am going to add that I believe that although some stated they were conflicted, I believe they actually were disinclined.

When I identify an attorney, I will grant defense counsel's motion to withdraw and order that the new attorney or attorneys be substituted. In my order, I will direct that Mr. Guo's withdrawing attorneys, that is Mr. Kamaraju, Ms. Shroff, and Mr. Schirick, stand ready to assist Mr. Guo's new counsel to the maximum extent possible so that we can proceed promptly to sentencing without further delay.

Is there anything further before I invite the government to return?

MS. SHROFF: No, your Honor.

THE COURT: All right. The portion of the transcript covering this *ex parte* matter shall be sealed and accessible to the Court and the defense.

I'd like the government to return.

(Continued on next page)