## DOAR RIECK KALEY & MACK

ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
e-mail: firm@doarlaw.com
website: www.doarlaw.com

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037

May 9, 2025

**By ECF Filing**
Hon Analisa Torres
United States District Court
500 Pearl Street
New York, New York 10007

          Re:    *United States v. Guo, et al.*
                 Docket No. S3 23 Cr. 118 (AT)

Dear Judge Torres:

      Counsel for the defendant Miles Guo respectfully submit this joint status letter as the Court directed in an Order dated April 30, 2025.

      First, regarding redactions of privileged information from the December 20, 2024 and March 3, 2025 transcripts of *ex parte* proceedings regarding Guo's change of counsel, Guo's prior counsel filed the *ex parte* portions of the transcripts with proposed redactions and Guo's prior counsel submitted unredacted copies of the transcripts to chambers *ex parte*, for in camera review, with yellow highlighting the material defense counsel proposed to redact.

      Second, with respect to forfeiture and whether Guo is claiming a personal interest in any of the property subject to forfeiture, the Government and Guo's newly-appointed counsel have conferred and, following a request from the defense, the Government has identified for counsel certain information and evidence in an effort to further the parties' discussions, and recently identified certain exhibits at counsel's request to aid the defense in assessing this issue. In addition, defense counsel has made other inquiries as we sort out the forfeiture issue, which we have and will discuss further with Mr. Guo.

      The parties propose that the Court permit them to provide a further joint status letter to the Court by May 23, 2025

Honorable Analisa Torres             2             May 9, 2025

The parties are available to address any questions the Court may have.

Respectfully yours,

John F. Kaley

cc: All counsel by ECF Filing