## DOAR RIECK KALEY & MACK

ATTORNEYS AT LAW

JOHN DOAR (1921-2014)  
WALTER MACK

  OF COUNSEL  
JOHN JACOB RIECK, JR.  
JOHN F. KALEY  
e-mail: firm@doarlaw.com  
website: wwwdoarlaw.com

ASTOR BUILDING  
7TH FLOOR  
217 BROADWAY  
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619·3730  
FACSIMILE: (212) 962-5037

May 9, 2025

**By ECF Filing**  
Hon Analisa Torres  
United States District Court  
500 Pearl Street  
New York, New York 10007

    Re: *United States v. Guo, et al.*  
       Docket No. S3 23 Cr. 118 (AT)

Dear Judge Torres:

 Along with Josh Dratel and Melinda Sarafa I represent Miles Guo in the above-referenced matter.

 I am writing to request authorization to engage the services of a certified interpreter to translate the presentencing report from English into Chinese to facilitate Mr. Guo's review of same.

 Thank you for your consideration of this request.

           Respectfully submitted,

           /s/  
           John F. Kaley

cc: All counsel by ECF Filing