```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/12/2025
```

# DOAR RIECK KALEY & MACK
### ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
e-mail: firm@doarlaw.com
website: www.doarlaw.com

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037

May 9, 2025

**By ECF Filing**
Hon Analisa Torres
United States District Court
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Guo, et al.*
               Docket No. S3 23 Cr. 118 (AT)

Dear Judge Torres:

    Along with Josh Dratel and Melinda Sarafa I represent Miles Guo in the above-referenced matter.

    I am writing to request authorization to engage the services of a certified interpreter to translate the presentencing report from English into Chinese to facilitate Mr. Guo's review of same.

    Thank you for your consideration of this request.

GRANTED.

SO ORDERED.

Dated: May 12, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge