# DOAR RIECK KALEY & MACK

ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
e-mail: firm@doarlaw.com
website: www.doarlaw.com

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619·3730
FACSIMILE: (212) 962-5037

May 23, 2025

**By ECF Filing**
Hon Analisa Torres
United States District Court
500 Pearl Street
New York, New York 10007

Re:    *United States v. Guo, et al.*
      Docket No. S3 23 Cr. 118 (AT)

Dear Judge Torres:

Counsel for the defendant Miles Guo respectfully submit this further joint status letter regarding the issue of forfeiture as the Court directed in an Order dated May 9, 2025.

With respect to forfeiture and whether Mr. Guo is claiming a personal interest in any of the property potentially subject to forfeiture, the Government and Mr. Guo's newly-appointed counsel have conferred and, following a request from the defense, the Government has identified for counsel certain information and trial evidence to aid the defense in assessing this issue. The matter, however, is more complicated than initially anticipated given, *inter alia,* the arguments of the Government at trial, the mixed verdict of the jury and the activities of the Trustee in the Bankruptcy case, who has obtained adjudications in a number of proceedings to the effect that Mr. Guo was the owner or beneficial owner of particular property. As such, counsel needs additional time to do further due diligence and to discuss this matter further with Mr. Guo to arrive at an appropriate factual and legal position.

The parties propose that the Court permit them to provide a further joint status letter to the Court by June 13, 2025.

Honorable Analisa Torres                              2                                    May 23, 2025

The parties are available to address any questions the Court may have.

Respectfully yours,

John F. Kaley

cc:    All counsel by ECF Filing