# SARAFA ZELLAN

43 West 43rd

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/16/2025__

June 13, 2025

**By ECF Filing**
Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

   Re: *United States v. Ho Wan Kwok, et al.*
      **23-CR-118 (AT)**

Dear Judge Torres:

Along with John Kaley and Joshua Dratel I represent defendant Miles Guo in the above-captioned matter. As Mr. Guo's counsel we respectfully submit this further joint status letter regarding the issue of forfeiture, as directed by the Court in its Order dated May 27, 2025.

With respect to whether Mr. Guo intends to claim a personal interest in any of the property identified by the Government as subject to forfeiture, counsel for Mr. Guo have continued to meet with Mr. Guo and examine relevant documents to arrive at an appropriate factual and legal position. We have conferred with the Government and hope to be able to submit Mr. Guo's position to the Court no later than June 27, 2025.

Accordingly, the parties propose that the Court permit counsel for Mr. Guo to submit Mr. Guo's position on the matter of forfeiture, or, should that prove infeasible, a further status letter, on or before June 27, 2025.

   GRANTED.  By **June 27, 2025**, Defendant Miles Guo shall indicate his position
   on forfeiture or file a status letter.

   SO ORDERED.

   Dated: June 16, 2025
      New York, New York

                _____
                ANALISA TORRES
                United States District Judge