## DECLARATION OF BEIBEI ZHU

I, **Beibei Zhu**, Code in Himalaya Exchange HID: 2R5RWN2, declare under penalty of perjury under the laws of the United States of America:

1. I am over the age of 18 and competent to testify to the facts contained in this Declaration.

2. I am a private individual and a customer of Himalaya Exchange.

3. I did not at any time retain, hire, or authorize attorney **Bradford L. Geyer** to represent me in any matter, including any matter related to the above-captioned criminal case.

4. I never signed any retainer agreement, nor gave Mr. Geyer written or verbal consent to speak or file any document on my behalf.

5. I was never informed by Mr. Geyer of any appearance he made or attempted to make on my behalf.

6. Upon learning that Mr. Geyer had claimed to represent me or act in the interests of Himalaya Exchange customers including myself, I experienced confusion, distress, and reputational harm.

7. As a result of Mr. Geyer's unauthorized conduct, I was forced to seek independent legal advice and suffered financial losses and emotional distress, which I estimate at no less than **$100,000.**

8. I affirm that all statements in this declaration are true and correct to the best of my knowledge.

Executed on this __ day of [Month], 2025, at [City, Country].

**Signature:** ____zhubeibei_____
**Name:** Beibei Zhu