

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, NY 10278*

July 14, 2025

**BY ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl St. New York, NY 10007-1312
New York, New York 10007

Re:   *United States v. Guo, et al.*, S3 23 Cr. 118 (AT)

Dear Judge Torres:

The Government respectfully submits this letter in response to defendant Miles Guo's position as to forfeiture, as directed by the Court. *See* Dkt. 711. While Guo is not consenting to a preliminary order of forfeiture, the Court can enter a preliminary order of forfeiture that imposes a money judgment and forfeits Guo's personal interest in specific property. The Government is preparing and will be submitting within the next two weeks a motion requesting that the Court enter such an order.

Respectfully submitted,

SEAN S. BUCKLEY
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515
Southern District of New York

By: /s/ _____
Micah F. Fergenson
Ryan B. Finkel
Justin Horton
Juliana N. Murray
Assistant United States Attorneys
(212) 637-2190 / 6612 / 2276 / 2314