# Exhibit G

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA :
:
    - v. - : DECLARATION IN SUPPORT OF
: THE GOVERNMENT'S
MILES GUO, : APPLICATION FOR A
: PRELIMINARY ORDER OF
   a/k/a "Ho Wan Kwok," : FORFEITURE AS TO SPECIFIC
   a/k/a "Miles Kwok," : PROPERTY
   a/k/a "Guo Wengui," :
   a/k/a "Brother Seven," : S3 23 Cr. 118 (AT)
   a/k/a "The Principal," :
   a/k/a "Boss," :
:
                    Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      ZACHARY EFFTING, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

      1.     I am a Special Agent with the FBI and have been for approximately 5 years. During my time as a Special Agent for the FBI, I have participated in investigations of fraud schemes and money laundering, among other things, and have regularly conducted physical searches of premises and collected evidence and criminal proceeds therefrom. I am one of the agents who served as a case agent for the investigation and prosecution of MILES GUO, a/k/a "Ho Wan Kwok," a/k/a "Miles Kwok," a/k/a "Guo Wengui," a/k/a "Brother Seven," a/k/a "The Principal," a/k/a "Boss."

      2.     The information contained in this affidavit is based upon my personal knowledge and involvement in the investigation of this matter, as well as information obtained from other sources, including conversations with other law enforcement officers and others, as well as my review of documents gathered during the course of this investigation. Because this affidavit is

being submitted for a limited purpose, it does not include every fact that I have learned during the course of the investigation. Where the contents of documents and actions, statements and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

3. I make this Declaration in support of the Government's application for a preliminary order of forfeiture, finding GUO liable for a personal forfeiture money judgment in the amount of $1,300,000,000 and forfeiting all of his right, title and interest in the property (the "Specific Property") listed in the proposed Preliminary Order of Forfeiture as to Specific Property/Money Judgment.

4. In particular, I make this Declaration regarding certain items of Specific Property that were seized from the residence located at 675 Ramapo Valley Road, Mahwah, New Jersey (the "Mahwah Mansion"). I participated in law enforcement's search and seizure operation at the Mahwah Mansion on or about March 15, 2023, and I have reviewed the relevant records of what was seized from the Mahwah Mansion. The following items, among others, listed as Specific Property in the preliminary order of forfeiture, were seized by law enforcement on or about March 15, 2023 from the Mahwah Mansion:

    a. $9,895.00 in United States currency;

    b. $1,000.00 in United States currency;

    c. A ring with box;

    d. A bracelet with box;

    e. $1,300.00 in United States currency;

    f. Yellow coins;

    g. 5,000 Euros;

      h.    $188,050 Hong Kong dollars;

      i.    250 Chinese Yuan.

Dated: New York, New York
       July 28, 2025

_____
ZACHARY EFFTING
Special Agent
Federal Bureau of Investigation