# CONGRESS.GOV

# S.1582 - GENIUS Act
119th Congress (2025-2026) | Get alerts

Summary(1) Text(3) **Actions(80)** Titles(7) Amendments(130) Cosponsors(5) Committees(0) Related Bills(1)

Bill History – Congressional Record References

**80** results for All Actions | Compact View

○ Actions Overview[4]   ○ All Actions Except Amendments[41]   ● All Actions[80]

**Roll Call Votes**

See "roll call vote" in glossary    ☐ House Roll Call Vote [1]    ☐ Senate Roll Call Vote [9]

**Action By**

☐ Senate [68]    ☐ House [12]

**Senate Committees**

☐ Banking, Housing, and Urban Affairs [2]

| Date | Chamber | All Actions |
|---|---|---|
| 07/17/2025 | Senate | Presented to President. |
| 07/17/2025-3:54pm | House | Motion to reconsider laid on the table Agreed to without objection. |
| 07/17/2025-3:54pm | House | On passage Passed by the Yeas and Nays: 308 - 122 (Roll no. 200). |
| 07/17/2025-3:30pm | House | Considered as unfinished business. |
| 07/17/2025-11:43am | House | POSTPONED PROCEEDINGS - At the conclusion of debate on S. 1582, the Chair put the question on passage of the bill and by voice vote, announced that the ayes had prevailed. Ms. Waters demanded the yeas and nays and the Chair postponed further proceedings until a time to be announced. |
| 07/17/2025-11:43am | House | The previous question was ordered pursuant to the rule. |
| 07/17/2025-10:37am | House | DEBATE - The House proceeded with one hour of debate on S. 1582. |
| 07/17/2025-10:36am | House | Rule provides for consideration of H.R. 4016, H.R. 3633, H.R. 1919 and S. 1582. The resolution provides for consideration of H.R. 4016 and H.R. 3633 under a structured rule, and H.R. 1919 and S. 1582 under a closed rule, with one hour of general debate on each bill. The resolution provides for a motion to recommit on H.R. 4016, H.R. 3633, and H.R. 1919, and a motion to commit on S. 1582. |
| 07/17/2025-10:36am | House | Considered under the provisions of rule H. Res. 580. |
| 07/16/2025-11:04pm | House | Rule H. Res. 580 passed House. |
| 07/15/2025-9:34am | House | Rules Committee Resolution H. Res. 580 Reported to House. Rule provides for consideration of H.R. 4016, H.R. 3633, H.R. 1919 and S. 1582. The resolution provides for consideration of H.R. 4016 and H.R. 3633 under a structured rule, and H.R. 1919 and S. 1582 under a closed rule, with one hour of general debate on each bill. The resolution provides for a motion to recommit on H.R. 4016, H.R. 3633, and H.R. 1919, and a motion to commit on S. 1582. |
| 06/23/2025-3:29pm | House | Held at the desk. |

