```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __7/31/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MILES GUO,

                      Defendant.

23 Cr. 118-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By letter dated July 25, 2025, Defendant, Miles Guo, requested an adjournment of sentencing in this matter "until at least December 2025." ECF No. 715 at 1. The Government opposes the request. ECF No. 718.

    Defendant's request is GRANTED. Sentencing in this matter, currently scheduled for September 8, 2025, is ADJOURNED to **January 20, 2026**, at **10:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. By **December 23, 2025**, Defendant shall file his sentencing submission. Any objections Defendant intends to raise as to the factual accuracy of the presentence report shall be made, in writing, in Defendant's sentencing submission. By **January 6, 2026**, the Government shall file its sentencing submission. The Government's submission shall include a list of the victims, if any, whom the Government understands wish to speak at sentencing, including each person's name, whether the person will require an interpreter, and the interpretation language.

    SO ORDERED.

Dated: July 31, 2025
       New York, New York

                                                    ANALISA TORRES
                                            United States District Judge