```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/5/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MILES GUO,

                        Defendant.

23 Cr. 118-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of the letter filed by Defendant, Miles Guo, dated September 4, 2025. ECF No. 724. By **September 19, 2025**, the Government shall file its response. By **October 3, 2025**, Mr. Guo shall file his reply, if any.

    SO ORDERED.

Dated: September 5, 2025
       New York, New York

ANALISA TORRES
United States District Judge