UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA,                :

                                  :

       v.                      :   23 Cr. 118 (AT)

                                  :

HO WAN KWOK,                              :

  a/k/a "Miles Guo,"                    :

                                  :

        Defendant.           :

-------------------------------------------------------x

MOTION TO DIRECT THE CLERK TO FILE

THIRD-PARTY PETITION UNDER 21 U.S.C. § 853(n)

AND FOR PRIVACY PROTECTION

Petitioner, Chengjun Fu, respectfully moves this Court for an order Directing the Clerk of Court to file Petitioner's previously submitted Third-Party Petition pursuant to 21 U.S.C. § 853(n), and to apply appropriate privacy protections. In support, Petitioner states as follows:

    1. On August 28, 2025,, Petitioner timely submitted by email to the Pro Se Intake Unit a Third-Party Petition, with supporting investment documentation, asserting a legal Interest in property subject to forfeiture in this case. The Intake Unit acknowledged Receipt by automated response.

2. Under 21 U.S.C. § 853(n)(2) and Fed. R. Crim. P. 32.2©, Petitioner has a Statutory right to file such petition within 30 days of notice or publication.

3. Petitioner's submission complied with the required filing standards (PDF format, Signed, with identifying information). However, the Clerk has not docketed the Petition, reportedly pending judicial authorization. No such requirement exists in § 853(n) or Rule 32.2, and refusal to docket deprives Petitioner of the right to be Heard. See United States v. Fafalios, 919 F. Supp. 276, 278 (S.D. Ohio 1996).

4. Pursuant to Fed. R. Crim. P. 49.1 and Fed. R. Civ. P. 5.2, Petitioner further Requests that personal identifiers (such as passport numbers, government-issued ID, and detailed residential address) be redacted from the public docket, while the Complete unredacted version remains under seal.

WHEREFORE, Petitioner respectfully requests that this Court:

(a) Direct the Clerk of Court to docket Petitioner's previously submitted Third-Party Petition and exhibits, which were emailed on August 28, 2025;

(b) Ensure that personal identifiers are redacted from the public docket in Accordance with Rule 49.1 and Rule 5.2, while the unredacted version is maintained Under seal;

© Provide such other relief as the Court deems just and proper.

Dated: Chongqing, China

   August 30, 2025,

Respectfully submitted,

_付承军_

Chengjun Fu

Chongqing, China

+19782160735

Pro Se Petitioner