# CHASE

## Wire Transfer Outgoing Request

### Wire Transfer Sender Information

| Field | Value |
|---|---|
| Sender Name: | [redacted] |
| Account Name: | [redacted] |
| Street Address: | [redacted] 449 |
| City: | SAN JOSE |
| State: | CA |
| Zip: | 95134-3021 |
| Country: | USA |
| Daytime Phone: | [redacted] |
| Primary ID Type: | Driver's License |
| ID Issuer: | CA |
| ID Number: | [redacted] |
| ID Issue Date: | [redacted] |
| ID Exp: | [redacted] |
| Secondary ID Type: | |
| Comments: | |

### Wire Transfer Information

| Field | Value |
|---|---|
| Request Date: | 11/19/2021 |
| Request time: | 04:08:59PM Eastern time |
| Effective date: | 11/19/2021 |
| Wire Type: | Domestic |
| Debit Account #: | [redacted] |
| Debit Account Type: | TOTAL CHECKING |
| Wire Amount (US dollars): | $10,093.00 |
| Qualifying Account #: | |
| Qualifying Account Type: | |
| Source of funds: | Checking |
| Wire Fee: | $35.00 |
| Currency type to be sent: | US Dollars |
| Exchange rate: | N/A |
| Foreign currency amount: | N/A |
| Amount to Collect (USD): | $10,128.00 |
| FX Contract Number: | |

### Recipient Account Information

| Field | Value |
|---|---|
| Account Name: | HIMALAYA NEW WORLD INC. |
| Street Address: | |
| Account Number: | [redacted] |
| City: | |
| State: | |
| Zip: | |
| Country: | |
| Text to Recipient: | |

### Receiving Bank Information

| Field | Value |
|---|---|
| Bank Name: | TD Bank National Association |
| Street Address: | [redacted] |
| Bank ABA/SWIFT Code: | [redacted] |
| City: | Washington |
| State: | DC |
| Zip: | 20009-1108 |
| Country: | USA |
| Intermediary Bank Name: | |
| Street Address: | |
| Intermediary Bank ABA: | |
| City: | |
| State: | |
| Zip: | |
| Country: | |
| Text to Receiving Bank: | |

N15220-CS WTA (08/2019)

Page 1 of 4

# G|CLUBS

MEMBERSHIPS    GMUSIC    ACCOUNT    SWEEPSTAKES    SIGN OUT    HELP    BROCHURE

中文简体

## MY ACCOUNT

### MR. BAI

Tier 1 Membership

**MEMBERSHIP NO.**

6422010040109892

**MEMBERSHIP PERIOD**

Expire on March 15th, 2023

**MEMBERSHIP BENEFITS**

G|FASHION 10% off

G|CLUBS BROCHURE

**MEMBERSHIP CREDIT BALANCE**

$0 USD

**MEMBERSHIP STATUS**

### MANAGE MEMBERSHIP

G|CLUBS will provide its members with access to a concierge call center, the opporunity to attend the annual G|SUMMIT meeting, early access to select music produced by or on behalf of Mr. Miles Guo via G|MUSIC. In addition, G|CLUBS members get special member pricing on purchases made on the G|FASHION website shown below:

TIER 1 — Tier 1 - 10% savings off listed price on G|FASHION

TIER 2 — Tier 2 - 20% savings off listed price on G|FASHION

# G|CLUBS

SWEEPSTAKES    SIGN OUT    HELP    BROCHURE

MEMBERSHIPS    GMUSIC    ACCOUNT    中文简体

BACK TO MY ACCOUNT

## PAYMENT HISTORY

| DATE | REFERENCE NUMBER | STATUS | Total |
|---|---|---|---|
| November 25th, 2021 | | Paid | $10,000.00 |

CONTACT US
TERMS OF USE
PRIVACY POLICY
NOTICE OF CANCELLATION
MEMBERSHIP AGREEMENT

G

2020 G|CLUBS. - ALL RIGHTS RESERVED.
ALL MANDARIN TRANSLATIONS ARE PROVIDED AS COURTESY.
THE ENGLISH VERSION SHALL PREVAIL OVER
ANY CONFLICTS WITH TRANSLATIONS.

We are writing in relation to the general customer update provided on July 6th, 2023, in connection with actions taken by the US Department of Justice and the US Securities Exchange Commission.

The legal case remains in progress and Himalaya Exchange is doing everything it can to try and resolve the situation. As will be appreciated, we are bound by the legal process which does take some time. We share every sympathy for the impact this has had on our customers. Himalaya Exchange will continue to keep you updated on any substantial updates in relation to these matters.

We also remind you that you are entitled to independent legal advice and the Exchange identified an independent lawyer who is able to represent its customers for this purpose. We have provided the lawyers contact details as well as all relevant information in the email sent on July 6th 2023, also below for your reference. Please do not hesitate to contact us if you have any queries.

IMPORTANT! **YOUR** HID: ⊠

1. This is a general customer update provided by the Himalaya Exchange ("**HEX or the Exchange**") in connection with actions by the US Department of Justice ("**DoJ**") and the US Securities Exchange Commission ("**SEC**").

2. In September 2022, the DoJ undertook a temporary civil seizure of some of the Exchange's funds ("**the Seizure**") which the Exchange has been contesting through US attorneys. The DoJ did not disclose the evidential and legal basis of the Seizure.

3. A sealed indictment obtained on the 6 March 2023 was unsealed on the 14 March 2023 indicting William Je (ultimate beneficial owner of the Exchange) ("**the Indictment**").

4. The Indictment refers to some of the seized funds and permits some

# LOAN AGREEMENT

Borrower:     Himalaya Washington DC

Lender:       ▮▮▮▮▮▮▮▮▮▮

This Loan Agreement dated __Mar/19/2021__ is made between the Borrower and the Lender in which the Lender agrees to grant a loan to the Borrower on the following terms and conditions. The Lender understands and agrees to take all the commercial, market and if any, regulatory risk in relation to granting or extending the loan herein to the Borrower.

1. Terms

(a) Use of Proceeds: The loan proceeds advanced under this Agreement is for the general working capital purposes of the Borrower.

(b) Loan Amount: United States Dollar in the amount of __$3000.00__, which is the actual and net dollar amount credited into the Borrower's designated account pursuant to the Loan Advance.

(c) Interest Rate: 3% per annum on the Loan Amount payable in full on the Final Maturity Date

(d) Final Maturity Date: 36 months from the Effective Date.

(e) Repayment: The total Loan Amount and accrued interest from the Loan Amount will be repaid in a lump sum on the Final Maturity Date. The Borrower will have the option to make repayment in one of the two followings:

   (i) By cash in United States dollar in the total amount of Loan Amount plus accrued interest, or
   (ii) By transferring ownership of the Borrower's Assets of a value determined by the Borrower and is acceptable by the Lender, that is equivalent to the total Loan Amount and accrued interest to the Lender.

(f) Extension Right: Borrower has the right but not the obligation at any time before the Final Maturity Date to extend the Final Maturity Date for 24 months. Upon the Borrower serving a written loan extension notice to the Lender, the Final Maturity Date will be amended accordingly to the new date.

Lender In

1