MY ACCOUNT

## MANAGE MEMBERSHIP

G|CLUBS will provide its members with access to a concierge call center, the opporunity to attend the annual G|SUMMIT meeting, early access to select music produced by or on behalf of Mr. Miles Guo via G|MUSIC. In addition, G|CLUBS members get special member pricing on purchases made on the G|FASHION website shown below:

Tier 5 Membership

**MEMBERSHIP NO.**

**MEMBERSHIP PERIOD**
Expire on October 27th, 2021

**MEMBERSHIP BENEFITS**
G|FASHION 50% off
G|CLUBS BROCHURE

**MEMBERSHIP CREDIT BALANCE**
$0 USD

**MEMBERSHIP STATUS**
Inactive

TIER 1 — Tier 1 - 10% savings off listed price on G|FASHION

TIER 2 — Tier 2 - 20% savings off listed price on G|FASHION

TIER 3 — Tier 3 - 30% savings off listed price on G|FASHION

TIER 4 — Tier 4 - 40% savings off listed price on G|FASHION

TIER 5 — Tier 5 - 50% savings off listed price on G|FASHION

[APPLICATION FORM]

[MEMBERSHIP]

[UPDATE MY INFO]

[PAYMENT HISTORY]

[DOCUMENTS]

[UPGRADE]

[PAY ANNUAL FEE]

BACK TO MY ACCOUNT

## PAYMENT HISTORY

| DATE | REFERENCE NUMBER | STATUS | Total |
|---|---|---|---|
| October 18th, 2020 | ▯▯▯▯▯▯▯▯▯▯ | Paid | $50,000.00 |

CONTACT US
TERMS OF USE
PRIVACY POLICY
NOTICE OF CANCELLATION
MEMBERSHIP AGREEMENT

G

2020 G|CLUBS. - ALL RIGHTS RESERVED
ALL MANDARIN TRANSLATIONS ARE PROVIDED AS COURTESY
THE ENGLISH VERSION SHALL PREVAIL OVER
ANY CONFLICTS WITH TRANSLATIONS.

## MEMBERSHIP

| Membership ID | Tier | Status | Expiration | Issue date |
|---|---|---|---|---|
|  | 5 | Expired | October 27th, 2021 | October 27th, 2020 |

| < | 1 | > |

CONTACT US
TERMS OF USE
PRIVACY POLICY
NOTICE OF CANCELLATION
MEMBERSHIP AGREEMENT

G

2020 G|CLUBS. - ALL RIGHTS RESERVED
ALL MANDARIN TRANSLATIONS ARE PROVIDED AS COURTESY
THE ENGLISH VERSION SHALL PREVAIL OVER
ANY CONFLICTS WITH TRANSLATIONS

MY ACCOUNT

## MANAGE MEMBERSHIP

Tier 5 Membership

G|CLUBS will provide its members with access to a concierge call center, the opporunity to attend the annual G|SUMMIT meeting, early access to select music produced by or on behalf of Mr. Miles Guo via G|MUSIC. In addition, G|CLUBS members get special member pricing on purchases made on the G|FASHION website shown below:

MEMBERSHIP NO.

MEMBERSHIP PERIOD

Expire on November 23rd, 2022



MEMBERSHIP BENEFITS

G|FASHION 50% off
G|CLUBS BROCHURE

MEMBERSHIP CREDIT BALANCE

$1,500 USD

MEMBERSHIP STATUS

Active

APPLICATION FORM

MEMBERSHIP

UPDATE MY INFO

PAYMENT HISTORY

DOCUMENTS

## MEMBERSHIP

| Membership ID | Tier | Status | Expiration | Issue date | |
|---|---|---|---|---|---|
|  | 5 | Active | November 23rd, 2022 | November 23rd, 2021 | Bind |

| 1 |

CONTACT US
TERMS OF USE
PRIVACY POLICY
NOTICE OF CANCELLATION
MEMBERSHIP AGREEMENT

G

2020 G|CLUBS. - ALL RIGHTS RESERVED
ALL MANDARIN TRANSLATIONS ARE PROVIDED AS COURTESY
THE ENGLISH VERSION SHALL PREVAIL OVER
ANY CONFLICTS WITH TRANSLATIONS

BACK TO MY ACCOUNT

## PAYMENT HISTORY

| DATE | REFERENCE NUMBER | STATUS | Total |
|---|---|---|---|
| August 25th, 2021 | [redacted] | Paid | $50,000.00 |

CONTACT US
TERMS OF USE
PRIVACY POLICY
NOTICE OF CANCELLATION
MEMBERSHIP AGREEMENT

G

2020 G|CLUBS. - ALL RIGHTS RESERVED.
ALL MANDARIN TRANSLATIONS ARE PROVIDED AS COURTESY.
THE ENGLISH VERSION SHALL PREVAIL OVER
ANY CONFLICTS WITH TRANSLATIONS.