## MOUNTAINS OF SPICES LLC
## 美国纽约香草山农场

10-21-2021

Name of the HF Member: _____

Address of the HF Member: _____

_____

Dear _____

**Himalaya Exchange**
**Preference and discounted H Coin rate to** _____
**Letter of Agreement**

I am pleased to inform you that, in recognition of the contributions made by you, whose full name and details appear above and below ("HF Member") in helping support the visions of the Himalaya Farm ("HF") to achieve its missions and visions, HF has successfully procured from Himalaya Exchange (the "Exchange") a favorable benefit namely to agree to grant you, the HF Member, the opportunity to subscribe _____ Himalaya Coin ("H Coin") from the Exchange at a preferred and discounted rate of United States Dollar ten (10) cents (US$ 0.10) per H Coin (the "Preference HF Rate Option"), before the official launch of H Coin to the general public for open market trading.

**Binding and Enforceable Agreement**

1. You acknowledge and understand that HF has successfully negotiated for the specific benefit of its members, being the discounted rate of the H Coin, which is presented to you in the form of this Preference HF Rate Option.

HF Member initials _____

2. The Preference HF Rate Option, and the priority to purchase Himalaya Coin was negotiated by the HF as a benefit to its members, and is hereby acknowledged by you, the member, as good and valuable consideration for your support of the visions, and strict adherence to the rules and ideology of HF ("HF Member Contribution").

3. By signing this letter, you hereby consent to accepting HF's offer of the Preference HF Rate Option, as good and valuable consideration for your HF Member Contribution, and hereby consent and agree that this entire letter shall be treated as a binding and enforceable agreement ("Letter of Agreement") between the Parties (HF and HF Member), in relation to the Preference HF Rate Option.

**Warrants and Undertakings**

4. You acknowledge that by signing this Letter of Agreement, you fully understand and agree that the Preference HF Rate Option being offered is on the condition of you fully and indefinitely agreeing to undertake and comply with the terms, warranties and undertakings as outlined herein.

5. A material term of this Letter of Agreement is that you hereby irrevocably consent, to fully and indefinitely complying with the following warranties and undertakings:

(a) You warrant and confirm that you are a member of the HF and therefore subscribe to the rules and ideology of the HF ("Subscribing HF Member").

(b) As a Subscribing HF Member, you warrant and confirm that you abide by the rules and ideology of the HF and acknowledge that you understand that the mission of the HF can only be achieved with each subscribing HF member's strict and committed adherence to the rules and ideology of the HF ("HF Commitment").

(c) You warrant and understand that the offer of the Preference HF Rate Option was made to you in exchange for your continued HF Commitment

HF Member initials _____

and by signing this Letter of Agreement, you hereby consent to NOT performing the following, to allow you to benefit and continue benefitting from the Preference HF Rate Option:

i. You undertake to not taking any action, endorsing any action or facilitating any action, whether directly or indirectly, anything which is intended to, or goes against the core values and ideals of HF.

ii. You undertake to not take any action, endorsing any action or facilitating any action, whether directly or indirectly, anything which is intended to, or could potentially hurt or damage the mission and ideology of HF.

iii. You undertake to not demonstrate, whether directly or indirectly, or otherwise facilitate in any form, any support or benefit in any form, to the Chinese Communist Party ("CCP") or any CCP officials.

iv. You undertake to not take any action, endorsing any action or facilitating any action, whether directly or indirectly, anything which is intended to, or could potentially hurt or damage the reputation or operation of the Exchange.

**Breach and Enforcement of this Letter of Agreement**

6. A breach of this agreement amounts to a loss of benefit to HF, which could have been allocated to another member.

7. If HF determines with sufficient evidence that you, as the HF Member, have breached any of the above warranties and undertakings, which have entitled you to benefit from the Preference HF Rate Option, such breach shall be considered a material breach of this Letter of Agreement and therefore all rights and benefits attached to the Preference HF Rate Option which you have accrued, benefitted from or which you may become entitled to shall automatically be revoked by HF, and you hereby

HF Member initials_____

authorize and consent to notify the Exchange to automatically terminate the benefit.

8. As a result of the breach of this agreement, HF can take any necessary legal action whether legal, equitable or other applicable remedy that they deem appropriate in preservation, reimbursement and recovery of the benefit namely the Preference HF Rate Option and Recoverable Sums ("Recoverable Sums") and any other claims or actions arising out of the breach including instructing the Exchange to undertake a forced liquidation of all the H Coins purchased by you under the Preference HF Rate Option. By signing this agreement, you consent to a liquidation of all H Coins purchased by you under the Preference HF Rate Option.

9. The Recoverable Sums will be calculated as follows:

    i. Value of the H Coin at liquidation minus the Preference HF Rate Option, at US$0.10 per H Coin.

    ii. The difference of the above being the trading profit, will constitute the "Recoverable Sums". For avoidance of doubt, this is the (Value Price as defined in clause 9(i) above - US$0.10) x number of H Coin obtained on the Preference HF Rate Option benefit.

10. The "Recoverable Sums" will be payable to HF, no later than five (5) days following receipt of a written demand. The written demand shall be deemed to have been received and effective when delivered to the address listed by the HF Member in this Agreement or at the last known residence of the HF Member.

