**Below are the evidences**

**Consolidated Comment on Motions 723–734**

**1. Organized Nature of False Third-Party Filings**
The series of motions (723–734) were not independently filed, but were the result of coordinated planning by Guo Wengui's supporters under the self-described "Retrial Group."

**2. Internal Coordination**
Group members openly discussed division of tasks, synchronized timing, and even countdowns for filing, showing deliberate organization.

**3. Direct Control by Ryan Bai ("Ryan Xiaoge")**
Ryan explicitly admitted in group chats: "733 is Ryan's motion," "It can be used when the time comes," and "Seven minutes left." These statements prove he was directly orchestrating the filings as an agent for the Defendant, not as an independent victim.

**4. Role of Chunk Chyi, Himam, and Others**
They regularly updated motion status (e.g., 730, 731, 732, 735), further demonstrating that these filings were part of a collective team action rather than individual claims.

**5. Motion 734 Origin**
Public records confirm Motion 734 was filed by a "comrade" based in Spain, covering issues related to G-Club, bankruptcy court, Alliance farms, and creditor registration—again underscoring the coordinated campaign.

 Conclusion:

These "third-party motions" are in fact proxy actions orchestrated on behalf of Guo Wengui's interest group, not bona fide §853(n) claims by independent third parties. They constitute procedural abuse and should be denied.

"As evidenced by public records and group chat screenshots (Exhibit A–D), these filers openly coordinated, admitted authorship (e.g., '733 is Ryan's motion'), and acted under the banner of a 'Retrial Group.' These facts confirm they are not bona fide third parties but organized proxies of the Defendant, maliciously abusing §853(n) proceedings."










**Recently, Ryen once again admitted in a private message: "I just had a meeting with Guo's lawyer two days ago."**





"I am desperately shouting: 'I am a victim! I am a victim!' — and then I accuse the prosecutors and Luc. There has never been such an absurd farce in U.S. history."

Ryan Bai is not an independent third party or a legitimate victim submitting neutral legal opinions, but rather a participant with clear judicial hostility, whose motion represents a deliberate procedural abuse and an attempt to interfere with the administration of justice.

Posted from the first X (Twitter) account of "Ruien Xiaoge" (瑞恩小哥), issuing death threats against the 126 victims in this case who had submitted victim impact statements to the Judge in November：
"Kill all 126 members of the Long Island group.
The Communist Party must ensure that these 126 people completely disappear from the earth!"

（I have already submitted the evidence dated November 26, 2024.）



"The staged retrial report for Guo Wengui is already prepared... Everyone can use it freely... Even submitting it to the court is fine!!!"



"I will officially serve as Mr. Guo's shadow lead attorney outside the court, until he is acquitted and released or his appeal begins."

尊敬的Assistant Attorney,我是Chunk Chyi,这是我写的第三封信，我还会继续把这封信公开在社交网络上，并且在我
[... Chinese letter content ...]

**On August 11, "Chunk Chyi," issued a third open letter to the prosecution under the guise of a victim and spread it online, demanding disclosure of the original victim list and questioning "whether real victims exist," expressing hope that the case "is very likely to be overturned and vacated."**

**On August 11, "Chunk Chyi," issued a third open letter to the prosecution under the guise of a victim and spread it online, demanding disclosure of the original victim list and questioning "whether real victims exist," expressing hope that the case "is very likely to be overturned and vacated."**



"In our third-party motions we will expose all the injustices of the proceedings! The judge has no way to stop us! Guo Wengui's lawyers will also use our motions as leverage! Your end is near! And you still dream of getting money? Go to hell!"



Ruien Xiaoge:
"The prosecutors are still dreaming about a forfeiture order? Does the court even dare to issue a forfeiture order? Still thinking about sentencing? Keep dreaming! ... You want sentencing and forfeiture? Without asking for our consent? That is absolutely impossible! Once the forfeiture order is issued, just wait for the storm in court that we will unleash!"



**Chunk Chyi:**
"In the entire court, I am the only third party who wants to overturn the conviction for Guo Wengui. In the end, the judge forced me to become a 'victim,' because I fear for my life!"



"I am targeting Geyer's （Motion No. 709 filed in court）. In fact, the real purpose is to overturn the victim list. If the victims are fabricated, then this case cannot stand, and Guo Wengui must be released. Only Guo Wengui is able to help us make money."!



"The criminal case exists only because there are victims. If the victim list is overturned in court, then Brother Seven must be released."



"A motion must be filed based on Attorney Sabrina's 'Ineffective Assistance of Counsel,' requesting that the court vacate the conviction or grant a new trial, citing the Sixth Amendment of the U.S. Constitution, Rule 33 of the Federal Rules of Criminal Procedure, and 28 U.S.C. § 2255."

👉 "Go and do it! Follow my command! I am Beibei Zhu."

👉 "These are not my words, they are what Brother Seven said. It is Brother Seven's intention."

"I am targeting Geyer's Motion No. 709 filed in court. In fact, the real purpose is to overturn the victim list. If the victims are fabricated, then this case cannot stand, and Guo Wengui must be released. Only Guo Wengui is able to help us make money."



👉 "Do not wait for the appeal. Mr. Guo's first attorney, Sabrina, failed to file a formal Rule 29(c) motion for a judgment of acquittal within the required 14 days under the law. This has resulted in the evidence being barred from submission during the appeal. All the evidence must be submitted to the court right now—this is the last chance. Once the court issues its ruling, there will be no opportunity to submit evidence to the court."

👉 "File the court documents according to this plan and lock the evidence into the court record—there is no more time."



> "If the judge approves the forfeiture order, more than 300 third-party motions that have already been lined up will be uploaded immediately… The Whistleblower Movement warriors will stand shoulder to shoulder with (Guo Wengui), and soon, the court will no longer remain calm—the court will no longer remain calm!"

> "Hope the judge doesn't have a heart attack."



In the entire court, I'm the only third party who tried to help Guo Wengui overturn his case, and in the end the judge turned me into a "victim" because I feared for my life!



The third-party pro se private lawsuit led by Chunk Chyi will be Guo's only path to overturn the case!



Coming up next, Guo's lawyer and the third-party petitioners will both take action.



"We'll expose procedural injustice in upcoming third-party motions! The judge can do nothing! Guo's lawyers will use our motion as leverage. Your end is near—dream on if you think you'll get paid!"



"The turning point in Guo's case came from me and Chunk Chyi... I'm the only one who met with Mr. Guo! I handed Chunk Chyi's legal ideas to the lawyer. The lawyer liked them and is acting accordingly!"



"I personally met with Guo's lawyer. After our meeting, the lawyer took action." ,
"With the lawyer's consent, I can publish the entire meeting details."