UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK UNITED STATES OF AMERICA,

Plaintiff,

-against-

HO WAN KWOK, a/k/a "Miles Guo," et al.,

Defendants. Case No. 1:23-cr-00118-AT

MOTION TO SEAL PERSONAL INFORMATION OR PROCEED PSEUDONYMOUSLY

TO THE HONORABLE ANALISA TORRES, UNITED STATES DISTRICT JUDGE:

I, (Petitioner) appearing **pro se**, respectfully move this Court to seal my personal information (e.g., name, address, phone number, email, financial details, HID: redacted) in all court filings related to my Third-Party Petition or, in the alternative, permit me to proceed pseudonymously as "Petitioner," pursuant to **Federal Rule of Civil Procedure 5.2, Local Rule 5.3,** and the Court's inherent authority.

1. **Basis for Motion:** Public disclosure of my personal and financial information risks personal safety, financial harm, harassment, or reputational damage due to the politically sensitive nature of this case **(United States v. Ho Wan Kwok, Case No. 1:23-cr-00118-AT)** and its association with politically sensitive matters involving the Himalaya Exchange, Alliance Farms, and bankruptcy proceedings (Case No. 22-50073, U.S. Bankruptcy Court, District of Connecticut).

2. **Legal Support:** Sealing or pseudonymity is supported by **Doe v. Megless, 654 F.3d 404 (3d Cir. 2011)** and **Sealed Plaintiff v. Sealed Defendant, 537 F.3d 185 (2d Cir. 2008)**, which allow privacy protection when public disclosure poses significant risks.

3. **Request:** I request that the Court seal my personal information in all filings, including the Third-Party Petition and Exhibits 1–30, or permit me to proceed pseudonymously. I have

submitted redacted versions of all documents for public filing and unredacted versions for sealed filing, as required.

**DATED:** September 10, 2025

**Signed:** _____

Name (redacted )

Address (redacted)

Phone: (redacted)

Email: (redacted )