UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

United States of America,

Plaintiff,

v.

Ho Wan Kwok, also known as "Miles Guo,"

Defendant.

Case No. 1:23-cr-00118 (AT)

---

Motion to Strike / Seal Docket Entries No. 730, 731, 732 and For Leave to File Redacted Versions; Request for Temporary Restriction of Public Access (Pro Se 853(n))

> I. Relief Requested

The undersigned respectfully requests that the Court:

(1) Order the Clerk to temporarily restrict public access to Docket Nos. 730, 731 and 732 pending this Court's consideration of this motion;

(2) Strike or seal from the public docket the unredacted versions of Dkt. Nos. 730, 731 and 732; and

(3) Grant leave to file redacted replacement versions of those documents (which are attached as Proposed Redacted Versions, Exhibits B-1, B-2, B-3).

II. Statement of Facts

Date: 8/28/2025 — I emailed Petition_ThirdPartyClaimant_23Cr118.pdf.

Date: 8/30/2025 — I emailed Motion to Direct the Clerk 853(n) petition.pdf.

Date: Sep 4, 2025 — I emailed Letter_to_Judge_Torres_SDNY.pdf.

Date: Sep 8, 2025 — The Clerk uploaded Dkt. Nos. 730–732. (Exhibit A).

On Sep 10, 2025, I discovered the uploaded PDFs contain unredacted personal identifying information and materials I intended to keep private, and I previously requested redaction in my email body.

III. Legal Basis

1. Privacy and Redaction Rules — Fed. R. Crim. P. 49.1 requires that personal data identifiers be redacted on public filings; SDNY practice requires a letter-motion and submission of a redacted public version with an unredacted sealed copy when redaction/sealing is sought. (See SDNY Individual Practices and Standing Order 19-MC-583).

2. Clerk / Court Authority — While the Clerk performs ministerial docketing, removal from the public record or replacement of docketed documents is within the Court's authority and is normally accomplished by Court order. The Clerk will act on Court direction. (See PACER guidance and local ECF rules).

3. Irreparable Harm & Need for Temporary Relief — The continued public availability of unredacted identifying information causes immediate privacy harms; temporary restriction is necessary while the Court resolves whether the documents should be sealed or replaced with redacted versions.

IV. Relief Sought (restate precisely)

For the foregoing reasons, I respectfully request the Court issue an order: (a) temporarily restricting public access to Dkt. Nos. 730–732; (b) ordering the Clerk to remove or seal the unredacted versions; and (c) permitting the undersigned to file the attached redacted replacements (Exhibits B-1,B-2,B-3) that should be made public.

Respectfully submitted,



Attachments:

Exhibit A — Docket time screenshot.

Exhibits B-1,B-2,B-3 — Proposed Redacted Versions (public);

Motion to Strike/Seal and For Leave to File Redacted Versions(for public).

Motion to Strike/Seal and For Leave to File Unredacted Versions(for Court review only and should not


Be filed on the public docket).