# FINN DIXON & HERLING

SIX LANDMARK SQUARE, STAMFORD, CT 06901-2704
T: 203.325.5000 | F: 203.325.5001
www.fdh.com

**David R. Allen**
203.325.5003
dallen@fdh.com

September 16, 2025

**VIA ECF**

Clerk of the Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *USA v. Guo*, 1:23-cr-00118-AT-1

Dear Sir/Madam:

     Pursuant to the instructions of the chambers of the Honorable Judge Analisa N. Torres, Post Oak Motors, LLC d/b/a Post Oak Motor Cars, Ltd. and Bugatti Houston ("Post Oak"), an interested party in the above-captioned action, submitted its Petition for Determination of Third-Party Interest in Property Subject to Preliminary Forfeiture Order (the "Petition") to Judge Torres's chambers by e-mail on September 10, 2025, because Post Oak was not yet granted electronic filing privileges in the case.

     Post Oak has been recently designated an interested party on the docket, and is therefore now able to file the Petition electronically. Pursuant to instructions from Judge Torres's chambers, the Petition submitted to chambers on September 10, 2025 is attached hereto so that it may be included on the docket.

                                             Respectfully submitted,

                                             David R. Allen