USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/3/2025__

# DOAR RIECK KALEY & MACK

ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
e-mail: firm@doarlaw.com

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911
TELEPHONE: (212) 619-3730
website: www.doarlaw.com

October 2, 2025

**By ECF Filing**
Hon Analisa Torres
United States District Court
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Ho Wan Kwok (Miles Guo)*
              Docket No. S3 23 Cr. 118 (AT)

Dear Judge Torres:

      Along with Josh Dratel and Melinda Sarafa, I represent Ho Wan Kwok (Miles Guo) in the above-referenced matter. There presently is due tomorrow the defense Reply to the Government's letter of September 19, 2025 (ECF Doc. #750) regarding forfeiture and submitted in opposition to the defendant's letter motion dated September 4, 2025 (ECF Doc. #724).

      For personal reasons, I am writing to request a one business day extension to October 6, 2025 to file the defense Reply. I have conferred with Government counsel and the Government has no objection to this request.

      Accordingly, I request that the time for the defense to file its Reply be extended one business day to October 6, 2025.

      Thank you for Your Honor's consideration of this request.

GRANTED.

SO ORDERED.

Dated: October 3, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge