UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

MILES GUO,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/4/2025__

23 Cr. 118-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  By letter dated December 3, 2025, Defendant, Miles Guo, requested that sentencing currently scheduled for January 20, 2026 "be adjourned approximately 3 months." ECF No. 768 at 1. The Government opposes the request. *Id.* Accordingly, by **December 11, 2025**, the Government shall file a response to Defendant's request.

  SO ORDERED.

Dated: December 4, 2025
   New York, New York

_____
ANALISA TORRES
United States District Judge