## DOAR RIECK KALEY & MACK

### ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY

e-mail: firm@doarlaw.com
website: www.doarlaw.com

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037

December 12, 2025

**By ECF Filing**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Ho Wan Kwok (Miles Guo)*
          Docket No. S3 23 Cr. 118 (AT)

Dear Judge Torres,

We represent Miles Guo in the above-referenced matter. On December 3, 2025, we requested an adjournment of Mr. Guo's sentencing presently scheduled for January 20, 2026 (ECF #768). Late yesterday afternoon the Government filed opposition to our request (ECF #773). I write now to request an opportunity to respond to the Government's opposition by December 17, 2025.

Thank you for the Court's consideration of this request.

Respectfully submitted,

John F. Kaley, Esq.
Joshua Dratel, Esq.
Melinda Sarafa, Esq.

cc: All counsel via ECF filing