```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/16/2025____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MILES GUO, KIN MING JE, and YVETTE WANG,

Defendants.

23 Cr. 118 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Clerk of Court is respectfully directed to add Zeng Weicheng to the docket as an interested party in this case.

    SO ORDERED.

Dated: December 16, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge