```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/12/2026___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          Plaintiff,

-against-

MILES GUO,

          Defendant.

23 Cr. 118 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Clerk of Court is respectfully directed to add G Club Operations, LLC, G Club International (BVI), Ltd., Pillsbury Winthrop Shaw Pitman LLP, and Weddle Law PLLC as interested parties to the docket in this case, pursuant to a letter received by the Court on December 22, 2025.

    SO ORDERED.

Dated: January 12, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge