UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

MILES GUO a/k/a "Ho Wan Kwok",

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/13/2026__

23 Cr. 118-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Mr. Guo's letter dated January 5, 2026, seeking to compel disclosure of classified information and material that is "material or helpful to Mr. Guo in the sentencing context" pursuant to the Classified Information Procedures Act  *See* ECF No. 783 at 2.  By **January 21, 2026**, the Government shall respond.

    SO ORDERED.

Dated: January 13, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge