UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

MILES GUO, a/k/a "Ho Wan Kwok,"

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/19/2026

23 Cr. 118-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    There is a status conference in this matter currently set for January 20, 2026, at 10:00 a.m. Eastern Standard Time. Technology permitting, members of the public may listen to the status conference telephonically via Microsoft Teams, by calling +1 (646) 453-4442 and entering conference ID number 299135716#.

    SO ORDERED.

Dated: January 19, 2026
       New York, New York

ANALISA TORRES
United States District Judge