

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob J. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

January 22, 2026

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, New York 10007

    Re:    <u>*United States v. Miles Guo*</u>, S3 23 Cr. 118 (AT)

Dear Judge Torres:

    The Government writes to respectfully notify the Court that the undersigned made a classified, *ex parte* submission to the Court today, pursuant to Section 4 of the Classified Information Procedures Act.

    Respectfully submitted,

    SEAN S. BUCKLEY
    Attorney for the United States, Acting Under
    Authority Conferred by 28 U.S.C. § 515
    Southern District of New York

By:   /s/
    Micah F. Fergenson / Ryan B. Finkel / Justin Horton / Juliana N. Murray

    Assistant United States Attorneys
    (212) 637-2190 / -2276 / -6612 / -2314

cc:  Defense Counsel (by ECF)