**DOAR RIECK KALE**
ATTORNEYS AT L

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
e-mail: firm@doarlaw.com

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911
TELEPHONE: (212) 619-3730
website: www.doarlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/29/2026__

January 28, 2026

**By ECF Filing**
Hon Analisa Torres
United States District Court
500 Pearl Street
New York, New York 10007

     Re: *United States v. Ho Wan Kwok (Miles Guo)*
       <u>Docket No. S3 23 Cr. 118 (AT)</u>

Dear Judge Torres:

  Together with Joshua Dratel and Melinda Sarafa, we represent Miles Guo in the above-referenced matter. I write without objection from the Government to request that the time for the defendant to file any objections to the Preliminary Order of Forfeiture be extended by three business days from January 29, 2026 to February 3, 2026, and that the Government's time to respond be extended by three business from February 12, 2026 to February 17, 2026. As noted, the Government does not object to this request.

  While the undersigned and all counsel have been working diligently on this issue, other matters relating to this case – in addition to delays occasioned by the recent snowstorm – have taken more time than anticipated necessitating this request. In particular, in addition to recent submissions to the Court regarding CIPA and a Rule 17(c) subpoena, following the court appearance on January 20, 2026, undersigned counsel have been inundated with statements from investors and customers previously unknown to us whose perspectives bear directly on the issues at hand and warrant review before we can finalize our submission. Further, as to myself, the unplanned necessities of another matter scheduled for trial in this courthouse on March 2, 2026 have caused the undersigned to divert significant time to that matter over the past two weeks.

  Additionally, co-counsel Josh Dratel has had to travel out of state on a matter and will not be returning to New York until Friday evening, January 30, 2026.

Hon. Analisa Torres 2 January 28, 2026

    I can assure the Court that all defense counsel have been working to meet the Court's scheduling Order (ECF #784) and all of counsels' obligations in this case.

    Thank you for the Court's consideration of the brief extension sought herein.

Respectfully submitted,

*John F. Kaley*

John F. Kaley, Esq.
Joshua Dratel, Esq.
Melinda Sarafa, Esq.

cc: all counsel via ECF filing

GRANTED.

SO ORDERED.

Dated: January 29, 2026
       New York, New York

**ANALISA TORRES**
United States District Judge