# Exhibit A

**Summary of Cash Possessed by the Government in Connection with SDNY Case No. 23-CR-118 (including SEC Disgorgement in Admin. Proceeding File No. 3-20537)**

| POF Designation | Amount | Bank | Account Name |
|---|---|---|---|
| a | 64,826.87 | Silvergate Bank | Hamilton Opportunity Fund SPC |
| b | 75,000,000.00 | Silvergate Bank | Hamilton Opportunity Fund SPC |
| c | 467,343.00 | Silvergate Bank | Hamilton Opportunity Fund SPC |
| d | 89,992,861.75 | Silvergate Bank | Hamilton Opportunity Fund SPC |
| e | 1,683,077.40 | Silvergate Bank | Hamilton Opportunity Fund SPC |
| f | 85,899,889.20 | Silvergate Bank | Hamilton Opportunity Fund SPC |
| g | 48,230,709.62 | Silvergate Bank | Hamilton Investment Management Ltd. |
| h | 1,800,000.00 | Silvergate Bank | Hamilton Opportunity Fund SPC |
| i | 4,643,744.70 | FV Bank | Himalaya International Reserves, Ltd. |
| j | 14,599,257.25 | FV Bank | Himalaya International Clearing, Ltd. |
| k | 12,620,625.39 | Mercantile Bank Int'l | G Club International Ltd. |
| l | 10,008,284.04 | Mercantile Bank Int'l | Himalaya International Clearing, Ltd. |
| m | 3,090,856.54 | Mercantile Bank Int'l | Hamilton Capital Holding Ltd. |
| n | 272,350,429.22 | Mercantile Bank Int'l | Himalaya International Reserves, Ltd. |
| o | 310,594.31 | Mercantile Bank Int'l | Himalaya International Financial Group Ltd. |
| p | 1,187,278.87 | Mercantile Bank Int'l | Hamilton Investment Management Ltd. |
| q | 47,888.50 | Mercantile Bank Int'l | G Fashion International Limited |
| r | 7,715.00 | FV Bank | Himalaya International Financial Group Ltd. |
| s | 176,983.37 | Mercantile Bank Int'l | Himalaya Currency Clearing Pty Ltd. |
| t | 2,745,377.75 | Manufacturers & Traders Trust Co. | GETTR USA, Inc. |
| u | 9,899,659.19 | US Bank | G Fashion |
| bb | 7,173,427.25 | TD Bank, N.A. | G Club Operations LLC |
| TBD | 2,112,510.70 | Barclays Bank plc (Isle of Man) | Kin Ming Je and Sin Ting Rong |
| TBD | 2,437,677.01 | Barclays Bank plc (Jersey) | Kin Ming Je and Sin Ting Rong |
| Total | 646,551,016.93 | (NOT INCLUDING Specific Property items v-aa in the POF) | |
| | | | |
| SEC Disgorgement | 486,745,063.00 | | |
| H. Khaled Forfeiture | 2,700,000.00 | | |
| Total | 1,135,996,079.93 | (NOT INCLUDING Specific Property items v-aa in the POF) | |