# Bank Record Summaries

1





# GTV / VOG

# GTV / VOG: Overview



# GTV / VOG: Select Flows



**SOURCES OF FUNDS**

**$26.7M**
5/26/20 – 10/13/20

**Voice of Guo Media, Inc**
(BOA 7226)

**$46.3M**
4/20/20 – 6/18/20

**Voice of Guo Media, Inc**
(WFB 5536)

**$10.0M**
5/26/20 – 6/12/20

**GTV Media Group, Inc.**
(JPM 3335)

**$275.9M**
2/22/19 – 6/4/20

**$19.5M**
5/11/20 – 5/28/20

**$15M**
5/15/20
Cashier's Check

**Saraca Media Group, Inc.**
(JPM 5601)

**$10.0M**
5/13/20

**GTV Media Group, Inc.**
(CAP 7000)

**$125.5M**
6/3/20 – 6/10/20

**Saraca Media Group, Inc.**
(JPM 2038)

**$200.0M**
6/3/20

**$21.5M**
5/14/20

**$100.0M**
6/5/20

**$38.0M**
6/9/20

**GTV Media Group, Inc.**
(CIT 6691)

**GTV Media Group, Inc.**
(CAP 5376)

**Hayman Hong Kong Opportunities Fund**
(CIT 9681)

**$138.0M**
7/10/20

**$100.0M**
7/10/20

**$21.5M**
7/10/20

**Certified Check to GTV**

**Certified Check to GTV**

**Lawall & Mitchell**
(PNC 6628)

5

# VOG: Select Flows



**FARMS**

# Farms: Select Flows



# Farms: Select Flows



# Farms: Select Flows



# Farms: Select Flows



# Farms: Select Flows



**FARMS**

**$77.0M**
8/6/20 – 9/29/21

**ACA Capital**
FAB Account

**$18.0M**
2/2/21 –
2/10/21

**$13.0M**
1/25/21 –
9/21/21

**Hudson Diamond Holding Inc**
(IDB 7438)

**$16.0M**
5/28/21 – 7/30/21

**Lamp Capital LLC**
(SIG 5379, 5387, 5395, 5409, 5417, 5425, 5433, 6367)

# Farms: Select Expenses from Lamp Capital Accounts



**G Club**  **Crane**

# G Club and Crane: Select Flows



# G Club and Crane: Select Flows



## G Club and Crane: Select Flows



## G Club and Crane: Select Flows





## G Club and Crane: Select Flows



## G Club and Crane: Select Flows

# G Club and Crane: Select Flows



# G Club and Crane: Select Flows



# G Club and Crane: Select Flows



## G Club and Crane: Select Flows



# G Club: Select Flows and Expenses



# Himalaya Exchange

# Himalaya Exchange: Select Flows



# Himalaya Exchange: Select Flows



# Yachtzoo LLC Expenses

# Yachtzoo LLC Expenses Summary



# SOURCES OF FUNDS









## Cumulative Sources of Funds Inflows by Category

$1.3 B

$517,000,000

$240,000,000

$110,000,000

$411,000,000

GTV/VOG    Farms    G Club    Himalaya Exchange    — Cumulative

| Slide Number | Source GXs |
|---|---|
| 4 | GXBOA39, GXBOA40, GXBOA92, GXCAP472, GXCAP573, GXCAP588, GXJPM104, GXJPM122, GXJPM124, GXJPM125, GXWFB58 |
| 5 | GXCAP472, GXCAP474, GXCAP573, GXCAP588, GXCAP622, GXCIT20, GXJPM104, GXJPM122, GXJPM124, GXJPM125, GXJPM19, GXWFB58, GXWFB59; GXSM2 |
