## DOAR RIECK KALEY & MACK
ATTORNEYS AT LAW

JOHN DOAR (1921-2014)　　　　　　　　　　　　　　　　　　　　　　　　ASTOR BUILDING
WALTER MACK　　　　　　　　　　　　　　　　　　　　　　　　　　　　　7TH FLOOR
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　217 BROADWAY
OF COUNSEL　　　　　　　　　　　　　　　　　　　　　　　　NEW YORK, N.Y. 10007-2911
JOHN JACOB RIECK, JR.
JOHN F. KALEY
e-mail: firm@doarlaw.com　　　　　　　　　　　　　　　　　　　TELEPHONE: (212) 619-3730
website: www.doarlaw.com　　　　　　　　　　　　　　　　　　FACSIMILE: (212) 962-5037

March 9, 2026

**By ECF Filing**
Hon. Analisa Torres
United States District Court
500 Pearl Street
New York, New York 10007

      Re: *United States v. Ho Wan Kwok (Miles Guo)*
         Docket No. S3 23 Cr. 118 (AT)

Dear Judge Torres:

  We have been appointed to represent Miles Guo in the above-referenced matter. Sentencing of Mr. Guo presently is scheduled for April 13, 2026. (ECF # 782). Counsel for Mr. Guo continue to work diligently on this matter. However, we are unable to file our sentencing memorandum today and request one additional week to do so. The amount of information we have gathered is nothing short of staggering. We are trying to synthesize that information and set it forth in a manner that is of assistance to the Court and fully reflects all of our arguments (both as to facts and law) regarding sentencing. The information is complex. In addition, the defense has two motions presently before the Court seeking access to information that is of critical importance. Despite our best efforts and the extraordinary amount of time we have devoted to this case, we simply are unable to complete our sentencing submission today and are constrained by our professional obligations to make this request. We have conferred with the Government regarding this request and await the Government's position.

  Accordingly, we request one additional week to file our sentencing submission.

  Thank you for the Court's consideration of this request.

              Respectfully submitted,
                /s/
              John F. Kaley
              Joshua L. Dratel
              Melinda Sarafa

cc: All counsel via ECF filing