

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 9, 2026

**BY ECF**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Miles Guo*, S3 23 Cr. 118 (AT)

Dear Judge Torres:

    The Government respectfully writes in opposition to the defendant's request—raised for the first time late today—for an extension of today's deadline for filing his sentencing submission. (*See* Dkt. 811).

    The circumstances here exceed a request for the courtesy of a short deadline extension to accommodate counsel. Guo's sentencing has pending for over 18 months since his trial conviction, and the deadlines set by the Court months ago in December 2025 remain in force and should be enforced. Counsel for the defendant waited until the arrival of the deadline, then contacted the assigned AUSAs via email at 4:19 p.m. today requesting a call. The Government called defense counsel shortly thereafter. During the call, defense counsel stated that they sought an additional week to file their submission, and asked if the Government would consent to a one-week extension of today's deadline. Defense counsel made clear, however, that the defendant was not withdrawing his one-month adjournment request (*see* Dkt. 807 (defendant request), 809 (Government opposition)), nor committing to file his submission in one week irrespective of that latest pending one-month adjournment request.

    There is no good cause—much less the "exceptional[ ]" good cause this Court said would be required for further adjournments (Dkt. 782)—for granting an extension, at the eleventh hour, of today's deadline. Today's deadline was set by the Court months ago in December 2025. (Dkt 782). And the Court specifically cautioned counsel months ago that "[n]o further adjournment of sentencing shall be ordered absent exceptionally good cause shown." (Dkt 782). The defendant's application for yet another adjournment did not – and should not – unilaterally toll his deadlines. For the foregoing reasons, and for all the reasons previously set out in the Government's opposition to the defendant's sixth adjournment request (Dkt. 809), the defendant's sentencing should proceed without further delay, on the deadlines set by the Court months ago.

      The defendant should file his submission forthwith, consistent with the longstanding deadline set by the Court.

      Respectfully submitted,

SEAN S. BUCKLEY
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515.

by:   /s/
      Micah F. Fergenson
      Ryan B. Finkel
      Justin Horton
      Juliana N. Murray
      Assistant United States Attorneys
      (212) 637-2190 / 6612 / 2276 / 2314

cc:    Counsel of Record (by ECF)