

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

March 17, 2026

**VIA ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007-1312

Re:    ***United States v. Miles Guo, et al.,* S3 23 Cr. 118 (AT)**

Dear Judge Torres:

The Government respectfully submits this letter to request the limited unsealing of all purported petitions submitted to the Court pursuant to Title 21, United States Code, Section 853(n) by individual *pro se* claimants to permit the Government to receive copies of the petitions from the Clerk's Office.

Based on communications between the Government and the Clerk's Office, the Government has learned that the Clerk's Office is in possession of several sealed purported petitions in this matter. Some of those petitions may be a copy of petitions served on the Government. The Government seeks to review the sealed petitions to determine whether any are copies, and to ensure that the petitions are adjudicated. The Clerk's Office has informed the Government that an order from this Court is required to permit the Clerk's Office to share the petitions with the Government. The Government does not seek to file the petitions on the docket at this time.

Accordingly, the Government respectfully requests that the Court order the limited

unsealing of the sealed petitions solely to allow the Government to obtain unredacted versions of the petitions from the Clerk's Office. A proposed order is enclosed for the Court's review.

Respectfully submitted,

SEAN S. BUCKLEY
Attorney for the United States, Acting
Under Authority Conferred by 28 U.S.C.
§ 515
Southern District of New York

By:    /s/_____
Micah F. Fergenson
Ryan B. Finkel
Justin Horton
Juliana N. Murray
Assistant United States Attorneys
Tel.: (212) 637-6612 / -2314 / -2276 / -2190