UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

UNITED STATES OF AMERICA                    :

                                     :     UNSEALING ORDER

        - v. -

                                       :     23 Cr. 118 (AT)

MILES GUO, *et al.*,                        :

        Defendants.                         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

WHEREAS, an application has been made by the United States of America for the limited unsealing of all petitions submitted pursuant to 21 U.S.C. § 853 (the "Ancillary Petitions") entered in this case in response to the Preliminary Orders of Forfeiture at docket entries numbered 488 and 720 to permit the Government in obtaining unredacted versions of the Ancillary Petitions;

IT IS HEREBY ORDERED that the Ancillary Petitions be unsealed only to the extent necessary to permit the Government to obtain unredacted versions from the Clerk of the Court.

Dated: New York, New York
          _____, 2026

                                _____
                                HONORABLE ANALISA TORRES
                                UNITED STATES DISTRICT JUDGE