UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

HO WAN KWOK A/K/A "MILES GUO,"

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/17/2026____

23 Cr. 118-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' joint letter at ECF No. 802 regarding the appointment of a special master.  The Court continues to consider the appointment of a special master to address claims brought under § 853(n) and related matters.  Accordingly, should the parties wish to suggest any candidates for appointment, they shall do so by **March 30, 2026**. *See* Fed. R. Civ. P. 53(b)(1).

SO ORDERED.

Dated: March 17, 2026
New York, New York

ANALISA TORRES
United States District Judge