LAW OFFICES OF
# DRATEL & LEWIS

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK  10006

—

TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: jdratel@dratellewis.com

JOSHUA L. DRATEL
LINDSAY A. LEWIS                                                    SAMANTHA ENGST-MANSILLA
—                                                                                        *Paralegal*
AMY E. GREER
JACOB C. EISENMANN

March 19, 2026

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    *United States v. Ho Wan Kwok (Miles Guo)*,
              23 Cr. 118 (AT)

Dear Judge Torres:

   This letter is respectfully submitted on behalf of defendant Ho Wan Kwok ("Miles Guo"), whom John F. Kaley, Esq., Melinda Sarafa, Esq., and I represent, in connection with Mr. Guo's application for a subpoena pursuant to Rule 17(c), Fed.R.Crim.P.  The government filed a letter motion to quash the subpoena March 17, 2026 (Dkt 819).  Defense counsel have been devoting all our time and energy to completing and filing the sentencing submission on Mr. Guo's behalf, which is due tomorrow, March 20, 2026.  Accordingly, it is respectfully requested that Mr. Guo's response to the motion to quash be due next Friday, March 27, 2026.

                                        Respectfully submitted,

                                        Joshua L. Dratel
                                        John F. Kaley
                                        Melinda Sarafa

                                        *Attorneys for Defendant*
                                        *Ho Wan Kwok*