# Exhibit 3

## DECLARATION OF WANSHENG CHENG

### I. PERSONAL BACKGROUND

1. I am a citizen of the People's Republic of China. I was born on ▮▮▮▮▮▮▮, in Anqing, Anhui Province, China. My Chinese national identification number is ▮▮▮▮▮▮▮. I currently reside in New York, New York. My U.S. Driver's License ID is ▮▮▮▮▮.

2. I come from a single-parent family. I was forced to drop off from the middle school due to family situation at the age of fifteen. Between approximately 2004 and 2006, I completed two years of voluntary service in the Chinese military. During that service, soldiers were subjected to intensive political indoctrination in support of the Chinese Communist Party ("CCP"). I was, at that time, a loyal supporter of the CCP.

3. After leaving the military, I held a variety of jobs — working as a waiter, a security guard, and learning interior design from my family. Starting in 2008 or 2009, I learned how to sell cell phones in Shanghai under the guidance of a cousin, and later opened my own cell phone store in Changshu City. Around 2010, I moved to Chongqing, where I ran a mobile phone and a snack shop from approximately 2011 until early 2020, when I sold my business one day before the government locked down Wuhan City for the COVID-19 pandemic. In June 2019, I also sold my property at a high price on the open market. These decisions were made after considering the information disclosed by Mr. Guo Wengui, as well as the CCP's atrocities in Hong Kong, which caused me to completely lose faith and hope in China's future.

### II. POLITICAL AWAKENING AND INTRODUCTION TO GUO WENGUI

4. In approximately 2011, a colleague challenged my pro-CCP beliefs during an argument and showed me how to use a VPN. Through that VPN, I for the first time watched video footage of the Tiananmen Square massacre of June 4, 1989. It took me approximately three days to recover from what I saw. My worldview was fundamentally altered.

5. From 2011 to 2015, I used a VPN to access overseas news about human rights and political dissidents. I supported various Chinese dissident voices, but over time I grew disillusioned: I felt they asked for donations without offering genuine political ideas, organization, or international influence, and that they shared only partial truths. I became depressed and felt unable to change anything.

6. From approximately 2015 to 2017, I disengaged from dissident content entirely, out of disappointment.

7. In April 2017, while watching YouTube through a VPN, YouTube's algorithm recommended videos by Guo Wengui. His personal demeanor, rigorous logic, and

the contents presented in his videos really caught my attention and sparked my keen interest. Then, on April 19, there was a live interview with Mr. Guo Wengui on Voice of America interview — the very interview that was shut down by the Chinese government.

8. In contrast to the other dissident voices I had followed, Guo Wengui spoke about systemic problems — not merely isolated incidents — and backed his claims with detailed evidence. I was particularly struck by his broadcast exposing the circumstances of the death of Wang Jian, the former head of HNA Group. He had preemptively analyzed that Wang Jian could be assassinated, so when he died we were shocked. Guo showed closed-circuit camera footage demonstrating that Wang Jian's death was not accidental, contrary to official government reports. That presentation of verifiable evidence impressed me deeply.

9. By 2018, I was communicating with other Guo supporters through Discord, using a nickname to protect my identity. I was aware that supporting Guo Wengui was politically sensitive in China and that content related to him was actively censored. But I listened to his broadcasts, and I knew many others who also listened. He was very popular in China, but we didn't dare strike up a conversation about him with strangers.

### III.  DONATIONS AND INVESTMENTS

10. In Spring 2019, I made donations totaling approximately $200 to the Rule of Law Foundation ("ROLF"). I divided the payments into small installments because I feared detection by Chinese authorities.

11. In April or May 2020, I invested approximately $37,700 in the GTV private placement. Prior to the launch of GTV, Guo's Twitter and YouTube accounts had been restricted or suspended. During the Hong Kong protests in 2019, I witnessed the CCP media editing and tampering with images and videos from the protest sites, and I was shocked that state media would fabricate fake news. On May 31, 2019, just days before the Hong Kong protests erupted, my Twitter account was suspended without any prior warning. After speaking with supporters of the Whistleblower Movement, I learned that a large number of accounts were suspended by Twitter without legitimate grounds on that day-an event we refer to as the "May 31 Twitter Crackdown" This is precisely why Guo proposed establishing our own social media platform, one where we could freely express truth.

12. When the GTV private placement came out I had some experience evaluating investments as a small business owner. The funds I invested came from the proceeds of the sale of my house, which I sold because I had lost confidence in the Chinese economy, and my personal savings. To make the investment I first put money into a US dollar account at China Merchant Bank, then I opened an online account at a different bank, and through that account I made the investment in two

separate transfers. Because my investment was below $100,000, I was required to be registered and verified through Voice of Guo ("VOG"). The VOG contact was Wei Li Hong, also known as "Sara." I wire-transferred my investment through a VOG account she controlled. I received confirmation documentation through Google Docs, which I read using translation software. I did not consult a financial advisor because I felt it was unsafe to disclose the investment to others in China.

13. My motivation for investing in GTV was my belief that China needed freedom of speech, and that GTV would become an independent platform for the truth. I understood that the investment involved risk, including the risk of total loss due to political circumstances in China, and I was prepared to accept that. Though GTV was shut down, very soon on July 4, 2021, a new social media platform, Gettr, was launched. I actively participated the internal testing before the launch. Gettr remains functional as to date with routine maintenance, upgrades and operation.

14. In addition to GTV, I invested $12,000 in the Farm Loan project, specifically the Phoenix Farm, through Wei Li Hong. I was also a member of the Tokyo Star Farm, which subsequently closed after its host was arrested.

