**Exhibit 4**



# 2017
# REPORT TO CONGRESS

*of the*

## U.S.-CHINA ECONOMIC AND SECURITY REVIEW COMMISSION

ONE HUNDRED FIFTEENTH CONGRESS

FIRST SESSION

———————

NOVEMBER 2017

———————

Printed for the use of the
U.S.-China Economic and Security Review Commission
Available via the World Wide Web: http://www.uscc.gov

471

---

### China's Discrediting of Guo Wengui in International Media

In March 2017, Guo Wengui, a Chinese real estate tycoon living in the United States since 2015, began to publicly criticize the effectiveness of the CCP's anticorruption campaign and allege high-level corruption in the CCP.[185] Chinese state-run media called him a "criminal suspect" and launched an international publicity campaign, including releasing a videotaped confession by a former senior intelligence official accusing Mr. Guo of corruption and uploading videos to YouTube on a channel called "Truth about Guo Wengui," to discredit him.[186] In an unbylined* story, the *South China Morning Post* called the campaign "unprecedented" and "unusually sophisticated," and Professor Xiao testified to the Commission that he had "never seen something like this."[187] After Mr. Guo threatened to drop a "nuclear bomb" of corruption allegations involving relatives of powerful CCP officials in April 2017, the Chinese government asked the International Criminal Police Organization (INTERPOL) to issue a red notice† for Mr. Guo.[188] Meng Hongwei, a former Chinese vice-minister of public security, has been president of INTERPOL since November 2016.[189] According to *Foreign Policy's* Bethany Allen-Ebrahimian, countries such as Russia, Turkey, and China issue "politically motivated red notices against dissidents, activists, and journalists," and she argues the timing in this case suggests that "China's motive is purely political and that INTERPOL is in danger of becoming an extension of the increasingly long reach of the Chinese state."[190] In August 2017, the Associated Press reported that Chinese police had requested a second INTERPOL arrest notice for Mr. Guo.[191]

Chinese social media mentions of the story in April were heavily censored: FreeWeibo.com, a site that tracks censored posts on Weibo, listed Mr. Guo as the top censored subject in the week prior to April 20.[192] Mr. Guo's Facebook and Twitter accounts were briefly suspended, raising concerns of pressure by Chinese officials.[193] GreatFire, an anticensorship activism organization, claimed the Chinese government had targeted Mr. Guo's Twitter account with a direct denial of service‡ (DDoS) attack.[194] Charlie Smith, GreatFire's cofounder, told the Commission in September 2017 that this cyber attack was still ongoing.[195]

---

*According to National Public Radio, a byline—the line at the top of an article naming the author—is an important part of transparency, and "transparency fosters accountability." For example, when the *South China Morning Post* published an interview with a detained Chinese legal assistant, David Bandurski noted the lack of a byline and said that questionable details of the article, including the refusal by the paper's senior staff to clarify how they arranged an interview with a detained person, raised "very serious questions about the newspaper's commitment to editorial independence." Sara Goo, "Guidance for Bylines on NPR.org," National Public Radio, March 1, 2017; David Bandurski, "The Mea Culpa Machine," *China Media Project*, July 15, 2016.

†According to INTERPOL, a red notice is "a request to locate and provisionally arrest an individual pending extradition. It is issued … at the request of a member country or an international tribunal based on a valid national arrest warrant. It is not an international arrest warrant. INTERPOL cannot compel any member country to arrest an individual who is the subject of a Red Notice. Each member country decides for itself what legal value to give a Red Notice within their borders." INTERPOL, "Red Notices," 2017.

‡A DDoS is a type of cyber attack designed to force a server to shut down by overwhelming it with requests for information from multiple sources in a coordinated fashion. Kim Zetter, "Hacker Lexicon: What Are DoS and DDoS Attacks?" *Wired*, January 16, 2016.

472

---

### China's Discrediting of Guo Wengui in International Media—*Continued*

In April 2017, Voice of America's (VOA) Chinese-language service conducted a live interview with Mr. Guo in which he made new allegations of corruption involving powerful Party officials, claiming "If [Chinese officials] weren't so corrupt, they wouldn't be scared" of him.[196] According to VOA's Mandarin Service Chief, Sasha Gong, Mr. Guo explained during a pre-interview that he paid for "office rentals, private jets, surveillance systems, personnel, and many other expenses" for Chinese security services personnel in exchange for their help in "dealing with his business rivals."[197] Although the interview was advertised beforehand as scheduled to run for three hours, VOA cut off the interview early after Mr. Guo made new corruption allegations, citing a prior agreement to only air one hour of it.[198] According to Dr. Gong, the Chinese Foreign Ministry complained to VOA's Beijing correspondent that the interview would "disturb" China's upcoming 19th Party Congress in October 2017, and the Ministry threatened to "respond seriously" if the interview proceeded.[199] Dr. Gong refused to cancel the interview but said VOA's upper management ordered that it run for "no longer than 15 minutes," although it ultimately ran for one hour and 19 minutes, after which Dr. Gong and four colleagues were suspended without pay.[200]

