# Exhibit 9



**Complaint Referral Form**
**Internet Crime Complaint Center**

## Victim Information

Name: Yi Jianhu
Are you reporting on behalf of a business? [None]
Business Name:
Is the incident currently impacting business [None]
operations?
Age: [None]
Address: ██████████████████████████
Address (continued):
Suite/Apt./Mail Stop:
City: Suzhou
County:
Country: China
State: [None]
Zip Code/Route: ████████████████
Phone Number: ████████████████
Email Address:
Business IT POC, if applicable:
Other Business POC, if applicable:

## Financial Transaction(s)

Transaction Type: Wire Transfer

If other, please specify:
Transaction Amount: $100000
Transaction Date: 05/12/2020
Was the money sent? Yes

Victim Bank Name: Standard Chartered Singapore
Victim Bank Address: 8 Marina Boulevard #27-01
Victim Bank Address (continued): Marina Bay Financial Centre Tower 1
Victim Bank Suite/Mail Stop:
Victim Bank City: Singapore
Victim Bank Country: Singapore
Victim Bank State [None]
Victim Bank Zip Code/Route:
Victim Name on Account:
Victim Account Number:

Recipient Bank Name: JPMorgan Chase Bank National Association
Recipient Bank Address:
Recipient Bank Address (continued):
Recipient Bank Suite/Mail Stop:
Recipient Bank City:
Recipient Bank Country: United States of America
Recipient Bank State New York

**DEFENSE EXHIBIT**

**DX_60704**

Recipient Bank Zip Code/Route:
Recipient Name on Account: Saraca Media Group Inc
Recipient Bank Routing Number:
Recipient Account Number: 306915601
Recipient Bank SWIFT Code:

---

Transaction Type: Wire Transfer

If other, please specify:
Transaction Amount: $40000
Transaction Date: 05/20/2020
Was the money sent? Yes


Victim Bank Name: Standard Chartered Singapore
Victim Bank Address: 8 Marina Boulevard #27-01
Victim Bank Address (continued): Marina Bay Financial Centre Tower 1
Victim Bank Suite/Mail Stop:
Victim Bank City: Singapore
Victim Bank Country: Singapore
Victim Bank State [None]
Victim Bank Zip Code/Route:
Victim Name on Account:
Victim Account Number:


Recipient Bank Name: JPMorgan Chase Bank National Association
Recipient Bank Address:
Recipient Bank Address (continued):
Recipient Bank Suite/Mail Stop:
Recipient Bank City:
Recipient Bank Country: United States of America
Recipient Bank State New York
Recipient Bank Zip Code/Route:
Recipient Name on Account: Saraca Media Group Inc
Recipient Bank Routing Number:
Recipient Account Number: 306915601
Recipient Bank SWIFT Code:

---

Transaction Type: Wire Transfer

If other, please specify:
Transaction Amount: $40000
Transaction Date: 05/26/2020
Was the money sent? Yes


Victim Bank Name: Standard Chartered Singapore
Victim Bank Address: 8 Marina Boulevard #27-01
Victim Bank Address (continued): Marina Bay Financial Centre Tower 1
Victim Bank Suite/Mail Stop:
Victim Bank City: Singapore
Victim Bank Country: Singapore
Victim Bank State [None]
Victim Bank Zip Code/Route:
Victim Name on Account:
Victim Account Number:

Recipient Bank Name: JPMorgan Chase Bank National Association
Recipient Bank Address:
Recipient Bank Address (continued):
Recipient Bank Suite/Mail Stop:
Recipient Bank City:
Recipient Bank Country: United States of America
Recipient Bank State New York
Recipient Bank Zip Code/Route:
Recipient Name on Account: Saraca Media Group Inc
Recipient Bank Routing Number:
Recipient Account Number: 306915601
Recipient Bank SWIFT Code:

## Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

At the end of April and early May of 2020, Guo Wengui(Miles Kwok) stated that he had established his own social media GTV, part of which was open to the public with private equity, and declared a huge return on investment. So I contacted the GTV Investment Committee and secured investment opportunities. I invested a total of 180,000 US dollars and transferred them in three installments.

In June 2020, they launched the virtual currency GDollar investment and called on followers to participate in the investment. It also claimed that the return on investment was huge, so I invested another $30,000 in this project.

In October 2020, Guo Wengui launched the Gclub membership system, claiming that there will be corresponding discounts for future purchases on the Gfashion platform. I bought a membership of $50,000.

The above is my entire investment in Guo Wengui(Miles Kwok), a total of 260,000 US dollars. At that time, I heard them say that the return on investment is huge, but all the signs indicate that Guo Wengui's investment projects GTV, GDollar and Gclub are suspected of financial fraud. In order to reduce the loss, I want to recover the investment.

Which of the following were used in this incident? (Check all that apply.)
☑ Spoofed Email
☐ Similar Domain
☐ Email Intrusion
☐ Other     Please specify:

*Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.*

*Originals should be retained for use by law enforcement agencies.*

## Information About The Subject(s) Who Victimized You

Name: Guo Wengui(Miles Kwok)
Business Name: Saraca Media Group Inc
Address:
Address (continued):
Suite/Apt./Mail Stop:
City:
Country: United States of America

State: New York
Zip Code/Route:
Phone Number:
Email Address:
Website:
IP Address:

## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

Dear GTV Media Stockholders,

Attached please find our letter to you. Thank you.

GTV Media Group Inc.



Are there any other witnesses or victims to this incident?

many others

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

[No response provided]

☐ Check here if this an update to a previously filed complaint:

## Who Filed the Complaint

Were you the victim in the incident described above? Yes

## Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)

Digital Signature: Yi Jianhu

Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. ***This is the only time you will have to make a copy of your complaint.***