**Exhibit 11**

Dear Judge Torres:

My name is Lai Dai. I previously appeared as a defense witness during the trial in this matter. According to the Court's order dated March 10, 2026, Mr. Guo Wengui is scheduled to appear for sentencing on April 27, 2026.

I understand that the trial has concluded and that the jury has returned its verdicts. I write with respect for the Court and its process, and I hope only to share my personal experience and perspective regarding Mr. Guo.

I was born in China, where I studied law and business administration before later moving to Germany to pursue further education. I eventually obtained a Master's degree in law. For more than twenty years, I have lived in Germany with my wife and our two children, and I run my own business.

I have followed and come to know of Mr. Guo Wengui for approximately nine years. During this period, I have come to understand his experiences, character, and motivations through long-term observation of his public livestreams, some direct communication with him, and conversations with others who have followed his activities for many years.

I first became aware of Mr. Guo through the well-known Pangu Plaza complex near Beijing's Olympic Park during the 2008 Olympic Games. Later I learned that this landmark project had been developed by Mr. Guo. As my understanding of him deepened, I also learned more about his earlier life experiences, including significant events surrounding the 1989 Chinese democracy movement. In my view, those experiences had a profound influence on his later life choices and political views.

Before leaving China, Mr. Guo had already achieved considerable success as an entrepreneur and possessed substantial resources, capability, and commercial credibility. However, within China's highly centralized political system, the wealth and influence of private entrepreneurs often carry significant political risks. After 2015, he left China and ultimately came to the United States to seek political asylum. He publicly stated that he chose the United States because he believed in the fairness and independence of the American judicial system.

After arriving in the United States, Mr. Guo initiated what later became widely known as the "Whistleblower Movement." The central aim of this movement was to expose corruption among senior officials of the Chinese Communist Party and to reveal what he viewed as the Party's influence within Western democratic systems. He also called for an end to the CCP's rule over China—summarized in the phrase "Take Down the CCP." The New Federal State of China, announced on June 4, 2020, became a symbolic organizational form associated with this movement. For many participants, it represented not only hope for political change in China but also a broader set of political beliefs and ideals.

As the movement developed, pressure from the Chinese government against Mr. Guo intensified. During the trial in this case, both the prosecution and the defense submitted materials confirming that the Chinese government had issued a Red Notice through Interpol and had initiated what is known as "Operation Fox Hunt," in an effort to compel Mr. Guo to return to China. In addition, individuals acting on behalf of a foreign government without proper disclosure were involved in

1

lobbying efforts within the United States to promote his extradition. These actions were later determined by U.S. authorities to be unlawful and resulted in criminal prosecutions.

Such pressure has also extended to his family members, employees, business partners, and supporters. Some of Mr. Guo's relatives and associates in China have faced investigations, restrictions, or other serious consequences, and certain businesses and projects associated with him have been disrupted or dismantled. From my perspective, these circumstances demonstrate that he has lived under sustained political pressure for many years. Without considering this background, any assessment of him as a person may inevitably be incomplete.

At the same time, Mr. Guo has repeatedly expressed his respect for American democratic institutions and the rule of law. He came to the United States seeking protection and brought his family here to live. In his public remarks, he has frequently encouraged supporters to study American history and to understand the democratic and legal principles that the United States represents. While living in the United States, he has maintained relationships with many American friends, attorneys, and business partners and has addressed disputes through legal channels. In addition, according to publicly available information, during the early stages of the COVID-19 pandemic he and his associates provided protective supplies to local communities in the United States. To me, these actions indicate that he is not someone detached from American society, but rather someone who has genuinely lived here and attempted to participate in this society.

The matter most directly related to me in this case concerns my own investment experience involving companies commonly referred to as the "G-Series." In this context, I participated as an ordinary investor with some relevant experience. My investment decision was not based on blind trust but on my own investment experience and commercial judgment. After reviewing relevant materials and business plans, I made my decision while fully understanding that any investment inherently involves risk. Based on the information available to me, the relevant businesses did exist and were operating.

Among the investors I personally know, I have not personally encountered anyone who considers themselves to have been harmed. Of course, I understand that different individuals may have had different experiences, and there may be circumstances of which I am not aware. However, based on my own observations, my experience does not fully align with certain narratives presented during the trial. I do not intend to deny others' experiences; I simply wish to explain that, as a real participant in these investments, my own experiences and judgment formed the context in which I made my decision.

Between 2017 and 2023, Mr. Guo conducted more than three thousand public livestreams totaling over four thousand hours of broadcasting. To me, the significance of these broadcasts was not merely the information they contained, but the way they allowed viewers to observe a person's thoughts, emotions, memory, and judgment over a long period of time. Because these statements were made in real time, continuously over many years, and could be revisited and examined repeatedly, it became possible for observers to form relatively stable conclusions after long-term observation. In my view, it would be very difficult for anyone to consistently present an entirely artificial persona for so many hours over such a long period of time under public scrutiny.

2

From 2020 onward, I also had the opportunity to communicate with him directly on several occasions, which further deepened my understanding. In my own interactions with him—both publicly and privately—I found him to be candid and friendly, and he frequently emphasized the importance of adhering to facts and independent thinking. For someone like myself who came from a highly restrictive political environment in China, this attitude carries particular significance.

Over the years, my family and I have also become more attentive to rational thinking, physical health, and family relationships through watching his public communications. During his broadcasts, he often reminded viewers to "maintain physical health, maintain mental health, and care for their families." These seemingly simple reminders often helped us approach risks more cautiously and view health, finances, and life's uncertainties more rationally, while also reminding us to value the time we spend with our loved ones.

I respect the American judicial system, and I respect the verdicts reached by judges and juries in accordance with the law. My purpose in writing this letter is simply to share that, in the lives of many ordinary people, Mr. Guo has had a genuine and lasting influence.

For my family and me, that influence has been real and positive, and we therefore feel grateful toward him. Through his public expressions, actions, and my personal interactions with him over the years, we have consistently seen the same person: someone who encourages people to pursue truth, maintain independent thinking, and value both family and health.

Your Honor, thank you for taking the time to read and consider this letter. I sincerely hope that these observations from my personal experience may offer an additional perspective in understanding Mr. Guo as a person and may be considered as part of the Court's evaluation during sentencing.

Respectfully,

Lai Dai
March 15, 2026

3