**Exhibit 12**

Outlook

██████████ — Investor Statement in Support of Miles Guo — United States v. Miles Guo, S3 23 Cr. 118 (AT)

**From** ██████████ @gmail.com>
**Date** Tue 3/10/2026 4:54 PM
**To** Melinda Sarafa <msarafa@sarafazellan.com>

Dear Ms. Sarafa:

My name is ██████████. I am an investor in the G Series enterprises, a dedicated participant in the Whistleblower Movement, and a committed member of the New Federal State of China. I write to provide a firsthand account of my experience in connection with the sentencing of Mr. Miles Guo. I do not consider myself a victim of Mr. Guo in any respect. To the contrary, I consider myself a beneficiary of his courage and his mission.

1. How I Came to Follow Mr. Guo

In May 2017, I encountered Mr. Guo's videos on YouTube for the first time. I was immediately captivated. Unlike the politically correct rhetoric of most politicians, officials, and prominent commentators, Mr. Guo's disclosures struck me as genuine, vivid, and substantiated — filled with specific names, dates, details, and verifiable evidence. From that point forward, I followed his broadcasts closely.

For years, I had lived with a pervasive sense of confusion about Chinese society — a sense that something was fundamentally wrong, but without the clarity to identify the root cause. Mr. Guo's revelations brought that clarity. I came to understand that the source of China's dysfunction was not its people, but the Chinese Communist Party (CCP), which has subjugated the Chinese people for over seventy years through a systematic apparatus of deception, theft, corruption, and coercion.

2. My Decision to Contribute and Invest

On November 20, 2018, Mr. Guo held a press conference in New York with Stephen Bannon regarding the death of HNA Group Chairman Wang Jian in France, during which he announced the establishment of the Rule of Law Foundation. Watching that live broadcast, I stood up and applauded before my screen. I had never seen a Chinese person confront the most powerful and ruthless political party in the world with such directness and bravery. At that time, even in the United States, very few people dared to speak openly against the CCP. Mr. Guo showed me what true courage looked like.

I immediately wanted to donate to the Rule of Law Foundation. However, living in China at the time, I found that none of my VISA enabled Chinese credit cards could process payments to the Foundation. I should note that China maintains a comprehensive internet firewall; Chinese citizens cannot freely access foreign websites, and we are forced to use VPN tools to reach information the government does not want us to see. After exhausting multiple methods on my own, I enlisted the help of a friend in ████, who on my behalf successfully donated USD $2,000 to the Rule of Law Foundation ██ ██████. When he confirmed the donation had gone through, I was overjoyed. As a Chinese

citizen, I had never been allowed to vote in my life. This donation gave me, for the first time, the feeling of exercising my own free will.

When overseas supporters were able to invest in GTV, I was deeply envious. I desperately wanted to participate but had no way to transfer funds out of China. In ██████████████ I brought USD $10,000 in cash (previously exchanged from RMB) to a Bank of China branch to wire the funds, and was refused on the spot. I have also been informed that even overseas supporters in the United States and Canada experienced difficulties, with local banks refusing to process transfers to G Series entities.

Ultimately, in 2021, through an introduction from the same ██████ friend who facilitated my first donation, I arranged to transfer RMB to an intermediary who converted the equivalent amount to USD and wired it to the designated account. Through this method, I invested a total of USD $50,000 in the G-Series. I am prepared to provide supporting documentation upon request.

On ███████████████████ after the jury verdict of July 16, 2024, in which Mr. Guo was convicted on nine of twelve counts — I made an additional donation of USD $███ to the Rule of Law Foundation using my ████████ credit card. I had by then relocated to Canada. I made this donation with full knowledge of the verdict, as an expression of my continued support and belief in Mr. Guo's mission. All of my investments and donations are evidenced by email receipts and Farm Alliance confirmations, which I can provide at any time.

3. Why I Am Not a Victim

I want to state unequivocally: Mr. Guo never took a single dollar from any of us for personal gain. To the contrary, he and his family invested enormous sums of their own money into the mission of opposing the CCP. His assets in mainland China and Hong Kong were illegally confiscated by the CCP. Moreover, Mr. Guo repeatedly and emphatically warned all of his followers that opposing the CCP is the most dangerous undertaking in the world, and that anyone with the slightest hesitation, or anyone motivated by money or fame, should not participate.

This was the consensus among all committed participants: our investments were not financial speculation — they were votes. Votes to dismantle the CCP, to end the human tragedies it has inflicted for generations, to secure the safety of our own lives and the lives of our children. I chose to invest, chose to follow Mr. Guo, and chose to join the New Federal State of China. I regard these as the most important and most correct decisions of my life.

4. How I Have Benefited

Through this movement, I have benefited immeasurably. Mr. Guo generously and freely shared his life experiences, his insights, and the extraordinary spiritual strength he demonstrated in the face of adversity. Year after year, every fellow supporter around me has grown stronger. Our quality of life — particularly in terms of mental clarity, purpose, and resilience — has improved dramatically. Mr. Guo taught us the power of truth. "Truth is invincible" became our guiding principle. I firmly believe that Mr. Guo is the first person to have truly awakened the Chinese people at a spiritual level. From him, I learned wisdom about life and the brilliance of human character. His influence has extended to my family; I am becoming a better person, and so are my loved ones.

5. Retaliation by the CCP

This journey has not been without cost. In ████████, when I attempted to wire funds to the Himalaya Exchange and was refused, a record was left on my mobile phone. In 2022, I was summoned by

China's Ministry of State Security for questioning. I was compelled to sign a written guarantee pledging that I would no longer access Whistleblower Movement content. But nothing could deter my resolve.

Today, countless people in China suffer in despair — deceived by the CCP, stripped of their savings, some driven to suicide — because they do not know the truth. By contrast, every member of the New Federal State of China lives each day with immense hope, because the entire world has now begun to recognize the evil of the CCP. We live with a sense of purpose, spreading truth so that more people can protect their lives and their assets.

6. My Assessment of Mr. Guo's Character

Mr. Guo is the most principled and selfless person I have ever encountered. He could have lived a life of comfort and luxury. Instead, he and his family made extraordinary sacrifices so that the Chinese people might one day enjoy the rule of law, democracy, and freedom. From the very first day of his public disclosures, his family has been subjected to relentless persecution by the CCP. He himself has been smeared and framed without cease. His steadfast followers, myself included, have faced intimidation and threats from the CCP.

Yet we remain resolute. Truth cannot be fabricated into falsehood. We firmly believe that the American justice system will ultimately vindicate Mr. Guo.

———

Identifying Information



I am prepared to provide any and all supporting documentation, including donation and investment receipts, email confirmations, and Farm Alliance records, upon request.

Respectfully submitted,

March 10, 2026