# Exhibit 15

## <u>BOP IS IN CRISIS IN MULTIPLE FACETS OF ITS OPERATIONS</u>

The U.S. Bureau of Prisons ("BOP") has been in crisis for years, a situation documented repeatedly by the Department of Justice Inspector General ("DOJ OIG") in detailed reports issued for the past two decades. In addition, as discussed below, certain current developments will exacerbate the problems confronted by BOP, and, inexorably, those imprisoned within its facilities.

Mr. Guo already has physical, psychological, and safety vulnerabilities, and the decay in the BOP system will affect him directly. It is respectfully submitted that the onerous and dangerous nature of such confinement should be a factor for consideration in imposing a sentence "sufficient, but not greater than necessary" to achieve the objectives of sentencing, including specifically "to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner[.]" 18 U.S.C. § 3553(a)(2)(D).

### A. *The Chronic Serious Problems at BOP Facilities*

In May 2024, concurrent with the release of a report detailing the problems at Federal Correctional Institution ("FCI") Sheridan (Oregon), then-DOJ IG Michael E. Horowitz sat for separate interviews with news media.[1] In one, he told *NPR* that BOP's staffing problems are

> at least 20 years in the making. It's not going to get fixed overnight. But what these inspections show us how serious the problem has now become[.] . . . It is deeply concerning when you go to a facility like Sheridan and you hear from the

---

[1] The report regarding FCI Sheridan "identified significant issues at FCI Sheridan, many of which were consistent with BOP-wide issues on which we have made recommendations in prior work." DOJ OIG, *Inspection of the Federal Bureau of Prisons' Federal Correctional Institution Sheridan*, Report 24-070, May 2024, at i, available at https://oig.justice.gov/sites/default/files/reports/24-070_0.pdf. Those prior reports, moreover, "direct[ed] BOP to address these issues at an enterprise level," but without success in achieving correction. *Id.*

staff, correctional officers, health care workers, educators, that they can't do the jobs that they're there to do and they want to do.

Jaclyn Diaz, "Lack of staffing led to 'deeply concerning' conditions at federal prison in Oregon," *NPR*, May 22, 2024, available at https://perma.cc/4NK9-NLEZ.

Earlier, in his February 28, 2024, prepared statement accompanying his testimony before the Senate Judiciary Committee, DOJ IG Horowitz pointed out that, before turning to the principal subject of his testimony (a February 2024 report on deaths in BOP custody),

> it is important to put [the report's] findings into a broader context, and *to emphasize the recurring, chronic nature of many of the issues we identified*. I have been the Inspector General at the Justice Department for almost 12 years, and every year I have included the BOP in my annual report of the top management and performance challenges facing the Department. Yet, with some notable exceptions, *the problems at the BOP have generally increased over the years*.

*Examining and Preventing Deaths of Incarcerated Individuals in Federal Prisons Before the Senate Committee on the Judiciary*, 118th Cong. (2024) (prepared statement of Michael E. Horowitz, Inspector General of the U.S. Department of Justice, at 2) (emphasis added).[2]

As DOJ IG Horowitz, as well as BOP officials, acknowledge, BOP is suffering crises in many aspects of its institutional mission and responsibilities. Indeed, DOJ IG Horowitz, in an October 2024 annual report to the Attorney General listing the principal challenges confronting DOJ, after enumerating as "Challenge 1:  The Ongoing Crisis Facing the Federal Corrections System," stated that

> [w]hile these challenges are not rank ordered, we believe that it is critical that the Department address the escalating strategic management and operational challenges facing the federal correction system, which is *beset by deteriorating*

---

[2]  The report DOJ IG Horowitz discussed is *Evaluation of Issues Surrounding Inmate Deaths in Federal Bureau of Prisons Institutions*, DOJ OIG, No. 24-041, February 2024 ("*2024 DOJ OIG Preventing Deaths Report*"), available at https://oig.justice.gov/sites/default/files/reports/24-041.pdf.

> *facilities, staffing challenges, and concerns over institutional safety and security and healthcare.*

DOJ OIG, *Top Management and Performance Challenges Facing the Department of Justice – 2024*, Michael E. Horowitz, October 10, 2024, at i, 1 (emphasis added) ("*Top Challenges*"), available at https://oig.justice.gov/sites/default/files/2024-11/TMPC-2024.pdf.

*Top Challenges* elaborated that "[t]he serious issues identified during recent OIG unannounced inspections of Federal Bureau of Prisons facilities, including *significant facility issues affecting the conditions of inmate confinement* and operational deficiencies in core inmate management and security functions, *have heightened concern about the Department's ability to fulfill basic mission requirements*." *Id*. at i-ii (emphasis added).

Referring to DOJ IG Horowitz's February 2024 Congressional testimony that BOP's "recurring, chronic problems have been well over a decade in the making[,]" *id*. at 1, *Top Challenges* recounted that "over the past 20 years, the OIG has issued over 100 reports detailing these serious systemic issues facing the BOP." *Id*.[3]

Through that process, DOJ OIG's "oversight reports have identified recurring issues that impede the BOP's efforts to consistently ensure the health, safety, and security of all staff and inmates within its custody." *Id*. In addition, attesting to the "the long-standing crisis facing" BOP, *id*., "the Comptroller General for the first time added the BOP to the U.S. Government Accountability Office's high-risk list due to its 'long-standing challenges with managing staff and resources, and planning and evaluating programs that help incarcerated people successfully return to the community.'" *Id*.; *see also Correctional Officer Staffing in Federal Prisons: Background and Issues*, Congressional Research Service, January 26, 2026 ("*CRS 2026*

---

[3] Since 2002, DOJ OIG has made its reports publicly available in a convenient compendium

*Report*"), available at https://www.congress.gov/crs_external_products/R/PDF/R48826/R488261
.pdf.

