USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    3/26/2026

**U.S.**

*Unite*
*South*

*The Jac*
*26 Federal Plaza, 5/th Floor*
*New York, New York 10278*

March 24, 2026

**BY ECF**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:    *United States v. Miles Guo*, **S3 23 Cr. 118 (AT)**

Dear Judge Torres:

The Government respectfully writes to request that the Court extend the Government's deadline for its sentencing submission to April 7, 2026.

The Government's submission is currently due March 27, 2026. On March 20, 2026, following numerous adjournments requested by the defendant, the defendant filed a sentencing submission in excess of 100 pages. On March 23, 2026, the Court granted the defendant's request for a Rule 17 subpoena, and directed that the defendant supplement his sentencing submission, with any materials acquired as a result of that subpoena, by April 3, 2026.

In light of the supplemental briefing schedule, and to appropriately respond to the defendant's voluminous sentencing submission, the Government requests that it be permitted to file its sentencing submission on April 7, 2026—the date the Government's supplemental submission is presently due. This proposal would also limit the number of filings for the Court's review and enable a more efficient consideration of the materials in advance of sentencing. Under this proposed schedule, the Court would continue to have approximately three weeks to review the parties' submissions in advance of the April 27, 2026 sentencing date.

Accordingly, the Government requests that its sentencing submission be due by April 7, 2026. The Government seeks no other changes to the sentencing schedule.

Respectfully submitted,

SEAN S. BUCKLEY
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515.

by: ___/s/_____
Micah F. Fergenson
Ryan B. Finkel
Justin Horton
Juliana N. Murray
Assistant United States Attorneys
(212) 637-2190 / 6612 / 2276 / 2314

cc:    Counsel of Record (by ECF)

GRANTED.

SO ORDERED.

Dated:  March 26, 2026
        New York, New York

ANALISA TORRES
United States District Judge