# SARAFA ZELLAN

43 West 43rd Street, Suite 370 | New York, NY 10036
212.785.7577 | 646.868.8266 (fax)
www.sarafazellan.com

March 26, 2026

**By ECF Filing**
Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> **Re:**   ***United States v. Ho Wan Kwok, et al.***
> **23-CR-118 (AT)**

Dear Judge Torres:

Together with Joshua Dratel and John Kaley, on behalf of our client Miles Guo (a/k/a "Ho Wan Kwok"), we respectfully submit this letter to notify the Court of a substantive error in our March 20, 2026, sentencing submission. Specifically, on page 44 of the original submission, "ACA Capital" is incorrectly described as "a Guo family entity." In fact, ACA Capital – which is distinct from the ACA Family Fund Investment Company referenced on pages 10-11 of that submission – is an investment services provider and is *not* owned by Mr. Guo, his family, or any Guo family entity.

We have corrected this error on page 44 and in footnote 43 of the corrected sentencing submission submitted herewith. As this correction altered subsequent pagination and footnote numbering, each page of the corrected submission contains a footer designating the submission as "CORRECTED 3/26/2026." We have updated the Table of Contents and Table of Authorities, and added a Table of Exhibits for convenience, but have made no other substantive changes to the original submission or exhibits.

We apologize for any inconvenience caused by this error.

Respectfully submitted,

Melinda Sarafa
Joshua Dratel
John Kaley

cc: All counsel via ECF