LAW OFFICES OF
## DRATEL & LEWIS

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK  10006

—

TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: jdratel@dratellewis.com

JOSHUA L. DRATEL
LINDSAY A. LEWIS                                                    SAMANTHA ENGST-MANSILLA
—                                                                              *Paralegal*
AMY E. GREER
JACOB C. EISENMANN

March 30, 2026

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:     *United States v. Ho Wan Kwok (Miles Guo)*,
                        23 Cr. 118 (AT)

Dear Judge Torres:

        This letter is respectfully submitted on behalf of defendant Ho Wan Kwok ("Miles Guo"), whom John F. Kaley, Esq., Melinda Sarafa, Esq., and I represent, and in connection with the Court's March 18, 2026, Order (Dkt 820) requesting proposals for a Special Master.  Mr. Guo respectfully proposes either the Hon. Barbara S. Jones or the Hon. Shira A. Scheindlin, both of whom are former judges in this District.  I emailed the government last Wednesday regarding the defense proposal, but have not received a response.

                                        Respectfully submitted,

                                        Joshua L. Dratel
                                        John F. Kaley
                                        Melinda Sarafa

                                        *Attorneys for Defendant*
                                        *Ho Wan Kwok*