

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 30, 2026

**BY ECF**
Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    *United States v. Miles Guo*, **S3 23 Cr. 118 (AT)**

Dear Judge Torres:

The Government writes in response to the Court's order, dated March 18, 2026, dkt. 820, and in response to the defendant's letter, filed today, dkt 827. The Government does not object to the Special Master candidates proposed by the defense.[1] However, as previously indicated, the Government is not aware of a source of funding to pay for a Special Master's services.

The Government is available to address any questions that the Court may have.

Respectfully submitted,

SEAN S. BUCKLEY
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515
Southern District of New York

By:    _____/s/_____

Micah F. Fergenson
Ryan B. Finkel
Justin Horton
Juliana N. Murray
Assistant United States Attorneys
(212) 637–6612/2314/2190/2276

---

[1] Consistent with the parties' February 10, 2026 filing, dkt. 802 n.5, the Government's position is that the defendant is not entitled to participate in any in forfeiture-related litigation regarding specific property because he has not asserted a personal interest in any of that property. Dkt. 799 at 1 ("Mr. Guo reconfirms here that he does not assert a personal interest in the Specific Property.").