

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 7, 2026

**VIA ECF AND EMAIL**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

> Re:   *United States v. Guo*, S3 23 Cr. 118 (AT)

Dear Judge Torres:

Pursuant to the Court's prior ruling sealing victim statements, the Government has provided to the Court via email, under seal, additional statements received from victims of the Defendant's crimes. Those statements, numbered 152 through 225, are attached as Exhibit A to this letter. In addition, for the Court's convenience, the Government will provide a hard copy to the Court containing all of the victim statements received by the Government.

Please note that Statement Nos. 169, 189, and 211 were submitted to the Government in Mandarin. The Government is providing its translations of these statements alongside the originals for convenience. In addition, statement No. 206B was sent to the Government with two video attachments. These attachments have been marked as Statement 206B-1 and Statement 206B-2.

The Government is available to address any questions that the Court may have.

Respectfully submitted,

SEAN S. BUCKLEY
Attorney for the United States, Acting under Authority Conferred by 28 U.S.C. § 515

by: /s/ _____
Micah F. Fergenson / Ryan B. Finkel /
Justin Horton / Juliana N. Murray
Assistant United States Attorneys
(212) 637-2190 / 6612 / 2276 / 2314

CC: Defense Counsel (via ECF and Email)