# DOAR RIECK KALEY & MACK

ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

  OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
e-mail: firm@doarlaw.com
website: www.doarlaw.com

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037

April 22, 2026

**By ECF Filing**
Hon. Analisa Torres
United States District Court
500 Pearl Street
New York, New York 10007

> Re:    *United States v. Ho Wan Kwok (Miles Guo)*
> Docket No. S3 23 Cr. 118 (AT)

Dear Judge Torres:

It is respectfully requested that the Court "So Order" the attached "Clothing Order" so that Mr. Guo may wear non-prison clothing at his sentencing on Monday, April 27, 2026.

Thank you for the Court's consideration of this request.

Respectfully submitted,

John F. Kaley

cc: All counsel via ECF filing

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                          :

                                                   23 CR. 118 (AT)

                                                   :

        -v-                              **ORDER**

                                                   :

MILES GUO, a/k/a
HO WAN KWOK,

              Defendant.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANALISA TORRES, United States District Judge,

      Upon the application of John F. Kaley, attorney for Miles Guo, a/k/a Ho Wan Kwok:

      IT IS HEREBY ORDERED that the defendant, Miles Guo, a/k/a Ho Wan Kwok,

Register Number 49134-516, will be permitted to receive non-prison clothing at the MDC

Brooklyn to wear for his sentencing scheduled to take place on April 27, 2026.  He is permitted

to have the following to wear to Court:

| | |
|---|---|
| 1 Suit | 1 Pair of Socks |
| 1 Belt | 1 Pair of Pants |
| 1 Tie | 1 Dress Shirt |
| 1 Undershirt | 1 Pair of Shoes |

      IT IS FURTHER ORDERED, that the United States Marshals Service accept and

transport Mr. Miles Guo to Court wearing such clothing on April 27, 2026.

SO ORDERED

Dated: April __, 2026
       New York, New York

                                              _____
                                              ANALISA TORRES
                                              UNITED STATES DISTRICT JUDGE