UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MILES GUO,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/23/2026__

23 Cr. 118-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Due to the complexity of the outstanding issues raised in the parties' voluminous sentencing submissions, *see* ECF Nos. 826, 828, 833, Defendant Miles Guo's sentencing currently scheduled for April 27, 2026 is ADJOURNED to **June 29, 2026**, at **11:00 a.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  Guo's clothing request is denied as moot without prejudice to renewal.  *See* ECF No. 836.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 836.

SO ORDERED.

Dated:  April 23, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge