UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MILES GUO,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/27/2026___

23 Cr. 118 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Clerk of Court is respectfully directed to add 1328777 B.C. Ltd. as an interested party to the docket in this case, pursuant to a letter received by the Court on April 23, 2026.

SO ORDERED.

Dated:  April 27, 2026
        New York, New York

ANALISA TORRES
United States District Judge