**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HO WAN KWOK,<br>a/k/a "Miles Guo," a/k/a "Miles Kwok," a/k/a<br>"Guo Wengui," a/k/a "Brother Seven," a/k/a "The<br>Principal,"<br><br>KIN MING JE, a/k/a "William Je," and<br><br>YANPING WANG, a/k/a "Yvette."<br><br>　　　　　　Defendants. | Case No.: 23-cr-00118 (AT)<br><br>NOTICE OF APPEARANCE |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Kevin J. O'Brien of Ford O'Brien Landy LLP appears as

counsel for Petitioner 1328777 B.C. Ltd. in this action and demands that all parties serve copies

of all notices and other papers in this action upon the counsel as the address indicated below:

Ford O'Brien Landy LLP
275 Madison Avenue, 24th Floor
New York, New York 10016
kobrien@fordobrien.com

I certify that I am admitted to practice in this Court.

Dated: New York, New York
　　　April 27, 2026

/s/ Kevin J. O'Brien
FORD O'BRIEN LANDY LLP
275 Madison Avenue, 24th Floor
New York, NY 10016
kobrien@fordobrien.com


Attorney for Petitioner 1328777 B.C. Ltd.