# SARAFA ZELLAN

43 West 43rd Street, Suite 370 | New York, NY 10036
212.785.7577 | 646.868.8266 (fax)
www.sarafazellan.com

April 29, 2026

**By ECF Filing, Email and Hand Delivery**
Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:    ***United States v. Ho Wan Kwok, et al.***
      **23-CR-118 (AT)**

Dear Judge Torres:

We respectfully submit this letter to the Court on behalf of our client, Miles Guo, to provide the Court with additional information concerning the supporter statements submitted directly to defense counsel.

Following the filing of our letter dated April 17, 2026 (ECF No. 835), which accompanied our production of a Supporter Supplement containing 100 representative statements received by counsel from supporters of Mr. Guo, the Government requested production of all 1,254 supporter statements referenced in that letter. We thereupon prepared all 1,254 statements, as well as additional statements received after April 17, 2026, for production, including redaction of sensitive information. While we did not intend at the outset to burden the Court with more than 1,200 supporter statements, we believe that the Court should have an equal opportunity to review these materials now that the Government has requested them. Accordingly, we are transmitting to the Court and the Government today, via encrypted USB flash drive, all statements received to date (we will provide password under separate cover).

During our preparation of the statements for production, we identified two statements (numbered 186 and 557 on the index included with the Supporter Supplement) that had been submitted by an individual otherwise represented on the list. We removed those statements but left the original numbering intact. We received and included seven additional statements, numbered 1255 through 1261. The total number of unique individuals represented is thus 1,259. In the occasional instance where multiple individuals signed onto the same letter, we included the same letter for each individual.

Of the **1,259** individuals represented, 1,155 of whom expressly stated that they had invested in one or more G Series entities,  **1,198** expressly disclaimed having been victimized by Mr. Guo. Several investors disclosed the total amount of their G Series investments; the total disclosed from this group amounts to **$69,430,047**. In addition, we note that **99** declarants reported being interrogated by the CCP in connection with Mr. Guo and/or their G Series investments; **31** reported being coerced to make



statements such as confessions, guarantees, repentance, or acknowledgements of having been defrauded; **6** reported being forced to file false complaints against Mr. Guo; and **26** reported being arrested and/or prosecuted by the CCP. We believe that the statements provide meaningful additional context reflecting the complex motivations, values, and autonomy of investors in the G Series entities.

Because of the sensitive personal nature of the information contained in these statements, and specific requests by numerous individuals to keep their identities out of public view, we request that all statements be maintained **under seal**.

We are available to answer any questions which the Court may have regarding these materials.

Respectfully submitted,

Melinda Sarafa
Joshua Dratel
John Kaley

cc: All counsel via ECF