# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): _____

Caption [use short title]

Motion for: Petition for Writ of Mandamus and Motion to Redact Personal Identifying Information

Set forth below precise, complete statement of relief sought:

Petitioner seeks mandamus relief concerning the continued non-docketing and non-consideration of prior ancillary petition submissions transmitted to the United States District Court of SDNY in connection with United States v. Ho Wan Kwok, et al, No. 23-cr-00118 (AT)

In re Sheung Chun Wong

MOVING PARTY: Sheung Chun Wong         OPPOSING PARTY: United States of America

☐ Plaintiff           ☐ Defendant
☑ Appellant/Petitioner  ☐ Appellee/Respondent

MOVING ATTORNEY: Sheung Chun Wong (Pro Se)   OPPOSING ATTORNEY: United States of America
[name of attorney with firm, address, phone number and e-mail]

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Southern District of New York
One Saint Andrew's Plaza, New York, NY 10007
Phone: 212-637-2200

Court- Judge/ Agency appealed from: United States District Court for the Southern District of New York, Hon. Analisa Torres

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☑ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below?   ☑ Yes ☐ No
Has this relief been previously sought in this court?   ☑ Yes ☐ No
Requested return date and explanation of emergency:
Petitioner respectfully requests prompt consideration in light of the ongoing sentencing proceedings and the continued absence of docketing or formal disposition regarding prior ancillary petition submissions. Petitioner additionally requests redaction of personal identifying information pursuant to Federal Rule of Criminal Procedure 49.1(a).

Is oral argument on motion requested?   ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☑ No If yes, enter date: _____

Signature of Moving Attorney:
▓▓▓▓▓▓▓▓▓▓▓   Date: 22 June, 2026  Service by: ☐ CM/ECF ☑ Other [Attach proof of service]

Form T-1080 (rev.12-13)

To:                                                          Cover Letter to the Second Circuit
Clerk's Office
United States Court of Appeals for the Second Circuit
40 Foley Square, Room 150
New York, NY 1007

# United States Courts of Appeals
## for the second circuit

In re: SheungChun Wong, Petitioner.

Source Case No.: 1:23-cr-00118-AT (S.D.N.Y.)
District Judge: Hon. Analisa Torres

Dear Clerk:

Please find enclosed Petitioner SheungChun Wong petition for a writ of mandamus, together with

supporting appendices and procedural records.

This renewed submission concerns the continued non-docketing of Petitioner's prior victim filings

previously submitted to the United States District Court for the Southern District of New York in

connection with United States v. Ho Wan Kwok, et al., No. 23-cr-118 (AT).

Petitioner respectfully submits that, despite repeated electronic submissions acknowledged by

the SDNY Pro Se Intake Unit and confirmed paper delivery of certain filings, no formal docketing

or written disposition has occurred over an extended period of time.

Petitioner respectfully requests that the enclosed materials be accepted for filing and

appropriate consideration.

Thank you for your time and attention.

Respectfully submitted,

SheungChun Wong

Please find a U.S. Dollar money order in the amount of $600 payable to "Clerk, U.S. Court of Appeals for the Second Circuit,"
representing the filing fee for this petition.

# Petition for writ of mandamus

# In Re: SheungChun Wong (Source Case No. : 1:23-cr-00118-AT)(SDNY)

## TO THE HONORABLE JUDGES OF THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT:

## INTRODUCTION

Petitioner SheungChun Wong respectfully submits this petition for a writ of mandamus seeking limited procedural relief concerning the continued non-docketing of her ancillary petition submissions related to the case, United States v. Ho Wan Kwok, et al., No. 23-cr-118(AT), pending before the United States District Court for the Southern District of New York.

Petitioner is a bona fide innocent investor who has invested $1,995,000.00 USD life savings into Himalaya Exchange, G Clubs, etc. schemes. Petitioner is an alleged victim of the fraud scheme underlying the criminal proceedings and respectfully invokes the protections afforded to crime victims under the Crime Victims' Rights Act, 18 U.S.C. § 3771, including the right to proceedings free from unreasonable delay and the right to be treated with fairness.

The Notice of Forfeiture expressly instructed persons claiming an interest in forfeited property to file an ancillary petition with the Clerk of the Court pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n). Petitioner has filed two physical claim petitions via mail to the SDNY District Court in her capacity as a self-identified crime victim proceeding under the Crime Victims' Rights Act ("CVRA"), 18 U.S.C. 3771 and pursuant to 21 U.S.C. §

853(n). Petitioner even sent two electronic submissions via the SDNY Pro Se Office, only one submission was responded by an automated acknowledgment confirming receipt by the SDNY Pro Se Office.

Despite repeated submissions over a period of time, the District Court has never docketed, uploaded, formally rejected nor stricken to Petitioner's legitimate claims with evidence. As a result, Petitioner has been deprived of meaningful access to the ancillary proceeding process established under federal forfeiture law. Petitioner now faces an effective procedural deadlock in which her fillings are received but never formally entered, rejected, or addressed in any manner capable of judicial appellate review.

Petitioner does not seek merits relief concerning the underlying criminal judgement, conviction, or sentencing proceedings. This renewed petition seeks only an order directing the United States District Court for the Southern District of New York and/or the Clerk of Court to acknowledge, docket, and process Petitioner's ancillary forfeiture petition submitted in connection with:

United States v. Yvette Wang, a/k/a "Yanping," et al.
S4 23 CR. 118 (AT)

## FACTUAL BACKGROUND

Petitioner is an individual claimant asserting an interest in assets forfeited in United States v. Yvette Wang, S4 23 CR. 118 (AT). Respondent is the United States District Court for the

Southern District of New York and/or its Clerk's Office responsible for receiving and docketing ancillary petitions submitted pursuant to Rule 32.2 and 21 U.S.C. § 853(n).

On or about February 6, 2025, the United States District Court for the Southern District of New York published a notice of forfeiture stating that any person claiming an interest in the forfeited property "must file an ancillary petition" with the Clerk of Court within the prescribed time period.

Petitioner asserts a claimed interest in property subject to forfeiture and timely submitted an ancillary petition pursuant to Rule 32.2 and 21 U.S.C. §853(n). Petitioner mailed an ancillary petition with supporting materials to the Clerk of the Court and a copy to Assistant USA attorney Ryan Finkel; one to 500 Pearl Street, New York and the other to 26 Federal Plaza New York via Fedex ( tracking number: 880189425045 and 880188900851), which were received and signed by the SDNY and Federal Plaza on 1st April 2025 10:06 and 12:35.

On or about August 23, 2025, the United States District Court for the Southern District of New York published another notice of forfeiture stating that any person claiming an interest in the forfeited property, and could not find the desired assets online, 'you must file your petition for remission in writing by sending it to Assistant United States Attorney Ryan Finkel. Petitioner had assets that were found and not found in the notice, and decided to mail another ancillary petition to only to Ryan Finkel for the court's convenience via Fedex to 26 Federal Plaza New York ( tracking number: 884530996951), which was received and signed on 22nd September 2025 11:34.

To date, Petitioner has received no docket number, acknowledgement, deficiency notice, or other indication that the submission has been processed. Petitioner has been unable to obtain clarity regarding whether the submission was received, rejected, lost, or otherwise disregarded. Because ancillary proceedings under 21 U.S.C. § 853(n) are time-sensitive and constitute the exclusive judicial mechanism for third parties to assert interests in criminally forfeited property, the absence of docketing or acknowledgment substantially prejudices Petitioner's rights.

## LEGAL BASIS

Rule 32.2(c) of the Federal Rules of Criminal Procedure establishes procedures governing third-party ancillary proceedings in criminal forfeiture cases. Likewise, 21 U.S.C. § 853(n) provides the exclusive statutory mechanism through which third parties may assert legal interests in criminally forfeited property.

The Notice of Forfeiture expressly directed interested persons to file ancillary petitions with the Clerk of Court pursuant to Rule 32.2 and 21 U.S.C. § 853(n). Petitioner complied with those instructions and timely submitted ancillary petitions together with supporting documentation.

Petitioner does not seek through this proceeding adjudication on the merits of ownership. Rather, Petitioner seeks only acknowledgment and processing of the submitted petitions, or alternatively notice of any procedural deficiency.

Because the ancillary proceeding established by § 853(n) constitutes the exclusive judicial mechanism available to third parties asserting interests in criminally forfeited property, continued failure to acknowledge or process Petitioner's timely submissions effectively deprives Petitioner of access to the only forum established by Congress for protection of Petitioner's asserted rights.

