AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

UNITED STATES OF AMERICA
*Plaintiff*
v.
MILES GUO
*Defendant*

Case No. S3 23 Cr. 118 (AT)

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Pillsbury Winthrop Shaw Pittman LLP .

Date: 08/18/2026

*Attorney's signature*

Sharon Cohen Levin (5417811)
*Printed name and bar number*

Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
*Address*

levinsc@sullcrom.com
*E-mail address*

(212) 558-4334
*Telephone number*

*FAX number*