GRUENSTEIN LAW

1185 Avenue of the Americas
New York, NY 10036
bgruenstein@gruensteinlaw.com

Direct: (212) 379-4901
Office: (212) 379-4910
www.gruensteinlaw.com

November 4, 2026

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Guo*, 23 Cr. 118 (AT)

Dear Judge Torres:

I was recently appointed by the Court of Appeals under the Criminal Justice Act to represent Miles Guo in his appeal from the above-captioned action. I have ordered transcripts from Southern District Reporters, P.C. ("SDR") on the Second Circuit's transcript order form, attached hereto as Exhibit A. However, certain portions of that order concern sealed portions of the transcript, and because I was not Mr. Guo's attorney at the time, SDR has advised that it needs the Court's authorization before providing me with unredacted copies. Those portions are:

1. Trial, May 28, 2024 (ECF No. 403): Tr. 343–344.

2. Trial, June 25, 2024 (ECF No. 439): Tr. 4069–4072; the sealed sidebar noted at Tr. 4161 as "Page 4162 SEALED"; and Tr. 4223–4227.

3. Conference, December 20, 2024 (ECF No. 695): the *ex parte* pages, Tr. 6–19, of which a redacted version is filed at ECF No. 700-1.

4. Sentencing, June 29, 2026 (ECF No. 864): Tr. 3–30.

Accordingly, I respectfully request that the Court grant me permission to receive these portions of the transcripts. If the Court grants this request, these transcripts will otherwise remain sealed. In addition, the December 20, 2024 *ex parte* portion will not be provided to the Government.

I thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Benjamin Gruenstein
Benjamin Gruenstein

GRUENSTEIN LAW

Encl.

cc: Counsel for the Government (by ECF)