USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 11/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MILES GUO, KIN MING JE, and YVETTE WANG,

Defendants.

23 Cr. 118 (AT)

**ORDER APPOINTING SPECIAL MASTER**

ANALISA TORRES, District Judge:

On November 5, 2026, the Court announced that it would appoint a special master to address nonparty submissions. *See* Special Master Order, ECF No. 877.[1] Having carefully reviewed the qualifications of the candidates nominated for the position, *see id.* at 2, the Court appoints the Honorable Barbara S. Jones (retired) as special master (the "Special Master"). *See* Fed. R. Civ. P. 53(a)(1)(C). The Court finds that the Special Master is not subject to disqualification pursuant to Federal Rule of Civil Procedure 53(a)(2) or 28 U.S.C. § 455. The Court orders that:

1. The Special Master shall process and make recommendations to the Court with respect to nonparty submissions in accordance with the Court's prior orders. *See* Special Master Order at 1–2; Order Regarding Nonparty Submissions at 1–3, ECF No. 876. The Special Master's recommendations shall be preserved and filed. *See* Fed. R. Civ. P. 53(b)(2)(C).

2. A nonparty whose submission is subject to the Special Master's recommendation shall have 21 days from the date of the recommendation to file objections. *See* Fed. R. Civ. P. 53(f)(1)–(2). Objections must strictly comply with the Court's filing instructions as stated in the Nonparty Submissions Order. *See* Nonparty Submissions Order at 3.

3. If a nonparty files timely objections, the Court shall review *de novo* the Special Master's conclusions of fact or law with respect to such submission. *See* Fed. R. Civ. P. 53(f)(3)–(4). Conclusions of fact or law to which no objection is timely filed shall be reviewed for clear error. *See In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, No. 14 Misc. 2542, 2024 WL 3387320, at *1 (S.D.N.Y. Mar. 24, 2024). The Special Master's decisions on procedural matters shall not be set aside except upon a finding of abuse of discretion. *See* Fed. R. Civ. P. 53(f)(5).

4. The Special Master shall have the full authority set forth in Federal Rule of Civil Procedure 53(c).

[1] The Court assumes familiarity with this action and its orders regarding the appointment of a special master. *See generally* Special Master Order; Nonparty Submissions Order, ECF No. 876.

5. As required by Rule 53(b)(2) of the Federal Rules of Civil Procedure, the Court directs the Special Master to proceed with all reasonable diligence.

6. By **December 7, 2026**, the Special Master shall provide the Court with a scheduling plan setting forth the procedure and timeline for docketing and addressing the nonparty submissions.

7. The Special Master shall make *ex parte* reports to the Court on an ongoing basis concerning her progress toward completing the responsibilities described in the Special Master Order. *See* Special Master Order at 1–2.

8. The Special Master may communicate *ex parte* with nonparties when necessary to confirm receipt of a submission, to provide notice of her recommendation with respect to a submission pursuant to Federal Rule of Procedure 53(f)(1), or for another purpose approved in advance by the Court.

9. Additional duties may be assigned to the Special Master by the Court in subsequent orders, upon notice to the parties.

10. The Government shall confer with the Special Master regarding compensation and expenses. The Special Master shall submit a proposal for the Court's approval as to the procedures for paying the Special Master's compensation and expenses.

11. As an agent and officer of the Court, the Special Master and those working at her direction shall enjoy the same protections from being compelled to give testimony and from liability for damages as those enjoyed by other federal judicial adjuncts performing similar functions.

12. The Special Master shall be discharged or replaced only upon an order of the Court.

13. The parties and their agents and employees shall observe faithfully the requirements of this Order and cooperate fully with the Special Master in the performance of her duties.

SO ORDERED.

Dated: November 23, 2026
New York, New York

ANALISA TORRES
United States District Judge