| Date | Chamber | All Actions |
|---|---|---|
| 06/23/2025-3:19pm | House | Received in the House. |
| 06/23/2025 | Senate | Message on Senate action sent to the House. |
| 06/17/2025 | Senate | Passed Senate with an amendment by Yea-Nay Vote. 68 - 30. Record Vote Number: 318. (text: CR S3419-3432) |
| 06/17/2025 | Senate | Considered by Senate. (consideration: CR S3418-3432) |
| 06/12/2025 | Senate | Cloture on the bill, as amended invoked in Senate by Yea-Nay Vote. 67 - 27. Record Vote Number: 312. |
| 06/12/2025 | Senate | S.Amdt.2307 Amendment SA 2307 agreed to in Senate by Yea-Nay Vote. 67 - 30. Record Vote Number: 311. |
| 06/12/2025 | Senate | S.Amdt.2311 SA 2311 fell when SA 2310 withdrawn. |
| 06/12/2025 | Senate | S.Amdt.2310 Proposed amendment SA 2310 withdrawn in Senate. |
| 06/12/2025 | Senate | S.Amdt.2309 SA 2309 fell when SA 2308 withdrawn. |
| 06/12/2025 | Senate | S.Amdt.2308 Proposed amendment SA 2308 withdrawn in Senate. |
| 06/12/2025 | Senate | S.Amdt.2307 Motion to waive all applicable budgetary discipline with respect to amendment SA 2307 agreed to in Senate by Yea-Nay Vote. 64 - 33. Record Vote Number: 310. |
| 06/12/2025 | Senate | S.Amdt.2307 Point of order that the amendment violates section 4106 of H.Con.Res.71, 115th Congress raised in Senate with respect to amendment SA 2307. |
| 06/12/2025 | Senate | S.Amdt.2310 Motion to table amendment SA 2310 rejected in Senate by Yea-Nay Vote. 45 - 52. Record Vote Number: 309. |
| 06/12/2025 | Senate | Considered by Senate. (consideration: CR S3366-3367) |
| 06/12/2025 | Senate | S.Amdt.2311 Considered by Senate. (consideration: CR S3366) |
| 06/12/2025 | Senate | S.Amdt.2310 Considered by Senate. (consideration: CR S3366) |
| 06/12/2025 | Senate | S.Amdt.2309 Considered by Senate. (consideration: CR S3366) |
| 06/12/2025 | Senate | S.Amdt.2308 Considered by Senate. (consideration: CR S3366) |
| 06/12/2025 | Senate | S.Amdt.2307 Considered by Senate. (consideration: CR S3366) |
| 06/11/2025 | Senate | S.Amdt.2314 SA 2314 fell when SA 2313 fell. |
| 06/11/2025 | Senate | S.Amdt.2313 SA 2313 fell when SA 2312 fell. |
| 06/11/2025 | Senate | S.Amdt.2312 SA 2312 (the instructions of the motion to commit) fell when cloture was invoked on amendment SA 2307. |
| 06/11/2025 | Senate | Motion by Senator Thune to commit to Senate Committee on Banking, Housing, and Urban Affairs with instructions to report back forthwith with the following amendment (SA 2312) fell when cloture was invoked on amendment SA 2307 in Senate. |
| 06/11/2025 | Senate | S.Amdt.2307 Considered by Senate. (consideration: CR S3336) |
| 06/11/2025 | Senate | S.Amdt.2310 Considered by Senate. (consideration: CR S3336) |
| 06/11/2025 | Senate | S.Amdt.2311 Considered by Senate. (consideration: CR S3336) |
| 06/11/2025 | Senate | S.Amdt.2308 Considered by Senate. (consideration: CR S3336) |
| 06/11/2025 | Senate | S.Amdt.2309 Considered by Senate. (consideration: CR S3336) |
| 06/11/2025 | Senate | Considered by Senate. (consideration: CR S3335-3336) |
| 06/11/2025 | Senate | S.Amdt.2307 Cloture on amendment SA 2307 invoked in Senate by Yea-Nay Vote. 68 - 30. Record Vote Number: 305. |
| 06/09/2025 | Senate | S.Amdt.2314 Amendment SA 2314 proposed by Senator Thune to Amendment SA 2313. (consideration: CR S3276) To improve the bill. |
| 06/09/2025 | Senate | S.Amdt.2313 Amendment SA 2313 proposed by Senator Thune to Amendment SA 2312 (the instructions of the motion to commit). (consideration: CR S3276) To improve the bill. |