11. The Recoverable Actions to pursue any Recoverable Sums outlined herein do not limit or waive HF from pursuing any other damages or claims that they may be entitled to pursue, whether at law, equity or other applicable remedy.

HF Member initials_____

12. You hereby irrevocably agree to fully indemnify HF and each of their respective employees, directors, agents and attorneys, from and against all loss, liability, claims, damages and expense (including any expense reasonably incurred in investigating, preparing or defending against any litigation commenced or threatened or any claim whatsoever) related to your breach of this Letter of Agreement.

**Applicable Law**

13. This Letter of Agreement shall be governed and construed in accordance with the laws of England and Wales.

**Severability**

14. If any clause or part-clause of this Letter of Agreement is, or becomes invalid, illegal or unenforceable, this Letter of Agreement shall be deemed modified to the minimum extent necessary to make it valid, legal and enforceable. If such modification is not possible, the relevant clause or part-clause shall be deemed deleted. Any modification to or deletion of a clause or part-clause under this clause 14 shall not affect the validity and enforceability of the rest of this Letter of Agreement.

**Acceptance of this Letter of Agreement**

15. This Letter of Agreement constitutes the entire agreement between all the parties herein with respect to the subject matter hereof, and supersedes all other prior agreements and understandings, both written and oral, between the parties with respect to the subject matter thereof.

16. By appending your signature to this Letter of Agreement, you are indicating that you hereby irrevocably accept and agreed to be bound by the terms of

HF Member initials_____

this Letter of Agreement, effective from the date of this Letter of Agreement as appearing on the first page.

Agreed and accepted by

**HF Member :**                                           **HF  : MOUNTAINS OF SPICES LLC**

Signature:_____        Signature _Qidong Xie_____

Printed name: _____        Printed name:  __QIDONG XIA____

Date: _____        Title:_____PRESIDENT_____

                                                               Date:  ____10-21-2021_____

HF Member initials__QS__

# GENERAL INVESTOR UPDATE
## 投资者更新

尊敬的客户：

Himalaya Exchange一向视保护客户的利益为首要任务，在7月6日发出的邮件中，我们已告知您有一名能够代表客户的独立律师。该律师能够为客户提供独立的法律意见，并通过法律途径保护您的资产和索赔您的损失。该律师完全独立于交易所，如您有需要，作为客户您可以联系他寻求独立的法律建议，并寻求法律追索以保护和追回您的资产。交易所对该律师并没有任何影响力。

如果您希望通过该律师保护和赎回您的资产，请使用以下链接填写所提供的表格向律师注册：https://himalayarestoration.com/。该表格只需要您的Himalaya ID（HID）编号，不需要您的姓名。

**您的Himalaya ID (HID):**

律师的联系信息如下：

**Bradford Geyer**
邮箱：himalaya.restoration@formerfedsgroup.com
电话：+1 888-486-3337

在此过程中，律师将要求您填写一份同意书，以授权他使用您的HID向交易所要求获取您的 HDO 和 HCN 余额资讯，用以建立您的索赔额度。该律师不会要求您提供您的姓名或任何其他个人信息，只需要使用您的个人HID。交易所只有在收到您填写完整的同意书副本后，才会向律师提供您的 HDO 和 HCN 余额资讯。请放心，您的姓名、地址或任何其他个人信息不会被共享，因为交易所在任何时候必须遵守数据保护法。

交易所将继续支援所有的客户，我们将在允许的情况下尽量提供协助。

此致
Himalaya Exchange

---

Dear Customer,

The Exchange's primary concern is protecting customers' interests. In our previous update on 6th July, we informed you that the Exchange has identified an independent lawyer, who is able to provide customers with independent legal advice and pursue legal recourse to protect and recover your assets. The Exchange does not have any influence over this lawyer.

Should you wish to protect and recover your assets through the lawyer, please register with him using the following link and complete the provided form: https://himalayarestoration.com/. The Form will only require your Himalaya ID (HID) and not your name.

**Your Himalaya ID (HID):**

The contact information for the lawyer is:

**Bradford Geyer**
Email: himalaya.restoration@formerfedsgroup.com
Telephone: +1 888-486-3337

As part of that process, the lawyer will also require you to complete a consent form in order to request your HDO and HCN balances from the Exchange, in order to establish claims. The lawyer will NOT require your name or any other personal details but will use your unique Himalaya ID (HID). The Exchange will only provide HDO and HCN balances once they receive a copy of your completed consent form. Please be assured your name, address, or any other personal information will NOT be shared, because the Exchange at all times must comply with Data Protection laws.

The Exchange will continue to support its customers, and we will assist where permitted.

Kind regards
Himalaya Exchange

---

Got questions during the registration process? Click **here** to watch our tutorial video or **contact** our 24/7 customer service team.

注册过程有疑问吗？？ 联系我们24小时在线的客户服务团队。



Copyright © 2023 Himalaya Exchange. All rights reserved.

Himalaya International Clearing Ltd, Commerce House, Wickhams Cay 1, Road Town, Road Town, BVI VG1110