| 6 | GXBOA286, GXBOA39, GXBOA40, GXBOA91, GXBOA92, GXJPM123, GXNXB226, GXUSB1, GXWFB37, GXWFB50, GXWFB58, GXWFB59, GXWFB63, GXVAN11, GXVAN12 |
| 8-12 | GX3211, GX605, GXBAR43, GXBAR47, GXBAR48, GXBAR49, GXBAR50, GXBAR55, GXBAR56, GXBOA32, GXBOA36, GXBOP10, GXBOP12, GXBOP8, GXBOP9, GXBR932, GXCIT62, GXCOM13, GXCOM14, GXCOM15, GXDCB59, GXDCB60, GXFBA18, GXFBA19, GXIDB10, GXIDB23, GXIDB5, GXJPM134, GXJPM136, GXJPM137, GXJPM138, GXJPM2, GXJPM41, GXJPM47, GXJPM57, GXJPM73, GXMFB9, GXPNC10, GXPNC14, GXPNC16, GXPNC26, GXSIG19, GXSIG35, GXSIG83, GXPNC47 |
| 13 | GXSIG102, GXSIG117, GXSIG121, GXSIG129, GXSIG19, GXSIG33, GXSIG83, GXSIG97 |
| 15-24 | GXTDB9, GXTDB11, GXBOA32, GXBOA204, GXBOA24, GXJPM134, GXFBA2, GXCIT50, GXCIT5, GXTDB17, GXTDB8, GXFBA1, GXCNB7, GXMSS135, GXTDB12, GXMSS138, GXBOA301, GXTDB5, GXTDB4, GXWFB62, GXCAP628, GXJPM2, GXTDB2, GXBOA372, GXCAP46, GXIDB3, GXCAP5, GXTDB70, GXMSS134, GXMSS137, GXMSS136, GXSCB13, GXSCB12, GXMSS82, GXMSS83, GXMSS84, GXMSS141,GXCAP589, GXIDB4, GXMER531, GXMER430, GXBOA316, GXMER86, GXMER94, GXMER745, GXTDB15, GXMER72, GXSIG110, GXVNB3, GXMER204, GXMER76, GXTDB72, GXCIT64, GXTDB118, GXMER96, GXMER84, GXTDB119, GXMTB116, GXMTB115, GXMER90, GXMER80, GXMER675, GXMTB127, GXMTB123, GXMTB122, GXMTB130, GXMTB132, GXCAP6, GXCAP635, GXCAP636, GXCAP637 |
| 25 | GXMER1132, GXMER160, GXMER204, GXMER209, GXMER279, GXMER281, GXMER282, GXMER315, GXMER324, GXMER328, GXMER52, GXMER54, GXMER56, GXMER60, GXMER64, GXMER66, GXMER70, GXMER744, GXMER745, GXTDB30, GXTDB38, GXTDB39 |
| 27-28 | GXFV, GXFVB11, GXFVB13, GXFVB16, GXFVB18, GXFVB2, GXFVB3, GXFVB4, GXFVB6, GXFVB7, GXFVB8, GXMER1132, GXMER1133, GXMER160, GXMER204, GXMER209, GXMER210, GXMER279, GXMER281, GXMER282, GXMER315, GXMER324, GXMER328, GXMER52, GXMER54, GXMER56, GXMER60, GXMER64, GXMER6 |
| 30 | GXDCB19, GXDCB32, GXDCB33, DCB36, DCB37, GXIVB2, GXIVB8, GXSIG19, GXSIG83, GXSIG102, GXSIG121, GXMTB83, GXMER80, GXMER82, GXMER88, GXMER96, GXMER150, GXMER195, GXMER204, GXMER242, GXMER244, GXMER247, GXMER249, GXMER310, GXMER319, GXMER452, GXMER453, GXMER507, GXMER512, GXMER618, GXMER621, GXMER635, GXMER674, GXMER675, GXMER685, GXMER687, GXMER693, GXMER714, GXMER716, GXMER745, GXMER745, GXMER795, GXMER797, GXMER802, GXMER803, GXMER854, GXMER857, GXMER859, GXMER971, GXMER988, GXMER1049, GXMER1089, GXMER1091, GXMER1109, GXMER1109, GXMER1127, GXMER1186, GXMER1189, GXMER1199, GXMER1200 |