15. I also put approximately $22,000 in the Himalaya Exchange. I was going to use that money to purchase a G|Club membership but that was delayed so instead I put it in the Exchange. After Himalaya Exchange became publicly available I used those funds to purchase 3,000 H-Coin ("HCN"). At its peak, my HCN holdings were valued at approximately $160,000. After leaving China, I relied on HCN and H-Dollar ("HDO") to support myself while living in Turkey and Thailand. Through Himalaya Pay ("H-Pay") I could make direct financial transactions without involving a bank, or there were certain banks in Turkey and Thailand that accepted transfers from Himalaya Exchange. Later, it discontinued the redemption of HDO into fiat for unspecified reasons. I can still trade HDO on the Himalaya Exchange and use H-Pay to exchange it for local fiat currency in my country to cover my living expenses.

16. In April 2022, I purchased a G|Club membership for $20,000, funded from proceeds of trading activity on the Himalaya Exchange. I see G|Club as a recognition of identity – a group where people share the same values. Initially I understood that we would provided discounts on certain purchases, then later benefits would be added, which I expected would take some time. I have not tried to get my G|Club membership money back and I am not interested in getting it back.

17. On July 16, 2024 — the very day Guo Wengui was convicted — I was no longer able to log in to the Himalaya Exchange or use Himalaya Pay. Before it was shut down on that day I sold approximately 500 HCNs at $19 each, converting my HCN into H-Dollars.

18.    In April 2022, I received an email from the SEC Fair Fund indicating I could apply to receive a refund of my GTV investment. At that time, I was still in China. Because my East West Bank online banking account was frozen, I did not dare to use my bank account in China to accept the distribution to my GTV investment from the SEC. In December 2023, attorney Yongbing Zhang notified me that a refund of $34,867.17 had been processed on my behalf and delivered a paper check, which I deposited.

## IV. POLICE INTERROGATIONS AND COERCION IN CHINA

### January 4, 2021 – Interrogation

19.    At 7:21 PM on January 4, 2021, I received a telephone call from the Zengjia Town Police Station in Chongqing, ordering me to come and cooperate with their work. I was subsequently taken to the Huxi Public Security Bureau.

20.    The police questioned and reprimanded me about statements I had made on Twitter, including my dissemination of information about Hunter Biden, my support for the Hong Kong protests, and my criticism of the CCP's handling of the COVID-19 pandemic. During the interrogation, an officer removed documents from a folder. Both the officer and I observed that the documents bore a red official letterhead indicating they had been issued by the Beijing National Security Bureau — a designation in China signifying the highest level of importance. The officer immediately replaced the documents in the folder to prevent me from reading further.

21.    Because my Twitter account had already been permanently suspended, the police were unable to verify the content of my posts. The matter ended with a formal warning. I was ordered to write a letter of repentance and a letter of guarantee, both dictated by the officers. I possess the officer's identification number and partial audio recordings of that interaction.

22.    After this first interrogation, fearing further action, I called the Japanese consulate in Chongqing to inquire whether they could offer protection or asylum. I was told to call back during business hours.

### March 10-11, 2021 – Interrogation

23.    On March 10, 2021, three plainclothes officers arrived without warning at my workplace and forcibly took me away without presenting any legal documents. They confiscated my mobile phone.

24.    I was taken to the interrogation room at the Zengjia Town Police Station, where they placed me in a chair equipped with restraints — though they did not close them — and the three officers interrogated me in shifts from approximately 3:00 PM on March 10, 2021, until approximately 2:00 AM the following morning.

25. The interrogation by the plainclothes police officers centered on my phone call to the Japanese consulate, as well as the contacts and content of my phone and WeChat communications. Based on the interrogation, I concluded that they had been monitoring my phone and daily communications. They then searched my phone and found: (a) records of donations to ROLF; (b) records of money transfers to GTV; (c) records of money transfers to the Farm Loan project; (d) signed investment contracts; and (e) details of my volunteer works for the Whistleblower Movement. One of the officers repeatedly asked about my health, and I realized that was a coercive interrogation tactic.

26. The officers stated: "Are you associating with Guo Wengui? We will report your situation to higher-level authorities. Wait for our notice." They warned: "Files in your cloud storage have already been screenshotted and preserved. Remote deletion will constitute the crime of destroying evidence. You are not allowed to leave Chongqing without our permission."

27. After the interrogation, the officers drove me home and confiscated my laptop. All confiscated devices had their passwords removed.

**March 12, 2021 – Non-Suicide Declaration**

28. Following the second interrogation, deeply frightened that I would be imprisoned or harmed, I authored a written non-suicide declaration addressed to the person in charge of my Farm group ("Grassroots Brother / Caogenxiaoge"), stating: "I hereby stress and declare I will not kill myself. I will never kill myself." I further declared that if I were ever made to act against Guo Wengui, it would be against my will and done under coercion. I authorized Grassroots Brother to manage my Farm loan and investments in the event I lost my freedom. I signed the declaration with my fingerprints. A copy of my original declaration and an English translation are attached hereto as Exhibit A.

**Late March 2021 – Interrogation at Unmarked Location**

29. In late March 2021, I received a call instructing me to go to a designated location that was unmarked on navigation maps and extremely difficult to find. At approximately 11:00 AM, two plainclothes officers took me to an interrogation room in a three- to four-story building hidden within a residential compound. The building had no address number, no signage, and was surrounded by high walls topped with barbed wire. I thought it might be a safehouse belonging to the Ministry of State Security ("MSS") because it was so hard to locate.

30. The officers introduced themselves as working for the Chongqing Municipal National Security Bureau. The supervising officer identified himself as ███ █████; the other officer was █████████.

5

31.    The interrogation focused entirely on Guo Wengui — my donations to ROLF, my investments in GTV and the Farm Loan project, fund transfers, receiving accounts, and signed contracts. The interrogation lasted from approximately 11:00 AM to 9:00 PM.