Mr. Guo claimed the interview had been sabotaged by a Chinese state-affiliated "liaison person" within VOA.[201] Dr. Gong wrote in the *Wall Street Journal* that she was "not aware of another instance in the 75-year history of [VOA] in which a foreign government has attempted to intervene with such force in the network's broadcast decisions."[202] She told CNBC she suspected "somebody [at VOA] caved in to the Chinese government's demand, because the timing itself was very suspicious … Someone very, very powerful must be very, very afraid of this."[203] In June, CNBC reported James McGregor, chairman of Greater China for communications consultancy APCO Worldwide, had been appointed by the Broadcasting Board of Governors to investigate whether VOA had been pressured by Beijing, although VOA director Amanda Bennett denied that pressure from Beijing had influenced VOA's decision.[204] In June, Secretary of State Rex Tillerson said he would support an investigation by the U.S. State Department Inspector General into whether VOA had been pressured by Beijing if it was deemed necessary.[205] In late August, four members of Congress, including the co-chairs of the Congressional-Executive Commission on China, sent a letter to the Office of the U.S. Department of State Inspector General and the Broadcasting Board of Governors to request an investigation into the matter.[206]

The Chinese government began trying associates of Mr. Guo in June, marking the first official allegations made.[207] According to the *Wall Street Journal*, the authorities "went to unusual lengths to open the proceedings to public view" by posting videos of the proceedings in addition to transcripts, emphasizing the degree to which the publicity campaign remained in full force.[208] Three em-

473

---

### China's Discrediting of Guo Wengui in International Media—*Continued*

ployees of Beijing Pangu Investment, one of Mr. Guo's companies, were convicted of fraud.[209] In September 2017, Mr. Guo applied for political asylum in the United States because his allegations against Chinese officials had made him "a political opponent of the Chinese regime," according to his then lawyer.[210]

Later in September, after Mr. Guo posted additional personal details of Chinese officials on Facebook, the company blocked his profile and an associated page due to violations of its terms of service, according to a Facebook spokesperson.[211] In late September, the Hudson Institute, a think tank in Washington, DC, announced plans to host Mr. Guo for an invitation-only speaking event in early October, but the event was abruptly postponed the day before it had been scheduled to occur.[212] According to the *Wall Street Journal* and Mr. Guo, Hudson Institute staff—including at least one scholar with a pending visa application for a trip to China—received telephone calls from the Chinese Embassy pressuring them not to go through with the event.[213] David Tell, director of public affairs at the Hudson Institute, told the Commission the event was postponed not due to pressure from Beijing but because Hudson staff "weren't able to pull together the event on short notice," citing complications such as the need for heavy security.*[214] According to internal Hudson Institute e-mails reviewed by the Commission, at least two senior Hudson staff said they received telephone calls from the Chinese Embassy, and one senior fellow said a "counselor" from the Embassy "asked about [the senior fellow's] entry visa application [to China]"; the counselor claimed hosting Mr. Guo would "embarrass [the] Hudson Institute and hurt [its] ties with the Chinese government."[215]

---

*Extending presence abroad:* According to a May 2017 report from the Council on Foreign Relations, China has "thrown its weight behind its foreign language news outlets to establish greater control over narratives about China."[216] Unconstrained by the budget pressures facing private sector international media companies, Chinese news media have expanded into the international media market aggressively.[217] According to the *Economist*, Xinhua, China's official state-run news agency, opened 40 new foreign news bureaus between 2009 and 2011 to reach a total of 162, and the number of Xinhua correspondents based overseas also doubled during that time; Xinhua reported in March 2015 that it operated about 180 overseas bureaus.[218] The *Economist* said Xinhua plans to have 200 overseas bureaus by 2020.[219] Xinhua's North American bureau supervises bureaus in the UN, Washington, DC, Chicago, Los Angeles, Houston, and San Francisco.[220] At the same time, the Chinese government denies or delays visas for foreign journalists and otherwise interferes with their activities. For example, Mr. Butler at the Committee to Protect Journalists told the Commission in August 2017

---

*Mr. Tell told the Commission the Hudson Institute had in the previous weeks been subjected to an unsuccessful "large-scale, sophisticated" cyber attack originating in Shanghai. David Tell, director of public affairs, Hudson Institute, interview with Commission staff, October 3, 2017.

496

169. Viola Zhou, "Second Academic Journal Published by Cambridge University Press Says China Tried to Block Articles," *South China Morning Post*, August 22, 2017.