In light of the issues identified above and in the following sections, and the current
budgetary climate, improvement with respect to staffing retention and recruitment, and/or
infrastructural repair and maintenance, in addition to other, related issues like health care, are not
on the horizon. Inmates are sure to suffer as a consequence.

Nor, for multiple reasons, is the near to mid-term future promising either for progress or
for maintaining the current poor level of conditions for inmates in the BOP system. As detailed
below, staff and resource shortages, coupled with a decaying infrastructure, threaten to *worsen*
the conditions for federal inmates.

**B.** ***The Exodus of Corrections Staff as a Result of Recruitment and Bonuses Offered by Immigration and Customs Enforcement***

Current federal government policy priorities have also drastically altered BOP's staffing
landscape – an element already at the core of BOP's multiple serious problems. As reported in
November 2025, "[a]fter years of struggling to find enough workers for some of the nation's
toughest lockups, [BOP] is facing a new challenge:  Corrections officers are jumping ship for
more lucrative jobs at Immigration and Customs Enforcement ["ICE"]." Keri Blakinger, "'We're
Broken':  As Federal Prisons Run Low on Food and Toilet Paper, Corrections Officers Are
Leaving in Droves for ICE," *ProPublica*, November 21, 2025 ("*Leaving In Droves*"), available
at https://www.propublica.org/article/ice-BOP-federal-prisons-corrections-officers.

The personnel departures to ICE represent "one of the unintended consequences of the
Trump administration's focus on mass deportations[,]" as "[f]or months, ICE has been on a

available at https//oig.justice.gov/news/compendium-federal-bureau-prisons-oversight-products.

recruiting blitz, offering $50,000 starting bonuses and tuition reimbursement at an agency that has long offered better pay than the federal prison system." *Id.*; *see also CRS 2026 Report*, at 17 n.132 and 22-23 (ICE also offering student loan repayment relief that BOP employees do not receive).

Unsurprisingly, "[f]or many corrections officers, it's been an easy sell." *Leaving In Droves; see also* Keri Blakinger, "Democrats Demand Answers for Federal Prison Staffing Shortage After Corrections Officers Flee for ICE Jobs," *ProPublica*, February 25, 2026 ("*Democrats Demand Answers*"), available at https://www.propublica.org/article/BOP-prison-staffing-shortages-ice-democrats-william-marshall.

According to "internal prison data shared with *ProPublica,*" "[a]fter retirements and other attrition, by the start of November the agency had lost at least 1,400 more staff [in 2025] than it had hired." *Leaving In Droves*. One prison employees' union official commented, "We're broken and we're being poached by ICE, . . . It's unbelievable. People are leaving in droves." *Id*.

The *CRS 2026 Report* provides the data that supports the anecdotal evidence: "During the 15 fiscal years from FY2010 to FY2024 (the most recent fiscal year for which these data are available), the number of COs employed by BOP peaked at 18,972 in FY2016, and then decreased to 15,576 by FY2024. (FY2024 data are the most recent available.)." *CRS 2026 Report*, at 2.

Also, "[t]he decreasing number of COs relative to the static number of authorized CO positions has led to a generally increasing vacancy rate for CO positions in the federal prison system since FY2017." *Id*. at 2-3.

The negative consequences ripple through BOP's efforts to provide a safe and healthy environment:

> [f]ewer corrections officers means more lockdowns, less programming and fewer health care services for inmates, along with more risks to staff and more grueling hours of mandatory overtime. Prison teachers and medical staff are being forced to step in as corrections officers on a regular basis.

*Leaving In Droves*.

As a BOP employee described to *ProPublica*, "'[a]t first it seemed like it was going to be no big deal, and then over the last week or so we already lost five, and then we have another 10 to 15 in various stages of waiting for a start date[.]'" *Id*. That represents "'almost 20% of our custody staff.'" *Id*.

The 43-day government shutdown last Fall amplified the problem (and increased the allure of positions with ICE) because "[w]hile ICE agents and corrections officers continued bringing home paychecks, thousands of prison teachers, plumbers and nurses did not." *Id*.

The departures to ICE also threaten to undo entirely BOP's modest improvements in staffing achieved in 2024 through aggressive recruitment and financial incentives, although even with that program, Kathleen Toomey, then BOP's associate deputy director, testified before Congress in February 2025 that "there were still at least 4,000 vacant positions, leaving the agency with so few officers that prison teachers, nurses and electricians were regularly being ordered to abandon their normal duties and fill in as corrections officers." *Id*.[4]

Moreover, according to *ProPublica*, "the costly efforts to reel in more staff strained a stagnant budget that was already stretched thin." *Id*. In fact, Deputy Director Toomey "told Congress the bureau had not seen a funding increase since 2023, even as it absorbed millions in

---

[4] The diversion of resources to ICE has also derailed training for new BOP officers. While "[n]ormally, new officers have to take a three-week Introduction to Correctional Techniques course at the Federal Law Enforcement Training Centers in Georgia within their first 60 days on the job," in August 2025 it was announced the Centers "would focus only on [ICE-related] 'surge-related training,' pausing programs for other law enforcement agencies until at least early

6

pay raises and retention incentives." *Id*. As a result, Deputy Director Toomey added, "[a]s inflation and personnel costs rose, the bureau was forced to cut its operating budgets by 20%[.]" *Id*.; *see also CRS 2026 Report*, at 6 (in February 2025 Deputy Director Toomey testified before a House committee "that BOP paused awarding any new hiring incentives and eliminated some existing retention incentives.[]") (footnote omitted).[5]

Also, it is not certain whether retention pay is effective. A 2019 BOP study found that most employees who would be likely to leave federal service absent the incentive were not less likely to resign if they received a retention incentive.[]" *CRS 2026 Report*, at 9 (footnote omitted), *citing* GAO, *Bureau of Prisons: Opportunities Exist to Better Analyze Staffing Data and Improve Employee Wellness Programs*, GAO-21-123, February 2021, at 27 ("*GAO 2021 BOP Report*"), available at https://www.gao.gov/assets/gao-21-123.pdf.