Moreover, The Fifth Amendment guarantees that no person shall be deprived of property without due process of law. As the Supreme Court explained in Mathews v. Eldridge, 424 U.S. 319, 333 (1976), "the fundamental requirement of due process is the opportunity to be heard at a meaningful time and in a meaningful manner."

Petitioner timely invoked the ancillary procedure established by Rule 32.2 and 21 U.S.C. § 853(n). However, absent acknowledgment, docketing, or notice of any procedural deficiency, Petitioner has effectively been denied any meaningful opportunity to present Petitioner's claim or obtain judicial consideration of Petitioner's asserted rights.

Petitioner is an alleged victim of the fraudulent scheme underlying United States v. Ho Wan Kwok, et al., No. 23-cr-118 (AT), and therefore falls within the protections afforded by the Crime Victims' Rights Act ("CVRA"), 18 U.S.C. § 3771.Congress enacted the CVRA to ensure that crime victims are treated with fairness and are afforded meaningful participation in criminal proceedings.

Pursuant to 18 U.S.C. § 3771(b)(1), "the court shall ensure that the crime victim is afforded the rights described in subsection (a)." Those rights include, among others, the right to proceedings

free from unreasonable delay under § 3771(a)(7), and the right to be treated with fairness and with respect for the victim's dignity and privacy under § 3771(a)(8).

Petitioner timely submitted an ancillary petition pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n) seeking adjudication of Petitioner's asserted interest in forfeited property. Despite repeated submissions, no docket entry, acknowledgment, deficiency notice, or other response has been provided.

Furthermore, in United States v. $8,850, 461 U.S. 555 (1983), the Supreme Court recognized that excessive delay in forfeiture proceedings may implicate due process concerns. Petitioner respectfully submits that prolonged failure to acknowledge or process Petitioner's timely submissions is inconsistent with the Court's duty under 18 U.S.C. § 3771(b)(1) to ensure that crime victims are afforded the rights guaranteed by § 3771(a), and has effectively subjected Petitioner to unreasonable delay and denied Petitioner fair and meaningful participation in the forfeiture proceedings.

Petitioner respectfully emphasizes that this mandamus petition does not seek reversal of the criminal judgement, dismissal of the prosecution, alteration of sentencing determinations, or substantive intervention into the merits of United States v. Ho Wan Kwok, et al., No. 23-cr-118(AT). Petitioner seeks only access to the judicial process established by Congress through Rule 32.2 and 21 U.S.C. § 853(n). Through the continued failure to acknowledge, docket, or otherwise address Petitioner's timely submissions, Petitioner has effectively been denied meaningful access to that process.

Case: 26-1731, 06/26/2026, DktEntry: 8.1, Page 9 of 55

Petitioner has no adequate alternative remedy because the ancillary petition process is governed by statutory deadlines and the absence of docketing should be considered as a form of procedural deficiency; thereby vindicating the rights guaranteed by the Crime Victims' Rights Act and the Due Process Clause of the Fifth Amendment.

Petitioner further respectfully submits that the protections embodied in the Crime Victims' Rights Act extend beyond mere formal recognition and encompass meaningful participation and fair treatment of victims throughout proceedings affecting their interests.

To the extent that assets allegedly associated with particular fraud schemes have been recovered, settled, transferred, or otherwise disposed of, Petitioner and similarly situated victims have a legitimate interest in receiving sufficient information to understand the status of such assets and the proceedings affecting their rights.

Information about assets that are associated and regarded under the fraud scheme 'Farm loans' are still insufficient to victims that have a legitimate interest in those assets. Continued uncertainty regarding the disposition of such assets is inconsistent with the principles of fairness and meaningful participation that Congress sought to protect through the Crime Victims' Rights Act.

# REQUEST FOR RELIEF

WHEREFORE, Petitioner respectfully requests that this Court:

A. Issue a writ of mandamus directing the United States District Court for the Southern District of New York and/or the Clerk of Court to acknowledge and docket Petitioner's ancillary petition submitted in connection with United States v. Yvette Wang, S4 23 CR. 118 (AT);

B. Alternatively, direct the District Court or Clerk to provide notice regarding any procedural deficiencies associated with Petitioner's submission;

C. In light of the Court's obligation under 18 U.S.C. § 3771(b)(1) to ensure that crime victims are afforded the rights described in subsection (a), Petitioner respectfully requests that the Court take such measures as it deems appropriate to ensure that victims are not deprived of fair and meaningful participation regarding assets allegedly associated with the "Farm Loans" investment scheme, including reasonable access to information concerning the disposition, recovery, settlement, or current status of such assets, so that victims may understand the status of their claims and the proceedings affecting their interests.

D. Grant such other and further relief as this Court deems just and proper.

## ADDITIONAL INFORMATION

A copy of the second submission, three Fedex shipment records and all the transaction records

and evidence will be included. They will all be put in chronological order respectively.

## PRIVACY

Petitioner respectfully requests to file this petition in redacted public form with personal &

financial data redacted.

Dated: 22th June 2026

Respectfully submitted,



SheungChun Wong

# DECLARATION

I attest and declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 that my petition is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

Date: June 22, 2026

Sheung Chun Wong

# Exhibit List

## A. Shipping Notice and labels
A-1 Shipping label to US SDNY District Court on 31 March 2025
A-2 Shipment Receipt to US SDNY District Court
A-3 Shipping label to Ryan Finkel on 31 March 2025
A-4 Shipment Receipt to Ryan Finkel on 31 March 2025
A-5 Shipping label to Ryan Finkel on 20 September 2025
A-6 Shipping Receipt to Ryan Finkel 20 September 2025

## B. G Clubs and Himalaya Exchange transactions and records
B-1 Bank transfer to G Club on 16th October 2020
B-2 G clubs payment history
B-3 HDO Transaction records
B-4 Bank transfer to Himalaya Exchange on 21st May 2021
B-5 Bank transfer to Himalaya Exchange on 26th May 2021
B-6 Bank transfer to Himalaya Exchange on 29th June 2021
B-7 Bank transfer to Himalaya Exchange on 3rd August 2021
B-8 Bank transfer to Himalaya Exchange on 26th October 2021
B-9 Bank transfer to Himalaya Exchange on 17th November 2021
B-10 Top up bank accounts given by Himalaya Exchange

## C. Farm Loan Transaction and Invoices
C-1 Bank transfer to Medical Supply system for farm loan on 10th September 2020
C-2 Invoice of bank transfer on 10th September 2020 provided by 'farm' workers
C-3 Bank transfer to Maywind Trading LLC for farm loan on 24th November 2020
C-4 Invoice of bank transfer on 24th November 2020 provided by 'farm' workers

## D. A10 Investment Scheme transactions and records
D-1 Top up bank account given by 'farm' workers via WhatsApp
D-2 Bank Transfer to given account made by my son with birth certificate
D-3 Himalaya Pay account (Hot Wallet) given to transfer HDO by 'farm' workers via WhatsApp
D-4 HDO transfer made to Freedom Media Ventures Limited on 15th February 2023
D-5 HDO transfer made to Freedom Media Ventures Limited on 16th May 2023

## E. Copy of Second Submission

2026/6/23 上午9:49
Case: 26-1731, 06/26/2026, DktEntry: 8.1, Page 14 of 55
Case 1:23-cr-00118-AT   Document 857   Filed 06/26/26   Page 14 of 55
Gmail - Pro Se for claiming back property in case S1 23 CR 118(AT)

 Gmail

helen wong ████████████████████

## Pro Se for claiming back property in case S1 23 CR 118(AT)

**helen wong** ████████████████████                          2025年9月18日 晚上11:40
收件者: ProSe@nysd.uscourts.gov

Dear Judge Analisa Torres and New York Southern District Court,

Petitioner Sheung Chun Wong ,pro se, pursuant to 21 U.S.C § 853(n) and Federal Rule of Criminal Procedure 32.2, respectfully submits this Petition to assert a legal interest in certain property subject to forfeiture in case S1 23 CR 118(AT).

A pdf file of my pro se letter and along with 19 pdf files of evidence will be attached to this email.