| Date | Chamber | All Actions |
|---|---|---|
| 06/09/2025 | Senate | S.Amdt.2312 Amendment SA 2312 proposed by Senator Thune. (consideration: CR S3276) To improve the bill. |
| 06/09/2025 | Senate | Motion by Senator Thune to commit to Senate Committee on Banking, Housing, and Urban Affairs with instructions to report back forthwith with the following amendment (SA 2312) made in Senate. |
| 06/09/2025 | Senate | Cloture motion on the bill presented in Senate. (CR S3276) |
| 06/09/2025 | Senate | S.Amdt.2311 Amendment SA 2311 proposed by Senator Thune to Amendment SA 2310. (consideration: CR S3276) To improve the bill. |
| 06/09/2025 | Senate | S.Amdt.2309 Amendment SA 2309 proposed by Senator Thune to Amendment SA 2308. (consideration: CR S3276) To improve the bill. |
| 06/09/2025 | Senate | S.Amdt.2308 Amendment SA 2308 proposed by Senator Thune to Amendment SA 2307. (consideration: CR S3276) To improve the bill. |
| 06/09/2025 | Senate | S.Amdt.2307 Cloture motion on amendment SA 2307 presented in Senate. (CR S3335-3336) |
| 06/09/2025 | Senate | S.Amdt.2307 Amendment SA 2307 proposed by Senator Thune for Senator Hagerty. (consideration: CR S3276) In the nature of a substitute. |
| 06/09/2025 | Senate | S.Amdt.2278 SA 2278 fell when SA 2228 withdrawn. |
| 06/09/2025 | Senate | S.Amdt.2228 Proposed amendment SA 2228 withdrawn in Senate. |
| 06/09/2025 | Senate | S.Amdt.2228 Considered by Senate. (consideration: CR S3276) |
| 06/09/2025 | Senate | S.Amdt.2278 Considered by Senate. (consideration: CR S3275-3276) |
| 06/09/2025 | Senate | Considered by Senate. (consideration: CR S3275-3277) |
| 06/09/2025 | Senate | S.Amdt.2310 Amendment SA 2310 proposed by Senator Thune to language proposed to be stricken by amendment no. 2307. (consideration: CR S3276) To improve the bill. |
| 06/02/2025 | Senate | S.Amdt.2228 Considered by Senate. (consideration: CR S3155) |
| 06/02/2025 | Senate | S.Amdt.2278 Amendment SA 2278 proposed by Senator Bennet to Amendment SA 2228. (consideration: CR S3155-3156) To provide a definition. |
| 06/02/2025 | Senate | Considered by Senate. (consideration: CR S3155-3156) |
| 05/21/2025 | Senate | S.Amdt.2228 Considered by Senate. |
| 05/21/2025 | Senate | S.Amdt.2228 Amendment SA 2228 proposed by Senator Thune for Senator Ricketts. (consideration: CR S3025) To provide for expedited certification of existing regulatory regimes. |
| 05/21/2025 | Senate | Measure laid before Senate by motion. (consideration: CR S3025) |
| 05/21/2025 | Senate | Motion to proceed to consideration of measure agreed to in Senate by Yea-Nay Vote. 69 - 31. Record Vote Number: 263. |
| 05/21/2025 | Senate | Motion to proceed to measure considered in Senate. (CR S3017) |
| 05/20/2025 | Senate | Motion to proceed to measure considered in Senate. (CR S2983) |
| 05/19/2025 | Senate | Motion by Senator Thune to reconsider the vote by which cloture on the motion to proceed to the measure was not invoked (Record Vote No. 240) rendered moot in Senate. |
| 05/19/2025 | Senate | Cloture motion on the motion to proceed rendered moot in Senate. |
| 05/19/2025 | Senate | Second cloture motion on the motion to proceed invoked in Senate by Yea-Nay Vote. 66 - 32. Record Vote Number: 262. (CR S2965) |
| 05/15/2025 | Senate | Second cloture motion on the motion to proceed presented in Senate. (CR S2947) |
| 05/15/2025 | Senate | Motion to proceed to consideration of measure made in Senate. |
| 05/12/2025 | Senate | Motion to proceed to consideration of measure made in Senate. (CR S2847) |
| 05/08/2025 | Senate | Motion by Senator Thune to reconsider the vote by which cloture on the motion to proceed to the measure was not invoked (Record Vote No. 240) made in Senate. |
| 05/08/2025 | Senate | Cloture on the motion to proceed to the measure not invoked in Senate by Yea-Nay Vote. 48 - 49. Record Vote Number: 240. (CR S2823) |

| Date | Chamber | All Actions |
| --- | --- | --- |
| 05/08/2025 | Senate | Motion to proceed to consideration of measure made in Senate. (CR S2814) |
| 05/06/2025 | Senate | Cloture motion on the motion to proceed to the measure presented in Senate. (CR S2772) |
| 05/06/2025 | Senate | Motion to proceed to consideration of measure made in Senate. (CR S2772: 3) |
| 05/05/2025 | Senate | Read the second time. Placed on Senate Legislative Calendar under General Orders. Calendar No. 66. |
| 05/01/2025 | Senate | Introduced in the Senate. Read the first time. Placed on Senate Legislative Calendar under Read the First Time. |