32.    While reviewing my phone, Officer ███████ found text messages between me and a classmate in the United States about the 2021 U.S. presidential election. Officer ███ laughed and said: "How could Trump possibly win? You bet wrong. Didn't Guo Wengui deceive all of you?" I responded with words to the effect that Guo Wengui was sometimes a bluffer. Officer ███ immediately said: "You said that! You said that!"

33.    Officer ███████ then said to me: "If your case were formally filed, you could be facing a prison sentence of ten years or more, as it involves funding hostile foreign forces and suspected subversion of state power. If you cooperate fully with us going forward, we may be able to help you secure an opportunity to atone for your crimes through meritorious service. Do you understand?" This filled me with extreme fear.

**Subsequent Meetings**

34.    After the interrogation at the hidden location in late March, they contacted me multiple times during that period, requesting meetings with me. They ordered and instructed me to write a letter of repentance, and I have preserved copies of three versions of the letter of repentance. On the afternoon of April 7, 2021, at the lobby on the first floor of the Chongqing Municipal State Security Bureau, during the meeting at which I submitted the final version of the letter of repentance, the state security officers required me to copy a passage from the letter of repentance into the case-closing document, and then required me to sign and affix my fingerprint to a case-closing document. The case-closing document accused me of violating the Counter-Espionage Law of the People's Republic of China. While the state security officer left to get water, I photographed the first page. During this period, Officer ███ sternly said, "Our leadership said that this time we will let you off." After I retrieved my devices, I transferred and isolated backups of important files, then repeatedly restored the devices to factory settings and formatted them, and later falsely claimed that all backups had been deleted.

35.    I received multiple phone calls from officers during this period, which I recorded. The recordings include: (1) instructions on how to write the letter of repentance; (2) instructions to collect receiving account information for the GTV and Farm Loan projects; (3) instructions to locate my investment contracts and loan agreements to prepare evidence for the purpose of filing lawsuits against Guo Wengui in the U.S.; (4) instructions on their helping me to retain U.S. lawyers for me, stating that I would not be required to pay legal fees; (5) instructions to provide all of my social media account information; and (6) instructions on

assisting the police to collect information about other Whistleblower Movement supporters and overseas political dissidents.

**May 11, 2021 – Coerced Filing of False Complaints with U.S. Authorities**

36. On May 11, 2021, officers ordered me to go to a hotel located behind the MSS offices in Chongqing, and to bring my mobile phone and laptop. After I arrived at 9 or 10am, two of the same officers I had seen before made small talk with me, asking if I had done what they asked, if I brought the documents they requested, if I knew what Guo was up to or if I had any news about Steve Bannon. Then they took me to a room on the second floor where this conversation continued, and they invited me to a meal.

37. After lunch the officers took me back to the second-floor room and presented me with a prepared document and ordered me to file fraud complaints against Guo Wengui in accordance with its contents. The document referenced the U.S. Federal Bureau of Investigation ("FBI"), the New York State Attorney General's Office ("NYS AG"), the U.S. Securities and Exchange Commission ("SEC"), and JPMorgan Chase Bank. It also listed contact information for U.S. media outlets and journalists. Photos of the original document, along with an English translation, is attached hereto as Exhibit B.

38. I felt intensely resistant inside, but feared the consequences of refusing. I wrote the initial complaint, directed to the SEC. I was instructed to write an account of victimization as a "victim harmed by Guo Wengui," which was false. Out of fear, I complied with the first form.

39. I felt an intense sense of revulsion and hatred toward this kind of behavior. They represent state institutions-how could they act this way. My immediate reaction was: I'd rather go to prison than continue doing this; I don't want to be a criminal in the eyes of history. After submitting the SEC complaint, I managed to refuse further participation. I told them, "This is too complicated. My English is not good, I really can't write this. Why don't I just give you my computer and you fill it out yourself?" Officer ███████ replied angrily,: "Okay, okay, okay, I'll fill it out." At that moment, my fear reached its peak-I was terrified, absolutely terrified. So much so that when I stood up, I felt I didn't have enough strength to do so.

40. The subsequent complaints — directed to the FBI, the New York State Attorney General's Office, JPMorgan Chase Bank, and U.S. media and journalists — were in fact filed by officers of the Chongqing Municipal State Security Bureau using my personal information and computer equipment. I did not author those complaints; I did not approve of their contents; and I did not believe then, nor do I believe now, that Guo Wengui committed fraud against me.

41. While the officer was using my equipment to file these complaints, I covertly photographed and recorded audio of him and photographed the final page of the

reporting document. I understood this was extremely dangerous conduct. I did so only to preserve evidence that one day might prove I acted under coercion rather than of my own free will.

42. After the false complaints were filed, a recording was made on the way out, in which the national security official said: "This document (referring to the complaint template) was typed out word for word by Captain ███ … Your primary task now is to atone for your crimes through meritorious service… Guo Wengui has always been our target… because he has engaged in all kinds of illegal and unlawful activities…"

43. Subsequently, on or about June 17, 2021, one of the officers sent me, via WeChat, the first three and a half pages of the reporting document and again instructed me to file reports in accordance with its contents. I preserved records of those WeChat communications, the document files, and the email records of the complaints that were filed. I also preserved the government-authored smear campaign template (identified in WeChat records as 国安抹黑文案, literally, "National Security Smear Campaign Copy), which was transmitted to me at the same time. That document is attached hereto as Exhibit C.

44. The filing of complaints against Guo Wengui with U.S. law enforcement and regulatory authorities was entirely the product of government coercion. The complaints were not a voluntary expression of my views. I do not believe I was defrauded by Guo Wengui. My investments were made freely, with full understanding of the risks, in support of what I believed — and continue to believe — to be a genuine movement for political freedom in China.