170. David Lake, president, American Political Science Association, e-mail to James Millward, September 7, 2017.

171. Maura Cunningham, digital media manager, Association for Asian Studies, interview with Commission staff, September 12, 2017.

172. Reuters, "LexisNexis Withdrew Two Products from Chinese Market," August 22, 2017.

173. Ben Bland, "China Rewrites History with New Censorship Drive," *Financial Times*, September 4, 2017.

174. Glenn Tiffert, "Peering Down the Memory Hole: History, Censorship and the Digital Turn," *Washington Post*, August 21, 2017, 1–2.

175. U.S.-China Economic and Security Review Commission, *Hearing on China's Information Controls, Global Media Influence, and Cyber Warfare Strategy*, written testimony of Shanthi Kalathil, May 4, 2017.

176. John Garnaut (@jgarnaut), "I think directly subordinate to United Front Work Department with intimate ties to Propaganda Dept." August 8, 2017, 10:17 P.M. Tweet.

177. John Garnaut (@jgarnaut), "The new bit is that [All-China Journalists Association] has become the key gateway to China for Australian journalists via the Asia Pacific Journalism Center and ACRI." August 8, 2017, 11:26 P.M. Tweet.

178. U.S.-China Economic and Security Review Commission, *Hearing on China's Information Controls, Global Media Influence, and Cyber Warfare Strategy*, written testimony of Shanthi Kalathil, May 4, 2017.

179. Yan Xia, "Local Chinese Newspapers Feel Bite of Beijing's Running Dogs," *Australian*, October 10, 2016.

180. Yan Xia, "Local Chinese Newspapers Feel Bite of Beijing's Running Dogs," *Australian*, October 10, 2016.

181. John Fitzgerald and Wanning Sun, "Australian Media Deals Are a Victory for Chinese Propaganda," *Lowy Institute*, May 31, 2016.

182. Helen Clark, "China's Foothold in Struggling Australian Media," *Diplomat*, June 10, 2016; John Fitzgerald and Wanning Sun, "Australian Media Deals Are a Victory for Chinese Propaganda," *Lowy Institute*, May 31, 2016.

183. John Fitzgerald and Wanning Sun, "Australian Media Deals Are a Victory for Chinese Propaganda," *Lowy Institute*, May 31, 2016.

184. Bates Gill and Linda Jakobson, *China Matters: Getting It Right for Australia*, La Trobe University Press, 2017; Helen Clark, "China's Foothold in Struggling Australian Media," *Diplomat*, June 10, 2016.

185. Chun Han Wong and Felicia Schwartz, "China Wants Fugitive Guo Wengui Back—but He's Applied for U.S. Asylum," *Wall Street Journal*, September 7, 2017; Josh Rudolph, "The Publicity War between Beijing and Guo Wengui," *China Digital Times*, April 21, 2017; Michael Forsythe, "As Trump Meets Xi at Mar-a-Lago, There's a 'Wild Card,'" *New York Times*, April 4, 2017.

186. Michael Forsythe and Alexandra Stevenson, "The Billionaire Gadfly in Exile Who Stared Down Beijing," *New York Times*, May 30, 2017; Chun Han Wong, "Chinese Tycoon on His High-Level Corruption Claims: 'Everything Is Just Getting Started!'" *Wall Street Journal*, May 3, 2017; *South China Morning Post*, "China Launches Unprecedented International Publicity War against Wanted Tycoon Guo Wengui," April 20, 2017.

187. U.S.-China Economic and Security Review Commission, *Hearing on China's Information Controls, Global Media Influence, and Cyber Warfare Strategy*, oral testimony of Xiao Qiang, May 4, 2017; *South China Morning Post*, "China Launches Unprecedented International Publicity War against Wanted Tycoon Guo Wengui," April 20, 2017.

188. Michael Forsythe, "China Seeks Arrest of Billionaire Who Accused Officials' Relatives of Graft," *New York Times*, April 19, 2017.

189. BBC, "Chinese Official Meng Hongwei to Head Interpol," November 10, 2016.

190. Bethany Allen-Ebrahimian, "Interpol Is Helping Enforce China's Political Purges," *Foreign Policy*, April 21, 2017.

191. Steven Lee Myers and Chris Horton, "Emboldened China Wields Its Laws to Silence Critics from Abroad," *New York Times*, September 20, 2017; Gerry Shih, "AP Exclusive: China Accuses Outspoken Tycoon in US of Rape," *Associated Press*, September 1, 2017.

192. Mimi Lau, "How the Social Media Buzz in China and the West Differ over Wanted Tycoon Guo Wengui," *South China Morning Post*, April 21, 2017.