Excessive overtime demands upon BOP employees – a consequence of staff shortage – also exert an array of negative effects. For example, "funding dedicated to paying overtime is money that cannot be used to hire other personnel or to pay other expenses related to the confinement and care of prisoners.[]" *CRS 2026 Report*, at 13 (footnote omitted).

Inordinate amounts of overtime also reduce staff performance and morale. The *CRS 2026 Report* elaborates that "[i]n addition to the fiscal implications of increasing overtime expenses on BOP, covering additional shifts can have physical and psychological effects on COs." *CRS 2026*

---

2026, according to an internal email obtained by *ProPublica*." *Leaving In Droves*.

[5] The *CRS 2026 Report* notes that "[i]t has been reported that BOP plans to start offering retention incentives again, though the amount of the incentive would be based on the level of staffing shortages at a particular facility, with COs working at facilities with more unfilled positions receiving higher bonuses." *Id*. at 9 (footnoted omitted) (*citing* Drew Friedman, "Bureau of Prisons Seeks to Address Low Retention with Federal Pay Incentives," *Federal News Network*, January 9, 2026, available at https://federalnewsnetwork.com/pay/2026/01/bureau-of-prisons-seeks-to-address-low-retention-with-federal-pay-incentives/).

*Report*, at 14.

Thus, staff shortages generate a vicious cycle that compounds the initial effects: fewer staff means more overtime, which not only drains funds that could be used for hiring more personnel, but which also adversely affects staff's physical and mental health, which motivates more personnel departures, which reduces staff, which requires even more overtime, draining even more funds, further precluding additional hiring, and aggravating the effects manifold.[6]

*Leaving In Droves* also reveals that BOP "[s]taffers say several facilities have started scheduling recurring 'blackout' days, when officers are banned from working overtime in an effort to save money." *Leaving In Droves*. BOP has instead resorted to "a practice known as 'augmentation,' where they direct teachers, plumbers and medical staff to fill in as corrections officers." *Id*. While "[a]ugmentation isn't new, [] staff and prisoners at some facilities say it's being used more often than it once was." *Id*.

As the *CRS 2026 Report* points out, "[s]taffing shortages can also lead to BOP using augmentation to fill shifts." *CRS 2026 Report*, at 14. In turn, as noted in the *GAO 2021 BOP Report*'s "review of BOP staffing[,]"

> BOP officials reported that augmentation can negatively affect opportunities for prisoners to participate in rehabilitative programs – including, in some instances, all programming being cancelled for a day – because employees who operate those programs are covering CO shifts.[] DOJ's OIG reported that the use of

---

[6] The cycle initiated by staff shortages cascades further, as the *CRS 2026 Report* recognizes, as "[u]nderstaffing can also have effects beyond those on recruiting and retaining COs" because "understaffed facilities can incur overtime costs but they also incur increased costs associated with recruiting, hiring, and training new staff.[]" *CRS 2026 Report*, at 16 (footnote omitted). The effects are also substantive, as "[a] need to hire numerous COs in a short amount of time might also lead correctional agencies to consider lowering hiring standards in order to widen the applicant pool.[]" *Id*. (footnoted omitted). Also, "[c]orrectional agencies might also abbreviate the length of academy training, which might help more quickly increase the number of COs working in a facility, but it might also mean that new recruits are less prepared for the challenges of the job.[]" *Id*. (footnote omitted).

augmentation "reduced morale and staff attentiveness thus decreasing the overall safety of the institution."[]

*Id.* (footnotes omitted).[7]

"Augmentation" also exerts a deleterious impact on BOP staff. *See Top Challenges*, at 10 (augmentation "reduced morale and staff attentiveness thus decreasing the overall safety of the institution"); *see also CRS 2026 Report*, at 14.

Compounding the personnel shortages, "[t]he exodus comes amid shortages of critical supplies, from food to personal hygiene items, and threatens to make the already grim conditions in federal prisons even worse." In fact, "at some facilities, staff said the agency had even stopped providing basic hygiene items for officers, such as paper towels, soap and toilet paper." *Id.*

A corrections officer at a BOP facility in Texas told *ProPublica*,

I have never seen it like this in all my 25 years[.] You have to literally go around carrying your own roll of toilet paper. No paper towels, you have to bring your own stuff. No soap. I even ordered little sheets that you put in an envelope and it turns to soap because there wasn't any soap.

*Id.*[8]

---

[7] *See also Democrats Demand Answers* ("[l]ast year, prison employees worked more than 700,000 augmentation hours, the most in any single year for at least a decade, according to the Congressional Research Service report") (internal citation omitted). The February 20, 2026, letter from Representative Jamie Raskin (D-MD) and three other members of Congress, detailed*infra*, at 12-15, also disclosed a disturbing BOP "augmentation" sleight of hand that threatens to frustrate DOJ OIG oversight. As Rep. Raskin's letter, at 4, recounted,

[s]till more troubling, during a visit late last year to a facility by the OIG, all shifts were staffed with two individuals per housing unit – a trick accomplished only through what was characterized as an "extreme usage of augmentation." Reportedly, after the visit, the facility immediately resumed short-staffing units. Committee staff have reviewed housing unit staffing and augmentation rosters documenting this apparent effort to mislead the OIG.

[8] In response, BOP deflected responsibility to the prior administration:

In a video posted Wednesday afternoon, Deputy Director Josh Smith said that the agency was "left in shambles by the previous administration" and would take

That scarcity is more than an isolated incident. *Leaving In Droves* notes that Brandy Moore White, national president of the prison workers union, told *ProPublica* in September 2025 that

> some prisons had fallen behind on utility and trash bills. At one point, she said, the prison complex in Oakdale, Louisiana, was days away from running out of food for inmates before the union – worried that hungry prisoners would be more apt to riot – intervened, nudging agency higher-ups to address the problem, an account confirmed by two other prison workers.