**17 個附件**

📄 **ProSe.pdf**
188K

📄 **ProSe.pdf**
188K

📄 **Exhibit 1d.pdf**
162K

📄 **Exhibit 1c.pdf**
161K

📄 **Exhibit 1a.pdf**
124K

📄 **Exhibit 1b.pdf**
200K

📄 **Exhibit 1e.pdf**
165K

📄 **Exhibit 1f.pdf**
191K

📄 **Exhibit 1g.pdf**
181K

📄 **Exhibit 2b.pdf**
79K

📄 **Exhibit 2c.pdf**
64K

📄 **Exhibit 2d.pdf**
64K

📄 **Exhibit 2a.pdf**
640K

📄 **Exhibit 3b.pdf**
216K

📄 **Exhibit 3a.pdf**
706K

📄 **Exhibit 4a.pdf**
41K

📄 **Exhibit 4b.pdf**
39K

 Gmail

Eugene Ho ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

## Pro Se for claiming back property in case S1 23 CR 118 (AT)

**Eugene Ho** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇                                    2026年5月28日 晚上10:06
收件者: ProSe@nysd.uscourts.gov

Dear Judge Analisa Torres and New York Southern District Court,

Petitioner Sheung Chun Wong, pro se, pursuant to 21 U.S.C 853(n) and Federal Rule of Criminal Procedure 32.2, respectfully submits this Petition to assert a legal interest in certain property subject to forfeiture case S1 23 CR118(AT).

📄 **ProSe May 28.pdf**
1105K

 Gmail

Eugene Ho █████████████

## IMPORTANT INFORMATION, PLEASE REVIEW

Pro Se Filing <pro_se_filing@nysd.uscourts.gov>
收件者: Eugene Ho ████████████████

2026年5月28日 晚上10:09

### IMPORTANT INFORMATION, PLEASE REVIEW

Your email has been received by the Pro Se Intake Unit of the United States District Court for the Southern District of New York.  (This is not the United States Bankruptcy Court.)

Documents from pro se litigants that meet the required standards for electronic filing will be filed and will appear on the ECF docket within two business days of receipt (see required standards below).  If you send your document by email and it is accepted for filing, you should not deliver a hard copy version to the court.

Requirements for Filing a New Action by Email:

- Documents must be attached to the email in PDF format, no larger than 15 megabytes;

- The complaint must be signed by the filing party;

  - Fee requirements and instructions:
  - **Please note that your complaint will not be reviewed until the court receives payment of the filing fees.**

- Payment must be made within 30 days of the date your case is assigned a docket number. If mailing payment, please send a certified check, bank check, or money order to: **Cashiers Room 260**, 500 Pearl Street, New York, NY 10007.

- Your payment must include the docket number, which you can learn by calling (212) 805-0175.

- If you have not consented to e-service, your docket number will also be mailed to you, at the address provided on the complaint, in a form order that will include payment instructions. If you do not make payment within 30 days of the date a docket number is assigned to your case, the action will be dismissed without prejudice.

- If you cannot pay the filing fees and want to request that the court waive the filing fees, you must email an application to proceed *in forma pauperis*.

Filing Documents in an Existing Case by Email:

- Documents must be attached to the email in PDF format, no larger than 10 megabytes;

- The email and attached document must contain the docket number, filer's name, address, and telephone number;

- Documents must be signed by the filing party;

· Any additional comments, questions, or other messages in the email will be disregarded;

· Any additional correspondence included in the email will be disregarded.

For any submission, if your document does not appear on the ECF docket within two business days, it has not met the required standards for electronic filing. If so, you must submit your document to the court in paper form by (a) sending your document by mail, or overnight delivery service, to the appropriate courthouse listed below; or (b) delivering your document in-person to the appropriate courthouse listed below between the hours of 9:30 AM to 1:30 PM; or (c) depositing your document after hours in the court's night depository box at the 500 Pearl Street, NY, NY courthouse.

United States Courthouse
Pro Se Intake Unit
500 Pearl Street
New York, NY 10007

or

United States Courthouse
Pro Se Intake Unit
300 Quarropas Street
White Plains, NY 10601

Additional resources:

- Complete filing instructions
- Consent to accept service of documents electronically. Please note that, by consenting to electronic service, you will no longer receive documents by postal mail.
- **For free legal advice, you may make an appointment with the City Bar Justice Center Legal Clinic for Pro Se Litigants** by completing the intake form to make an appointment. If a litigant has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). **Alternatively, you may leave a message with 212-659-6190.**

A-1



SHIP DATE: 31MAR25
ACTWGT: 0.50 KG
CAD: 261547522/INET4535

BILL SENDER

TO CLERK OF THE COURT

UNITED STATES DISTRICT COURT
500 PEARL STREET ROOM 120
NEW YORK NY 10007                    (US)
12126050135        REF:
INV:
PO:              DEPT:

FedEx
Express

E

TRK# 8801 8890 0851            5:00P
0430                           IP EOD
                                  ETD
E9 PCTA                        10007
                    NY-US  EWR

After printing this label:
CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

A-2

**FedEx**

May 28, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 880188900851

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | A.Todd | Delivery Location: | |
| Service type: | FedEx International Priority | | |
| Special Handling: | Deliver Weekday | | |
| | | | NEW YORK, NY, |
| | | Delivery date: | Apr 1, 2025 10:06 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 880188900851 | Ship Date: | Mar 31, 2025 |
| | | Weight: | |

| Recipient: | Shipper: |
|---|---|
| NEW YORK, NY, US, | ▬▬▬▬▬ |

A-3



SHIP DATE: 31MAR25
ACTWGT: 0.50 KG
CAD: 261547522/INET4535

BILL SENDER

TO ASSISTANT USA ATTORNEY RYAN FINKEL

JACOB K JAVITS FEDERAL BUILDING
26 FEDERAL PLAZA
NEW YORK NY 10278
12122849290          REF:
INV:
PO:                  DEPT:

FedEx Express

TRK# 8801 8942 5045

E9 PCTA

5:00P
IP EOD
ETD
10278
NY-US   EWR

A-4

**FedEx**

May 28, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 880189425045

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | M.Jimmy | Delivery Location: | |
| Service type: | FedEx International Priority | | |
| Special Handling: | Deliver Weekday | | NEW YORK, NY, |
| | | Delivery date: | Apr 1, 2025 12:35 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 880189425045 | Ship Date: | Mar 31, 2025 |
| | | Weight: | |

Recipient:

NEW YORK, NY, US,

Shipper:

████████

A-5

| | SHIP DATE: 20SEP25 |
| --- | --- |
| | ACTWGT: 0.50 KG |
| | CAD: 257810716/FSML4820 |
| | BILL SENDER |
| | EIN/VAT: |

TO Assistant US Attorney Ryan Finkel          (215) 518-7094

Jacob K.Javits Federal Building
26 Federal Plaza, New York
NY 10278
NEW YORK, NY 10278
US





(US)
AWB

**X1 PCTA**

NSR ETD RES
PKG:ENV



TRK#  8845 3099 6951          Form
0430

8:00A

**INTL FIRST**
REF: HK0920018298-85251262651-X
DESC1:PERSONAL_DOCUMENT
DESC2:
DESC3:
DESC4:

CTRY/TERR MFR: HK
CARRIAGE VALUE: 0.00 HKD
CUSTOMS VALUE: 5.00 HKD

SIGN: Helen wong
T/C: S *********
D/T: R *********

For all commodities, technology or software previously exported from the
United States. this was done in accordance with the Export Administration
Regulations. Diversion of these items contrary to U.S. law or any other
applicable country's law is prohibited.
The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

**FEDEX AWB COPY - PLEASE PLACE IN POUCH**

CARD.     806 05

A-6

# FedEx

May 28, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 884530996951

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | N.Jimy | Delivery Location: | |
| Service type: | FedEx International First | | |
| Special Handling: | Deliver Weekday; Residential Delivery; No Signature Required | | NEW YORK, NY, |
| | | Delivery date: | Sep 22, 2025 11:34 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 884530996951 | Ship Date: | Sep 20, 2025 |
| | | Weight: | |
| Recipient: | | Shipper: | |
| NEW YORK, NY, US, | | ▬▬▬▬ | |

Reference            HK0920019298-85251262651-X

B-



**HSBC** ⟨X⟩



| | | Language | English |
|---|---|---|---|
| | | Country/Territory | Hong Kong SAR |
| Application Form For | Telegraphic Transfer | Application Date | 16/10/2020 |

Note: It is important that you read the terms and conditions governing your Debit Account and the important notes overleaf before completing this form. Any amendment made after the form is printed will not be captured in the barcode.