**July 27, 2021 — 战友之家/Voice of Guo (VOG)**

45. At approximately 9:00 a.m. on July 27, 2021, two plainclothes officers forced their way into my residence and took me by force to the Zengjia Town Police Station for interrogation (the same interrogation room as the second interrogation). Because I told them that I was in contact with the State Security Bureau, and after they verified this by telephone, this interrogation ended after about two hours. I saw content referring to "战友之家" in the police officers' work memorandum. The interrogation focused on VOG and the remittance for my GTV investment made through VOG. They collected my remittance receipts from China Merchants Bank and records of my donations (because I told them that the other documents had already been deleted, and only these undeletable records remained), and after having me write a short letter of repentance and guarantee statement, they let me go. These two plainclothes officers were police officers from the "Western (Chongqing) Science City Branch of the Chongqing Public Security Bureau."

**October 27, 2021 – Recruitment as Informant**

8

46.    On October 27, 2021, I received a telephone call from an MSS officer who asked me to become a paid "informant," offering "additional income" in exchange for cooperation. I recorded that telephone call.

## V. DEPARTURE FROM CHINA AND JOURNEY TO THE UNITED STATES

47.    In November 2021, an officer from the State Security Bureau called again, saying he intended to pay me a home visit. I frankly told him I didn't want my family to be frightened and politely rejected his request. To avoid further coercion and prevent my family from being harassed, I left Chongqing before the Chinese New Year for Anqing, Anhui Province, my hometown-due to China's inhuman COVID-19 lockdown measures at the time- and remained there until May 20, 2022.  Knowing the nature of CCP regime and fearing they would come after me later, I left China on May 20, 2022, via Hangzhou's Xiaoshan International Airport. I never told my family or friends about the dangerous situation I faced; I told my father I was just going to Hangzhou on a business trip.

48.    On May 20, 2022, I flew from China to Turkey. I stayed there for more than 100 days, living alongside with other supporters of the Whistleblower Movement. In September 2022, I moved to Thailand, where I lived on my own. While living in Turkey and Thailand, I supported myself through HCN and HDO on the Himalaya Exchange. I engaged in trading and, through over-the-counter transactions, earned enough to cover my living expenses, with my largest single profit amounting to approximately 30,000 H-dollars. Around October 2022, my family informed me that unidentified individuals were inquiring about my whereabouts, asking what I was doing abroad and when I would return to China. Additionally, while in Thailand, I learned that other supporters had been coerced into making false complaints. Later, through cross-verification with multiple different supporters of the Whistleblower Movement, I learned that the CCP carried out targeted, large-scale arrests in the second half of 2022, after April 2023, and around April 2024.

49.    On March 15, 2023, following Mr. Guo's being arrested, I continued my voluntary work for the Whistleblower Movement. My life in Thailand remained unaffected, as HCN and H-Dollar could still be exchanged normally and conveniently. Around April, I began to realize that my experience and information might help uncover the truth behind Mr. Guo Wengui's criminal case. In the time that followed, I became increasingly convinced that I should do this, because I am part of the reality of the CCP weaponizing the U.S. justice system to persecute Mr. Guo Wengui cross border. Furthermore, recalling the fear the CCP has instilled in me and fellow Whistleblower Movement comrades, as well as the sorrow of being forced to leave our families and friends, I feel a responsibility and a mission to stand up and expose these facts and the truth. In June 2023, I decided to send relevant information to the attorney representing the defense alliance to inquire whether it would be hepful in restoring the facts and the truth. I received

9

an affirmative response. Around the same time, I learned that police China police had arrested a political dissident in Thailand, an incident that caused a sensation following media reports. I concluded it was no longer safe to remain in Thailand.

50.     On July 7, 2023, I traveled from Thailand to Turkey and then to Ecuador. I then traveled the refugee route through Colombia, Panama, and Mexico to the United States, together with approximately fifteen other Guo supporters of Chinese descent.

51.     On September 7, 2023, I crossed the U.S. border from Tijuana and I immediately surrendered myself to the U.S. immigration authorities. I was transferred to a refugee processing center and subsequently relocated to New York City. In December 2023, I applied for political asylum with the assistance of an attorney. My asylum application remains pending. Your Honor, I understand that crossing the U.S. border illegally is wrong and against the law. I had inquired about obtaining a U.S. visa and sought the legal ways to enter the United States. However, I did not meet the requirements for a U.S. visa, and the Alliance was unable to issue such an invitation letter. Ultimately, I decided to come to the United States through this way. Here, I would like to express my gratitude for the U.S. tolerance and generosity. What I am doing now is also a way of giving back to the United States. The greatness of the United States is inseparable from the fairness of its judicial system. Therefore, it must never be subject to transnational interference or sabotage by the CCP.

## VI.  PHYSICAL EVIDENCE PRESERVED

52.     Physical documentary evidence I have preserved includes:

   a.     My mobile phone containing original, uncompromised metadata and complete WeChat communication logs, including all records of officer communications and the government-authored smear campaign document.

   b.     Audio recordings of multiple telephone calls with officers containing: (i) instructions on how to write letters of repentance; (ii) instructions to collect receiving account information for GTV and Farm Loan; (iii) instructions to locate investment contracts and prepare evidence for U.S. lawsuits; (iv) instructions to provide social media account credentials; and (v) instructions to contact U.S. lawyers at no cost to me.

   c.     On-site photographs and audio recordings of one officer using my laptop and personal information to file complaints with U.S. law enforcement and regulatory authorities.

10

    d.    A photograph of the first page of the case-closure document referencing charges of espionage, subversion of state power, and support of overseas hostile forces.

    e.    The handwritten non-suicide declaration authored by me on March 12, 2021, signed with my fingerprint.

    f.    Partial interrogation record from January 4, 2021, photographed covertly while the officer retrieved an ink seal.

    g.    Recording of the October 27, 2021, telephone call in which an officer attempted to recruit me as a paid informant.