497

193. Samuel Wade, "Tycoon's Facebook, Twitter Accounts Suspended," *China Digital Times*, April 27, 2017; Michael Forsythe, "He Tweeted about Chinese Government Corruption. Twitter Suspended His Account," *New York Times*, April 26, 2017; Paul Mozur, "Facebook Briefly Suspends Account of Outspoken Chinese Billionaire," *New York Times*, April 21, 2017.

194. Charlie Smith, "Is China Establishing Cyber Sovereignty in the United States?" *GreatFire*, May 23, 2017.

195. Charlie Smith, cofounder, GreatFire, interview with Commission staff, September 25, 2017.

196. Michael Forsythe, "China Seeks Arrest of Billionaire Who Accused Officials' Relatives of Graft," *New York Times*, April 19, 2017.

197. Sasha Gong, "How China Managed to Muffle the Voice of America," *Wall Street Journal*, May 23, 2017.

198. Nectar Gan, "Wanted Chinese Tycoon Guo Wengui Blames 'Spy' in US Broadcaster Voice of America for Pulling Plug on Interview," *South China Morning Post*, April 22, 2017; Robert Delaney, "Plug Pulled on US Interview with Wanted Chinese Tycoon Guo Wengui," *South China Morning Post*, April 20, 2017.

199. Sasha Gong, "How China Managed to Muffle the Voice of America," *Wall Street Journal*, May 23, 2017.

200. Sasha Gong, "How China Managed to Muffle the Voice of America," *Wall Street Journal*, May 23, 2017.

201. Nectar Gan, "Wanted Chinese Tycoon Guo Wengui Blames 'Spy' in US Broadcaster Voice of America for Pulling Plug on Interview," *South China Morning Post*, April 22, 2017.

202. Sasha Gong, "How China Managed to Muffle the Voice of America," *Wall Street Journal*, May 23, 2017.

203. Evelyn Cheng, "How an Interview with One Chinese Billionaire Threw a US Broadcaster into Turmoil," CNBC, June 9, 2017.

204. Evelyn Cheng, "How an Interview with One Chinese Billionaire Threw a US Broadcaster into Turmoil," CNBC, June 9, 2017.

205. Bill Gertz, "Congress Seeks IG Probe of VOA China Interview," *Washington Free Beacon*, June 15, 2017; C-SPAN, "Secretary Tillerson Supports OIG Investigation of Voice of America China Controversy," June 13, 2017.

206. Marco Rubio et al., letter to Steve A. Linick, August 28, 2017. *http://bbgwatch.com/bbgwatch/wp-content/uploads/2017/09/8-28-17-Letter-re-VOA-congressional-letter.pdf*.

207. Bill Gertz, "Congress Seeks IG Probe of VOA China Interview," *Washington Free Beacon,* June 15, 2017; C-SPAN, "Secretary Tillerson Supports OIG Investigation of Voice of America China Controversy," June 13, 2017.

208. Josh Chin, "China Cranks Up Heat on Exiled Tycoon Guo Wengui," *Wall Street Journal*, June 9, 2017.

209. Alice Woodhouse, "Three Linked to Exiled Billionaire Guo Wengui Sentenced in China," *Financial Times*, June 16, 2017.

210. Michael Forsythe, "Billionaire Who Accused Top Chinese Officials of Corruption Asks U.S. for Asylum," *New York Times*, September 7, 2017.

211. Cezary Podkul and Chun Han Wong, "Chinese Fugitive Guo Wengui Amasses War Chest to Battle Beijing," *Wall Street Journal*, October 3, 2017; Alexandra Stevenson, "Facebook Blocks Chinese Billionaire Who Tells Tales of Corruption," *New York Times,* October 1, 2017

212. Hudson Institute, "POSTPONED - A Conversation With Guo Wengui," October 4, 2017; Hudson Institute, "A Conversation with Guo Wengui - by Hudson Institute Event," September 22, 2017.

213. Cezary Podkul, Kate O'Keefe, and Aruna Viswanatha, "U.S. Confronts China Over Suspected Cyberattack as Fugitive Guo Wengui Appears in Washington," *Wall Street Journal*, October 6, 2017; Guo Wengui, *Guo Wengui's Press Conference on Chinese Kleptocracy*, October 5, 2017. Translation.

214. David Tell, director of public affairs, Hudson Institute, interview with Commission staff, October 3, 2017.

215. Richard Weitz, senior fellow, Hudson Institute, e-mail to Hudson Institute colleagues, September 29, 2017.

216. Eleanor Albert, "China's Big Bet on Soft Power," Council on Foreign Relations, May 11, 2017.

217. U.S.-China Economic and Security Review Commission, *Hearing on China's Information Controls, Global Media Influence, and Cyber Warfare Strategy*, written testimony of Shanthi Kalathil, May 4, 2017.