*Id*.; *see also id*. ("[e]lsewhere, staff and prisoners reported shortages – no eggs in a California facility and no beef in a Texas lockup where staff said they were doling out smaller portions at mealtimes").

### C. *BOP Suffers from Chronic Staff Shortages That Impair Inmate Health and Safety*

In fact, the staffing shortage appears to be baked into BOP's approach to the problem. As the *CRS 2026 Report* points out, "[b]oth GAO and the DOJ OIG have raised concerns about how BOP determines how many [corrections officers] it needs to fully staff its facilities. In a review of BOP's efforts to address operational issues, the OIG found the number of authorized positions for BOP may not accurately reflect BOP's staffing needs.[]" *CRS 2026 Report*, at 5, *citing* DOJ, OIG, *Limited-Scope Review of the Federal Bureau of Prisons' Strategies to Identify, Communicate, and Remedy Operational Issues*, 23-065, May 2023, at 20, available at https://oig. justice.gov/sites/default/files/reports/23-065.pdf.

According to the *CRS 2026 Report*, "BOP eliminated positions in a 'nonstrategic, ad hoc way,' according to the OIG[,]" as "[p]ositions were eliminated because they were unfilled, not

---

years to repair. Staffing levels, he said, were "catastrophic," which, along with crumbling infrastructure and corruption, had made the prisons less safe.

*Leaving In Droves*.

10

because a workforce analysis indicated that they were unnecessary for the successful operation of the federal prison system." *CRS 2026 Report*, at 6 (footnotes omitted) (*citing GAO 2021 BOP Report*, at 13).

The *CRS 2026 Report* summarized the multiple, layered problems associated with a shortage of corrections officers in particular:

> [u]nderstaffing in CO positions can have several implications for the operations of the federal prison system. When there are not enough COs to staff all required posts at a correctional facility, BOP has to pay overtime to COs to staff those shifts. Staffing shortages can also lead to BOP using augmentation to fill shifts. This is when BOP assigns non-CO staff members to a custody role (*i.e.*, one where the staff member's primary task becomes supervising prisoners). Augmentation can affect opportunities for prisoners to participate in rehabilitative programs – including, in some instances, all programming being cancelled for a day – because employees who operated those programs were covering CO shifts.

*CRS 2026 Report*, at introduction.

Relatedly, churning the cycle further, "[h]igher prisoner-to-staff ratios caused by understaffing can require prisons to reduce or eliminate programming for prisoners (*e.g.*, recreation, educational, work opportunities) because there are fewer COs to supervise prisoners." *Id.* at 15. In turn, "prisoners' frustration with the lack of opportunities for something to occupy their time can contribute to more prisoner-on-prisoner or prisoner-on-CO violence.[]" *Id.* (footnote omitted) (*citing* American Correctional Association, Office of Correctional Health, "Staff Recruitment and Retention in Corrections: The Challenge and Ways Forward," *Corrections Today*, January/February 2023, at 41, available at https://jailsupportcenter.org/document/staff-recruitment-and-retention-in-corrections-the-challenge-and-ways-forward/).

Similarly, "[i]nadequate staffing can also hamper the ability of prisons to deter, prevent, and respond to threats to institutional security, such as bringing contraband into the prison or

plotting attacks against COs or other prisoners.[]" *Id*. (footnote omitted) (*citing* Joe Russo *et al*., *Countering Threats to Correction Institution Safety*, RAND Corporation, 2019, at 7, available at https://doi.org/10.7249/RR2933).

Recently, four members of the U.S. House of Representatives reacted to the staff shortages. A February 20, 2026, Letter from Rep. Jamie Raskin (D-MD) and three Representatives to BOP Director William Marshall III ("*Rep. Raskin Letter*") declared that BOP's "staffing issues have reached a crisis point."[9] The letter expressed concern regarding several "deeply troubling issues" afflicting BOP, including "alarm[]" at "the reported financial shortfalls." *Id*. at 4-5.[10]

For example, the Representatives wrote "with deep concern about the ongoing staffing shortages at [BOP] facilities across the country, which jeopardize the safety and security of correctional officers and others who work there, as well as the people who are incarcerated in these facilities." *Id*. at 1; *see also CRS 2026 Report*, at 1 ("[p]roper staffing can help ensure the safety and security of a correctional facility, allow prisoners to participate in rehabilitative programs, and reduce stress on the facility's employees, especially [Corrections Officers]").[11]

---

[9] The letter from Rep. Raskin is available at https://democrats-judiciary.house.gov/sites/evo-subsites/democrats-judiciary.house.gov/files/evo-media-document/2026-02-20-raskin-mcbath-et-al-to-marshall-BOP-re-staffing-issues.pdf.

[10] Last year, as reported in the *CRS 2026 Report*, "[i]n the report to accompany the FY2025 Commerce, Justice, Science, and Related Agencies (CJS) Appropriations bill, the Senate Committee on Appropriations stated, 'the Committee continues to be displeased with BOP's staffing shortages, which were only exacerbated during the COVID–19 pandemic.'" *CRS 2026 Report*, at 1.

[11] Two U.S. Senators, Richard J. Durbin (D – Ill.) and Mike Lee R – Utah), issued a press release February 26, 2026, in conjunction with their joint introduction of two bipartisan federal sentencing reform bills, noting that they "introduced these bipartisan bills as federal prison overcrowding continues to threaten the safety of officers and inmates and strain budgets for law enforcement and crime prevention." Press Release, *Durbin, Lee Introduce Bipartisan Criminal Justice Reform Bills*, U.S. Senate Committee on the Judiciary, February 26 2026, available at

The *Rep. Raskin Letter* also repeated some of the dangerous consequences of the chronic staffing shortages identified by GAO, the DOJ IG, and the *CRS 2026 Report*:

staffing levels have led to lockdowns,[] heightening tensions among inmates, increasing instances of violence, limiting access to recidivism-reducing programming, further restricting the availability of medical and mental health care, and hindering institutional response to institutional emergencies such as assaults and suicide attempts.