| Debit Account Number | ▮▮▮▮▮ | Currency / Account Type | USD - US Dollar |
|---|---|---|---|

| Remittance Currency | USD - US Dollar | Amount | ⦿ In Remittance Currency | 50,000 | ○ In Debit Account Currency | |
|---|---|---|---|---|---|---|

| Amount in Words | Fifty Thousand US Dollars Sent in US Dollar. | | Account to be Debited on (DD/MM/YYYY) | 16/10/2020 |
|---|---|---|---|---|

| Bank Code Type | SWIFT BIC | | Account Number / IBAN | ▮▮▮▮▮ |
|---|---|---|---|---|
| Bank Code | SIGNUS33 | | Full Name | G CLUB OPERATIONS LLC |
| Country/Territory | United States | | | If bene. name exceed 35 characters, continue to input the last full word in the below Address field |
| Bank Name | SIGNATURE BANK | | Address | 590 MADISON AVENUE, 21ST FLOOR |
| Address | 111 BROADWAY, 9TH FLOOR | | Address | NEW YORK , NY 10022 |
| Address | NEW YORK , NY 10006 | | City | |
| City | | | Province | Postcode |
| Province | | | Country/Territory | United States |
| Postcode | | | Message to Beneficiary (Maximum 35 characters in each line) | |
| Message to Beneficiary Bank (Maximum 35 characters in each line) | ROUTING/ABA NO : 026013576 | | Purpose of Payment | |

| Bank Code Type | | Local / Overseas Charges | OUR : Remitter to pay all charges |
|---|---|---|---|
| Bank Code | | Account for debiting of charge if different from above Debit Account | |
| Country/Territory | | Charge Account Number | ▮▮▮▮▮ |
| Bank Name | | Currency / Account Type | HKD SAV. - Savings Account |
| Address | | Is this payment on behalf of a third party? | If so, please provide details of the ordering party: ○ Yes ⦿ No |
| Address | | Account Identifier | |
| City | | Full Name | |
| Province | | Address | |
| Postcode | | Address | |
| | | City | |

| Exchange Rate | | Province | Postcode |
|---|---|---|---|
| Rate Given By / Foreign Exchange Contract Number | | Country/Territory | |

I/We have read the terms and conditions governing the Debit Account (including the General Terms and Conditions - Plain Language, General Terms and Conditions - Business Language or the respective Terms and Conditions for Integrated Account, Business Integrated Account or Super Ease Account, whichever is applicable), together with the important notes printed overleaf and agree to be bound by them.

This box is used for printing of the automatically generated barcode only, and it should be kept unaltered and unmarked.

COPY   (S.V.)

| Signature(s) | |

| Name of Debit Account Holder | MISS WONG, SHEUNG CHUN |
|---|---|

Note: Your email address and contact number maintained in the bank's record will be used for correspondence in respect of this instruction. Please ensure that your email address and contact number with the bank are up to date.

For Bank Use Only (Ref: )

- ☐ Request same day urgent processing ( ☐ Discount / ☐ Standard )
- ☐ Next day/Same day processing allowed at discounted price
- ☐ In Person  ☐ HK ID Sighted
- ☐ Non-HK ID Sighted (Country: )
- ☐ Account Card Sighted
- ☐ No Account Card Produced
- ☐ V.Q
- ☐ Self-name TT/CHATS to Global Private Bank

Checked by (Please initial)

Branch Authentication (for S.V.) (Full signature)

Contact

435

| Print & Validate Form | Save | Clear |
|---|---|---|

D44X

Customer Receipt

This receipt is issued only to enable the customer to enquire the transaction status and should not be regarded as transaction completion proof. An official debit advice will be sent to your/your company's correspondence address at the Bank's record by mail the next working day after the transaction is completed.

The Hongkong and Shanghai Banking Corporation Limited

GPS001   Ver : 2.2003

B-2

🔒 gclubs.com

# G|CLUBS

| 訂單時間 | 訂單號 | 狀態 | 總價 |
|---|---|---|---|
| 2021年11月8日 | VU2111080351281 | 已完成 | $2,500.00 |
| 2021年11月8日 | WZ2111080349221 | 已完成 | 100,000.00 美元 |
| 2021年10月30日 | HS2110300435201 | 已取消 | 100,000.00 美元 |
| 2021年10月30日 | BB2110300432181 | 已取消 | $2,500.00 |
| 2020年10月23日 | GC2010231200361 | 已完成 | 50,000.00 美元 |

B-2

**CLUBS**

CK TO MY ACCOUNT

# PAYMENT HISTORY

| DATE | REFERENCE NUMBER | STATUS | Total |
|------|------------------|--------|-------|
| January 25th, 2023 | ZJ2301251913151 | Awaiting Payment | $7,500.00 |
| November 8th, 2021 | VU2111080351281 | Paid | $2,500.00 |

actions                    B-3

Top Up          Deposit          Redeem          Withdraw

Showing Withdraw 1 - 4 of 4                                    From  DD/MM/YYYY      To  DD/MM/YYYY

| | Date | Time (UTC) | Amount | Coin | Address |
|---|---|---|---|---|---|
| Outgoing Transfer | 22-05-2023 | 13:10:57 | 7,500.00 | HDO | |
| Outgoing Transfer | 20-01-2022 | 17:31:08 | 100,000.00 | HDO | |
| Fee Transfer | 0.00 HDO To billing@gclubs.com | | | | |
| Outgoing Transfer | 20-01-2022 | 17:28:31 | 2,500.00 | HDO | |
| Outgoing Transfer | 11-12-2021 | 15:21:54 | 300,500.000 | HCN | |

B-4

CitiBank (Hong Kong) Limited
P.O. Box 92171, Kwun Tong Post Office, Hong Kong
www.citibank.com.hk



MISS WONG SHEUNG CHUN

OUTGOING PAYMENT 匯出匯款

BRANCH 分行： DORSET BRANCH

DATE 日期：05.21.2021

CURRENCY AMOUNT 匯款金額
USD*100,000.00*          VALUE 生效日期 05.21.2021

BENEFICIARY 收款人：
25602100
DELTEC BANK AND TRUST LIMITED
DELTEC HOUSE LYFORD
NASSAU ,BAHAMAS
NASSAU,BAHAMAS

RECEIVING BANK 收款銀行：
CITIUS33
CITIBANK NEW YORK
CITIBANK NEW YORK
NYC
US

PAYMENT MESSAGE 付款信息：

CORRESPONDENT BANK 聯絡銀行：

BY ORDER OF 匯款人：
MISS WONG SHEUNG CHUN

DEBIT ADVICE 扣款通知：

WE DEBIT YOUR ACCOUNT NO.
           MISS WONG SHEUNG CHUN
VALUE 生效日期 05.21.2021

USD  100,000.00          RATE 匯率  1.0000000

CHARGES ARE DEBITED FROM YOUR ACCOUNT NO.

TOTAL CHARGE 總收費 USD   100,000.00

RATE TYPE: 匯率類別  CUSTOMER

PLEASE NOTE:  THIS IS A COMPUTER-GENERATED ADVICE AND IF ISSUED WITHOUT ANY ALTERATION, DOES NOT REQUIRE A
              SIGNATURE

FGC01ENNCBX1/FGC01

B-5

Citibank (Hong Kong) Limited
P.O. Box 82171, Kwun Tong Post Office, Hong Kong
www.citibank.com.hk



MISS WONG SHEUNG CHUN

OUTGOING PAYMENT 匯出匯款

BRANCH 分行 : DORSET BRANCH

DATE 日期 : 05.26.2021

CURRENCY AMOUNT 匯款金額
USD*100,000.00*            VALUE 生效日期 05.26.2021

BENEFICIARY 收款人 :
25602100
DELTEC BANK AND TRUST LIMITED
DELTEC HOUSE LYFORD
NASSAU ,BAHAMAS
NASSAU,BAHAMAS

RECEIVING BANK 收款銀行 :
CITIUS33
CITIBANK NEW YORK
CITIBANK NEW YORK
NYC
US

PAYMENT MESSAGE 付款信息 :

CORRESPONDENT BANK 隱埠銀行 :

BY ORDER OF 匯款人 :
MISS WONG SHEUNG CHUN

DEBIT ADVICE 扣款通知 :

WE DEBIT YOUR ACCOUNT NO.
MISS WONG SHEUNG CHUN
VALUE 生效日期 05.26.2021

USD   100,000.00            RATE 匯率  1.0000000

CHARGES ARE DEBITED FROM YOUR ACCOUNT NO.