53.    I am prepared to provide these materials to defense counsel and to establish a chain of custody for all original devices and documents.

## VII.  WILLINGNESS TO TESTIFY

54.    I am willing to testify publicly in these proceedings, with my full name disclosed. I confirmed this willingness at a meeting with defense counsel on February 26, 2026. I completely understand the potential consequences this may bring to my family and friends who still live in China. In June 2023, after I decided to come to the United States, I cut off the communications with my family and friends for the purpose of minimizing the possible harm inflicted to them by the Chinese government once I stand out to publicize this matter.

55.    Based on my personal experience and my knowledge of Chinese government operations targeting supporters of Guo Wengui's Whistleblower Movement, the complaints filed with U.S. agencies purportedly from Chinese investors — including the complaints filed using my name and equipment — do not reflect genuine investor grievances. They reflect a coordinated campaign to weaponize the U.S. judicial system to eliminate a political dissident.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: March 19, 2026
New York, New York

*Wansheng Cheng*

_____

**WANSHENG CHENG**　程皖生

11

**Exhibit A**

# The Declaration of Chen Wansheng

**Personal information**
Chen Wansheng: ███████████████████, male, Han ethnicity,  34 years old
███████████████████████████████████████████

Discord information: QiangGuoDiaoMin(#2204)
Remittance reference number: ████████████
Twitter: ZhengYiGongMin (13th) NFSC0120
Original VOG volunteer reference number: █████████ stationed in Tokyo Osaka farm
(Grassroots Brother)

Details: Received warning once due to WhatsApp screenshots of private chat with
Grassroots Brother.
Nicknames: DiaoGanShi and DiaoBaWan, ██████████████████████ know
Loans in total $49720.08, original VoG 37720, Phoenix 12000.08

**Declaration:**
On or about 3:00 pm, March 10 2021, three agents of the MSS Chongqing Department
in plain clothes, along with one police officer from Zengjia Precinct, took me to Zengjia
Precinct to investigate. They knew I supported the whistleblower movement, but I don't
know why they are investigating me. I believe they spied on my cell phone because I
called the Japanese embassy in Chongqing after I was interrogated the last time. They
asked me about this matter and I analyzed it was related.

Now my cell phone and my computer are in their possession, which contain all the
evidence of me participating in the whistleblower movement. This phone number
██████████████ called ███████████████████████████ at 16:01 in the afternoon
on March 12 2021 to have my sister tell me to wait for the disposition next week. I
cannot predict what will happen in the future. I feel extremely terrified and uneasy.

I hereby emphasize and declare I will not kill myself. I will never kill myself. During my
cooperation with them, one of the agents in plain clothes was particularly concerned
with my health condition, and that is what I fear the most.
Please do what you could to help me. If you are unable to help, please don't forget
about me. I do not regret.

If one day I turn against Guo, know that it is against my wish.
If I am incarcerated and lose my freedom, I hope Grassroots Brother will help me and I

authorize Grassroots Brother to manage all my loans and investments. It will never be my intention to initiate an application for refunds. Not now, not in the past, and not in the future.

From today on (March 14 2021 Beijing time Sunday) I shall report to Grassroots Brother about my situation on Discord daily. If there's no report for more than 3 days, it means I lost freedom.
Safety Updates Discord: DiaoBenren(#1463)
My phone number:

Do not call unless absolutely necessary!

Attention: Grassroots Brother; please be sure to remind other Fellow Fighters in the future!
    1. Never call any foreign embassy stationed in China and other organizations; their phones are all important spying targets of MSS!
    2. Do not store any unsafe content for you on your cell phone or your device, including cloud. It is best to isolate physically.

My fingerprint: The above is my right thumb

The above is my left thumb

Page 2

Translated by Shi Feng
03/08/2026

程皖生声明

个人信息：

程皖生：███████████████ 男，汉族，34岁
██████████████████
████████████

Discord信息：墙国刁民（██████）（#2204）　汇款编号：VAA715887
推特信息：正义公民（Bth）NFSC 0120　　原VOG红编号：2020256
在东京大阪农场（草根小哥）
细节：固藏图与草根小哥 whatsapp私聊信息-只此警告一次
　　有引号．习平事和习八万，████████████解．
借款共49720.08美元．原VOG37720，凤凰12000.08．

声明内容：

2021年3月10日下午约3点，重庆市国家安全局三名便衣和一名常家派出所干警将我带至重庆市常家镇派出所调查，他们知悉我支持火爆料革命，但我并不能确定他们调查我的原因。我认为他们监听了我的手机。因上次嗑孕后我给重庆的日本领事馆打过电话，他们问过我这个事。我分析与此有关。

现在我的手机和电脑都被他们扣留，里面有我参与火爆料革命的所有信息和证据。2021年3月12日下午16:01分 ████████████ 给 ████████████ 打电话转告我，下个星期等候处理结果。我无法预知接下来的一切，并且深感恐惧和不安。