*Id*. at 2-3.

The *Rep. Raskin Letter* also questioned BOP's motivations: "[w]e are also gravely concerned that BOP is using lockdowns to manage funding shortfalls, to limit the number of staff scheduled per shift, and to avoid paying overtime." *Id*. at 4.

These developments have worsened what was already a morale crisis among BOP personnel, who even in 2024, in an analysis of employee surveys, ranked BOP *last* among 30 federal agencies in *all* categories surveyed: "effective leadership," "effective leadership: senior leaders," "effective leadership: supervisors," "employee input," "mission match," "pay," "work-life balance," "recognition," and "professional development." *See* https://bestplacestowork.org/rankings/detail/?c=DJ03; *see also* Walter Pavlo, "Federal Bureau Of Prisons Closing Prisons Ahead Of Trump Presidency," *Forbes*, December 5, 2024, available at https://perma.cc/WK2E-PE4G ("BOP is also suffering from poor morale, ranking last in employee satisfaction among government agencies").

BOP employees also lag behind their federal and state colleagues in pay. *See CRS 2026 Report*, at 16 (according to the corrections union, BOP's "pay scale is non-competitive with state and local law enforcement positions and even the private sector market"[]) (footnote omitted).

---

https://www.judiciary.senate.gov/press/dem/releases/durbin-lee-introduce-bipartisan-criminal-justice-reform-bills.

The disincentives BOP has created for hiring mirror the difficulties that exist for correctional hiring nationwide. The *CRS 2026 Report* found that "[b]eyond the issues specific to BOP that can be caused by understaffing, the research literature on prison staffing discusses issues it can cause for any correctional agency." *Id.* at 15.

For example, "[t]here have been reports about the difficulties that state correctional agencies are having with recruiting and retaining COs to staff their facilities.[]" *Id.* at 26.[12] Thus, "[t]he decreasing number of BOP COs since FY2017 might reflect a larger trend in fewer people wanting to work in prison settings." *Id.*

The *Rep. Raskin Letter* also asked for information regarding BOP's cancellation last September of its collective bargaining agreement with the union representing federal corrections employees. The letter noted that "[c]ritics suggest that your cancellation of the collective bargaining agreement . . . appears retaliatory to staff complaints about workplace safety." *Rep. Raskin Letter*, at 5; *see also* John Yoon, "Federal Bureau of Prisons Ends Union Protections for Workers," *The New York Times*, September 26, 2025 (*"Ends Union Protections"*), available at https://nyti.ms/4lHBhPF.

As the *Rep. Raskin Letter* reasons, "the unilateral cancellation of the collective bargaining

---

[12] The *CRS 2026 Report* cites as examples Shannon Heffernan and Weihua Li, "New Data Shows How Dire the Prison Staffing Shortage Really Is," *The Marshall Project*, January 10, 2024, available at https://www.themarshallproject.org/2024/01/10/prison-correctional-officer-shortage-overtime-data; Isiah Holmes, "Prison Struggle with High Attrition and Burnout Among Staff," *Wisconsin Examiner*, May 12, 2022, available at https://wisconsinexaminer.com/2022/05/12/prisons-struggle-with-high-attrition-and-burnout-among-staff/; TaLisa J. Carter, "Why Does No One Want to be a Correctional Officer?!" *Urban Wire* (blog), Urban Institute, June 3, 2022, available at https://www.urban.org/urban-wire/why-does-no-one-want-be-correctional-officer; and Lindsey Toomer, "Low Staffing at Prisons in Colorado Leads to Unsustainable Working Conditions," *Colorado Newsline*, January 3, 2023, available at https://coloradonewsline.com/2023/01/03/low-staffing-at-prisons-in-colorado-leads-to-unsustainable-working-conditions/.

agreement eliminates employees' ability to protect themselves – and the people who are incarcerated in these facilities – in the workplace and ensure that they can fulfill their mission." *Rep. Raskin Letter*, at 4 (footnote omitted) (*citing* DOJ, BOP, *Message from the Director: No Excuses. No Roadblocks. Just Better*, Sept. 25, 2025, available at https://www.BOP.gov/news/20250925-message-from-the-director.jsp).[13]

That action may also have acted as an accelerant of the flight of personnel from BOP to ICE. Ms. White, the union president, "said that terminating the contract would deprive employees of essential labor rights, including ways to address workplace problems like forced overtime and safety concerns." *Ends Union Protections; see also Democrats Demand Answers* ("[e]arly last year, the agency paused hiring and retention incentives to save money, a move that threatened to undermine the prior year's staffing gains"); Erich Wagner, "23,000 federal prison workers are set to take pay cuts up to 25% next month," *govexec.com*, February 26, 2025, available at https://perma.cc/XN68-C78Z ("[m]ore than half of the workforce at the U.S. Bureau of Prisons will see their paychecks cut by as much as 25% [in March 2025], as the agency seeks to cut costs as it operates under a continuing resolution").

---

[13]   In addition, BOP's grievance system is suffering from policy deficiencies, inordinate delays, and related staff shortages. In September 2025, GAO issued a report regarding BOP's employee misconduct resolution system. U.S. Government Accountability Office, *Bureau of Prisons, Strategic Approach Needed to Prevent and Address Employee Misconduct*, September 2025, GAO-25-107339 ("*2025 BOP Employee Misconduct Report*"), available at https://www.gao.gov/assets/gao-25-107339.pdf. Also, an astounding "12,153 employee misconduct cases that were reported from October 2013 through February 2025 and remained open as of February 2025[.]" *Id*. at 30. The *2025 BOP Employee Misconduct Report* noted that while "processing times improved for cases opened in recent years," the report's "analysis demonstrated that timeliness remains a challenge, as many older cases remained open as of February 2025." *Id*. at 36. Indeed, "[s]pecifically, of the 12,153 open employee misconduct cases, *37 percent were 3 or more years old* []." *Id*. (citation omitted) (emphasis added).