TOTAL CHARGE 總收費 USD   100,000.00

RATE TYPE: 匯率類別  CUSTOMER

PLEASE NOTE:  THIS IS A COMPUTER-GENERATED ADVICE AND IF ISSUED WITHOUT ANY ALTERATION, DOES NOT REQUIRE A
SIGNATURE

FGD01ENNCBX1/FGC01

B-6



## Advice for Payment Order - International Transfer　　轉賬　*(Customer Copy)*

| | | |
|---|---|---|
| From Account | 轉出之戶口 | USD STMT A/C |
| Account Title | 戶口持有人名稱 | MISS WONG SHEUNG CHUN |
| Account Number | | ▉ |
| Currency | 貨幣 | USD |
| To Account | 嶋入之戶口 | |
| Account Number | | ▉ |
| Currency | 貨幣 | USD |
| Beneficiary Name | 收款人名稱 | HIMALAYA INTERNATIONAL CLEARING LTD |
| Beneficiary Address | 收款人地址 | COMMERCE HOUSE WICKHAMS CAY 1 ROAD TOWN TORTOLA BVI VG1110 |

| | | |
|---|---|---|
| Beneficiary Bank Details | 收款銀行資料 | METROPOLITAN COMMERCIAL BANK NEW YO US UNITED STATES |
| Swift Code | | MCBEUS33 |
| Transfer Amount | 薄賬金額 | USD 500,000.00 |
| FX Rate | 匯率 | 1.0 |
| Source Amount | 轉出金額 | USD 500,000.00 |
| Charge type | 收費類別 | OUR |
| Fees | 手續費 | HKD 500.00 |
| Fees Account | 手續費扣除戶口 | 0049815156 |
| Transaction Date | 交易日期 | 29Jun2021 |
| Value Date | 生效日期 | 29Jun2021 |
| Details of Payments | 付款信息 | ▉ |

| | | |
|---|---|---|
| Transaction Reference | 交易編號 | ▉ |
| Customer Name | 客戶名稱 | MISS WONG SHEUNG CHUN |

For sender's information, please refer to the advice that will be sent to you

1389000000　　WL89153　　2021-06-29　　12.43.51　　OTP　　　　　　　　　www.citibank.com.hk

Citibank, N.A., organized under the laws of U.S.A. with limited liability.

花旗銀行,依美國法律成立的有限責任組織

B-7



Citibank (Hong Kong) Limited
P.O. Box 82171, Kwun Tong Post Office, Hong Kong
www.citibank.com.hk

MISS WONG SHEUNG CHUN

OUTGOING PAYMENT 匯出匯款

BRANCH 分行 : DORSET BRANCH
DATE 日期 : 08.03.2021

CURRENCY AMOUNT 匯款金額
USD*120,000.00*          VALUE 生效日期 08.03.2021

BENEFICIARY 收款人 :
7801000254
HIMALAYA INTERNATIONAL CLEARING LTD
COMMERCE HOUSE ,WICKHAMS CAY 1
ROAD TOWN,TORTOLA,
BVI.VG110

RECEIVING BANK 收款銀行 :
MCBEUS33
METROPOLITAN COMMERCIAL BANK
METROPOLITAN COMMERCIAL BANK
NEW YO
US

PAYMENT MESSAGE 付款信息 :

CORRESPONDENT BANK 聯絡銀行 :

BY ORDER OF 匯款人 :
MISS WONG SHEUNG CHUN

DEBIT ADVICE 扣款通知 :

WE DEBIT YOUR ACCOUNT NO.
MISS WONG SHEUNG CHUN
VALUE 生效日期 08.03.2021

USD  120,000.00          RATE 匯率 1.0000000

CHARGES ARE DEBITED FROM YOUR ACCOUNT NO

TOTAL CHARGE 總收費 USD  120,000.00

RATE TYPE: 匯率類別  CUSTOMER

PLEASE NOTE   THIS IS A COMPUTER-GENERATED ADVICE AND IF ISSUED WITHOUT ANY ALTERATION, DOES NOT REQUIRE A
            SIGNATURE

FQ001ENNCBX1/FGC01

B-8



Citibank (Hong Kong) Limited
P.O. Box 62171, Kwun Tong Post Office, Hong Kong
www.citibank.com.hk

MISS WONG SHEUNG CHUN

**OUTGOING PAYMENT** 匯出諮欵

**BRANCH** 分行 : DORSET BRANCH

DATE 日期 : 10.26.2021

CURRENCY AMOUNT 匯欵金額
USD*120,000.00*          VALUE 生效日期 10.26.2021

**BENEFICIARY** 收欵人 :
7801000254
HIMALAYA INTERNATIONAL CLEARING LTD
COMMERCE HOUSE ,WICKHAMS CAY 1
ROAD TOWN,TORTOLA,
BVI,VG110

**RECEIVING BANK** 收欵銀行 :
MCBEUS33
METROPOLITAN COMMERCIAL BANK
METROPOLITAN COMMERCIAL BANK
NEW YO
US

**PAYMENT MESSAGE** 付欵信息 :
FEDWIRE-026013356. HK9WO669

**CORRESPONDENT BANK** 聯絡銀行 :

**BY ORDER OF** 匯欵人 :
MISS WONG SHEUNG CHUN

**DEBIT ADVICE** 扣欵通知 :

WE DEBIT YOUR ACCOUNT NO.
          MISS WONG SHEUNG CHUN
VALUE 生效日期 10.26.2021

USD  120,000.00          RATE 匯率  1.0000000

CHARGES ARE DEBITED FROM YOUR ACCOUNT NO.

TOTAL CHARGE 總收費 USD   120,000.00

RATE TYPE: 匯率類別  CUSTOMER

PLEASE NOTE: THIS IS A COMPUTER-GENERATED ADVICE AND IF ISSUED WITHOUT ANY ALTERATION, DOES NOT REQUIRE A
          SIGNATURE

FGO01ENNCBX1/FGO01

B-10

16:20

🔒 himalaya.exchange

## TOUT724 HKYWO66Y

### 收款人银行账户

| | |
|---|---|
| 收款人姓名: | Deltec Bank and Trust Limited |
| 收款人地址: | Deltec House Lyford Cay, P.O. Box N-3229, Nassau, Bahamas |
| 帐号: | ███████ |
| 银行Swift / BIC代码: | CITIUS33 |
| 银行名称: | CITI Bank |
| ABA / 路由号码: | 021000089 |
| 付款目的地/目的地国家: | 美国 |
| 收款地址: | 111 Wall Street, New York, Post / ZIP Code: 10043 |
| 参考代码: | ███████ |

- Himalaya Exchange目前只接受美元充值。

- 当用美元充值时，您的美元将立即转换为HDO信用积分并反映在您的信用余额中。

- **在进行资金转账时，请确保您已填写参考代码。不正确或未有填写参考代码可能导致转账延误，或出现汇款被退回而银行手续费不被返还的情况。**

- 请确保您的银行账户名称与您在Himalaya登记的名字相



# HSBC

| | |
|---|---|
| Language | English |
| Country/Territory | Hong Kong SAR |
| Application Date | 10/09/2020 |

Application Form For: **Telegraphic Transfer** ✓

Note: It is important that you read the terms and conditions governing your Debit Account and the important notes overleaf before completing this form. Any amendment made after the form is printed will not be captured in the barcode.

**Debit Account Number** [REDACTED]  Currency / Account Type: USD - US Dollar

Remittance Currency: USD - US Dollar  Amount ● In Remittance Currency: 300,000  ○ In Debit Account Currency

Amount in Words: Three Hundred Thousand US Dollars Sent in US Dollar.

Account to be Debited on (DD/MM/YYYY): 10/09/2020

## BENEFICIARY BANK DETAILS

| | |
|---|---|
| Bank Code Type | SWIFT BIC |
| Bank Code | CHASUS33 |
| Country/Territory | United States |
| Bank Name | CHASE |
| Address | 2620 E CAMELBACK RD, PHOENIX AZ 85016 |
| Address | |
| City | |
| Province | |
| Postcode | |
| Message to Beneficiary Bank (Maximum 35 characters in each line) | ROUTING TRANSIT NUMBER: 021000021 |

## BENEFICIARY DETAILS

| | |
|---|---|
| Account Number / IBAN | [REDACTED] |
| Full Name | MEDICAL SUPPLY SYSTEM INTERNATIONAL |

If bene. name exceed 35 characters, continue to input the last full word in the below Address field

| | |
|---|---|
| Address | LLC |
| Address | 12810 N CAVE CREEK RD APT 234. |
| City | PHOENIX, AZ 85022 |
| Province | Postcode |
| Country/Territory | |
| Message to Beneficiary (Maximum 35 characters in each line) | |
| Purpose of Payment | |

## INTERMEDIARY BANK DETAILS

| | |
|---|---|
| Bank Code Type | |
| Bank Code | |
| Country/Territory | |
| Bank Name | |
| Address | |
| Address | |
| City | |
| Province | |
| Postcode | |

## FUND TRANSFER CHARGES

| | |
|---|---|
| Local / Overseas Charges | OUR : Remitter to pay all charges |

Account for debiting of charge if different from above Debit Account

| | |
|---|---|
| Charge Account Number | [REDACTED] |
| Currency / Account Type | HKD SAV - Savings Account |

### ORDERING PARTY DETAILS
Please complete this section if account holder is a financial institution

Is this payment on behalf of a third party? If so, please provide details of the ordering party: ○ Yes ● No

| | |
|---|---|
| Account Identifier | |
| Full Name | |
| Address | |
| Address | |
| City | |
| Province | Postcode |
| Country/Territory | |

## EXCHANGE RATE / DEBIT DETAILS

| | |
|---|---|
| Exchange Rate | |
| Rate Given By / Foreign Exchange Contract Number | |

## CUSTOMER'S PRESCRIPTION

I/We have read the terms and conditions governing the Debit Account (including the General Terms and Conditions - Plain Language, General Terms and Conditions - Business Language or the respective Terms and Conditions for Integrated Account, Business Integrated Account or Super Ease Account, whichever is applicable), together with the important notes printed overleaf and agree to be bound by them.