在此我强调和声明，我不会自杀，绝不会自杀。在我配合他们工作时，有一个便衣特别关心我的身体健康情况，这是我最为恐惧的地方。

请力所能及的帮助我，如果力所不能及，请别忘记我。我不后悔！
如果哪天被郭一定非我所愿！
如果我进去了，失去了人生自由，希望草根小哥全权帮助我，我全权委托草根

████████ 第1页 ████████

2021/03/14 23:35

小哥处理我的所有借款和投资。我本意绝不会主动申请退款。现在没有，过去没有，未来也不会有。

从今天开始（2021年3月14日 北京时间星期日天）我将每天在Discord 向草根小哥 报告我的情况，如果超过3天未报告，说明我已失去自由。

报平安Discord: 刁本人（#1463）

我的电话：████████

████████

非必要情况不要打！

又，注意：草根小哥在以后的要注意，提醒其他战友！

一、千万不能给任何国外~~驻~~在中国的大使馆 领事馆 和其他机构打电话，它们的电话都是国安的重点监听对象！

二、手机或其他设备里不要存储令你不安全的内容，包括云盘。最好物理隔绝。

我的指纹纹：████████　　以上是右手大拇指

████████

以上是左手大拇指。

████第二页████

2021/03/14 23:36

**Exhibit B**

P1_EN

**Appendix: Channels and Procedures for Reporting Cases to U.S. Law Enforcement Agencies and Financial Authorities**

**1. Reporting procedure of the U.S. Federal Bureau of Investigation (FBI).**
Log in to the website: https://ic3.gov/
After entering, there is a left–right scrolling page. Click **"File a complaint"** there are three lines of red text as prompts. Below that, there are three options. Click **Ic3.gov** to enter the **File a complaint** page. At the bottom of the page, click **"I Accept"** to enter the **Complaint.ic3.gov** page. Items marked with red indicators are required fields.

- **The first section** is personal information and is required. This includes name, address, city, country, postal code, phone number, and email address, which should be filled in truthfully.
- **The second section** concerns financial transactions and requires providing remittance/payment records. This section is optional, but it is **strongly recommended** to complete it. For each transaction, provide as much information as possible to facilitate FBI tracking of leads.
  After selecting the transaction type for the first entry, red indicators will appear showing required fields. If there are more than two transactions, click the button at the bottom-right corner of the large box in the second section, and the page will automatically add another identical entry section. If there are more than two pages, continue clicking the bottom-right corner to add more.
- **The third section** is the incident description and is required. In this section, the victim may provide their experience of being scammed, the scam methods they have identified, and any information they believe is necessary to provide to the FBI.
- **The fourth section** is information about the scammer. This section is optional and should be filled in truthfully.
- **The fifth section** is other information and is optional.
  - The first sub-item: if there is email correspondence, you may provide the entire email, including full headers.
  - The second sub-item: whether there are witnesses or other victims; fill in truthfully.
  - The third sub-item: if you have also reported the case to other judicial or government agencies, please provide the name, phone number, email, report date, and case number, etc., truthfully.
  - Pay special attention to the last line of this section's large box: if you update or submit supplementary report materials, please check the small box on the right ("supplementary report materials"). There are two ways to submit supplementary materials to the FBI, and this method is the **preferred option**.
- **The sixth section** concerns who is filing the report. The first line is a required selection, indicating whether the reporter is the victim of the above incident.

P2_EN

It is recommended that the victim personally complete this section; do not file the report on behalf of someone else.

**The seventh section:** Omitted.

**The eighth section** is the electronic signature and is required. At the bottom of the webpage, select the checkbox to complete human verification. After passing verification, click **Submit** at the bottom. Once submission is complete, a page will be generated. You must take a screenshot or generate a PDF and keep it as proof of filing. This can be used to apply to a bank for a **"recall"** or to request the bank to freeze the scammer's receiving account.

**FBI specialized task force email addresses:**
jsibenik@fbi.gov,
racartwright@fbi.gov,
rjavery@fbi.gov.

After submitting a report on the website, these email addresses can be used to submit supplementary report materials. However, it is recommended to **prioritize updating report materials through the website**. When submitting images to the FBI, only email submission can be selected.

**2. Reporting procedure of the New York State Office of the Attorney General (NYS).**
Login website: https://ag.ny.gov/investor-protection-bureau-complaint-form

NYS also accepts reports by mail or fax. For web-based reporting, the sections appear below the date shown:

- **The first section** is the reporter's contact information. Chinese mobile phone numbers do not meet the input format here and may be omitted. All other information should be filled in truthfully. In particular, the email address must be filled in in order to receive a response regarding the report.
- **The second section** concerns the company being complained about or personal information of the individual being complained against. The first item, the company name, is a required field; the rest should be filled in truthfully as applicable.
- **The third section** is the specific complaint content. Fill in truthfully. This section requires the total amount invested; details of each remittance can be truthfully stated in the narrative description box of the complaint.
- **The fourth section** concerns actions already taken. Whether a complaint has been made to the company and whether a complaint has been made against an individual are required fields and should be filled in truthfully.
- **The fifth section** is for uploading the number of attachments. Select and upload as needed. This website allows uploading image materials.
- **The sixth section** contains the content notifying the complainant on the NYS website, which requires checking the small box in front.

P3_EN

Check the box to indicate acknowledgment.
Finally, sign and submit.

After this, an email confirmation of the report can be received at the reserved email address filled in the first section above.

**NYS email reporting:**
Deputy Attorney General of New York State, Head of the Investor Protection Bureau,
**Jesse Albert Devine**
Office email: Jesse.Devine@ag.ny.gov

Jesse will provide a reporting mailbox: Investor.complaints@ag.ny.gov. Together with the website link mentioned above, for those who are unable to access the internet conveniently, email reporting may be used.

For email reporting, it is recommended to **prioritize the NYS channel**, because information is shared between NYS and the FBI. It is recommended to minimize use of FBI task force email reporting. Excessive use of FBI task force email reporting may affect FBI efficiency.

**3. Reporting procedure of the U.S. Securities and Exchange Commission (SEC).**
Login website: https://www.sec.gov/

The investor complaint form has **Yes / No** options, which should be selected according to the reporter's intent. All fields marked with "*" are required and must be filled in truthfully.