### D. *BOP Fails to Provide Adequate Medical or Psychological Care*

As discussed in Exhibit 16, Mr. Guo already suffers from medical conditions that require attention. Yet, as detailed below, even BOP medical centers are not capable of providing adequate care, and the medical and mental health care staff shortages present a genuine threat to inmate health. As set forth below, DOJ OIG reports reveal a woefully deficient critical medical care system within BOP.

A recent study published in June 2025 has quantified the effects of incarceration upon mortality, including that "[p]eople who were incarcerated at the time of the survey faced a 39% higher risk of dying from any cause compared to those who weren't locked up." Mount Sinai, "Jail Time Linked to Death Risk Even for Neighbors," *ScienceBlog*, June 3, 2025 ("*Death Risk*"), available at https://scienceblog.com/jail-time-linked-to-death-risk-even-for-neighbors/.

The study involved 3.26 million individuals in the U.S. over an eleven-year period and discovered that "incarceration at both the individual and area levels was associated with increased risk of all-cause mortality." Utsha G. Khatri, MD, MS; Jahn K. Hakes, PhD, *et al.,* "Individual- and Area-Level Incarceration and Mortality," *JAMA Network Open*, June 3, 2025, at 10, available at doi:10.1001/jamanetworkopen.2025.13537.

As *Death Risk* pointed out – and quite relevant to Mr. Guo – "[t]he researchers found that survival differences between incarcerated and non-incarcerated groups widened dramatically with age." Thus, for "people aged 30-34, survival rates were 99% for non-incarcerated individuals versus 96.9% for those who had been incarcerated [b]y ages 70-74, that gap had grown to 20 percentage points." *Death Risk*.[14]

---

[14] *Death Risk* further reported that "what makes this study particularly eye-opening" is that it found that "people who had never been incarcerated but lived in counties with high jail

### E. *BOP Is Insufficiently Prepared to Provide Medical or Psychological Care to its Increasingly Aging Population*

As Mr. Guo (who turns 58 this May) ages, he will likely require more medical care, treatment, and attention. Yet, as various monitors have concluded, BOP has failed to account and plan for – operationally or infrastructurally – the significantly increasing proportion of the U.S. federal prison population that is aging.

In that context, "[t]he proportion of state and federal prisoners who are 55 or older is about five times what it was three decades ago. In 2022, that was more than 186,000 people." Meg Anderson, "The U.S. prison population is rapidly graying. Prisons aren't built for what's coming," *NPR*, March 11, 2024 ("*Rapidly Graying*"), available at https://www.npr.org/2024/03/11/1234655082/prison-elderly-aging-geriatric-population-care.

For example, a March 2022 DOJ OIG audit of BOP's contract with the University of Massachusetts Chan Medical School, which provides some of the medical services at Federal Medical Center Butner, concluded that BOP "did not have a reliable, consistent process in place to evaluate timeliness or quality of inmate healthcare." DOJ OIG, No. 22-052, *Audit of the Federal Bureau of Prisons Comprehensive Medical Services Contracts Awarded to the University of Massachusetts Medical School* (March 2022), available at https://oig.justice.gov/sites/default/files/reports/22-052.pdf.

Another DOJ OIG report in 2015 attempted to quantify the costs of confining an aging inmate population, and "found that the BOP's aging inmate population contributes to increases in incarceration costs. Aging inmates on average cost 8 percent more per inmate to incarcerate than

---

populations also faced elevated death rates." *Id*. As a result, "[t]he study reveals that incarceration creates a ripple effect of premature death that extends far beyond individual prisoners to entire communities, with each 10% increase in a county's jail population adding

inmates age 49 and younger (younger inmates)." DOJ OIG, *The Impact of an Aging Inmate Population on the Federal Bureau of Prisons* (2015) ("*Aging Inmate Population*"), at i, ii, available at https://oig.justice.gov/reports/2015/e1505.pdf.

> *Aging Inmate Population* added ominously that
>
> BOP institutions lack appropriate staffing levels to address the needs of an aging inmate population and provide limited training for this purpose. Aging inmates often require assistance with activities of daily living, such as dressing and moving around within the institution. However, institution staff is not responsible for ensuring inmates can accomplish these activities.

*Id*., at ii.[15]

In addition, *Aging Inmate Population* reported that delays in medical care for aging inmates is also caused by understaffing, either due to "limited medical staff within institutions" or a lack of correctional officers to staff trips to hospitals to receive medical care. *Id*., at ii.

*Aging Inmate Population* "further found that limited institution staff and inadequate staff training affect the BOP's ability to address the needs of aging inmates." *Id*., at i. Compounding the problem, "[t]he physical infrastructure of BOP institutions also limits the availability of appropriate housing for aging inmates." *Id*.

Ultimately, *Aging Inmate Population* concluded that "BOP's ability to confine its aging inmate population is insufficient due to overcrowding in its institutions, as well as problems with their internal and external infrastructures." *Id*., at 23 *see also id*., at 24 (availability of "[l]ower bunks, essential for accommodating aging inmates with mobility limitations or medical conditions, is limited by the overcrowding of BOP institutions")' Ahalt, Cyrus *et al*. "Paying the

---

roughly 5 deaths per 100,000 residents." *Id*.

[15] The *CRS 2026 Report* notes that "[r]etention incentives appear to have had a modest effect on reducing resignations among medical personnel (chances of quitting were reduced by 1.4% for every 1% increase in extra salary).[]" *CRS 2026 Report*, at 9 (footnote omitted).

price:  the pressing need for quality, cost, and outcomes data to improve correctional health care for older prisoners," *Journal of the American Geriatrics Society*, vol. 61, 11 (2013), available at www.ncbi.nlm.nih.gov/pmc/articles/PMC3984258/.[16]

### F. *Even BOP's Medical Centers Do Not Provide a Proper Standard of Care*

Even BOP's Federal Medical Centers ("FMC's") appear subject to the same deficiencies. In December 2024, the DOJ OIG issued a report with respect to FMC Devens, which noted that.