This box is used for printing of the automatically generated barcode only, and it should be kept unaltered and unmarked.

Signature(s)  **COPY**  (S V)

Name of Debit Account Holder: WONG SHEUNG CHUN

Note: Your email address and contact number maintained in the bank's record will be used for correspondence in respect of this instruction. Please ensure that your email address and contact number with the bank are up to date.

**For Bank Use Only (Ref:** )
- ☐ Request same day urgent processing ( ☐ Discount / ☐ Standard )
- ☐ Next day/Same day processing allowed at discounted price
- ☐ In Person  ☐ HK ID Sighted
- ☐ Non-HK ID Sighted (Country: )
- ☐ Account Card Sighted
- ☐ No Account Card Produced
- ☐ V.O
- ☐ Self-name TT/CHATS to Global Private Bank

Checked by (Please initial)
Branch Authenticator (for S V) (Full signature with name & no.)
Contact tel:

Print & Validate Form  Save  Clear

DSDT

Customer Receipt

This receipt is issued only to facilitate the customer to enquire the transaction status and should not be regarded as transaction completion proof. An official debit advice will be sent to you/your company's correspondence address at the Bank's record by mail the next working day after the transaction is completed.

GPS001  Ver 1.2003

15:49

C-2

## 正义当道（文晓7）

马上我傳給您

**helenho**



> CMHK  13:30  82%
>
> **铅笔小元(财经)**
>
> 這是您跟 铅笔小元(财经) 進行經典對話的新開始。
>
> **铅笔小元(财经)**
> 凤凰农场借款对账凭证
> 09/10/2020  CHIPS CREDIT VIA HSBC BANK USA N.A./0108 B/O MISS WONG SHEUNG CHUN ████ ████████████ REF: NBNF=MEDICAL SUPPLY SYSTEM INTERNATIONAL PHOENIX AZ 85022-6523 US/AC-0 00000008796 ORG=/143771335833 ████ ████████ OGB=HSB C HONG KONG HONG KONG HONG KONG BBI=/OCMT/USD300000.00/BNF/BB ████ ████
>
> $300,000.00
>
> **helenho**
> 是的，謝謝

## 正义当道（文晓7）

嗯嗯， 那这个就是您上笔的对账凭证

这个信息是您的上个待对账表信息

第二笔汇款有什么变化吗？

我需要帮您填个新的

C-3



Citibank (Hong Kong) Limited/ Citibank, N.A., Hong Kong Branch



## Advice for Payment Order - International Transfer 轉賬 *(Customer Copy)*

| | | |
|---|---|---|
| From Account | 轉出之戶口 | USD STMT A/C |
| Account Title | 戶口持有人名稱 | MISS WONG SHEUNG CHUN |
| Account Number | | |
| Currency | 貨幣 | USD |
| To Account | 轉入之戶口 | |
| Account Number | | |
| Currency | 貨幣 | USD |
| Beneficiary Name | 收款人名稱 | / MAYWIND TRADING LLC |
| Beneficiary Address | 收款人地址 | |

| | | |
|---|---|---|
| Beneficiary Bank Details | 收款銀行資料 | FST FIDELITY OKC |
| | | OKLAHO |
| | | US |
| | | UNITED STATES |
| Swift Code | | 103002691 |
| Transfer Amount | 轉賬金額 | USD 210,000.00 |
| FX Rate | 匯率 | 1.0 |
| Source Amount | 轉出金額 | USD 210,000.00 |
| Charge type | 收費類別 | OUR |
| Fees | 手續費 | HKD 250.00 |
| Fees Account | 手續費扣除戶口 | 0049815156 |
| Transaction Date | 交易日期 | 24Nov2020 |
| Value Date | 生效日期 | 24Nov2020 |
| Details of Payments | 付款信息 | |

| | | |
|---|---|---|
| Transaction Reference | 交易編號 | |
| Customer Name | 客戶名稱 | MISS WONG SHEUNG CHUN |

For sender's information, please refer to the advice that will be sent to you

2020-11-24    15:18:47    OIP

www.citibank.com.hk

Citibank, N.A., organized under the laws of U.S.A. with limited liability.

12:20

## 正义当道(文晓7)

正义当道(文晓7)
嗯嗯， 那这个就是您上笔的对账凭证

这个信息是您的上个待对账表信息
第二笔汇款有什么变化吗？
我需要帮您填个新的

**helenho**
第一筆匯款：HSBC（\$300000）
第一筆匯款：CITIBank（\$210000）

正义当道(文晓7)
好的

**helenho**
謝謝您🙏

正义当道(文晓7)

11/24/2020 WIRE TRANSFER CREDIT MISS WONG SHEUNG CHUN

这是您的另一笔对账凭证，谢谢！
请保存好

**helenho**
好的！谢谢您！

**helenho**
辛苦您啦！🙏🙏🙏👍👍👍👏👏👏👏👏😄😄😄

 

D-1

18:42      .ıl 5G 58

< 39     雷蒙      📹   📞

Helen好，您这边转账额度确定好了吗？最近联盟的美金账号比较紧张，还需要去申请，如果要投A10需要加快了    14:16

户名：DESHENG YIN
SWIFT: CHASUS33
国家：United States
银行地址：3445 W BUCKINGHAM RD
城市：GARLAND
州：TX
区号：75044
收款人帐号：███████
清算号：111000614
收款人地址：904 Englewood Ln
城市：Plano
州：TX
区号：75025    14:26

ROUTING NUMBE   16:45

number   16:45

ROUTING NUMBE，也称作 Routing Transit Number 或 ABA Number，它是由 ABA(美国银行家协会) 在美联储监管和协助下提出的金融机构识别码，很多金融机构都有一个 ROUTING NUMBE，主要用于和银行相关的交易，转帐，清算等的路

＋      🏷️ 📷 🎤

D-2

香 港 生 死 登 記 處

## CERTIFIED COPY OF AN ENTRY IN A REGISTER OF BIRTHS
### KEPT IN TERMS OF THE BIRTHS AND DEATHS REGISTRATION ORDINANCE
根據生死登記條例規定而儲存的出生登記紀錄內一項記項的核證副本

| | | |
|---|---|---|
| (1) | Registration no. 登記編號 | ▬▬▬ |
| (2) | When and where born 出生日期及地點 | ▬▬▬ |
| (3) | Name, if any 名字 (倘有的話) | FUI FUNG 奎鋒 |
| (4) | Sex 性別 | MALE 男 |
| (5) | Surname and name of father 父親姓名 | HO, CHUNG MAN 何仲文 |
| (6) | Maiden surname and name of mother 母親原前姓氏及名字 | WONG, SHEUNG CHUN 王双珍 |
| (7) | Signature, description and residence of informant 舉報人簽署、名字及住址 | SIGNED (WONG, SHEUNG CHUN) ▬▬▬ |
| (8) | When registered 登記日期 | 6 JANUARY 2004 |
| (9) | Signature of registrar 登記官員簽署 | SIGNED (KONG, LAI KUEN) DISTRICT REGISTRAR |
| (10) | Name, if added after registration of birth 名所 (如在出生登記後加上) | FUI FUNG 奎 鋒 ALTERED TO YIU KWAN 垚 君 ON 15-4-2004. ▬▬▬ LAU, YUET KING, DISTRICT REGISTRAR |
| (11) | Status of permanent resident of the Hong Kong Special Administrative Region under the Immigration Ordinance (Cap. 115) (established / unestablished) 人根據《入境條例》(第115章) 所擁有的香港特別行政區永久性居民的身份 (確定 / 未確定) | ESTABLISHED |

CERTIFIED to be a true copy of an entry in the register of births in Hong Kong this **20TH day of APRIL, 2004**
是證明此乃香港出生登記紀錄內一項記項的真實副本 二零零四年四月二十日

**LAU, YUET KING**
a registrar of births & deaths
生死登記官員

CAUTION: Any person who (1) falsifies any of the particulars on this certificate or (2) uses a falsified certificate as true, knowing it to be false, is liable to prosecution.
警 告: 任何人士，如 (一) 填報本證書內的任何項目或 (二) 明知屬偽為虛假但故意把作改偽而使用的話，均須會被檢控。