- **The first section** is personal information.
- **The second section** is information about the person or company being complained about and should be filled in truthfully.
- **The third section** concerns investment-related information and should be filled in truthfully.
- **The fourth section** concerns the specific complaint. Provide as much detailed information as possible, including full account name, account type, transaction dates, and the names of the securities involved or the investment company being complained about. You may also state whether the other party requested supporting documents. If there are other documents, they may be provided. The bottom part of the fourth section is optional.
- **The fifth section** informs the SEC of actions already taken and should be filled in truthfully.

Finally, submit the form and complete human verification. After reporting to the SEC, it is best to wait for the SEC's response and then take the next step based on that response. The SEC has many attorneys, so there is **no unified reporting email address**.

P4_EN

**4. Reporting procedure for JPMorgan Chase Bank in the United States.**
After completing an FBI or NYS report (either one), you may submit a report to the anti-fraud investigation department of JPMorgan Chase Bank in the United States.

Report to "JPMorgan Chase."
"JPMorgan Chase" reporting email: Fraud.prevention.and.investigation@jpmchase.com

When submitting the report email, attach the FBI or NYS report confirmation, and apply to freeze the GTV account.

"JPMorgan Chase" anti-fraud investigation phone number: 001 (888) 282-5867

At the same time, based on the actual situation, you may request the remitting bank to initiate a "Recall" (fund recovery) application.

**5. Use overseas media to speak out.**
The U.S. judicial system adopts a jury system, and the voices of mainstream media and public consensus are very important. It is necessary to fully utilize public media platforms to expose crimes, allow the public to understand the facts, and win public support. From publicly available reporting, *The Wall Street Journal* was the first to report positively on matters related to GTV, and *The New York Times* has also begun follow-up reporting. The *Wall Street Journal* reporter who covered this matter is Sha Hua,
Hong Kong mobile number: +852 56933112, Email: sha.hua@wsj.com, Twitter: @shashamini.

On August 20, 2020, and October 5, 2020, Sha Hua published two articles in *The Wall Street Journal*: *"Fundraising at Company Tied to Steve Bannon and Guo Wengui Faces Probe"* and *"Fundraising Feud Spurs Anger Among a Chinese Exile, His Followers and His Detractors."* These articles successfully exposed Guo Wengui's and GTV's suspicious fundraising activities, placing significant public-opinion pressure on Guo. Sha Hua stated that after the articles were published, both the newspaper and she personally received threats and intimidation.

**6. Pursue recovery directly from GTV.**
Actively pursue the recovery of defrauded funds from GTV. Using currently known GTV contact methods, repeatedly and proactively pursue claims against the party, and report relevant information to the FBI, NYS, and SEC, which is more conducive to enabling U.S. authorities to fully understand the situation and combat criminal activity.

GTV email addresses:
accredited@gtv.org
ppfrefunds@gtv.org
placement@gtv.org
info@gtv.org

附件：向美国执法机构及金融部门报案渠道及流程

1、美国联邦调查局（FBI）报案流程。登录网站：https://ic3.gov/后有一左右滚动页面。点击 File a complaint 有三行红字提示，下面有三个选项，点击 Ic3.gov，进入 File a complaint 页面，页面最下点击 I Accept，进入 Complaint.ic3.gov 页面，有红点标示框的是必填项。

第一组为个人信息，必填项。分别是姓名、住址、城市、国家、邮编、电话、邮箱，分别据实填写。

第二组金融交易需提供汇款记录，选填项，但强烈建议填写，根据每笔交易尽可能提供更多信息，便于 FBI 追踪线索。第一项交易类型选择后会出现红点标示必填项，如果交易多过两笔，第二组大框右下角按钮点击，页面会自动添加同样一组内容，多过两页，继续点击大框右下角添加。

第三组为事件描述，必填项。这部分受害人可提供受骗上当经历，自己了解的诈骗疑点，任何自己认为有必要提供给 FBI 的信息都可以填写。

第四组为诈骗人信息，选填项，据实填写。

第五组为其他信息，选填项。第一小项为如果有邮件往来，可提供整个邮件包括邮件整个信头。第二小项为是否有证人或其他受害人，据实填写。第三小项为如果你也向其它司法部门或者政府部门报过案，请提供姓名、电话、邮件、报案日期和报案号等，据实填写，特别注意此组大框最下一行字，如果更新报案材料，请标示右边的小方格（报案材料补充对 FBI 有两种方式，其中最优先选项是这种方式补充）。

第六组为谁报案，第一行为必选项，是否为上述事件受

1

害人，此处建议受害人本人填写，不要代报案。

第七组，略。

第八组为电子签名，必选项。网页最下，选勾进行人机验证。通过后，最下点击提交，提交完成后生成一个页面，需要截屏或者生成 PDF 留作报案凭证，可用于向银行申请"Recall"或者要求银行冻结诈骗收款账号。FBI 专案组邮箱：jsibenik@fbi.gov、racartwright@fbi.gov、rjavery@fbi.gov。在网站报案后可用于补充报案材料，但建议优先选择网页更新报案材料，向 FBI 提交图片，只能选择邮件。

2、纽约州总检察长办公室（NYS）报案流程。登录网站：https://ag.ny.gov/investor-protection-bureau-complaint-form，NYS 同时接受信件传真报案。网页报案在日期显示下：

第一组为报案人联系方式，中国手机号码不符合此页输入格式，可忽略，其余据实填写。特别是邮箱需要填写，为收取报案回执。

第二组为受害人所投诉公司或其个人信息，第一项为公司名称是必填项，其他如实填写。

第三组为具体报案内容。据实填写，此处需填写总投资金额，具体每笔汇款可在报案性质说明框中如实填写。

第四组为迄今为止采取的行动。其中是否向公司投诉，是否向个人投诉为必填项，需如实填写。

第五组为上传附件数目，可据需要选填并上传，此网站可上传图片资料。

第六组为 NYS 网站告知报案人内容，需要在前面小方框

中点选勾表示已知晓。

最后为签名提交。

此后，在前述第一组预留邮箱中可以收到报案邮件确认。

NYS 邮件报案：纽约州副总检察长、投资者保护部门负责人 Jesse Albert Devine 办公邮箱：Jesse.Devine@ag.ny.gov，Jesse 会提供报案邮箱：Investor.complaints@ag.ny.gov 和前面的网站链接，对于上网不方便的可以使用邮件报案。