> substantial shortages of healthcare employees and Correctional Officers – which is an issue at many BOP institutions but particularly problematic for a medical institution – have created widespread and troubling operational challenges at FMC Devens that substantially affect the health, welfare, and safety of employees and inmates.

DOJ OIG, *Inspection of the Federal Bureau of Prisons' Federal Medical Center Devens*, No. 25-009, December 2024, Evaluations and Inspections Division ("*2024 FMC Devens Report*"), at i, available at https://oig.justice.gov/reports/inspection-federal-bureau-prisons-federal-medical-center-devens.

Astonishingly, according to the *2024 FMC Devens Report*, "during the on-site portion of our inspection and shortly thereafter, the medical institution had only 1 physician and the Clinical Director (who is also a physician) to manage the care of *the entire inmate population of approximately 941 inmates*:  2 of the institution's 6 physicians were on extended leave without

---

[16] In January, the DOJ OIG, investigating a 2021-22 matter referred by a federal District Judge who had held BOP in contempt in the context of a motion pursuant to 18 U.S.C. §3582, released another report critical of BOP medical care. *See* DOJ OIG, *Investigation and Review of the Federal Bureau of Prisons' Conditions of Confinement and Medical Treatment of Frederick Mervin Bardell and Related Representations to the Court, Upon Referral by Senior U.S. District Judge Roy B. Dalton, Jr., Investigations Divison*, 26-007, January 2026 ("*Bardell Report*"), available at https://oig.justice.gov/sites/default/files/reports/26-007.pdf. In the *Bardell Report*, "[t]he OIG found that the BOP's ability to provide quality and timely medical care to Bardell was negatively impacted by severe understaffing in FCI Seagoville's Health Services Unit (HSU)." *Id*. at I.

pay, and 3 other physician positions were vacant." *Id*. (emphasis added).

Consequently, the *2024 FMC Devens Report* concluded that "FMC Devens's Health Services Department is in a staffing crisis." *Id*. at 11. The numbers illuminate the depth of that crisis. For example, at the time of the DOJ OIG inspection, "FMC Devens's Health Services Department was staffed at 76 percent, with 113 of 149 positions filled." *Id*. at 10; *see also* DOJ OIG, *Inspection of the Federal Bureau of Prisons' Federal Correctional Institution Tallahassee*, Evaluation and Inspections Division, 24-005, November 2023, at 13 ("*2023 FCI Tallahassee Report*"), available at https://oig.justice.gov/sites/default/files/reports/24-005.pdf ("staff shortages have negatively affected healthcare treatment").[17]

Also, mirroring the problems system-wide, FMC Devens's staffing problem impaired its ability to appreciate all of its needs accurately:  DOJ OIG's "inspection of FMC Devens found significant staffing shortages at the institution, as well as substantial disparities in BOP estimates of the staffing levels necessary for the institution to execute its missions successfully." *2024 FMC Devens Report*, at 7.

G. *Mental Health Care Within BOP Is Facing a "Catastrophic" Staff Shortage*

The staff shortages also threaten BOP's capacity to provide inmates adequate mental health care. In January, *The Marshall Project* reported that "[t]he federal prison system has a significant shortage of psychologists, and longtime bureau employees say the effect is catastrophic." Beth Schwartzapfel, "Amid 'Catastrophic' Shortage, Psychologists Flee Federal Prisons in Droves," *The Marshall Project*, January 26, 2026, available at https://www.themarshallproject.org/2026/01/26/mental-health-federal-prisons-staffing-shortages.

---

[17]  For FMC Devens as a whole, the *2024 FMC Devens Report* "found that 81 percent (432 of 533) of FMC Devens' total positions were filled." *2024 FMC Devens Report*, at 7.

In fact, "[a]ccording to the Bureau of Prisons, more than one-third of psychologist positions are unfilled, the highest vacancy rate in at least a decade." *Id*. As a result of "augmentation," discussed earlier, "[t]his problem got worse when, in early 2025, prison leaders began routinely tapping psychologists to act as prison guards, according to interviews with psychologists and incarcerated people and confirmed by the Bureau of Prisons." *Id*.

In April 2025, "[a]ccording to internal agency numbers obtained by *The Marshall Project*, . . . dozens of federal prisons nationwide had fewer than half the psychologists needed." *Id*. Moreover, "[a]t more than 10 prisons, there was one psychologist, or none[,]" and "[j]ust one in five federal prisons had a fully staffed psychology department." *Id*.

Ominously, "[t]he numbers have only worsened since then." *Id*. Jill Roth, a psychologist who served as the Bureau of Prisons' national coordinator for the prison rape elimination program, told *The Marshall Project*, "Those are catastrophic numbers[.]" *Id*.

All of BOP's problems discussed above will directly and adversely affect Mr. Guo's physical and psychological well-being, and put his health and safety in jeopardy for as long as he remains in custody.

### H. *BOP's Infrastructure Is Old and Crumbling, and Its Needs are Severely Underfunded*

Despite reductions in the number of individuals incarcerated in the U.S. since the peak of 1.6 million in 2009 (and now at 1.3 million after small increases in 2022 and 2023), "BOP was operating at approximately 7% over its operating capacity at the end of 2022 (the most recent data available)." *CRS 2026 Report*, at 26.

Compounding that overcrowding problem, BOP's physical plant is deteriorating, and budgeting for infrastructural maintenance and repairs across the entire BOP system is woefully inadequate. For example, in her 2023 Congressional testimony, then-BOP Director Colette Peters

acknowledged that BOP's "estimated backlog for significant maintenance and repair is over $2 billion. By comparison, over the last ten years the Bureau has received an average of approximately $100 million per year in appropriations for necessary repairs and alterations." Colette Peters Testimony ("*Director Peters's Testimony*"), November 7, 2023, at 7-8, available at https://www.BOP.gov/resources/news/pdfs/testimony-20231107.pdf.