Audit no. 核數編號 ▬▬▬

BDR 220 (1/2000)

D-2

## HSBC - Step 4 of 4: Complete immediate transfer

**HSBC UK**

### INTERNATIONAL PAYMENT CONFIRMATION ADVICE

Your account details

| | | | |
|---|---|---|---|
| Account name | ▓▓▓▓▓ | Debit account number | |
| Currency | | Currency of account | USD United States dollar |

Beneficiary details

Full name of the person or organisation you want to pay

Beneficiary address

City / Country / Postal Code

**Beneficiary bank details**

Account number ▓▓▓▓▓

Bank name JPMORGAN CHASE BANK NATIONAL ASSOCIATION

Beneficiary bank address

City

**Payment instruction :**

Debit amount and currency USD200,000.00

Processing date May 12 2023

Description for your records

Description for beneficiary

Transaction fees

Charges paid by

HSBC Bank (UK) will also for Payment confirmation

Confirmation number

Received on

Customer Authority

Name / Signature / Date

Terms and conditions

Payment is made subject to the Personal Banking Terms and Conditions

D-3

 9:09

‹ 28  👤  文翔

上午12:11



上午12:11

Freedom Media Ventures Limited

FMVlimited@proton.me

上面 👆 是FMV的Hpay账号，需要
转HDO到FMV参与 A10投资

上午12:12



  

D-3

9:09

 

< 28    文翔

上午 12:11



Freedom Media Ventures Limited

FMVlimited@proton.me

上面 👆 是 FMV 的 Hpay 账号，需要转 HDO 到 FMV 参与 A10 投资

上午 12:12

Google 表單：登入
您可以透過個人 Google 帳戶或 Google Workspace 帳戶（企業用途）使用 Google...



🔗 forms.gle

转 HDO 后，请记得填写下面两个表格链接：

1、HDO 转账对账表（仅限汇入 FMV 账号的对账）
https://forms.gle/Y5pQT3kfj1Y9LVMy7

2、雅典娜农场 G0046 号表格
https://forms.gle/N59583DLQdv44MTt5

上午 12:12

好的，謝謝 文翔戰友



上午 12:13

  

D-4

# Transaction Details

## Sent

## 135 000,00 HDO

| | |
|---|---|
| **Transaction Status** | **Complete** |
| **Receiver Account** | FMVLIMITED@proton.me |
| **Receiver Name** | Freedom Media Ventures Limited |
| **Transaction Time** | 2023-02-15 22:03:07 |
| **Transaction No.** | 24518ec8-694b-4f33-8de5-4fe42675 0448 |
| **Note** | 投資 A10項目 |

D-5

# 200 000,00 HKD

| | |
|---|---|
| Transaction Status | Complete |
| Receiver Account | FMVLIMITED@proton.me |
| Receiver Name | Freedom Media Ventures Limited |
| Transaction Time | 2023-05-16 17:29:29 |
| Transaction No. | 3640b31f-e3c8-404a-bfb6-ee61070ba295 |
| Note | A10项目 |

E

| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK | PETITION UNDER FED. R. CRIM. P. 32.2 AND 21 U.S.C. § 853(n) FOR ADJUDICATION OF PETITIONER'S RIGHT TO SPECIFIC PROPERTY OF [$1,995,000.00] |
|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - x <br> UNITED STATES OF AMERICA <br><br> - v.- <br><br> HO WAN KWOK, a/k/a "Miles Guo," a/k/a "Miles Kwok," a/k/a "Guo Wengui," a/k/a "Brother Seven," a/k/a "The Principal," KIN MING JE, a/k/a "William Je,"and YANPING WANG, a/k/a "Yvette," Defendants. <br> - - - - - - - - - - - - - - - - - - - - - - - - - x | S1 23 CR 118 (AT) |

Judge Analisa Torres Your Honor ,

Petitioner Sheung Chun Wong ,pro se, pursuant to 21 U.S.C § 853(n) and Federal Rule of Criminal Procedure 32.2, respectfully submits this Petition to assert a legal interest in certain property subject to forfeiture in the above-captioned case. I am a single mother from Hong Kong with two children to support. I am currently facing tremendous financial pressure and difficulties. I hope to recover my property as soon as possible. As an innocent third-party investor, I have a legal right to claim my interest in the currently forfeited funds because I invested in good faith and without any knowledge of the Defendant's use of my invested funds. Petitioner also requests protection of personal identifying information under Federal Rule of Criminal Procedure 49.1 due to safety and harassment concerns. Petitioner states the following:

# 1. Personal information

Petitioner is a Hong Kong permanent resident, qualified under 21 U.S.C. 3 853(n)2 to assert a legal interest in property subject to forfeiture in this case. My HID is ▮▮▮▮▮ for your reference to check my balance and transaction records. I currently have 468,800 units of HCN. Here are my contact details:

Phone no : ▮▮▮▮▮▮▮▮▮▮

Email address: ▮▮▮▮▮▮▮▮▮

Mailing address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮

# 2. Petitioner asserts a legal interest in the following property subject to forfeiture:

A1. Investment in Himalaya Exchange

I wired a total of [$990,000.00] United States currency into two bank accounts that Himalaya Exchange provided to me (see exhibit 1a) to purchase Himalaya Coin and Himalaya Dollar, also known as HCN and HDO.

Please note: HDO is a stablecoin (1HDO=1USD). When you wire transfer money into your Himalaya Exchange account, they give you the respective amount of HDO as the amount of USD you wired, then you may use HDO to purchase HCN.

I have transferred a total of [$790,000.00] United States currency into a bank account provided by Himalaya Exchange for the purchase of an asset called Himalaya coin, also known as H-coin, which is account number ▮▮▮▮▮▮ at FV Bank, held in the name of 'Himalaya International Clearing Ltd.' (23-FBI-000051) It was seized by the

Government on or about September 20, 2022.There were 5 wire transfers in total, and I will describe the details:

On June 29, 2021, I wired [$500,000.00] United States currency to Himalaya Exchange for the payment to invest in Himalaya Coin. These funds were transferred into Account Number ▇▇▇▇▇ at Metropolitan commercial Bank, which is the intermediary bank of FV Bank, held in the name of "Himalaya international clearing Ltd." And seized by the Government on or about September 20, 2022 ( 23-FBI-000051) among potentially other Forfeited Accounts. ( see exhibit 1b)

On August 3, 2021, I wired [$120,000.00] United States currency to Himalaya Exchange for the payment to invest in Himalaya Coin. These funds were transferred into Account Number ▇▇▇▇▇ at Metropolitan commercial Bank, which is the intermediary bank of FV Bank, held in the name of "Himalaya international clearing Ltd." And seized by the Government on or about September 20, 2022 (23-FBI-000051) among potentially other Forfeited Accounts. ( see exhibit 1c)

On October 26, 2021, I wired [ $120,000.00] United States currency to Himalaya Exchange for the payment to invest in Himalaya Coin. These funds were transferred into Account Number ▇▇▇▇▇ at Metropolitan commercial Bank, which is the intermediary bank of FV Bank, held in the name of "Himalaya international clearing Ltd." And seized by the Government on or about September 20, 2022 (23-FBI-000051) among potentially other Forfeited Accounts. The court may check my Himalaya account to check my balance. ( see exhibit 1d )

On November 17, 2021, I wired [$50,000.00] United States currency to Himalaya Exchange for the payment to invest in Himalaya Coin. These funds were transferred into Account Number ▇▇▇▇▇ at Metropolitan commercial Bank, which is the intermediary bank of FV Bank, held in the

name of "Himalaya international clearing Ltd." And seized by the Government on or about September 20, 2022 (23-FBI-000051) among potentially other Forfeited Accounts. The court may check my Himalaya account to check my balance. ( see exhibit 1e )

A2.

Another [$200,000.00] was transferred to Deltec Bank and Trust in total, this account was the first account that Himalaya Exchange has provided for me to transfer funds and purchase products, where 23-FBI-000051 account number: ▇▇▇▇▇ was the second. I will describe the details:

On May 21, 2021, I wired [$100,000.00] USD to Himalaya Exchange for the payment to invest in Himalaya coin. These funds were transferred into Account number ▇▇▇▇▇ at Citi Bank in America, transaction number: ▇▇▇▇▇▇▇▇ and held under the beneficiary name ' Deltec Bank and Trust Limited'. (See Exhibit 1f)

On May 26, 2021, I wired another [$100,000.00] USD to Himalaya Exchange for the payment to invest in Himalaya coin. These funds were transferred into Account number ▇▇▇▇▇ at Citi Bank in America, transaction number: ▇▇▇▇▇▇▇ and held under the beneficiary name ' Deltec Bank and Trust Limited'. A screenshot of the transfer funds page in Himalaya Exchange which shows all the bank details will be provided (See Exhibit 1g)

# B.  Sum paid for G Club membership

I wired a total of [$160,000.00] United States currency to G Club to purchase the initial membership and to pay membership fees.