邮件报案建议首选 NYS 通道，因为 NYS 和 FBI 之间信息存在互通，建议尽量少使用 FBI 专案组邮箱报案，过多使用 FBI 专案组邮箱报案有可能会影响 FBI 效率。

3、美国证券交易委员会（SEC）报案流程。登录网站：https://www.sec.gov/。投资者投诉表格有 Yes、No 选项，视报案人意愿选择，所有带*号标示的为必填项，需如实填写。

第一组为个人信息。

第二组为被投诉人或公司，据实填写。

第三组为有关投资信息情况，据实填写。

第四组为关于具体投诉，此处尽可能提供详细信息，包括账户全名、类型、交易日期、涉及证券名称或拟投诉公司。此处可以据实提及对方是否要求提供过证明文件，如有其它文件可以提供，第四组底部可以选填。

第五组，告知 SEC 已采取的行动，如实填写。

最后，提交表格，进行人机验证。SEC 报案后最好等 SEC 回复，根据回复再做下一步。SEC 有很多律师，所以并没有统一的报案邮件窗口。

3



4、美国摩根大通银行报案流程。完成 FBI、NYS 报案流程后，在一报案后，均可向美国摩根大通银行反欺诈调查部门"JPMorgan chase"报案，"JPMorgan chase.com，随Fraud.prevention. and. investigation@jpmchase.com，随报案邮件附上 FBI 政 NYS 报案证明，申请冻结 GTV 账户。"JPMorgan chase"反欺诈调查电话：001(888)282-5867，"JPMorgan chase"反欺诈时发起"Recall"（资金追回）可同时依据实际情况从汇款时发起"Recall"申请。

5、利用境外媒体发声，美国审判采用陪审团制度，主流媒体的声音和公共共识很重要，要充分利用公开媒体平台揭露罪恶，让公众了解事实，争取民意，公开报道者，《华尔街日报》首先正面报道过 GTV 的事情，《经的时报》也已开始跟进报道，《华尔街日报》报道此事的记者 Shalhua（华沙）香港手机号码：+85256933112，邮箱：sha.hua@wsj.com；维特：@shashamimi。

2020年9月20日、10月5日，华沙在《华尔街日报》先后刊发《与班农和郭文贵有关的融资公司面临调查》、《一个中国流亡商人的支持者和反对者关于他融资行为的深化大棵》2篇文章，此文成功揭露郭文贵，GTV 可疑融资行为，对郭形成较大舆论压力，华沙表示，报道刊发后，频社及其个人均曾受到威胁恐吓。

6、向 GTV 直接送件，积极向 GTV 追索被骗款项，利用相关信息反馈 FBI、NYS、SEC，更有利于美国方面了解情况，目前已知 GTV 联系方式，积极向对方进行行为的深度了解。GTV 邮 箱：accredited@gtv.org，打 击 犯 罪 ppfrefunds@gtv.org、placement@gtv.org、info@gtv.org。

# Exhibit C

抹黑文案_EN

This was sent to me via WeChat by Officer Cao Junpei of the Chongqing Municipal State Security Bureau (I have complete WeChat chat records and phone call recordings), instructing me to follow his written template to carry out online smearing against Mr. Guo Wengui.

Because Officer Cao's handwriting in the original document is difficult to decipher, the following is the Chinese text of the template:

"Guo Wengui, that son of a bitch, is not a human being. He's a damn big liar. Just like you, I previously invested XXX million U.S. dollars through VOG and Guo Wengui via the accounts shown in his livestream videos. Later, my parents at home became seriously ill and urgently needed money, so I applied to GTV to withdraw my investment, but they kept ignoring me. I also messaged Guo Wengui explaining my personal situation and requesting to withdraw my funds, but still no one responded. Now XXX needs surgery. I take care of him every day and can't go to work, have no income, and my whole family is in a miserable situation. You all need to wake up. Don't fall for his scam anymore."

这是重庆市国家安全局曹峻培警官通过微信发给我（有完整微信沟通记录和电话录音），指令我按照他的文案模版，对郭文贵先生进行网络抹黑。

因原件中曹警官的字迹难以辨别，以下是文案模版的中文文案：

"郭文贵 狗日的 不是人，是 他妈的 大骗子。之前我和你们一样通过VOG和郭文贵在他直播视频中的的账户投资了 XXX 万美元。后来我家中父母病重急需用钱，我就向GTV申请撤回投资，结果他们就一直不理我。我还向郭文贵发信息说明我跟个人的情况要求撤资，还是没人理我。现在 XXX 需要做手术，我天天照顾他没法上班，没有收入，全家都很惨。你们都醒醒吧，不要再上他的当了。"



郭文贵 ~~XXXX~~ 不是人. 是个 ~~XXXX~~ 的大骗子. 之前我和
你们一样通过 VOG 和郭文贵在申他直播说数中辞的账户
投资了 XXX 万美元. 后来我家中父亲病重急需用钱. 我就向 GTV
申请撤回投资. 结果他们就一直不理我. 我还向郭文贵
发信息说明我家的情况 要求 撤资. ~~XX~~ 还是没人理我.
现在 XX 需要做手术. 我天天在顾他没送上班, 没有收
入. 全家非常惨. 你们都醒醒吧, 不要再上他的
当了.