As two experienced commentators noted in 2024, "BOP sought less than $200 million for its infrastructure needs from Congress in FY 2022, and Congress appropriated $59 million. One of the reasons cited for the BOP not receiving more funding was its lack of a strategic plan on how to effectively spend funds it may be given." Alan Ellis and Walter Pavlo, "The Bureau of Prisons and the challenges going into 2024," *Federal News Network*, February 21, 2024, available at https://perma.cc/K859-6TN9.

Thus, BOP is falling further behind with respect to infrastructural maintenance, and the problems exist throughout the entire BOP system. As the *CRS 2026 Report* states, "[m]any of BOP's [122] facilities are old; half were built before 1991 and another 45% were built from 1992 to 2007.[]" *CRS 2026 Report*, at 24 (footnote omitted).

Also, "DOJ's OIG reported that BOP has a backlog of modernization and repair projects that is contributing to a deterioration of physical structures so acute that they are 'literally crumbling.'[]" *Id*. (*quoting Top Challenges*, at 14). Also, "[e]xamples include leaking roofs or prisoners who have to sleep next to exposed pipes that sometimes leak into their beds.[] Leaks have contributed to damaged medical equipment and food sanitation issues." *Id*. (footnote omitted).

BOP's parent agency, DOJ, also has recognized that the system is in crisis with respect to the condition of its facilities. In an undated report (issued early 2023 in compliance with a 2022

22

Executive Order), a report to the U.S. Attorney General  acknowledged that

> [m]any of BOP's institutions are over 50 years old and have associated aging infrastructure and correctional design. Infrastructure age, coupled with chronic underfunding over the past 15 years in BOP's appropriations for maintenance and repair, has resulted in system failures impacting the working conditions of BOP employees and living conditions for prisoners.

U.S. Department of Justice, *The Report of the Attorney General Pursuant to Section 16(b)(ii) of Executive Order 14074: Department of Justice Planned Steps to Address Conditions of Confinement in Federal Detention Facilities*, at 17, available at https://www.justice.gov/olp/file/1293286/dl?inline.

The DOJ OIG has issued multiple reports sounding the alarm regarding the dangerous physical conditions within the BOP system nationwide. *See* Luke Barr, "All 123 US federal prisons need 'maintenance': Inspector general," *ABC News*, May 25, 2023, available at https://abcn.ws/3vjauDa ("[t]he 123 federal prisons in the United States need roughly $2 billion worth of "maintenance" and most are 'aging and deteriorating,' according to a DOJ inspector general report"). As DOJ Inspector General Michael Horowitz told Chief Justice Correspondent Pierre Thomas, "We're seeing buildings that we go into that have actually holes in the ceilings in multiple places, leading to damages to kitchens, to doctor's offices to gymnasiums. And they're not being fixed." *Id.*; *see also* Elizabeth Weill-Greenberg, "Congress Seeks to Create New Independent Federal Prison Oversight Body," *The Appeal*, April 27, 2023, available at https://perma.cc/D67H-H8NX (Sen. Jon Ossoff [D-GA] noting that his "bipartisan investigations of corruption, abuse, and misconduct in the Federal prison system revealed an urgent need to overhaul Federal prison oversight").

Infrastructrual decay also contributes to the vicious cycle described earlier It is axiomatic that "[i]mproving the physical infrastructure of prisons to make them better places to work might

23

present an opportunity to attract more people to jobs as COs." *CRS 2026 Report*, at 24.

> Improved infrastructure would also likely enhance relations between staff and inmates, as
>
> [i]mprovements in access to natural lighting, air quality, noise reduction, and temperature control can improve the physical and mental health of both employees and prisoners.[] Improvements to the built space of prisons that improves prisoner wellbeing and promotes better interactions between prisoners and COs could decrease tense interactions and potential violence towards COs, and as discussed previously, concern about physical safety is an issue correctional systems face with hiring and retaining COs.

*Id*. (footnote omitted) (*citing* Kelsey V. Engstrom and Ester F.J.C. van Ginneken, "Ethical Prison Architecture: A Systematic Literature Review of Prison Design Features Related to Wellbeing," *Space and Culture*, vol. 25, no. 3 (2022), at 489-491, available athttps://doi.org/10.1177/12063312221104211).[18]

At this time, however, such improvements are not on the horizon. As Judge Furman lamented in *United States v. Chavez*, 710 F. Supp.3d 227 (S.D.N.Y. 2024), devotion of adequate resources to ameliorate the staffing situation within BOP "is not going to happen unless the political branches commit considerably more resources to the matter, which seems unlikely to happen any time soon." 710 F. Supp.3d at 238 (footnote omitted); *see also id*. at 228 n.1.

In *United States v. Colucci*, 743 F. Supp.3d 452 (E.D.N.Y. 2024), the Court made a similar observation with respect to the impact of the closure of the Metropolitan Correctional Center ("MCC") upon the resources allocated to the Metropolitan Detention Center ("MDC"):

---

[18] *See also* John S. Martin, "Cruel but Not Unusual: The Sentence Recommended for Sam Bankman-Fried," *The New York Law Journal*, March 12, 2024, available athttps://perma.cc/526A-2VLS ("[o]ur extremely long prison sentences are one of the reasons the United States has the largest prison population in the world. We have lost all sense of how horrible it is to spend even one year in prison, far away from family and friends, where every moment of existence must be lived under prescribed rules enforced by people who do not respect you and whom you do not respect and under constant fear of an unprovoked attack by another inmate").

"[o]ne might expect that, having shuttered MCC, officials of the BOP would shift substantial resources and personnel to MDC, ensuring that the institution would be up to the task. Alas, this does not appear to have been the case." 743 F.Supp.3d at 455 n.1.