On October 16 2020, I wired [$50,000] United States currency to G Club for a membership. These funds were transferred into account number ████████ at Signature Bank, held under the name ' G Club Operations LLC'. ( see Exhibit 2a )

On January 20, 2022 I transferred two sums:[$2,500.00] and [$100,000.00] HDO, which is equivalent to $102,500.00 USD for two more memberships and to pay membership fees, to the Himalaya Exchange internal portal account billing@gclubs.com.

On May 22, 2023 I transferred two sums:[$7,500.00] HDO, which is equivalent to $7,500.00 USD to pay membership fees, to the Himalaya Exchange internal portal account billing@gclubs.com. A screenshot of the above internal transactions when the servers were still accessible will be provided.( see exhibit 2b ). And screenshots of receipts issued by G Club confirming the purchase will be provided as well. ( See Exhibits 2c and 2d)

# C.  Phoenix Farm/ Maywind Trading LLC Loan Investment

I invested in a scheme called 'farm loan' initiated by involved parties in this case, which is Maywind Trading LLC/ Phoenix farm and or maybe the

Himalaya Alliance, I invested [$510,000] United States currency in total for the loan investment.

On September 10 2020, I wired [$300,000] United States currency to the parties for the loan investment. These funds were transferred into account number ███████ at Chase Bank in the United States, held under the beneficiary 'Medical supply system international'. (see exhibit 3a)

On November 24 2020, I wired [$210,000] United States currency to Maywind Trading LLC. These funds were transferred into account number ███████ at FST Fidelity Bank in Oklahoma city, United States, held under the beneficiary 'Maywind Trading LLC' (see exhibit 3b )

# D.  A10 Investment Project

I invested a total of [$335,000] United States currency into the A10 Investment Project.

On February 15 2023, I sent [$135,000] United States currency via Himalaya Exchange internal portal to Freedom Media Ventures Limited, through the receiver account FMVLIMITED@proton.me

On May 16 2023, I sent [$200,000] United States currency via Himalaya Exchange internal portal to Freedom Media Ventures Limited, through the receiver account FMVLIMITED@proton.me

Please note that the above transfers were made from Petitioner's Himalaya Exchange personal account to the A10 project investment account FMVLIMITED@proton.me . Because the HEX portal is currently offline due to government action. The screenshots of when the HDO transactions are made is provided.( See Exhibits 4a and 4b) The court may check the transaction records using my HID provided in the first paragraph.

# 3. Legal basis

I, the petitioner, respectfully assert my claim under **21 U.S.C. § 853(n)** as a bona fide purchaser for value with a legitimate interest in the property at issue. I do not know what actions the Defendant may have taken with my assets, but I obtained my interest lawfully and in good faith. The principles set out in the **Civil Asset Forfeiture Reform Act (18 U.S.C. § 983)** recognize the rights of innocent owners who act without knowledge of alleged wrongdoing, and those same principles should apply here. My investment was genuine, and I, as an innocent third party investor should not be penalized due to disputes or allegations raised by other parties.

Established precedent recognizes that principles of fairness and equity may require treating forfeited property as held in a **constructive trust** for rightful owners and **bona fide purchasers**, thereby ensuring that innocent parties are protected rather than unjustly displaced.

I further invoke my rights to **due process under the Fifth Amendment**, as I have not yet been provided a meaningful opportunity to present my claim before the forfeiture was concluded. I wasn't even informed nor consulted prior to the forfeiture. To deny me this opportunity would constitute a

deprivation of property without the process that the Constitution expressly guarantees.

For these reasons, I respectfully urge the Court to recognize my lawful claim and order the return of my investment.

# 4. Attorney Bradford L. Geyer doesn't represent me

Petitioner was tricked into signing an agreement on https://himalayarestoration.com to register with Bradford Geyer's services and to provide Petitioner's HID: ███████ The Himalaya Alliance has sent emails and opened livestreams to give us an option to 'protect and recover your assets'. The emails have stated that the engagement was "in connection with actions by the US Department of Justice and the US Securities and Exchange Commission" and would "seek independent legal advice and pursue legal recourse to protect and recover your assets".

Petitioner signed a retainer believing that Mr Geyer would take legal action to recover my assets. Protecting and recovering my assets was all I ever wanted, so I believed Mr Geyer. However Geyer never filed any lawsuit against the SEC or the DOJ as promised. He only filed a Rule 41(g) motion which is a standard procedure requesting the return of property. Mr Geyer then used my personal details without my consent and turned it into filings in the criminal matter against Mr Miles Guo.

This is a fraudulent action in which I did not know of and do not agree with. I urge the court to disapprove any representation filings or statements on behalf of Petitioner made by Mr Bradford Geyer.

# M Gmail

Eugene Ho <eugeneho473@gmail.com>

---

## Termination of representation (HID: ███████)
1 封郵件

---

**Eugene Ho** ████████████████████  2026年6月16日 上午10:03
收件者: himalaya.restoration@formerfedsgroup.com

My HID: █████████ 1

Dear Attorney Gail, I signed the agency agreement of Himalaya Exchange at the end of 2023! Here, I clearly inform you that I signed that agreement completely under the condition of being deceived and misled! This deception andmisleading is very serious!

As mentioned in your agreement and motion, most of the people who signed the agency the agreements are Chinese, and even many of them live in mainland China, including me. These people have no legalexpertise and hardly understand English. The agreement was signed completely out of trust in the third party!

Here I clearly inform you and the law firm that there are huge problems in the agreement between us, and there are very serious deceptions and misleadings.

I feel you have failed to represent me in this case. I have never seen you initiate any legal motions to help me recover my assets, and I am extremely dissatisfied with your actions. Therefore, I am terminating any representation with you. From this day forward, you are prohibited from doing anything in my name.

Sheung Chun
16 June 2025

Please note:

To the SDNY Court & Court of Appeals Second Circuit:

Due to Bradford Geyer's, non existence in actions to help me reclaim my assets and not doing what's best for my interest, I no longer want him to represent me in any matters.

May the Court acknowledge that SheungChun Wong ⟨签名⟩ is no longer the client of Bradford L. Geyer, she is now pro se.

# Certificate of Service

I hereby certify that on June 22 2026, true and correct copies, in mail or email form of this Petition for Writ of Mandamus and its exhibits were served to the following parties, the arriving time may differ due to the method of transmission :

1.  Clerk of Court (Mail)

    United States District Court for the Southern District of New York

    500 Pearl Street, New York, NY 10007

2.  ~~Clerk's Office~~ (Mail) Hon. Analisa Torres

    United States Court of Appeals for the Second Circuit

    40 Foley Square, Room 150

    New York, NY 10007 – 1312

3.  US Attorney's Office SDNY (Email)

    ryan.finkel@usdoj.gov (Ryan Finkel, Assistant US Attorney)

    justin.horton@usdoj.gov

    micah.fergenson@usdoj.gov

4.  Defence counsel (Email)

    msarafa@sarafalaw.com

    jdratel@dratellewis.comjkaley

    @doarlaw.com



From: SheungChun Wong

Origin ID:

FedEx Express

Ship Date: 22JUN26
ActWgt: 0.50 KG
CAD: 268362723/INET4535

REF:
DESC-1: PERSONAL_DOCUMENT
DESC-2:
DESC-3:
DESC-4:

CTRY/TERR MFR: HK
CARRIAGE VALUE:
CUSTOMS VALUE: 5.00 USD
T/C: S 208812810        D/T: S 208812810
SIGN: SheungChun Wong
EIN/VAT:
PKG: ENV

SHIP TO: 12128578585        BILL SENDER

Clerk's Office
USA Court of Appeals 2nd Circuit
Thurgood Marshall United States
Courthouse 40 Foley Square

NEW YORK, NY 10007
US



10:30A
IP EXP
DSR ETD
10007
NY-US
EWR

TRK# 8733 6690 6631
0430

XA PCTA





For all commodities, technology or software exported from the United States, this was done in accordance with the Export Administration Regulations. Diversion of these items contrary to U.S. law or any other applicable country's law is prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.



AA
IP EXP
DSR ETD
10007
NY-US
EWR

FedEx
TRK# 8733 6690 6631
0430

XA PCTA